```
Court Name: U.S. District Court, Colorado
Division: 1
Receipt Number: COX029213
Cashier ID: sq
Transaction Date: 06/30/2010
Payer Name: BRANN ISAACSON
------------------------------------
CIVIL FILING FEE
 For: BRANN ISAACSON
 Amount:        $350.00
------------------------------------
CREDIT CARD
 Amt Tendered: $350.00
------------------------------------
Total Due:     $350.00
Total Tendered: $350.00
Change Amt:    $0.00

10-CV-1546


A fee of $45.00 will be assessed on
any returned check.
```