IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-CV-01546-REB-CBS

THE DIRECT MARKETING ASSOCIATION,

Plaintiff,

v.

ROXY HUBER, in her capacity as Executive Director,
COLORADO DEPARTMENT OF REVENUE,

Defendant.

## APPEARANCE OF COUNSEL

Pursuant to F.R.C.P. Rule 5, Senior Assistant Attorney General Robert H. Dodd, Jr., hereby enters his appearance in this case as counsel on behalf of Defendant Roxy Huber, in her capacity as Executive Director of the Colorado Department of Revenue.

Undersigned counsel therefore notifies the Court and all parties of his entry of appearance in this case.  Please serve all further communications, pleadings and orders filed in this case to him at the following address:

        Robert H. Dodd, Jr.
        Senior Assistant Attorney General
        State of Colorado Department of Law
        Business & Licensing Section
        1525 Sherman Street, 7th Floor
        Denver, CO  80203-1760
        Telephone:  (303) 866-5489
        Facsimile:   (303) 866-5395
        E-mail: robert.dodd@state.co.us
        Colorado Attorney Registration No. 27869

Respectfully submitted this 9th day of July 2010.

        JOHN W. SUTHERS
        Attorney General


        *s/ Robert H. Dodd, Jr.*
        ROBERT H. DODD, JR., 27869 *
        Senior Assistant Attorney General
        Revenue
        Business and Licensing
        Attorneys for Colorado Department of
          Revenue
        *Counsel of Record

CERTIFICATE OF SERVICE

    IT IS HEREBY CERTIFIED that on the 9th day of July, 2010, a copy of the foregoing ENTRY OF APPEARANCE was, in addition to being electronically filed with the Clerk of the Court using the CM/ECF system, sent to the following e-mail addresses via the CM/ECF system:

    Mr. George S. Isaacson
    Mr. Matthew P. Schaefer
    BRANN & ISAACSON
    184 Main Street, P. O. Box 3070
    Lewiston, ME 04243−3070
    gissacson@brannlaw.com
    mschafer@brannlaw.com

                          *s/   Jennifer Duran*

cc:
Colorado Department of Revenue
1375 Sherman Street
Denver, Colorado  80261