**SUMMONS IN A CIVIL ACTION**

**United States District Court
for the District of Colorado**

Civil Action Number:    '10 – CV – 01546 REB-CBS

THE DIRECT MARKETING
ASSOCIATION,

            PLAINTIFF(S),

v.

ROXY HUBER, in her capacity
as EXECUTIVE DIRECTOR,
COLORADO DEPARTMENT OF
REVENUE,

            DEFENDANT(S).

**SUMMONS**

To the above named Defendant(s):

You are hereby summoned and required to serve upon **George S. Isaacson, Esq.,**

plaintiff's attorney, whose address is: **Brann & Isaacson, 184 Main Street, P.O. Box 3070, Lewiston, Maine 04243-3070**

AND FILE WITH THE CLERK OF THE COURT

an answer to the complaint which is herewith served upon you, within **twenty-one (21)** days of service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

            Gregory C. Langham, Clerk

            By: _____
                                      Deputy Clerk
            (Seal of the Court)

Date: June 30, 2010

Clerk, U.S. District Court, Room A-105 Alfred A. Arraj U.S. Courthouse, 901 19th Street, Denver, Colorado 80294-3589

NOTE: This summons is issued pursuant to Rule 4 of the Federal Rules of Civil Procedure.

# RETURN OF SERVICE

| NAME OF SERVER: Matthew P. Schaefer, Esq. | TITLE: Attorney for Plaintiff, The Direct Marketing Association |
|---|---|

Check one box to indicate appropriate method of service.

☐ Served personally upon the defendant. Place where left:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint where left:

☐ Returned unexecuted::

[X] Other (specify): Service completed by delivery to authorized agent (Defendant's counsel, Claudia Brett Goldin) via overnight carrier (proof of delivery attached) as evidenced by Acceptance of Service form executed by Attorney Goldin and dated July 2, 2010 (copy attached).

## STATEMENT OF SERVICE OF FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  |  |  |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service is true and correct.

Executed on: July 20, 2010
Date

/s/ Matthew P. Schaefer
Signature of Server
Matthew P. Schaefer, Esq.

Address of Server Brann & Isaacson
184 Main St., PO Box 3070, Lewiston, ME  04243-3070

 **Proof of Delivery**

Dear Customer,

This notice serves as proof of delivery for the shipment listed below.

| | |
|---|---|
| **Tracking Number:** | 1ZF52F422210040817 |
| **Service:** | NEXT DAY AIR |
| **Shipped/Billed On:** | 06/30/2010 |
| **Delivered On:** | 07/01/2010 9:50 A.M. |
| **Delivered To:** | DENVER, CO, US |
| **Signed By:** | LENLMS |
| **Location:** | FRONT DESK |

Thank you for giving us this opportunity to serve you.

Sincerely,

UPS

Tracking results provided by UPS:   07/12/2010 1:32 P.M.   ET

# BRANN & ISAACSON
ATTORNEYS AND COUNSELORS AT LAW

IRVING ISAACSON
GEORGE S. ISAACSON
MARTIN I. EISENSTEIN
MARTHA E. GREENE
DAVID W. BERTONI
PETER D. LOWE
BENJAMIN W. LUND
DANIEL C. STOCKFORD
PETER J. BRANN
KEVIN R. HALEY

DANIEL A. NUZZI
MATTHEW P. SCHAEFER
DAVID SWETNAM-BURLAND
LYNN B. GELINAS
DAVID T. SLATERY
BARBARA J. SLOTE
STACY O. STITHAM
KENLEIGH A. NICOLETTA
ANNE M. TORREGROSSA

184 MAIN STREET
P.O. BOX 3070
LEWISTON, MAINE 04243-3070
(207) 786-3566
TELECOPIER (207) 783-9325
WEB PAGE: http://www.brannlaw.com

Portland Conference Office
148 MIDDLE STREET
SUITE 502
PORTLAND, MAINE

LOUIS J. BRANN 1948
PETER A. ISAACSON 1980

June 30, 2010

**Via UPS Next Day Delivery**

Claudia Brett Goldin, Esq.
Office of the Attorney General
1525 Sherman Street
Denver, CO  80203

Re:   *The Direct Marketing Association v. Roxy Huber, in her capacity as Executive Director, Colorado Department of Revenue*
Civil Action No. 10-cv-01546-REB-CBS

Dear Claudia:

Enclosed for service upon the Defendant please find the Summons, Complaint and Civil Cover Sheet in the above-captioned matter.

Please sign, date, and return to me via overnight courier the enclosed Acceptance of Service of Process form.

Thank you for your cooperation.

Very truly yours,

BRANN & ISAACSON

Matthew P. Schaefer, Esq.

MPS/jlm
Enclosures
cc:   George S. Isaacson, Esq.

**UPS Next Day Air®**
**UPS Worldwide Express℠**

Shipping Document

This form not needed with UPS Internet Shipping at UPS.com

See instructions on back. Visit UPS.com® or call 1-800-PICK-UPS® (800-742-5877) for additional information and UPS Tariff/Terms and Conditions.

**TRACKING NUMBER** 1Z F52 F42 22 1004 0817

**1 SHIPMENT FROM**
SHIPPER'S UPS ACCOUNT NO.: F52F42
REFERENCE NUMBER: M02S56.01
NAME: Matthew P. Schaefer, Esq.
TELEPHONE: 207-786-3566
COMPANY: BRANN & ISAACSON
STREET ADDRESS: 184 MAIN ST FLR 4
CITY AND STATE: LEWISTON
ZIP CODE: ME 04240-7070

**2 EXTREMELY URGENT DELIVERY TO**
NAME: Claudia Brett Goldin, Esq.
TELEPHONE: 303-866-5463
COMPANY: Office of the Attorney General
STREET ADDRESS: 1525 Sherman Street
DEPT./FLR.:
CITY AND STATE: Denver, CO
ZIP CODE: 80203

**3 WEIGHT**

**5 TYPE OF SERVICE**
WEIGHT Enter "LTR" If Letter: LTR
[X] NEXT DAY AIR
DIMENSIONAL WEIGHT if Applicable
[ ] LARGE PACKAGE
[ ] EXPRESS (INTL)

FOR WORLDWIDE EXPRESS SHIPMENTS
Mark an "X" in this box if shipment only contains documents of no commercial value.
[ ] DOCUMENTS ONLY

**6 OPTIONAL SERVICES**
[ ] SATURDAY PICKUP
[ ] SATURDAY DELIVERY
[ ] DECLARED VALUE FOR CARRIAGE $ AMOUNT
[ ] C.O.D. $ AMOUNT

**7 ADDITIONAL HANDLING CHARGE**
[ ] An Additional Handling Charge applies for certain items. See Instructions.

**8 METHOD OF PAYMENT**
[ ] BILL SHIPPER'S ACCOUNT NUMBER
[ ] BILL RECEIVER
[ ] BILL THIRD PARTY DOMESTIC ONLY
[X] CREDIT CARD — American Express / Diner's Club / MasterCard / Visa
[ ] CHECK

**9 RECEIVER'S/THIRD PARTY'S UPS ACCT. NO. OR MAJOR CREDIT CARD NO.** EXPIRATION DATE

THIRD PARTY'S COMPANY NAME
STREET ADDRESS
CITY AND STATE                                ZIP CODE

**10 SHIPPER'S SIGNATURE** X _DM Green_
DATE OF SHIPMENT: 6/30/10

**4 CHARGES** $
SHIPPER RELEASE [ ]

All shipments are subject to the terms contained in the UPS Tariff/Terms and Conditions of Service, which are available at ups.com and local UPS offices.

0101911202609 1/07 S                                UPS COPY

01711   006840 P1   17564128   777 of 1500

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-CV-01546-REB-CBS

The Direct Marketing Association,

    Plaintiff

v.

Roxy Huber, in her capacity as Executive Director,
Colorado Department of Revenue,

    Defendant

## ACCEPTANCE OF SERVICE OF PROCESS

The undersigned is authorized in this matter to receive service of process and hereby confirms receipt of service on behalf of the Defendant of a copy of the Summons and of the Complaint, as of the date set forth below.

Dated: July 2nd, 2010

Claudia Brett Goldin
Robert Dodd
Karen McGovern
Office of the Colorado Attorney General
1525 Sherman Street
Denver, Colorado 80203
Tel. (303) 866-5463