IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-CV-01546-REB-CBS

The Direct Marketing Association,

    Plaintiff,

    v.

Roxy Huber, in her capacity as Executive
Director, Colorado Department of Revenue,

    Defendant.

## PLAINTIFF'S CORPORATE DISCLOSURE STATEMENT

In accordance with Fed. R. Civ. P. 7.1(a), the plaintiff, the Direct Marketing Association ("DMA"), states that it is a not-for-profit corporation and, as such, has no parent corporation and has issued no stock held by any publicly-traded corporation.

Respectfully submitted,

Dated:  July 20, 2010

/s/ Matthew P. Schaefer
George S. Isaacson
Matthew P. Schaefer
BRANN & ISAACSON
184 Main Street, P. O. Box 3070
Lewiston, ME 04243−3070
Tel.: (207) 786−3566
Fax:  (207) 783-9325
E-mail: gisaacson@brannlaw.com
       mschaefer@brannlaw.com
*Attorneys for The Direct Marketing Association*

## CERTIFICATE OF SERVICE

I, Matthew P. Schaefer, hereby certify that on July 20, 2010, I electronically filed the foregoing document, Plaintiff's Corporate Disclosure Statement, with the Clerk using the CM/ECF system, which will send notification of such filing to the following:

>Claudia Brett Goldin, Esq.
>Robert Dodd, Esq.
>Karen McGovern, Esq.
>Office of the Colorado Attorney General
>1525 Sherman Street
>Denver, Colorado  80203
>Tel. (303) 866-5463
>E-mail: claudia.goldin@state.co.us
>robert.dodd@state.co.us
>karen.mcgovern@state.co.us

*Attorneys for Defendant*

>/s/ Matthew P. Schaefer
>Matthew P. Schaefer