IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-01546-REB-CBS

THE DIRECT MARKETING ASSOCIATION,

    Plaintiff,

v.

ROXY HUBER, in her capacity as Executive Director,
COLORADO DEPARTMENT OF REVENUE,

    Defendant.

**ORDER REGARDING DEFENDANT'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S COMPLAINT AND FOR LEAVE TO EXCEED PAGE LIMITATION**

THIS MATTER, coming before the Court on Defendant's Unopposed Motion for Extension of Time to Respond to Plaintiff's Complaint and for Leave to Exceed Page Limitation (Dkt. #   ), and it appearing to the Court that the same should be granted;

It is hereby ordered that Defendant shall have up to and including July 30, 2010 in which to respond to Plaintiff's Complaint and leave to file a Motion to Dismiss not to exceed 40 pages is granted.

_____
District Court Judge