**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 10-CV-01546-REB-CBS

The Direct Marketing Association,

      Plaintiff,

      v.

Roxy Huber, in her capacity as Executive
   Director, Colorado Department of Revenue,

      Defendant.

---

**ORDER REGARDING PLAINTIFF'S UNOPPOSED MOTION
FOR LEAVE TO EXCEED PAGE LIMITATION**
_____

THIS MATTER, coming before the Court on Plaintiff's Unopposed Motion For Leave To Exceed Page Limitation (Dkt. #___), and it appearing to the Court that good cause exists for the motion and that the same should be granted;

It is hereby ordered that leave for the Plaintiff to file a motion for preliminary injunction not to exceed 40 pages is granted.

 

                                                                     _____
                                                                     District Court Judge

.