EXHIBIT D

| State | 2009 State Income Tax Return Includes Line for Self-Reporting of Consumer Use Tax |
|---|---|
| Alabama | Yes  Form 40 line 19b |
| Alaska | N/A |
| Arizona | No |
| Arkansas | No |
| California | Yes  Form 540 2EZ line 25; 540 line 95; 540A line 95 |
| Colorado | No |
| Connecticut | Yes  Form CT-1040 line 15 |
| Delaware | N/A |
| Florida | N/A |
| Georgia | No |
| Hawaii | No |
| Idaho | Yes  Form 40 line 32 |
| Illinois | No |
| Indiana | Yes  Form IT40 Schedule 4 line 1 |
| Iowa | No |
| Kansas | Yes  Form K-40 line 18 |
| Kentucky | Yes  Form 740 line 29; 740-EZ line 9 |
| Louisiana | Yes  Form IT-540 line 17 |
| Maine | Yes  Form 1040ME line 31 (long form); 1040SME line 27 (short form) |
| Maryland | No |
| Massachusetts | Yes  Form 1 line 33 |
| Michigan | Yes  Form MI-1040 line 25 |
| Minnesota | No |
| Mississippi | No |
| Missouri | No |
| Montana | N/A |
| Nebraska | No |
| Nevada | N/A |
| New Hampshire | N/A |
| New Jersey | Yes  Form NJ-1040 line 44 |
| New Mexico | No |
| New York | Yes Form IT 201 line 59 (long form); IT 150 line 35 (short form) |
| North Carolina | Yes  Form D-400 line 19 |
| North Dakota | No |
| Ohio | Yes  Form IT 1040 line 17; IT 1040EZ line 14 |

| Oklahoma | Yes  Form 511 line 20 |
|---|---|
| Oregon | N/A |
| Pennsylvania | No |
| Rhode Island | Yes  Form RI-1040 line 17 |
| South Carolina | Yes  Form SC 1040 line 26 |
| South Dakota | N/A |
| Tennessee | No |
| Texas | N/A |
| Utah | Yes  Form TC-40 line 30 |
| Vermont | Yes  Form IN-111 line 27 |
| Virginia | No |
| Washington | N/A |
| West Virginia | Yes  Form IT-140 line 11 |
| Wisconsin | Yes  Form 1 line 36 (long form); 1A line 26 (short form) |
| Wyoming | N/A |