EXHIBIT E

New York State Department of Taxation and Finance

# Resident Income Tax Return (short form)
New York State • New York City • Yonkers

 2009

**IT-150**

**Important:** You **must** enter your social security number(s) in the boxes to the right.

Print or type

| Your first name and middle initial | Your last name (for a **joint return**, enter spouse's name on line below) | ▼ Your social security number |
| Spouse's first name and middle initial | Spouse's last name | ▼ Spouse's social security number |

| Mailing address (see instructions, page 12) (number and street or rural route) | Apartment number | New York State county of residence |
| City, village, or post office | State | ZIP code | School district name |

| Permanent home address (see instructions, page 12) (number and street or rural route) | Apartment number | School district code number ........ |
| City, village, or post office | State **NY** | ZIP code | Decedent information ● | Taxpayer's date of death | Spouse's date of death |

**(A) Filing status — mark an X in one box:**
① ☐ Single
② ☐ Married filing joint return (enter spouse's social security number above)
③ ☐ Married filing separate return (enter spouse's social security number above)
④ ☐ Head of household (with qualifying person)
⑤ ☐ Qualifying widow(er) with dependent child

Staple check or money order here

**(B)** Choose direct deposit to avoid paper check refund delays.

**(C)** Were you a **New York City** resident for all of 2009? (Part-year residents must file Form IT-201; see page 13.) ............ Yes ☐ No ☐

**(D) Can you be claimed** as a dependent on another taxpayer's federal return? (see page 13) ............ Yes ☐ No ☐

**(E)** Enter your **2-digit special condition code** if applicable (see page 13) .......................................... ● ☐

If applicable, also enter your **second** 2-digit special condition code .................................... ● ☐

For help completing your return, see the combined instructions for Forms IT-150 and IT-201.

Dollars | Cents

| 1 | Wages, salaries, tips, etc. .................................................................................... | 1. | | . | |
| 2 | Taxable interest income .................................................................................... | 2. | | . | |
| 3 | Ordinary dividends .................................................................................... | 3. | | . | |
| 4 | Capital gain distributions .................................................................................... | 4. | | . | |
| 5 | Taxable amount of IRA distributions. If received as a beneficiary, mark an **X** in the box ........... ☐ | 5. | | . | |
| 6 | Taxable amount of pensions and annuities. If received as a beneficiary, mark an **X** in the box .. ☐ | 6. | | . | |
| 7 | Unemployment compensation in excess of $2,400 per recipient ..................... | 7. | | . | |
| 8 | Taxable amount of social security benefits (also enter on line 17 below) ................................................. | 8. | | . | |
| 9 | **Add lines 1 through 8** ................................................................................................ | 9. | | . | |
| 10 | Total federal adjustments to income (see page 14) Identify: | 10. | | . | |
| 11 | **Federal adjusted gross income** (subtract line 10 from line 9) ................................................. | 11. | | . | |
| 12 | Interest income on state and local bonds and obligations (but not those of NYS or its local governments) | 12. | | . | |
| 13 | Public employee 414(h) retirement contributions from your wage and tax statements (see page 15) .. | 13. | | . | |
| 14 | Other (see page 15) Identify: | 14. | | . | |
| 15 | **Add lines 11 through 14** ................................................................................................ | 15. | | . | |
| 16 | Pensions of NYS and local governments and federal government (see page 16) | 16. | | . | | | |
| 17 | Taxable amount of social security benefits (from line 8 above) ............ | 17. | | . | | | |
| 18 | Pension and annuity income exclusion (see page 16) ........................ | 18. | | . | | | |
| 19 | Other (see page 17) Identify: | 19. | | . | | | |
| 20 | Add lines 16 through 19 ................................................................................................ | | | | 20. | | . | |
| 21 | **New York adjusted gross income** (subtract line 20 from line 15) ........................................... | | | | 21. | | . | |
| 22 | New York standard deduction (see page 19) ........................................ | 22. | 0 0 | . 0 0 | | | |
| 23 | Dependent exemptions (not the same as total federal exemptions; see page 19) | 23. | 0 0 0 | . 0 0 | | | |
| 24 | Add lines 22 and 23 ................................................................................................ | | | | 24. | 0 0 | . 0 0 |
| 25 | **Taxable income** (subtract line 24 from line 21) ................................................................. | | | | 25. | | . | |

1501090094

**Please file this original scannable return with the Tax Department.**

IT-150 (2009) (back)

Dollars | Cents

26. **Taxable income** (from line 25 on the front page) ........ 26.
27. New York State tax on line 26 amount (see page 20 and Tax computation on pages 50 and 51) ...... 27.
28. New York State (NYS) household credit (from table 1, 2, or 3 on pages 20 and 21) .......... 28.
29. Subtract line 28 from line 27 (if line 28 is more than line 27, leave blank) .......... 29.
30. New York City (NYC) resident tax (see page 21) ......... 30.
31. NYC household credit (from table 4, 5, or 6 on pages 21 and 22) ......... 31.
32. Subtract line 31 from line 30 (if line 31 is more than line 30, leave blank) ........ 32.
33. Yonkers resident income tax surcharge (from Yonkers worksheet on page 22) ....... 33.
34. Yonkers **nonresident** earnings tax (attach Form Y-203) ......... 34.
35. **Sales or use tax** (See the instructions on page 23. **Do not leave line 35 blank.**) ..... 35.
36. **Voluntary contributions** (whole dollars only; see page 24)   Return a Gift to Wildlife 36a.
    Missing/Exploited Children Fund 36b.   Breast Cancer Research Fund 36c.
    Prostate Cancer Research Fund 36d.   Alzheimer's Fund 36e.
    Olympic Fund 36f.   9/11 Memorial 36g.   **Total** (add lines 36a through 36g) 36.   0 0
37. **Add line 29 and lines 32 through 36** ....... 37.
38. Empire State child credit (attach Form IT-213) ........ 38.
39. NYS/NYC child and dependent care credit (attach Form IT-216) ......... 39.
40. NYS earned income credit (attach Form IT-215 or Form IT-209) ......... 40.
41. NYS noncustodial parent earned income credit (attach Form IT-209) ... 41.
42. Real property tax credit (attach Form IT-214) ........ 42.
43. College tuition credit (attach Form IT-272) ........ 43.
44. NYC school tax credit ....... 44.
45. NYC earned income credit (attach Form IT-215 or Form IT-209) ..... 45.
46. Total **New York State** tax withheld ....... 46.
47. Total **New York City** tax withheld ........ 47.
48. Total **Yonkers** tax withheld ....... 48.
49. Total estimated tax payments / Amount paid with Form IT-370 ....... 49.
50. Add lines 38 through 49 ....... 50.
51. **Amount overpaid** (if line 50 is **more than** line 37, subtract line 37 from line 50) ....... 51.
52. Amount of line 51 that you want refunded to you. **Complete line 56 to choose direct deposit.** Refund 52.
53. Amount of line 51 that you want applied to your 2010 estimated tax (see instructions) ........ 53.

Forms IT-2, IT-1099-R, and/or IT-1099-UI must be completed and attached to your return (see page 26). Staple them (and any other applicable forms) to the top of this page.

See the *Step 11* instructions on page 30 for the proper assembly of your return and attachments.

Choose direct deposit to avoid paper check refund delays.

54. **Amount you owe** (if line 50 is **less than** line 37, subtract line 50 from line 37). **Complete line 56.** Owe 54.
55. Estimated tax penalty (include this amount in line 54 or reduce the overpayment on line 51; see page 27) ......... 55.
56. **Account information** (see page 28)   Mark one: ☐ Refund – Direct deposit   ☐ Owe – Electronic funds withdrawal
    If the funds for your payment (or refund) would come from (or go to) an account outside the U.S., mark an *X* in this box (see pg. 28) ☐

56a Routing number ●

Electronic funds withdrawal effective date

56b Account number ●   56c Account type ● ☐ Checking   ☐ Savings

| Third-party designee? (see instr.) Yes ☐ No ☐ | Print designee's name | Designee's phone number ( ) | Personal identification number (PIN) |
|---|---|---|---|
| | E-mail: | | |

▼ **Paid preparer must complete** (see instructions) ▼ | Date:
► Preparer's signature | ► Preparer's NYTPRIN
Firm's name (or yours, if self-employed) | ▼ Preparer's SSN or PTIN
Address | ● Employer identification number
E-mail: | Mark an *X* if self-employed ☐

▼ **Taxpayer(s) must sign here** ▼
► Your signature
Your occupation ●
Spouse's signature and occupation (if joint return)
Date | ▼ Daytime phone number
E-mail:

See instructions for where to mail your return.

1502090094



**Please file this original scannable return with the Tax Department.**