**EXHIBIT F**

New York State Department of Taxation and Finance

# Resident Income Tax Return (long form)

**IT-201**

**2009**

New York State • New York City • Yonkers

For the full year January 1, 2009, through December 31, 2009, or fiscal year beginning ... `0 9` and ending ...

For help completing your return, see the combined instructions for Forms IT-150 and IT-201.

| Print or type | Important: You must enter your social security number(s) in the boxes to the right. | | |
|---|---|---|---|
| | Your first name and middle initial | Your last name (for a joint return, enter spouse's name on line below) | ▼ Your social security number |
| | Spouse's first name and middle initial | Spouse's last name | ▼ Spouse's social security number |
| | Mailing address (see instructions, page 61) (number and street or rural route) | Apartment number | New York State county of residence • |
| | City, village, or post office | State | ZIP code | School district name • • |
| | Permanent home address (see instructions, page 61) (number and street or rural route) | Apartment number | School district code number ......... |
| | City, village, or post office | State **NY** | ZIP code | Decedent information • | Taxpayer's date of death • | Spouse's date of death • |

**(A) Filing status — mark an X in one box:**
- ① ☐ Single
- ② ☐ Married filing joint return (enter spouse's social security number above)
- ③ ☐ Married filing separate return (enter spouse's social security number above)
- ④ ☐ Head of household (with qualifying person)
- ⑤ ☐ Qualifying widow(er) with dependent child

**(B)** Did you **itemize** your deductions on your 2009 federal income tax return? ...... Yes ☐ No ☐

**(C)** Can you be claimed as a dependent on another taxpayer's federal return? ...... Yes ☐ No ☐

**(D)** Choose direct deposit to avoid paper check refund delays.

**(E)** Did you or your spouse **maintain living quarters in NYC** during 2009 (see page 62)? ..... Yes ☐ No ☐

**(F) NYC residents and NYC part-year residents only** (see page 62):
(1) Number of months **you** lived in NYC in 2009 .............. •☐
(2) Number of months **your spouse** lived in NYC in 2009 ... •☐

**(G)** Enter your **2-digit special condition code** if applicable (see page 62) ............................................. •☐

If applicable, also enter your **second** 2-digit special condition code ................................................. •☐

**Federal income and adjustments**  Only full-year New York State residents may file this form. For lines 1 through 18 below, enter your income items and total adjustments as they appear on your federal return (see page 63). Also see page 4 instructions for showing a loss.

|  |  | Dollars | Cents |
|---|---|---|---|
| 1 | Wages, salaries, tips, etc. ............................................................................................. | 1. | • |
| 2 | Taxable interest income .............................................................................................. | 2. | • |
| 3 | Ordinary dividends .................................................................................................... | 3. | • |
| 4 | Taxable refunds, credits, or offsets of state and local income taxes (also enter on line 25) ........... | 4. | • |
| 5 | Alimony received ...................................................................................................... | 5. | • |
| 6 | Business income or loss (attach a copy of federal Schedule C or C-EZ, Form 1040) ......................... | 6. | • |
| 7 | Capital gain or loss (if required, attach a copy of federal Schedule D, Form 1040) ............... | 7. | • |
| 8 | Other gains or losses (attach a copy of federal Form 4797) ........................................................ | 8. | • |
| 9 | Taxable amount of IRA distributions. If received as a beneficiary, mark an **X** in the box .. ☐ | 9. | • |
| 10 | Taxable amount of pensions and annuities. If received as a beneficiary, mark an **X** in the box ☐ | 10. | • |
| 11 | Rental real estate, royalties, partnerships, S corporations, trusts, etc. (attach copy of federal Schedule E, Form 1040) | 11. | • |
| 12 | Farm income or loss (attach a copy of federal Schedule F, Form 1040) ................................... | 12. | • |
| 13 | Unemployment compensation in excess of $2,400 per recipient ..................................... | 13. | • |
| 14 | Taxable amount of social security benefits (also enter on line 27) .................................. | 14. | • |
| 15 | Other income (see page 63) Identify: | 15. | • |
| 16 | Add lines 1 through 15 ................................................................................................ | 16. | • |
| 17 | Total federal adjustments to income (see page 63) Identify: | 17. | • |
| 18 | **Federal adjusted gross income** (subtract line 17 from line 16) .................................................. | 18. | • |

2011090094

**You must file all four pages of this original scannable return with the Tax Department.**

Page 2 of 4   IT-201 (2009)   ▼ Enter your social security number

Dollars | Cents

**19** Federal adjusted gross income *(from line 18 on the front page)* ................................. **19.**

**New York additions** *(see page 63)*

| | | |
|---|---|---|
| 20 | Interest income on state and local bonds and obligations (but not those of NY State or its local governments) | 20. |
| 21 | Public employee 414(h) retirement contributions from your wage and tax statements *(see page 64)* | 21. |
| 22 | **New York's** 529 college savings program distributions *(see page 64)* | 22. |
| 23 | Other *(see page 65)* Identify: | 23. |
| 24 | Add lines **19** through **23** | 24. |

**New York subtractions** *(see page 68)*

| | | |
|---|---|---|
| 25 | Taxable refunds, credits, or offsets of state and local income taxes *(from line 4)* | 25. |
| 26 | Pensions of NYS and local governments and the federal government *(see page 68)* | 26. |
| 27 | Taxable amount of social security benefits *(from line 14)* | 27. |
| 28 | Interest income on U.S. government bonds | 28. |
| 29 | Pension and annuity income exclusion *(see page 68)* | 29. |
| 30 | **New York's** 529 college savings program deduction/earnings | 30. |
| 31 | Other *(see page 69)* Identify: | 31. |
| 32 | Add lines **25** through **31** | 32. |
| 33 | **New York adjusted gross income** *(subtract line 32 from line 24)* | 33. |

**Standard deduction or itemized deduction** *(see page 73)*

**34** Enter your **standard deduction** *(from table below)* **or** your **itemized deduction** *(from worksheet below)*. Mark an **X** in the appropriate box:  ● ☐ Standard ...... or ...... ☐ Itemized  **34.**

**35** Subtract line 34 from line 33 *(if line 34 is more than line 33, leave blank)* ................ **35.**
**36** Dependent exemptions *(not the same as total federal exemptions; see page 76)* ...... **36.**  0 0 0 . 0 0
**37** **Taxable income** *(subtract line 36 from line 35)* ................................................................ **37.**

◀ or ▶

**New York State standard deduction table**

Filing status *(from the front page)*  —  Standard deduction *(enter on line 34 above)*

① Single and you marked item C *Yes* .............. $ 3,000
① Single and you marked item C *No* .................. 7,500
② Married filing joint return ........ 15,000
③ Married filing separate return ....................... 7,500
④ Head of household (with qualifying person) .......... 10,500
⑤ Qualifying widow(er) with dependent child ..................... 15,000

**New York State itemized deduction worksheet**

| | | |
|---|---|---|
| a | Medical and dental expenses *(federal Sch. A, line 4)* | a. |
| b | Taxes you paid *(federal Sch. A, line 9)* | b. |
| b1 | State, local, and foreign **income** taxes included in line b above | b1. |
| c | Interest you paid *(federal Sch. A, line 15)* | c. |
| d | Gifts to charity *(federal Sch. A, line 19)* | d. |
| e | Casualty and theft losses *(federal Sch. A, line 20)* | e. |
| f | Job expenses/misc. deductions *(federal Sch. A, line 27)* | f. |
| g | Other misc. deductions *(federal Sch. A, line 28)* | g. |
| h | Enter amount **from federal Schedule A, line 29** | h. |
| i | State, local, and foreign **income** taxes and other subtraction adjustments *(see page 73)* | i. |
| j | Subtract line i from line h | j. |
| k | Addition adjustments *(see page 74)* | k. |
| l | Add lines j and k | l. |
| m | Itemized deduction adjustment *(see page 75)* | m. |
| n | Subtract line m from line l | n. |
| o | College tuition itemized deduction *(see Form IT-272)* | o. |
| p | **New York State itemized deduction** *(add lines n and o; enter on line 34 above)* | p. |

2012090094

**You must file all four pages of this original scannable return with the Tax Department.**

| Name(s) as shown on page 1 | ▼ Enter your social security number | IT-201 (2009) **Page 3** of 4 |
|---|---|---|

### Tax computation, credits, and other taxes *(see page 77)*

Dollars | Cents

38 **Taxable income** *(from line 37 on page 2)* ............................................................ **38.**
39 New York State tax on line 38 amount *(see page 77 and Tax computation on pages 50 and 51)* ....... **39.**
40 New York State household credit
    *(from table 1, 2, or 3 on pages 77 and 78)* ............ **40.**
41 Resident credit *(attach Form IT-112-R or IT-112-C,
    or both; see page 78)* ................................................ **41.**
42 Other New York State nonrefundable credits
    *(from Form IT-201-ATT, line 7; attach form)* ............ **42.**
43 Add lines 40, 41, and 42 ............................................................................. **43.**
44 Subtract line 43 from line 39 *(if line 43 is more than line 39, leave blank)* ............ **44.**
45 Net other New York State taxes *(from Form IT-201-ATT, line 30; attach form)* ............ **45.**
46 **Total New York State taxes** *(add lines 44 and 45)* ............................................................ **46.**

### New York City and Yonkers taxes, credits, and tax surcharges

47 New York City resident tax on line 38 amount *(see page 79)* **47.**
48 New York City household credit *(from table 4, 5, or 6 on page 79)* **48.**
49 Subtract line 48 from line 47 *(if line 48 is more than
    line 47, leave blank)* ................................................ **49.**
50 Part-year New York City resident tax *(attach Form IT-360.1)* **50.**
51 Other New York City taxes *(from Form IT-201-ATT, line 34; attach form)* **51.**
52 Add lines 49, 50, and 51 ............................................................ **52.**
53 NY City nonrefundable credits *(from Form IT-201-ATT,
    line 10; attach form)* ................................................ **53.**
54 Subtract line 53 from line 52 *(if line 53 is more than
    line 52, leave blank)* ................................................ **54.**
55 Yonkers resident income tax surcharge *(see page 80)* ....... **55.**
56 Yonkers nonresident earnings tax *(attach Form Y-203)* ......... **56.**
57 Part-year Yonkers resident income tax surcharge *(attach Form IT-360.1)* **57.**
58 **Total New York City and Yonkers taxes / surcharges** *(add lines 54 through 57)* ............ **58.**

See instructions on pages 79 and 80, to compute New York City and Yonkers taxes, credits, and tax surcharges.

59 **Sales or use tax** *(See the instructions on page 81.* **Do not leave line 59 blank.**) ............ **59.**

### Voluntary contributions *(whole dollar amounts only; see page 82)*

60a Return a Gift to Wildlife ........................................... **60a.** . 0 0

60b Missing/Exploited Children Fund ........................... **60b.** . 0 0

60c Breast Cancer Research Fund ............................... **60c.** . 0 0

60d Alzheimer's Fund ..................................................... **60d.** . 0 0

60e Olympic Fund *($2 or $4; see page 82)* ..................... **60e.** . 0 0

60f Prostate Cancer Research Fund ........................... **60f.** . 0 0

60g 9/11 Memorial ......................................................... **60g.** . 0 0
60 **Total voluntary contributions** *(add lines 60a through 60g)* ............................................... **60.** . 0 0
61 **Total New York State, New York City, and Yonkers taxes, sales or use tax, and voluntary
    contributions** *(add lines 46, 58, 59, and 60)* ............................................................... **61.**

2013090094

**You must file all four pages of this original scannable return with the Tax Department.**

Page 4 of 4   IT-201 (2009)   ▼ Enter your social security number

| | | Dollars | Cents |
|---|---|---|---|
| 62 | Total **New York State, New York City, and Yonkers** taxes, sales or use tax, and voluntary contributions *(from line 61 on page 3)* ............... 62. | | |

**Payments and refundable credits** *(see page 82)*

| | | | |
|---|---|---|---|
| 63 | Empire State child credit *(attach Form IT-213)* ............ | 63. | |
| 64 | NYS/NYC child and dependent care credit *(attach Form IT-216)* | 64. | |
| 65 | NYS earned income credit (EIC) *(attach Form IT-215 or IT-209)* | 65. | |
| 66 | NYS noncustodial parent EIC *(attach Form IT-209)* ........ | 66. | |
| 67 | Real property tax credit *(attach Form IT-214)* ............. | 67. | |
| 68 | College tuition credit *(attach Form IT-272)* ................. | 68. | |
| 69 | NYC school tax credit *(also complete (F) on page 1; see page 83)* | 69. | |
| 70 | NYC earned income credit *(attach Form IT-215 or IT-209)* | 70. | |
| 71 | Other refundable credits *(from Form IT-201-ATT, line 18; attach form)* | 71. | |
| 72 | Total **New York State** tax withheld ........................ | 72. | |
| 73 | Total **New York City** tax withheld ......................... | 73. | |
| 74 | Total **Yonkers** tax withheld ................................... | 74. | |
| 75 | Total estimated tax payments/Amount paid with Form IT-370 | 75. | |
| 76 | **Total payments** *(add lines 63 through 75)* ........................................................... | 76. | |

Forms IT-2, IT-1099-R, and/or IT-1099-UI must be completed and attached to your return *(see page 84)*.

Staple them (and any other applicable forms) to the top of this page 4.

See *Step 11* on page 89 for the proper assembly of your four-page return and all attachments.

**Your refund / amount overpaid** *(see page 85)*

77   **Amount overpaid** *(if line 76 is **more than** line 62, subtract line 62 from line 76)* ............... 77. **Refund**
78   Amount of line 77 that you want refunded to you. **Complete line 82 to choose direct deposit.** 78.
79   Amount of line 77 that you want applied to your 2010 estimated tax *(see instructions)* ........ 79.

Choose direct deposit to avoid paper check refund delays.

**Amount you owe** *(see page 86)*

80   If line 76 is **less than** line 62, subtract line 76 from line 62. **Complete line 82.** ........ **Owe** 80.
81   Estimated tax penalty *(include this amount in line 80 or reduce the overpayment on line 77; see page 86)* ........ 81.

82   **Account information**   *(see page 87)*   Mark one: • ☐ Refund – Direct deposit    • ☐ Owe – Electronic funds withdrawal

If the funds for your payment (or refund) would come from (or go to) an account outside the U.S., mark an *X* in this box *(see pg. 87)* • ☐

82a Routing number •
Electronic funds withdrawal effective date

82b Account number •        82c Account type • ☐ Checking    • ☐ Savings

| Third-party designee? *(see instr.)*  Yes ☐ No ☐ | Print designee's name  E-mail: | Designee's phone number ( ) | Personal identification number (PIN) |
|---|---|---|---|

| ▼ Paid preparer must complete *(see instructions)* ▼ | Date: | ▼ Taxpayer(s) must sign here ▼ |
|---|---|---|
| Preparer's signature ▶ | ▶ Preparer's NYTPRIN | Your signature ▶ |
| Firm's name *(or yours, if self-employed)* | ▼ Preparer's SSN or PTIN | Your occupation • |
| Address | • Employer identification number | Spouse's signature and occupation *(if joint return)* |
| | Mark an *X* if self-employed ☐ | Date          ▼ Daytime phone number |
| E-mail: | | E-mail: |

**See instructions for where to mail your return.**



2014090094

**You must file all four pages of this original scannable return with the Tax Department.**