EXHIBIT G

| | |
|---|---|
| From: | Eric_Songayllo@tax.state.ny.us |
| To: | Jeana Petillo |
| Subject: | Fw: Individual Sales and Use Tax Reporting |
| Date: | Thursday, July 22, 2010 11:15:21 AM |

Ms. Petillo - I provided the numbers when you called earlier this week. The total amount of State and local tax remitted on the "sales and use tax line" on the PIT return for 2005-2008 tax years are as follows:

2005    $33.6 million
2006    $45.3 million
2007    $40.1 million
2008    $42.5 million

Eric Songayllo
Office of Tax Policy Analysis
NYS Department of Taxation and Finance
518-485-1190

----- Forwarded by David Boughtwood/TFS/OTPA/NYSTAX on 07/22/2010 09:14 AM -----

| | |
|---|---|
| From: | Jeana Petillo <JPetillo@brannlaw.com> |
| To: | "David_Boughtwood@tax.state.ny.us" <David_Boughtwood@tax.state.ny.us> |
| Date: | 07/21/2010 08:58 AM |
| Subject: | Individual Sales and Use Tax Reporting |

Dear Mr. Boughtwood:

I spoke recently with a representative of the New York Department of Taxation and Finance's Office of Tax Policy Analysis regarding the aggregate amount of tax reported annually by individuals on the "sales or use tax" line of the New York Resident Income Tax Return. (For example, for the 2008 tax year, the line in question was line 35 on Form IT-150, and line 59 on Form IT-201.) The Office's representative indicated that the following aggregate amounts (rounded to the nearest $100,000) were reported on the sales and use tax line of the Resident Income Tax Return for the tax years 2005-2008:

2005    $33.6 million
2006    $40.1 million
2007    $40.1 million
2008    $42 million

Can you please confirm these amounts or forward this to the appropriate person?

Thank you in advance for your assistance.

Sincerely,

Jeana Petillo | Litigation Paralegal
Brann & Isaacson
184 Main St., P.O. Box 3070
Lewiston, ME  04243-3070
Tel: (207) 786-3566
Fax: (207) 783-9325

jpetillo@brannlaw.com

This communication may contain confidential and/or legally privileged information. It is intended only for the individuals named as recipients. If you are not an intended recipient you are not authorized to disseminate, distribute or copy this communication. If you've received this communication by mistake, please notify the sender immediately and delete or destroy it, as appropriate.

This communication may contain confidential and/or legally privileged information. It is intended only for the individuals named as recipients. If you are not an intended recipient you are not authorized to disseminate, distribute or copy this communication. If you've received this communication by mistake, please notify the sender immediately and delete or destroy it, as appropriate.