# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 10-CV-01546-REB-CBS

The Direct Marketing Association,

    Plaintiff,

    v.

Roxy Huber, in her capacity as Executive Director, Colorado Department of Revenue,

    Defendant.

---

## ORDER REGARDING PLAINTIFF'S UNOPPOSED MOTION FOR EXTENSION OF TIME AND FOR LEAVE TO EXCEED PAGE LIMITATION IN OPPOSITION TO DEFENDANT'S MOTION TO DIMSISS PLAINTIFF'S FIRST AMENDED COMPLAINT
___

THIS MATTER, coming before the Court on Plaintiff's Unopposed Motion For Extension of Time and For Leave To Exceed Page Limitation in Opposition to Defendant's Motion to Dismiss Plaintiff's First Amended Complaint (Doc. #___), and it appearing to the Court that good cause exists for the motion and that the same should be granted;

It is hereby ordered that Plaintiff's opposition to the Defendant's Motion to Dismiss [Doc. 14] is due **August 27, 2010**. Plaintiff is granted leave to file an opposition **not to exceed forty (40) pages**.

                                                                      _____
                                                                      District Court Judge.