**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No. 10-cv-01546-REB-CBS

THE DIRECT MARKETING ASSOCIATION,

    Plaintiff,

v.

ROXY HUBER, in her capacity as Executive Director, Colorado Department of Revenue,

    Defendant.

---

**MINUTE ORDER**[1]

---

    The matter comes before the court on **Plaintiff's Unopposed Motion For Extension of Time and For Leave To Exceed Page Limitation in Opposition To Defendant's Motion To Dismiss Plaintiff's First Amended Complaint [Doc. 14]** [#20] filed August 13, 2010.  The motion is **GRANTED** in part**.**  Plaintiff shall have until **August 27, 2010**, in which to file its response in opposition to the motion to dismiss.  The brief shall not exceed **36** pages.

    Dated:  August 19, 2010

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.