IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-01546-REB-CBS

The Direct Marketing Association,

    Plaintiff,

v.

Roxy Huber, in her capacity as Executive Director,
Colorado Department of Revenue,

    Defendant.

## ENTRY OF APPEARANCE

Jack M. Wesoky, Senior Assistant Attorney General enters his appearance as additional counsel for the Defendant. All future pleadings and notices should be served on the undersigned.

    JOHN W. SUTHERS
    Attorney General

    s/Jack M. Wesoky
    JACK M. WESOKY*
    Senior Assistant Attorney General
    Business & Licensing Section
    Attorneys for Defendant

    1525 Sherman Street, 7th Floor
    Denver, Colorado  80203
    Telephone:  303-866-5512
    FAX:  303-866-5395
    E-Mail:  jack.wesoky@state.co.us
    *Counsel of Record

## **CERTIFICATE OF SERVICE**

I hereby certify that on August 24, 2010, that I electronically filed the foregoing Entry of Appearance with the Clerk of the Court using the CM/ECF system which will send notification of such filing as indicated below:

gissacson@brannlaw.com
mschafer@brannlaw.com

*Attorneys for Plaintiff*

                  s/Jack M. Wesoky