IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-01546-REB-CBS

The Direct Marketing Association,

    Plaintiff,

v.

Roxy Huber, in her capacity as Executive Director,
Colorado Department of Revenue,

    Defendant.

## UNOPPOSED MOTION TO WITHDRAW

Robert H. Dodd, Jr., Senior Assistant Attorney General moves to withdraw as counsel for defendant, Roxy Huber and in support of this motion states as follows:

    1.    Pursuant to D.C.COLO.LCivR7.1(a) counsel for the defendant conferred with counsel for the plaintiff, who has no objection to this motion.

    2.    Defendant is currently represented by three Colorado Assistant Attorneys General other than the undersigned.

    3.    Withdrawal of the undersigned will not prejudice the defendant or cause any delay in the proceedings because the defendant will have uninterrupted representation.

    4.    The Defendant has no objection to the undersigned's withdrawal.

    WHEREFORE, Robert H. Dodd, Jr. and Defendant request that the Court allow Mr. Dodd to withdraw from this case.

Respectfully submitted this 30th day of August 2010.

                JOHN W. SUTHERS
                Attorney General

                s/Robert H.Dodd, Jr.
                ROBERT DODD, JR*
                Senior Assistant Attorney General
                Business & Licensing Section
                Attorneys for Defendant

                1525 Sherman Street, 7th Floor
                Denver, Colorado  80203
                Telephone:  303-866-4589
                 FAX:  303-866-5395
                E-Mail:  Robert.dodd@state.co.us
                *Counsel of Record

## CERTIFICATE OF SERVICE

I hereby certify that on August 30, 2010, that I electronically filed the foregoing Unopposed Motion to Withdraw with the Clerk of the Court using the CM/ECF system which will send notification of such filing as indicated below:

gisaacson@branlaw.com

mschaefer@branlaw.com

Attorneys for Plaintiff

                s/Robert H. Dodd, Jr.