IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-01546-REB-CBS

The Direct Marketing Association,

    Plaintiff,

v.

Roxy Huber, in her capacity as Executive Director,
Colorado Department of Revenue,

    Defendant.

## ORDER GRANTING WITHDRAWAL OF COUNSEL

This matter coming before the Court pursuant to the motion of Robert H. Dodd, Jr., Senior Assistant Attorney General to withdraw as counsel for defendant, Roxy Huber (Dkt. #  ), the Court having considered the Motion and being fully advised in the premises ORDERS as follows:

Leave is hereby given to Robert H. Dodd Jr., to withdraw as counsel for the Defendant

    Dated this _____ day of August 2010

                                  _____
                                  Robert E. Blackburn