IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-01546-REB-CBS

THE DIRECT MARKETING ASSOCIATION,

    Plaintiff,

v.

ROXY HUBER, in her capacity as Executive Director,
COLORADO DEPARTMENT OF REVENUE,

    Defendant.

---

### ORDER ON DEFENDANT'S UNOPPOSED MOTION FOR AN EXTENSION OF TIME IN WHICH TO REPLY IN SUPPORT OF HER MOTION TO DISMISS

---

    This matter coming before the Court on Defendant's Unopposed Motion for an Extension of Time in Which to Reply in Support of her Motion to Dismiss, and it appearing to the Court that the same should be GRANTED,

    It is hereby ordered that Defendant shall be permitted up to and including October 22, 2010 in which to reply in support of her Motion to Dismiss.

    Dated this __ day of September, 2010.


                                                              _____
                                                               District Court Judge