**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No. 10-cv-01546-REB-CBS

THE DIRECT MARKETING ASSOCIATION,

    Plaintiff,

v.

ROXY HUBER, in her capacity as Executive Director, Colorado Department of Revenue,

    Defendant.

---

## MINUTE ORDER[1]

---

Pending resolution of the defendant's motion to consolidate preliminary injunction proceedings with trial [#27], the deadline for 1) defendant's response to plaintiff's motion for preliminary injunction; and 2) defendant's reply in support of her motion to dismiss are stayed. The court will set new deadlines with the defendant's motion to consolidate [#27] is resolved.

**IT IS FURTHER ORDERED** that **Defendant's Unopposed Motion For Extension of Time in Which To Reply in Support of Her Motion To Dismiss** [#28] filed September 16, 2010, is **GRANTED** on the terms stated in this order.

Dated: September 17, 2010

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.