IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-01546-REB-CBS

The Direct Marketing Association,

      Plaintiff,

v.

Roxy Huber, in her capacity as Executive Director,
Colorado Department of Revenue,

      Defendant.

---

## ENTRY OF APPEARANCE

---

Melanie J. Snyder, Assistant Attorney General enters her appearance as additional counsel for the Defendant.  Please serve all future pleadings, papers, orders, and other documents filed in this matter on the undersigned.

      Respectfully submitted this 21st day of September, 2010.

JOHN W. SUTHERS
Attorney General


*s/ Melanie J. Snyder*
MELANIE J. SNYDER, 35835*
Assistant Attorney General
Business & Licensing Section
1525 Sherman Street, 7th Floor
Denver, Colorado  80203
Telephone:  (303) 866-5273
FAX:  (303) 866-5395
E-Mail:  melanie.snyder@state.co.us
*Counsel of Record
*Attorneys for Defendant*

## CERTIFICATE OF SERVICE

I hereby certify that on September 21, 2010, I electronically filed the foregoing Entry of Appearance with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

gisaacson@branlaw.com
mschaefer@branlaw.com

*Attorneys for Plaintiff*

*s/   Melanie J. Snyder*