**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
U.S. Magistrate Judge Craig B. Shaffer**

| | |
|---|---|
| **Civil Action:   10-cv-01546-REB-CBS** | **FTR** - Reporter Deck-Courtroom A402 |
| **Date:   September 24, 2010** | **Courtroom Deputy:**  Linda Kahoe |

DIRECT MARKETING ASSOCIATION,               George Steven Isaacson *(via phone)*
                                            Matthew Peter Schaefer *(via phone)*

        Plaintiff,

v.

ROXY HUBER,                                 Jack M. Wesoky
                                            Karen Michelle McGovern
                                            Melanie J. Snyder

        Defendant.

**COURTROOM MINUTES/MINUTE ORDER**

**HEARING:    RULE 16(b) SCHEDULING CONFERENCE**
**Court in session:        2:29 p.m.**
Court calls case.  Appearances of counsel.

Discussion regarding the proposed scheduling orders "A" and "B".

Discussion regarding the pending Motion for Preliminary Injunction, doc #[15], filed 8/13/2010.

The court suggests that the parties adopt a "Schedule C".

**ORDERED:**  A further Scheduling Conference is set for **OCTOBER 1, 2010 at 8:00 a.m.
              (Denver Time)**.  Out of town counsel may appear via telephone by calling
              chambers at 303.844.2117 at the scheduled time.  If a new proposed schedule is
              not available in advance of the conference, the court will allow counsel to present
              it at the conference.

HEARING CONCLUDED.
**Court in recess:        3:29 p.m.**
Total time in court:     01:00

To order transcripts of hearings with Magistrate Judge Shaffer, please contact Avery Woods Reporting at
(303) 825-6119 or toll free at 1-800-962-3345.