IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-01546-REB-CBS

The Direct Marketing Association,

Plaintiff,

v.

Roxy Huber, in her capacity as Executive Director,
Colorado Department of Revenue,

Defendant.

## UNOPPOSED MOTION TO WITHDRAW

Karen M. McGovern, Assistant Attorney General moves to withdraw as counsel for defendant, Roxy Huber and in support of this motion states as follows:

    1.    Pursuant to D.C.COLO.LCivR7.1(a) counsel for the defendant conferred with counsel for the plaintiff, who has no objection to this motion.

    2.    Undersigned counsel is ceasing her employment with the Office of the Attorney General effective September 30, 2010.

    3.    Defendant is currently represented by three Colorado Assistant Attorneys General other than the undersigned.

    3.    Withdrawal of the undersigned will not prejudice the defendant or cause any delay in the proceedings because the defendant will have uninterrupted representation.

    4.    The Defendant has no objection to the undersigned's withdrawal

WHEREFORE, Karen M. McGovern and Defendant request that the Court allow Ms. McGovern to withdraw from this case.

Respectfully submitted this 27th day of September 2010.

JOHN W. SUTHERS
Attorney General

s/ Karen M. McGovern
KAREN M. MCGOVERN*
Assistant Attorney General
Business & Licensing Section
Attorneys for Defendant
1525 Sherman Street, 7th Floor
Denver, Colorado  80203
Telephone: (303) 866-5455
FAX:  (303) 866-5395
E-Mail:  karen.mcgovern@state.co.us
*Counsel of Record

## CERTIFICATE OF SERVICE

I hereby certify that on September 27, 2010, that I electronically filed the foregoing Unopposed Motion to Withdraw with the Clerk of the Court using the CM/ECF system which will send notification of such filing as indicated below:

gisaacson@brannlaw.com

mschaefer@brannlaw.com

Attorneys for Plaintiff

s/Karen M. McGovern

2