IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

| | |
|---|---|
| Civil Action: 10-cv-01546-REB-CBS | FTR - Reporter Deck-Courtroom A402 |
| Date:  October 1, 2010 | Courtroom Deputy:  Monique Wiles |

*Parties:*                                                               *Counsel:*

DIRECT MARKETING ASSOCIATION, THE             George S. Isaacson (by telephone)
                                                                               Matthew P. Schaefer (by telephone)

    Plaintiff,

v.

ROXY HUBER                                                          Jack M. Wesoky
                                                                               Melanie J. Snyder
    Defendant.                                                      Stephanie L. Scoville

---

### COURTROOM MINUTES/MINUTE ORDER

**HEARING:   RULE 16(b) SCHEDULING CONFERENCE**
**Court in session:  8:01 a.m.**
Court calls case.  Appearances of counsel.

Status of the case is discussed.

The Court enters a schedule for resolution of the Plaintiff's pending Motion for Preliminary Injunction and Incorporated Memorandum of Law [Doc. No. 15, filed 8/13/10].

Counsel for defendants makes an oral motion to withdraw the Unopposed Motion for Order [Doc. No. 27, filed 9/1/10].

**It is ORDERED:**     The oral motion to withdraw Defendants' Unopposed Motion for Order [Doc. No. 27, filed 9/1/10] is **GRANTED** and the motion is **WITHDRAWN.**

**THE FOLLOWING WILL CONFIRM THE ACTIONS TAKEN AND DATES SET AT THE SCHEDULING CONFERENCE HELD THIS DATE:**

Plaintiff shall complete Rule 26(a)(2)(b) expert disclosures in connection with the Motion for Preliminary Injunction **on or before OCTOBER 1, 2010.**

Defendant shall complete depositions of Plaintiff's experts **on or before OCTOBER 22, 2010.**

Defendant shall complete Rule 26(a)(2)(b) expert disclosures in connection with the Motion for Preliminary Injunction **on or before NOVEMBER 5, 2010.**

Plaintiff shall complete depositions of Defendants' experts **on or before NOVEMBER 19, 2010.**

Defendant shall file its Opposition to Plaintiff's Motion for Preliminary Injunction **on or before NOVEMBER 19, 2010.**

Plaintiff shall file its Reply in Support of Plaintiff's Motion for Preliminary Injunction **on or before NOVEMBER 29, 2010.**

Defendant shall file its Reply in Support of Defendant's Motion to Dismiss Plaintiff's First Amended Complaint **on or before NOVEMBER 30, 2010.**

The Court will set a date for a further Scheduling Conference with regard to further proceedings in the case, after ruling on the Plaintiff's Motion for Preliminary Injunction.

HEARING CONCLUDED.
**Court in recess:   8:38 a.m.**
Total time in court:     00:37

To order transcripts of hearings with Magistrate Judge Shaffer, please contact Avery Woods Reporting at (303) 825-6119 or toll free at 1-800-962-3345.