IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

| | |
|---|---|
| Civil Action No.: 10-cv-01327-ZLW-CBS | FTR - Reporter Deck - Courtroom A402 |
| Date: October 1, 2010 | Courtroom Deputy: Monique Wiles |

*Parties:*                                                    *Counsel:*

CLARA RACQUEL EPSTEIN                      Bruce W. Sarbaugh

    Plaintiff,

v.

OHIO STATE UNIVERSITY, THE, et al          Christopher E. Hogan

    Defendant.

## COURTROOM MINUTES/MINUTE ORDER

**HEARING:   TELEPHONIC STATUS CONFERENCE**
**Court in Session:   10:06 a.m.**
Court calls case.  Appearances of counsel.

This matter is before the court regarding Defendants' Motion to Stay Discovery [Doc. No. 22, filed 9/2/10].

Counsel provide background and basis for this hearing today.

**It is ORDERED:**        Defendants' Motion to Stay Discovery [Doc. No. 22, filed 9/2/10] is **GRANTED**.  Discovery is stayed pending a ruling on the Defendants' Motion to Dismiss [Doc. No. 5, filed 7/29/10].

Hearing Concluded.

**Court in recess: 10:30 a.m.**
Total time in court:     00:24
To order transcripts of hearings with Magistrate Judge Shaffer, please contact Avery Woods Reporting at (303) 825-6119 or toll free at 1-800-962-3345.