# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# Magistrate Judge Craig B. Shaffer

| | |
|---|---|
| **Civil Action No.:** 10-cv-01546-REB-CBS | FTR - Reporter Deck - Courtroom A402 |
| **Date:** October 14, 2010 | **Courtroom Deputy:** Linda Kahoe |

| | |
|---|---|
| DIRECT MARKETING ASSOCIATION, | George Steven Isaacson |
| | Matthew Peter Schaefer |
| Plaintiff, | |
| v. | |
| ROXY HUBER, | Jack M. Wesoky |
| | Stephanie Lindquist Scoville |
| Defendant. | |

## COURTROOM MINUTES/MINUTE ORDER

**HEARING: TELEPHONIC DISCOVERY CONFERENCE**
**Court in session:** 2:01 p.m.
Court calls case. Appearances of counsel.

Discussion and arguments regarding the extent that expert disclosures are required under Rule 26.

**ORDERED:** The court will apply the current Rule 26 that is in effect, **WITHOUT PREJUDICE** to the Plaintiff's right to withhold materials that they believe, consistent with the case law, Rule 501, and Rule 26, can be properly withheld. Consistent with Rule 26(b)(5), the Plaintiff is **REQUIRED** to provide a privilege log of any materials that are withheld. The court will allow the parties to decide whether or not the privilege is properly asserted.

HEARING CONCLUDED.
**Court in recess**: 2:22 p.m.
Total time in court: 00:21

To order transcripts of hearings with Magistrate Judge Shaffer, please contact Avery Woods Reporting at (303) 825-6119 or toll free at 1-800-962-3345.