IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-01546-REB-CBS

THE DIRECT MARKETING ASSOCIATION,

    Plaintiff,

v.

ROXY HUBER, in her capacity as Executive Director,
COLORADO DEPARTMENT OF REVENUE,

    Defendant.

**ORDER ON DEFENDANT'S UNOPPOSED MOTION FOR A THREE-DAY EXTENSION TO PRODUCE FINAL EXPERT REPORT**

This matter coming before the Court on Defendant's Unopposed Motion for a Three-Day Extension of Time to Produce Final Expert Report, and it appearing to the Court that the same should be GRANTED,

It is hereby ordered that Defendant shall be permitted up to and including November 10, 2010 in which to produce a final report for her expert who will offer opinions to rebut the opinions offered by Plaintiff's expert, F. Curtis Barry.

Dated this ___ day of October, 2010.

                                              _____
                                              District Court Judge