**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No. 10-cv-01546-REB-CBS

THE DIRECT MARKETING ASSOCIATION,

    Plaintiff,

v.

ROXY HUBER, in her capacity as Executive Director, Colorado Department of Revenue,

    Defendant.

**ORDER**

**Blackburn, J.**

    This matter is before me on the **Plaintiff's Motion for a Preliminary Injunction and Incorporated Memorandum of Law** [#15] filed August 13, 2010. The defendants' response to this motion is due to be filed on November 19, 2010, and the plaintiff's reply is due to be filed on November 29, 2010. It is possible that the court will need to conduct a hearing on the motion. If the court determines that a hearing is necessary, then the court needs a basis to determine the amount of time necessary for the hearing.

    **THEREFORE, IT IS ORDERED** as follows:

    1. That on or before December 3, 2010, the parties **SHALL FILE** a joint status report specifying the amount of time each party estimates she or it will need to present evidence and argument at any hearing on the plaintiff's motion for preliminary injunction;

    2. That each party's time estimate shall include an identification of the testimony and other evidence each party intends to present at any hearing on the motion for preliminary injunction, an estimate of the amount of time necessary to present the

testimony of each anticipated witness, and the amount of time necessary to present any other evidence that may be admitted independent of the testimony of any witness.

Dated November 8, 2010, at Denver, Colorado.

                                      **BY THE COURT:**

*/s/ Robert E. Blackburn*
Robert E. Blackburn
United States District Judge