| Initiatives | Related Treasury Strategy Component(s)† (Bold = Primary) | FY 2008 Milestones | FY 2009 Milestones | Beyond FY 2009‡ |
|---|---|---|---|---|
| Engage all 50 states through the State Reverse File Match Initiative (SRFMI) – a process that matches IRS extracts received through the Governmental Liaison Data Exchange Program against state master files to identify individuals and businesses who filed a state return but not a federal return and to identify differences in federal and state income reporting. | 4, 7 | 7/31/08 Pilot use of systemic SRFMI data received from 14 states to identify nonfilers and underreporters | 6/30/09 Launch Phase 2 of pilot by increasing state agency participation by 50% to 21 taxing agencies | Continue expansion of SFRMI participation to all appropriate state tax agencies |
| Determine tax administration benefits of utilizing state data warehouse concept. | 3, 4, 7 | 7/31/08 Complete project analysis test and issue report of findings | 9/30/09 Based on test outcomes, take steps to expand as appropriate | √ |

| Initiatives | Related Treasury Strategy Component(s)† (Bold = Primary) | FY 2008 Milestones | FY 2009 Milestones | Beyond FY 2009‡ |
|---|---|---|---|---|
| Develop an educational targeted outreach DVD for military personnel preparing for retirement. | 5, **7** | 12/31/08<br>Distribute and integrate DVD into all military pre-retirement seminars to reduce the percentage of military retirees entering the Federal Employee/Retiree Delinquency Initiative (FERDI) population | 3/31/09<br>Obtain FY 2008 FERDI data for comparison to baseline data to measure DVD's effectiveness<br><br>9/30/09<br>Conduct research to determine the need for military disability tax-related services<br><br>12/31/09<br>Continue distributing DVD in all military pre-retirement seminars to reduce the percentage of military retirees entering the FERDI population | |
| Enhance outreach efforts to industry audiences about available Audit Technique Guides and Tax Tips. | **7** | 6/30/08<br>Work with industry partners to determine enhancements needed to existing guides as well as input on development of new guides<br><br>Ongoing<br>Publicize Audit Technique Guide availability to industries through national/local liaison activities | | |

| Initiatives | Related Treasury Strategy Component(s)† (Bold = Primary) | FY 2008 Milestones | FY 2009 Milestones | Beyond FY 2009‡ |
|---|---|---|---|---|
| Establish links to IRS.gov on industry, practitioner, educational, and governmental stakeholders websites. | 7 | 5/31/08 Promote Tax Centers (dedicated web space) and links to state and national organizations | | |
| Develop and widely distribute educational fact sheets on areas of high noncompliance. | 7 | 9/30/08 Complete monthly distribution of 12 additional fact sheets | 9/30/09 Complete monthly distribution of 12 additional fact sheets | |
| Develop a strategy to reach practitioners without affiliation to a professional organization. | 7 | 3/30/08 Develop grass-roots delivery channel with national retail tax preparation firms 9/30/08 Expand outreach to colleges and universities to include graduates entering tax preparation careers | | |

| Initiatives | Related Treasury Strategy Component(s)† (Bold = Primary) | FY 2008 Milestones | FY 2009 Milestones | Beyond FY 2009‡ |
|---|---|---|---|---|
| Leverage key partners such as the SBA and its SCORE program and SBDCs to deliver small business workshops to the new business community. | 7 | Ongoing<br>Continue contacts with traditional partners to maximize leveraged opportunities that provide education and outreach directly to business owners<br><br>10/01/07<br>Establish a baseline of current leveraged small business tax workshops<br><br>12/31/07<br>Partner with SCORE and SBDCs to enhance quality and consistency of leveraged Small Business Tax Workshops<br><br>3/31/08<br>Partner with SBA to increase outreach through the National Women's Business Council<br><br>3/31/08<br>Partner with SBA to promote voluntary compliance and share information customized information for new business owners<br><br>(cont'd) | 12/31/08<br>Incorporate information regarding common filing errors into current tax workshop curriculum | |

| Initiatives | Related Treasury Strategy Component(s)† (Bold = Primary) | FY 2008 Milestones | FY 2009 Milestones | Beyond FY 2009‡ |
|---|---|---|---|---|
| (cont'd) | | 9/30/08<br>Increase the number of Small Business Tax Workshops | | |
| Deliver educational messages through existing relationships with universities and colleges. | 7 | 9/30/08<br>Incorporate key messages into professional curriculum taught via Tax Practitioner Institutes across the country | 9/30/09<br>Determine a baseline and expand the participation of current Historically Black Colleges and Universities (HBCUs) in the VITA program<br><br>12/31/09<br>Increase the participation of Beta Alpha Psi, a national scholastic and professional fraternity, in the VITA program by 10%<br><br>12/31/09<br>Determine baseline and expand the Cooperative Extension Services Network tax prep and education programs in each of the four regions, HBCUs, tribal colleges and universities | |

| Initiatives | Related Treasury Strategy Component(s)† (Bold = Primary) | FY 2008 Milestones | FY 2009 Milestones | Beyond FY 2009‡ |
|---|---|---|---|---|
| Develop audio educational messages for toll-free wait times. | 7 | 1/31/08<br>Develop text and appropriate placement of specific educational messages. Submit Systems Change Request | 1/31/09<br>Implement approved educational messages<br><br>9/30/09<br>Work collaboratively with appropriate functions to create educational messages | |
| Customize outreach to specific industries to encourage voluntary compliance. | 7 | 3/31/08<br>Begin launch of industry specific communication/outreach to small business/industry stakeholders and state licensing agencies based on data driven analysis of key issues<br><br>9/30/08<br>Provide educational materials to new and existing business owners through partnerships with small business/industry stakeholders and state licensing agencies in all 50 states | 9/30/09<br>Conduct outreach in all states to promote the use of the IRS' web-based Tax Centers designed to provide education and web resources for specific industries and professions | |

| Initiatives | Related Treasury Strategy Component(s)[†] (Bold = Primary) | FY 2008 Milestones | FY 2009 Milestones | Beyond FY 2009[‡] |
|---|---|---|---|---|
| Request feedback from internal and external stakeholders on existing outreach and educational programs to identify best practices and enhancements. | 7 | 10/1/07<br>Convene Service-wide task force to collect and review stakeholder feedback<br><br>10/31/07<br>Share recommendations with external stakeholders and obtain additional feedback<br><br>12/31/07<br>Provide recommendations based on feedback<br><br>Ongoing<br>Implement appropriate recommendations | Ongoing<br>Implement recommendations | |

| Initiatives | Related Treasury Strategy Component(s)† (Bold = Primary) | FY 2008 Milestones | FY 2009 Milestones | Beyond FY 2009‡ |
|---|---|---|---|---|
| Develop strategies to educate first-time business filers. | 7 | 3/31/08 Collaborate with small business/industry partners to develop an outreach campaign to educate first time Schedule C filers, including common errors to avoid<br><br>12/31/08 Implement outreach strategy to first-time business filers | | |
| Expand relationships and collaboration with foreign tax administrations to increase informal and formal communications on international tax administration matters. | 7 | 9/30/08 Complete OECD project dealing with international guidelines on attribution of profits to permanent establishments<br><br>9/30/08 Participate in OECD monitoring of Transfer Pricing Guidelines including international business restructurings project | 9/30/09 Participate in OECD work on monitoring Transfer Pricing Guidelines | √ |

Return to Table of Contents

# GLOSSARY

AARP - American Association of Retired Persons

AMS - Account Management Services

ASFR - Automated Substitute for Return

AUR - Automated Underreporter

BSA - Bank Secrecy Act

BSM - Business Systems Modernization

CADE - Customer Account Data Engine

CAP - Compliance Assistance Program

CAWR - Combined Annual Wage Reporting

CI - Criminal Investigation

CMP - Compliance Monitoring Process

CSIRC - Computer Security Incident Response Center

CSP - Common Services Projects

CTC - Child Tax Credit

EFTPS - Electronic Federal Tax Payment System

EITC - Earned Income Tax Credit

ERO - Electronic Return Originator

ETA - Electronic Tax Administration

FAQ - Frequently Asked Question

FHWA - Federal Highway Administration

FIN 48 - Financial Accounting Standards Board Interpretation No. 48

FUTA - Federal Unemployment Tax

FY - Fiscal Year

IRC - Internal Revenue Code

IRS - Internal Revenue Service

I-CAS - Internet Customer Account Services

IT - Information Technology

JITSIC - Joint International Tax Shelter Information Center

JOC - Joint Operations Center

LEP - Limited English Proficiency

LMSB - Large & Mid-Size Business Operating Division

LSR - Leadership Succession Review

D113
Exh.7

MeF - Modernized e-File

NDNH - National Directory of New Hires

NMT - Net Misreporting Percentage

NRP - National Research Program

NTA - National Taxpayer Advocate

OECD - Organization for Economic Cooperation and Development

OPR - Office of Professional Responsibility

PCA - Private Collection Agency

PFA - Pre-Filing Agreement

PDC - Private Debt Collection

PGP - Priority Guidance Plan

PTIN - Practitioner Taxpayer Identification Number

QETP - Questionable Employment Tax Practices

ROI - Return on Investment

SAR - State Audit Reports

SBA - Small Business Administration

SB/SE - Small Business/Self-Employed Operating Division

SBDC - Small Business Development Center

SCORE - Service Corps of Retired Executives

SRFMI - State Reverse File Match Initiative

TAB - Taxpayer Assistance Blueprint

TAC - Taxpayer Assistance Center

TAS - Taxpayer Advocate Service

TBR - Taxpayer Burden Reduction

TCE - Tax Counseling for the Elderly

TCMP - Taxpayer Compliance Measurement Program

TDI - Taxpayer Delinquency Investigation

TEGE - Tax Exempt & Government Entities Operating Division

TIEA - Tax Information Exchange Agreements

TIN - Taxpayer Identification Number

TREES - TEGE Electronic Examination System

TY - Tax Year

VCR - Voluntary Compliance Rate

VITA - Volunteer Income Tax Assistance

W&I - Wage & Investment Operating Division          Return to Table of Contents