1          IN THE UNITED STATES DISTRICT COURT
             FOR THE DISTRICT OF COLORADO

2

  ------------------------------------------------------------

3

  THE DIRECT MARKETING ASSOCIATION,

4

                  Plaintiff,

5

  v.                    Civil Action No.:  10-CV-01546-REB-CBS

6

  ROXY HUBER, in her capacity as

7  Executive Director, Colorado
   Department of Revenue,

8

                  Defendant.

9

  ------------------------------------------------------------

10
11
12
13

               DEPOSITION OF F. CURTIS BARRY

14
15
16
17

                  October 19, 2010

18

                  Sandston, Virginia

19
20
21
22
23          HALASZ REPORTING & VIDEO
               P. O. Box 1644
24          Richmond, VA 23218-1644
               (804) 741-5215
25       Reported by:  Mary L. Rosser, RPR

1    A    Yes.

2    Q    And do you also get a sense of what their IT

3    costs and what their IT budgets are?

4    A    Yes.

5    Q    And what kinds of documents would you usually

6    see or how would you get an understanding of what their

7    IT budgets are?

8    A    Well, you know, we're often looking at

9    proprietary profit and loss statements for the company

10   so, you know, we'll take and understand what those costs

11   are as a percent of net sales.  You know, and it's not

12   just one line.  You're kind of interpreting half a dozen

13   to a dozen lines.  You know, the studies we do where

14   we're looking to replace a system, we often want to -- we

15   often have to determine what the change in the IT

16   Department is going to be, just like we have to determine

17   what the return on investment is going to be for a

18   system.  The systems are fairly expensive, and how

19   they're going to get that money back is important or

20   they're not going to spend the money unless they have to.

21   And so we -- you know, sometimes you're going from a very

22   old system that might be 15 or 20 years old that works

23   well, but it's kind of reaching its limit, and you're

24   implementing it, say, with a totally new technology that

25   is maybe more flexible and more -- requires less

1   hand-holding or people time to manage it.  So we

2   understand those and help clients work through what those

3   costs are and so forth.

4        Q    So by the end of the process, you have a very

5   good understanding of the company's financials and how

6   their IT costs fit into the overall business?

7        A    Not always the total financials, but we have a

8   pretty good idea of -- we know exactly what -- not

9   exactly.  We know what we have projected the total cost

10   to either develop and install a system is going to be as

11   best as we can, or if they're buying a commercial system

12   we know what the costs of the various stages through this

13   process are going to be, and we know the modifications

14   that are going to be required, and the services, meaning

15   training and conversion and implementation.  And the

16   services part of the project is often 50 percent or more

17   of the total cost because of the cost of the professional

18   people that a vendor uses.

19        Q    As the president of your company, how much time

20   do you spend consulting versus on the general management

21   of your company?

22        A    When you have six people, you don't have a lot

23   of general management.  My wife is involved with the

24   business part time, and she takes care of everything.  So

25   I spend a hundred -- not a hundred, but 95 percent, 90

```
 1              (Exhibit No. 1 was

 2              marked for identification.)

 3

 4   BY MS. SCOVILLE:

 5       Q    All right.  So why don't you quickly take a look

 6   at Exhibit No. 1 and just make sure this looks like a

 7   complete copy of your report, please.

 8       A    I believe it is.

 9       Q    Okay.  Well, let's jump in and start on page 4,

10   if you would.  On page 4, about halfway down the page,

11   you talk about external commercial programming rates --

12   or from external vendors, and you give a range of $140 to

13   $225 per hour.  I need to understand how you arrived at

14   these numbers.

15       A    Okay.  Well, as I said, I deal with proposals

16   from vendors not every day, but, you know, much of the

17   time so I'm continually looking at what vendors have --

18   one, what they think the effort is to do something in a

19   narrative form, and then how much per hour they feel that

20   they will spend to do that modification.  So it includes

21   all the steps required to develop and program the

22   modification, and they use different skill levels of

23   people to do that.  There would be a project manager that

24   spends, say, 10 percent of their time, and then just

25   various levels of programming skills to do the work, and
```

1  then people who QC the change and people that document

2  and so forth.  So there are all different skills and

3  salaries.

4      Q    And did you refer to any particular request for

5  proposal when preparing this report and coming up with

6  this range?

7      A    No.  I mean, I've got it in my head.  I have a

8  pretty good idea from one vendor to another what they

9  charge, and this is typical.

10     Q    Did you look at any labor market surveys?

11     A    No.

12     Q    What about any other sort of market survey data

13  that would give programming rates?

14     A    I deal with internal clients, programmers, and

15  we talk about cost all the time so I don't -- you know, I

16  have that in my head.

17     Q    And how great would the variance in these rates

18  be based on geography?

19     A    They really don't.

20     Q    And can you provide any sort of what I would

21  call confidence interval for this range?  You know, you

22  see surveys that are done and they say --

23     A    Plus or minus five percent.

24     Q    Plus or minus five percent.  All right.  And how

25  do you know that?

1    Q    Okay.  And would you provide the same confidence

2    interval of 5 percent for those estimates?

3    A    Yeah.

4    Q    Later in the same paragraph, you say, "Well-run

5    companies carefully budget internal IT projects."  So

6    that I can get a sense of the industry, what would the

7    range of an IT budget be for a small retailer versus a

8    large retailer?

9         MR. SCHAEFER:  Just for clarity, do you mean the

10   entire IT department or do you mean --

11        MS. SCOVILLE:  I mean, the entire IT department.

12   Exactly.

13   A    If it's a shop that doesn't do anything new,

14   they're just kind of maintaining what they're doing, it

15   might be 1 to 1 1/2 percent of net sales.  An average

16   shop might be, you know, where they're doing some new

17   things, might be 2 percent.  And if it's a fast-growing

18   company doing a lot of things where they have to trade

19   out their systems or they have to build, say, a West

20   Coast fulfillment center, it's going to be above that,

21   above 2 percent.

22   BY MS. SCOVILLE:

23   Q    And would that range be the same for small

24   retailers versus large retailers?

25   A    No, but it's -- it sounds logical that it should

1  be, but it's just really based on how efficient companies

2  are, and sometimes smaller companies are a lot more

3  efficient than bigger companies, so I've learned that

4  it's not always size.

5     Q    And can you translate those percentages into

6  actual dollar amounts for me, you know, in terms of a

7  range?

8     A    Well, it depends on the size of the company.

9     Q    Right.  Let's take a small to moderate-sized

10  company.  What would the range be for their overall IT

11  costs?

12        MR. SCHAEFER:  What are you calling a small to

13  moderate-sized company so what do you want?

14  BY MS. SCOVILLE:

15     Q    Well, maybe we should start by having you define

16  for us what a small, moderate company is versus a large

17  company.

18     A    Okay.  In my mind, a small company is a company

19  that's, say, under $5,000,000 a year in sales, net sales.

20  A moderate-sized company might be somebody in a 20- to

21  40,000,000 or something.  And then a large company, you

22  know, the mega companies are 250- and above.  And so, you

23  know, you've got some range differences there.

24     Q    Sure.  And so maybe I need to ask, first of all,

25  whether or not that's the right distinction to say small,

1    A    No.  I would --

2    Q    Put the support costs on top of that?

3    A    Yeah.

4    Q    So once you added support costs into a small

5    company's IT costs in terms of dollar values, what would

6    a small IT -- sorry, what might a small retailer be

7    spending annually on support costs?

8    A    See, I always try to equate it to percent of net

9    sales so I would guess from what I know -- you know, from

10   what I've been doing for many years, it's going to be in

11   a -- you know, from 1 to 2 percent of net sales.  You

12   know, management, when they're looking at costs, they

13   know these numbers too so, you know, if they were

14   presented with a deal that costs 3 percent of net sales,

15   it's going to get thrown out the window.

16   Q    Sure, sure.  Now, what about for a

17   moderate-sized company, one that you said would be in the

18   20- to $40,000,000 a year in net sales, what would they

19   be spending on their IT systems annually?

20   A    Well, they're, on the low end, they're going to

21   be spending, say, 200- to 400,000.

22   Q    And what would that include?

23   A    It would include -- may include, say, one

24   programmer, an operator or an operator and a half to take

25   care of the operations, again, software support, that

1    18 to 20 percent, the hardware maintenance.  There's not

2    a uniform way of necessarily tracking all costs --

3        Q    Sure.

4        A    -- and you can't just say that every company

5    tracks the costs the same.

6        Q    Right.  No, I'm just trying to get a sense of

7    the industry --

8        A    Yeah.

9        Q    -- and how it works.

10       A    Okay.

11       Q    And when we were talking about support fees and

12   18 to 20 percent, let me just confirm that 18 to 20

13   percent is the percentage of the cost of the initial

14   software purchase, right?

15       A    True, the license fees.

16       Q    The other range of companies that you gave me

17   was the mega of $250,000,000 in a year up in annual net

18   sales.

19       A    Right.

20       Q    Is there a category between moderate and mega

21   that we should be discussing?

22       A    Well, again, it's going to vary.  What I've said

23   here is three.  There's everybody in between, right --

24       Q    Sure.

25       A    -- and it's going to vary.  Just like we said,

1    if they're not doing anything, 1 to 1 1/2, if they're

2    doing something, 1 1/2 to 2, and if they're doing some

3    great things, it's over 2.  It's all on a continuum.

4           So just to go back to one thing.

5      Q    Sure.

6      A    We talked about the purchase of a new system for

7    the low end, and so purchase for a $20,000,000 to

8    $40,000,000 business, that might be more in a 400- to

9    $700,000 purchase.  So if you take the mega, mega can be,

10   you know, probably the low end, $2,000,000.  Obviously,

11   we don't know the upper end of the megas.  You know, I've

12   had projects that cost 8- or $9,000,000.

13     Q    But that would be on a single project for a mega

14   retailer --

15     A    Right.

16     Q    -- not their total IT support costs?

17     A    True.

18     Q    Do you have any sense of what total IT support

19   costs would be for a mega retailer?

20     A    Well, again, the same thing, 1 to 1 1/2 if

21   they're not doing much, 1 1/2 to 2 if they're doing

22   something, and above 2 if they're replacing.  You know, a

23   mega -- I've had clients that will have 200 people in

24   their IT center in a mega company.  Probably the typical

25   would have maybe at least a dozen on the low end, but big

1   companies have a lot of people.

2       Q    And if a mega company were to purchase a new

3   software system, what kind of numbers would we be talking

4   about there?

5       A    That's what I was just saying.

6       Q    I see.

7       A    2,000,000 on the low end, 8- or 9,000,000 on the

8   upper end.

9       Q    I see.  Okay.  Back to the report.  At the

10  bottom of page 5, you have in the last paragraph Cost to

11  Evaluate Requested Systems Changes, and you say, The IT

12  industry best practice is to conduct an evaluation of

13  proposed changes.  And you go on to estimate that a

14  detailed evaluation can be $1,000 to $5,000 on the low

15  end, to much higher costs for complex changes and new

16  subsystems.  How did you arrive at the $1,000 to $5,000

17  figure for the low end?

18      A    Just from what I do every day.  In some cases,

19  we actually help clients set up what we call the change

20  management systems, in other words, the way the users

21  request changes to systems and how to cost it out and

22  things like that, or another case is, you know,

23  management, when I'm there, may say, Well, let's look

24  at -- you know, we often look at like a multiple year

25  backlog of changes.  Because they never have enough

1    can see spending a lot more --

2        Q    Sure.

3        A    -- a couple thousand.

4        Q    What I'm trying to understand is if the

5    evaluation costs are built into --

6        A    They are.

7        Q    -- the numbers that you've already provided in

8    the exhibits.

9        A    They are, yes.

10       Q    Okay.  Let's see, on page 7, subparagraph 2

11   there, you talk about the Cost for Marketing Service

12   Bureaus --

13       A    Right.

14       Q    -- and I need to understand, first of all,

15   exactly what a marketing service bureau is.

16       A    Most companies use marketing service bureaus in

17   a -- in anywhere from one to four different ways.  When

18   they rent and exchange lists -- that's a premise of much

19   of direct marketing, that the way you build your business

20   is you rent and exchange similar kinds of product lists

21   or service lists.  So you may not be doing it directly

22   with a competitor, but certainly a list that you think is

23   going to respond because, as we said before, it's a low

24   percent response industry.  So when we do that, we might

25   have anywhere from 50 to thousands of different segments

1   of lists that have to be merged and purged against your

2   internal file because you don't want to mail the same

3   book to --

4        Q    And lists, you're talking about customers'

5   names --

6        A    Yes.

7        Q    -- and addresses?

8        A    Yes.

9        Q    Okay.

10       A    So we don't want to mail -- let's say, if we

11  back up, the best customers are on many people's lists,

12  okay, because that's where -- they're a good customer.

13  They like to shop this way.  So we don't want to -- if

14  you're on four lists, which is not uncommon, there can

15  be -- you know, we actually develop a lot of numbers for

16  companies from the service bureaus so we know how many

17  people shop once, twice, three times, four times, up

18  through like ten times, plus.  So we don't want to send

19  multiple catalogs or promotions so we want to get those

20  down, so we call that merge/purge.  So that's one way.

21  Most people would use service bureaus for that.

22           Another way is that even though they have

23  internal marketing files -- every company has internal

24  operational files, in other words, when a customer calls

25  in, they say, where is my backorder or you shipped me

1  this and it's broken or can I get another widget just

2  like this one.  That's an operational file.  You go in

3  and -- now, some people also take their operational files

4  and make those internal marketing files, and there may be

5  more data that's added or it looks different than just

6  operational data.

7      Q    And would a service bureau do the transformation

8  from an operational file into a marketing file or would

9  the companies do that and then send a bureau the

10 marketing file?

11     A    No.  A low percentage of the companies will try

12 to do that internally by themselves.  They may do the

13 merge/purge outside and then have that sent back.  But

14 most, most mailers will use the service bureau also to

15 develop the mailing, in other words, what's going to be

16 mailed.  And the reason is, is that the -- how data is

17 organized and analyzed is fairly complex.  It's not just,

18 you know, a bunch of names and addresses and Janie bought

19 this and Bill bought that.  You know, it's tracking, over

20 a longer period of time, it's tracking response rates by,

21 you know, how many are one-time buyers and maybe we've

22 sent the one-time buyers reactivation notices to try to

23 get them to buy again.  And so we track what marketing

24 data -- or, excuse me, what marketing promotions an

25 individual customer actually got, okay, and then we

1   determine through the service bureaus are we spending too

2   much or too little to get that response.  So it becomes

3   fairly, it becomes fairly data intensive and data rich.

4        Q    So the marketing service bureaus, as I

5   understand what you just said, are the firms that are

6   doing the data crunching --

7        A    Yes.

8        Q    -- to determine that I am a woman of a certain

9   age, who has small children, who only shops when she has

10   free shipping offers or something like that --

11       A    True.

12       Q    -- is that right?

13       A    That's exactly right.

14       Q    Okay.  So the marketing service bureaus are the

15   people who crunch all the numbers to make sense of it for

16   the retailers?

17       A    And sometimes analyze it for them, meaning the

18   human, you know, here's the report, but this is what it

19   means.

20       Q    Okay.

21       A    Then you have another use is for actually

22   developing models, in other words, data models.  How do I

23   find more of Stephanie.  Stephanie is a type of

24   shopper -- is a good shopper for kids under six years old

25   or five years old.

1      A      Right.

2      Q      And as I understand it, these are not pricing

3   models that would be publicly available?

4      A      Right, no.

5      Q      They would be in response to requests --

6      A      Right, yeah.

7      Q      -- for proposals?  Okay.  When was the last time

8   you personally reviewed a pricing model?

9      A      We do a couple of them a year.  We did one in

10   the spring of this year.

11      Q      And were there any particular pricing models

12   that you relied on in forming your opinions in this

13   report?

14      A      No.

15      Q      So you're relying more on your general

16   experience with the pricing models?

17      A      And on the -- there's two aspects.  One is, as

18   we have in the exhibits, the cost of merge/purge, which

19   is certainly one of the smaller costs in this report, and

20   often -- and then the services.  In other words, where

21   people are going to develop, you know, a reporting system

22   for you comes back to these same kinds of costs that we

23   talked about a couple of hours ago.  So it's more that

24   than some complex model.

25      Q      So before we get into the specifics of the three

1  crossfoot my assumptions, and that was helpful and it

2  ended up in some cases decreasing my initial estimates.

3      Q    Okay.  But other than kind of checking your

4  estimates against some folks in the industry, you didn't

5  do any more formalized studies --

6      A    No.

7      Q    -- of the costs?

8      A    No.

9      Q    Did you refer to any literature or existing

10 studies to determine the costs?

11     A    No.

12     Q    Now, you're aware, I believe, that the Act

13 exempts retailers with less than $100,000 in gross

14 sales --

15     A    Yes.

16     Q    -- to Colorado residents?

17     A    Right.

18     Q    Did your analysis exclude that level of

19 retailers?

20     A    Yes.

21     Q    And how did you take that into account?  How did

22 you exclude those folks?

23     A    Well, I work primarily -- when I think about the

24 size of a business, I think about the size of the

25 12-month buyer file; in other words, how many customers

1            THE WITNESS:  Okay.  Yeah.

2            MS. SCOVILLE:  Well, let's take about a

3    10-minute break then.

4            THE WITNESS:  Thank you.

5                    (Break.)

6

7    BY MS. SCOVILLE:

8        Q    Right before our break, you mentioned that you

9    had talked to about 15 companies; is that right, to kind

10   of check your estimates?

11       A    Right.

12       Q    How did you select which 15 to speak with?

13       A    They were just -- some were software vendors of

14   commercial systems.  They were just people that I trust

15   their judgment.  You know, I can give them an idea

16   quickly, I don't have to spend a week telling them what

17   I'm trying to do, and I can get a, Have you thought about

18   this or maybe this is a little bit high or this is low.

19   Just people I trust.

20       Q    And did you also speak with actual retailers,

21   also?

22       A    Well, I mean, yeah, they were -- you mean big

23   box retailers or --

24       Q    No.  I'm talking about actual multichannel

25   retailers --

1      A      No.

2      Q      -- as opposed to software vendors.

3      A      No.   Most of them were multichannel retailers.

4      Q      And of the retailers, did they cover both

5  catalog and Internet?

6      A      Almost every one of my clients does.   There's

7  rarely one that isn't multichannel.

8      Q      And did you speak with a range of small to

9  medium and large retailers?

10     A      Mostly moderate, one large, one mega.

11     Q      And how did you decide on the number 15?

12     A      Well, we were trying to meet a date, and that's

13  about what I had time to do.

14     Q      And did you keep any notes of your conversations

15  with them?

16     A      Just one, which I've turned over to you that

17  had -- I didn't really -- you know, I wasn't trying to do

18  something methodically.   I was just trying to check the

19  assumptions.   It's in what you got last week, I think.

20          MS. SCOVILLE:   Okay.   Let's mark this as Exhibit

21  2, please.

22                    (Exhibit No. 2 was

23                     marked for identification.)

24

25          MR. SCHAEFER:   A very minor point, they may be

1      A      They're a marketing service bureau company.   And

2      these others, I can't tie it down to a specific company.

3      Q      Okay.  Well, why don't you give me a list of the

4      companies with whom you spoke.

5      A      One would be D.M.insite.

6      Q      And what kind of company is that?

7      A      That's a web software company, web software

8      provider.

9      Q      Okay.

10     A      Let's see, I talked to CommercialWare, which is

11     a -- it's a software company.  I had a short time to be

12     able to do this, so I'm thinking about the calls I made

13     versus the ones I got back, and I can't specifically say

14     which ones these represent.

15     Q      Okay.  But just generally, who else did you

16     speak with?  Who are the other 15 companies?

17     A      Well, as I said, I made a number of calls and

18     got a limited number of call-backs.

19     Q      Okay.  Do you remember the retailing companies

20     with whom you spoke?

21     A      I don't.  I'm giving you the ones that I

22     remember.

23     Q      Do you have any other documents that would

24     reflect who the retailers with whom you spoke were?

25     A      No.

1  even if he didn't specifically rely on this particular

2  phone call.

3          MR. SCHAEFER:  Let me ask you -- it's clear the

4  witness has some sensitivity about it.  The issue I have

5  is whether or not you can -- if you establish that the

6  information contained is relevant to the report or to the

7  opinion, that's fine.  If he didn't rely on it or he

8  didn't consider it, it seems to me that the name is not

9  necessary, other than in an effort to identify someone

10  without, I think, a reason typed in the report.

11          MS. SCOVILLE:  Okay.  I think we've already done

12  that, but let me take another shot at it.

13  BY MS. SCOVILLE:

14     Q     So, Mr. Barry, I understand that you in

15  mid-September came up with initial estimates of the costs

16  for companies to comply with the three categories of

17  Colorado regulations; is that right?

18     A     Yes.

19     Q     And then you spoke with 15, approximately,

20  companies, and then you made revisions of those

21  estimates; is that right?

22     A     Well, I validated what I was thinking, not based

23  on what they were telling me that it was going to cost

24  them.  Much of what I have in my report is what I have as

25  experience.  All I was doing was -- I didn't ask them

1   what it would take them to do it.  I was validating the

2   process.  That's why I don't understand.  I never asked,

3   I never asked them what it was going to cost them because

4   I didn't want to get but too far into it.

5        Q    And why didn't you want to get too far into

6   it?

7        A    Well, because I talked to Brann & Isaacson, and

8   they told me from the very beginning to be very careful

9   not to solicit any work on this account; in other words,

10  you know, don't -- be very objective, which is what I do

11  in all my work, and, you know, if you're going to talk to

12  people, don't, you know, don't make a point of being an

13  expert, just use it to validate your process, and that's

14  what I've done.  The cost, I have no -- what it's going

15  to cost some company to do something is my estimate.

16  It's not what they've told me.  They haven't estimated

17  something and given it to me.

18       Q    So as I understand it, no company gave you an

19  estimate of what they have or have not done to comply

20  with the regulations?

21       A    No.

22       Q    What did you ask the companies?

23       A    I would say -- for example, if we talked about

24  web, we talked, as the requirements -- or as the report

25  says, and it's going to require a change in, say, the

1    order path, I would ask them, you know, if you had to, if

2    you had to do some major change in the order path, how

3    much -- you know, what does that entail, and they'd

4    describe it to me, and then I'd say to myself, okay,

5    that's, you know, that's a moderate change or a small

6    change.  But I never gave them any kind of a written

7    description so that I have any uniformity between

8    descriptions.  It was really more to make sure that I

9    could say these were conservative estimates, that I

10   wasn't giving such a high number that we'd spend a lot of

11   time arguing whether it was 50,000 or 35,000.

12        Q    And it's my understanding that you revised some

13   of your numbers after speaking with these companies; is

14   that right?

15        A    Right.

16        Q    Okay.  And we'll get into the specific numbers

17   in a minute.  As I understand it, you did not have a

18   formulated list of questions when you called these

19   15 companies?

20        A    No.

21        Q    You didn't use a questionnaire?

22        A    No, no.

23        Q    All right.  And you didn't do anything to

24   methodically track their responses?

25        A    No.

1   please.

2                    (Exhibit No. 4 was

3                    marked for identification.)

4

5   BY MS. SCOVILLE:

6      Q    Do you recognize Exhibit 4 as an e-mail that you

7   sent to Matthew Schaefer on September 23rd?

8      A    Yes.

9      Q    All right.  This e-mail says, "I have talked to

10  15 companies today.  50% had no awareness of this

11  regulation which is very worrisome and disconcerting in

12  trying to estimate costs."

13     A    There's a mistake in this.

14     Q    And what is the mistake?

15     A    I didn't talk to 15 in one day.  I talked to

16  them over -- the way I remember it is that I had like

17  three days or two days so it wasn't "today".  And I'm

18  pretty sure this is the first time and the only time that

19  I sent Matt a note that said I've talked to people, I

20  think.  I mean, I haven't gone back and looked at every

21  e-mail that you have.

22     Q    So when you say that "50% have no awareness of

23  the regulation which is very worrisome and disconcerting

24  in trying to estimate costs", what about it was worrisome

25  and disconcerting?

1      A     Just that they were not -- it wasn't on their

2   radar.  It wasn't disconcerting for me or worrisome for

3   me because I had already written down what I thought, but

4   I was concerned for them and their clients.

5      Q     When you talked to retailers, what did you learn

6   in terms of whether multichannel retailers were aware of

7   the regulations?

8      A     About the same.  You know, they had -- there had

9   been only, I think only one news story on this topic, and

10   it was back in July.  It was in Multichannel Merchant

11   that DMA was suing the State of Colorado.  They actually

12   had some errors in it.  It was literally one 8 1/2 by 11

13   long that just said this is it, more later, but it did

14   have errors.

15      Q     But of the retailers with whom you spoke, about

16   50 percent were aware of the regulations as I understand

17   it?

18      A     Yeah, to some degree.  It doesn't mean they were

19   doing anything about it.  I would say, I would say with

20   high certainty nobody I talked to knew the details of the

21   three requirements.

22      Q     And Wyland, the marketing service bureau with

23   whom you spoke, were they aware of the regulations?

24      A     No.

25      Q     The next sentence reads of this e-mail in

1   Exhibit 4, "So the impressions and costs were all over

2   the place.  I took your advice and cut the costs down

3   considerably to avoid issues."  What issues were you

4   trying to avoid?

5       A    Well, as you know, if you looked at my drafts,

6   which I had in my -- I think it was the September 17th

7   draft or whatever the first one to Brann & Isaacson was,

8   I had pushed myself to think through what I thought it

9   was going to take typically and put a dollar on it, and

10  those are the costs that I, as I talked to some people

11  not about what it was going to cost them, but just the

12  effort and the process, that I changed, and I don't, I

13  mean, I don't remember which ones changed and which ones

14  didn't, but the -- what Matthew had asked me to do was to

15  just be conservative with it, don't try to do a study of

16  a bunch of different companies.  That's not what we set

17  out to do.

18      Q    And when this e-mail in Exhibit 4, the last

19  sentence of that paragraph says "I took your advice",

20  what was Mr. Schaefer's advice?

21      A    I just said what it was.  It was to be

22  conservative.

23      Q    And that's the whole of his advice to you?

24      A    Yeah.  I mean, he's a lawyer, he doesn't know

25  anything about systems, and he trusted my judgment for

1      Q      Okay.  So it could be an icon or a URL?

2      A      Right, or just a hot link, if you know -- you

3   know, like the words "Colorado sales tax".

4      Q      Highlighted and underlined --

5      A      Right.  Yeah.

6      Q      -- you click on that, and then it takes you

7   somewhere else?

8      A      Yes.

9      Q      And you assume that the linking notice would

10  send customers to a retailer's FAQs; is that right?

11     A      It's one way to do it.

12     Q      Okay.  What would another way to do it be?

13     A      Just to have a -- when you do that hot link, to

14  be able to go out to a place either in the web system or

15  in the order management system where you have company

16  policies so that, you know, we could put out there in a

17  user-friendly way what the statute said and what the

18  customers' options were, and that they would be required

19  to pay the sales tax if, as you know better than I, all

20  the possibilities.  So just, you know, we have places in

21  the systems that allow us to do that for both call center

22  and e-commerce.

23     Q      So it would be possible then for the linking

24  notice to take a customer not to the frequently asked

25  questions page, but to like the terms and conditions

1    section of the offer?

2        A     Yeah.  We don't call it that, but it would be

3    just like, you know, our company policies.  It could be

4    on returns or product damage.  And on the surface of it,

5    it probably wouldn't be visible to the customer without

6    clicking that maybe.

7        Q     And in terms of the cost that it would take

8    companies to create this path, is the cost any different

9    if it takes -- if the linking notice takes the customer

10   to frequently asked questions, as opposed to the

11   company's policy page?

12       A     No.

13       Q     Okay.  What about a pop-up window, would a

14   pop-up window work as an alternative?

15       A     Yes.

16       Q     And would programming the order path for a

17   pop-up window be more or less expensive than a linking

18   notice?

19       A     It might be, it might be somewhat more, but a

20   small amount of money.  A question would be, you know, do

21   you want the customer to click on that, that they accept

22   that or not, which is kind of a negative, you know,

23   customer service issue.

24       Q     And when you said that it might be somewhat more

25   but a small amount of money, tell me what you mean by

1    that.  I'm not sure I understand that.

2        A    Well, I mean, it's going to vary by company.  It

3    might be a couple thousand dollars more, it might be

4    less.

5        Q    To program a prop-up window --

6        A    Yeah.

7        Q    -- as opposed to a linking notice?

8        A    It's not a huge amount, but it would be more

9    than just hitting an FAQ.

10       Q    You mentioned in the last paragraph under

11   1(a) -- we're back on Exhibit 1, your report here -- that

12   you have used the assumption that companies adopt a

13   linking notice, rather than some form of "work around".

14   What would a "work around" be?

15       A    "Work around", generally the way the term is

16   used, is something that may be less desirable, but gets

17   it done without major programming.

18       Q    And what would be some examples of "work

19   arounds" in this particular context?

20       A    I don't have any.

21       Q    Let's go back to Exhibit No. 5, if you would,

22   which is one of the earlier drafts of your report.  Okay.

23   If you would look at page 7, please.  The second full

24   paragraph says, "Retailers we have talked to are looking

25   at a variety of solutions and workarounds including

1    did come up, and I told them I didn't think that would

2    work.

3    BY MS. SCOVILLE:

4        Q    Okay.  The second sentence of this paragraph

5    says, "Another is that e-commerce customers to force the

6    Colorado customer, when they enter their delivery

7    address, to have to click a button before proceeding with

8    the sale that they understand their sales tax

9    obligations."  Is this something that's actually being

10   done by a company?

11       A    No.  I don't remember -- no, but it goes back to

12   what I just said a couple of minutes ago.  It has some

13   negative customer service ramifications.  People just

14   kind of threw this up.

15       Q    Okay.  So it was an idea --

16       A    Right.

17       Q    -- that was thrown out by one of the people that

18   you talked to?

19       A    Right.

20       Q    All right.  The next paragraph says, "There are

21   a variety of workarounds that we have heard discussed

22   which probably do not meet the regulation.  One is using

23   e-commerce trigger e-mails to inform the Colorado

24   customer after the order is accepted by the system."  Is

25   that something that companies are actually doing?

1    A    No.  It's an idea again.

2    Q    And did you believe that that option for

3 complying with the regulations would be acceptable?

4    A    No.

5    Q    Okay.  And is that based on your conversations

6 with the Brann Law Firm?

7    A    I don't, I don't think so.  It just seemed to be

8 when using a trigger e-mail, it's after the fact rather

9 than before.

10    Q    Okay.  So in your opinion, that would not meet

11 the Colorado regulations?

12    A    That's my opinion.

13    Q    If it did meet the Colorado regulations, would a

14 trigger e-mail be less expensive than changing the web

15 order path?

16    A    Assuming that everyone can identify a Colorado

17 order -- a Colorado customer and trigger an e-mail may

18 mean some changes there, but --

19    Q    Would it be less expensive, I guess is my

20 question.

21    A    Than what, what we're assuming here?

22    Q    Than changing the web order path.  And let's

23 actually start over so we've got a clean question.

24 Sorry.

25         Would a trigger e-mail after an order is placed

1   this 5- and 10,000 also involves the discovery and

2   evaluation process.

3          MR. SCHAEFER:  Stephanie --

4          MS. SCOVILLE:  Yes.

5          MR. SCHAEFER:  -- can we take a break just long

6   enough for me to check out?

7          MS. SCOVILLE:  Oh, of course, of course.  I'm

8   sorry, we are getting close.  Let's go ahead and take a

9   break.

10                  (Break.)

11

12  BY MS. SCOVILLE:

13     Q    Okay.  Right before our break we were talking

14  about your estimates for changing the web order path as

15  5- to $10,000.  Did you attempt to break that 5- to

16  $10,000 into the components of designing the program

17  changes, developing, programming and testing?

18     A    Not in writing, I don't have them in writing,

19  but I did sit down and kind of go through that

20  mentally.

21     Q    Okay.  And how would you divide up this

22  particular estimate of 5- to $10,000 in terms of those

23  categories?

24     A    Well, I think that at least half of the --

25  anywhere from half to 75 percent of the costs are in the

1   design and what management wants to do and whether it

2   meets, whether it meets the -- not just this, but does it

3   meet the need, and the programming part, the physical

4   change hopefully is smaller than the design.

5        Q    So programming and testing might be just a

6   quarter --

7        A    Yeah.

8        Q    -- of the estimate?

9        A    Right.  It's going to vary on, you know, what

10  kind of a change, but --

11       Q    And I apologize if I'm repeating myself from

12  five minutes ago.  I'm already having trouble remembering

13  exactly what we covered, but I don't think I've asked you

14  this yet.  Did you do any tests or studies to actually

15  program a change like this?

16       A    No.

17       Q    And did you refer to any literature or published

18  studies about what the cost might be?

19       A    Of making the Colorado change?

20       Q    For the transactional notice.

21       A    I'm not aware of any.

22       Q    So this is based on your experience?

23       A    Right.

24       Q    And did you discuss changing the web order path

25  with the 17 companies with whom you spoke?

1    A    I did with the ones that had a reasonable idea,

2   you know, an awareness.  In other words, with half the

3   companies, if they weren't aware, then I wouldn't have

4   spent all my time trying to get them to know what to

5   do.

6    Q    And what was the feedback you got from actual

7   companies about the cost to change the web order path?

8    A    Well, I didn't ask anybody for a specific cost.

9   What I asked them was, am I thinking about the process

10  that you might have to go through, and then I put the

11  cost on it.

12   Q    And have you had any similar experiences with

13  the clients of your firm in terms of assisting them with

14  changing web order paths to comply with a similar

15  regulation?

16   A    With changing a web order path, yes, but not

17  with a similar regulation.

18                    (Exhibit No. 10 was

19                    marked for identification.)

20

21  BY MS. SCOVILLE:

22   Q    Okay.  Let's, if you would, take a look at

23  Exhibit No. 10.  Do you recognize this as your draft

24  report dated September 15th?

25   A    Yes.

1    Q    If you would, take a look at page 4, please,

2  under C, Estimated Costs, 1, Order management, enterprise

3  and e-commerce systems.

4    A    Let's see --

5    Q    At the top of the page.

6    A    Yes.

7    Q    And in the underlined text, you have, "FCBCO has

8  not estimated the dollars but it could be a $50,000 one

9  time cost.  How the software vendor might charge for that

10 is obviously unknown as it would be a shared expense."

11         And then in the next paragraph, you say,

12 "Company website developers would have an equally

13 difficult time in making this change.  This could be

14 another $30,000 to $50,000 charge to inform the

15 customer."

16         First of all, I want to confirm that this part

17 of your draft report is referring to the transactional

18 notice.

19    A    Let me take a look at that.

20    Q    Sure.

21    A    I believe it does.  I'm not sure there isn't

22 some overlap between one and two now, but --

23    Q    Okay.  How did you arrive initially at the

24 $50,000 for external costs and 30- to 50- for internal?

25    A    Just, as I said before, thinking through what I

1  thought the issues would be, trying to put what I would

2  consider to be a cost on there that I could then

3  validate, and that looking at -- you know, thinking about

4  other projects we've done that are similar in the same

5  parts of the system, like the order processing part or

6  the web path part, trying to be realistic because, as we

7  said hours ago, IT people don't estimate accurately, and

8  I didn't want to come in too low initially.  So it was

9  kind of like this is a strawman figure, and then tried

10  to -- and then validate it and think further about it.

11       Q    Okay.  And you obviously changed your

12  estimates --

13       A    True.

14       Q    -- downward.  And why did you change the

15  estimates downward?

16       A    One, I wanted to make sure that I didn't --

17  since I don't have the details written down, that I could

18  talk through them and, you know, discuss them.  With a

19  larger number like that, I think that's harder to do.  I

20  think there are very real costs to this statute, and what

21  didn't change is most of the things I identified -- most

22  of the areas that I identified in the initial report are

23  in the final.

24       Q    But just the dollar value changed?

25       A    Yeah.  And what I didn't want -- nobody likes --

1    I've never worked with anybody, whatever the issue is

2    that we're working on, if I come in and say, Well, I

3    think it's 5,000 and it ends up being 50-, nobody likes

4    that.  But if I say it's some other number and I'm

5    bringing it down, that has always -- whether it's an

6    estimate of my time or software.  So it's more of a

7    personal style kind of thing.  I don't want to go back

8    with some huge increase.

9        Q    Well, what is the most accurate number in your

10   professional opinion --

11       A    In the report.

12       Q    -- as to the actual costs?

13       A    In the report.

14       Q    The 5- to $10,000?

15       A    Yes.

16       Q    Okay.  And so I guess I'm still trying to

17   understand why you revised it downwards, other than just

18   not wanting to aim too high.

19       A    Well, I think, I think they're realistic, and I

20   also think that if the statute stands, I think that those

21   are very conservative estimates, that those are small

22   numbers as estimates go for IT changes.  They may look

23   big to a novice, but they're not a -- they represent true

24   costs, actual costs, and I believe that these will end up

25   being conservative.

1          MS. SCOVILLE:  Let's take a look at Exhibit 11,

2     please.

3                    (Exhibit No. 11 was

4                    marked for identification.)

5

6     BY MS. SCOVILLE:

7          Q     Do you recognize Exhibit 11 as another draft of

8     your report?

9          A     Yes.

10         Q     Okay.  If you would take a look at page 4,

11    please, the top of page 4, and this is part of Exhibit A,

12    the transactional notice.  And the first full paragraph

13    on page 4 says, "Estimated cost to modify order the order

14    path for the message is estimated from $15,000 to

15    $25,000."  And is that another iteration of your estimate

16    of changing the web order path?

17         A     Yes.

18         Q     And that came after --

19         A     As best I recall, yeah.

20         Q     Okay.  And that appears to have come after our

21    initial estimate of 50- or 30- to 50-?

22         A     Right.

23         Q     I guess I'm still trying to understand what you

24    did or what changed in your analysis to take it from 50-

25    or 30- to 50- to 15- to 25- down to 5- to 10-.  What

1  changed along the way?

2          MR. SCHAEFER:  Object to the form.

3      A    Well, again, as I said, I originally put a high

4  number, a strawman on that, realizing I was going to have

5  a week to two weeks to develop it, develop it further and

6  to think about it, and, you know, this is all this is.

7  This is not meant to be any more than that, that these

8  are working notes, working drafts, I guess is a better

9  way to say it.

10 BY MS. SCOVILLE:

11     Q    And what changed -- or why did you revise your

12 estimate downward from 15- to 25- in Exhibit 11 to 5- to

13 10- in your final report?

14     A    To be very conservative with the costs.  As I

15 said in the early part of this document, what flexibility

16 people have with systems, whether they use outside

17 companies to program them or they can maintain

18 themselves, whether their technologies are flexible, all

19 these things make some costs easier than others for

20 people to accommodate.  Older technologies and outside

21 developers make it more expensive.

22     Q    Sure.  And your 5- to 10- estimate takes outside

23 developers and older technologies --

24     A    Right.

25     Q    -- into account?

1      A      True.

2      Q      Did you do any studies or any tests as you

3    revised the numbers downwards?

4      A      No.

5      Q      So you had initial estimates which were based on

6    your own experience of 50- or 30- to 50-?

7      A      Right.

8      Q      And then you had estimates of 15- to 25- based

9    on your experience?

10      A      Based on thinking about it more.

11      Q      And then you had your final estimate of 5- to

12    10- also based on your experience?

13      A      Yes, and a limited outside validation.

14      Q      Did anything that the 17 companies you

15    interviewed say to you factor into your decision to

16    revise these numbers downwards?

17      A      I would say no.  It was, again, a validation of

18    process, you know, what they think this means they'd have

19    to do.  Obviously, I'm leading them through; you know,

20    you have to change the order path if that isn't true

21    then, you know.

22      Q      And looking at Exhibit No. 11, can you tell

23    whether or not this draft was done before or after you

24    talked to the 17 companies?

25      A      I have no idea.

Page 114

1    printed; is that right, and that's what the 5- to 10-

2    estimate represents?

3        A    All the invoices would look alike, but we'd have

4    sufficient size on the front of the invoice to

5    accommodate whatever it is the companies feel comfortable

6    with saying.  Some might be one line long, and some might

7    have a friendly paragraph.

8        Q    And how common is it right now, this Colorado

9    regulation aside, for retailers to have forms that are

10   specially generated for different states' requirements?

11       A    Rare.

12       Q    Okay.  What are some of the other instances

13   where a separate form for a particular state would be

14   triggered?

15       A    There may be in horticulture provisions that say

16   something about seeds, quarantined products.  It's very

17   rare.

18       Q    You include that the cost estimate for modifying

19   the invoice or packing slip would be 5- to $10,000.  On

20   what data did you base that conclusion?

21       A    My experience in going through what I think

22   would have to be considered and the time to develop an

23   estimate, along with the time to develop a design and the

24   programming and testing.

25       Q    And did you break this 5- to $10,000 into

1    different categories and give hourly estimates for each

2    step in the process?

3         A     Not as notes.

4         Q     But it sounds like you did that in your head; is

5    that right?

6         A     Yes.  Right.

7         Q     And can you recreate for me how you got to the

8    5- to 10-?

9         A     Well, as I said this morning, I believe it would

10   cost a couple thousand dollars to evaluate the change.

11   In the case of something this complex, it could easily

12   cost $5,000 if people aren't aware of it.  I said before

13   that the program -- the system design and the program

14   design, not the programming, is more than half the cost

15   of every change.

16        Q     Programming is more than half in this

17   instance?

18        A     No.  The design of what I have to do --

19        Q     I see.

20        A     -- as a programmer.  We call that program

21   design.  In other words, I'm going to take the statement,

22   the computerized statement, and I'm going to do this.

23   Well, I have to write all that down, I have to get

24   everybody to agree to it.  That's more than half the

25   cost.  So that's how I came up with it.

1    Q    And did you estimate the number of hours and

2    then multiply it by hourly rates?

3    A    Right.

4    Q    Okay.  And what hourly rates did you use?

5    A    I used a blended rate between the $32 -- let's

6    look at the page.  If we look on page 4 of the final

7    report, we have $24 and $48 without benefits.  If we put

8    benefits into it, we have $31 and $62.  So I took a

9    blended average of those two.

10    Q    And did you just do a straight average --

11    A    Yes.

12    Q    -- 31 plus 62, divided by half?

13    A    Yes.  Like 47 or something.  So, again, trying

14    to be conservative, not trying to push it towards the

15    high side or the low side.

16    Q    So if you take $5,000 -- and I just did the math

17    right here -- divided by the blended rate, which is

18    actually 46.5, you get 107 hours of time to modify the

19    invoice.  That would be the low end, right?

20    A    Yes.

21    Q    And then you could do the same math to determine

22    how many hours it would be to modify to get to the upper

23    range of $10,000?

24    A    Right.

25    Q    And is that how you did the math --

1     A     Yes.

2     Q     -- to get to these numbers?

3     A     Yes.

4     Q     And did you come up with the amount of hours

5     first or did you come up with the numbers, the totals

6     first?

7     A     I came up with the hours, you know, just how

8     many -- when you look at all the pieces to this and just

9     envisioning what most companies would have to do as they

10    figure out what they're going to do to meet this, if they

11    have to, and then I used the dollar averages.

12    Q     Now, none of the figures in your final report or

13    your draft reports are expressed in terms of number of

14    hours.  They're expressed in final costs.

15    A     Right.

16    Q     Do you have any notes or other documents that

17    would reflect your thinking in terms of hours?

18    A     No, I don't.

19    Q     Okay.  And I'll tell you -- I did the math

20    sitting here -- that it would take 215 hours at the

21    blended rate to get to $10,000.

22    A     Okay.

23    Q     How did you arrive at 215 hours?

24    A     With some technology, I'm going -- you know,

25    with like mainframe technology or some of the older

1    programming is closest to 150 to 160 average?

2      A     Yeah, somewhere in that.  I mean, I don't

3    remember how it calculates out right now.  I will say

4    that, and you can see this in my drafts, that I use the

5    computer a lot to capture thoughts, and then I refine

6    them.  You can see things that I throw out or I typically

7    put them at the end of the document, and so I don't, I

8    don't write as many manual notes as I might have 15 years

9    ago.  I kind of think with the computer and kind of

10   capture things that way and then write over them or

11   discard them.

12     Q     So you don't have any documents that would

13   reflect how you did the math in terms of what blended

14   rate you used times how many hours to get to these

15   figures?

16     A     No.  I'm telling you how I remember doing it.

17     Q     Okay.  Did you do any tests or studies to come

18   up with the 5- to $10,000 estimate for modifying the

19   invoice or packing slip?

20     A     I didn't, but as I said before, I considered

21   those and I think my peers would consider those to be

22   conservative numbers, and that there will be costs the

23   companies will bear that are that or hirer, depending on

24   the technology and the skill levels and so forth.

25     Q     Did you refer to any literature or published

1    studies in coming up with the 5- to 10,000 estimate?

2       A    No.

3       Q    And is that something you discussed with the

4    17 companies with whom you spoke?

5       A    What is the "that"?  Would you reword what the

6    "that" is?

7       Q    Sure.  Did you discuss your estimate of 5- to

8    $10,000 to modify the packing and order slip with the

9    17 companies with whom you spoke?

10      A    No.  I was talking to them more about process,

11   what would you have to do if you had to do it.

12      Q    If you could go back to Exhibit 5, which is one

13   of your earlier draft reports, on page 7.  This is the

14   paragraph we discussed earlier that you said related to

15   catalog sales and, as I understand it, would apply more

16   to modifying the packing slip.

17      A    What paragraph is it that you're looking at?

18      Q    The first full paragraph.

19      A    Right.

20      Q    "Retailers we have talked to are looking at a

21   variety of solutions and workarounds including having the

22   sales person or Call Center rep input a short phrase

23   message that will print on the customer order and refer

24   the customer to the website for more details."  Is that

25   something that companies are actually doing right now?

1    question, which is, would it be more or less expensive

2    than what you've estimated in your report?

3           MR. SCHAEFER:  Same objection.

4      A    I don't know.  I don't know that it would be

5    acceptable.

6    BY MS. SCOVILLE:

7      Q    All right.  Going back to Exhibit 11, which is

8    also an earlier draft of your report, on page 4, you

9    initially estimated that to modify the invoice and

10   packing slip would cost 15- to $20,000.  I'd like to

11   know, I guess, what changed between your initial estimate

12   and your final estimate of 5- to 10-.

13     A    Well, first off, I don't know the date of this

14   document and where I was in that thinking process.  And

15   as I said, I started out with high numbers and brought

16   them to something that I felt was conservative as I

17   worked through it.

18     Q    And as I understand it, you did not do any

19   studies or tests or any other specific --

20     A    No.

21     Q    -- analysis in changing those numbers?

22     A    No.

23     Q    Going back to your full and final report --

24           THE WITNESS:  Can I ask you a question?

25           MS. SCOVILLE:  Sure.  And I don't know if I'll

—

1    Q    What would an average percent of calls be if an

2  item is backordered?

3    A    Probably 30 or 40 percent.

4    Q    Okay.  Can you think of other examples that

5  would generate a high number of calls?

6    A    You know, periodically, there are billing

7  issues.  For example, you read in a paper where, let's

8  say, a big bank processor has doubled billed credit card

9  customers.  Well, that generates a tremendous -- you

10 know, everybody, whether they have it wrong in their bill

11 or whether they think they do because they're a

12 cardholder, it generates a call.  There are certain

13 segments of the direct marketing public that are older

14 customers, not myself but older customers, they will call

15 because they think big brother is watching them; what am

16 I buying, how do I pay this.  There's probably -- well,

17 first off, baby boomers are the largest segment of the

18 population, and there are catalogs, especially in women's

19 merchandise, that are fairly large where the average

20 customer is 60 or older, and they get something that

21 isn't worded well, isn't clear what they have to do,

22 they're going to call.  That's the easy thing to do.

23 They're not going to call you.  They're going to call

24 us.

25    Q    So what data did you use to reach your estimate

1    of 50 percent?

2         A    Best judgment.

3         Q    And did you do any tests or studies?

4         A    No.

5         Q    And did you refer to any published literature?

6         A    No.

7         Q    We do have some e-mail correspondence.  I think

8    it has already been marked Exhibit No. 3.  This is your

9    e-mail with Matt Schaefer on September 16.  Point No. 6

10   says, "To figure number of call center calls, etc.  How

11   about if we figure 50 percent?"  What was the Brann Law

12   Firm's response to your inquiry on that point?

13        A    I don't remember.  I would say that it sounded

14   reasonable, but I don't specifically remember.

15        Q    Back to your final report, the next item in your

16   transactional notice calculation is professional

17   assistance, and you estimate that companies will need 3-

18   to $5,000 worth of professional assistance to do the

19   transactional notice.  How did you come up with the 3- to

20   $5,000 number?

21        A    Just from working through it, best judgment,

22   experience.

23        Q    What accounting assistance would be needed to

24   comply with the transactional notice?

25        A    Well, some people use their outside accountants

1   as advisers so it would be as much that.  You know, what

2   we're thinking about is to meet Colorado regulations.

3   There are some sales tax software companies that also

4   provide consulting.  So I would imagine people, they're

5   not going to try to interpret this by themselves I

6   wouldn't think.  They wouldn't be smart to.

7        Q    Does your 3- to $5,000 estimate include changes

8   to customer privacy policies?

9        A    No.

10       Q    All right.  So that would be separate?

11       A    Right.

12       Q    What about involvement from the creative

13  department to finesse the wording, is that included in

14  the 3- to $5,000?

15       A    No.

16       Q    So it's just strictly legal and accounting

17  costs?

18       A    Right.

19       Q    All right.  And what data did you use to decide

20  that that number should be 3- to 5-?

21       A    You know, from a -- you were saying accounting

22  and legal.  I think there's a place for consultants to do

23  that, and I know that once you open up all these issues

24  that it's reasonable to think you're going to spend a

25  couple of days, three or four days, to fully answer all

1    the questions.  It wouldn't be in one sitting, but it

2    would be going back and looking at how they interpreted

3    what you told them and how they're going to proceed and

4    it's, I think, a conservative estimate.

5        Q    Did you do any tests or studies yourself to

6    determine the 3- to 5,000 amount?

7        A    Just that I know -- no.

8        Q    And did you refer to any literature or published

9    studies?

10       A    No.

11       Q    And did you discuss this with any of the

12   17 companies with whom you spoke?

13       A    No.

14       Q    Okay.  Going back to Exhibit 10, which is your

15   September 15th draft.  On page 4, you initially put the

16   consulting and legal expertise costs at 5- to $7,000.

17       A    Okay.  Where is -- right here.

18       Q    It is right above No. 3.

19       A    Okay.

20       Q    Consulting and Legal Expertise for Compliance

21   Costs - $5,000 to $7,000.  How did you come up with the

22   5- to $7,000 estimate?

23       A    Again, this was my original draft.  Like some of

24   these others, they were strawman numbers.  I revised them

25   down.  I may have asked Matt what he thought as an

1    adviser, but, you know, they were a little too high.

2       Q    And did Mr. Schaefer indicate he thought the

3    5- to 7- was too high?

4       A    I don't remember specifically.  I'm just saying

5    I think I remember that, but I'm sure if he did you'll

6    show me an e-mail.

7       Q    Well, I don't have an e-mail.

8       A    I don't either.

9       Q    So that's why I'm wondering what your

10   discussions with him were.

11      A    Well, what I do remember is when we helped two

12   clients work on shipping and handling, I remember what

13   that number was, and it was in that upper range and he

14   felt -- what I remember is, I think that he felt that

15   might be too high.

16      Q    If you could look at Exhibit A.1.

17      A    In this --

18      Q    In your final report.  Pardon me.

19      A    The final report.

20      Q    Exhibit No. 1.

21      A    Okay.

22      Q    I just want to make sure I understand.  You've

23   got Basic statutory/regulatory requirements and Necessary

24   but not discretionary, and you've got the Totals for low

25   end first your compliance costs (sums of above), $10,000.

1          THE WITNESS:  Could we take a break?  I need to

2     use the rest room.

3          MS. SCOVILLE:  Absolutely.  You know, let's go

4     ahead and break for lunch.  It's noon.  And we can go off

5     the record.

6                         (Break.)

7

8     BY MS. SCOVILLE:

9          Q    Mr. Barry, this morning we just touched very

10    briefly on how on-line retailers -- and let's just focus

11    on on-line retailers for a moment -- collect and keep

12    information about their customers.  And so in your

13    professional experience, it is common for on-line

14    retailers to keep track of what it is that customers buy,

15    right?

16         A    Yes.

17         Q    And retailers, on-line retailers would also

18    track what customers spend annually?

19         A    Yes.

20         Q    And would they also track what customers spend

21    in their lifetime?

22         A    Some do and some don't.

23         Q    Okay.  What about whether or not on-line

24    retailers track how long a customer spends on a

25    particular website?

1    A    You mean how long physically they're on the

2  website?

3    Q    Right.

4    A    Yes.

5    Q    So they would know that I searched, you know,

6  landsend.com for 30 minutes or something like that?

7    A    If I were Lands End.

8    Q    Yes, if you were Lands End.

9    A    Yes.

10    Q    Okay.  Do on-line retailers also track how many

11  times a particular customer visits their site?

12    A    Yes.

13    Q    Do they track which Internet browser customers

14  use?

15    A    Yes.

16    Q    Do they track which items customers are

17  interested in?

18    A    To the degree that they can.

19    Q    Okay.  And to what degree can they do that?

20    A    I think most can.

21    Q    Beyond more than just what is ultimately

22  purchased --

23    A    Right.

24    Q    -- they can determine which items I, as a

25  customer, viewed?

1     A     What they looked at and so forth.

2     Q     Okay.  Do they track what country customers are

3     from?

4     A     Yes.

5     Q     What ZIP Code they're from?

6     A     Yes.

7     Q     Which computer they use or which IP address?

8     A     Yes.

9     Q     Whether or not customers use discount codes?

10    A     Yes.

11    Q     Whether or not they visit a site after receiving

12    an e-mail?

13    A     Yes.

14    Q     What about whether or not customers buy after

15    receiving a special offer?

16    A     Yes.

17    Q     Okay.  What other kinds of metrix do retailers

18    use to track customers?

19    A     Well, I mean, there's literally -- this is a

20    creative marketing thing so the list isn't endless, but

21    it's pretty large.  You know, can you reactivate this

22    customer with a certain type of message, meaning they

23    haven't shopped in a while; the time sensitivity of the

24    message, in other words, if they bought a week ago and

25    you send them some special offer, do they buy again right

1    away; the purchasers or customers who buy "X" also buy

2    "Y", so it can serve up to the customer some purchase

3    preferences.  That's kind of endless.

4        Q    Okay.  And as I understand it, catalog companies

5    would, to the extent that they can, track similar

6    metrix?

7        A    Right.

8        Q    Okay.  And that's how it is that retailers can

9    identify me as a woman of a particular age, who has

10   children, and buys certain kinds of good when I have a

11   free shipping offer?

12       A    It might not be on-line, though.  It might be

13   sometime after.  It doesn't have to be on-line.

14       Q    Okay.  Sure, sure.  And then what do retailers

15   do with all of the data that they collect?

16       A    Number one, they're looking for, you know, how

17   promotions work -- do promotions work and under what

18   circumstances, what facts they work; what merchandise,

19   meaning what products; how can I liquidate overstock

20   products; you know, effectiveness of various promotions

21   and how -- you know, that versus another.  We call that

22   A/B testing.  You know, here is Offer A versus Offer B,

23   which one responds better.

24       Q    Okay.  And then do they also use the data to

25   improve their marketing to a particular customer?

1      A    Yes.

2      Q    And do they provide the data that they track to

3  the marketing service bureaus?

4      A    Generally, what they provide is the raw data,

5  the transactions, the returns, not necessarily -- they

6  may provide, you know, findings, but, you know, how many

7  click throughs they had, that probably wouldn't go to the

8  marketing service bureau.

9      Q    What about to the database companies we talked

10  about, the four or five large ones?

11     A    I think it's the same.  I don't think it goes

12  generally beyond the company in most cases.

13     Q    So in your professional experience, the data

14  that companies collect, that retailers collect, such as

15  how much is spent annually, on what kinds of items, after

16  how many visits to the website, you're saying that most

17  retailers keep that information in-house?

18     A    No, no.  What I meant was, they don't -- the

19  first two you said, the marketing service bureau would

20  take the same data and develop their own data.  If you

21  want to read back what those first two were just to -- so

22  those two, you know, I pass the raw data.  I may have it

23  inside, but I'm really using the outsider to kind of use

24  that and validate it and put it together with other data.

25          The third one was more like clickstream data.

1   basic data, so it varies.  You know, how accurate it is,

2   it's accurate, but if you can't recombine it with

3   something, then what value -- you're not sometimes sure

4   what value it has.

5       Q    In your experience, do retailers keep this data

6   for more than a year?

7       A    I think most do.

8       Q    Okay.  What would be the outer limit in your

9   experience as to how long a retailer would keep the

10  data?

11      A    I don't know if I could answer that.  I mean, I

12  just -- you know, maybe a couple of years.  As your

13  promotional schedule changes, then the history, it

14  changes.  So, you know, unless you really plot every

15  promotion -- and companies have hundreds of promotions.

16  So you see the ups and downs.  Big deal.  What do you do

17  with it?

18      Q    All right.  So going back to your report, just a

19  couple more questions on the transactional notice.  Still

20  on Exhibit A, page 2, at the bottom of page 2, onto page

21  3, you talk about on-going compliance costs, and you

22  estimate on-going compliance annual costs of $1,500 to

23  $2,000.  What data did you use to reach the conclusion of

24  $1,500 to $2,000?

25      A    Just because this is a sensitive customer

Page 157

1    Q    So I'm wondering how you took those two numbers

2    to get to 5- to 10- in the middle.

3    A    Because I thought it was on the low end of the

4    range, and I think it's reasonable.

5    Q    Okay.  Let's go to Exhibit B, which is the

6    annual purchase summary.

7    A    In the final?

8    Q    Yes, please, in Exhibit 1.  Under Subparagraph

9    1, the last full paragraph, it talks about there are two

10   potential sources for the detail order information, the

11   operational order processing system and the direct

12   marketing system.  Can you explain to me the difference

13   between the two systems?

14   A    Are we right here?

15   Q    Yeah, exactly.

16   A    Well, we talked this morning -- I think it was

17   this morning -- that, you know, the system, the part of

18   the system that we use for the call center to take the

19   order, service the customer, that's what we call the

20   operational part of it.  The direct marketing is the

21   marketing part of it, in other words, if they were using

22   the same data, but formatted and analyzed differently

23   for, say, the RFM.  So it's the marketing versus the

24   operations.

25   Q    And do most retailers have both, the operational

1   order processing system and the direct marketing

2   system?

3      A    It's in the same system.  It's just how you view

4   the data.  There are different reports and things.

5      Q    Okay.  I guess what I'm trying to understand is,

6   all retailers would hold this data, and would most

7   retailers be able to view it through both lenses, through

8   the operational lens and through the marketing lens?

9      A    Catalog companies can.  Again, e-commerce may

10  not be as sophisticated at the marketing side of it.

11     Q    Okay.  So e-commerce retailers would be more

12  likely to view their data through the operating lens?

13     A    Right.

14     Q    Okay.  I see.  But the data already exists,

15  right?

16     A    Yes.

17     Q    One of the costs that you list in your report,

18  and this goes on to page 2, in terms of the steps that

19  are necessary on the annual report, are, No. 6, for the

20  accounting department to check the file to determine if

21  any corrections are necessary.  What work would the

22  accounting department need to do?

23     A    Well, what I'm envisioning is, we're not just

24  going to run this and then pump out the data.  It was

25  something that is very customer sensitive and now reports

1    literature --

2        A     No.

3        Q     -- for that number?

4        A     No.

5        Q     You conclude that 20 percent of Colorado

6    purchasers will buy $500 or more per year from a

7    particular retailer.  How do you know that?

8             MR. SCHAEFER:  Objection.  That's not what it

9    says.  It says less than 20 percent.

10   BY MS. SCOVILLE:

11       Q     Okay.  Let me start over.  You conclude that

12   less than 20 percent of Colorado purchasers will buy $500

13   or more a year from a particular retailer.  How do you

14   know that?

15       A     Just taking the $100 average order as being a

16   higher than average order in direct businesses and the

17   fact that they're going to buy two times or less on the

18   average, they won't reach the $500.  I know looking at

19   customers' results over the year, if you have somebody

20   that buys $500, you've got a really premium buyer.

21       Q     And did you do any particular studies to

22   determine that 20 percent is the right percentage?

23            MR. SCHAEFER:  Same objection, but go ahead.

24       A     Less than 20 percent.  I think that's a very

25   conservative number.  I think it could easily be 10 to 15

1   because it will be a premium buyer.

2   BY MS. SCOVILLE:

3       Q    So it could be as low as 10 percent of

4   customers?

5       A    Yes.

6       Q    Okay.  Did you do any studies yourself to

7   determine what percentage of folks would buy $500 or

8   more?

9       A    No.  I just, as I said, know that from working

10  with clients' results and experience.

11      Q    And did you refer to any published literature?

12      A    No.

13      Q    Did you discuss that with the 17 companies with

14  whom you spoke?

15      A    No.

16      Q    Is published literature available in your field

17  that would talk about the percentage of buyers who spend

18  more than a certain amount?

19      A    There are just general surveys, which are hard

20  to apply because they often take in small start-up

21  catalogs and very large catalogs and they average things

22  together and they end up not sure how to apply the data.

23  So could be, but --

24      Q    And did you try and estimate different

25  percentages based on small start-up catalogs versus

Page 190

1     A     It says, "The relevant systems development costs

2  for these steps were also included in Exhibit B."  So the

3  costs are included for developing.

4     Q     Okay.  But not in the costs that you've

5  estimated for the customer information report?

6     A     No, no.

7     Q     The next paragraph talks about the

8  specifications that the Department of Revenue is going to

9  publish for transmitting the customer information report,

10  and you estimate that complying with the Department

11  specifications will add $1,000 to $3,000 to the costs.

12  How did you arrive at those numbers?

13     A     Well, first off, if the Department of Revenue

14  specifies something that retailers don't use generally as

15  software, I felt that we should recognize some kind of a

16  placeholder.  They would say we'd have to, you know,

17  purchase a piece of software to do that or a program --

18  you know, maybe change a series of programs that we have,

19  but certainly we've got to respond to it

20  electronically.

21     Q     So those costs could be less, depending on the

22  software specifications that the Department of Revenue

23  releases?

24     A     Yes.

25     Q     Would that portion of the costs ever be zero?

1    A    Potentially.

2    Q    And in coming up with the 1,000 to 3,000 number,

3  did you refer to any literature or published studies?

4    A    No.

5    Q    Discuss that with any of the 17 companies with

6  whom you spoke?

7    A    No.  I used my own judgment.

8    Q    The next paragraph indicates that, "Customer

9  information and purchase information is protected by

10  privacy statutes and the data is typically encrypted when

11  sent between locations.  This is not specified in the

12  Colorado regulations and could increase costs."  And I

13  was a little bit confused about that.  What would

14  increase the costs?

15    A    Encryption.

16    Q    So the retailer company encrypting the data?

17    A    Right.

18    Q    And do the retailers already encrypt any of

19  their data?

20    A    There are a variety of different methods of

21  encryption.  We're dealing with something we don't know

22  from the Department of Revenue and, you know, we don't

23  know how to react to that until we see it.

24    Q    Is it possible that depending on what the

25  Department ultimately specifies that that cost could turn

1    out to be zero?

2        A    It's a possibility.

3        Q    The second to the last paragraph on this page

4    says, "Companies will spend hundreds of hours of general

5    management, marketing, call center, IT and accounting

6    time interpreting and implementing this regulation in

7    their company business environment and systems."  And you

8    go on to estimate that it will take between 150 and 200

9    hours or between $7,500 and $10,000, separate and apart

10   from additional systems costs.  How did you come up with

11   the 150 to 200 hours?

12       A    Well, as we talked about this morning, the types

13   of people, meaning call center, marketing, fulfillment,

14   the general management of IT, that will have to make up a

15   committee that will determine what their company's

16   interpretation of the regulation is, how they're going to

17   need it, and how they are -- you know, what they're

18   determination is for what they need to do in terms of

19   changing what they do.  I think that's a conservative

20   estimate for the number of people and the salaries that

21   we see people paying.

22       Q    And so what was the hourly rate that you used

23   here for those types of management jobs?

24       A    Well, I don't exactly remember.  We could divide

25   it out and see, but I think you'll find it's in the

1    ballpark.

2        Q     Well, if we divide $7,500 -- hang on, I can't

3    use my phone, this calculator apparently.  All right.  If

4    we divide $7,500 by 150, you have $50 an hour.

5        A     And that's in line with what I said with the

6    call center training procedures.  So that's pretty low

7    when you put general management into it and so forth, so

8    if you take the $10,000.

9        Q     And in determining the hourly rate, again, you

10   did that based on your own experience; you didn't refer

11   to any published studies?

12       A     No.

13       Q     And in determining the 150 to 200 hours, again,

14   you relied on your general experience and didn't refer to

15   published studies?

16       A     Did not.

17       Q     Or do any studies of your own?

18       A     Did not.

19       Q     Did you talk to any of the 17 companies with

20   whom you spoke about this?

21       A     No.

22       Q     Did you attempt to break down, in terms of the

23   150 to 200 hours, how much of that would be management

24   versus marketing versus call center versus IT?

25       A     No, I didn't.

1    Q    How were the call center costs in this component

2    different from the call center costs that you have

3    already estimated, which included overhead, on the annual

4    statement -- or, sorry, the transactional notice?

5    A    Yeah, transactional.  What we were talking about

6    there are procedures.  So once this committee decides

7    what it is they're going to do, then another set of

8    people will take what's decided and interpret it in terms

9    of their systems and process and what they tell people

10   and the training materials for the reps.  The people in

11   the call center part of it are putting the training and

12   procedures together.  They're not determining that.

13   Q    And in terms of the IT costs on this component,

14   how are the IT costs in this component different from the

15   IT costs that you've already estimated on the

16   transactional and annual statement?

17   A    On the transactional or annual statement, those

18   are the design costs and the programming costs.  This is

19   more part of being in the management team that defines

20   what they think the solution will be and how it affects

21   the company.

22   Q    So if I understand it, then, the costs that

23   you're estimating for the customer information report in

24   terms of management time, the $7,500 to $10,000, that's

25   really executive or higher level company time spent to

1   comply with the regulations; is that right?

2       A    Yes.

3       Q    All right.  Let's go to Exhibit D.  Your second

4   bullet point on Exhibit D talks about the high cost of

5   losing customers and losing sales, and you include, "We

6   anticipate that this statute's requirement will cause a

7   major percentage of the customers to abandon the shopping

8   cart or stop and call the Call Center."  I think you've

9   already given the estimate that more than -- or at least

10  50 percent of customers will call the call center.

11      A    Yes.

12      Q    Have you made an estimate of how many customers

13  will abandon the shopping cart?

14      A    No.

15      Q    What would a major percentage of customers

16  abandoning the shopping cart be?

17      A    I would say somewhere between 25 and 50

18  percent.

19      Q    And on what data do you base your conclusion

20  that 25 to 50 percent of customers will abandon the

21  shopping cart?

22      A    That a high percentage of the Internet

23  transactions are abandoned because of price or ease of

24  use -- lack of ease of use of the site, and this is a

25  very negative thing.  You're telling the customer that

1    after the fact you're going to pay more for that product,

2    and there's no -- you know, it's not going to build

3    sales.  It has to lose sales.

4        Q    And are there published studies in your field

5    that talk about the percentage of Internet transactions

6    that are abandoned because of price or ease of use?

7        A    Yes.

8        Q    And did you refer to any of those?

9        A    No.  I just read them all the time and take

10   those into account.

11       Q    And so the 25 to 50 percent is based on your

12   general experience then?

13       A    Yes.

14       Q    Did you discuss that with any of the 17

15   companies with whom you spoke?

16       A    No.

17       Q    And you haven't done any studies yourself?

18       A    No.

19       Q    You conclude that the regulations will cause

20   retailers to lose customers and sales, right?

21       A    Yes.

22       Q    Do you have any way to quantify how much

23   retailers will lose?

24       A    I can't mathematically do it, but I think about

25   how competitive today's retail environment is and if

1   somebody is going to pay -- if a customer is going to pay

2   more from my -- as an out-of-state retailer than somebody

3   in state or someone else, then the person with the same

4   product, but a different price, the lower price often

5   gets the sale.

6           MS. SCOVILLE:  Could you read back my initial

7   question?  I'm sorry, I've already lost it.

8       (The question was read by the court reporter.)

9

10  BY MS. SCOVILLE:

11      Q    So I understand that, you know, this is based on

12  the competitive environment, but do you have any way to

13  quantify?

14      A    No.

15      Q    And you haven't done any studies yourself in

16  that area?

17      A    No.

18      Q    Have you discussed it with any actual

19  retailers?

20      A    No.

21      Q    In your experience working with clients in your

22  company, are there clients you've had who have

23  implemented governmental regulations that have caused

24  them to lose sales?

25      A    Not that I can think, no.

1    purchasers, and that number is going to be lower once you

2    take the four bullet points --

3        A    Right.

4        Q    -- in Exhibit B into account?

5        A    Right.

6        Q    Okay.  If you could take a look at the first

7    page of Exhibit 10.  You have under "A. Conclusions", you

8    have, "The initial start up costs may be $34,000 to

9    $46,000 for small to moderate sized companies", and those

10   numbers were eventually revised downward, right?

11       A    Yes.

12       Q    And then if you would take a look at the

13   September 16th draft, which is Exhibit No. 9.

14       A    It's right here, I think.

15       Q    Thank you.  All right.  On page 4, you have

16   Initial cost to set up internal company program, Total

17   estimated costs, $28,000 to $38,000 per company.  Do you

18   see that?

19       A    Yeah.

20       Q    And those costs were also reduced down, right?

21       A    True.

22            MS. SCOVILLE:  Why don't you-all give me just

23   two or three minutes to check my notes, but I think I'm

24   done.

25                        (Break.)

1    fulfillment systems with packing inserts in the past?

2        A    All the time.

3        Q    What, on average, does a simple packing insert

4    cost to place in an individual package?

5        A    Under 10 cents.

6        Q    In this case, it needs to be provided with every

7    order?

8        A    From Colorado.

9        Q    So this would be something south of a dime, but

10   for every single order placed?

11       A    Yes.  And then with gifts and ship-to's, because

12   the package isn't going -- since the package is not going

13   to the purchaser, you'd have to have a separate notice

14   mailed to the purchaser.  In other words, we're not going

15   to put a notice in the box that this gift -- your

16   purchaser is going to have to pay the sales tax.  We're

17   not going to do that.  So we're going to have to take

18   that fact, whether it's a ship-to or a gift, and send

19   that to the purchaser.  Then the question I would think

20   would be, does it have to go first-class or can it go

21   bulk.

22       Q    So that would be an additional cost with the

23   ship-to's and gifts?

24       A    Yes.

25       Q    Ms. Scoville asked you questions as well about