

Exh.11
DG365



Exh.11
DG366









