## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. 10-CV-01546-REB-CBS

The Direct Marketing Association,

    Plaintiff,

    v.

Roxy Huber, in her capacity as Executive Director, Colorado Department of Revenue,

    Defendant.

---

### ORDER REGARDING PLAINTIFF'S UNOPPOSED MOTION FOR LEAVE TO EXCEED PAGE LIMITATION IN REPLY TO DEFENDANT'S RESPONSE IN OPPOSITION TO PLAINTIFF'S MOTION FOR A PRELIMINARY INJUNCTION
_____

    THIS MATTER, coming before the Court on Plaintiff's Unopposed Motion For Leave To Exceed Page Limitation in Reply to Defendant's Response in Opposition to Plaintiff's Motion for a Preliminary Injunction [Doc. 50], and it appearing to the Court that good cause exists for the motion and that the same should be granted;

    It is hereby ordered that the Plaintiff is granted leave to file a reply to Defendant's Response in Opposition to Plaintiff's Motion for a Preliminary Injunction [Doc. 50] **not to exceed fifteen (15) pages** in length.

                                              _____
                                              District Court Judge.