IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-01546-REB-CBS

THE DIRECT MARKETING ASSOCIATION,

    Plaintiff,

v.

ROXY HUBER, in her capacity as Executive Director,
COLORADO DEPARTMENT OF REVENUE,

    Defendant.

**ORDER REGARDING DEFENDANT'S OPPOSED MOTION FOR LEAVE TO EXCEED PAGE LIMITATION FOR HER REPLY BRIEF IN SUPPORT OF HER MOTION TO DISMISS**

    THIS MATTER, coming before the Court pursuant to Defendant's Opposed Motion for Leave to Exceed Page Limitation for her Reply Brief in Support of her Motion to Dismiss (Dkt.#   ) and it appearing to the Court that the same should be granted;

    The Court having considered the Motion and being fully advised in the premises ORDERS as follows:

It is hereby ordered that Defendant shall have leave to file a Reply to her Motion to Dismiss not to exceed 20 pages is granted.

    Dated this _____ day of November 2010

                                                   _____
                                                   Robert E. Blackburn