# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 10-CV-01546-REB-CBS

The Direct Marketing Association,

    Plaintiff,

    v.

Roxy Huber, in her capacity as Executive Director, Colorado Department of Revenue,

    Defendant.

---

**PLAINTIFF'S RESPONSE IN OPPOSITION TO DEFENDANT'S MOTION FOR LEAVE TO EXCEED PAGE LIMITATION FOR HER REPLY BRIEF IN SUPPORT OF HER MOTION TO DISMISS [DOC. 52]**

---

The Plaintiff, the Direct Marketing Association, opposes the Defendant's Motion For Leave To Exceed Page Limitation For Her Reply Brief In Support Of Her Motion To Dismiss [Doc. 52].  Plaintiff has no objection to a five (5) page extension for Defendant's Reply Brief on its Motion To Dismiss (total of 15 pages), but opposes the requested ten (10) page extension as being excessive and disproportionate to the five (5) page extension that Plaintiff has requested for its Reply Brief on the Motion For Preliminary Injunction [*see* Doc 51]. Plaintiff maintains that both parties' Reply Briefs should be subject to the same page limit extension.

WHEREFORE, the DMA requests this Court deny the Defendant's request for leave to file a reply brief that is twenty (20) pages in length.

Dated: November 23, 2010                /s/ Matthew P. Schaefer
                                                  George S. Isaacson
Matthew P. Schaefer
BRANN & ISAACSON
184 Main Street, P. O. Box 3070
Lewiston, ME 04243−3070
Tel.: (207) 786−3566
Fax: (207) 783-9325
E-mail: gisaacson@brannlaw.com
        mschaefer@brannlaw.com
*Attorneys for The Direct Marketing Association*

## **CERTIFICATE OF SERVICE**

I hereby certify that on November 23, 2010, I electronically filed the foregoing, Plaintiff's Response in Opposition to Defendant's Motion For Leave To Exceed Page Limitation For Her Reply Brief In Support Of Her Motion To Dismiss [Doc. 52], using the CM/ECF system, which will send notification of such filing to counsel of record:

>Jack Wesocky, Jr.
>Senior Assistant Attorney General
>State of Colorado
>1525 Sherman Street, 7th Floor
>Denver, CO 80203
>Jack.Wesocky@state.co.us
>
>Stephanie Lindquist Scoville
>Senior Assistant Attorney General
>State of Colorado
>1525 Sherman Street, 7th Floor
>Denver, CO 80203
>stephanie.scoville@state.co.us
>
>Melanie J. Snyder
>Assistant Attorney General
>State of Colorado
>1525 Sherman Street, 7th Floor
>Denver, CO 80203
>melanie.snyder@state.co.us
>
>Attorneys for Defendant

>/s/ Matthew P. Schaefer
>Matthew P. Schaefer