1

**EXHIBIT Reply B**

```
 1           IN THE UNITED STATES DISTRICT COURT
                FOR THE DISTRICT OF COLORADO
 2
     ------------------------------------------------------
 3
     THE DIRECT MARKETING ASSOCIATION,
 4
                  Plaintiff,
 5
     v.              Civil Action No.:   10-CV-01546-REB-CBS
 6
     ROXY HUBER, in her capacity as
 7   Executive Director, Colorado
     Department of Revenue,
 8
                  Defendant.
 9
     ------------------------------------------------------
10

11

12

13
                  DEPOSITION OF F. CURTIS BARRY
14

15

16

17
                       October 19, 2010
18
                     Sandston, Virginia
19

20

21

22

23            HALASZ REPORTING & VIDEO
                    P. O. Box 1644
24             Richmond, VA 23218-1644
                    (804) 741-5215
25        Reported by:  Mary L. Rosser, RPR
```

```
 1    someone to make a proposal for how to, in effect, achieve
 2    those desired objectives?
 3         A    Yes.
 4         Q    For an individual project when you put out a
 5    request for proposal, do you send it to only one vendor
 6    or one company?
 7         A    Rarely, rarely ever.
 8         Q    How many, typically, are asked to provide a
 9    response to a request for proposal?
10         A    For a big system, three or four.
11         Q    So with regard to the 120 projects over the last
12    decade or so, those would have had perhaps three or four
13    vendor responses to a request for proposal for any
14    individual project?
15         A    For that kind of a project, yes.
16         Q    So you've probably reviewed, in your estimate,
17    how many requests for proposal in the last 10 years, in
18    regard to modifying direct marketer systems or developing
19    such systems?
20         A    Well, probably half of those 120, if that's an
21    accurate number.  We use a number in the 25-year period
22    that we've been involved with 300 or 400 systems projects
23    of varying scales.  So, you know, maybe half of those
24    we're looking at either an RFP somebody else has sent
25    out, looking at the results, trying to help them make the
```

```
 1   right decision.
 2       Q    So would it be fair to say hundreds of RFPs
 3   you've reviewed in the last --
 4       A    Of various different kinds.  Some are marketing,
 5   you know, some are order management, some are web.
 6       Q    Okay.  To prepare this report, you didn't
 7   consult any one of those specific RFP responses?
 8       A    No.
 9       Q    So you've acquired experience over the years
10   from having worked in this field with company systems,
11   both in terms of putting out bids for RFP and also
12   working on them internally?
13       A    Yes.
14       Q    You relied on that experience?
15       A    Solely on -- pretty much on that experience.
16       Q    Were you attempting to determine the costs of
17   compliance with Colorado House Bill 10-1193 and the
18   regulations for any particular company?
19       A    No.
20       Q    What was your objective?
21       A    It was to determine what would be all the
22   changes in a general, big-picture way that the companies
23   will be required to answer, and then to come up with what
24   a reasonable estimate was, in terms of being
25   conservative, what those added costs are going to be.
```