1

**EXHIBIT**
Reply
D

```
 1          IN THE UNITED STATES DISTRICT COURT

 2             FOR THE DISTRICT OF COLORADO

 3

 4    Civil Action No. 10-CV-01546-REB-CBS

 5

 6    The Direct Marketing Association,

 7                    Plaintiff,

 8                    v.

 9    Roxy Huber, in her capacity as Executive

10    Director, Colorado Department of Revenue,

11                    Defendant.

12

13         DEPOSITION OF KEVIN LANE KELLER taken at Norwich,

14    Vermont, on October 21, 2010.

15

16    APPEARANCES:

17         Matthew P. Schaefer, Esquire
           Brann & Isaacson
18         184 Main Street, Fourth Floor
           P.O. Box 3070
19         Lewiston, Maine, 04243-3070, on behalf of the
           Plaintiff, The Direct Marketing Association.
20
           Jack Wesoky, Esquire
21         Senior Assistant Attorney General
           1525 Sherman Street, 7th Floor
22         Denver, Colorado, 80203, on behalf of the Roxy
           Huber in her capacity as Executive Director,
23         Colorado Department of Revenue.
```

***NORTH COUNTRY COURT REPORTERS***
40 South Main Street
West Lebanon, New Hampshire   03784
(603)298-2987 tel   (603)218-6633 fax   (603)443-1157 cell
cjfoster71@aol.com

```
 1   Q   Let's take a look at your Declaration for a moment
 2       if we could.  Exhibit 16.
 3           Correct me if I'm wrong, okay?  It seems to
 4       me that from reading your Declaration you had the,
 5       I don't know if the word is opinion or feeling or
 6       idea that the survey confirmed.  Is that correct?
 7           MR. SCHAEFER:  Objection to the form but go
 8       ahead.
 9   A   I would say that I, based on my analysis of the
10       case and the facts as I understood them and the
11       conclusions that I would draw from that that the
12       survey results were consistent with that.  Largely
13       consistent with that.
14   Q   So again, before you had the survey, you harbored
15       the belief, if that's the correct word, that a
16       large majority of people would think the Colorado
17       law was an invasion of their privacy?
18   A   I wouldn't use the word harbored the belief.  What
19       I would sort of characterize --
20   Q   Tell me what you would --
21   A   The way I would characterize it is based on the
22       analysis of the facts of the case that I felt that
23       privacy would be a big issue and potentially a
```

*NORTH COUNTRY COURT REPORTERS*
40 South Main Street
West Lebanon, New Hampshire  03784
(603)298-2987 tel   (603)218-6633 fax  (603)443-1157 cell
cjfoster71@aol.com

```
 1          major problem, the extent of which I wasn't sure.
 2    Q     By the same token, you again, using my words,
 3          harbored the belief that the law would change
 4          consumer behavior such that consumers would not
 5          purchase from the retailer who had to turn over
 6          the information pursuant to the law?
 7    A     My belief was that changing the law in the way
 8          that it would have changed would have resulted in
 9          consumers changing their behavior such that they
10          would not buy as much from those retailers.
11    Q     What about buying, consumers buying at all from
12          those retailers?
13    A     In some cases, it would be not at all.
14    Q     What was your thought before the survey on that
15          issue?
16    A     Well, the thought before the survey was it was,
17          that this would be a major problem and concern for
18          some consumers and potentially an inhibitor in
19          terms of their purchase behavior.  In some cases,
20          that might involve them not buying at all or even
21          maybe buying, certainly shopping around more and
22          not buying at all, I guess is the way I'd put it.
23    Q     Would you look at paragraph number, let's start
```

*NORTH COUNTRY COURT REPORTERS*
40 South Main Street
West Lebanon, New Hampshire  03784
(603)298-2987 tel   (603)218-6633 fax  (603)443-1157 cell
cjfoster71@aol.com

1       appropriate.

2    Q  Do you think there should have been some

3       open-ended questions where there was a "don't

4       know" box, if you will, available?

5          MR. SCHAEFER:  Objection.  Survey speaks for

6       itself.

7    A  There's always opportunity to ask other kinds of

8       questions, but I felt in terms of being able to

9       address what the concern of the study was or the

10      objective of the study was that those questions

11      were more than adequate.

12   Q  The objective of the survey what was you said in

13      paragraph 5 of your Declaration?

14   A  Correct.

15   Q  Let me look over my notes and get you out of here.

16                  RECESS TAKEN

17   Q  Just to follow up on a couple of things that I

18      might have missed, and pardon me for going over

19      plowed ground because I'm not sure if I understood

20      it exactly.  If you were counseling a group of

21      internet and catalog retailers, when I say

22      counseling, I mean you were hired to consult, and

23      this law, this Colorado law was the subject, you

*NORTH COUNTRY COURT REPORTERS*
40 South Main Street
West Lebanon, New Hampshire  03784
(603)298-2987 tel   (603)218-6633 fax  (603)443-1157 cell
cjfoster71@aol.com

1        would opine to them that -- I want to make sure I

2        got the numbers correct.  That it was likely that

3        63 percent of Colorado consumers would decrease

4        their internet and catalog purchases.  I'm sorry.

5        67 percent.

6  A    That's where I wanted to make sure what number.

7  Q    It's on page 6.  That 67 percent of Colorado

8        consumers would decrease their purchase from

9        catalog and out of state retailers who have to

10      report?

11  A    If I were consulting with those firms, based on

12      what I had learned from the survey, that's what I

13      would inform them of.

14  Q    Okay.  And what you've, and let's assume with me

15      hypothetically that you're now being hired by an

16      association of retailers, catalog and internet,

17      you would counsel them, advise them, that it's

18      likely you'll lose 67 percent or 67 percent of

19      Colorado consumers will decrease their purchases

20      from you?

21  A    That's what I would inform them of.  Correct.

22  Q    And you'd be confident in that opinion?

23  A    It would be my best estimate of that.  Yes.

**NORTH COUNTRY COURT REPORTERS**
40 South Main Street
West Lebanon, New Hampshire  03784
(603)298-2987 tel   (603)218-6633 fax  (603)443-1157 cell
cjfoster71@aol.com

```
 1   Q    And I'll give you a margin of error of 5 percent
 2        one way or the other, okay?
 3   A    Okay.  Actually, I think there's a formula with
 4        samples and percentages to get margins of error,
 5        I'm pretty sure.
 6   Q    And you would also in my hypothetical situation
 7        counsel or advice my hypothetical group that 43
 8        percent of consumers who purchased an item from a
 9        internet or catalog retailer would purchase it
10        from a Colorado retailer as opposed to an internet
11        or catalog retailer, subject to the reporting
12        requirement?
13   A    Yes.  Based on the survey and based on that
14        question that you're referring to, then I would
15        advise that it would be likely that 43 percent
16        would do that.
17   Q    And you would include in your decisional calculus
18        your experience and knowledge that you've gained
19        over the past many years?
20   A    I would explain how the survey was done and so
21        there would be understanding of that.  And based
22        on that, what those results were and what the
23        meaning of those were in terms of these
```

*NORTH COUNTRY COURT REPORTERS*
40 South Main Street
West Lebanon, New Hampshire  03784
(603)298-2987 tel   (603)218-6633 fax  (603)443-1157 cell
cjfoster71@aol.com

```
 1          percentages.
 2     Q    So again, you'd be confident in advising them that
 3          it would be likely that 43 percent of the
 4          purchasers would not purchase from an internet or
 5          catalog retailer that had to report?
 6               MR. SCHAEFER:  Objection to form.
 7     A    I would be confident that I would, it would be
 8          most likely that all else equal, these would be
 9          the percentages you would see.
10     Q    I don't understand what you mean by all else
11          equal.  I'm sorry.
12     A    There could be all kinds of other changes that
13          might occur that, other laws, other factors in the
14          environment that I don't know that might change
15          those result.
16     Q    What do you mean by other factors in the
17          environment?
18     A    Just could be anything that would change the
19          dynamics in internet purchasing, so if there's any
20          other regulation that came into place.  There
21          could be within Colorado or outside some shifts in
22          the retail environment.  So macro kinds of factors
23          is the way I'd characterize that.
```

*NORTH COUNTRY COURT REPORTERS*
40 South Main Street
West Lebanon, New Hampshire  03784
(603)298-2987 tel   (603)218-6633 fax  (603)443-1157 cell
cjfoster71@aol.com

```
 1    Q    Not factors unique to a consumer or his or her

 2         purchase situation at the time?

 3    A    Well, there are always going to be some things

 4         that are going to happen in an micro consumer,

 5         individual consumer sense.  Adding them up, that's

 6         what the survey does and nets those out.  So I

 7         wouldn't think those would change.  It's more the

 8         big macro effects that might change things.

 9    Q    Okay.  Thank you.

10    A    Thanks.

11                     CROSS-EXAMINATION

12  BY MR. SCHAEFER:

13    Q    Good afternoon, Professor Keller.

14    A    Hello.

15    Q    My name is Matt Schaefer.  I'm one of the

16         attorneys for the Direct Marketing Association,

17         and I'm going to ask you a few questions.  First,

18         if we could mark this set of documents and Jack,

19         I'll represent for the record that what I'm asking

20         to have marked is an another copy of his

21         Declaration, the final Declaration, simply

22         appending the two documents that were marked as

23         exhibits to it so Exhibit A, his CV, and Exhibit
```

*NORTH COUNTRY COURT REPORTERS*
40 South Main Street
West Lebanon, New Hampshire  03784
(603)298-2987 tel   (603)218-6633 fax  (603)443-1157 cell
cjfoster71@aol.com

1    faculty have been University of California,

2    Berkeley, Stanford University, as a sitting

3    faculty member at the Australian Graduate School

4    of Management in Sidney, Australia.

5         MR. WESOKY:  Let me see if I can cut this

6    short.  Matt, if you want me to agree to the

7    admissibility of his CV, I will, and his

8    qualifications as listed thereon.  If you want to

9    qualify him as an expert, his CV will come in.

10         MR. SCHAEFER:  That will probably suffice.

11  Q  One thing I'd like to ask in that regard though,

12    can you explain, there were a number of questions

13    regarding your textbook or at least that called

14    for references to your textbook.  Can you explain

15    a little bit about that work and its status in the

16    industry?

17  A  So the next book I'm referring to that I just

18    finished revising is titled Marketing Management.

19    It's coauthored with Philip Kotler from the

20    Kellogg School at Northwestern.  I just finished

21    the 14th edition.  I've been involved with the

22    book for about, I'd say, 8 to 10 years.  Formally

23    in the last, for these last three editions.  And

**NORTH COUNTRY COURT REPORTERS**
40 South Main Street
West Lebanon, New Hampshire  03784
(603)298-2987 tel   (603)218-6633 fax  (603)443-1157 cell
cjfoster71@aol.com

```
 1          it is the best-selling, number one marketing MBA

 2          textbook in the world so it's used in business

 3          schools all through the U.S. and different parts

 4          of the world, and the book covers pretty much all

 5          aspects of marketing to an MBA level, graduate

 6          level.

 7     Q    Now, with regard to Exhibit 37, your Expert

 8          Report, were you engaged by Brann & Isaacson as

 9          counsel for DMA to offer certain opinions in this

10          days?

11     A    Yes.

12     Q    Did you in fact offer opinions?

13     A    I did in the form of this Report and Declaration.

14     Q    And those opinions are set forth in your Expert

15          Report and Declaration?

16     A    Yes, they are.

17     Q    Now, you're not an attorney, are you?

18     A    No.

19     Q    And you're not a tax attorney?

20     A    The answer is no.

21     Q    And it's your understanding that the law issue

22          here by its terms applies, imposes certain

23          requirements on retailers that do not collect
```

*NORTH COUNTRY COURT REPORTERS*
40 South Main Street
West Lebanon, New Hampshire  03784
(603)298-2987 tel   (603)218-6633 fax  (603)443-1157 cell
cjfoster71@aol.com

1

1          C E R T I F I C A T E

2          I, the undersigned, KEVIN LANE KELLER, hereby certify

3      that I have read the foregoing deposition, and that said

4      deposition is true and accurate (with the exception of the

5      following corrections listed):

6          PAGE/LINE          CORRECTION AND REASON FOR CORRECTION

7      _____

8      _____

9      _____ *see attached* _____

10     _____

11

12     See attached sheet(s) for additional information: X Yes___ No

13

14                              # _____

15     STATE OF _____ )

16     COUNTY OF _____ ) ss.:

17

18              Subscribed and sworn to before me this _____ day

19     of _____, 2010.

20                              _____
                                Notary Public

21     My commission expires:

22     _____

23

24

25

# KEVIN LANE KELLER
## Errata Sheet

| Page/Line | Correction |
|-----------|------------|
| 5/4 | "Schaefer" to "Keller" |
| 11/4 | "emphasize" to "emphasis" |
| 11/8 | "have been involved" to "has involved" |
| 12/19 | after "RSG," add "Knowledge Networks as" |
| 12/22 | Schaefer to Keller |
| 14/2 | Schaefer to Keller |
| 24/1 | after "actually" add "thinking" |
| 26/21 | add comma between "textbook" and "general" |
| 36/5 | delete Schaefer |
| 50/3 | delete Schaefer |
| 64/12 | change "record" to "sense" |
| 65/17 | Schaefer to Keller |
| 71/9 | "theese" to "these" |
| 80/12 | change "Not" to "No" |
| 84/1 | Schaefer to Keller |
| 89/16 | delete Schaefer |
| 92/19 | "so very" to "so we very" |
| 107/12 | delete Schaefer |
| 131/17 | "next" to "text" |
| 132/10 | "days" to "case" |