1

EXHIBIT
Reply
F

```
 1            IN THE UNITED STATES DISTRICT COURT

 2              FOR THE DISTRICT OF COLORADO

 3

 4   Civil Action No. 10-CV-01546-REB-CBS

 5

 6   The Direct Marketing Association,

 7              Plaintiff,

 8              v.

 9   Roxy Huber, in her capacity as Executive

10   Director, Colorado Department of Revenue,

11              Defendant.

12

13        DEPOSITION OF THOMAS J. ADLER, Ph.D. taken at

14   Norwich, Vermont, on October 22, 2010.

15

16   APPEARANCES:

17        Matthew P. Schaefer, Esquire
          Brann & Isaacson
18        184 Main Street, Fourth Floor
          P.O. Box 3070
19        Lewiston, Maine, 04243-3070, on behalf of the
          Plaintiff, The Direct Marketing Association.
20
          Jack Wesoky, Esquire
21        Senior Assistant Attorney General
          1525 Sherman Street, 7th Floor
22        Denver, Colorado, 80203, on behalf of the Roxy
          Huber in her capacity as Executive Director,
23        Colorado Department of Revenue.
```

*NORTH COUNTRY COURT REPORTERS*
40 South Main Street
West Lebanon, New Hampshire  03784
(603)298-2987 tel   (603)218-6633 fax   (603)443-1157 cell
cjfoster71@aol.com

112

```
 1            probability sample meaning that individuals have
 2            equal likelihoods of being included in that
 3            sample.
 4     Q      Professor Keller used a term probabilistically.
 5            Is that the same?
 6     A      I don't know in what, I don't know in what
 7            reference he used it.
 8     Q      In talking about the sample?
 9     A      The sample is a probability sample.
10     Q      And is that reported anywhere in the survey?
11     A      It's reported in the documents that we included
12            with Knowledge Networks.
13     Q      That would be referenced in your Expert Report,
14            those documents?
15     A      Yes.  I believe that they're referenced in the
16            Expert Report.  I believe it's indicated in G
17            and/or H.  They're referenced in exhibit 690.
18     Q      I'm just wondering, if your survey shows that -- I
19            want to make sure I get the right numbers here.
20            That 63 percent of the people in Colorado in face
21            of the new reporting law would not buy from the
22            same seller if they were to make a similar
23            purchase?
```

*NORTH COUNTRY COURT REPORTERS*
40 South Main Street
West Lebanon, New Hampshire  03784
(603)298-2987 tel   (603)218-6633 fax   (603)443-1157 cell
cjfoster71@aol.com

```
1    A    Yes.
2    Q    So you're taking the survey result and applying it
3         to the entire state of Colorado?
4    A    Yes.
5    Q    So you're saying that 63 percent of the people who
6         have stated this intention would follow up with
7         that intention?
8    A    Yes.
9    Q    Are you aware of any literature or any studies or
10        anything which shows that there's a variance
11        between behavior and stated intentions?
12   A    There are in some cases variances between
13        behaviors and stated intentions, yes, and there's
14        also a lot of work that we've done that indicates
15        that those variances are small.
16   Q    And the same question with respect to 67 percent
17        of the state of Colorado would reduce their
18        purchase from retailers who have to report this,
19        who are required to report the data?
20   A    Yes.
21   Q    And again, you would think there may be a minor
22        variance from that stated intention to subsequent
23        behavior?
```

*NORTH COUNTRY COURT REPORTERS*
40 South Main Street
West Lebanon, New Hampshire  03784
(603)298-2987 tel   (603)218-6633 fax   (603)443-1157 cell
cjfoster71@aol.com

114

```
1    A    Yes.
2    Q    And that's based on what?
3    A    It's based on work that we've done in behavioral
4         intentions over the years.  We've done in some
5         cases before and after studies to look at behavior
6         that has been predicted by modeling or analysis
7         that we've done to validate that that's in fact
8         what has happened, and it also, the work that
9         we've done has suggested that those results, that
10        is, the difference between intentions and actual
11        behavior, are affected by the degree to
12        which one -- two things.  One is that the survey
13        respondents are put into a specific enough context
14        that they can react and in this case is why we
15        recommended putting them into a context of a
16        specific purchase that they made in the past.  And
17        the second, obviously, is awareness and so,
18        obviously, they have to be aware in order to be
19        able to respond.
20   Q    I take it that your survey then measures, if I'm
21        not being obtuse, but it has a cause, the law?
22   A    Yes.
23   Q    And an effect, change in purchase behavior?  It's
```

*NORTH COUNTRY COURT REPORTERS*
40 South Main Street
West Lebanon, New Hampshire  03784
(603)298-2987 tel   (603)218-6633 fax  (603)443-1157 cell
cjfoster71@aol.com