**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No. 10-cv-01546-REB-CBS

THE DIRECT MARKETING ASSOCIATION,

    Plaintiff,

v.

ROXY HUBER, in her capacity as Executive Director, Colorado Department of Revenue,

    Defendant.

## ORDER

**Blackburn, J.**

The matter before me is the **Joint Status Report Regarding Hearing on Motion For Preliminary Injunction** [#58] filed December 3, 2010.  I approve the stipulation and enter the following concomitant orders.

**THEREFORE, IT IS ORDERED** as follows:

1. That the **Joint Status Report Regarding Hearing on Motion For Preliminary Injunction** [#58] filed December 3, 2010, is **APPROVED**;

2. That further, the stipulations stated in the joint status report concerning the composition of the record relevant to plaintiff's motion [#15] are **APPROVED**;

3. That the schedule proposed by the parties for designation and counter-designation of additional deposition testimony is **APPROVED**;

4. That the parties' request for oral argument is **GRANTED**;

5. That the court **SHALL HEAR** oral argument relevant to the issues raised by and inherent to the plaintiff's motion [#15] on January 13, 2011, commencing at 10:00

a.m. (MST), reserving the balance of the morning, if necessary, for this hearing;

      6.  That as suggested by the parties, each party **SHALL HAVE** forty-five minutes total to present oral argument, commencing with the plaintiff, followed by the defendant, and concluding with the plaintiff on rebuttal.

      Dated December 6, 2010, at Denver, Colorado.

      **BY THE COURT:**

*/s/ Robert E. Blackburn*
Robert E. Blackburn
United States District Judge