IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-01546-REB-CBS

THE DIRECT MARKETING ASSOCIATION,

    Plaintiff,

v.

ROXY HUBER, in her capacity as Executive Director,
COLORADO DEPARTMENT OF REVENUE,

    Defendant.

**ORDER REGARDING DEFENDANT'S UNOPPOSED MOTION FOR LEAVE TO EXCEED PAGE LIMITATION FOR HER MOTION TO EXCLUDE THE TESTIMONY OF PLAINTIFF'S EXPERT WITNESSES**

    THIS MATTER, coming before the Court pursuant to Defendant's Unopposed Motion for Leave to Exceed Page Limitation for Her Motion to Exclude the Testimony of Plaintiff's Expert Witnesses, filed December 16, 2010, and it appearing to the Court that the same should be granted;

    The Court having considered the Motion and being fully advised in the premises ORDERS as follows:

It is hereby ordered that Defendant shall have leave to file a Motion to Exclude the Testimony of Plaintiff's Expert Witnesses not to exceed 20 pages.

    Dated this _____ day of December, 2010.

                                                      _____
                                                      Robert E. Blackburn