1                IN THE UNITED STATES DISTRICT COURT
                    FOR THE DISTRICT OF COLORADO
2
    ------------------------------------------------------------
3
    THE DIRECT MARKETING ASSOCIATION,
4
                      Plaintiff,
5
    v.                      Civil Action No.:  10-CV-01546-REB-CBS
6
    ROXY HUBER, in her capacity as
7   Executive Director, Colorado
    Department of Revenue,
8
                      Defendant.
9
    ------------------------------------------------------------
10
11
12
13
                    DEPOSITION OF F. CURTIS BARRY
14
15
16
17
                      October 19, 2010
18
                      Sandston, Virginia
19
20
21
22
23                 HALASZ REPORTING & VIDEO
                       P. O. Box 1644
24                 Richmond, VA 23218-1644
                       (804) 741-5215
25              Reported by:  Mary L. Rosser, RPR

Page 32

1                    (Exhibit No. 1 was

2                    marked for identification.)

3

4    BY MS. SCOVILLE:

5        Q    All right.  So why don't you quickly take a look

6    at Exhibit No. 1 and just make sure this looks like a

7    complete copy of your report, please.

8        A    I believe it is.

9        Q    Okay.  Well, let's jump in and start on page 4,

10   if you would.  On page 4, about halfway down the page,

11   you talk about external commercial programming rates --

12   or from external vendors, and you give a range of $140 to

13   $225 per hour.  I need to understand how you arrived at

14   these numbers.

15       A    Okay.  Well, as I said, I deal with proposals

16   from vendors not every day, but, you know, much of the

17   time so I'm continually looking at what vendors have --

18   one, what they think the effort is to do something in a

19   narrative form, and then how much per hour they feel that

20   they will spend to do that modification.  So it includes

21   all the steps required to develop and program the

22   modification, and they use different skill levels of

23   people to do that.  There would be a project manager that

24   spends, say, 10 percent of their time, and then just

25   various levels of programming skills to do the work, and

1    then people who QC the change and people that document

2    and so forth.  So there are all different skills and

3    salaries.

4        Q    And did you refer to any particular request for

5    proposal when preparing this report and coming up with

6    this range?

7        A    No.  I mean, I've got it in my head.  I have a

8    pretty good idea from one vendor to another what they

9    charge, and this is typical.

10       Q    Did you look at any labor market surveys?

11       A    No.

12       Q    What about any other sort of market survey data

13   that would give programming rates?

14       A    I deal with internal clients, programmers, and

15   we talk about cost all the time so I don't -- you know, I

16   have that in my head.

17       Q    And how great would the variance in these rates

18   be based on geography?

19       A    They really don't.

20       Q    And can you provide any sort of what I would

21   call confidence interval for this range?  You know, you

22   see surveys that are done and they say --

23       A    Plus or minus five percent.

24       Q    Plus or minus five percent.  All right.  And how

25   do you know that?

1        A     Because I've been doing it for 25 years.

2        Q     All right.  Let's look at the top of page 5

3   where you give a range for internal IT systems'

4   development costs of $24 to $48 per hour.  How did you

5   arrive at those numbers?

6        A     Just from the work that I do with clients, I

7   know that those are representative of people that are in

8   companies I serve.

9        Q     And did you look at any particular client

10  files?

11       A     No.

12       Q     Again, this is something that you had --

13       A     Yeah.

14       Q     -- in your head based on your experience?  And,

15  actually, we just have gotten into a situation --

16       A     Yes.  We reverse, yes.

17       Q     All right.  Let's start over again.

18       A     They're in my head, yes.  It's what I deal with

19  all the time, and I have a high confidence that they're

20  within range.

21       Q     And did you look at any Department of Labor

22  studies --

23       A     No.

24       Q     -- or other occupational studies?  Refer to any

25  other literature in coming up with those numbers?

Page 35

1    A    No.

2    Q    And how great is the variance in these numbers

3  based on geography?

4    A    I wouldn't know.  I don't think that they're --

5  I mean, I've got a difference here of 50 to 100 so, I

6  mean, it's a pretty big variation.

7    Q    Right, but as I understand it, the labor costs,

8  the range would be based on experience --

9    A    True.

10   Q    -- is that right?

11   A    But good IT people are in high demand.  I'm sure

12  that southern California or downtown New York are going

13  to pay a lot more, but I can't talk to any particular

14  geographic variation to it.

15   Q    And would you give the same confidence interval

16  for these numbers, plus or minus 5 percent?

17   A    I would.

18   Q    In the next paragraph, you talk about that a

19  25 percent benefit rate can bring the labor charges to

20  $31 to $62 per hour.  How did you come up with a

21  25 percent benefit rate?

22   A    By working with -- you know, my knowledge of

23  companies' P&Ls and talking with management about the

24  increase in cost of personnel and what it takes to be

25  competitive versus, say, banks or larger companies, and

1    that's typical.

2        Q       And, I'm sorry, since this is not my field and I

3    don't talk the lingo, what is P&L?

4        A       Profit and loss statement, the income report.

5        Q       Did you look at particular client files to come

6    up with a 25 percent benefit rate?

7        A       No.

8        Q       Did you look at any studies or literature to

9    determine that rate?

10       A       No.

11       Q       And how great is the variance in that rate based

12   on geography?

13       A       I think it's more -- I would say that it isn't.

14   This is an industry that's selling nationwide, so if you

15   want to attract good people you have to pay comparable.

16   It's hard -- you can't take somebody from a bank and make

17   them into a direct marketer of product generally, so

18   they're attracting people from around the county to help

19   them build their business.

20       Q       So there would be little variance based on

21   geography?

22       A       Yeah.  This is for, you know, for -- it's not

23   the top of the line.  There are companies that spend a

24   lot more, but this is what it takes to be running a

25   competitive business.

Page 53

1       A       Right.

2       Q       And as I understand it, these are not pricing

3    models that would be publicly available?

4       A       Right, no.

5       Q       They would be in response to requests --

6       A       Right, yeah.

7       Q       -- for proposals?  Okay.  When was the last time

8    you personally reviewed a pricing model?

9       A       We do a couple of them a year.  We did one in

10   the spring of this year.

11      Q       And were there any particular pricing models

12   that you relied on in forming your opinions in this

13   report?

14      A       No.

15      Q       So you're relying more on your general

16   experience with the pricing models?

17      A       And on the -- there's two aspects.  One is, as

18   we have in the exhibits, the cost of merge/purge, which

19   is certainly one of the smaller costs in this report, and

20   often -- and then the services.  In other words, where

21   people are going to develop, you know, a reporting system

22   for you comes back to these same kinds of costs that we

23   talked about a couple of hours ago.  So it's more that

24   than some complex model.

25      Q       So before we get into the specifics of the three

1    categories, I just want to generally understand what you

2    did.  And it's my impression from reading your report

3    that you didn't do particular studies to come up with a

4    cost for each one of the three regulation areas, that you

5    were relying on your general experience to come up with

6    the cost; is that right?

7        A    That's true.

8        Q    Did you do any sort of formal studies with

9    regard to your opinions in this report?

10       A    Well, we did, from the mailing services point of

11   view, talk to some companies, three or four companies

12   about what the cost of insertion and postage and so forth

13   would be to actually mail the notice to the customer.  I

14   just wanted to be sure of that.  That, again, is a

15   smaller cost.

16           And I did -- the way it worked on this report

17   was, I put together what I thought the major costs were

18   back in the middle of September, and that was after

19   having read the statute and regulation, the complaint and

20   so forth.  So I said, Okay, these are the costs that I

21   would think this would translate to a particular company,

22   and then I did talk to some other people in the industry,

23   and in most cases I did not mention at all anything about

24   this suit because I didn't want to in any way, in any way

25   bias what I was trying to learn.  I was just looking to

1    crossfoot my assumptions, and that was helpful and it

2    ended up in some cases decreasing my initial estimates.

3        Q    Okay.  But other than kind of checking your

4    estimates against some folks in the industry, you didn't

5    do any more formalized studies --

6        A    No.

7        Q    -- of the costs?

8        A    No.

9        Q    Did you refer to any literature or existing

10   studies to determine the costs?

11       A    No.

12       Q    Now, you're aware, I believe, that the Act

13   exempts retailers with less than $100,000 in gross

14   sales --

15       A    Yes.

16       Q    -- to Colorado residents?

17       A    Right.

18       Q    Did your analysis exclude that level of

19   retailers?

20       A    Yes.

21       Q    And how did you take that into account?  How did

22   you exclude those folks?

23       A    Well, I work primarily -- when I think about the

24   size of a business, I think about the size of the

25   12-month buyer file; in other words, how many customers

Page 57

 1           THE WITNESS:  Okay.  Yeah.

 2           MS. SCOVILLE:  Well, let's take about a

 3   10-minute break then.

 4           THE WITNESS:  Thank you.

 5                 (Break.)

 6

 7   BY MS. SCOVILLE:

 8      Q    Right before our break, you mentioned that you

 9   had talked to about 15 companies; is that right, to kind

10   of check your estimates?

11      A    Right.

12      Q    How did you select which 15 to speak with?

13      A    They were just -- some were software vendors of

14   commercial systems.  They were just people that I trust

15   their judgment.  You know, I can give them an idea

16   quickly, I don't have to spend a week telling them what

17   I'm trying to do, and I can get a, Have you thought about

18   this or maybe this is a little bit high or this is low.

19   Just people I trust.

20      Q    And did you also speak with actual retailers,

21   also?

22      A    Well, I mean, yeah, they were -- you mean big

23   box retailers or --

24      Q    No.  I'm talking about actual multichannel

25   retailers --

Page 58

1    A    No.

2    Q    -- as opposed to software vendors.

3    A    No.  Most of them were multichannel retailers.

4    Q    And of the retailers, did they cover both

5    catalog and Internet?

6    A    Almost every one of my clients does.  There's

7    rarely one that isn't multichannel.

8    Q    And did you speak with a range of small to

9    medium and large retailers?

10   A    Mostly moderate, one large, one mega.

11   Q    And how did you decide on the number 15?

12   A    Well, we were trying to meet a date, and that's

13   about what I had time to do.

14   Q    And did you keep any notes of your conversations

15   with them?

16   A    Just one, which I've turned over to you that

17   had -- I didn't really -- you know, I wasn't trying to do

18   something methodically.  I was just trying to check the

19   assumptions.  It's in what you got last week, I think.

20           MS. SCOVILLE:  Okay.  Let's mark this as Exhibit

21   2, please.

22                   (Exhibit No. 2 was

23                    marked for identification.)

24

25           MR. SCHAEFER:  A very minor point, they may be

Page 60

1    that's it.

2        Q    And what were the names of the companies with

3    whom you spoke?

4            THE WITNESS:  Do I have to do that?

5            MR. SCHAEFER:  Well, it's not privileged.  Do

6    you want to step out and talk for one second?

7            THE WITNESS:  Okay.

8                    (Off the record.)

9

10           MR. SCHAEFER:  Okay.

11           MS. SCOVILLE:  Could you read back the last

12   question for me?

13       (The question was read by the court reporter.)

14

15       A    Some of these I can't even tell you because I

16   didn't write the names on top of it.  I was just

17   scribbling.  Like this first one, I don't remember who

18   they are.  The one that's marked ProS on the bottom of

19   101 is a software vendor called ProSource.  I remember

20   that.  And the one that's 100 that's got these circles on

21   it, I'm pretty sure is Wyland.

22   BY MS. SCOVILLE:

23       Q    W-Y-L-A-N-D?

24       A    Right.

25       Q    And what kind of company is Wyland?

Page 61

1    A    They're a marketing service bureau company.   And

2    these others, I can't tie it down to a specific company.

3    Q    Okay.  Well, why don't you give me a list of the

4    companies with whom you spoke.

5    A    One would be D.M.insite.

6    Q    And what kind of company is that?

7    A    That's a web software company, web software

8    provider.

9    Q    Okay.

10    A    Let's see, I talked to CommercialWare, which is

11    a -- it's a software company.  I had a short time to be

12    able to do this, so I'm thinking about the calls I made

13    versus the ones I got back, and I can't specifically say

14    which ones these represent.

15    Q    Okay.  But just generally, who else did you

16    speak with?  Who are the other 15 companies?

17    A    Well, as I said, I made a number of calls and

18    got a limited number of call-backs.

19    Q    Okay.  Do you remember the retailing companies

20    with whom you spoke?

21    A    I don't.  I'm giving you the ones that I

22    remember.

23    Q    Do you have any other documents that would

24    reflect who the retailers with whom you spoke were?

25    A    No.

Page 63

1    even if he didn't specifically rely on this particular

2    phone call.

3            MR. SCHAEFER:  Let me ask you -- it's clear the

4    witness has some sensitivity about it.  The issue I have

5    is whether or not you can -- if you establish that the

6    information contained is relevant to the report or to the

7    opinion, that's fine.  If he didn't rely on it or he

8    didn't consider it, it seems to me that the name is not

9    necessary, other than in an effort to identify someone

10   without, I think, a reason typed in the report.

11           MS. SCOVILLE:  Okay.  I think we've already done

12   that, but let me take another shot at it.

13   BY MS. SCOVILLE:

14   Q    So, Mr. Barry, I understand that you in

15   mid-September came up with initial estimates of the costs

16   for companies to comply with the three categories of

17   Colorado regulations; is that right?

18   A    Yes.

19   Q    And then you spoke with 15, approximately,

20   companies, and then you made revisions of those

21   estimates; is that right?

22   A    Well, I validated what I was thinking, not based

23   on what they were telling me that it was going to cost

24   them.  Much of what I have in my report is what I have as

25   experience.  All I was doing was -- I didn't ask them

1  what it would take them to do it.  I was validating the

2  process.  That's why I don't understand.  I never asked,

3  I never asked them what it was going to cost them because

4  I didn't want to get but too far into it.

5      Q    And why didn't you want to get too far into

6  it?

7      A    Well, because I talked to Brann & Isaacson, and

8  they told me from the very beginning to be very careful

9  not to solicit any work on this account; in other words,

10  you know, don't -- be very objective, which is what I do

11  in all my work, and, you know, if you're going to talk to

12  people, don't, you know, don't make a point of being an

13  expert, just use it to validate your process, and that's

14  what I've done.  The cost, I have no -- what it's going

15  to cost some company to do something is my estimate.

16  It's not what they've told me.  They haven't estimated

17  something and given it to me.

18      Q    So as I understand it, no company gave you an

19  estimate of what they have or have not done to comply

20  with the regulations?

21      A    No.

22      Q    What did you ask the companies?

23      A    I would say -- for example, if we talked about

24  web, we talked, as the requirements -- or as the report

25  says, and it's going to require a change in, say, the

Page 65

1    order path, I would ask them, you know, if you had to, if

2    you had to do some major change in the order path, how

3    much -- you know, what does that entail, and they'd

4    describe it to me, and then I'd say to myself, okay,

5    that's, you know, that's a moderate change or a small

6    change.  But I never gave them any kind of a written

7    description so that I have any uniformity between

8    descriptions.  It was really more to make sure that I

9    could say these were conservative estimates, that I

10   wasn't giving such a high number that we'd spend a lot of

11   time arguing whether it was 50,000 or 35,000.

12        Q     And it's my understanding that you revised some

13   of your numbers after speaking with these companies; is

14   that right?

15        A     Right.

16        Q     Okay.  And we'll get into the specific numbers

17   in a minute.  As I understand it, you did not have a

18   formulated list of questions when you called these

19   15 companies?

20        A     No.

21        Q     You didn't use a questionnaire?

22        A     No, no.

23        Q     All right.  And you didn't do anything to

24   methodically track their responses?

25        A     No.

Page 67

1    making a change to something that we think is

2    unconstitutional.

3        Q    And as I understand it from your testimony

4    earlier this morning, you did not tell the folks with

5    whom you spoke --

6        A    No.

7        Q    -- that you were acting as an expert in this

8    case?

9        A    That's true.

10       Q    We're getting into a little bit of a pattern

11   where we're speaking over each other.

12       A    Okay.

13       Q    So to the extent you can, please let me try to

14   finish my questions --

15       A    I will.

16       Q    -- and I'll try and let you finish your answers.

17   It's much easier for our court reporter that way.

18       A    Okay.

19       Q    You have given me the names of four of the

20   15 companies, Wyland, D.M.insite, ProSource and

21   CommercialWare.  And as I understand it, you spoke with

22   15.  Am I correct in stating that you don't recall the

23   names of any of the other 11 folks with whom you spoke?

24       A    Natural Solutions, which is a software

25   company.

1      Q      Natural?

2      A      Right.  Let's see, the ones -- we've got

3  ProSource, Wyland, CommercialWare, D.M.insite, Natural

4  Solutions.  I made a bunch of calls, and I really don't

5  remember exactly who called me back.  I only had a couple

6  of days to do it.

7      Q      Okay.  So there are approximately 10 other folks

8  that called you back?

9      A      Right.

10     Q      And you don't remember any of those names?

11     A      Not with certainty.  I don't want to say

12  something and then have it be wrong.

13     Q      Did you discuss the names of the companies that

14  you planned to call with the Brann Firm?

15     A      No.

16     Q      Did you discuss the names of the folks with whom

17  you spoke with the Brann Firm?

18     A      No, not until they got my notes, and they

19  noticed there were a couple -- like the name on the top

20  of the one page.

21     Q      And if you would look at Exhibit No. 2, page

22  FCB100.

23     A      Okay.

24     Q      I think you told me that these are the notes

25  from speaking with Wyland, the marketing service

1   the process, am I thinking correctly, and they said that

2   was fine, just don't slow down the report.

3          MS. SCOVILLE:  Okay.  This will be Exhibit 3,

4   please.

5                 (Exhibit No. 3 was

6                 marked for identification.)

7

8   BY MS. SCOVILLE:

9     Q    Do you recognize Exhibit 3 as an e-mail that you

10  sent to Matthew Schaefer on September 16?

11    A    Yes.

12    Q    Okay.  I'd like to ask you about the point that

13  you have numbered as "5".  It says, "With a little

14  additional time should I refine cost to change the order

15  management systems?  We could probably do with two major

16  vendors fairly quickly?"  To what were you referring

17  there?

18    A    I mean, precisely, I can't speak to it, but in

19  the general of trying to answer your question, you know,

20  I was interested in having the report about calculating

21  the Colorado tax, but not saving it, in other words, from

22  a customer -- helping a customer understand it.

23    Q    I'm sorry, I think I was having trouble hearing

24  your answer.  Could you say that again, please?

25    A    What I'm saying to you is, I don't know

Page 73

1      A      Well, the three requirements.  And all three did

2    not know anything about it, so now I have an indefinite

3    conversation.

4      Q      So when you were talking about calling vendors,

5    you were talking about software vendors who would change

6    retailer systems comprehensibly to deal with the three

7    requirements?

8      A      Yeah.

9      Q      I see.  And what you're saying is that when you

10   contacted D.M.insite, ProSource and CommercialWare, none

11   of them were familiar with the Colorado regulations; is

12   that right?

13     A      No.  I thought I said, I thought I said

14   ProSource, CommercialWare and Natural Solutions.

15     Q      I see.

16     A      Those are order management software companies.

17     Q      And none of those three were familiar with the

18   Colorado regulations?

19     A      No.

20     Q      What about D.M.insite, was D.M.insite familiar

21   with the Colorado regulations?

22     A      They were to a small degree.  They hadn't really

23   thought about it, hoping it would be overturned.  They

24   hadn't really done any detail thinking about it.

25          MS. SCOVILLE:  Mark this as Exhibit No. 4,

Page 75

1    A    Just that they were not -- it wasn't on their

2    radar.  It wasn't disconcerting for me or worrisome for

3    me because I had already written down what I thought, but

4    I was concerned for them and their clients.

5    Q    When you talked to retailers, what did you learn

6    in terms of whether multichannel retailers were aware of

7    the regulations?

8    A    About the same.  You know, they had -- there had

9    been only, I think only one news story on this topic, and

10   it was back in July.  It was in Multichannel Merchant

11   that DMA was suing the State of Colorado.  They actually

12   had some errors in it.  It was literally one 8 1/2 by 11

13   long that just said this is it, more later, but it did

14   have errors.

15   Q    But of the retailers with whom you spoke, about

16   50 percent were aware of the regulations as I understand

17   it?

18   A    Yeah, to some degree.  It doesn't mean they were

19   doing anything about it.  I would say, I would say with

20   high certainty nobody I talked to knew the details of the

21   three requirements.

22   Q    And Wyland, the marketing service bureau with

23   whom you spoke, were they aware of the regulations?

24   A    No.

25   Q    The next sentence reads of this e-mail in

Exh. A

1   Exhibit 4, "So the impressions and costs were all over

2   the place.  I took your advice and cut the costs down

3   considerably to avoid issues."  What issues were you

4   trying to avoid?

5       A    Well, as you know, if you looked at my drafts,

6   which I had in my -- I think it was the September 17th

7   draft or whatever the first one to Brann & Isaacson was,

8   I had pushed myself to think through what I thought it

9   was going to take typically and put a dollar on it, and

10  those are the costs that I, as I talked to some people

11  not about what it was going to cost them, but just the

12  effort and the process, that I changed, and I don't, I

13  mean, I don't remember which ones changed and which ones

14  didn't, but the -- what Matthew had asked me to do was to

15  just be conservative with it, don't try to do a study of

16  a bunch of different companies.  That's not what we set

17  out to do.

18      Q    And when this e-mail in Exhibit 4, the last

19  sentence of that paragraph says "I took your advice",

20  what was Mr. Schaefer's advice?

21      A    I just said what it was.  It was to be

22  conservative.

23      Q    And that's the whole of his advice to you?

24      A    Yeah.  I mean, he's a lawyer, he doesn't know

25  anything about systems, and he trusted my judgment for

Page 79

1    an e-mail, a time sheet that you prepared for Brann &

2    Isaacson detailing your time and what you did?

3        A    Yes.

4        Q    I'd like you to look at the second page of this

5    exhibit under Thursday, September 23rd, and that entry

6    says, "Contacted/interviewed 15 companies to validate

7    cost of changing", right?

8        A    Yes.

9        Q    And then on September 28, the following Tuesday,

10   you have two additional interviews; is that right?

11       A    Yes, I do.

12       Q    Okay.  So there were 17 interviews in all, as I

13   understand it?

14       A    I believe you're right.

15       Q    Okay.  Do you remember the names of the two

16   additional interviews on 9/28?  I know that you've

17   identified one as Natural Solutions.

18       A    I don't recall.

19       Q    If we could go back to Exhibit No. 4, please.

20            And I see you tucking the exhibits into your

21   folder.  We just need to be very careful that all the

22   original exhibits that have the sticker on them stay with

23   the court reporter today.

24       A    Oh, okay.

25       Q    So we just need to make sure that at the end of

Page 80

1    the day we keep this on our radar screen so you don't

2    walk off with them.

3        A    Okay.

4             MR. SCHAEFER:  You can make a pile in front of

5    the laptop there.  That's fine.

6             THE WITNESS:  Okay.

7    BY MS. SCOVILLE:

8        Q    Okay.  So I would like you to go back to Exhibit

9    No. 4 for just a moment, and this is the e-mail where you

10   discussed -- oh, and I have the wrong one.  I apologize.

11   It's not Exhibit 4.  It's Exhibit No. 3.  Pardon me.

12            I want to make sure that I asked you the

13   question that I had in mind earlier, which is, I

14   understand that you did not ask outside vendors to give

15   you actual estimates for changing order management

16   systems; is that right?

17       A    That's true.

18       Q    Okay.  And you did not feel that that would be

19   helpful?

20       A    I did not have the time to do that and make the

21   date and, secondly, without a lot of discussion and

22   probably giving them something in writing, I wouldn't

23   have uniformity.

24       Q    All right.  If vendors could provide you with

25   some sort of more uniform estimate of costs to change

Page 81

1    order management systems, is that something that would be

2    helpful for your analysis?

3         A    That wasn't the objective.

4         Q    All right.  That's not my question.  My question

5    is whether or not it would be helpful for your analysis.

6         A    I wouldn't know until I saw what they gave me.

7         Q    And is it something that could be relevant to

8    your analysis?

9         A    It's possible, but I don't know.

10        Q    And I just want to make sure that I understand

11   your answers to the same questions as to retailers, that

12   you did not ask any retailers to provide you costs of

13   what they're doing or what they anticipate doing to

14   comply with the regulations?

15        A    No.

16        Q    And is that something that would be relevant to

17   your analysis?

18        A    I would have to see what they provide for it to

19   be relevant.

20        Q    Okay.  So it's possible that those numbers would

21   be relevant?

22        A    Yeah, but it wasn't the objective of this

23   opinion.

24        Q    All right.  Let's go back to page 2 of your

25   report, which is Exhibit No. 1, if you would, please.  In

Page 100

1   do exist, but you didn't rely on them to form this

2   opinion?

3       A    It's something I understand, I believe is fact.

4       Q    The last paragraph under 1(a) estimates that the

5   cost to modify the order path is conservatively estimated

6   at $5,000; for older technologies and companies using

7   outside vendors, the estimated cost is up to $10,000.  On

8   what data did you base this cost estimate?

9       A    Thinking through what I felt needed to be done

10  and using the numbers that we talked about this morning

11  that were back in the section about the data I've

12  considered.  Want me to cite a paragraph?

13      Q    No, that's all right.  I think I understand

14  you're referring to the estimated in-house --

15      A    Right.

16      Q    -- programming costs versus outside programming

17  costs?

18      A    Right.

19      Q    Did you do any particular math to come up with

20  the 5- to $10,000 number in terms of --

21      A    Just roughly that outside -- sorry to interrupt

22  you.

23      Q    No, go ahead.

24      A    Just in a general rule of thumb that outside

25  companies, their costs are at least double.  And, also,

1   this 5- and 10,000 also involves the discovery and

2   evaluation process.

3            MR. SCHAEFER:  Stephanie --

4            MS. SCOVILLE:  Yes.

5            MR. SCHAEFER:  -- can we take a break just long

6   enough for me to check out?

7            MS. SCOVILLE:  Oh, of course, of course.  I'm

8   sorry, we are getting close.  Let's go ahead and take a

9   break.

10                     (Break.)

11

12   BY MS. SCOVILLE:

13     Q    Okay.  Right before our break we were talking

14   about your estimates for changing the web order path as

15   5- to $10,000.  Did you attempt to break that 5- to

16   $10,000 into the components of designing the program

17   changes, developing, programming and testing?

18     A    Not in writing, I don't have them in writing,

19   but I did sit down and kind of go through that

20   mentally.

21     Q    Okay.  And how would you divide up this

22   particular estimate of 5- to $10,000 in terms of those

23   categories?

24     A    Well, I think that at least half of the --

25   anywhere from half to 75 percent of the costs are in the

1    A    I did with the ones that had a reasonable idea,

2  you know, an awareness.  In other words, with half the

3  companies, if they weren't aware, then I wouldn't have

4  spent all my time trying to get them to know what to

5  do.

6    Q    And what was the feedback you got from actual

7  companies about the cost to change the web order path?

8    A    Well, I didn't ask anybody for a specific cost.

9  What I asked them was, am I thinking about the process

10  that you might have to go through, and then I put the

11  cost on it.

12    Q    And have you had any similar experiences with

13  the clients of your firm in terms of assisting them with

14  changing web order paths to comply with a similar

15  regulation?

16    A    With changing a web order path, yes, but not

17  with a similar regulation.

18                    (Exhibit No. 10 was

19                     marked for identification.)

20

21  BY MS. SCOVILLE:

22    Q    Okay.  Let's, if you would, take a look at

23  Exhibit No. 10.  Do you recognize this as your draft

24  report dated September 15th?

25    A    Yes.

Page 104

1     Q     If you would, take a look at page 4, please,

2  under C, Estimated Costs, 1, Order management, enterprise

3  and e-commerce systems.

4     A     Let's see --

5     Q     At the top of the page.

6     A     Yes.

7     Q     And in the underlined text, you have, "FCBCO has

8  not estimated the dollars but it could be a $50,000 one

9  time cost.  How the software vendor might charge for that

10 is obviously unknown as it would be a shared expense."

11           And then in the next paragraph, you say,

12 "Company website developers would have an equally

13 difficult time in making this change.  This could be

14 another $30,000 to $50,000 charge to inform the

15 customer."

16           First of all, I want to confirm that this part

17 of your draft report is referring to the transactional

18 notice.

19     A     Let me take a look at that.

20     Q     Sure.

21     A     I believe it does.  I'm not sure there isn't

22 some overlap between one and two now, but --

23     Q     Okay.  How did you arrive initially at the

24 $50,000 for external costs and 30- to 50- for internal?

25     A     Just, as I said before, thinking through what I

Page 105

1   thought the issues would be, trying to put what I would

2   consider to be a cost on there that I could then

3   validate, and that looking at -- you know, thinking about

4   other projects we've done that are similar in the same

5   parts of the system, like the order processing part or

6   the web path part, trying to be realistic because, as we

7   said hours ago, IT people don't estimate accurately, and

8   I didn't want to come in too low initially.  So it was

9   kind of like this is a strawman figure, and then tried

10  to -- and then validate it and think further about it.

11       Q    Okay.  And you obviously changed your

12  estimates --

13       A    True.

14       Q    -- downward.  And why did you change the

15  estimates downward?

16       A    One, I wanted to make sure that I didn't --

17  since I don't have the details written down, that I could

18  talk through them and, you know, discuss them.  With a

19  larger number like that, I think that's harder to do.  I

20  think there are very real costs to this statute, and what

21  didn't change is most of the things I identified -- most

22  of the areas that I identified in the initial report are

23  in the final.

24       Q    But just the dollar value changed?

25       A    Yeah.  And what I didn't want -- nobody likes --

Page 106

1    I've never worked with anybody, whatever the issue is

2    that we're working on, if I come in and say, Well, I

3    think it's 5,000 and it ends up being 50-, nobody likes

4    that.  But if I say it's some other number and I'm

5    bringing it down, that has always -- whether it's an

6    estimate of my time or software.  So it's more of a

7    personal style kind of thing.  I don't want to go back

8    with some huge increase.

9        Q    Well, what is the most accurate number in your

10   professional opinion --

11       A    In the report.

12       Q    -- as to the actual costs?

13       A    In the report.

14       Q    The 5- to $10,000?

15       A    Yes.

16       Q    Okay.  And so I guess I'm still trying to

17   understand why you revised it downwards, other than just

18   not wanting to aim too high.

19       A    Well, I think, I think they're realistic, and I

20   also think that if the statute stands, I think that those

21   are very conservative estimates, that those are small

22   numbers as estimates go for IT changes.  They may look

23   big to a novice, but they're not a -- they represent true

24   costs, actual costs, and I believe that these will end up

25   being conservative.

Page 107

1          MS. SCOVILLE:  Let's take a look at Exhibit 11,

2     please.

3                    (Exhibit No. 11 was

4                     marked for identification.)

5

6     BY MS. SCOVILLE:

7          Q     Do you recognize Exhibit 11 as another draft of

8     your report?

9          A     Yes.

10          Q     Okay.  If you would take a look at page 4,

11     please, the top of page 4, and this is part of Exhibit A,

12     the transactional notice.  And the first full paragraph

13     on page 4 says, "Estimated cost to modify order the order

14     path for the message is estimated from $15,000 to

15     $25,000."  And is that another iteration of your estimate

16     of changing the web order path?

17          A     Yes.

18          Q     And that came after --

19          A     As best I recall, yeah.

20          Q     Okay.  And that appears to have come after our

21     initial estimate of 50- or 30- to 50-?

22          A     Right.

23          Q     I guess I'm still trying to understand what you

24     did or what changed in your analysis to take it from 50-

25     or 30- to 50- to 15- to 25- down to 5- to 10-.  What

Page 108

1   changed along the way?

2          MR. SCHAEFER:  Object to the form.

3     A    Well, again, as I said, I originally put a high

4   number, a strawman on that, realizing I was going to have

5   a week to two weeks to develop it, develop it further and

6   to think about it, and, you know, this is all this is.

7   This is not meant to be any more than that, that these

8   are working notes, working drafts, I guess is a better

9   way to say it.

10  BY MS. SCOVILLE:

11    Q    And what changed -- or why did you revise your

12  estimate downward from 15- to 25- in Exhibit 11 to 5- to

13  10- in your final report?

14    A    To be very conservative with the costs.  As I

15  said in the early part of this document, what flexibility

16  people have with systems, whether they use outside

17  companies to program them or they can maintain

18  themselves, whether their technologies are flexible, all

19  these things make some costs easier than others for

20  people to accommodate.  Older technologies and outside

21  developers make it more expensive.

22    Q    Sure.  And your 5- to 10- estimate takes outside

23  developers and older technologies --

24    A    Right.

25    Q    -- into account?

Page 109

1       A     True.

2       Q     Did you do any studies or any tests as you

3  revised the numbers downwards?

4       A     No.

5       Q     So you had initial estimates which were based on

6  your own experience of 50- or 30- to 50-?

7       A     Right.

8       Q     And then you had estimates of 15- to 25- based

9  on your experience?

10      A     Based on thinking about it more.

11      Q     And then you had your final estimate of 5- to

12  10- also based on your experience?

13      A     Yes, and a limited outside validation.

14      Q     Did anything that the 17 companies you

15  interviewed say to you factor into your decision to

16  revise these numbers downwards?

17      A     I would say no.  It was, again, a validation of

18  process, you know, what they think this means they'd have

19  to do.  Obviously, I'm leading them through; you know,

20  you have to change the order path if that isn't true

21  then, you know.

22      Q     And looking at Exhibit No. 11, can you tell

23  whether or not this draft was done before or after you

24  talked to the 17 companies?

25      A     I have no idea.

Page 114

1    printed; is that right, and that's what the 5- to 10-

2    estimate represents?

3        A    All the invoices would look alike, but we'd have

4    sufficient size on the front of the invoice to

5    accommodate whatever it is the companies feel comfortable

6    with saying.  Some might be one line long, and some might

7    have a friendly paragraph.

8        Q    And how common is it right now, this Colorado

9    regulation aside, for retailers to have forms that are

10   specially generated for different states' requirements?

11       A    Rare.

12       Q    Okay.  What are some of the other instances

13   where a separate form for a particular state would be

14   triggered?

15       A    There may be in horticulture provisions that say

16   something about seeds, quarantined products.  It's very

17   rare.

18       Q    You include that the cost estimate for modifying

19   the invoice or packing slip would be 5- to $10,000.  On

20   what data did you base that conclusion?

21       A    My experience in going through what I think

22   would have to be considered and the time to develop an

23   estimate, along with the time to develop a design and the

24   programming and testing.

25       Q    And did you break this 5- to $10,000 into

1   different categories and give hourly estimates for each

2   step in the process?

3        A    Not as notes.

4        Q    But it sounds like you did that in your head; is

5   that right?

6        A    Yes.  Right.

7        Q    And can you recreate for me how you got to the

8   5- to 10-?

9        A    Well, as I said this morning, I believe it would

10  cost a couple thousand dollars to evaluate the change.

11  In the case of something this complex, it could easily

12  cost $5,000 if people aren't aware of it.  I said before

13  that the program -- the system design and the program

14  design, not the programming, is more than half the cost

15  of every change.

16       Q    Programming is more than half in this

17  instance?

18       A    No.  The design of what I have to do --

19       Q    I see.

20       A    -- as a programmer.  We call that program

21  design.  In other words, I'm going to take the statement,

22  the computerized statement, and I'm going to do this.

23  Well, I have to write all that down, I have to get

24  everybody to agree to it.  That's more than half the

25  cost.  So that's how I came up with it.

Page 116

1    Q     And did you estimate the number of hours and

2    then multiply it by hourly rates?

3    A     Right.

4    Q     Okay.  And what hourly rates did you use?

5    A     I used a blended rate between the $32 -- let's

6    look at the page.  If we look on page 4 of the final

7    report, we have $24 and $48 without benefits.  If we put

8    benefits into it, we have $31 and $62.  So I took a

9    blended average of those two.

10   Q     And did you just do a straight average --

11   A     Yes.

12   Q     -- 31 plus 62, divided by half?

13   A     Yes.  Like 47 or something.  So, again, trying

14   to be conservative, not trying to push it towards the

15   high side or the low side.

16   Q     So if you take $5,000 -- and I just did the math

17   right here -- divided by the blended rate, which is

18   actually 46.5, you get 107 hours of time to modify the

19   invoice.  That would be the low end, right?

20   A     Yes.

21   Q     And then you could do the same math to determine

22   how many hours it would be to modify to get to the upper

23   range of $10,000?

24   A     Right.

25   Q     And is that how you did the math --

1    A    Yes.

2    Q    -- to get to these numbers?

3    A    Yes.

4    Q    And did you come up with the amount of hours

5    first or did you come up with the numbers, the totals

6    first?

7    A    I came up with the hours, you know, just how

8    many -- when you look at all the pieces to this and just

9    envisioning what most companies would have to do as they

10   figure out what they're going to do to meet this, if they

11   have to, and then I used the dollar averages.

12   Q    Now, none of the figures in your final report or

13   your draft reports are expressed in terms of number of

14   hours.  They're expressed in final costs.

15   A    Right.

16   Q    Do you have any notes or other documents that

17   would reflect your thinking in terms of hours?

18   A    No, I don't.

19   Q    Okay.  And I'll tell you -- I did the math

20   sitting here -- that it would take 215 hours at the

21   blended rate to get to $10,000.

22   A    Okay.

23   Q    How did you arrive at 215 hours?

24   A    With some technology, I'm going -- you know,

25   with like mainframe technology or some of the older

Page 118

1    technology, it takes two or three times longer to do the

2    same thing that it does on the technology of the last

3    couple of years, as much -- you know, there's more

4    documentation that's automated by the system.  You know,

5    the systems are more flexible in terms of, you know,

6    being able to figure out where you have to change a

7    program.

8        Q     And did you also do the 10,000 estimate in terms

9    of outside vendor costs, as opposed to using a blended

10   rate for internal costs?

11       A     Let's take a look here.  If we look at Exhibit

12   1A, my assumption, you know, based on -- my assumption

13   is, based on the numbers I have here on page 4, that for

14   an outsider to do the work, while they'll have more

15   skilled people, they'll charge more because of the profit

16   and so forth.

17       Q     And did you use a blended rate of the external

18   programmers?

19       A     I believe that the blended rate would be

20   somewhere like 150, 160, somewhere in there.

21       Q     Okay.  And how did you come up with that as the

22   blended rate?

23       A     Just from experience and knowing what, you know,

24   people typically end up having to pay.

25       Q     Okay.  So what people would pay for external

1   programming is closest to 150 to 160 average?

2        A     Yeah, somewhere in that.  I mean, I don't

3   remember how it calculates out right now.  I will say

4   that, and you can see this in my drafts, that I use the

5   computer a lot to capture thoughts, and then I refine

6   them.  You can see things that I throw out or I typically

7   put them at the end of the document, and so I don't, I

8   don't write as many manual notes as I might have 15 years

9   ago.  I kind of think with the computer and kind of

10  capture things that way and then write over them or

11  discard them.

12       Q     So you don't have any documents that would

13  reflect how you did the math in terms of what blended

14  rate you used times how many hours to get to these

15  figures?

16       A     No.  I'm telling you how I remember doing it.

17       Q     Okay.  Did you do any tests or studies to come

18  up with the 5- to $10,000 estimate for modifying the

19  invoice or packing slip?

20       A     I didn't, but as I said before, I considered

21  those and I think my peers would consider those to be

22  conservative numbers, and that there will be costs the

23  companies will bear that are that or hirer, depending on

24  the technology and the skill levels and so forth.

25       Q     Did you refer to any literature or published

Page 120

1   studies in coming up with the 5- to 10,000 estimate?

2        A    No.

3        Q    And is that something you discussed with the

4   17 companies with whom you spoke?

5        A    What is the "that"?  Would you reword what the

6   "that" is?

7        Q    Sure.  Did you discuss your estimate of 5- to

8   $10,000 to modify the packing and order slip with the

9   17 companies with whom you spoke?

10       A    No.  I was talking to them more about process,

11  what would you have to do if you had to do it.

12       Q    If you could go back to Exhibit 5, which is one

13  of your earlier draft reports, on page 7.  This is the

14  paragraph we discussed earlier that you said related to

15  catalog sales and, as I understand it, would apply more

16  to modifying the packing slip.

17       A    What paragraph is it that you're looking at?

18       Q    The first full paragraph.

19       A    Right.

20       Q    "Retailers we have talked to are looking at a

21  variety of solutions and workarounds including having the

22  sales person or Call Center rep input a short phrase

23  message that will print on the customer order and refer

24  the customer to the website for more details."  Is that

25  something that companies are actually doing right now?

Page 122

1    question, which is, would it be more or less expensive

2    than what you've estimated in your report?

3           MR. SCHAEFER:  Same objection.

4    A     I don't know.  I don't know that it would be

5    acceptable.

6    BY MS. SCOVILLE:

7    Q     All right.  Going back to Exhibit 11, which is

8    also an earlier draft of your report, on page 4, you

9    initially estimated that to modify the invoice and

10   packing slip would cost 15- to $20,000.  I'd like to

11   know, I guess, what changed between your initial estimate

12   and your final estimate of 5- to 10-.

13   A     Well, first off, I don't know the date of this

14   document and where I was in that thinking process.  And

15   as I said, I started out with high numbers and brought

16   them to something that I felt was conservative as I

17   worked through it.

18   Q     And as I understand it, you did not do any

19   studies or tests or any other specific --

20   A     No.

21   Q     -- analysis in changing those numbers?

22   A     No.

23   Q     Going back to your full and final report --

24          THE WITNESS:  Can I ask you a question?

25          MS. SCOVILLE:  Sure.  And I don't know if I'll

1    be able to answer it, but go ahead.

2              THE WITNESS:  I think you will.  Are we going to

3    eat lunch today or are we working through lunch?

4              MS. SCOVILLE:  I am going to need to eat lunch

5    at some point.  Do you need to take a break now?  It's

6    about 11:40.

7              THE WITNESS:  Well, I'm just asking.  I can sit

8    here all day, all night.  I have brought an energy bar.

9    If you don't want to take a break, I may have a bite and

10   pass it to my new friend.  What would you prefer to do?

11             MS. SCOVILLE:  I would prefer to take a short

12   lunch.  What about you, Matt, is that all right?

13             MR. SCHAEFER:  Yeah.  I think a short lunch

14   makes sense, try to keep it on the short side.  I don't

15   know what our options are.

16             THE WITNESS:  Go up to the Wawa.

17             MS. SCOVILLE:  Okay.  Well, let's push forward a

18   little bit before lunch, if you don't mind.

19             THE WITNESS:  All right.

20   BY MS. SCOVILLE:

21   Q    Let's go to your final report, the next section

22   of Exhibit A.  I think it's at the bottom of your stack

23   there.

24   A    Okay.  So we're done with this.  What page?

25   Q    All right.  Let's go to the next page, which

1    A    Well, then it would take probably a week or so,

2    in a week's time.

3    Q    And how did you come up with the $40 to $60 an

4    hour?

5    A    I thought it was, from my experience, a good

6    average when you consider expensive management that's way

7    beyond that, where they would be more in the couple

8    hundred dollars an hour.  A call center director might be

9    in the -- they pay them anywhere from 75- to $100,000 a

10    year so figure that rate.  We talked about IT.  So I

11    think it represents a conservative number.

12    Q    And did you refer to any literature or published

13    studies in coming up with 2- to 3,000?

14    A    No.

15    Q    And you didn't yourself do any studies or

16    tests?

17    A    I thought through all the things that needed to

18    be done.  I think that's doing my homework.

19    Q    Okay.  But other than thinking through the

20    steps, you didn't do any sort of more formalized tests?

21    A    No.

22    Q    Did you discuss the call center costs with any

23    of the 17 companies --

24    A    No.

25    Q    -- with whom you spoke?

Page 127

1       A     No.

2       Q     So, again, the call center costs are based on

3   your experience, and these are your estimates based on

4   your experience?

5       A     Yes.

6       Q     Let's skip down to the second section, which is

7   B, Customer service call center costs to answer inquiries

8   and complaints.  You estimate that an inquiry about the

9   Colorado regulation would result in a three to four

10  minute call.  What is the three to four minute estimate

11  based on?  What data did you consider?

12      A     I've worked with a couple hundred call centers,

13  and I know that an average call for a customer service

14  issue is often in that range, and I think that this will

15  create a tremendous number, and I think I said in here

16  50 percent of the customers will call the call center and

17  I think it will be a major source of complaints.

18      Q     Okay.  Before we get to the 50 percent, just

19  sticking with the three to four minutes per call, are

20  there any published studies or literature that would

21  refer to the average call being three to four minutes?

22      A     I'm sure there are, but it's just -- I'm working

23  with call centers all the time so I have a pretty good

24  idea of these numbers because we use -- you know, we

25  benchmark all the time and we know what people pay and,

Page 128

1    you know, we have a pretty good idea that that's an

2    average for that length of time.

3        Q    You also give the opinion that a fully loaded

4    cost per call is typically between $1.50 and $2.00 an

5    hour, and you define "fully loaded" as being wages,

6    management, benefits, space, telecom, et cetera.  So that

7    would include overhead, right?

8        A    Within the call center, not within general

9    management.

10       Q    Sure.

11       A    And it wasn't per hour.  It's per call.

12       Q    Oh, I'm sorry, per call.  Okay.  But your per

13   call cost includes overhead, right?

14       A    Only the management of the call center.  It

15   doesn't include the CFO, the general manager, the

16   president, the owner, IT, accounting, any of those

17   people, fulfillment.  It just deals with managing the

18   call center.

19       Q    And did you refer to any particular studies or

20   data or literature in determining that the fully loaded

21   cost per call is typically $1.50 to $2.00?

22       A    I used my own experience and recall of many

23   customer studies -- many client studies that I've done of

24   call centers.

25       Q    But you didn't refer back to the client studies

1   that you've done or at least any particular ones in

2   creating this opinion, right?

3        A    No, just that I know that it's an accurate

4   conservative number.

5        Q    Okay.  Let's go to the September 15th draft,

6   which is Exhibit No. 10, and if you could take a look at

7   page 6.  In the middle of the page, there's an open

8   bullet point, and in the paragraph below that it says,

9   "Fully loaded cost per call is between $3.50 and $4.00.

10  Fully loaded includes direct hourly wages, management,

11  employee benefits, space, telecom, etc.  These are

12  industry benchmarks."  How did you arrive at the $3.50 to

13  $4.00 estimate?

14       A    That has an error in it.

15       Q    Okay.  What is the error?

16       A    That's a conservative estimate of a phone order,

17  and the phone order in many companies includes the cost

18  of credit authorization.  So when I was kind of working

19  through this, I realized that I had put the wrong number

20  in.

21       Q    Okay.  So just so I understand it, the $1.50 to

22  $2.00 that's in your final report is simply for a

23  customer service call center cost, whereas the $3.50 to

24  $4.00 would include credit card authorization and the

25  order processing portion of a call?

Page 130

1      A     Not the order processing.   The $1.50 to $2.00 is

2    the management and the labor for the rep and the space

3    cost and the telecom.   Okay?   The $3.50 to $4.00, what it

4    includes additionally is the cost of the credit

5    authorization step, where there's no credit authorization

6    step in just answering a call.   So there was a mistake on

7    my part.

8      Q     Okay.   Back to your final report, you estimate

9    that 50 percent of the customers will have questions

10   about the use tax as a result of the transactional

11   notice.   How did you come up with 50 percent?

12     A     I believe that, as I said before, this will

13   create a lot of uncertainty in the minds of Colorado

14   customers that have shopped with out-of-state retailers.

15   That will generate a phone call, and we'll be explaining

16   what it is that they should know; if they live in

17   Colorado, this is what they're going to have to do.   And

18   I've got experience with issues that are not similar in

19   terms of legislation, but, for example, when we make

20   changes and we don't fully think them through and

21   customers have their first reactions or, for example, if

22   they're on backorder and they're on backorder more than,

23   say, a couple of days, we get a tremendous number of

24   inquiries when we create a problem for the customer.

25   This will create a problem.

Exh. A

Page 131

1     Q    What would an average percent of calls be if an

2  item is backordered?

3     A    Probably 30 or 40 percent.

4     Q    Okay.  Can you think of other examples that

5  would generate a high number of calls?

6     A    You know, periodically, there are billing

7  issues.  For example, you read in a paper where, let's

8  say, a big bank processor has doubled billed credit card

9  customers.  Well, that generates a tremendous -- you

10  know, everybody, whether they have it wrong in their bill

11  or whether they think they do because they're a

12  cardholder, it generates a call.  There are certain

13  segments of the direct marketing public that are older

14  customers, not myself but older customers, they will call

15  because they think big brother is watching them; what am

16  I buying, how do I pay this.  There's probably -- well,

17  first off, baby boomers are the largest segment of the

18  population, and there are catalogs, especially in women's

19  merchandise, that are fairly large where the average

20  customer is 60 or older, and they get something that

21  isn't worded well, isn't clear what they have to do,

22  they're going to call.  That's the easy thing to do.

23  They're not going to call you.  They're going to call

24  us.

25     Q    So what data did you use to reach your estimate

1   of 50 percent?

2       A    Best judgment.

3       Q    And did you do any tests or studies?

4       A    No.

5       Q    And did you refer to any published literature?

6       A    No.

7       Q    We do have some e-mail correspondence.  I think

8   it has already been marked Exhibit No. 3.  This is your

9   e-mail with Matt Schaefer on September 16.  Point No. 6

10  says, "To figure number of call center calls, etc.  How

11  about if we figure 50 percent?"  What was the Brann Law

12  Firm's response to your inquiry on that point?

13      A    I don't remember.  I would say that it sounded

14  reasonable, but I don't specifically remember.

15      Q    Back to your final report, the next item in your

16  transactional notice calculation is professional

17  assistance, and you estimate that companies will need 3-

18  to $5,000 worth of professional assistance to do the

19  transactional notice.  How did you come up with the 3- to

20  $5,000 number?

21      A    Just from working through it, best judgment,

22  experience.

23      Q    What accounting assistance would be needed to

24  comply with the transactional notice?

25      A    Well, some people use their outside accountants

1  the questions.  It wouldn't be in one sitting, but it

2  would be going back and looking at how they interpreted

3  what you told them and how they're going to proceed and

4  it's, I think, a conservative estimate.

5      Q    Did you do any tests or studies yourself to

6  determine the 3- to 5,000 amount?

7      A    Just that I know -- no.

8      Q    And did you refer to any literature or published

9  studies?

10     A    No.

11     Q    And did you discuss this with any of the

12  17 companies with whom you spoke?

13     A    No.

14     Q    Okay.  Going back to Exhibit 10, which is your

15  September 15th draft.  On page 4, you initially put the

16  consulting and legal expertise costs at 5- to $7,000.

17     A    Okay.  Where is -- right here.

18     Q    It is right above No. 3.

19     A    Okay.

20     Q    Consulting and Legal Expertise for Compliance

21  Costs - $5,000 to $7,000.  How did you come up with the

22  5- to $7,000 estimate?

23     A    Again, this was my original draft.  Like some of

24  these others, they were strawman numbers.  I revised them

25  down.  I may have asked Matt what he thought as an

1    adviser, but, you know, they were a little too high.

2        Q     And did Mr. Schaefer indicate he thought the

3    5- to 7- was too high?

4        A     I don't remember specifically.  I'm just saying

5    I think I remember that, but I'm sure if he did you'll

6    show me an e-mail.

7        Q     Well, I don't have an e-mail.

8        A     I don't either.

9        Q     So that's why I'm wondering what your

10   discussions with him were.

11       A     Well, what I do remember is when we helped two

12   clients work on shipping and handling, I remember what

13   that number was, and it was in that upper range and he

14   felt -- what I remember is, I think that he felt that

15   might be too high.

16       Q     If you could look at Exhibit A.1.

17       A     In this --

18       Q     In your final report.  Pardon me.

19       A     The final report.

20       Q     Exhibit No. 1.

21       A     Okay.

22       Q     I just want to make sure I understand.  You've

23   got Basic statutory/regulatory requirements and Necessary

24   but not discretionary, and you've got the Totals for low

25   end first your compliance costs (sums of above), $10,000.

Page 147

1    basic data, so it varies.  You know, how accurate it is,

2    it's accurate, but if you can't recombine it with

3    something, then what value -- you're not sometimes sure

4    what value it has.

5         Q     In your experience, do retailers keep this data

6    for more than a year?

7         A     I think most do.

8         Q     Okay.  What would be the outer limit in your

9    experience as to how long a retailer would keep the

10   data?

11        A     I don't know if I could answer that.  I mean, I

12   just -- you know, maybe a couple of years.  As your

13   promotional schedule changes, then the history, it

14   changes.  So, you know, unless you really plot every

15   promotion -- and companies have hundreds of promotions.

16   So you see the ups and downs.  Big deal.  What do you do

17   with it?

18        Q     All right.  So going back to your report, just a

19   couple more questions on the transactional notice.  Still

20   on Exhibit A, page 2, at the bottom of page 2, onto page

21   3, you talk about on-going compliance costs, and you

22   estimate on-going compliance annual costs of $1,500 to

23   $2,000.  What data did you use to reach the conclusion of

24   $1,500 to $2,000?

25        A     Just because this is a sensitive customer

Page 148

1    service area and it is potential state regulation, that

2    companies would use a day of professional time a year to

3    make sure they were doing what the law is currently

4    because things change.  If you were to get this through,

5    you may find certain parts of it are not to your suit

6    so --

7        Q    And so the $1,500 to $2,000 is based on

8    approximately one day per year?

9        A    Right.

10       Q    Okay.  And what would need to be done in that

11   day?

12       A    To review what the company is doing and to

13   compare it to what the current regulation is.

14       Q    And did you do any tests or studies in reaching

15   that opinion?

16       A    No.

17       Q    Refer to any literature or published studies?

18       A    No.

19       Q    Discuss this with any of the 17 companies with

20   whom you spoke?

21       A    No.

22       Q    Okay.  So this is, again, based on your

23   experience?

24       A    Yes.

25       Q    Okay.  Underneath that, you've got -- and this

Page 149

1   is back on the transactional notice -- Costs that are

2   discretionary but good business practice.  Modify the

3   order processing system to calculate the sales tax

4   amount.  Now, this is something that the regulations do

5   not require, right?

6        A     That's true.

7        Q     And is it your understanding that the

8   regulations are actually targeted at Colorado's use

9   tax?

10       A     I'm not a lawyer so I don't -- I mean, I don't

11  know.

12       Q     So you did not estimate what it would cost for

13  companies to comply with --

14       A     No.

15       Q     -- to estimate the use tax?

16       A     No.

17       Q     So you estimated what it would cost companies to

18  give customers an estimate of their sales tax?

19       A     Yes.

20       Q     All right.  And is your estimate based on a

21  retailer providing an estimate of sales tax for every

22  sale or only if a customer inquires?

23       A     I assumed for every sale.

24       Q     And why did you make that assumption, as opposed

25  to providing it if a customer made an inquiry?

Page 151

1    Q    And what data did you consider in concluding

2    that this is going to be in the 5- to $10,000 range to

3    provide those estimates?

4    A    Well, I think there are other things that come

5    into it.  You know, there may be some systems resources

6    that you need.  For example, you may not be -- we are

7    definitely not charging Colorado sales tax so maybe you

8    have to go to a service, Vertex or Taxware, some service

9    and buy that.  You know, maybe you have to learn more

10    about Colorado's approach to taxation, whether it's on

11    categories or not, as some states are.  So I think that

12    while this is good practice, I think there are some

13    potential issues that you kind of have to play through if

14    you're the retailer to think those things out.

15    Q    Would a software provider like Vertex or Taxware

16    already provide the categories of goods that would be

17    subject to taxation?

18    A    Yes.

19    Q    So if a company went with an external vendor,

20    that's not something they would have to do themselves?

21    A    Right.

22    Q    Of the 5- to $10,000 cost estimate you made in

23    this category, what percentage of that would be

24    attributable to some sort of external software, like

25    Vertex or Taxware?

Page 152

1       A     I don't, I don't have an estimate there.  One of

2   the concerns I have about calculating sales tax is that I

3   don't have anyplace to put it in the system so if I

4   wanted to refer back to it.  See what I'm saying?  If

5   it's a state I have nexus in and I'm calculating it, when

6   I tell the customer the merchandise is this, the services

7   is this, the shipping and handling is this, and the sales

8   tax is this, I'm saving all those pieces and I'm saving

9   the sales tax in a field.  In this case, I'm not

10  collecting it and so I don't have anyplace to put it.  So

11  I'm envisioning we're going to have to create a place to

12  store that so that, you know, I know what I've told the

13  customer from a customer service point of view because

14  the next person that touches the customer when they call

15  back, we want to know what they told them.  So part of it

16  is that.  Part of it would be if we need an outside sales

17  tax module or service.

18      Q     Okay.  Did you do any tests or studies in coming

19  up with your 5- to $10,000 range on this cost?

20      A     No.

21      Q     Did you refer to any published literature?

22      A     No.

23      Q     Did you discuss it with any of the 17 companies

24  with whom you spoke?

25      A     No.

1    A    No.

2    Q    Okay.  Did you attempt to get quotes from Vertex

3  or Taxware as to what they charge for their software?

4    A    No.

5    Q    And why not?

6    A    I felt I wanted to create a placeholder here

7  for, as I said this morning, a number that this

8  represented, and I think this has a fair number of

9  unknowns in it.  I mean, companies that aren't Vertex --

10  or users, and there's a lot of people that aren't, now

11  we've got to buy a license.  It's far more than $5,000 or

12  $10,000.  So it varies by company.

13    Q    What would it cost to buy a license for Vertex

14  or Taxware?

15    A    Depends on the size of the company.  You know,

16  it could be 30- or 40,000.

17    Q    And would 30- or 40,000 be for a large company

18  or a small company?

19    A    I say a moderate sized.

20    Q    And for a company who didn't already use Vertex

21  or Taxware or a similar product, as I understand it,

22  their cost for modification would be much greater than

23  the 5- to 10,000 that you've estimated; is that right?

24    A    I would expect so.

25    Q    Let's take a look at Exhibit 11, if you would.

Page 155

1    This is one of the earlier drafts of your report, and if

2    you would take a look at page 5.  At the very bottom of

3    this page, you estimate the cost for providing sales tax

4    information to be $20,000 to $25,000.  Do you see that?

5        A    Yes.

6        Q    How did you come up with the 20- to 25,000

7    number?

8        A    Again, as I said this morning, I don't know when

9    this report was generated.  My approach has been to put

10   that number in -- put a number in early that it

11   represented, whether you call it a strawman or a

12   placeholder or something, and then try to improve it.

13       Q    And what did you do between your initial

14   estimate and your final estimate to improve the number

15   and arrive at 5- to 10,000?

16       A    Well, what I chose -- originally, I was thinking

17   about including Vertex, and then I get into, well, is it

18   a small company, a big company, a moderate-sized company,

19   so I just chose to sidestep that issue and represent it

20   as a true cost, a smaller level.  I'm not trying to build

21   a picture by size of company what the costs are going to

22   be, but I think they would vary depending on the

23   conditions.

24       Q    For a company that already has Vertex or Taxware

25   or a similar product, what would you estimate that their

Page 156

1    cost would be to provide the sales tax information to a

2    customer?

3        A    I would say there's still the discovery process.

4    I would guess -- not guess, but I would think there would

5    still be 3- or $4,000 of costs.

6        Q    And what do you base the 3- to $4,000 on?

7        A    A couple days work.

8        Q    And what would need to be done in those several

9    days?

10       A    Well, I think the fact that there's a lot of

11   interpretation here.  I think you have to go through that

12   discovery process.  Just because somebody offers a

13   computation and they say they can do it in 20 minutes --

14   I'm skeptical of a lot of things vendors say, so I would

15   want to go through that whole process and see what do I

16   have to do, what do they have to do, and what part of

17   this does it answer and so forth.

18       Q    And so we've got 3- to $4,000 for a company who

19   already has the software to modify it.

20       A    If the vendor's software can do it.

21       Q    Right.

22       A    Yeah.

23       Q    And then we have 30- to $40,000 if someone has

24   to go out and license the software for the first time.

25       A    Right.  Yes.

Page 157

1     Q     So I'm wondering how you took those two numbers

2   to get to 5- to 10- in the middle.

3     A     Because I thought it was on the low end of the

4   range, and I think it's reasonable.

5     Q     Okay.  Let's go to Exhibit B, which is the

6   annual purchase summary.

7     A     In the final?

8     Q     Yes, please, in Exhibit 1.  Under Subparagraph

9   1, the last full paragraph, it talks about there are two

10  potential sources for the detail order information, the

11  operational order processing system and the direct

12  marketing system.  Can you explain to me the difference

13  between the two systems?

14    A     Are we right here?

15    Q     Yeah, exactly.

16    A     Well, we talked this morning -- I think it was

17  this morning -- that, you know, the system, the part of

18  the system that we use for the call center to take the

19  order, service the customer, that's what we call the

20  operational part of it.  The direct marketing is the

21  marketing part of it, in other words, if they were using

22  the same data, but formatted and analyzed differently

23  for, say, the RFM.  So it's the marketing versus the

24  operations.

25    Q     And do most retailers have both, the operational

Exh. A

Page 162

1       Q     All right.   On page 3 of Exhibit B, we have

2   Costs of Initial Systems Modifications, and you have

3   Company internal development costs $8,000 to $10,000,

4   representing 175 to 225 hours.   Does that represent both

5   computer programming and management time?

6       A     No, just programming.

7       Q     Just programming alone --

8       A     Right.

9       Q     -- would be the --

10      A     Management time I think we included later.

11      Q     Okay.   So just the mechanics of writing the

12  software code to separate out the Colorado purchasers in

13  your opinion would take 175 to 225 hours?

14      A     Right.

15      Q     And on what data did you base that particular

16  conclusion?

17      A     Well, I drew out all the steps, thought about

18  what it would typically take to do those.   As I said

19  before, I think that more than 50 percent of it is

20  design, so I thought that was a reasonable estimate based

21  on working with vendors for 40 years.

22      Q     And did you do any specific tests or studies to

23  come up with that estimate?

24      A     No.

25      Q     Refer to any literature or published studies?

Page 163

1      A      No.

2      Q      Discuss that with the 17 companies with whom you

3   spoke?

4      A      No.

5      Q      Have you had similar experience with clients who

6   have attempted to create a similar report?

7      A      All the time -- not a similar report, but create

8   a new type of reporting system operating off these same

9   files.

10      Q      And is the 175 to 225 hours consistent with what

11   you've seen for other clients?

12      A      Yes.

13      Q      When you've had other clients who have attempted

14   to create a new reporting system from existing data, what

15   kinds of reports are they trying to create?

16      A      It can be merchandising reports, you know, take

17   this same data and tell management, you know, what's

18   being bought and try to combine it with other internal

19   data.  You know, we have reporting systems for finance

20   that aren't in necessarily the financial part of the

21   system.  They want to sample this data for other

22   purposes.  So anytime you get into reporting a system

23   like this, you have to, again, you know, define what the

24   objectives are and do the design work and get the

25   sign-off, and you may or may not do that, may or may not

1   proceed.  Then you've got to program it and test it and

2   so forth.

3       Q    Now, you also estimate if a company were to do

4   this by using an external marketing or software vendor it

5   would be $15,000 to $20,000, representing 100 to 135

6   hours.  And your estimate there, does that mirror what

7   you did for the internal development costs?

8       A    It would be as similar as you can make it.

9       Q    Okay.  So it only includes the programming

10  time?

11      A    No.  It would be including their design time.

12      Q    Okay.  Design and programming and testing?

13      A    Yeah.  Right.

14      Q    And, again, this number was based on your

15  experience?

16      A    Right.

17      Q    Did not perform any tests or studies?

18      A    No.

19      Q    Didn't refer to any literature or published

20  studies?

21      A    No.

22      Q    Didn't discuss it with the 17 clients?

23      A    No.

24      Q    And have you had clients who have used external

25  vendors to create reports that would be similar to the

Page 165

1  report required by the Colorado regulations?

2      A     Yes, not necessarily financial, but, again,

3  various forms of marketing, merchandising reports.

4      Q     And did you refer to any particular client files

5  in creating either the internal or the external

6  estimates?

7      A     No.  It comes from experience.

8      Q     Would it be any different if the external vendor

9  already had the data?  So if the external vendor already

10 had all of the data that they needed to crunch it in the

11 right way as to create this report, would the cost be any

12 different?

13     A     I'm assuming that they'll have most of the data

14 because it's marketing data that we're sending monthly or

15 quarterly, so it's really the design of the reporting

16 system and the controls and so forth.

17     Q     All right.  So the external programming costs of

18 15- to 20- estimate that the -- sorry.  Let me start

19 over.

20          Your external programming estimate of 15- to

21 $20,000 assumes that the external marketing or software

22 vendor already has the data; is that right?

23     A     Or most of the data, yes.

24     Q     Okay.  And the costs of these internal systems

25 modifications are not costs that have to be repeated

Page 166

1    annually, right; these are one-time costs?

2         A    That's true.

3         Q    Okay.  And we're back on Exhibit 1, Exhibit B to

4    your report, and under "C", you've got, Annual Costs to

5    Produce the Annual Purchase Summary Mailing, and you've

6    got several bullets here that factor into the annual

7    mailing cost.  The first is, "Average order in dollars -

8    many businesses have less than $100 average order."

9         A    The first one I have is, Size of the 12-month

10   buyer --

11        Q    Sorry.  It's the second bullet.  How do you know

12   that the average order is less than $100?

13        A    Just from experience, I know that many

14   businesses, more than a half are below $100 per order.

15        Q    Okay.  And are there published studies that --

16        A    I'm sure there are.

17        Q    -- publish that data?

18        A    Sorry.

19        Q    But you didn't refer to any particular studies

20   in forming this opinion?

21        A    No.

22        Q    The next bullet states that, "The number of

23   times a customer purchases annually is often less than

24   2 times on average."  How do you know that that is

25   true?

Exh. A

Page 167

1      A      By looking at my clients' data and understanding

2  repeat buying patterns.

3      Q      And did you look at any particular clients'

4  data?

5      A      No.

6      Q      This is based on your broader experience?

7      A      Yes.

8      Q      And is there published literature that would

9  reflect the average number of customer purchases?

10     A      I don't know.  I assume there might be, but I

11  don't know.

12     Q      And you didn't refer to that?

13     A      No.

14     Q      Is it the same for both catalog and Internet

15  retailers in terms of the average number of purchases?

16     A      No.

17     Q      What is the difference?

18     A      Again, this is a generalization, but Internet

19  shoppers are often less apt to repeat purchase.  They're

20  very opportunistic on price and so they may be more often

21  one-time buyers than catalog.

22     Q      And in terms of the average dollar order, does

23  that vary between catalog and Internet retailers?

24     A      Yes, it does.

25     Q      What is the difference?

1      A    It's all over the place.  Many times it's less,

2  Internet is less than catalog.  Sometimes it's higher.

3      Q    Okay.  And so then you used $100 average orders,

4  somewhere that falls in the middle?

5      A    No.  A $100 average order is a pretty healthy

6  order for any Internet or catalog.

7      Q    Okay.  And going back to the number of times a

8  customer purchases annually, why did you use an estimate

9  which, as I understand it, is more reflective of catalog

10  retailers than Internet retailers for your opinion?

11      A    Well, because if Internet were less than two,

12  then I'm still conservative with what I'm telling you.

13      Q    Okay.  The final bullet point here says, "Most

14  businesses experience that 50% of all first time buyers

15  are opportunistic and never buy again."  Is that true of

16  both catalog and Internet retailers?

17      A    Yes.

18      Q    How did you arrive at the 50 percent number?

19      A    It's a number that I've learned for 15 or more

20  years looking at customers' marketing files and

21  results.

22      Q    And is that something that would be reflected in

23  the published literature in your field?

24      A    Possibly.

25      Q    But you didn't rely on any published

1    literature --

2        A     No.

3        Q     -- for that number?

4        A     No.

5        Q     You conclude that 20 percent of Colorado

6    purchasers will buy $500 or more per year from a

7    particular retailer.  How do you know that?

8              MR. SCHAEFER:  Objection.  That's not what it

9    says.  It says less than 20 percent.

10   BY MS. SCOVILLE:

11       Q     Okay.  Let me start over.  You conclude that

12   less than 20 percent of Colorado purchasers will buy $500

13   or more a year from a particular retailer.  How do you

14   know that?

15       A     Just taking the $100 average order as being a

16   higher than average order in direct businesses and the

17   fact that they're going to buy two times or less on the

18   average, they won't reach the $500.  I know looking at

19   customers' results over the year, if you have somebody

20   that buys $500, you've got a really premium buyer.

21       Q     And did you do any particular studies to

22   determine that 20 percent is the right percentage?

23             MR. SCHAEFER:  Same objection, but go ahead.

24       A     Less than 20 percent.  I think that's a very

25   conservative number.  I think it could easily be 10 to 15

Page 170

1  because it will be a premium buyer.

2  BY MS. SCOVILLE:

3      Q     So it could be as low as 10 percent of

4  customers?

5      A     Yes.

6      Q     Okay.  Did you do any studies yourself to

7  determine what percentage of folks would buy $500 or

8  more?

9      A     No.  I just, as I said, know that from working

10 with clients' results and experience.

11     Q     And did you refer to any published literature?

12     A     No.

13     Q     Did you discuss that with the 17 companies with

14 whom you spoke?

15     A     No.

16     Q     Is published literature available in your field

17 that would talk about the percentage of buyers who spend

18 more than a certain amount?

19     A     There are just general surveys, which are hard

20 to apply because they often take in small start-up

21 catalogs and very large catalogs and they average things

22 together and they end up not sure how to apply the data.

23 So could be, but --

24     Q     And did you try and estimate different

25 percentages based on small start-up catalogs versus

1  larger, established retailers?

2      A    No, because the average price point -- the

3  average selling price point of the products determine

4  average order.  In other words, if you have -- if you

5  look at a business that has, say, a $100 average order,

6  you generally see -- and they're not doing a lot of price

7  promotions, you generally see that they have 1.2, 1.3

8  items on an order.  Okay.  So as price goes down, the

9  number -- as retail price goes down, the number of items

10 may go up, it might go to two or three, but the average

11 order is going to be -- also changes because the average

12 price point is different.  So it's, you know, a company

13 by company merchandising kind of analysis you have to

14 do.

15     Q    And so what you did was to create an average,

16 then, based on all types of merchandise and all kinds of

17 retailers, right?

18     A    Yes, something I felt was conservative.

19     Q    And is there any difference between catalog and

20 Internet retailers in terms of the percentage of people

21 who will spend a certain amount?

22     A    I don't think there will be.  I think the

23 Internet, depending on the average order, average order

24 value and the number of times that people buy, repeat

25 buy, that my opinion would be that they will end up under

1      A     Well, because when it's -- it's not a metrix

2   that a lot of companies focus on.  We're going to go back

3   to what we said this morning.  People buy software, they

4   buy hardware.  They may lease that or they may purchase

5   that, and that has a -- when you're using it for some

6   number of years, it has a cost per hour.  And then you

7   have a people cost, the operational cost, which we

8   haven't delineated.  You know, we may be paying somebody

9   $25,000 a year to run a computer system.  So there's some

10  cost per hour for the hardware, software and people, and

11  it's going to vary by company again.

12     Q     Okay.  You go on to estimate that a marketing

13  services bureau would charge a minimum setup charge and a

14  cost of $2.00 per 1,000 names processed.  And I just want

15  to see if the $200 to $300 is included when you reach a

16  .002 per piece cost or if those are two separate charges.

17     A     It's going to vary by the marketing service

18  bureau.  I feel most of the time they're going to be

19  separate.

20     Q     Okay.  So it's 2- to $300, plus --

21     A     Right.

22     Q     -- .002 per piece cost?

23     A     Right.

24     Q     Did you talk to any marketing service bureaus

25  about what they actually charge for this kind of service

Page 176

1   when you prepared this report?

2       A     Those kinds of numbers are in quotes that we get

3   like we talked this morning.  You know, it's in some ways

4   very commoditized.  It's the number of records you're

5   passing, things like that.

6       Q     So these would be very standardized --

7       A     Right.  Pretty much so.

8       Q     -- and not very subjective charges?

9       A     They are pretty low at .002, right?

10      Q     Right.  Plus the 2- to $300, right?

11      A     Right.

12      Q     Your next bullet point talks about mailing

13  service costs, and you have a minimum set-up cost of $100

14  to $200 bundled into the per piece cost and a variable

15  cost for 500 to 1,000 customers mailed, and then based on

16  your experience you expect that cost to be $1.25 to $1.50

17  per piece.  And you mentioned earlier today that you had

18  an assistant who had contacted some printing companies?

19      A     Uh-huh.

20            MS. SCOVILLE:  So let's mark these as exhibits.

21  This will be 12, and this will be 13.

22                  (Exhibit Nos. 12 and 13 were

23                  marked for identification.)

24

25

Page 177

1    BY MS. SCOVILLE:

2        Q    Actually, let's take these in reverse order, if

3    you don't mind, and start with Exhibit No. 13, which are

4    some handwritten notes.  And it looks like these were

5    notes that were made by your assistant, right?

6        A    Yes.

7        Q    And as I read the notes relating to the

8    Printersmark quote, that this is a price per 500 pieces,

9    right?

10       A    Yes.

11       Q    And he quotes, basically, a total of $400;

12   $45 for the envelopes, $105 for the fliers, $90 for the

13   addressing, $25 for the match mail, and postage of .27

14   times the 500, right?

15       A    Yes.

16       Q    And Printing For Less, their quote came in at

17   $958.93?

18       A    Yes.

19       Q    And Exhibit 12 appears to be some e-mail

20   correspondence from your office manager, and Printing For

21   Less, on the last page of that exhibit, has their quote,

22   right?

23       A    Yes.

24       Q    And what they have done is, if I am reading this

25   correctly, the $958.93 quote would cover 750 pieces; is

Page 180

1    them with what sounds to you like the same job, it's

2    often higher.  So that's been my experience.

3        Q    And is there any variation in your experience in

4    terms of the mailing service cost based on geography

5    across the country?

6        A    There very well could be, but this is such a

7    small cost compared to this total thing.  I think it's

8    reasonable.  Plus, this Printing For Less is a Montana

9    company so it's an Internet based printing company so --

10       Q    And what about -- and, I'm sorry, Printing For

11   Less is Montana?

12       A    That's my understanding.

13       Q    Okay.  And what about the Printersmark, where

14   are they from; do you know?

15       A    They're here in Richmond, as far as I know.

16   Yeah, it's a local number.

17       Q    So you ultimately conclude that the average cost

18   for the annual statement to customers will be $2 to $3

19   per customer --

20       A    Yes.

21       Q    -- is that right?  Okay.  And that includes the

22   minimums and the set-ups?

23       A    Yes.

24       Q    And on what data did you base that number, other

25   than the mailing piece?

Page 181

1      A     Well, one of the big pieces that we don't have

2   in here is what the production run cost is going to be,

3   and another factor is that we know from doing industrial

4   engineering studies for a long time that to generate a

5   piece of paper that people have to do something with,

6   that it can be typically in a range of $2 to $5.  So we

7   thought that was reasonable because you can't -- without

8   knowing the specific individual companies and what

9   percentage -- what these four bullets on the prior page

10  are going to yield in terms of the number of customers,

11  the best that I think anybody can do is to say it's in

12  this range and we think that's conservative.

13     Q     Okay.  You said based on your experience in

14  industrial engineering, the range would be $2 to $5.

15  What kinds of situations included the cost of $2 to $5

16  per customer?

17     A     Well, it's how people use a document that a

18  computer has produced, you know, how many people touch a

19  document.  You know, it often has to do with the number

20  of touches.  Every time you touch a document you add

21  costs to it.

22     Q     And is that something that is published in

23  literature in your field?

24     A     I'm sure it is.  I don't -- you know, I can't

25  tell you what's there.

Page 182

1    Q    But you didn't rely on any of that literature

2  in --

3    A    No.  It's just experience.

4    Q    And did you discuss the $2 to $3 per customer

5  estimate with any of the 17 companies with whom you

6  spoke?

7    A    No.

8    Q    Let's go back to your September 16th draft.  I

9  have to grab the right exhibit number here.  It's Exhibit

10  No. 9, and if you could look, please, at page 8.  And I'm

11  sorry, I just told you the wrong page number.  I'm sorry,

12  it's page 6.  Exhibit 9, page 6.

13        Under Breakdown of Annual Costs, which is

14  underlined near the top of the page, you have, "Our

15  estimate is that on the average it will cost $4 to $5 per

16  customer disclosure with all costs."  Was $4 to $5 your

17  initial estimate of the per customer cost for the annual

18  notice?

19    A    That's my strawman, placeholder.  That's what I

20  thought it would come out.

21    Q    Okay.  And then you moved down from there?

22    A    After I got some quotes.

23    Q    So your estimate changed based on the quotes

24  from the mailing houses?

25    A    Primarily.

Page 190

1      A      It says, "The relevant systems development costs

2   for these steps were also included in Exhibit B."  So the

3   costs are included for developing.

4      Q      Okay.  But not in the costs that you've

5   estimated for the customer information report?

6      A      No, no.

7      Q      The next paragraph talks about the

8   specifications that the Department of Revenue is going to

9   publish for transmitting the customer information report,

10  and you estimate that complying with the Department

11  specifications will add $1,000 to $3,000 to the costs.

12  How did you arrive at those numbers?

13     A      Well, first off, if the Department of Revenue

14  specifies something that retailers don't use generally as

15  software, I felt that we should recognize some kind of a

16  placeholder.  They would say we'd have to, you know,

17  purchase a piece of software to do that or a program --

18  you know, maybe change a series of programs that we have,

19  but certainly we've got to respond to it

20  electronically.

21     Q      So those costs could be less, depending on the

22  software specifications that the Department of Revenue

23  releases?

24     A      Yes.

25     Q      Would that portion of the costs ever be zero?

1      A      Potentially.

2      Q      And in coming up with the 1,000 to 3,000 number,

3  did you refer to any literature or published studies?

4      A      No.

5      Q      Discuss that with any of the 17 companies with

6  whom you spoke?

7      A      No.  I used my own judgment.

8      Q      The next paragraph indicates that, "Customer

9  information and purchase information is protected by

10  privacy statutes and the data is typically encrypted when

11  sent between locations.  This is not specified in the

12  Colorado regulations and could increase costs."  And I

13  was a little bit confused about that.  What would

14  increase the costs?

15      A      Encryption.

16      Q      So the retailer company encrypting the data?

17      A      Right.

18      Q      And do the retailers already encrypt any of

19  their data?

20      A      There are a variety of different methods of

21  encryption.  We're dealing with something we don't know

22  from the Department of Revenue and, you know, we don't

23  know how to react to that until we see it.

24      Q      Is it possible that depending on what the

25  Department ultimately specifies that that cost could turn

Page 192

1    out to be zero?

2        A    It's a possibility.

3        Q    The second to the last paragraph on this page

4    says, "Companies will spend hundreds of hours of general

5    management, marketing, call center, IT and accounting

6    time interpreting and implementing this regulation in

7    their company business environment and systems."  And you

8    go on to estimate that it will take between 150 and 200

9    hours or between $7,500 and $10,000, separate and apart

10   from additional systems costs.  How did you come up with

11   the 150 to 200 hours?

12       A    Well, as we talked about this morning, the types

13   of people, meaning call center, marketing, fulfillment,

14   the general management of IT, that will have to make up a

15   committee that will determine what their company's

16   interpretation of the regulation is, how they're going to

17   need it, and how they are -- you know, what they're

18   determination is for what they need to do in terms of

19   changing what they do.  I think that's a conservative

20   estimate for the number of people and the salaries that

21   we see people paying.

22       Q    And so what was the hourly rate that you used

23   here for those types of management jobs?

24       A    Well, I don't exactly remember.  We could divide

25   it out and see, but I think you'll find it's in the

1    ballpark.

2        Q     Well, if we divide $7,500 -- hang on, I can't

3    use my phone, this calculator apparently.  All right.  If

4    we divide $7,500 by 150, you have $50 an hour.

5        A     And that's in line with what I said with the

6    call center training procedures.  So that's pretty low

7    when you put general management into it and so forth, so

8    if you take the $10,000.

9        Q     And in determining the hourly rate, again, you

10   did that based on your own experience; you didn't refer

11   to any published studies?

12       A     No.

13       Q     And in determining the 150 to 200 hours, again,

14   you relied on your general experience and didn't refer to

15   published studies?

16       A     Did not.

17       Q     Or do any studies of your own?

18       A     Did not.

19       Q     Did you talk to any of the 17 companies with

20   whom you spoke about this?

21       A     No.

22       Q     Did you attempt to break down, in terms of the

23   150 to 200 hours, how much of that would be management

24   versus marketing versus call center versus IT?

25       A     No, I didn't.

Page 195

1    comply with the regulations; is that right?

2        A    Yes.

3        Q    All right.  Let's go to Exhibit D.  Your second

4    bullet point on Exhibit D talks about the high cost of

5    losing customers and losing sales, and you include, "We

6    anticipate that this statute's requirement will cause a

7    major percentage of the customers to abandon the shopping

8    cart or stop and call the Call Center."  I think you've

9    already given the estimate that more than -- or at least

10   50 percent of customers will call the call center.

11       A    Yes.

12       Q    Have you made an estimate of how many customers

13   will abandon the shopping cart?

14       A    No.

15       Q    What would a major percentage of customers

16   abandoning the shopping cart be?

17       A    I would say somewhere between 25 and 50

18   percent.

19       Q    And on what data do you base your conclusion

20   that 25 to 50 percent of customers will abandon the

21   shopping cart?

22       A    That a high percentage of the Internet

23   transactions are abandoned because of price or ease of

24   use -- lack of ease of use of the site, and this is a

25   very negative thing.  You're telling the customer that

Page 196

1    after the fact you're going to pay more for that product,

2    and there's no -- you know, it's not going to build

3    sales.  It has to lose sales.

4        Q    And are there published studies in your field

5    that talk about the percentage of Internet transactions

6    that are abandoned because of price or ease of use?

7        A    Yes.

8        Q    And did you refer to any of those?

9        A    No.  I just read them all the time and take

10   those into account.

11       Q    And so the 25 to 50 percent is based on your

12   general experience then?

13       A    Yes.

14       Q    Did you discuss that with any of the 17

15   companies with whom you spoke?

16       A    No.

17       Q    And you haven't done any studies yourself?

18       A    No.

19       Q    You conclude that the regulations will cause

20   retailers to lose customers and sales, right?

21       A    Yes.

22       Q    Do you have any way to quantify how much

23   retailers will lose?

24       A    I can't mathematically do it, but I think about

25   how competitive today's retail environment is and if

Page 197

1    somebody is going to pay -- if a customer is going to pay

2    more from my -- as an out-of-state retailer than somebody

3    in state or someone else, then the person with the same

4    product, but a different price, the lower price often

5    gets the sale.

6            MS. SCOVILLE:  Could you read back my initial

7    question?  I'm sorry, I've already lost it.

8        (The question was read by the court reporter.)

9

10   BY MS. SCOVILLE:

11       Q    So I understand that, you know, this is based on

12   the competitive environment, but do you have any way to

13   quantify?

14       A    No.

15       Q    And you haven't done any studies yourself in

16   that area?

17       A    No.

18       Q    Have you discussed it with any actual

19   retailers?

20       A    No.

21       Q    In your experience working with clients in your

22   company, are there clients you've had who have

23   implemented governmental regulations that have caused

24   them to lose sales?

25       A    Not that I can think, no.