**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No. 10-cv-01546-REB-CBS

THE DIRECT MARKETING ASSOCIATION,

    Plaintiff,

v.

ROXY HUBER, in her capacity as Executive Director, Colorado Department of Revenue,

    Defendant.

---

**MINUTE ORDER**[1]

---

    The matter is before the court on the **Defendant's Unopposed Motion For Leave To Exceed Page Limitation For Her Motion To Exclude The Testimony of Plaintiff's Expert Witness** [#62] filed December 16, 2010.  The motion is **GRANTED** and **Defendant's Motion To Exclude The Testimony of Plaintiff's Expert Witnesses F. Curtis Barry, Thomas Adler, and Kevin Lane Keller** [#63] is accepted for filing.

    Dated:  December 17, 2010

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.