IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-CV-01546-REB-CBS

The Direct Marketing Association,

    Plaintiff,

    v.

Roxy Huber, in her capacity as Executive
   Director, Colorado Department of Revenue,

    Defendant.

---

**JOINT DESIGNATION OF ADDITIONAL DEPOSITION TESTIMONY
REGARDING PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION**
_____

Plaintiff, the Direct Marketing Association, and Defendant, Roxy Huber, Executive Director of the Colorado Department of Revenue, submit this Joint Designation of Additional Deposition Testimony in accordance with the stipulation set forth in the parties' Joint Status Report Regarding Hearing on Motion for Preliminary Injunction [#58] and the Court's Order dated December 6, 2010 [#59]. The deposition excerpts and exhibits listed herein, and filed concurrently herewith, are submitted by the parties <u>in addition to</u> the supporting declarations (including exhibits thereto) and other exhibits (including deposition excerpts and public documents) that have been filed in support of: (1) the Plaintiff's Motion for Preliminary Injunction and Incorporated Memorandum of Law [#15]; (2) the Defendant's Response in Opposition to Plaintiff's

Motion for Preliminary Injunction [#50]; and (3) the Plaintiff's Reply to the Defendant's Response In Opposition to Plaintiff's Motion for Preliminary Injunction [#56]. The designating party for each excerpt and exhibit is indicated in the following chart, and on the transcripts filed herewith by highlighting of the text (Plaintiff's designations in yellow, Defendant's in blue) consistent with REB Civ. Practice Standard III.F.6.

| Deponent | Excerpt (by page and line) | Corresponding Exhibit(s) [First Ref.] | Designating Party |
|---|---|---|---|
| F. Curtis Barry | 12:20 – 13:4 | | Defendant |
| | 13:5 – 21:25 | | Plaintiff |
| | 23:20 – 25:21 | | Plaintiff |
| | 25:22 – 27:21 | | Defendant |
| | 32:5-8 | | Plaintiff |
| | 32:9 – 36:10 | Dep. Ex. 1 | Defendant |
| | 36:11-25 | | Plaintiff |
| | 37:1-21 | | Defendant |
| | 39:15 – 41:3 | | Defendant |
| | 41:16 – 42:2 | | Defendant |
| | 42:16 – 44:8 | | Defendant |
| | 44:9 – 46:9 | | Plaintiff |
| | 46:10 – 49:3 | | Defendant |
| | 51:15 – 52:18 | | Plaintiff |
| | 52:19 – 53:14 | | Defendant |
| | 53:15-24 | | Plaintiff |
| | 53:25 – 55:11 | | Defendant |
| | 55:12-20 | | Plaintiff |
| | 57:8 – 58:19 | | Defendant |
| | 60:2 – 61:25 | | Defendant |
| | 63:19 – 64:4 | | Defendant |
| | 64:18-21 | | Defendant |
| | 65:12-25 | | Defendant |
| | 67:19 – 68:12 | | Defendant |
| | 71:9-22 | Dep. Ex. 3 | Defendant |
| | 73:4-8 | | Defendant |
| | 75:25 – 76:22 | Dep. Ex. 4 | Defendant |
| | 78:25 – 79:18 | Dep. Ex. 7 | Defendant |
| | 80:8 – 81:23 | | Defendant |
| | 81:24 – 83:7 | | Plaintiff |
| | 83:8-14 | | Defendant |
| | 83:15 – 84:3 | | Plaintiff |
| | 84:4-10 | | Defendant |
| | 88:11 – 89:7 | | Defendant |

| Deponent | Excerpt (by page and line) | Corresponding Exhibit(s) [First Ref.] | Designating Party |
|---|---|---|---|
| (Barry, cont.) | 90:23 – 91:18 | Dep. Ex. 9 | Defendant |
| | 93:9 – 94:6 | | Defendant |
| | 94:13-15 | | Defendant |
| | 95:10-17 | | Defendant |
| | 95:21 – 96:10 | Dep. Ex. 5 | Defendant |
| | 97:4-14 | | Defendant |
| | 97:20 – 98:1 | | Defendant |
| | 100:4-18 | | Plaintiff |
| | 100:19 – 101:2 | | Defendant |
| | 101:13-20 | | Defendant |
| | 101:21 – 102:10 | | Plaintiff |
| | 102:11 – 103:17 | | Defendant |
| | 103:22 – 106:25 | Dep. Ex. 10 | Defendant |
| | 107:7 – 108:21 | Dep. Ex. 11 | Defendant |
| | 109:2-21 | | Defendant |
| | 114:18 – 120:11 | | Defendant |
| | 122:7-22 | | Defendant |
| | 123:25 – 129:4 | | Defendant |
| | 124:2 – 128:24 | | Plaintiff |
| | 130:8-25 | | Defendant |
| | 131:25 – 132:22 | | Defendant |
| | 134:5 – 135:15 | | Defendant |
| | 137:9 – 140:7 | | Defendant |
| | 140:14 – 141:1 | | Defendant |
| | 143:11 – 144:9 | | Defendant |
| | 144:10 – 146:3 | | Plaintiff |
| | 146:4-16 | | Defendant |
| | 147:5-7 | | Defendant |
| | 147:18 – 149:19 | | Defendant |
| | 152:18-25 | | Defendant |
| | 154:2 –157:7 | | Defendant |
| | 158:14-16 | | Defendant |
| | 158:17 – 160:25 | | Plaintiff |
| | 161:1-14 | | Defendant |
| | 161:15-21 | | Plaintiff |
| | 162:1-6 | | Defendant |
| | 162:15 – 163:4 | | Defendant |
| | 163:5 – 164:2 | | Plaintiff |
| | 164:3-23 | | Defendant |
| | 164:24 – 165.23 | | Plaintiff |
| | 165:24 – 167:13 | | Defendant |
| | 167:14 – 168:12 | | Plaintiff |
| | 168:13 – 170:15 | | Defendant |
| | 170:16 – 172:4 | | Plaintiff |
| | 172:5 – 173:21 | | Defendant |
| | 176:12 – 177:18 | Dep. Exs. 12, 13 | Defendant |

| Deponent | Excerpt (by page and line) | Corresponding Exhibit(s) [First Ref.] | Designating Party |
|---|---|---|---|
| (Barry, cont.) | 178:13-19 | | Defendant |
| | 180:17 – 182:7 | | Defendant |
| | 183:22 – 184:1 | | Defendant |
| | 185:11 – 186:8 | | Defendant |
| | 187:4-24 | | Defendant |
| | 188:16 – 189:6 | | Defendant |
| | 190:7 – 191:17 | | Defendant |
| | 191:18-23 | | Plaintiff |
| | 191:24 – 193:25 | | Defendant |
| | 195:3 – 197:20 | | Defendant |
| | 207:6-21 | | Defendant |
| | 208:25 – 209:3 | | Defendant |
| | 211:7-23 | Dep. Ex. 15 | Defendant |
| | 219:16 – 221:6 | | Plaintiff |
| | 225:13-19 | | Defendant |
| | 225:20-24 | | Plaintiff |
| | 225:25 – 226:5 | | Defendant |
| | 226:6-24 | | Plaintiff |
| | 229:5 – 239:18 | Dep. Ex. 8 | Plaintiff |
| | | | |
| Kevin L. Keller | 8:8-11 | | Defendant |
| | 8:22 – 10:7 | Dep. Ex. 17 | Defendant |
| | 11:10 – 12:20 | | Plaintiff |
| | 11:16 – 15:7 | Dep. Exs. 18, 19 | Defendant |
| | 24:17 – 25:1 | | Defendant |
| | 25:5 – 29:23 | | Defendant |
| | 30:1 – 31:22 | Dep. Ex. 16 | Plaintiff |
| | 34:1 – 36:17 | Dep. Ex. 20 | Defendant |
| | 41:2 – 44:8 | | Defendant |
| | 44:23 – 45:9 | Dep. Ex. 21 | Defendant |
| | 46:23 – 51:15 | | Defendant |
| | 64:7-13 | | Defendant |
| | | Dep. Ex. 22 | Defendant |
| | 67:4 – 72:23 | | Defendant |
| | 73:2 – 80:8 | | Defendant |
| | 81:8 – 83:17 | Dep. Ex. 23 | Defendant |
| | 83:23 – 86:20 | Dep. Exs. 24, 25, 26 | Defendant |
| | 94:6 – 95:5 | | Defendant |
| | 95:6-14 | | Plaintiff |
| | 96:16 – 104:20 | Dep. Exs. 29, 30, 31, 32, 33, 34 | Defendant |
| | 107:12 – 109:17 | Dep. Exs. 35, 36, 37 | Defendant |
| | 118:3 – 119:17 | | Plaintiff |
| | 120:2-8 | | Plaintiff |
| | 121:10-23 | | Plaintiff |
| | 129:5 – 130:5 | Dep. Exs. 37, 38 | Plaintiff |

4

| Deponent | Excerpt (by page and line) | Corresponding Exhibit(s) [First Ref.] | Designating Party |
|---|---|---|---|
| Thomas J. Adler | 16:2 – 18:16 | Dep. Exs. 42, 44 | Defendant |
| | | Dep. Ex. 47 | Defendant |
| | 23:14 – 25:9 | Dep. Exs. 48, 49 | Defendant |
| | 30:6 – 32:10 | | Defendant |
| | | Dep. Ex. 52 | Defendant |
| | 33:6 – 35:11 | Dep. Exs. 53, 54 | Defendant |
| | 35:13 – 36:10 | Dep. Ex. 55 | Defendant |
| | 36:13 – 37:1 | Dep. Exs. 56, 57 | Defendant |
| | | Dep. Ex. 58 | Defendant |
| | 43:1 – 44:1 | Dep. Ex. 60 | Defendant |
| | 44:16-23 | | Defendant |
| | 45:5-23 | Dep. Ex. 61 | Defendant |
| | 46:4-23 | Dep. Ex. 62 | Defendant |
| | | Dep. Ex. 63 | Defendant |
| | 50:10 – 52:10 | Dep. Exs. 65, 66, 67 | Defendant |
| | 51:11 – 52:5 | Dep. Ex. 68 | Defendant |
| | 53:1 – 54:15 | Dep. Ex. 69 | Plaintiff |
| | 55:13 – 60:20 | Dep. Ex. 70 | Defendant |
| | 62:9 – 63:17 | Dep. Exs. 39, 72 | Defendant |
| | 64:18 – 73:8 | Dep. Exs. 74, 76, 79, 80 | Defendant |
| | 74:10 – 75:6 | Dep. Ex. 82 | Defendant |
| | 85:14 – 86:4 | Dep. Ex. 86, 87 | Defendant |
| | 86:13-23 | | Defendant |
| | | Dep. Ex. 88 | Defendant |
| | 90:19 – 93:4 | Dep. Ex. 90 | Defendant |
| | 93:23 – 97:17 | | Plaintiff |
| | 98:9-15 | | Plaintiff |
| | 101:7 – 102:1 | | Plaintiff |
| | 103:4 – 107:11 | | Defendant |
| | 107:13-21 | | Plaintiff |
| | 107:22 – 108:20 | | Defendant |
| | 108:21 – 110:2 | | Plaintiff |
| | 111:4-14 | | Plaintiff |
| | 118:10 – 120:7 | | Plaintiff |
| | 120:16 – 121:15 | | Plaintiff |
| | 123:12 – 125:20 | | Defendant |
| | 133:20 – 141:4 | Dep. Ex. 92 | Defendant |
| | 149:1 – 150:3 | Dep. Exs. 21, 39, 90, 93 | Plaintiff |
| | 150:17 – 152:22 | | Plaintiff |
| | | | |
| William F. Fox | 12:13 – 15:11 | Dep. Exs. 95, 96 | Defendant |
| | 20:22 – 21:13 | | Defendant |
| | 29:10 – 33:9 | | Defendant |
| | 38:10 – 39:17 | Dep. Ex. 98 | Plaintiff |
| | 40:20 – 46:15 | | Defendant |
| | 46:18 – 48:6 | | Defendant |

5

| Deponent | Excerpt (by page and line) | Corresponding Exhibit(s) [First Ref.] | Designating Party |
|---|---|---|---|
| (Fox, cont.) | 48:14-16 | | Defendant |
| | 48:17 – 51:10 | Dep. Ex. 99 | Plaintiff |
| | 51:11 – 54:11 | Dep. Ex. 100 | Plaintiff |
| | 51:11 – 58:14 | | Defendant |
| | 59:13 – 59:23 | | Plaintiff |
| | 59:24 – 61:14 | | Defendant |
| | 61:19 – 64:15 | | Defendant |
| | 64:16 – 65:10 | | Plaintiff |
| | 65:11 – 66:7 | | Defendant |
| | 67:18 – 68:10 | Dep. Ex. 101 | Plaintiff |
| | 75:8-23 | | Defendant |
| | 85:8 – 89:15 | | Defendant |
| | 85:8 – 90:10 | | Plaintiff |
| | 89:25 – 90:6 | | Defendant |
| | 96:6 – 98:17 | | Plaintiff |
| | | | |
| Dieter G. Gable | 12:20 – 13:17 | | Plaintiff |
| | 14:11-16 | | Defendant |
| | 17:10-12 | | Defendant |
| | 21:2-18 | | Defendant |
| | 22:14 – 23:11 | | Defendant |
| | 24:24 – 25:14 | | Defendant |
| | 30:11-23 | | Defendant |
| | 37:25 – 38:7 | | Defendant |
| | 38:8 – 40:17 | | Plaintiff |
| | 41:14 – 44:17 | | Defendant |
| | 47:16 – 48:8 | | Defendant |
| | 53:25 – 54:21 | | Defendant |
| | 84:19 – 85:11 | | Defendant |
| | 86:1-20 | | Defendant |
| | 86:21 – 87:20 | | Plaintiff |
| | 96:14 – 99:7 | | Defendant |
| | 99:20 – 101:5 | | Defendant |
| | 102:16 – 103:2 | | Plaintiff |
| | 115:7 – 118:25 | | Defendant |
| | 120:19 – 122:8 | | Defendant |
| | 120:19 – 124:25 | | Plaintiff |
| | 123:6 – 125:18 | | Defendant |
| | 125:19-22 | | Plaintiff |
| | 126:9 – 127:17 | | Defendant |
| | 127:18 – 128:15 | | Plaintiff |
| | 130:4 – 131:12 | | Plaintiff |
| | 131:13 – 132:3 | | Defendant |
| | 132:4 – 132:22 | | Plaintiff |
| | 132:23 – 134:7 | | Defendant |
| | 134:8-23 | | Plaintiff |

| Deponent | Excerpt (by page and line) | Corresponding Exhibit(s) [First Ref.] | Designating Party |
|---|---|---|---|
| (Gable, cont.) | 134:24 – 135:7 | | Defendant |
| | 135:8-11 | | Plaintiff |
| | 135:12-24 | | Defendant |
| | 135:25 – 136:4 | | Plaintiff |
| | 136:5-12 | | Defendant |
| | 136:13 – 138:1 | | Plaintiff |
| | 138:2-5 | | Defendant |
| | 138:6-13 | | Plaintiff |
| | 138:14 – 140:6 | | Defendant |
| | 143:3 – 145:8 | | Plaintiff |
| | 146:3-11 | | Plaintiff |
| | 147:15-23 | | Defendant |
| | 147:24 – 148:17 | | Plaintiff |
| | 148:18 – 149:6 | | Defendant |
| | 150:13-20 | | Defendant |
| | 151:12-20 | | Defendant |
| | 151:24 – 152:11 | | Defendant |
| | 153:16 – 155:18 | | Plaintiff |
| | 159:10-18 | | Defendant |

Dated: December 17, 2010

.                                                         Respectfully submitted,


s/ Matthew P. Schaefer                    s/ Jack Wesoky
George S. Isaacson                           Jack Wesoky, Jr.
Matthew P. Schaefer                         Senior Assistant Attorney General
BRANN & ISAACSON                         Stephanie Lindquist Scoville
184 Main Street, P. O. Box 3070        Senior Assistant Attorney General
Lewiston, ME 04243−3070                Melanie J. Snyder
Tel.: (207) 786−3566                          Assistant Attorney General
Fax:  (207) 783-9325                         State of Colorado
E-mail: gisaacson@brannlaw.com     1525 Sherman Street, 7th Floor
           mschaefer@brannlaw.com    Denver, CO 80203
                                                          E-mail:  Jack.Wesoky@state.co.us
   *Attorneys for Plaintiff*                                stephanie.scoville@state.co.us
                                                                   melanie.snyder@state.co.us

                                                           *Attorneys for Defendant*

7

**CERTIFICATE OF SERVICE**

I hereby certify that on December 17, 2010, I electronically filed the foregoing Joint Designation of Additional Deposition Testimony, using the CM/ECF system, which will send notification of such filing to counsel of record:

>Jack Wesoky, Jr.
>Senior Assistant Attorney General
>Stephanie Lindquist Scoville
>Senior Assistant Attorney General
>Melanie J. Snyder
>Assistant Attorney General
>State of Colorado
>1525 Sherman Street, 7th Floor
>Denver, CO 80203
>Jack.Wesoky@state.co.us
>stephanie.scoville@state.co.us
>melanie.snyder@state.co.us
>
>Attorneys for Defendant

>>s/ Matthew P. Schaefer
>>Matthew P. Schaefer