IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

-----------------------------------------------------------

THE DIRECT MARKETING ASSOCIATION,

        Plaintiff,

v.              Civil Action No.:  10-CV-01546-REB-CBS

ROXY HUBER, in her capacity as
Executive Director, Colorado
Department of Revenue,

        Defendant.

-----------------------------------------------------------

DEPOSITION OF F. CURTIS BARRY

October 19, 2010

Sandston, Virginia

HALASZ REPORTING & VIDEO
P. O. Box 1644
Richmond, VA 23218-1644
(804) 741-5215
Reported by:  Mary L. Rosser, RPR

1    we call non-featured, news kinds of things, periodically

2    that could just be things that are commonly happening or

3    here's a tip or things like that.

4         Q    When you submit a longer feature article, who

5    reviews or edits the article?

6         A    The editor, her name is Melissa Dowling.

7         Q    And is it formally peer-reviewed in any way?  Is

8    it sent out to anyone else in the industry?

9         A    No.

10        Q    How long are the longer feature articles?

11        A    Today they're about 2,000 words.

12        Q    And when you write the articles, do you

13   generally write them based on your broad experience or

14   are you doing more targeted studies to write these

15   articles?

16        A    Both.

17        Q    Do you or your company have a financial interest

18   in Multichannel Merchant?

19        A    No.

20        Q    Have you published any articles regarding

21   retailers' compliance with regulations?

22        A    No -- well, I might have done something on

23   shipping and handling, but nothing on this topic.

24        Q    And I know that you also have a book.  In your

25   book do you discuss retailers' compliance with

Page  13

1    regulations?

2        A    I haven't -- to be honest with you, I don't

3    think so, but I don't read my book.  I use it as a

4    handout to get business.

5        Q    Sure.  So let's talk about the company that you

6    have right now.  When was it founded?

7        A    1985.

8        Q    And how many employees do you have?

9        A    Six.

10       Q    And describe your business for me, if you would.

11       A    It's about 40 percent systems work, like what

12   we're talking about here, 40 percent warehousing and what

13   we call distribution, benchmarking call centers, and the

14   remainder of it is strategic planning with customers and

15   what -- you know, things like should they have a West

16   Coast warehouse presence, helping them build their

17   business.  Today our business is changing fairly quickly

18   because we're co-developers of a software product called

19   Manage Metrix, which is in --

20       Q    I'm sorry, could you say that again?

21       A    Manage Metrix.

22       Q    Managed Metrix?

23       A    No, Manage, with an E, Metrix, M-E-T-R-I-X,

24   which is in the CV.

25       Q    Okay.  So let's break that down a little bit.

Page 14

1    The 40 percent of time that the company spends on systems

2    work, what does "systems work" mean?

3         A    Helping clients understand what their

4    requirements are, helping them develop RFPs to vendors,

5    helping them select vendors, answering vendor questions

6    about the RFP and what the client wants, helping them

7    stage demonstrations of the systems, which is a

8    couple-day effort for each vendor, helping them make

9    final decisions, helping them estimate costs, which is a

10   big piece of this because often, even though the

11   processes are uniform, meaning not identical, but uniform

12   what they're doing, how companies want that process and

13   system tailored or modified is a continual kind of thing

14   that we deal with.

15        Q    And when you're talking about helping customers

16   understand what the requirements are and select the right

17   system, are you talking about hardware or software?

18        A    Applications software.

19                        (Interruption.)

20

21             MS. SCOVILLE:   Yeah, I'm having a little bit of

22   trouble hearing, also.   Thank you.

23   BY MS. SCOVILLE:

24        Q    And then the part of your business that helps

25   clients deal with warehouse and distribution issues,

1   benchmarks in call centers, tell me a little bit more

2   about that.  What does that involve?

3       A   Well, in the call center area, it involves

4   primarily customer service issues.  Because one thing

5   about most of this industry is they're very sensitive to

6   changes in customer service that will either positively

7   or negatively affect their business so we spend a fair

8   amount of time, you know, talking about -- for example,

9   today customer service is downsizing in terms of the

10  number of people because of the Internet so it's kind of

11  like, Okay, how do I deal with this.  You still have to

12  have the presence; how much time does it take, what are

13  the costs.  We hold benchmarking share groups since 1996

14  periodically on call centers and fulfillment and

15  management issues so we're, you know, a leading source of

16  that kind of information.

17      Q   So are most of your clients then retailers, as

18  opposed to software vendors?

19      A   They're both.

20      Q   Both?  Okay.

21      A   They're multichannel.

22      Q   Okay.  What would the mix of your clients be in

23  terms of retailers versus software vendors versus

24  others?

25      A   Well, almost every -- I can't think of any

Page 16

1    client that doesn't have multichannel.  Okay?  In other

2    words, Internet is big and growing.  Most of them have

3    catalog, and some are also either companies that are

4    building a retail presence or they're a big retail

5    company that's looking to go into direct.  So, you know,

6    90 percent are multichannel.

7        Q    And what kind of multichannel retailers do you

8    work with?  Are they in a specific merchandise

9    category?

10       A    No.

11       Q    So that I can get a scope of what your business

12   is, how many clients would you have at any given time?

13       A    We would do probably, you know, somewhere like

14   30 assignments a year so, you know, two or three, four.

15       Q    And in terms of the employees that you have, of

16   the six employees, how many spend their time working on

17   projects for clients versus administration of your

18   company?

19       A    Four are consultants.

20       Q    Including yourself?

21       A    Yes.

22       Q    So when you work with a client, how closely do

23   you get to know that client's operations?

24       A    Intermittently because that's part of what we

25   sell, is -- we don't sell it with a partner and then give

Page 17

1    them a junior.  We have no juniors.  The least

2    experienced person is 16 years in this industry.

3        Q    So do you get to understand your clients' -- the

4    systems that they use and -- is that right?

5        A    Yes.

6        Q    And that would include their IT operations,

7    right?

8        A    Right, but it's very much feature function and

9    orientation, how do their internal systems today provide

10   information to the user community and to the management,

11   how will the changes that they want to make longer term

12   affect the systems, or how do we have to affect the

13   systems to achieve what management wants to do in terms

14   of growth.  We look at continually, you know, vendor

15   estimates.  You know, a number of our -- probably half of

16   our clients internally develop their own systems and the

17   other half are buying commercial systems so, you know,

18   it's a combination of really trying to help them

19   understand the cost, the effort.  You know, IT has -- I

20   think across a lot of industries doesn't have a really

21   good track record in terms of delivery within budget and

22   on time, and so, you know, that's what we try to help

23   people do, is improve that success rate.

24       Q    So then you get to know your clients' IT

25   infrastructure very well, I take it?

1      A    Yes.

2      Q    And do you also get a sense of what their IT

3   costs and what their IT budgets are?

4      A    Yes.

5      Q    And what kinds of documents would you usually

6   see or how would you get an understanding of what their

7   IT budgets are?

8      A    Well, you know, we're often looking at

9   proprietary profit and loss statements for the company

10   so, you know, we'll take and understand what those costs

11   are as a percent of net sales.  You know, and it's not

12   just one line.  You're kind of interpreting half a dozen

13   to a dozen lines.  You know, the studies we do where

14   we're looking to replace a system, we often want to -- we

15   often have to determine what the change in the IT

16   Department is going to be, just like we have to determine

17   what the return on investment is going to be for a

18   system.  The systems are fairly expensive, and how

19   they're going to get that money back is important or

20   they're not going to spend the money unless they have to.

21   And so we -- you know, sometimes you're going from a very

22   old system that might be 15 or 20 years old that works

23   well, but it's kind of reaching its limit, and you're

24   implementing it, say, with a totally new technology that

25   is maybe more flexible and more -- requires less

Page 19

1   hand-holding or people time to manage it.  So we

2   understand those and help clients work through what those

3   costs are and so forth.

4        Q    So by the end of the process, you have a very

5   good understanding of the company's financials and how

6   their IT costs fit into the overall business?

7        A    Not always the total financials, but we have a

8   pretty good idea of -- we know exactly what -- not

9   exactly.  We know what we have projected the total cost

10  to either develop and install a system is going to be as

11  best as we can, or if they're buying a commercial system

12  we know what the costs of the various stages through this

13  process are going to be, and we know the modifications

14  that are going to be required, and the services, meaning

15  training and conversion and implementation.  And the

16  services part of the project is often 50 percent or more

17  of the total cost because of the cost of the professional

18  people that a vendor uses.

19       Q    As the president of your company, how much time

20  do you spend consulting versus on the general management

21  of your company?

22       A    When you have six people, you don't have a lot

23  of general management.  My wife is involved with the

24  business part time, and she takes care of everything.  So

25  I spend a hundred -- not a hundred, but 95 percent, 90

1   percent of my time consulting.

2       Q      And do you personally do consulting in the three

3   areas we discussed earlier, the systems and then the

4   warehouse and distribution and strategic planning?

5       A      I do.  Most of it is in systems.

6       Q      Do you have any software programming experience

7   yourself?

8       A      I do.

9       Q      And tell me about that experience.

10      A      Well, you see in my CV I started at NCR in 1970

11  through '73.  And at that point, NCR was going from being

12  a mechanical cash register company with no electronics

13  and had very -- had a couple of models of computers, but

14  it was just the beginning of the electronic age for

15  information systems.  And so what I did was, I was on a

16  regional team that implemented the first point of sale

17  systems and computer systems in this area of the country

18  between Pittsburgh, Philadelphia and Richmond,

19  Washington, D.C.  So I installed the first point of sale

20  for NCR in the world.

21      Q      And did you do any of the actual programming?

22      A      No, no.  I have tried programming in the late

23  '60s, but it wasn't my forte.  I've learned to manage

24  programmers better than programming.

25      Q      All right.  So do you do any actual programming

Page 21

1    yourself now?

2        A    No.

3        Q    Okay.  What is Manage Metrix, the software

4    product you mentioned earlier?

5        A    Okay.  Could I answer -- come up forward on

6    this?

7        Q    Sure.

8        A    So NCR through '73.  Then from '74 through -- or

9    '73 through '83, I worked for Garfinckel, Brooks

10   Brothers, Miller & Rhoads, which was one of the leading

11   department store and specialty store companies in the

12   country, and when that was acquired by Allied Stores in

13   like '82 or '83, it was a half a billion dollar business.

14   I was responsible for all the programming and

15   implementation of systems for that company, and I had 50

16   programmers working for me through project managers.

17            And then after that I spent two years -- I

18   formed a company, which was kind of a predecessor to what

19   I'm doing now, with two other individuals, and we

20   designed and programmed fulfillment and customer service

21   and marketing systems for catalog retailers, and we had

22   Tiffany and Henri Bendel and DH Holmes, which is now part

23   of Dillard's, as clients, and we operated their data

24   centers for them.

25            And then I started this company.

1    selling Manage Metrix to clients?

2         A    No.  We have one, one of the four consultants

3    that's doing that, and I'm involved with, you know,

4    status calls once a week, but, you know, I'm saying long

5    term it will be quite a bit different we're hoping.

6         Q    And what is your vision for how it will be

7    different in the future?

8         A    One thing about consulting is, when you do large

9    projects -- for example, you know, if we were to do an

10   entire project for a small company, it might be a

11   $100,000 project, plus software.  Our biggest project was

12   $820,000 over three years.  So when you do those --

13   companies, when they buy systems or they build a

14   warehouse or they expand a warehouse, they're not doing

15   that every year, so we have, you know, every year one or

16   more big projects that we're working on and then a bunch

17   of smaller ones that are research.  So we're hoping that

18   that will provide a more continual kind of revenue from

19   maintenance and support and so forth.

20        Q    I see.  Do you assist clients right now in

21   complying with -- or implementing processes to comply

22   with regulations, federal and state, local regulations?

23        A    We do.

24        Q    And what kind of work do you do in that area?

25        A    Well, every client should have the Federal Trade

1   Commission, FTC, notifications for backorders, and it

2   continually surprises us with companies that don't.  And

3   as I said at the beginning, we also advise people on

4   shipping and handling, and over the years that became

5   kind of a hotly contested issue as to whether that would

6   be -- how much shipping and handling is too much, we

7   think about it, because it is an offset called a -- you

8   know, some kind of an income.

9                    (Interruption.)

10

11       A    Shipping and handling income, and the offset of

12   the shipping expense.  In the last couple of years, it

13   hasn't been an issue, but it was prior to that.

14   Customers are sensitive to changes in costs, so if you

15   over- -- if they feel like you've overcharged them, the

16   perception of being overcharged, then you're going to

17   inhibit the sales or lose sales.

18   BY MS. SCOVILLE:

19       Q    So other than in the areas of notifications for

20   backorders and shipping and handling, do you do other

21   work assisting clients in complying with regulations?

22       A    Well, every system has sales tax reporting so,

23   you know, how they're -- what their nexus is, how they're

24   going to collect that and report it, whether they're

25   going to use a commercial system or they're going to do

Page 25

1    that internally.  You know, the systems have the ability

2    to do it internally, not necessarily always the best way,

3    but it can get the job done.

4              The other thing, the other area in the last

5    couple of years has been PCI compliance, which is a huge

6    cost to companies.

7        Q    And as I understand it, that is the protocols

8    for keeping credit card information secure?

9        A    That's the root of it, yeah.

10       Q    Okay.  Any other areas in which you assist

11   clients in complying with regulations?

12       A    I think that's about it.

13       Q    So as part of your business, do you become

14   familiar with how much companies spend per customer, if

15   it's a catalog company, to produce and send their

16   catalogs?

17       A    Very much so.

18       Q    Okay.  And do you become familiar, if it's an

19   Internet company, on how much the on-line retailers spend

20   to market to new customers?

21       A    Yes.

22       Q    Can you give me an average range of a per

23   customer cost that a catalog company would spend to

24   market and send their catalogs?

25       A    In my report, I said $10 to $15 to acquire a

Page 26

1   customer.

2       Q      Let's find that.   I have a recollection of it

3   being 10 to 25?

4       A      10 to 25?

5       Q      But let's find that.

6       A      Let's double-check.

7       Q      It's actually in Exhibit D.

8       A      Exhibit D?   Right.

9       Q      And your opinion says, "The cost to acquire a

10  customer can be $10 to $25 --

11      A      Yes.

12      Q      -- because of the low response nature of direct

13  marketing."

14      A      That's true.

15      Q      And is the 10 to 25 the same for both catalog

16  companies and Internet companies --

17      A      No, it isn't.

18      Q      -- or is there a difference?   What is the

19  difference?

20      A      The difference is that Internet companies often

21  do not have catalog so the cost that they incur can be,

22  in some Internet operations, can be actually much hirer.

23  In the early years of this millennium, it wasn't uncommon

24  for companies to spend $80 to $100 to acquire a customer

25  because they were running very expensive media, like

1    inner ads and things like that.  So the costs that go

2    into acquisition today are people in merchandising,

3    search engine optimization, affiliate marketing, so those

4    costs are -- depending on the makeup of that within a

5    company, it's almost always higher when you sit down and

6    you look at how many new customers they bring on board

7    than this number, but it varies by company.

8        Q    So the average Internet company, if I could just

9    try and encapsulate what you just said, the average

10   Internet company would spend more than $10 to $25 --

11       A    That's my opinion.

12       Q    -- is that right?

13       A    Yes.

14       Q    Can you give me a range of a per customer

15   estimate for Internet companies?

16       A    I would say it would be -- you know, you will

17   always find some that are in this range, so it may be $10

18   to $15, but it's often as high as $30 to $35.

19       Q    And then would the 10 to 25 represent the cost

20   to acquire a customer for a catalog company?

21       A    Yes.

22       Q    Okay.  And the way your report is phrased, this

23   is the cost to acquire a customer, and I guess my initial

24   question had been a little bit different and maybe

25   there's no functional distinction.  My question was a

Page 32

1                    (Exhibit No. 1 was

2                 marked for identification.)

3

4     BY MS. SCOVILLE:

5          Q      All right.   So why don't you quickly take a look

6     at Exhibit No. 1 and just make sure this looks like a

7     complete copy of your report, please.

8          A      I believe it is.

9          Q      Okay.   Well, let's jump in and start on page 4,

10    if you would.   On page 4, about halfway down the page,

11    you talk about external commercial programming rates --

12    or from external vendors, and you give a range of $140 to

13    $225 per hour.   I need to understand how you arrived at

14    these numbers.

15         A      Okay.   Well, as I said, I deal with proposals

16    from vendors not every day, but, you know, much of the

17    time so I'm continually looking at what vendors have --

18    one, what they think the effort is to do something in a

19    narrative form, and then how much per hour they feel that

20    they will spend to do that modification.   So it includes

21    all the steps required to develop and program the

22    modification, and they use different skill levels of

23    people to do that.   There would be a project manager that

24    spends, say, 10 percent of their time, and then just

25    various levels of programming skills to do the work, and

Page 33

1 then people who QC the change and people that document

2 and so forth.  So there are all different skills and

3 salaries.

4      Q    And did you refer to any particular request for

5 proposal when preparing this report and coming up with

6 this range?

7      A    No.  I mean, I've got it in my head.  I have a

8 pretty good idea from one vendor to another what they

9 charge, and this is typical.

10      Q    Did you look at any labor market surveys?

11      A    No.

12      Q    What about any other sort of market survey data

13 that would give programming rates?

14      A    I deal with internal clients, programmers, and

15 we talk about cost all the time so I don't -- you know, I

16 have that in my head.

17      Q    And how great would the variance in these rates

18 be based on geography?

19      A    They really don't.

20      Q    And can you provide any sort of what I would

21 call confidence interval for this range?  You know, you

22 see surveys that are done and they say --

23      A    Plus or minus five percent.

24      Q    Plus or minus five percent.  All right.  And how

25 do you know that?

Page 34

1         A      Because I've been doing it for 25 years.

2         Q      All right.  Let's look at the top of page 5

3    where you give a range for internal IT systems'

4    development costs of $24 to $48 per hour.  How did you

5    arrive at those numbers?

6         A      Just from the work that I do with clients, I

7    know that those are representative of people that are in

8    companies I serve.

9         Q      And did you look at any particular client

10   files?

11        A      No.

12        Q      Again, this is something that you had --

13        A      Yeah.

14        Q      -- in your head based on your experience?  And,

15   actually, we just have gotten into a situation --

16        A      Yes.  We reverse, yes.

17        Q      All right.  Let's start over again.

18        A      They're in my head, yes.  It's what I deal with

19   all the time, and I have a high confidence that they're

20   within range.

21        Q      And did you look at any Department of Labor

22   studies --

23        A      No.

24        Q      -- or other occupational studies?  Refer to any

25   other literature in coming up with those numbers?

Page 35

1        A      No.

2        Q      And how great is the variance in these numbers

3   based on geography?

4        A      I wouldn't know.  I don't think that they're --

5   I mean, I've got a difference here of 50 to 100 so, I

6   mean, it's a pretty big variation.

7        Q      Right, but as I understand it, the labor costs,

8   the range would be based on experience --

9        A      True.

10        Q      -- is that right?

11        A      But good IT people are in high demand.  I'm sure

12   that southern California or downtown New York are going

13   to pay a lot more, but I can't talk to any particular

14   geographic variation to it.

15        Q      And would you give the same confidence interval

16   for these numbers, plus or minus 5 percent?

17        A      I would.

18        Q      In the next paragraph, you talk about that a

19   25 percent benefit rate can bring the labor charges to

20   $31 to $62 per hour.  How did you come up with a

21   25 percent benefit rate?

22        A      By working with -- you know, my knowledge of

23   companies' P&Ls and talking with management about the

24   increase in cost of personnel and what it takes to be

25   competitive versus, say, banks or larger companies, and

Page 36

1    that's typical.

2        Q    And, I'm sorry, since this is not my field and I

3    don't talk the lingo, what is P&L?

4        A    Profit and loss statement, the income report.

5        Q    Did you look at particular client files to come

6    up with a 25 percent benefit rate?

7        A    No.

8        Q    Did you look at any studies or literature to

9    determine that rate?

10       A    No.

11       Q    And how great is the variance in that rate based

12   on geography?

13       A    I think it's more -- I would say that it isn't.

14   This is an industry that's selling nationwide, so if you

15   want to attract good people you have to pay comparable.

16   It's hard -- you can't take somebody from a bank and make

17   them into a direct marketer of product generally, so

18   they're attracting people from around the county to help

19   them build their business.

20       Q    So there would be little variance based on

21   geography?

22       A    Yeah.  This is for, you know, for -- it's not

23   the top of the line.  There are companies that spend a

24   lot more, but this is what it takes to be running a

25   competitive business.

Page 37

1    Q    Okay.  And would you provide the same confidence

2 interval of 5 percent for those estimates?

3    A    Yeah.

4    Q    Later in the same paragraph, you say, "Well-run

5 companies carefully budget internal IT projects."  So

6 that I can get a sense of the industry, what would the

7 range of an IT budget be for a small retailer versus a

8 large retailer?

9         MR. SCHAEFER:  Just for clarity, do you mean the

10 entire IT department or do you mean --

11        MS. SCOVILLE:  I mean, the entire IT department.

12 Exactly.

13    A    If it's a shop that doesn't do anything new,

14 they're just kind of maintaining what they're doing, it

15 might be 1 to 1 1/2 percent of net sales.  An average

16 shop might be, you know, where they're doing some new

17 things, might be 2 percent.  And if it's a fast-growing

18 company doing a lot of things where they have to trade

19 out their systems or they have to build, say, a West

20 Coast fulfillment center, it's going to be above that,

21 above 2 percent.

22 BY MS. SCOVILLE:

23    Q    And would that range be the same for small

24 retailers versus large retailers?

25    A    No, but it's -- it sounds logical that it should

1   moderate, large, mega.  Can we break it down in that way

2   in terms of the industry?

3       A     I think we can, but I'm not sure -- I'm not

4   trying to anticipate your question, but I'm not sure --

5   when you ask me what the cost is for, say, a small or a

6   moderate-sized company, again, it's going to vary by, you

7   know, what the technology is they have and how new it is

8   and how many people on staff that it takes to hold it

9   together.  And I just said that I have learned that it

10  doesn't vary -- you can't make large companies always be

11  more efficient, so I'm not sure -- I'll do whatever you

12  want me to do --

13      Q     Sure.  No, that's fine.

14      A     -- but I don't know where you're going.

15      Q     I'm just trying to get a sense in absolute

16  dollar terms.  So let's start with a small company, one

17  with, you know, under $5,000,000 in net sales.  What

18  would an average range be for their IT support costs in

19  dollar terms?

20      A     Under $5,000,000, can I --

21      Q     Sure.  Of course.

22      A     You don't mind if I write down here.  So I would

23  say -- well, first off, if they were going to buy a new

24  system, they're going to replace that, they would

25  spend -- under $5,000,000, they might spend anywhere from

Page  40

1   $30,000 to $100,000 to replace it.  And then internal

2   staff, let's see, costs, they would have, I say, anywhere

3   from 50- to 100,000 annually on an ongoing basis as a

4   minimum.

5        Q    Sure, sure.  And so the 50- to $100,000 annually

6   would be a minimum?

7        A    Yeah.

8        Q    Okay.  And a small company, the size that we're

9   discussing, how many IT staff people would a company like

10   that employ on average?

11       A    Anywhere from zero to one.  A lot of the systems

12  are designed in a way that pure IT people aren't

13  necessary.  Some people hire them so that they can be

14  more flexible with what they need.

15       Q    And is that because they're relying on outside

16  vendors?

17       A    When they need to.  And they're paying, in many

18  cases they're paying a support fee, which can be -- you

19  know, the typical support fee is 18 to 20 percent of

20  whatever the purchase price is, so when you talk about

21  what's the total cost, and I'm doing it off the top of my

22  head, it's not just people.  It's support fees, it's

23  hardware maintenance, it's --

24       Q    And would the support fees be part of the 50- to

25  $100,000 minimum that you estimated earlier?

Page 41

1      A    No.  I would --

2      Q    Put the support costs on top of that?

3      A    Yeah.

4      Q    So once you added support costs into a small

5  company's IT costs in terms of dollar values, what would

6  a small IT -- sorry, what might a small retailer be

7  spending annually on support costs?

8      A    See, I always try to equate it to percent of net

9  sales so I would guess from what I know -- you know, from

10  what I've been doing for many years, it's going to be in

11  a -- you know, from 1 to 2 percent of net sales.  You

12  know, management, when they're looking at costs, they

13  know these numbers too so, you know, if they were

14  presented with a deal that costs 3 percent of net sales,

15  it's going to get thrown out the window.

16      Q    Sure, sure.  Now, what about for a

17  moderate-sized company, one that you said would be in the

18  20- to $40,000,000 a year in net sales, what would they

19  be spending on their IT systems annually?

20      A    Well, they're, on the low end, they're going to

21  be spending, say, 200- to 400,000.

22      Q    And what would that include?

23      A    It would include -- may include, say, one

24  programmer, an operator or an operator and a half to take

25  care of the operations, again, software support, that

Page 42

1    18 to 20 percent, the hardware maintenance.  There's not
2    a uniform way of necessarily tracking all costs --
3         Q    Sure.
4         A    -- and you can't just say that every company
5    tracks the costs the same.
6         Q    Right.  No, I'm just trying to get a sense of
7    the industry --
8         A    Yeah.
9         Q    -- and how it works.
10        A    Okay.
11        Q    And when we were talking about support fees and
12   18 to 20 percent, let me just confirm that 18 to 20
13   percent is the percentage of the cost of the initial
14   software purchase, right?
15        A    True, the license fees.
16        Q    The other range of companies that you gave me
17   was the mega of $250,000,000 in a year up in annual net
18   sales.
19        A    Right.
20        Q    Is there a category between moderate and mega
21   that we should be discussing?
22        A    Well, again, it's going to vary.  What I've said
23   here is three.  There's everybody in between, right --
24        Q    Sure.
25        A    -- and it's going to vary.  Just like we said,

1    if they're not doing anything, 1 to 1 1/2, if they're

2    doing something, 1 1/2 to 2, and if they're doing some

3    great things, it's over 2.  It's all on a continuum.

4              So just to go back to one thing.

5        Q      Sure.

6        A      We talked about the purchase of a new system for

7    the low end, and so purchase for a $20,000,000 to

8    $40,000,000 business, that might be more in a 400- to

9    $700,000 purchase.  So if you take the mega, mega can be,

10   you know, probably the low end, $2,000,000.  Obviously,

11   we don't know the upper end of the megas.  You know, I've

12   had projects that cost 8- or $9,000,000.

13       Q      But that would be on a single project for a mega

14   retailer --

15       A      Right.

16       Q      -- not their total IT support costs?

17       A      True.

18       Q      Do you have any sense of what total IT support

19   costs would be for a mega retailer?

20       A      Well, again, the same thing, 1 to 1 1/2 if

21   they're not doing much, 1 1/2 to 2 if they're doing

22   something, and above 2 if they're replacing.  You know, a

23   mega -- I've had clients that will have 200 people in

24   their IT center in a mega company.  Probably the typical

25   would have maybe at least a dozen on the low end, but big

Page 44

1   companies have a lot of people.

2       Q       And if a mega company were to purchase a new

3   software system, what kind of numbers would we be talking

4   about there?

5       A       That's what I was just saying.

6       Q       I see.

7       A       2,000,000 on the low end, 8- or 9,000,000 on the

8   upper end.

9       Q       I see.  Okay.  Back to the report.  At the

10  bottom of page 5, you have in the last paragraph Cost to

11  Evaluate Requested Systems Changes, and you say, The IT

12  industry best practice is to conduct an evaluation of

13  proposed changes.  And you go on to estimate that a

14  detailed evaluation can be $1,000 to $5,000 on the low

15  end, to much higher costs for complex changes and new

16  subsystems.  How did you arrive at the $1,000 to $5,000

17  figure for the low end?

18      A       Just from what I do every day.  In some cases,

19  we actually help clients set up what we call the change

20  management systems, in other words, the way the users

21  request changes to systems and how to cost it out and

22  things like that, or another case is, you know,

23  management, when I'm there, may say, Well, let's look

24  at -- you know, we often look at like a multiple year

25  backlog of changes.  Because they never have enough

Page 45

1   people so we sit down and we look at it and we say, Well,

2   you know, if you had a new system, we could get rid of

3   half of these changes.  Maybe we could convince the users

4   of the other half that we cannot do these or push them

5   out into the future.  So, you know, we're helping

6   companies research the change sometimes.

7       Q    And if a company were to evaluate the changes

8   required by the Colorado regulations, where in this scale

9   that you provided would an evaluation for the Colorado

10   regulations fall?

11       A    This is a fairly new area, as you can imagine.

12   My concern is that probably for half the people, it's not

13   on their radar yet.  My guess is that because it's not

14   something we've ever dealt with, if it were a statute

15   that remains a law, that it will be in the 5,000 number

16   because there will be a lot of concern and haste to get

17   something done.  If we don't understand something, we're

18   apt to spend more to do something.

19       Q    And the estimate of $5,000, is that built into

20   the cost in Exhibits A through C or is that separate and

21   on top of?

22       A    Well, what I did with the estimates in A through

23   C was, I said, you know, let's assume it's just a couple

24   of thousand dollars.  I didn't use a $5,000 number.  I'm

25   just saying when somebody doesn't understand something, I

Page 46

1  can see spending a lot more --

2     Q     Sure.

3     A     -- a couple thousand.

4     Q     What I'm trying to understand is if the

5  evaluation costs are built into --

6     A     They are.

7     Q     -- the numbers that you've already provided in

8  the exhibits.

9     A     They are, yes.

10    Q     Okay.  Let's see, on page 7, subparagraph 2

11 there, you talk about the Cost for Marketing Service

12 Bureaus --

13    A     Right.

14    Q     -- and I need to understand, first of all,

15 exactly what a marketing service bureau is.

16    A     Most companies use marketing service bureaus in

17 a -- in anywhere from one to four different ways.  When

18 they rent and exchange lists -- that's a premise of much

19 of direct marketing, that the way you build your business

20 is you rent and exchange similar kinds of product lists

21 or service lists.  So you may not be doing it directly

22 with a competitor, but certainly a list that you think is

23 going to respond because, as we said before, it's a low

24 percent response industry.  So when we do that, we might

25 have anywhere from 50 to thousands of different segments

Page 47

1    of lists that have to be merged and purged against your

2    internal file because you don't want to mail the same

3    book to --

4        Q        And lists, you're talking about customers'

5    names --

6        A        Yes.

7        Q        -- and addresses?

8        A        Yes.

9        Q        Okay.

10       A        So we don't want to mail -- let's say, if we

11   back up, the best customers are on many people's lists,

12   okay, because that's where -- they're a good customer.

13   They like to shop this way.  So we don't want to -- if

14   you're on four lists, which is not uncommon, there can

15   be -- you know, we actually develop a lot of numbers for

16   companies from the service bureaus so we know how many

17   people shop once, twice, three times, four times, up

18   through like ten times, plus.  So we don't want to send

19   multiple catalogs or promotions so we want to get those

20   down, so we call that merge/purge.  So that's one way.

21   Most people would use service bureaus for that.

22            Another way is that even though they have

23   internal marketing files -- every company has internal

24   operational files, in other words, when a customer calls

25   in, they say, where is my backorder or you shipped me

1  this and it's broken or can I get another widget just

2  like this one.  That's an operational file.  You go in

3  and -- now, some people also take their operational files

4  and make those internal marketing files, and there may be

5  more data that's added or it looks different than just

6  operational data.

7      Q    And would a service bureau do the transformation

8  from an operational file into a marketing file or would

9  the companies do that and then send a bureau the

10  marketing file?

11     A    No.  A low percentage of the companies will try

12  to do that internally by themselves.  They may do the

13  merge/purge outside and then have that sent back.  But

14  most, most mailers will use the service bureau also to

15  develop the mailing, in other words, what's going to be

16  mailed.  And the reason is, is that the -- how data is

17  organized and analyzed is fairly complex.  It's not just,

18  you know, a bunch of names and addresses and Janie bought

19  this and Bill bought that.  You know, it's tracking, over

20  a longer period of time, it's tracking response rates by,

21  you know, how many are one-time buyers and maybe we've

22  sent the one-time buyers reactivation notices to try to

23  get them to buy again.  And so we track what marketing

24  data -- or, excuse me, what marketing promotions an

25  individual customer actually got, okay, and then we

Page 49

1    determine through the service bureaus are we spending too

2    much or too little to get that response.  So it becomes

3    fairly, it becomes fairly data intensive and data rich.

4         Q     So the marketing service bureaus, as I

5    understand what you just said, are the firms that are

6    doing the data crunching --

7         A     Yes.

8         Q     -- to determine that I am a woman of a certain

9    age, who has small children, who only shops when she has

10   free shipping offers or something like that --

11        A     True.

12        Q     -- is that right?

13        A     That's exactly right.

14        Q     Okay.  So the marketing service bureaus are the

15   people who crunch all the numbers to make sense of it for

16   the retailers?

17        A     And sometimes analyze it for them, meaning the

18   human, you know, here's the report, but this is what it

19   means.

20        Q     Okay.

21        A     Then you have another use is for actually

22   developing models, in other words, data models.  How do I

23   find more of Stephanie.  Stephanie is a type of

24   shopper -- is a good shopper for kids under six years old

25   or five years old.

1   through, say, marketing models to reduce that or keep it

2   in line, to keep that cost in line.

3       Q    And those five big database companies, would

4   those be like the Experians and the Datalogics and the

5   Acernos?

6       A    NextAction, Abacus.  Abacus is the biggest in

7   the thing.

8            So the fourth kind of thing, they, obviously,

9   since they have your data, they will do special projects,

10  you know.  And as we said in the report, there may be

11  some people who rely on one of those -- either their

12  service bureau or these marketing providers.  They may --

13  if they had to, they would possibly engage them to do the

14  compliance.

15      Q    Now, do you in your business receive requests

16  for proposals from marketing service bureaus?

17      A    We do.  It's not as commonplace for us as the

18  system stuff, but we, you know, help primarily smaller

19  mailers that are trying to expand their knowledge to make

20  the right choices in terms of who do you use and what the

21  costs are going to be.  You know, you can get carried

22  away and spend too much doing it and not materially end

23  up with a higher sales number.

24      Q    So when your report indicates that you have

25  knowledge of a number of marketing service bureaus'

Page 52

1    pricing models for building, updating and analyzing

2    customer purchases -- I guess, first of all, I better

3    break this down.  What do you mean when you say for

4    building, updating and analyzing customer purchases?

5         A    Well, that would be the process from taking the

6    mailers' orders and then sending those to the marketing

7    service bureau and updating and going through the various

8    steps of hygiene and merge/purge and, you know, the data

9    models that they are advising to use.  And some of it is,

10   when you say the pricing models, some of it is standard,

11   somewhat standard.  Like the cost of merge/purge has

12   become kind of a commodity, where other things, like the

13   data modeling, they have -- you know, often companies

14   will have minimums of how much they are going to charge

15   to build a model, and it's really as much about

16   negotiation and can I afford to not do it or do I have to

17   do it.  And marketing data modelers are expensive

18   people.

19        Q    So when you say that you have knowledge of a

20   number of marketing service bureaus' pricing models, as I

21   understand it, your opinions of the costs in these three

22   categories of regulation requirements are based on what

23   you know about --

24        A    Yeah.

25        Q    -- the service bureaus' pricing models, right?

1        A        Right.

2        Q        And as I understand it, these are not pricing

3   models that would be publicly available?

4        A        Right, no.

5        Q        They would be in response to requests --

6        A        Right, yeah.

7        Q        -- for proposals?    Okay.    When was the last time

8   you personally reviewed a pricing model?

9        A        We do a couple of them a year.    We did one in

10  the spring of this year.

11       Q        And were there any particular pricing models

12  that you relied on in forming your opinions in this

13  report?

14       A        No.

15       Q        So you're relying more on your general

16  experience with the pricing models?

17       A        And on the -- there's two aspects.    One is, as

18  we have in the exhibits, the cost of merge/purge, which

19  is certainly one of the smaller costs in this report, and

20  often -- and then the services.    In other words, where

21  people are going to develop, you know, a reporting system

22  for you comes back to these same kinds of costs that we

23  talked about a couple of hours ago.    So it's more that

24  than some complex model.

25       Q        So before we get into the specifics of the three

1   categories, I just want to generally understand what you

2   did.  And it's my impression from reading your report

3   that you didn't do particular studies to come up with a

4   cost for each one of the three regulation areas, that you

5   were relying on your general experience to come up with

6   the cost; is that right?

7        A    That's true.

8        Q    Did you do any sort of formal studies with

9   regard to your opinions in this report?

10       A    Well, we did, from the mailing services point of

11  view, talk to some companies, three or four companies

12  about what the cost of insertion and postage and so forth

13  would be to actually mail the notice to the customer.  I

14  just wanted to be sure of that.  That, again, is a

15  smaller cost.

16            And I did -- the way it worked on this report

17  was, I put together what I thought the major costs were

18  back in the middle of September, and that was after

19  having read the statute and regulation, the complaint and

20  so forth.  So I said, Okay, these are the costs that I

21  would think this would translate to a particular company,

22  and then I did talk to some other people in the industry,

23  and in most cases I did not mention at all anything about

24  this suit because I didn't want to in any way, in any way

25  bias what I was trying to learn.  I was just looking to

Page 55

1    crossfoot my assumptions, and that was helpful and it

2    ended up in some cases decreasing my initial estimates.

3        Q      Okay.  But other than kind of checking your

4    estimates against some folks in the industry, you didn't

5    do any more formalized studies --

6        A     No.

7        Q     -- of the costs?

8        A     No.

9        Q     Did you refer to any literature or existing

10   studies to determine the costs?

11       A     No.

12       Q     Now, you're aware, I believe, that the Act

13   exempts retailers with less than $100,000 in gross

14   sales --

15       A     Yes.

16       Q     -- to Colorado residents?

17       A     Right.

18       Q     Did your analysis exclude that level of

19   retailers?

20       A     Yes.

21       Q     And how did you take that into account?  How did

22   you exclude those folks?

23       A     Well, I work primarily -- when I think about the

24   size of a business, I think about the size of the

25   12-month buyer file; in other words, how many customers

Page 57

```
 1                THE WITNESS:  Okay.  Yeah.

 2                MS. SCOVILLE:  Well, let's take about a

 3      10-minute break then.

 4                THE WITNESS:  Thank you.

 5                          (Break.)

 6

 7      BY MS. SCOVILLE:

 8          Q     Right before our break, you mentioned that you

 9      had talked to about 15 companies; is that right, to kind

10      of check your estimates?

11          A     Right.

12          Q     How did you select which 15 to speak with?

13          A     They were just -- some were software vendors of

14      commercial systems.  They were just people that I trust

15      their judgment.  You know, I can give them an idea

16      quickly, I don't have to spend a week telling them what

17      I'm trying to do, and I can get a, Have you thought about

18      this or maybe this is a little bit high or this is low.

19      Just people I trust.

20          Q     And did you also speak with actual retailers,

21      also?

22          A     Well, I mean, yeah, they were -- you mean big

23      box retailers or --

24          Q     No.  I'm talking about actual multichannel

25      retailers --
```

Page 58

1      A      No.

2      Q      -- as opposed to software vendors.

3      A      No.  Most of them were multichannel retailers.

4      Q      And of the retailers, did they cover both
5   catalog and Internet?

6      A      Almost every one of my clients does.  There's
7   rarely one that isn't multichannel.

8      Q      And did you speak with a range of small to
9   medium and large retailers?

10      A      Mostly moderate, one large, one mega.

11      Q      And how did you decide on the number 15?

12      A      Well, we were trying to meet a date, and that's
13   about what I had time to do.

14      Q      And did you keep any notes of your conversations
15   with them?

16      A      Just one, which I've turned over to you that
17   had -- I didn't really -- you know, I wasn't trying to do
18   something methodically.  I was just trying to check the
19   assumptions.  It's in what you got last week, I think.

20             MS. SCOVILLE:  Okay.  Let's mark this as Exhibit
21   2, please.

22                     (Exhibit No. 2 was

23                     marked for identification.)

24

25             MR. SCHAEFER:  A very minor point, they may be

Page 60

1   that's it.

2        Q     And what were the names of the companies with

3   whom you spoke?

4              THE WITNESS:   Do I have to do that?

5              MR. SCHAEFER:   Well, it's not privileged.   Do

6   you want to step out and talk for one second?

7              THE WITNESS:   Okay.

8                   (Off the record.)

9

10             MR. SCHAEFER:   Okay.

11             MS. SCOVILLE:   Could you read back the last

12  question for me?

13        (The question was read by the court reporter.)

14

15        A     Some of these I can't even tell you because I

16  didn't write the names on top of it.   I was just

17  scribbling.   Like this first one, I don't remember who

18  they are.   The one that's marked ProS on the bottom of

19  101 is a software vendor called ProSource.   I remember

20  that.   And the one that's 100 that's got these circles on

21  it, I'm pretty sure is Wyland.

22  BY MS. SCOVILLE:

23        Q     W-Y-L-A-N-D?

24        A     Right.

25        Q     And what kind of company is Wyland?

Page 61

1    A    They're a marketing service bureau company.  And

2    these others, I can't tie it down to a specific company.

3    Q    Okay.  Well, why don't you give me a list of the

4    companies with whom you spoke.

5    A    One would be D.M.insite.

6    Q    And what kind of company is that?

7    A    That's a web software company, web software

8    provider.

9    Q    Okay.

10    A    Let's see, I talked to CommercialWare, which is

11    a -- it's a software company.  I had a short time to be

12    able to do this, so I'm thinking about the calls I made

13    versus the ones I got back, and I can't specifically say

14    which ones these represent.

15    Q    Okay.  But just generally, who else did you

16    speak with?  Who are the other 15 companies?

17    A    Well, as I said, I made a number of calls and

18    got a limited number of call-backs.

19    Q    Okay.  Do you remember the retailing companies

20    with whom you spoke?

21    A    I don't.  I'm giving you the ones that I

22    remember.

23    Q    Do you have any other documents that would

24    reflect who the retailers with whom you spoke were?

25    A    No.

1   even if he didn't specifically rely on this particular

2   phone call.

3           MR. SCHAEFER:  Let me ask you -- it's clear the

4   witness has some sensitivity about it.  The issue I have

5   is whether or not you can -- if you establish that the

6   information contained is relevant to the report or to the

7   opinion, that's fine.  If he didn't rely on it or he

8   didn't consider it, it seems to me that the name is not

9   necessary, other than in an effort to identify someone

10  without, I think, a reason typed in the report.

11          MS. SCOVILLE:  Okay.  I think we've already done

12  that, but let me take another shot at it.

13  BY MS. SCOVILLE:

14      Q    So, Mr. Barry, I understand that you in

15  mid-September came up with initial estimates of the costs

16  for companies to comply with the three categories of

17  Colorado regulations; is that right?

18      A    Yes.

19      Q    And then you spoke with 15, approximately,

20  companies, and then you made revisions of those

21  estimates; is that right?

22      A    Well, I validated what I was thinking, not based

23  on what they were telling me that it was going to cost

24  them.  Much of what I have in my report is what I have as

25  experience.  All I was doing was -- I didn't ask them

Page 64

1    what it would take them to do it.  I was validating the

2    process.  That's why I don't understand.  I never asked,

3    I never asked them what it was going to cost them because

4    I didn't want to get but too far into it.

5         Q    And why didn't you want to get too far into

6    it?

7         A    Well, because I talked to Brann & Isaacson, and

8    they told me from the very beginning to be very careful

9    not to solicit any work on this account; in other words,

10   you know, don't -- be very objective, which is what I do

11   in all my work, and, you know, if you're going to talk to

12   people, don't, you know, don't make a point of being an

13   expert, just use it to validate your process, and that's

14   what I've done.  The cost, I have no -- what it's going

15   to cost some company to do something is my estimate.

16   It's not what they've told me.  They haven't estimated

17   something and given it to me.

18        Q    So as I understand it, no company gave you an

19   estimate of what they have or have not done to comply

20   with the regulations?

21        A    No.

22        Q    What did you ask the companies?

23        A    I would say -- for example, if we talked about

24   web, we talked, as the requirements -- or as the report

25   says, and it's going to require a change in, say, the

1  order path, I would ask them, you know, if you had to, if

2  you had to do some major change in the order path, how

3  much -- you know, what does that entail, and they'd

4  describe it to me, and then I'd say to myself, okay,

5  that's, you know, that's a moderate change or a small

6  change.  But I never gave them any kind of a written

7  description so that I have any uniformity between

8  descriptions.  It was really more to make sure that I

9  could say these were conservative estimates, that I

10  wasn't giving such a high number that we'd spend a lot of

11  time arguing whether it was 50,000 or 35,000.

12      Q    And it's my understanding that you revised some

13  of your numbers after speaking with these companies; is

14  that right?

15      A    Right.

16      Q    Okay.  And we'll get into the specific numbers

17  in a minute.  As I understand it, you did not have a

18  formulated list of questions when you called these

19  15 companies?

20      A    No.

21      Q    You didn't use a questionnaire?

22      A    No, no.

23      Q    All right.  And you didn't do anything to

24  methodically track their responses?

25      A    No.

Page 67

1    making a change to something that we think is

2    unconstitutional.

3         Q    And as I understand it from your testimony

4    earlier this morning, you did not tell the folks with

5    whom you spoke --

6         A    No.

7         Q    -- that you were acting as an expert in this

8    case?

9         A    That's true.

10        Q    We're getting into a little bit of a pattern

11   where we're speaking over each other.

12        A    Okay.

13        Q    So to the extent you can, please let me try to

14   finish my questions --

15        A    I will.

16        Q    -- and I'll try and let you finish your answers.

17   It's much easier for our court reporter that way.

18        A    Okay.

19        Q    You have given me the names of four of the

20   15 companies, Wyland, D.M.insite, ProSource and

21   CommercialWare.  And as I understand it, you spoke with

22   15.  Am I correct in stating that you don't recall the

23   names of any of the other 11 folks with whom you spoke?

24        A    Natural Solutions, which is a software

25   company.

Page 68

1      Q      Natural?

2      A      Right.  Let's see, the ones -- we've got

3  ProSource, Wyland, CommercialWare, D.M.insite, Natural

4  Solutions.  I made a bunch of calls, and I really don't

5  remember exactly who called me back.  I only had a couple

6  of days to do it.

7      Q      Okay.  So there are approximately 10 other folks

8  that called you back?

9      A      Right.

10     Q      And you don't remember any of those names?

11     A      Not with certainty.  I don't want to say

12  something and then have it be wrong.

13     Q      Did you discuss the names of the companies that

14  you planned to call with the Brann Firm?

15     A      No.

16     Q      Did you discuss the names of the folks with whom

17  you spoke with the Brann Firm?

18     A      No, not until they got my notes, and they

19  noticed there were a couple -- like the name on the top

20  of the one page.

21     Q      And if you would look at Exhibit No. 2, page

22  FCB100.

23     A      Okay.

24     Q      I think you told me that these are the notes

25  from speaking with Wyland, the marketing service

Page 71

1    the process, am I thinking correctly, and they said that

2    was fine, just don't slow down the report.

3              MS. SCOVILLE:  Okay.  This will be Exhibit 3,

4    please.

5                   (Exhibit No. 3 was

6                   marked for identification.)

7

8    BY MS. SCOVILLE:

9         Q    Do you recognize Exhibit 3 as an e-mail that you

10   sent to Matthew Schaefer on September 16?

11        A    Yes.

12        Q    Okay.  I'd like to ask you about the point that

13   you have numbered as "5".  It says, "With a little

14   additional time should I refine cost to change the order

15   management systems?  We could probably do with two major

16   vendors fairly quickly?"  To what were you referring

17   there?

18        A    I mean, precisely, I can't speak to it, but in

19   the general of trying to answer your question, you know,

20   I was interested in having the report about calculating

21   the Colorado tax, but not saving it, in other words, from

22   a customer -- helping a customer understand it.

23        Q    I'm sorry, I think I was having trouble hearing

24   your answer.  Could you say that again, please?

25        A    What I'm saying to you is, I don't know

1    A    Well, the three requirements.  And all three did

2  not know anything about it, so now I have an indefinite

3  conversation.

4    Q    So when you were talking about calling vendors,

5  you were talking about software vendors who would change

6  retailer systems comprehensibly to deal with the three

7  requirements?

8    A    Yeah.

9    Q    I see.  And what you're saying is that when you

10  contacted D.M.insite, ProSource and CommercialWare, none

11  of them were familiar with the Colorado regulations; is

12  that right?

13    A    No.  I thought I said, I thought I said

14  ProSource, CommercialWare and Natural Solutions.

15    Q    I see.

16    A    Those are order management software companies.

17    Q    And none of those three were familiar with the

18  Colorado regulations?

19    A    No.

20    Q    What about D.M.insite, was D.M.insite familiar

21  with the Colorado regulations?

22    A    They were to a small degree.  They hadn't really

23  thought about it, hoping it would be overturned.  They

24  hadn't really done any detail thinking about it.

25          MS. SCOVILLE:  Mark this as Exhibit No. 4,

Page 75

1       A     Just that they were not -- it wasn't on their

2    radar.   It wasn't disconcerting for me or worrisome for

3    me because I had already written down what I thought, but

4    I was concerned for them and their clients.

5       Q     When you talked to retailers, what did you learn

6    in terms of whether multichannel retailers were aware of

7    the regulations?

8       A     About the same.   You know, they had -- there had

9    been only, I think only one news story on this topic, and

10   it was back in July.   It was in Multichannel Merchant

11   that DMA was suing the State of Colorado.   They actually

12   had some errors in it.   It was literally one 8 1/2 by 11

13   long that just said this is it, more later, but it did

14   have errors.

15      Q     But of the retailers with whom you spoke, about

16   50 percent were aware of the regulations as I understand

17   it?

18      A     Yeah, to some degree.   It doesn't mean they were

19   doing anything about it.   I would say, I would say with

20   high certainty nobody I talked to knew the details of the

21   three requirements.

22      Q     And Wyland, the marketing service bureau with

23   whom you spoke, were they aware of the regulations?

24      A     No.

25      Q     The next sentence reads of this e-mail in

Page 76

1   Exhibit 4, "So the impressions and costs were all over

2   the place.  I took your advice and cut the costs down

3   considerably to avoid issues."  What issues were you

4   trying to avoid?

5        A    Well, as you know, if you looked at my drafts,

6   which I had in my -- I think it was the September 17th

7   draft or whatever the first one to Brann & Isaacson was,

8   I had pushed myself to think through what I thought it

9   was going to take typically and put a dollar on it, and

10  those are the costs that I, as I talked to some people

11  not about what it was going to cost them, but just the

12  effort and the process, that I changed, and I don't, I

13  mean, I don't remember which ones changed and which ones

14  didn't, but the -- what Matthew had asked me to do was to

15  just be conservative with it, don't try to do a study of

16  a bunch of different companies.  That's not what we set

17  out to do.

18       Q    And when this e-mail in Exhibit 4, the last

19  sentence of that paragraph says "I took your advice",

20  what was Mr. Schaefer's advice?

21       A    I just said what it was.  It was to be

22  conservative.

23       Q    And that's the whole of his advice to you?

24       A    Yeah.  I mean, he's a lawyer, he doesn't know

25  anything about systems, and he trusted my judgment for

Page 78

1   test them to see if they're important to the topic and

2   drop them out if they're not.

3          MS. SCOVILLE:   This will be 6.

4                   (Exhibit No. 6 was

5                   marked for identification.)

6

7   BY MS. SCOVILLE:

8      Q     Do you recognize Exhibit 6 as an e-mail that you

9   sent to Mr. Schaefer on Tuesday, September 28?

10     A     Yes.

11     Q     This says, I just had a person call that I

12  wanted to interview earlier.  Do you remember who you

13  spoke with on September 28?

14     A     I'm not entirely certain, but I'm pretty sure it

15  was Natural Solutions.  It's a software vendor.

16     Q     And what did you ask Natural Solutions on

17  September 28?

18     A     Same thing, process.  You know, just talking

19  about their order management system.

20          MS. SCOVILLE:  Let's mark this as Exhibit 7.

21                   (Exhibit No. 7 was

22                   marked for identification.)

23

24  BY MS. SCOVILLE:

25     Q     Exhibit 7 appears to be an e-mail -- sorry, not

1    an e-mail, a time sheet that you prepared for Brann &

2    Isaacson detailing your time and what you did?

3        A    Yes.

4        Q    I'd like you to look at the second page of this

5    exhibit under Thursday, September 23rd, and that entry

6    says, "Contacted/interviewed 15 companies to validate

7    cost of changing", right?

8        A    Yes.

9        Q    And then on September 28, the following Tuesday,

10   you have two additional interviews; is that right?

11       A    Yes, I do.

12       Q    Okay.   So there were 17 interviews in all, as I

13   understand it?

14       A    I believe you're right.

15       Q    Okay.   Do you remember the names of the two

16   additional interviews on 9/28?   I know that you've

17   identified one as Natural Solutions.

18       A    I don't recall.

19       Q    If we could go back to Exhibit No. 4, please.

20            And I see you tucking the exhibits into your

21   folder.   We just need to be very careful that all the

22   original exhibits that have the sticker on them stay with

23   the court reporter today.

24       A    Oh, okay.

25       Q    So we just need to make sure that at the end of

Page 80

1   the day we keep this on our radar screen so you don't

2   walk off with them.

3       A      Okay.

4           MR. SCHAEFER:  You can make a pile in front of

5   the laptop there.  That's fine.

6           THE WITNESS:  Okay.

7   BY MS. SCOVILLE:

8       Q      Okay.  So I would like you to go back to Exhibit

9   No. 4 for just a moment, and this is the e-mail where you

10  discussed -- oh, and I have the wrong one.  I apologize.

11  It's not Exhibit 4.  It's Exhibit No. 3.  Pardon me.

12          I want to make sure that I asked you the

13  question that I had in mind earlier, which is, I

14  understand that you did not ask outside vendors to give

15  you actual estimates for changing order management

16  systems; is that right?

17      A      That's true.

18      Q      Okay.  And you did not feel that that would be

19  helpful?

20      A      I did not have the time to do that and make the

21  date and, secondly, without a lot of discussion and

22  probably giving them something in writing, I wouldn't

23  have uniformity.

24      Q      All right.  If vendors could provide you with

25  some sort of more uniform estimate of costs to change

Page 81

1    order management systems, is that something that would be

2    helpful for your analysis?

3        A     That wasn't the objective.

4        Q     All right.  That's not my question.  My question

5    is whether or not it would be helpful for your analysis.

6        A     I wouldn't know until I saw what they gave me.

7        Q     And is it something that could be relevant to

8    your analysis?

9        A     It's possible, but I don't know.

10       Q     And I just want to make sure that I understand

11   your answers to the same questions as to retailers, that

12   you did not ask any retailers to provide you costs of

13   what they're doing or what they anticipate doing to

14   comply with the regulations?

15       A     No.

16       Q     And is that something that would be relevant to

17   your analysis?

18       A     I would have to see what they provide for it to

19   be relevant.

20       Q     Okay.  So it's possible that those numbers would

21   be relevant?

22       A     Yeah, but it wasn't the objective of this

23   opinion.

24       Q     All right.  Let's go back to page 2 of your

25   report, which is Exhibit No. 1, if you would, please.   In

Page 82

1   the bottom of the first paragraph on page 2, you talk

2   about the relative size of the Colorado market as a

3   percentage of the national market, and I think you gave

4   me that figure earlier this morning as 1.6 percent?

5        A    Right.

6        Q    And how did you arrive at 1.6 percent?

7        A    I believe that what I went to was the last

8   census on the Internet and took the numbers off of that,

9   but, I mean, I don't remember which year and I don't

10  remember -- I don't have the numbers written down.

11       Q    Okay.  And when you say the relative size of the

12  Colorado market as a percentage of the national market,

13  are we talking about the national market for all goods?

14       A    No.  As kind of a general principle, that Direct

15  Marketing customers are in proportion to the population.

16  They're not skewed to a region, they're not necessarily

17  skewed to certain income levels so, you know, generally

18  as a principle, they're in proportion to the

19  population.

20       Q    Okay.  But there could be particular retailers

21  where Colorado was a higher percentage of their market,

22  for example, outdoor and camping gear; is that right?

23       A    Right.

24       Q    And retailers where it would be less, surfing

25  gear?

Page 83

1        A     True.   But you'd have to look at an individual

2    company basis.

3        Q     Okay.   But you aggregated nationally based on

4    the percentage of Colorado's population to the national

5    population?

6        A     Right.   The example you gave would be a far, far

7    exception.

8        Q     Okay.   So in your professional experience, as I

9    understand it, in the majority of companies, the

10   proportion of Colorado shoppers would be proportionate to

11   Colorado's population --

12       A     Yes.

13       Q     -- as a percentage?

14       A     Yes.

15       Q     Okay.   A little further down on page 2 of your

16   report, the second bullet point from the bottom indicates

17   that, "The Colorado statute and the regulation will

18   require that a considerable effort be spent on IT

19   systems.   IT costs will vary between retailers and

20   software vendors depending on the age of the order

21   processing and website technologies."   And I'd like to

22   get a sense based on your professional experience of how

23   old the average retailer's website technology is.

24       A     Website, probably -- I would say it's maybe two

25   to five years.

Page 84

1      Q      And what about their order processing?

2      A      It would be typically longer.  It might be three

3  to five or something.

4      Q      And what would the average life span be of a

5  website's technology?  How often would an e-commerce

6  retailer have to upgrade their technology?

7      A      Well, it's upgraded every month.  I mean, it

8  changes.  Whether it's traded out for a new system is a

9  different issue, but it's maintained and changed all the

10  time.

11      Q      Okay.  What would the typical life span be for

12  trading up to a new system, as opposed to just tweaking

13  and modifying monthly the others or the current system?

14      A      I'd be -- I don't have statistics in my head.

15  You know, it depends on how fast the company is growing

16  and whether it can be cost justified and --

17      Q      What would a range be in your professional

18  opinion?

19      A      Can you say the question again, please?

20      Q      Sure.  What would the range be for a company to

21  upgrade their website technology to a new system, as

22  opposed to doing a monthly software update?

23      A      I would think they'd want to -- you know,

24  typically, people want to keep a web platform, you know,

25  three or four years.

Page 88

1    opposed to modifying the order path, to notify the

2    customer before they hit the checkout button?

3         A    I believe that the way I remember this is

4    that -- there's a couple of things.  One is, you're

5    dealing with just -- you segregated out e-commerce.  I

6    was going to give you something about a call center, but

7    let me -- well, I think that the way that I interpreted

8    that after I talked to Matt was that the prudent thing to

9    do from this regulation was to modify the order path to

10   do that.

11        Q    Okay.  Did your opinion take into account that

12   the e-commerce retailer would not have to necessarily

13   change the order management path electronically, but

14   could do something in terms of even just putting a slip

15   of paper into the package sent to the customer?

16        A    I didn't think that that was a possibility.

17        Q    Okay.  Why didn't you think that that was a

18   possibility?

19        A    Well, I had asked Matt whether that was a

20   workaround, and he told me, as best I can remember, that

21   it had to be in the order path and an insert in a box

22   would not fulfill the statute.

23        Q    And if an insert in the box would be an

24   acceptable way for companies to comply with the

25   transactional notice, would that be a cheaper alternative

Page 89

1    than modifying the order path electronically?

2         A    Only if that fully meets the State of Colorado's

3    regulation.

4         Q    Okay.   But assuming that it did meet the

5    regulation, that would be a less expensive alternative,

6    right?

7         A    Yes.

8         Q    What would you estimate, if you can, it would

9    cost for companies to meet the transactional notice by

10   including a flier in the package?

11        A    I don't think I can do that just sitting here

12   and kind of grabbing at a number.

13        Q    Are you familiar with what companies are

14   actually doing to comply right now with the transactional

15   notice?

16        A    I am with -- if you go back to what've I said,

17   in these 17 companies that I talked to, half of them were

18   unaware so, yes, I understand unaware.   There were a

19   couple that I talked to, and I don't remember their names

20   specifically, that were working through how to think

21   about it, and I think that's all I can say with some

22   certainty.

23        Q    Okay.   Are you aware that some companies are

24   complying with the Colorado regulations by inserting a

25   single sheet of paper or a flier into packages?

Page 90

1    A    No.

2    Q    Are you aware of any other instances where

3  retailers would comply with a regulatory requirement by

4  including a single sheet of paper, a flier in a package?

5    A    There may be with California, maybe people doing

6  something with lead.  You know, they certainly have to

7  notify the customer of that, the presence of a certain

8  percentage of lead in product, you know, and ship certain

9  plants to certain states, so that would just be a total

10  non-shipment.

11    Q    Okay.  So that would not be an example --

12    A    No.

13    Q    -- of an instance where a retailer is complying

14  by doing this?

15    A    No.  I can't think of any others just off the

16  top of my head.

17          MS. SCOVILLE:  All right.  This will be No. 9,

18  please.

19                (Exhibit No. 9 was

20                marked for identification.)

21

22  BY MS. SCOVILLE:

23    Q    Okay.  Do you recognize Exhibit No. 9 as being a

24  draft of your opinion, dated September 16th?

25    A    Yes.

Page 91

 1          Q       I'd like you to take a look at page 2, please.
 2   And there is a highlighted box of text right in the
 3   middle of the page talking about the transactional
 4   notice, and the highlighted box says, "This is required
 5   on every purchase.   It can be done by inserting a
 6   disclosure in the outgoing package, attached to the
 7   computerized order form or printed on the order."   And
 8   then you have underneath that a Note to Brann Law:   "If
 9   you notify the customer when they place a web order do
10   you need to print and disclose on order?"
11          Did you initially think that it would be
12   possible for retailers to comply with the transactional
13   notice by putting a flier in the package?
14       A   As best I remember, yes.
15       Q   Okay.   And as I understand it, you removed that
16   reference from your draft because the Brann Firm told you
17   that would not meet the regulations; is that right?
18       A   That's to the best of my memory.
19       Q   Going back to Exhibit No. 8, which is the text
20   of the regulations, are you aware of anything in the
21   regulations that would require that the transactional
22   notice be given in the order path before the transaction
23   is completed?
24       A   I wouldn't know where to find it.   I mean, I
25   can't --

Page 93

1    Q    Okay.  So it could be an icon or a URL?

2    A    Right, or just a hot link, if you know -- you

3  know, like the words "Colorado sales tax".

4    Q    Highlighted and underlined --

5    A    Right.  Yeah.

6    Q    -- you click on that, and then it takes you

7  somewhere else?

8    A    Yes.

9    Q    And you assume that the linking notice would

10  send customers to a retailer's FAQs; is that right?

11    A    It's one way to do it.

12    Q    Okay.  What would another way to do it be?

13    A    Just to have a -- when you do that hot link, to

14  be able to go out to a place either in the web system or

15  in the order management system where you have company

16  policies so that, you know, we could put out there in a

17  user-friendly way what the statute said and what the

18  customers' options were, and that they would be required

19  to pay the sales tax if, as you know better than I, all

20  the possibilities.  So just, you know, we have places in

21  the systems that allow us to do that for both call center

22  and e-commerce.

23    Q    So it would be possible then for the linking

24  notice to take a customer not to the frequently asked

25  questions page, but to like the terms and conditions

Page 94

1    section of the offer?

2        A    Yeah.  We don't call it that, but it would be

3    just like, you know, our company policies.   It could be

4    on returns or product damage.   And on the surface of it,

5    it probably wouldn't be visible to the customer without

6    clicking that maybe.

7        Q    And in terms of the cost that it would take

8    companies to create this path, is the cost any different

9    if it takes -- if the linking notice takes the customer

10   to frequently asked questions, as opposed to the

11   company's policy page?

12       A    No.

13       Q    Okay.  What about a pop-up window, would a

14   pop-up window work as an alternative?

15       A    Yes.

16       Q    And would programming the order path for a

17   pop-up window be more or less expensive than a linking

18   notice?

19       A    It might be, it might be somewhat more, but a

20   small amount of money.  A question would be, you know, do

21   you want the customer to click on that, that they accept

22   that or not, which is kind of a negative, you know,

23   customer service issue.

24       Q    And when you said that it might be somewhat more

25   but a small amount of money, tell me what you mean by

Page 95

1    that.  I'm not sure I understand that.

2         A    Well, I mean, it's going to vary by company.  It

3    might be a couple thousand dollars more, it might be

4    less.

5         Q    To program a prop-up window --

6         A    Yeah.

7         Q    -- as opposed to a linking notice?

8         A    It's not a huge amount, but it would be more

9    than just hitting an FAQ.

10        Q    You mentioned in the last paragraph under

11   1(a) -- we're back on Exhibit 1, your report here -- that

12   you have used the assumption that companies adopt a

13   linking notice, rather than some form of "work around".

14   What would a "work around" be?

15        A    "Work around", generally the way the term is

16   used, is something that may be less desirable, but gets

17   it done without major programming.

18        Q    And what would be some examples of "work

19   arounds" in this particular context?

20        A    I don't have any.

21        Q    Let's go back to Exhibit No. 5, if you would,

22   which is one of the earlier drafts of your report.  Okay.

23   If you would look at page 7, please.  The second full

24   paragraph says, "Retailers we have talked to are looking

25   at a variety of solutions and workarounds including

Page 96

 1    having the sales person or Call Center rep input a short

 2    phrase message that will print on the customer order and

 3    refer the customer to the website for more details."

 4              I guess my first question is, the workaround

 5    that involves having a salesperson or call center rep

 6    input a short message that will print on the customer

 7    order and referring the customer to the website, is that

 8    more for phone sales and catalog companies or is that

 9    referring to an e-commerce situation?

10         A    Phone sales.

11         Q    Okay.  And did the 15 to 17 companies that you

12    spoke with give you any other examples of workarounds

13    that they were using?

14         A    Not that I can recall.

15         Q    Okay.  The first sentence here says, "Retailers

16    we have talked to are looking at a variety of solutions

17    and workarounds", and then you list one example.

18         A    Right.

19         Q    And then actually there's another example in the

20    following sentence.  Do you recall any other solutions or

21    workarounds that the 17 companies discussed with you

22    other than what's listed here?

23              MR. SCHAEFER:  Objection, just to the extent

24    that he didn't say that all 17 talked about it.

25         A    The only one that I remember was the insert that

1   did come up, and I told them I didn't think that would

2   work.

3   BY MS. SCOVILLE:

4        Q     Okay.  The second sentence of this paragraph

5   says, "Another is that e-commerce customers to force the

6   Colorado customer, when they enter their delivery

7   address, to have to click a button before proceeding with

8   the sale that they understand their sales tax

9   obligations."  Is this something that's actually being

10  done by a company?

11       A     No.  I don't remember -- no, but it goes back to

12  what I just said a couple of minutes ago.  It has some

13  negative customer service ramifications.  People just

14  kind of threw this up.

15       Q     Okay.  So it was an idea --

16       A     Right.

17       Q     -- that was thrown out by one of the people that

18  you talked to?

19       A     Right.

20       Q     All right.  The next paragraph says, "There are

21  a variety of workarounds that we have heard discussed

22  which probably do not meet the regulation.  One is using

23  e-commerce trigger e-mails to inform the Colorado

24  customer after the order is accepted by the system."  Is

25  that something that companies are actually doing?

1      A     No.   It's an idea again.

2      Q     And did you believe that that option for

3   complying with the regulations would be acceptable?

4      A     No.

5      Q     Okay.  And is that based on your conversations

6   with the Brann Law Firm?

7      A     I don't, I don't think so.  It just seemed to be

8   when using a trigger e-mail, it's after the fact rather

9   than before.

10     Q     Okay.  So in your opinion, that would not meet

11  the Colorado regulations?

12     A     That's my opinion.

13     Q     If it did meet the Colorado regulations, would a

14  trigger e-mail be less expensive than changing the web

15  order path?

16     A     Assuming that everyone can identify a Colorado

17  order -- a Colorado customer and trigger an e-mail may

18  mean some changes there, but --

19     Q     Would it be less expensive, I guess is my

20  question.

21     A     Than what, what we're assuming here?

22     Q     Than changing the web order path.  And let's

23  actually start over so we've got a clean question.

24  Sorry.

25            Would a trigger e-mail after an order is placed

Page 100

```
 1    do exist, but you didn't rely on them to form this

 2    opinion?

 3         A     It's something I understand, I believe is fact.

 4         Q     The last paragraph under 1(a) estimates that the

 5    cost to modify the order path is conservatively estimated

 6    at $5,000; for older technologies and companies using

 7    outside vendors, the estimated cost is up to $10,000.  On

 8    what data did you base this cost estimate?

 9         A     Thinking through what I felt needed to be done

10    and using the numbers that we talked about this morning

11    that were back in the section about the data I've

12    considered.  Want me to cite a paragraph?

13         Q     No, that's all right.  I think I understand

14    you're referring to the estimated in-house --

15         A     Right.

16         Q     -- programming costs versus outside programming

17    costs?

18         A     Right.

19         Q     Did you do any particular math to come up with

20    the 5- to $10,000 number in terms of --

21         A     Just roughly that outside -- sorry to interrupt

22    you.

23         Q     No, go ahead.

24         A     Just in a general rule of thumb that outside

25    companies, their costs are at least double.  And, also,
```

Page 101

1    this 5- and 10,000 also involves the discovery and

2    evaluation process.

3         MR. SCHAEFER:  Stephanie --

4         MS. SCOVILLE:  Yes.

5         MR. SCHAEFER:  -- can we take a break just long

6    enough for me to check out?

7         MS. SCOVILLE:  Oh, of course, of course.  I'm

8    sorry, we are getting close.  Let's go ahead and take a

9    break.

10                     (Break.)

11

12   BY MS. SCOVILLE:

13        Q    Okay.  Right before our break we were talking

14   about your estimates for changing the web order path as

15   5- to $10,000.  Did you attempt to break that 5- to

16   $10,000 into the components of designing the program

17   changes, developing, programming and testing?

18        A    Not in writing, I don't have them in writing,

19   but I did sit down and kind of go through that

20   mentally.

21        Q    Okay.  And how would you divide up this

22   particular estimate of 5- to $10,000 in terms of those

23   categories?

24        A    Well, I think that at least half of the --

25   anywhere from half to 75 percent of the costs are in the

1   design and what management wants to do and whether it

2   meets, whether it meets the -- not just this, but does it

3   meet the need, and the programming part, the physical

4   change hopefully is smaller than the design.

5        Q    So programming and testing might be just a

6   quarter --

7        A    Yeah.

8        Q    -- of the estimate?

9        A    Right.  It's going to vary on, you know, what

10  kind of a change, but --

11       Q    And I apologize if I'm repeating myself from

12  five minutes ago.  I'm already having trouble remembering

13  exactly what we covered, but I don't think I've asked you

14  this yet.  Did you do any tests or studies to actually

15  program a change like this?

16       A    No.

17       Q    And did you refer to any literature or published

18  studies about what the cost might be?

19       A    Of making the Colorado change?

20       Q    For the transactional notice.

21       A    I'm not aware of any.

22       Q    So this is based on your experience?

23       A    Right.

24       Q    And did you discuss changing the web order path

25  with the 17 companies with whom you spoke?

1       A      I did with the ones that had a reasonable idea,

2    you know, an awareness.   In other words, with half the

3    companies, if they weren't aware, then I wouldn't have

4    spent all my time trying to get them to know what to

5    do.

6       Q      And what was the feedback you got from actual

7    companies about the cost to change the web order path?

8       A      Well, I didn't ask anybody for a specific cost.

9    What I asked them was, am I thinking about the process

10   that you might have to go through, and then I put the

11   cost on it.

12      Q      And have you had any similar experiences with

13   the clients of your firm in terms of assisting them with

14   changing web order paths to comply with a similar

15   regulation?

16      A      With changing a web order path, yes, but not

17   with a similar regulation.

18                      (Exhibit No. 10 was

19                   marked for identification.)

20

21   BY MS. SCOVILLE:

22      Q      Okay.   Let's, if you would, take a look at

23   Exhibit No. 10.   Do you recognize this as your draft

24   report dated September 15th?

25      A      Yes.

Page 104

1       Q       If you would, take a look at page 4, please,

2  under C, Estimated Costs, 1, Order management, enterprise

3  and e-commerce systems.

4       A       Let's see --

5       Q       At the top of the page.

6       A       Yes.

7       Q       And in the underlined text, you have, "FCBCO has

8  not estimated the dollars but it could be a $50,000 one

9  time cost.  How the software vendor might charge for that

10 is obviously unknown as it would be a shared expense."

11          And then in the next paragraph, you say,

12 "Company website developers would have an equally

13 difficult time in making this change.  This could be

14 another $30,000 to $50,000 charge to inform the

15 customer."

16          First of all, I want to confirm that this part

17 of your draft report is referring to the transactional

18 notice.

19      A       Let me take a look at that.

20      Q       Sure.

21      A       I believe it does.  I'm not sure there isn't

22 some overlap between one and two now, but --

23      Q       Okay.  How did you arrive initially at the

24 $50,000 for external costs and 30- to 50- for internal?

25      A       Just, as I said before, thinking through what I

1  thought the issues would be, trying to put what I would

2  consider to be a cost on there that I could then

3  validate, and that looking at -- you know, thinking about

4  other projects we've done that are similar in the same

5  parts of the system, like the order processing part or

6  the web path part, trying to be realistic because, as we

7  said hours ago, IT people don't estimate accurately, and

8  I didn't want to come in too low initially.  So it was

9  kind of like this is a strawman figure, and then tried

10 to -- and then validate it and think further about it.

11     Q     Okay.  And you obviously changed your

12 estimates --

13     A     True.

14     Q     -- downward.  And why did you change the

15 estimates downward?

16     A     One, I wanted to make sure that I didn't --

17 since I don't have the details written down, that I could

18 talk through them and, you know, discuss them.  With a

19 larger number like that, I think that's harder to do.  I

20 think there are very real costs to this statute, and what

21 didn't change is most of the things I identified -- most

22 of the areas that I identified in the initial report are

23 in the final.

24     Q     But just the dollar value changed?

25     A     Yeah.  And what I didn't want -- nobody likes --

1  I've never worked with anybody, whatever the issue is

2  that we're working on, if I come in and say, Well, I

3  think it's 5,000 and it ends up being 50-, nobody likes

4  that.   But if I say it's some other number and I'm

5  bringing it down, that has always -- whether it's an

6  estimate of my time or software.   So it's more of a

7  personal style kind of thing.   I don't want to go back

8  with some huge increase.

9       Q     Well, what is the most accurate number in your

10  professional opinion --

11      A     In the report.

12      Q     -- as to the actual costs?

13      A     In the report.

14      Q     The 5- to $10,000?

15      A     Yes.

16      Q     Okay.   And so I guess I'm still trying to

17  understand why you revised it downwards, other than just

18  not wanting to aim too high.

19      A     Well, I think, I think they're realistic, and I

20  also think that if the statute stands, I think that those

21  are very conservative estimates, that those are small

22  numbers as estimates go for IT changes.   They may look

23  big to a novice, but they're not a -- they represent true

24  costs, actual costs, and I believe that these will end up

25  being conservative.

Page 107

1          MS. SCOVILLE:  Let's take a look at Exhibit 11,

2    please.

3                    (Exhibit No. 11 was

4                 marked for identification.)

5

6    BY MS. SCOVILLE:

7        Q       Do you recognize Exhibit 11 as another draft of

8    your report?

9        A       Yes.

10       Q       Okay.  If you would take a look at page 4,

11   please, the top of page 4, and this is part of Exhibit A,

12   the transactional notice.  And the first full paragraph

13   on page 4 says, "Estimated cost to modify order the order

14   path for the message is estimated from $15,000 to

15   $25,000."  And is that another iteration of your estimate

16   of changing the web order path?

17       A       Yes.

18       Q       And that came after --

19       A       As best I recall, yeah.

20       Q       Okay.  And that appears to have come after our

21   initial estimate of 50- or 30- to 50-?

22       A       Right.

23       Q       I guess I'm still trying to understand what you

24   did or what changed in your analysis to take it from 50-

25   or 30- to 50- to 15- to 25- down to 5- to 10-.  What

1  changed along the way?

2        MR. SCHAEFER:  Object to the form.

3     A     Well, again, as I said, I originally put a high

4  number, a strawman on that, realizing I was going to have

5  a week to two weeks to develop it, develop it further and

6  to think about it, and, you know, this is all this is.

7  This is not meant to be any more than that, that these

8  are working notes, working drafts, I guess is a better

9  way to say it.

10 BY MS. SCOVILLE:

11    Q     And what changed -- or why did you revise your

12 estimate downward from 15- to 25- in Exhibit 11 to 5- to

13 10- in your final report?

14    A     To be very conservative with the costs.  As I

15 said in the early part of this document, what flexibility

16 people have with systems, whether they use outside

17 companies to program them or they can maintain

18 themselves, whether their technologies are flexible, all

19 these things make some costs easier than others for

20 people to accommodate.  Older technologies and outside

21 developers make it more expensive.

22    Q     Sure.  And your 5- to 10- estimate takes outside

23 developers and older technologies --

24    A     Right.

25    Q     -- into account?

1      A    True.

2          Q    Did you do any studies or any tests as you

3    revised the numbers downwards?

4      A    No.

5          Q    So you had initial estimates which were based on

6    your own experience of 50- or 30- to 50-?

7      A    Right.

8          Q    And then you had estimates of 15- to 25- based

9    on your experience?

10      A    Based on thinking about it more.

11          Q    And then you had your final estimate of 5- to

12    10- also based on your experience?

13      A    Yes, and a limited outside validation.

14          Q    Did anything that the 17 companies you

15    interviewed say to you factor into your decision to

16    revise these numbers downwards?

17      A    I would say no.  It was, again, a validation of

18    process, you know, what they think this means they'd have

19    to do.  Obviously, I'm leading them through; you know,

20    you have to change the order path if that isn't true

21    then, you know.

22      Q    And looking at Exhibit No. 11, can you tell

23    whether or not this draft was done before or after you

24    talked to the 17 companies?

25      A    I have no idea.

1   printed; is that right, and that's what the 5- to 10-

2   estimate represents?

3        A     All the invoices would look alike, but we'd have

4   sufficient size on the front of the invoice to

5   accommodate whatever it is the companies feel comfortable

6   with saying.  Some might be one line long, and some might

7   have a friendly paragraph.

8        Q     And how common is it right now, this Colorado

9   regulation aside, for retailers to have forms that are

10  specially generated for different states' requirements?

11       A     Rare.

12       Q     Okay.  What are some of the other instances

13  where a separate form for a particular state would be

14  triggered?

15       A     There may be in horticulture provisions that say

16  something about seeds, quarantined products.  It's very

17  rare.

18       Q     You include that the cost estimate for modifying

19  the invoice or packing slip would be 5- to $10,000.  On

20  what data did you base that conclusion?

21       A     My experience in going through what I think

22  would have to be considered and the time to develop an

23  estimate, along with the time to develop a design and the

24  programming and testing.

25       Q     And did you break this 5- to $10,000 into

1   different categories and give hourly estimates for each

2   step in the process?

3        A    Not as notes.

4        Q    But it sounds like you did that in your head; is

5   that right?

6        A    Yes.  Right.

7        Q    And can you recreate for me how you got to the

8   5- to 10-?

9        A    Well, as I said this morning, I believe it would

10  cost a couple thousand dollars to evaluate the change.

11  In the case of something this complex, it could easily

12  cost $5,000 if people aren't aware of it.  I said before

13  that the program -- the system design and the program

14  design, not the programming, is more than half the cost

15  of every change.

16       Q    Programming is more than half in this

17  instance?

18       A    No.  The design of what I have to do --

19       Q    I see.

20       A    -- as a programmer.  We call that program

21  design.  In other words, I'm going to take the statement,

22  the computerized statement, and I'm going to do this.

23  Well, I have to write all that down, I have to get

24  everybody to agree to it.  That's more than half the

25  cost.  So that's how I came up with it.

1     Q     And did you estimate the number of hours and

2  then multiply it by hourly rates?

3     A     Right.

4     Q     Okay.  And what hourly rates did you use?

5     A     I used a blended rate between the $32 -- let's

6  look at the page.  If we look on page 4 of the final

7  report, we have $24 and $48 without benefits.  If we put

8  benefits into it, we have $31 and $62.  So I took a

9  blended average of those two.

10    Q     And did you just do a straight average --

11    A     Yes.

12    Q     -- 31 plus 62, divided by half?

13    A     Yes.  Like 47 or something.  So, again, trying

14  to be conservative, not trying to push it towards the

15  high side or the low side.

16    Q     So if you take $5,000 -- and I just did the math

17  right here -- divided by the blended rate, which is

18  actually 46.5, you get 107 hours of time to modify the

19  invoice.  That would be the low end, right?

20    A     Yes.

21    Q     And then you could do the same math to determine

22  how many hours it would be to modify to get to the upper

23  range of $10,000?

24    A     Right.

25    Q     And is that how you did the math --

1      A     Yes.

2      Q     -- to get to these numbers?

3      A     Yes.

4      Q     And did you come up with the amount of hours

5  first or did you come up with the numbers, the totals

6  first?

7      A     I came up with the hours, you know, just how

8  many -- when you look at all the pieces to this and just

9  envisioning what most companies would have to do as they

10 figure out what they're going to do to meet this, if they

11 have to, and then I used the dollar averages.

12     Q     Now, none of the figures in your final report or

13 your draft reports are expressed in terms of number of

14 hours.  They're expressed in final costs.

15     A     Right.

16     Q     Do you have any notes or other documents that

17 would reflect your thinking in terms of hours?

18     A     No, I don't.

19     Q     Okay.  And I'll tell you -- I did the math

20 sitting here -- that it would take 215 hours at the

21 blended rate to get to $10,000.

22     A     Okay.

23     Q     How did you arrive at 215 hours?

24     A     With some technology, I'm going -- you know,

25 with like mainframe technology or some of the older

Page 118

1   technology, it takes two or three times longer to do the

2   same thing that it does on the technology of the last

3   couple of years, as much -- you know, there's more

4   documentation that's automated by the system.  You know,

5   the systems are more flexible in terms of, you know,

6   being able to figure out where you have to change a

7   program.

8       Q    And did you also do the 10,000 estimate in terms

9   of outside vendor costs, as opposed to using a blended

10  rate for internal costs?

11      A    Let's take a look here.  If we look at Exhibit

12  1A, my assumption, you know, based on -- my assumption

13  is, based on the numbers I have here on page 4, that for

14  an outsider to do the work, while they'll have more

15  skilled people, they'll charge more because of the profit

16  and so forth.

17      Q    And did you use a blended rate of the external

18  programmers?

19      A    I believe that the blended rate would be

20  somewhere like 150, 160, somewhere in there.

21      Q    Okay.  And how did you come up with that as the

22  blended rate?

23      A    Just from experience and knowing what, you know,

24  people typically end up having to pay.

25      Q    Okay.  So what people would pay for external

1  programming is closest to 150 to 160 average?

2      A    Yeah, somewhere in that.  I mean, I don't

3  remember how it calculates out right now.  I will say

4  that, and you can see this in my drafts, that I use the

5  computer a lot to capture thoughts, and then I refine

6  them.  You can see things that I throw out or I typically

7  put them at the end of the document, and so I don't, I

8  don't write as many manual notes as I might have 15 years

9  ago.  I kind of think with the computer and kind of

10  capture things that way and then write over them or

11  discard them.

12      Q    So you don't have any documents that would

13  reflect how you did the math in terms of what blended

14  rate you used times how many hours to get to these

15  figures?

16      A    No.  I'm telling you how I remember doing it.

17      Q    Okay.  Did you do any tests or studies to come

18  up with the 5- to $10,000 estimate for modifying the

19  invoice or packing slip?

20      A    I didn't, but as I said before, I considered

21  those and I think my peers would consider those to be

22  conservative numbers, and that there will be costs the

23  companies will bear that are that or hirer, depending on

24  the technology and the skill levels and so forth.

25      Q    Did you refer to any literature or published

Page 120

1   studies in coming up with the 5- to 10,000 estimate?

2       A   No.

3       Q   And is that something you discussed with the

4   17 companies with whom you spoke?

5       A   What is the "that"?  Would you reword what the

6   "that" is?

7       Q   Sure.  Did you discuss your estimate of 5- to

8   $10,000 to modify the packing and order slip with the

9   17 companies with whom you spoke?

10      A   No.  I was talking to them more about process,

11  what would you have to do if you had to do it.

12      Q   If you could go back to Exhibit 5, which is one

13  of your earlier draft reports, on page 7.  This is the

14  paragraph we discussed earlier that you said related to

15  catalog sales and, as I understand it, would apply more

16  to modifying the packing slip.

17      A   What paragraph is it that you're looking at?

18      Q   The first full paragraph.

19      A   Right.

20      Q   "Retailers we have talked to are looking at a

21  variety of solutions and workarounds including having the

22  sales person or Call Center rep input a short phrase

23  message that will print on the customer order and refer

24  the customer to the website for more details."  Is that

25  something that companies are actually doing right now?

Page 122

1    question, which is, would it be more or less expensive

2    than what you've estimated in your report?

3                MR. SCHAEFER:  Same objection.

4        A    I don't know.  I don't know that it would be

5    acceptable.

6    BY MS. SCOVILLE:

7        Q    All right.  Going back to Exhibit 11, which is

8    also an earlier draft of your report, on page 4, you

9    initially estimated that to modify the invoice and

10   packing slip would cost 15- to $20,000.  I'd like to

11   know, I guess, what changed between your initial estimate

12   and your final estimate of 5- to 10-.

13       A    Well, first off, I don't know the date of this

14   document and where I was in that thinking process.  And

15   as I said, I started out with high numbers and brought

16   them to something that I felt was conservative as I

17   worked through it.

18       Q    And as I understand it, you did not do any

19   studies or tests or any other specific --

20       A    No.

21       Q    -- analysis in changing those numbers?

22       A    No.

23       Q    Going back to your full and final report --

24                THE WITNESS:  Can I ask you a question?

25                MS. SCOVILLE:  Sure.  And I don't know if I'll

1   be able to answer it, but go ahead.

2            THE WITNESS:  I think you will.  Are we going to

3   eat lunch today or are we working through lunch?

4            MS. SCOVILLE:  I am going to need to eat lunch

5   at some point.  Do you need to take a break now?  It's

6   about 11:40.

7            THE WITNESS:  Well, I'm just asking.  I can sit

8   here all day, all night.  I have brought an energy bar.

9   If you don't want to take a break, I may have a bite and

10  pass it to my new friend.  What would you prefer to do?

11           MS. SCOVILLE:  I would prefer to take a short

12  lunch.  What about you, Matt, is that all right?

13           MR. SCHAEFER:  Yeah.  I think a short lunch

14  makes sense, try to keep it on the short side.  I don't

15  know what our options are.

16           THE WITNESS:  Go up to the Wawa.

17           MS. SCOVILLE:  Okay.  Well, let's push forward a

18  little bit before lunch, if you don't mind.

19           THE WITNESS:  All right.

20  BY MS. SCOVILLE:

21     Q    Let's go to your final report, the next section

22  of Exhibit A.  I think it's at the bottom of your stack

23  there.

24     A    Okay.  So we're done with this.  What page?

25     Q    All right.  Let's go to the next page, which

1   talks about costs that are necessary but not

2   discretionary.  We're still on the transactional notice.

3   And you first estimate call center training and

4   procedures, and you estimate that companies will need to

5   invest $2- to $3,000 for developing call center

6   procedures.

7        A    Uh-huh.

8        Q    What data did you use to reach the conclusion

9   that those costs are 2- to 3,000?

10       A    I think, first off, companies will consider this

11   to be a major customer service policy that they need to

12   work through and to identify what it is that they'll tell

13   a customer, where in the process, whether it's part of

14   the statute or not.  They'll have to work through what

15   they say to the customer in terms of their liability for

16   sales tax.  They'll have to assure them that one

17   purchase, if it's under $500, you don't have to do

18   anything; if it's over $500, you have these

19   responsibilities.  It's all part of the integrity that

20   most people will feel they have a responsibility with

21   their customers.  And I think that it will take some time

22   for management and procedure writers and call center

23   managers to work through what this means to their

24   company, what it means to their customer, and then put

25   those drafts together and everybody reviews them and

1  changes them and adopts them and puts them out on the

2  call center system or the web.  So it's a lot of steps in

3  there.

4       Q    And how did you arrive at the 2- to 3,000

5  figure?  I guess I'm trying to understand what data you

6  considered in reaching that particular figure.

7       A    Well, just the things that I just mentioned and

8  knowing that when you have something like this you

9  involve a lot of different people.  You'd be involving a

10  call center manager, maybe some of the lead managers in a

11  call center, certainly senior management would be

12  involved, maybe the CFO, you know, to be sure that what

13  they're saying is -- how they're interpreting the statute

14  is right, maybe the fulfillment manager in terms of how

15  he's going to change the computerized order, and probably

16  the IT manager.  It's pretty easy to chew up a bunch of

17  time.  I figured it would take -- you know, if you figure

18  just conservatively $40 to $60 an hour, it's easy to chew

19  up $2- to $3,000 pretty quickly.  That's a conservative

20  estimate.

21       Q    Okay.  And did you do any studies or particular

22  calculation to get to the $2- to $3,000?

23       A    Just kind of the number of hours and then

24  multiplying by, you know, $40 to $60 an hour.

25       Q    Uh-huh.  How many hours would it take?

Page 126

1       A       Well, then it would take probably a week or so,

2    in a week's time.

3       Q       And how did you come up with the $40 to $60 an

4    hour?

5       A       I thought it was, from my experience, a good

6    average when you consider expensive management that's way

7    beyond that, where they would be more in the couple

8    hundred dollars an hour.  A call center director might be

9    in the -- they pay them anywhere from 75- to $100,000 a

10   year so figure that rate.  We talked about IT.  So I

11   think it represents a conservative number.

12      Q       And did you refer to any literature or published

13   studies in coming up with 2- to 3,000?

14      A       No.

15      Q       And you didn't yourself do any studies or

16   tests?

17      A       I thought through all the things that needed to

18   be done.  I think that's doing my homework.

19      Q       Okay.  But other than thinking through the

20   steps, you didn't do any sort of more formalized tests?

21      A       No.

22      Q       Did you discuss the call center costs with any

23   of the 17 companies --

24      A       No.

25      Q       -- with whom you spoke?

1       A      No.

2          Q      So, again, the call center costs are based on

3    your experience, and these are your estimates based on

4    your experience?

5       A      Yes.

6          Q      Let's skip down to the second section, which is

7    B, Customer service call center costs to answer inquiries

8    and complaints.  You estimate that an inquiry about the

9    Colorado regulation would result in a three to four

10   minute call.  What is the three to four minute estimate

11   based on?  What data did you consider?

12      A      I've worked with a couple hundred call centers,

13   and I know that an average call for a customer service

14   issue is often in that range, and I think that this will

15   create a tremendous number, and I think I said in here

16   50 percent of the customers will call the call center and

17   I think it will be a major source of complaints.

18      Q      Okay.  Before we get to the 50 percent, just

19   sticking with the three to four minutes per call, are

20   there any published studies or literature that would

21   refer to the average call being three to four minutes?

22      A      I'm sure there are, but it's just -- I'm working

23   with call centers all the time so I have a pretty good

24   idea of these numbers because we use -- you know, we

25   benchmark all the time and we know what people pay and,

1  you know, we have a pretty good idea that that's an

2  average for that length of time.

3       Q     You also give the opinion that a fully loaded

4  cost per call is typically between $1.50 and $2.00 an

5  hour, and you define "fully loaded" as being wages,

6  management, benefits, space, telecom, et cetera.  So that

7  would include overhead, right?

8       A     Within the call center, not within general

9  management.

10      Q     Sure.

11      A     And it wasn't per hour.  It's per call.

12      Q     Oh, I'm sorry, per call.  Okay.  But your per

13  call cost includes overhead, right?

14      A     Only the management of the call center.  It

15  doesn't include the CFO, the general manager, the

16  president, the owner, IT, accounting, any of those

17  people, fulfillment.  It just deals with managing the

18  call center.

19      Q     And did you refer to any particular studies or

20  data or literature in determining that the fully loaded

21  cost per call is typically $1.50 to $2.00?

22      A     I used my own experience and recall of many

23  customer studies -- many client studies that I've done of

24  call centers.

25      Q     But you didn't refer back to the client studies

1    that you've done or at least any particular ones in

2    creating this opinion, right?

3        A    No, just that I know that it's an accurate

4    conservative number.

5        Q    Okay.  Let's go to the September 15th draft,

6    which is Exhibit No. 10, and if you could take a look at

7    page 6.  In the middle of the page, there's an open

8    bullet point, and in the paragraph below that it says,

9    "Fully loaded cost per call is between $3.50 and $4.00.

10   Fully loaded includes direct hourly wages, management,

11   employee benefits, space, telecom, etc.  These are

12   industry benchmarks."  How did you arrive at the $3.50 to

13   $4.00 estimate?

14       A    That has an error in it.

15       Q    Okay.  What is the error?

16       A    That's a conservative estimate of a phone order,

17   and the phone order in many companies includes the cost

18   of credit authorization.  So when I was kind of working

19   through this, I realized that I had put the wrong number

20   in.

21       Q    Okay.  So just so I understand it, the $1.50 to

22   $2.00 that's in your final report is simply for a

23   customer service call center cost, whereas the $3.50 to

24   $4.00 would include credit card authorization and the

25   order processing portion of a call?

Page 130

1        A        Not the order processing.  The $1.50 to $2.00 is

2    the management and the labor for the rep and the space

3    cost and the telecom.  Okay?  The $3.50 to $4.00, what it

4    includes additionally is the cost of the credit

5    authorization step, where there's no credit authorization

6    step in just answering a call.  So there was a mistake on

7    my part.

8        Q        Okay.  Back to your final report, you estimate

9    that 50 percent of the customers will have questions

10   about the use tax as a result of the transactional

11   notice.  How did you come up with 50 percent?

12       A        I believe that, as I said before, this will

13   create a lot of uncertainty in the minds of Colorado

14   customers that have shopped with out-of-state retailers.

15   That will generate a phone call, and we'll be explaining

16   what it is that they should know; if they live in

17   Colorado, this is what they're going to have to do.  And

18   I've got experience with issues that are not similar in

19   terms of legislation, but, for example, when we make

20   changes and we don't fully think them through and

21   customers have their first reactions or, for example, if

22   they're on backorder and they're on backorder more than,

23   say, a couple of days, we get a tremendous number of

24   inquiries when we create a problem for the customer.

25   This will create a problem.

Page 131

1       Q      What would an average percent of calls be if an

2   item is backordered?

3       A      Probably 30 or 40 percent.

4       Q      Okay.  Can you think of other examples that

5   would generate a high number of calls?

6       A      You know, periodically, there are billing

7   issues.  For example, you read in a paper where, let's

8   say, a big bank processor has doubled billed credit card

9   customers.  Well, that generates a tremendous -- you

10  know, everybody, whether they have it wrong in their bill

11  or whether they think they do because they're a

12  cardholder, it generates a call.  There are certain

13  segments of the direct marketing public that are older

14  customers, not myself but older customers, they will call

15  because they think big brother is watching them; what am

16  I buying, how do I pay this.  There's probably -- well,

17  first off, baby boomers are the largest segment of the

18  population, and there are catalogs, especially in women's

19  merchandise, that are fairly large where the average

20  customer is 60 or older, and they get something that

21  isn't worded well, isn't clear what they have to do,

22  they're going to call.  That's the easy thing to do.

23  They're not going to call you.  They're going to call

24  us.

25      Q      So what data did you use to reach your estimate

1  of 50 percent?

2       A    Best judgment.

3            Q    And did you do any tests or studies?

4       A    No.

5            Q    And did you refer to any published literature?

6       A    No.

7            Q    We do have some e-mail correspondence.  I think

8  it has already been marked Exhibit No. 3.  This is your

9  e-mail with Matt Schaefer on September 16.  Point No. 6

10 says, "To figure number of call center calls, etc.  How

11 about if we figure 50 percent?"  What was the Brann Law

12 Firm's response to your inquiry on that point?

13      A    I don't remember.  I would say that it sounded

14 reasonable, but I don't specifically remember.

15           Q    Back to your final report, the next item in your

16 transactional notice calculation is professional

17 assistance, and you estimate that companies will need 3-

18 to $5,000 worth of professional assistance to do the

19 transactional notice.  How did you come up with the 3- to

20 $5,000 number?

21           A    Just from working through it, best judgment,

22 experience.

23      Q    What accounting assistance would be needed to

24 comply with the transactional notice?

25      A    Well, some people use their outside accountants

Page 134

1    the questions.  It wouldn't be in one sitting, but it

2    would be going back and looking at how they interpreted

3    what you told them and how they're going to proceed and

4    it's, I think, a conservative estimate.

5        Q      Did you do any tests or studies yourself to

6    determine the 3- to 5,000 amount?

7        A      Just that I know -- no.

8        Q      And did you refer to any literature or published

9    studies?

10       A      No.

11       Q      And did you discuss this with any of the

12   17 companies with whom you spoke?

13       A      No.

14       Q      Okay.  Going back to Exhibit 10, which is your

15   September 15th draft.  On page 4, you initially put the

16   consulting and legal expertise costs at 5- to $7,000.

17       A      Okay.  Where is -- right here.

18       Q      It is right above No. 3.

19       A      Okay.

20       Q      Consulting and Legal Expertise for Compliance

21   Costs - $5,000 to $7,000.  How did you come up with the

22   5- to $7,000 estimate?

23       A      Again, this was my original draft.  Like some of

24   these others, they were strawman numbers.  I revised them

25   down.  I may have asked Matt what he thought as an

1  adviser, but, you know, they were a little too high.

2      Q    And did Mr. Schaefer indicate he thought the

3  5- to 7- was too high?

4      A    I don't remember specifically.  I'm just saying

5  I think I remember that, but I'm sure if he did you'll

6  show me an e-mail.

7      Q    Well, I don't have an e-mail.

8      A    I don't either.

9      Q    So that's why I'm wondering what your

10  discussions with him were.

11      A    Well, what I do remember is when we helped two

12  clients work on shipping and handling, I remember what

13  that number was, and it was in that upper range and he

14  felt -- what I remember is, I think that he felt that

15  might be too high.

16      Q    If you could look at Exhibit A.1.

17      A    In this --

18      Q    In your final report.  Pardon me.

19      A    The final report.

20      Q    Exhibit No. 1.

21      A    Okay.

22      Q    I just want to make sure I understand.  You've

23  got Basic statutory/regulatory requirements and Necessary

24  but not discretionary, and you've got the Totals for low

25  end first your compliance costs (sums of above), $10,000.

        1              THE WITNESS:  Could we take a break?  I need to
        2    use the rest room.
        3              MS. SCOVILLE:  Absolutely.  You know, let's go
        4    ahead and break for lunch.  It's noon.  And we can go off
        5    the record.
        6                         (Break.)
        7
        8    BY MS. SCOVILLE:
        9         Q    Mr. Barry, this morning we just touched very
       10    briefly on how on-line retailers -- and let's just focus
       11    on on-line retailers for a moment -- collect and keep
       12    information about their customers.  And so in your
       13    professional experience, it is common for on-line
       14    retailers to keep track of what it is that customers buy,
       15    right?
       16         A    Yes.
       17         Q    And retailers, on-line retailers would also
       18    track what customers spend annually?
       19         A    Yes.
       20         Q    And would they also track what customers spend
       21    in their lifetime?
       22         A    Some do and some don't.
       23         Q    Okay.  What about whether or not on-line
       24    retailers track how long a customer spends on a
       25    particular website?

Page 138

1    A    You mean how long physically they're on the

2 website?

3    Q    Right.

4    A    Yes.

5    Q    So they would know that I searched, you know,

6 landsend.com for 30 minutes or something like that?

7    A    If I were Lands End.

8    Q    Yes, if you were Lands End.

9    A    Yes.

10    Q    Okay.  Do on-line retailers also track how many

11 times a particular customer visits their site?

12    A    Yes.

13    Q    Do they track which Internet browser customers

14 use?

15    A    Yes.

16    Q    Do they track which items customers are

17 interested in?

18    A    To the degree that they can.

19    Q    Okay.  And to what degree can they do that?

20    A    I think most can.

21    Q    Beyond more than just what is ultimately

22 purchased --

23    A    Right.

24    Q    -- they can determine which items I, as a

25 customer, viewed?

Page 139

1    A    What they looked at and so forth.

2    Q    Okay.  Do they track what country customers are

3    from?

4    A    Yes.

5    Q    What ZIP Code they're from?

6    A    Yes.

7    Q    Which computer they use or which IP address?

8    A    Yes.

9    Q    Whether or not customers use discount codes?

10   A    Yes.

11   Q    Whether or not they visit a site after receiving

12   an e-mail?

13   A    Yes.

14   Q    What about whether or not customers buy after

15   receiving a special offer?

16   A    Yes.

17   Q    Okay.  What other kinds of metrix do retailers

18   use to track customers?

19   A    Well, I mean, there's literally -- this is a

20   creative marketing thing so the list isn't endless, but

21   it's pretty large.  You know, can you reactivate this

22   customer with a certain type of message, meaning they

23   haven't shopped in a while; the time sensitivity of the

24   message, in other words, if they bought a week ago and

25   you send them some special offer, do they buy again right

Page 140

```
1    away; the purchasers or customers who buy "X" also buy
2    "Y", so it can serve up to the customer some purchase
3    preferences.  That's kind of endless.
4        Q    Okay.  And as I understand it, catalog companies
5    would, to the extent that they can, track similar
6    metrix?
7        A    Right.
8        Q    Okay.  And that's how it is that retailers can
9    identify me as a woman of a particular age, who has
10   children, and buys certain kinds of good when I have a
11   free shipping offer?
12       A    It might not be on-line, though.  It might be
13   sometime after.  It doesn't have to be on-line.
14       Q    Okay.  Sure, sure.  And then what do retailers
15   do with all of the data that they collect?
16       A    Number one, they're looking for, you know, how
17   promotions work -- do promotions work and under what
18   circumstances, what facts they work; what merchandise,
19   meaning what products; how can I liquidate overstock
20   products; you know, effectiveness of various promotions
21   and how -- you know, that versus another.  We call that
22   A/B testing.  You know, here is Offer A versus Offer B,
23   which one responds better.
24       Q    Okay.  And then do they also use the data to
25   improve their marketing to a particular customer?
```

1      A    Yes.

2      Q    And do they provide the data that they track to

3  the marketing service bureaus?

4      A    Generally, what they provide is the raw data,

5  the transactions, the returns, not necessarily -- they

6  may provide, you know, findings, but, you know, how many

7  click throughs they had, that probably wouldn't go to the

8  marketing service bureau.

9      Q    What about to the database companies we talked

10  about, the four or five large ones?

11     A    I think it's the same.  I don't think it goes

12  generally beyond the company in most cases.

13     Q    So in your professional experience, the data

14  that companies collect, that retailers collect, such as

15  how much is spent annually, on what kinds of items, after

16  how many visits to the website, you're saying that most

17  retailers keep that information in-house?

18     A    No, no.  What I meant was, they don't -- the

19  first two you said, the marketing service bureau would

20  take the same data and develop their own data.  If you

21  want to read back what those first two were just to -- so

22  those two, you know, I pass the raw data.  I may have it

23  inside, but I'm really using the outsider to kind of use

24  that and validate it and put it together with other data.

25          The third one was more like clickstream data.

Page 143

1    exchange for a reduced fee for their services in

2    crunching the data, or neither?

3         A    The client company always pays.

4         Q    Okay.  What about with the database companies?

5    We discussed four or five of them this morning,

6    Datalogics --

7         A    NextAction, Abacus.

8         Q    Thank you.  All of those.  Who pays who in that

9    sort of relationship?

10        A    The client always pays.

11        Q    Okay.  And, you know, I think there's a popular

12   concern among consumers that companies sell their data,

13   and in your professional experience do retailers sell

14   their data to others?

15             MR. SCHAEFER:  Objection.  Which data?

16             MS. SCOVILLE:  The marketing data they collect

17   about how much customers spend and what they buy and that

18   type of thing.

19        A    Could I define "sell" for you just for a minute?

20   BY MS. SCOVILLE:

21        Q    Sure.

22        A    They don't sell it like one time here it is.

23   They rent it or they exchange it.

24        Q    And what do they exchange it for?

25        A    For money.  In other words, it's like a -- it's

Page 144

1    an intellectual asset they own so they don't want to --

2    most people don't want to just get a one-time income from

3    it because, as we said this morning, renting and

4    exchanging lists is how people build their businesses.

5    And so you wouldn't just use it one time and give it away

6    or sell it because you wouldn't -- it's hard to figure

7    out what the value is.  You can figure it if it's -- if

8    I'm renting it to you, I can find a number that sounds

9    good, but --

10       Q    And when companies are renting their data to

11   someone else, are they renting only names and addresses

12   or are they renting the richer customer information about

13   who bought what and how much and what kinds of

14   products?

15       A    First off, the whole thing is blind.  I don't

16   know that I'm renting Stephanie's name.  Okay?  I could

17   be renting just the fact that you shopped from this

18   catalog without regard to any categories or anything.  I

19   could, and more sophisticated now is, I could possibly

20   tell them it's camping gear versus women's apparel versus

21   some form of gifts.  So what I'm definitely renting is

22   what we call RFM, Recency, Frequency and the Monetary

23   Value.  In other words, I take -- I know all the

24   purchasers -- let me back up.  I can ask for, from

25   someone who I'm renting from, whether it's a list owner

Page 145

1   or a service bureau or a marketing database, can I have

2   all the women shoppers that bought in the last 30 days.

3   So I've got sex, I've got recency.  I could say if they

4   bought twice in 30 days.  That would be a real small

5   number, but I can try to rent those.  Now, that's what a

6   marketing service bureau is doing, is it's taking --

7   that's one of the things, and that's 80 percent of the

8   value, is recency, frequency, monetary value.  And we

9   know how much they spend, so I can put combinations

10  together; 30-day shoppers that spent from $1 to $20,

11  30-day shoppers that spent from $21 to $40, 30-day

12  shoppers over $100, and I can combine that with

13  frequency.

14       Q    And in your professional experience, how common

15  is it for retailers to rent some variation of their

16  data?

17       A    For catalog companies, it's fairly common.

18       Q    Okay.  What about for Internet companies?

19       A    It's rare.

20       Q    Do Internet companies in your professional

21  experience use marketing service bureaus?

22       A    Not nearly what catalogs do.  Because of the age

23  of the industry, they're not as sophisticated in some

24  ways, and in other ways they're more sophisticated than a

25  cataloger because they may be able to do what we said a

Page 146

1   little while ago, you know, when somebody buys "A", they

2   also buy "C". You know, so there's a lot of variations

3   and how good a marketer they are.

4       Q   When a retailer is using a marketing services

5   bureau, how often in your experience would the retailer

6   update their information with the marketing services

7   bureau?

8       A   They would do it before each catalog so it

9   depends on the size of the company. Probably the

10  smallest companies -- the smallest businesses are doing

11  one or two catalogs a year. Most catalogs get to four or

12  five times a year, and then they use -- they get to their

13  best customers' mailboxes a couple times a month. So

14  they take these segments of really better customers and

15  they continually mail them because they get a high

16  response.

17      Q   The data that we talked earlier that companies

18  collect, particularly Internet companies, in terms of

19  what customers buy, how much they spend, how long they're

20  on sites, those types of pieces of data, how long would a

21  retailer keep that information in your opinion?

22      A   It varies. You know, I don't think there's any

23  consistency. On any size business, from Google Analytics

24  you can get that data. So you can look at it, you know,

25  daily, weekly, annually against last year for some of the

1  basic data, so it varies.  You know, how accurate it is,

2  it's accurate, but if you can't recombine it with

3  something, then what value -- you're not sometimes sure

4  what value it has.

5      Q    In your experience, do retailers keep this data

6  for more than a year?

7      A    I think most do.

8      Q    Okay.  What would be the outer limit in your

9  experience as to how long a retailer would keep the

10 data?

11     A    I don't know if I could answer that.  I mean, I

12 just -- you know, maybe a couple of years.  As your

13 promotional schedule changes, then the history, it

14 changes.  So, you know, unless you really plot every

15 promotion -- and companies have hundreds of promotions.

16 So you see the ups and downs.  Big deal.  What do you do

17 with it?

18     Q    All right.  So going back to your report, just a

19 couple more questions on the transactional notice.  Still

20 on Exhibit A, page 2, at the bottom of page 2, onto page

21 3, you talk about on-going compliance costs, and you

22 estimate on-going compliance annual costs of $1,500 to

23 $2,000.  What data did you use to reach the conclusion of

24 $1,500 to $2,000?

25     A    Just because this is a sensitive customer

Page  148

1   service area and it is potential state regulation, that

2   companies would use a day of professional time a year to

3   make sure they were doing what the law is currently

4   because things change.  If you were to get this through,

5   you may find certain parts of it are not to your suit

6   so --

7        Q     And so the $1,500 to $2,000 is based on

8   approximately one day per year?

9        A     Right.

10       Q     Okay.  And what would need to be done in that

11  day?

12       A     To review what the company is doing and to

13  compare it to what the current regulation is.

14       Q     And did you do any tests or studies in reaching

15  that opinion?

16       A     No.

17       Q     Refer to any literature or published studies?

18       A     No.

19       Q     Discuss this with any of the 17 companies with

20  whom you spoke?

21       A     No.

22       Q     Okay.  So this is, again, based on your

23  experience?

24       A     Yes.

25       Q     Okay.  Underneath that, you've got -- and this

Page 149

1    is back on the transactional notice -- Costs that are

2    discretionary but good business practice.   Modify the

3    order processing system to calculate the sales tax

4    amount.   Now, this is something that the regulations do

5    not require, right?

6        A    That's true.

7        Q    And is it your understanding that the

8    regulations are actually targeted at Colorado's use

9    tax?

10       A    I'm not a lawyer so I don't -- I mean, I don't

11   know.

12       Q    So you did not estimate what it would cost for

13   companies to comply with --

14       A    No.

15       Q    -- to estimate the use tax?

16       A    No.

17       Q    So you estimated what it would cost companies to

18   give customers an estimate of their sales tax?

19       A    Yes.

20       Q    All right.   And is your estimate based on a

21   retailer providing an estimate of sales tax for every

22   sale or only if a customer inquires?

23       A    I assumed for every sale.

24       Q    And why did you make that assumption, as opposed

25   to providing it if a customer made an inquiry?

Page 152

1        A       I don't, I don't have an estimate there.  One of

2   the concerns I have about calculating sales tax is that I

3   don't have anyplace to put it in the system so if I

4   wanted to refer back to it.  See what I'm saying?  If

5   it's a state I have nexus in and I'm calculating it, when

6   I tell the customer the merchandise is this, the services

7   is this, the shipping and handling is this, and the sales

8   tax is this, I'm saving all those pieces and I'm saving

9   the sales tax in a field.  In this case, I'm not

10  collecting it and so I don't have anyplace to put it.  So

11  I'm envisioning we're going to have to create a place to

12  store that so that, you know, I know what I've told the

13  customer from a customer service point of view because

14  the next person that touches the customer when they call

15  back, we want to know what they told them.  So part of it

16  is that.  Part of it would be if we need an outside sales

17  tax module or service.

18      Q       Okay.  Did you do any tests or studies in coming

19  up with your 5- to $10,000 range on this cost?

20      A       No.

21      Q       Did you refer to any published literature?

22      A       No.

23      Q       Did you discuss it with any of the 17 companies

24  with whom you spoke?

25      A       No.

Page 154

```
 1        A    No.

 2        Q    Okay.   Did you attempt to get quotes from Vertex
 3   or Taxware as to what they charge for their software?

 4        A    No.

 5        Q    And why not?

 6        A    I felt I wanted to create a placeholder here
 7   for, as I said this morning, a number that this
 8   represented, and I think this has a fair number of
 9   unknowns in it.   I mean, companies that aren't Vertex --
10   or users, and there's a lot of people that aren't, now
11   we've got to buy a license.   It's far more than $5,000 or
12   $10,000.   So it varies by company.

13        Q    What would it cost to buy a license for Vertex
14   or Taxware?

15        A    Depends on the size of the company.   You know,
16   it could be 30- or 40,000.

17        Q    And would 30- or 40,000 be for a large company
18   or a small company?

19        A    I say a moderate sized.

20        Q    And for a company who didn't already use Vertex
21   or Taxware or a similar product, as I understand it,
22   their cost for modification would be much greater than
23   the 5- to 10,000 that you've estimated; is that right?

24        A    I would expect so.

25        Q    Let's take a look at Exhibit 11, if you would.
```

1    This is one of the earlier drafts of your report, and if

2    you would take a look at page 5.   At the very bottom of

3    this page, you estimate the cost for providing sales tax

4    information to be $20,000 to $25,000.   Do you see that?

5        A    Yes.

6        Q    How did you come up with the 20- to 25,000

7    number?

8        A    Again, as I said this morning, I don't know when

9    this report was generated.   My approach has been to put

10   that number in -- put a number in early that it

11   represented, whether you call it a strawman or a

12   placeholder or something, and then try to improve it.

13       Q    And what did you do between your initial

14   estimate and your final estimate to improve the number

15   and arrive at 5- to 10,000?

16       A    Well, what I chose -- originally, I was thinking

17   about including Vertex, and then I get into, well, is it

18   a small company, a big company, a moderate-sized company,

19   so I just chose to sidestep that issue and represent it

20   as a true cost, a smaller level.   I'm not trying to build

21   a picture by size of company what the costs are going to

22   be, but I think they would vary depending on the

23   conditions.

24       Q    For a company that already has Vertex or Taxware

25   or a similar product, what would you estimate that their

Page 156

1  cost would be to provide the sales tax information to a

2  customer?

3      A    I would say there's still the discovery process.

4  I would guess -- not guess, but I would think there would

5  still be 3- or $4,000 of costs.

6      Q    And what do you base the 3- to $4,000 on?

7      A    A couple days work.

8      Q    And what would need to be done in those several

9  days?

10     A    Well, I think the fact that there's a lot of

11 interpretation here.  I think you have to go through that

12 discovery process.  Just because somebody offers a

13 computation and they say they can do it in 20 minutes --

14 I'm skeptical of a lot of things vendors say, so I would

15 want to go through that whole process and see what do I

16 have to do, what do they have to do, and what part of

17 this does it answer and so forth.

18     Q    And so we've got 3- to $4,000 for a company who

19 already has the software to modify it.

20     A    If the vendor's software can do it.

21     Q    Right.

22     A    Yeah.

23     Q    And then we have 30- to $40,000 if someone has

24 to go out and license the software for the first time.

25     A    Right.  Yes.

Page 157

1      Q      So I'm wondering how you took those two numbers

2  to get to 5- to 10- in the middle.

3      A      Because I thought it was on the low end of the

4  range, and I think it's reasonable.

5      Q      Okay.  Let's go to Exhibit B, which is the

6  annual purchase summary.

7      A      In the final?

8      Q      Yes, please, in Exhibit 1.  Under Subparagraph

9  1, the last full paragraph, it talks about there are two

10  potential sources for the detail order information, the

11  operational order processing system and the direct

12  marketing system.  Can you explain to me the difference

13  between the two systems?

14      A      Are we right here?

15      Q      Yeah, exactly.

16      A      Well, we talked this morning -- I think it was

17  this morning -- that, you know, the system, the part of

18  the system that we use for the call center to take the

19  order, service the customer, that's what we call the

20  operational part of it.  The direct marketing is the

21  marketing part of it, in other words, if they were using

22  the same data, but formatted and analyzed differently

23  for, say, the RFM.  So it's the marketing versus the

24  operations.

25      Q      And do most retailers have both, the operational

Page 158

1    order processing system and the direct marketing

2    system?

3        A    It's in the same system.  It's just how you view

4    the data.  There are different reports and things.

5        Q    Okay.  I guess what I'm trying to understand is,

6    all retailers would hold this data, and would most

7    retailers be able to view it through both lenses, through

8    the operational lens and through the marketing lens?

9        A    Catalog companies can.  Again, e-commerce may

10   not be as sophisticated at the marketing side of it.

11       Q    Okay.  So e-commerce retailers would be more

12   likely to view their data through the operating lens?

13       A    Right.

14       Q    Okay.  I see.  But the data already exists,

15   right?

16       A    Yes.

17       Q    One of the costs that you list in your report,

18   and this goes on to page 2, in terms of the steps that

19   are necessary on the annual report, are, No. 6, for the

20   accounting department to check the file to determine if

21   any corrections are necessary.  What work would the

22   accounting department need to do?

23       A    Well, what I'm envisioning is, we're not just

24   going to run this and then pump out the data.  It was

25   something that is very customer sensitive and now reports

Page 159

1    to a state in terms of compliance.  We're going to have a

2    point where we stop, look at the data, make sure we are

3    handling the data the right way.  As we talk later, you

4    know, how we handle householding, how we handle customers

5    with multiple names.  I think there are those steps that

6    are prudent.

7         Q    And so in your opinion, it would be the

8    accounting department who would have to go through and

9    check for householding issues or name issues?

10        A    Well, somebody has to do it.  I was just

11   thinking that, you know, as I was writing this, generally

12   systems which are finance in nature and have some

13   regulatory kind of steps to them, accounting often does

14   that.  I think I said in here it could be marketing, it

15   could be other departments.

16        Q    Okay.  So Step No. 6 and 7 then could possibly

17   be performed by a department other than the accounting

18   department?

19        A    Right.

20        Q    Okay.  Other than checking for the householding

21   issues and the name issues, what other sorts of checking

22   would the accounting or other department need to do?

23        A    Well, I think, you know, probably what you end

24   up doing is running kind of a first pass to see how the

25   scores or notices are generated and what the reports look

Page 160

1    like.  So you're doing more QC.  It's not that you're

2    adding up the balances on the file or anything.  It's

3    more are they still the legitimate people you should

4    report.

5         Q    And are you envisioning that someone from an

6    accounting or other department would have to, if annual

7    reports are being printed to Matt and Curt and Stephanie,

8    go through and check Matt's file and go through and check

9    Curt's file and check Stephanie's file; they're going to

10   have to go in and individually check every person's name

11   on that list?  Is that what you're envisioning?

12        A    What I was getting at is, you'd probably run

13   a -- I'll call it a pro forma.  In other words, if my

14   program thinks I'm a Colorado customer or a ship-to or a

15   gift -- and, see, those things get pretty harry, and so I

16   might run a pro forma just to see who falls out.  In

17   other words, are they all over 500?  What happens -- do I

18   generate any that are for customers that are under 500?

19   I'm taking a quality check to make sure I'm not doing

20   something that's erroneous or --

21        Q    Okay.  But the quality check would not

22   necessarily entail going into each person's file --

23        A    No.

24        Q    -- to ensure that that person is on the list?

25        A    No.

Page 161

1    Q    Towards the bottom of page 2, the last full

2 paragraph, you've got, "If the company chooses to run the

3 new Colorado system at an outside service bureau, then

4 the service would process the year end file of

5 purchasers.  If the company has not done marketing system

6 updates earlier in the year this would need to take place

7 first.  In many companies these updates take place

8 monthly or quarterly."

9         And so it's my understanding that if the

10 marketing services bureau already had the information or

11 is regularly getting any information, there wouldn't be

12 an additional step necessary there, right?

13    A    To update the records, but it would be to do all

14 of the Colorado reporting.

15    Q    But that would be done by the marketing services

16 bureau, as opposed to in-house or --

17    A    No, I'm saying that's an option.  Some may

18 choose to have it done in the marketing service bureau.

19 My guess is that -- or not my guess, but I think a lot of

20 people will try to do it internally off of the

21 operational file.

22    Q    And do you have an estimate as to what

23 percentage of retailers would do it internally versus

24 using an external source?

25    A    No.

Page 162

1    Q      All right.   On page 3 of Exhibit B, we have

2    Costs of Initial Systems Modifications, and you have

3    Company internal development costs $8,000 to $10,000,

4    representing 175 to 225 hours.   Does that represent both

5    computer programming and management time?

6    A      No, just programming.

7    Q      Just programming alone --

8    A      Right.

9    Q      -- would be the --

10   A      Management time I think we included later.

11   Q      Okay.   So just the mechanics of writing the

12   software code to separate out the Colorado purchasers in

13   your opinion would take 175 to 225 hours?

14   A      Right.

15   Q      And on what data did you base that particular

16   conclusion?

17   A      Well, I drew out all the steps, thought about

18   what it would typically take to do those.   As I said

19   before, I think that more than 50 percent of it is

20   design, so I thought that was a reasonable estimate based

21   on working with vendors for 40 years.

22   Q      And did you do any specific tests or studies to

23   come up with that estimate?

24   A      No.

25   Q      Refer to any literature or published studies?

Page  163

1        A      No.

2        Q      Discuss that with the 17 companies with whom you

3    spoke?

4        A      No.

5        Q      Have you had similar experience with clients who

6    have attempted to create a similar report?

7        A      All the time -- not a similar report, but create

8    a new type of reporting system operating off these same

9    files.

10        Q      And is the 175 to 225 hours consistent with what

11    you've seen for other clients?

12        A      Yes.

13        Q      When you've had other clients who have attempted

14    to create a new reporting system from existing data, what

15    kinds of reports are they trying to create?

16        A      It can be merchandising reports, you know, take

17    this same data and tell management, you know, what's

18    being bought and try to combine it with other internal

19    data.  You know, we have reporting systems for finance

20    that aren't in necessarily the financial part of the

21    system.  They want to sample this data for other

22    purposes.  So anytime you get into reporting a system

23    like this, you have to, again, you know, define what the

24    objectives are and do the design work and get the

25    sign-off, and you may or may not do that, may or may not

Page 164

1    proceed. Then you've got to program it and test it and

2    so forth.

3         Q    Now, you also estimate if a company were to do

4    this by using an external marketing or software vendor it

5    would be $15,000 to $20,000, representing 100 to 135

6    hours. And your estimate there, does that mirror what

7    you did for the internal development costs?

8         A    It would be as similar as you can make it.

9         Q    Okay. So it only includes the programming

10   time?

11        A    No. It would be including their design time.

12        Q    Okay. Design and programming and testing?

13        A    Yeah. Right.

14        Q    And, again, this number was based on your

15   experience?

16        A    Right.

17        Q    Did not perform any tests or studies?

18        A    No.

19        Q    Didn't refer to any literature or published

20   studies?

21        A    No.

22        Q    Didn't discuss it with the 17 clients?

23        A    No.

24        Q    And have you had clients who have used external

25   vendors to create reports that would be similar to the

Page 165

1   report required by the Colorado regulations?

2        A    Yes, not necessarily financial, but, again,

3   various forms of marketing, merchandising reports.

4        Q    And did you refer to any particular client files

5   in creating either the internal or the external

6   estimates?

7        A    No.  It comes from experience.

8        Q    Would it be any different if the external vendor

9   already had the data?  So if the external vendor already

10  had all of the data that they needed to crunch it in the

11  right way as to create this report, would the cost be any

12  different?

13       A    I'm assuming that they'll have most of the data

14  because it's marketing data that we're sending monthly or

15  quarterly, so it's really the design of the reporting

16  system and the controls and so forth.

17       Q    All right.  So the external programming costs of

18  15- to 20- estimate that the -- sorry.  Let me start

19  over.

20            Your external programming estimate of 15- to

21  $20,000 assumes that the external marketing or software

22  vendor already has the data; is that right?

23       A    Or most of the data, yes.

24       Q    Okay.  And the costs of these internal systems

25  modifications are not costs that have to be repeated

Page 166

1    annually, right; these are one-time costs?

2         A    That's true.

3         Q    Okay.   And we're back on Exhibit 1, Exhibit B to

4    your report, and under "C", you've got, Annual Costs to

5    Produce the Annual Purchase Summary Mailing, and you've

6    got several bullets here that factor into the annual

7    mailing cost.   The first is, "Average order in dollars -

8    many businesses have less than $100 average order."

9         A    The first one I have is, Size of the 12-month

10   buyer --

11        Q    Sorry.   It's the second bullet.   How do you know

12   that the average order is less than $100?

13        A    Just from experience, I know that many

14   businesses, more than a half are below $100 per order.

15        Q    Okay.   And are there published studies that --

16        A    I'm sure there are.

17        Q    -- publish that data?

18        A    Sorry.

19        Q    But you didn't refer to any particular studies

20   in forming this opinion?

21        A    No.

22        Q    The next bullet states that, "The number of

23   times a customer purchases annually is often less than

24   2 times on average."   How do you know that that is

25   true?

Page 167

1  A    By looking at my clients' data and understanding

2  repeat buying patterns.

3  Q    And did you look at any particular clients'

4  data?

5  A    No.

6  Q    This is based on your broader experience?

7  A    Yes.

8  Q    And is there published literature that would

9  reflect the average number of customer purchases?

10  A    I don't know.  I assume there might be, but I

11  don't know.

12  Q    And you didn't refer to that?

13  A    No.

14  Q    Is it the same for both catalog and Internet

15  retailers in terms of the average number of purchases?

16  A    No.

17  Q    What is the difference?

18  A    Again, this is a generalization, but Internet

19  shoppers are often less apt to repeat purchase.  They're

20  very opportunistic on price and so they may be more often

21  one-time buyers than catalog.

22  Q    And in terms of the average dollar order, does

23  that vary between catalog and Internet retailers?

24  A    Yes, it does.

25  Q    What is the difference?

Page 168

1      A      It's all over the place.  Many times it's less,

2  Internet is less than catalog.  Sometimes it's higher.

3      Q      Okay.  And so then you used $100 average orders,

4  somewhere that falls in the middle?

5      A      No.  A $100 average order is a pretty healthy

6  order for any Internet or catalog.

7      Q      Okay.  And going back to the number of times a

8  customer purchases annually, why did you use an estimate

9  which, as I understand it, is more reflective of catalog

10  retailers than Internet retailers for your opinion?

11      A      Well, because if Internet were less than two,

12  then I'm still conservative with what I'm telling you.

13      Q      Okay.  The final bullet point here says, "Most

14  businesses experience that 50% of all first time buyers

15  are opportunistic and never buy again."  Is that true of

16  both catalog and Internet retailers?

17      A      Yes.

18      Q      How did you arrive at the 50 percent number?

19      A      It's a number that I've learned for 15 or more

20  years looking at customers' marketing files and

21  results.

22      Q      And is that something that would be reflected in

23  the published literature in your field?

24      A      Possibly.

25      Q      But you didn't rely on any published

1   literature --

2          A       No.

3          Q        -- for that number?

4          A       No.

5          Q        You conclude that 20 percent of Colorado

6   purchasers will buy $500 or more per year from a

7   particular retailer.  How do you know that?

8                  MR. SCHAEFER:  Objection.  That's not what it

9   says.  It says less than 20 percent.

10  BY MS. SCOVILLE:

11         Q        Okay.  Let me start over.  You conclude that

12  less than 20 percent of Colorado purchasers will buy $500

13  or more a year from a particular retailer.  How do you

14  know that?

15         A        Just taking the $100 average order as being a

16  higher than average order in direct businesses and the

17  fact that they're going to buy two times or less on the

18  average, they won't reach the $500.  I know looking at

19  customers' results over the year, if you have somebody

20  that buys $500, you've got a really premium buyer.

21         Q        And did you do any particular studies to

22  determine that 20 percent is the right percentage?

23                 MR. SCHAEFER:  Same objection, but go ahead.

24         A        Less than 20 percent.  I think that's a very

25  conservative number.  I think it could easily be 10 to 15

Page 170

1   because it will be a premium buyer.

2   BY MS. SCOVILLE:

3       Q    So it could be as low as 10 percent of

4   customers?

5       A    Yes.

6       Q    Okay.  Did you do any studies yourself to

7   determine what percentage of folks would buy $500 or

8   more?

9       A    No.  I just, as I said, know that from working

10  with clients' results and experience.

11      Q    And did you refer to any published literature?

12      A    No.

13      Q    Did you discuss that with the 17 companies with

14  whom you spoke?

15      A    No.

16      Q    Is published literature available in your field

17  that would talk about the percentage of buyers who spend

18  more than a certain amount?

19      A    There are just general surveys, which are hard

20  to apply because they often take in small start-up

21  catalogs and very large catalogs and they average things

22  together and they end up not sure how to apply the data.

23  So could be, but --

24      Q    And did you try and estimate different

25  percentages based on small start-up catalogs versus

1  larger, established retailers?

2      A    No, because the average price point -- the

3  average selling price point of the products determine

4  average order.   In other words, if you have -- if you

5  look at a business that has, say, a $100 average order,

6  you generally see -- and they're not doing a lot of price

7  promotions, you generally see that they have 1.2, 1.3

8  items on an order.   Okay.   So as price goes down, the

9  number -- as retail price goes down, the number of items

10  may go up, it might go to two or three, but the average

11  order is going to be -- also changes because the average

12  price point is different.   So it's, you know, a company

13  by company merchandising kind of analysis you have to

14  do.

15      Q    And so what you did was to create an average,

16  then, based on all types of merchandise and all kinds of

17  retailers, right?

18      A    Yes, something I felt was conservative.

19      Q    And is there any difference between catalog and

20  Internet retailers in terms of the percentage of people

21  who will spend a certain amount?

22      A    I don't think there will be.   I think the

23  Internet, depending on the average order, average order

24  value and the number of times that people buy, repeat

25  buy, that my opinion would be that they will end up under

Page 172

1  20 percent by some serious difference.  It may be in that

2  10 percent range again.  But I would say generally the

3  odds are pretty high that they won't be over 20

4  percent.

5      Q     Continuing on the bottom of page 3, the next

6  sentence says, This yields a relatively small number of

7  customers for most out-of-state retailers (perhaps

8  between 50 and several hundred such customers annually,

9  although larger retailers will have substantially more).

10         The small number of customers of between 50 and

11  several hundred, what size retailer are you referring to

12  there?

13      A     Well, again, it's going to depend on these

14  variables that we just talked about, the four of them.

15  In my draft, I think you saw in Exhibit E that didn't get

16  into the final where I was doing just some rough

17  calculations of, you know, the 12-month buyer's count and

18  the Colorado percent and, you know, that's where I come

19  up with, you know, a smaller business of, say, 10- to

20  12,000,000 might only have 50, if it had a low average

21  order value, where somebody in a 20- or 30,000,000 might

22  have 1,000 or 800.  It all depends on these variables.

23      Q     When you say that most out-of-state retailers

24  will have between 50 and several hundred, can you

25  estimate for me what percentage of retailers would have

1    between 50 and several hundred?

2        A    This comes back to how many businesses there are

3    out there and various sized companies.  I think all but

4    the very largest -- the very largest businesses will have

5    more than several hundred customers.  I think all the

6    small businesses, which there are tens of thousands of

7    them, will have on the lower end of this range, and that

8    couple hundred, several hundred customers probably falls

9    in that, you know, 15- or 20,000,000 and up to something

10   else.  But, again, it comes back to these four factors,

11   and that's why I didn't include it in the final report

12   because then I would be trying to put out eight different

13   possibilities.

14       Q    So I feel like I've heard talk about the top 500

15   Internet retailers.  In your experience, would the top

16   500 folks be the really large ones or would the top 500

17   extend down to those in a more moderate range?

18       A    Well, the top 500 would push down past the

19   moderate range.  And, again, there's not a lot of

20   published data on Internet companies.  There's a lot of

21   published data on catalog companies.

22       Q    Okay.  Going onto page 4 of Exhibit B, the first

23   sentence at the top of the page says, "The costs of the

24   annual IT production processing, the mailing house

25   insertion, the postage and mailing of the customer

Page 176

1    when you prepared this report?

2        A    Those kinds of numbers are in quotes that we get

3    like we talked this morning.  You know, it's in some ways

4    very commoditized.  It's the number of records you're

5    passing, things like that.

6        Q    So these would be very standardized --

7        A    Right.  Pretty much so.

8        Q    -- and not very subjective charges?

9        A    They are pretty low at .002, right?

10       Q    Right.  Plus the 2- to $300, right?

11       A    Right.

12       Q    Your next bullet point talks about mailing

13   service costs, and you have a minimum set-up cost of $100

14   to $200 bundled into the per piece cost and a variable

15   cost for 500 to 1,000 customers mailed, and then based on

16   your experience you expect that cost to be $1.25 to $1.50

17   per piece.  And you mentioned earlier today that you had

18   an assistant who had contacted some printing companies?

19       A    Uh-huh.

20            MS. SCOVILLE:  So let's mark these as exhibits.

21   This will be 12, and this will be 13.

22                    (Exhibit Nos. 12 and 13 were

23                    marked for identification.)

24

25

1   BY MS. SCOVILLE:

2        Q       Actually, let's take these in reverse order, if

3   you don't mind, and start with Exhibit No. 13, which are

4   some handwritten notes.   And it looks like these were

5   notes that were made by your assistant, right?

6        A       Yes.

7        Q       And as I read the notes relating to the

8   Printersmark quote, that this is a price per 500 pieces,

9   right?

10       A       Yes.

11       Q       And he quotes, basically, a total of $400;

12   $45 for the envelopes, $105 for the fliers, $90 for the

13   addressing, $25 for the match mail, and postage of .27

14   times the 500, right?

15       A       Yes.

16       Q       And Printing For Less, their quote came in at

17   $958.93?

18       A       Yes.

19       Q       And Exhibit 12 appears to be some e-mail

20   correspondence from your office manager, and Printing For

21   Less, on the last page of that exhibit, has their quote,

22   right?

23       A       Yes.

24       Q       And what they have done is, if I am reading this

25   correctly, the $958.93 quote would cover 750 pieces; is

Page 178

1    that right?

2         A    Yes.

3         Q    And if you move to the Product column, under

4    Collate/Insert/Seal, it looks like, #10 envelope and

5    three pieces, are they assuming three pages inside each

6    envelope?

7         A    We told them up to three.  In other words, if

8    we're going to pay 40 cents, which is very high because

9    it's first-class, we want to put as much as we can in

10   there, you know, maybe, say, a web promotion this week

11   or, you know, some explanation of the Colorado law maybe

12   on a separate piece of paper.

13        Q    Uh-huh.  So the mailing service cost piece of

14   this is an estimate for providing both the annual report

15   and a piece of marketing?

16        A    Not the annual report to the Colorado Department

17   of Revenue.

18        Q    No, the annual report to customers.

19        A    Yes.

20        Q    Okay.  So your mailing cost estimate, this $1.25

21   to $1.50 per piece, includes both the piece of paper

22   that's the annual statement and a marketing piece?

23        A    Right.

24        Q    And that's why you assume two pages, right, up

25   to two inserts?

Page 180

1    them with what sounds to you like the same job, it's

2    often higher.  So that's been my experience.

3        Q    And is there any variation in your experience in

4    terms of the mailing service cost based on geography

5    across the country?

6        A    There very well could be, but this is such a

7    small cost compared to this total thing.  I think it's

8    reasonable.  Plus, this Printing For Less is a Montana

9    company so it's an Internet based printing company so --

10       Q    And what about -- and, I'm sorry, Printing For

11   Less is Montana?

12       A    That's my understanding.

13       Q    Okay.  And what about the Printersmark, where

14   are they from; do you know?

15       A    They're here in Richmond, as far as I know.

16   Yeah, it's a local number.

17       Q    So you ultimately conclude that the average cost

18   for the annual statement to customers will be $2 to $3

19   per customer --

20       A    Yes.

21       Q    -- is that right?  Okay.  And that includes the

22   minimums and the set-ups?

23       A    Yes.

24       Q    And on what data did you base that number, other

25   than the mailing piece?

Page 181

1    A    Well, one of the big pieces that we don't have

2  in here is what the production run cost is going to be,

3  and another factor is that we know from doing industrial

4  engineering studies for a long time that to generate a

5  piece of paper that people have to do something with,

6  that it can be typically in a range of $2 to $5.  So we

7  thought that was reasonable because you can't -- without

8  knowing the specific individual companies and what

9  percentage -- what these four bullets on the prior page

10 are going to yield in terms of the number of customers,

11 the best that I think anybody can do is to say it's in

12 this range and we think that's conservative.

13     Q    Okay.  You said based on your experience in

14 industrial engineering, the range would be $2 to $5.

15 What kinds of situations included the cost of $2 to $5

16 per customer?

17     A    Well, it's how people use a document that a

18 computer has produced, you know, how many people touch a

19 document.  You know, it often has to do with the number

20 of touches.  Every time you touch a document you add

21 costs to it.

22     Q    And is that something that is published in

23 literature in your field?

24     A    I'm sure it is.  I don't -- you know, I can't

25 tell you what's there.

Page 182

1    Q    But you didn't rely on any of that literature

2    in --

3    A    No.  It's just experience.

4    Q    And did you discuss the $2 to $3 per customer

5    estimate with any of the 17 companies with whom you

6    spoke?

7    A    No.

8    Q    Let's go back to your September 16th draft.  I

9    have to grab the right exhibit number here.  It's Exhibit

10   No. 9, and if you could look, please, at page 8.  And I'm

11   sorry, I just told you the wrong page number.  I'm sorry,

12   it's page 6.  Exhibit 9, page 6.

13        Under Breakdown of Annual Costs, which is

14   underlined near the top of the page, you have, "Our

15   estimate is that on the average it will cost $4 to $5 per

16   customer disclosure with all costs."  Was $4 to $5 your

17   initial estimate of the per customer cost for the annual

18   notice?

19   A    That's my strawman, placeholder.  That's what I

20   thought it would come out.

21   Q    Okay.  And then you moved down from there?

22   A    After I got some quotes.

23   Q    So your estimate changed based on the quotes

24   from the mailing houses?

25   A    Primarily.

Page 183

1      Q      What else?

2      A      But, also, I couldn't tie down this production

3   run time cost very well.

4      Q      In your opinion, how much would the annual

5   notice to customer cost be reduced if companies were

6   permitted to do that notice electronically, as opposed to

7   doing it via first-class mail?

8      A      Well, if I understand the question, you're

9   saying if all of this could be done, all of this that we

10  just talked about on page 4, these four bullets, could be

11  done electronically?

12     Q      If retailers were permitted to do that by an

13  e-mail, say, instead of doing it by a first-class

14  mailing.

15     A      I would assume it all -- well, the run time

16  wouldn't go away, but the mailing service, supplies and

17  the postage would go away.

18     Q      So there would be a significant difference then;

19  is that right?

20     A      This is also the smallest part of the costs so,

21  yes, there would be a difference.

22     Q      Now, is it your understanding that the

23  obligation that retailers have under the Colorado Act is

24  to provide notice to the customers, not to actually

25  calculate the tax that customers owe?

1      A     That's my understanding.

2      Q     On page 4 of your report, you list several

3    complications to tracking and notification programming,

4    and the first one you list is business to business, and

5    you give this school district example.  Is it your

6    understanding that the regulations would permit a

7    retailer to send a notice to everyone who purchased

8    without trying to work out the business-to-business

9    issues?

10     A     My concern was, would there be -- my concern

11    would be, on the part of the Department of Revenue,

12    whether we've done the best we can do to resolve these

13    multiple site issues.  The question is, who is the buyer,

14    who is the purchaser.

15     Q     And what is your understanding about what the

16    regulations require?  Do the regulations require

17    retailers to sort out who the purchaser is or can the

18    retailer just send a notice to every person that

19    purchased, regardless of the business-to-business

20    complication that you discuss?

21          MR. SCHAEFER:  Objection to form.

22     A     I wasn't sure whether we could just send those

23    out without trying to at least consolidate those down and

24    identify the purchaser more clearly.  I wasn't sure of

25    that.

Page 185

1   BY MS. SCOVILLE:

2       Q    Okay.  And it's my understanding that of the

3   complications to tracking and notification programming,

4   and you list several here, have those complications --

5   are those factored into the costs that you estimate in

6   Exhibit B?

7       A    Let me just read this, if you don't mind.

8       Q    Sure, of course.

9       A    I did not include them.  I didn't know how to

10  put a dollar value on it.

11      Q    And so you don't know whether or not the

12  regulations would permit retailers to send out the annual

13  notices without worrying about the business-to-business

14  issue that you describe?

15      A    I don't.

16      Q    Do you know whether the regulations would permit

17  retailers to send out the annual notices without worrying

18  about the concept of householding that you mention?

19      A    I don't.

20      Q    Do you know whether the regulations would permit

21  retailers to send out the annual notices without checking

22  for the use of different names?

23      A    I don't.

24      Q    On page 5 of your report, you have Costs that

25  are necessary but not discretionary, and you talk about

Page 186

1   the need to draft the notice in customer-friendly

2   language, right?

3       A    Yes.

4       Q    Is it possible that customers could lift the

5   language for the annual notice essentially straight from

6   the regulations?

7       A    I would say it's possible.  I don't think people

8   would do that.

9       Q    At one point in the report, and I don't believe

10  it's in this paragraph -- oh, yes, it is.  I'm sorry.

11  Let me start over.

12          The first sentence says, "Regarding the language

13  of the Annual Purchase Summaries, we would expect that

14  the required information would need to be carefully

15  crafted and disclosed, similar to bank card and accounts

16  receivable notices."  In your experience, are retailers

17  doing extensive wordsmithing, so to speak, regarding bank

18  card and accounts receivable notices?

19      A    I would say most don't.

20      Q    Okay.  And why would they need to do it for the

21  regulations, but not bank card and accounts receivable

22  notices?

23      A    Because I think this will -- if they don't do

24  this, they have no chance of saving the sale.  I think

25  it's very much about you're going to lose sales, and I

Page 187

1    think that they can say what the State of Colorado

2    expects, but we can do it in a way that minimizes damage

3    hopefully.

4        Q     Are you aware of any studies or published

5    literature that would suggest that sales would be lost if

6    people are anticipating paying use tax?

7        A     I don't know anything about use tax.  You know,

8    I don't know the legal definition of that.  I will say

9    that anytime customers are going to pay more for the same

10   thing, they will generally change their purchasing

11   behavior, and my opinion is that this will reduce sales

12   by a considerable number.

13       Q     Okay.  I know that those opinions are in

14   Exhibit D so we'll get to those in a minute.  You

15   estimate in this paragraph 2 that, "There will be

16   professional fees and creative/development costs that may

17   be substantial (i.e., several thousand dollars) in

18   reviewing and finalizing the language of the notice."

19   How did you come up with the estimate of several thousand

20   dollars?

21       A     Again, anytime you ask an outside professional

22   to come in, I would expect that they would spend a day

23   helping you to make sure that you're doing it the most

24   customer sensitive way, and that may be a low number.

25       Q     Under paragraph 3, you have Costs that are

Page 188

1    discretionary but good business practice, and say, first,

2    "We believe that it would be prudent to have an internal

3    person on site at mailing service to assure privacy when

4    running and inserting the Annual Purchase Summary."  Is

5    it standard industry practice to send a person physically

6    to a mailing service?

7         A    If you're dealing with privacy information.

8         Q    What other situations have you experienced that

9    that's true?

10        A    We've had situations where, you know, if we were

11   using outside services to do notifications to customers

12   where we're changing, say, account numbers and everybody

13   gets a new card or some kind of change in billing, you

14   know, somebody that's there while those are being

15   produced.

16        Q    All right.  The next page of your report, which

17   is Exhibit B.1, at the bottom you list the Annual

18   Purchase Summaries having a variable cost of $2.00 to

19   $3.00 per customer statement mailed each year, and you

20   say if a retailer has 250 customers who purchase in

21   excess of $500, the mailing costs would be $500 to $750.

22   And that number would obviously be less for the retailers

23   who -- you had said most retailers -- will have fewer

24   than 250 customers, right?

25        A    Right.

1    Q    All right.   Exhibit C, the Customer Information

2    Report.   Now, is it your understanding that the

3    regulations do not require any sort of customer

4    information report if no customer spends more than $500

5    annually?

6    A    That's my understanding.

7    Q    Under Costs incurred to satisfy basic statutory

8    and regulatory requirements, you have steps 11 and 12,

9    which involve IT running a file of customers with a

10   Colorado ship-to address, and IT performing quality

11   control and formatting for transmission of the report.

12   What kind of quality control would IT need to do at this

13   stage?

14   A    To make sure that, you know, they loaded the

15   right file, that it was transmitted, that they got back

16   some kind of confirmation that it was accepted.   Just

17   some basic steps to ensure that, you know, they did it on

18   time and it was accepted, at least in part by the

19   Department of Revenue.

20   Q    And is that included in your total estimated

21   costs for the customer information report of $8,500 to

22   $13,000?

23   A    The line underneath No. 12 says that, I think,

24   right.

25   Q    I see.

Page 190

1       A    It says, "The relevant systems development costs

2    for these steps were also included in Exhibit B."  So the

3    costs are included for developing.

4       Q    Okay.  But not in the costs that you've

5    estimated for the customer information report?

6       A    No, no.

7       Q    The next paragraph talks about the

8    specifications that the Department of Revenue is going to

9    publish for transmitting the customer information report,

10   and you estimate that complying with the Department

11   specifications will add $1,000 to $3,000 to the costs.

12   How did you arrive at those numbers?

13      A    Well, first off, if the Department of Revenue

14   specifies something that retailers don't use generally as

15   software, I felt that we should recognize some kind of a

16   placeholder.  They would say we'd have to, you know,

17   purchase a piece of software to do that or a program --

18   you know, maybe change a series of programs that we have,

19   but certainly we've got to respond to it

20   electronically.

21      Q    So those costs could be less, depending on the

22   software specifications that the Department of Revenue

23   releases?

24      A    Yes.

25      Q    Would that portion of the costs ever be zero?

Page 191

1       A       Potentially.

2       Q       And in coming up with the 1,000 to 3,000 number,

3   did you refer to any literature or published studies?

4       A       No.

5       Q       Discuss that with any of the 17 companies with

6   whom you spoke?

7       A       No.  I used my own judgment.

8       Q       The next paragraph indicates that, "Customer

9   information and purchase information is protected by

10  privacy statutes and the data is typically encrypted when

11  sent between locations.  This is not specified in the

12  Colorado regulations and could increase costs."  And I

13  was a little bit confused about that.  What would

14  increase the costs?

15      A       Encryption.

16      Q       So the retailer company encrypting the data?

17      A       Right.

18      Q       And do the retailers already encrypt any of

19  their data?

20      A       There are a variety of different methods of

21  encryption.  We're dealing with something we don't know

22  from the Department of Revenue and, you know, we don't

23  know how to react to that until we see it.

24      Q       Is it possible that depending on what the

25  Department ultimately specifies that that cost could turn

Page 192

1    out to be zero?

2         A    It's a possibility.

3         Q    The second to the last paragraph on this page

4    says, "Companies will spend hundreds of hours of general

5    management, marketing, call center, IT and accounting

6    time interpreting and implementing this regulation in

7    their company business environment and systems."  And you

8    go on to estimate that it will take between 150 and 200

9    hours or between $7,500 and $10,000, separate and apart

10   from additional systems costs.  How did you come up with

11   the 150 to 200 hours?

12        A    Well, as we talked about this morning, the types

13   of people, meaning call center, marketing, fulfillment,

14   the general management of IT, that will have to make up a

15   committee that will determine what their company's

16   interpretation of the regulation is, how they're going to

17   need it, and how they are -- you know, what they're

18   determination is for what they need to do in terms of

19   changing what they do.  I think that's a conservative

20   estimate for the number of people and the salaries that

21   we see people paying.

22        Q    And so what was the hourly rate that you used

23   here for those types of management jobs?

24        A    Well, I don't exactly remember.  We could divide

25   it out and see, but I think you'll find it's in the

1   ballpark.

2        Q      Well, if we divide $7,500 -- hang on, I can't

3   use my phone, this calculator apparently.  All right.  If

4   we divide $7,500 by 150, you have $50 an hour.

5        A      And that's in line with what I said with the

6   call center training procedures.  So that's pretty low

7   when you put general management into it and so forth, so

8   if you take the $10,000.

9        Q      And in determining the hourly rate, again, you

10  did that based on your own experience; you didn't refer

11  to any published studies?

12       A      No.

13       Q      And in determining the 150 to 200 hours, again,

14  you relied on your general experience and didn't refer to

15  published studies?

16       A      Did not.

17       Q      Or do any studies of your own?

18       A      Did not.

19       Q      Did you talk to any of the 17 companies with

20  whom you spoke about this?

21       A      No.

22       Q      Did you attempt to break down, in terms of the

23  150 to 200 hours, how much of that would be management

24  versus marketing versus call center versus IT?

25       A      No, I didn't.

Page 195

1    comply with the regulations; is that right?

2        A    Yes.

3        Q    All right.  Let's go to Exhibit D.  Your second

4    bullet point on Exhibit D talks about the high cost of

5    losing customers and losing sales, and you include, "We

6    anticipate that this statute's requirement will cause a

7    major percentage of the customers to abandon the shopping

8    cart or stop and call the Call Center."  I think you've

9    already given the estimate that more than -- or at least

10   50 percent of customers will call the call center.

11       A    Yes.

12       Q    Have you made an estimate of how many customers

13   will abandon the shopping cart?

14       A    No.

15       Q    What would a major percentage of customers

16   abandoning the shopping cart be?

17       A    I would say somewhere between 25 and 50

18   percent.

19       Q    And on what data do you base your conclusion

20   that 25 to 50 percent of customers will abandon the

21   shopping cart?

22       A    That a high percentage of the Internet

23   transactions are abandoned because of price or ease of

24   use -- lack of ease of use of the site, and this is a

25   very negative thing.  You're telling the customer that

Page 196

1   after the fact you're going to pay more for that product,

2   and there's no -- you know, it's not going to build

3   sales.  It has to lose sales.

4        Q    And are there published studies in your field

5   that talk about the percentage of Internet transactions

6   that are abandoned because of price or ease of use?

7        A    Yes.

8        Q    And did you refer to any of those?

9        A    No.  I just read them all the time and take

10  those into account.

11       Q    And so the 25 to 50 percent is based on your

12  general experience then?

13       A    Yes.

14       Q    Did you discuss that with any of the 17

15  companies with whom you spoke?

16       A    No.

17       Q    And you haven't done any studies yourself?

18       A    No.

19       Q    You conclude that the regulations will cause

20  retailers to lose customers and sales, right?

21       A    Yes.

22       Q    Do you have any way to quantify how much

23  retailers will lose?

24       A    I can't mathematically do it, but I think about

25  how competitive today's retail environment is and if

Page 197

1   somebody is going to pay -- if a customer is going to pay

2   more from my -- as an out-of-state retailer than somebody

3   in state or someone else, then the person with the same

4   product, but a different price, the lower price often

5   gets the sale.

6           MS. SCOVILLE:  Could you read back my initial

7   question?  I'm sorry, I've already lost it.

8        (The question was read by the court reporter.)

9

10  BY MS. SCOVILLE:

11      Q     So I understand that, you know, this is based on

12  the competitive environment, but do you have any way to

13  quantify?

14      A     No.

15      Q     And you haven't done any studies yourself in

16  that area?

17      A     No.

18      Q     Have you discussed it with any actual

19  retailers?

20      A     No.

21      Q     In your experience working with clients in your

22  company, are there clients you've had who have

23  implemented governmental regulations that have caused

24  them to lose sales?

25      A     Not that I can think, no.

Page 207

1    purchasers, and that number is going to be lower once you

2    take the four bullet points --

3         A    Right.

4         Q    -- in Exhibit B into account?

5         A    Right.

6         Q    Okay.  If you could take a look at the first

7    page of Exhibit 10.  You have under "A. Conclusions", you

8    have, "The initial start up costs may be $34,000 to

9    $46,000 for small to moderate sized companies", and those

10   numbers were eventually revised downward, right?

11        A    Yes.

12        Q    And then if you would take a look at the

13   September 16th draft, which is Exhibit No. 9.

14        A    It's right here, I think.

15        Q    Thank you.  All right.  On page 4, you have

16   Initial cost to set up internal company program, Total

17   estimated costs, $28,000 to $38,000 per company.  Do you

18   see that?

19        A    Yeah.

20        Q    And those costs were also reduced down, right?

21        A    True.

22             MS. SCOVILLE:  Why don't you-all give me just

23   two or three minutes to check my notes, but I think I'm

24   done.

25                           (Break.)

Page 208

```
 1          MS. SCOVILLE:  Okay.  Very quickly, could you

 2    mark this as Exhibit 14, please.

 3                    (Exhibit No. 14 was

 4                    marked for identification.)

 5

 6    BY MS. SCOVILLE:

 7        Q    This is an e-mail from Matthew Schaefer to you

 8    on Wednesday, September 22nd, and in the last paragraph

 9    on the first page, Mr. Schaefer says, "On the substance,

10    I have few concerns, except that I want to be careful on

11    the Transactional Notice expense.  I have not asked any

12    client if they have calculated the cost of implementing

13    the website notice, or of modifying the invoice, but I

14    may want to validate if the expense is on the order of

15    $20,000."

16          Now, your estimates ultimately came in in the

17    range of $10,000 to $18,000.  Did you have any

18    discussions with Mr. Schaefer about whether he did

19    actually check those costs or talk to any DMA members

20    about your cost estimates on the transactional notice?

21        A    I did not.

22        Q    And do you know whether he, in fact, did contact

23    any members?

24        A    I don't know.

25          MS. SCOVILLE:  Then I think -- actually, I do
```

Page 209

1      want to mark one other exhibit.   This will be 15.

2                        (Exhibit No. 15 was

3                    marked for identification.)

4

5      BY MS. SCOVILLE:

6          Q     This is an e-mail from Mr. Schaefer to you on

7      September 23rd.  The first little square bullet point

8      says, A very first bullet point in the Statement of

9      Opinions that reads something like -- and then there's a

10     long quote.  And then he says, "Curt, if you feel on

11     solid ground, we might even add:  'Indeed, the initial

12     and ongoing expense may be so significant, that some

13     retailers may determine that it is cost-prohibitive to

14     continue marketing to Colorado consumers.')"

15             That statement, the one that Mr. Schaefer

16     suggested, does not appear in your final report, at least

17     in that form.  Can you tell me why you decided not to

18     include that statement in your initial statement of

19     opinions?

20         A     I had -- well, I told you --

21             MR. SCHAEFER:  Objection to form.  Go ahead.

22         A     I told you through today, I believe, in being

23     objective, and I talked to him and I didn't feel I could

24     support it.

25

Page 211

1      Q      -- word for word?  All right.  And then the last

2   sentence --

3      A      Not word for word because word for word down at

4   the bottom here says he wanted to know what the hours

5   were as a range and what the costs were so I had to work

6   through that.

7      Q      Okay.  And that language appears on the next

8   page of Exhibit C of your report, right, at the top of

9   the second page where it starts, Even making a very

10  conservative estimate of the additional time --

11     A      Yes.

12     Q      -- for preparing such a file, the time required

13  for such quality control/quality assurance tasks would be

14  between [x] and [y] hours, and in your report you

15  inserted the numbers, or between [z] and [zz] dollars,

16  and in your report you inserted $7,500 and $10,000 --

17     A      Right.

18     Q      -- separate and apart from additional systems

19  costs?

20     A      Yes.

21     Q      And that language also came from Mr. Schaefer

22  then, right?

23     A      Right.

24          MS. SCOVILLE:  Okay.  I have no further

25  questions.  Thank you.

Page 219

1     Q     Okay.  There will be a range of companies

2   affected of different sizes?

3     A     Yes.

4     Q     And as a consequence, there will be a range of

5   different costs depending upon the particular

6   companies?

7     A     Yes, there will.

8     Q     Was it your effort to identify a range of costs

9   in that regard?

10    A     In most cases, I have -- you have to deal with a

11  range of costs.  I wasn't trying to come up with a

12  specific individual company picture, and I didn't have

13  the specifics of, you know, average order, repeat buyers

14  and so forth, so we had to deal with general

15  principles.

16    Q     Were you asked to provide your opinion with

17  regard to the cost of compliance for companies affected

18  by the law?

19    A     Yes, I was.

20    Q     And are your opinions set forth in the expert

21  report of F. Curtis Barry that's marked as Exhibit 1?

22    A     They are.

23    Q     And are they contained in the statement of

24  opinions that appears on pages 1 through 3?

25    A     They are.

Page 220

1    Q      Do you have an opinion as to whether companies

2    that are required to comply with the new Colorado

3    statute, House Bill 101193, and the regulations that were

4    adopted pursuant to that law, will incur costs to satisfy

5    those requirements?

6    A      I think they will have to incur significant

7    costs, which I have generally summarized on page 2, and

8    in each of the Exhibits A, B, C, and I have generalized

9    potential expenses in Exhibit D.

10   Q      So you've evaluated the cost of compliance, as

11   you indicate, in regard to each of the broad requirements

12   of the new law?

13   A      Yes.

14   Q      And I think Ms. Scoville asked you questions

15   about the transactional notice requirement, the annual

16   purchase summary and the annual report to the

17   Department?

18   A      And I have broken the report down in that way.

19   Q      Now, with regard to the transactional notice

20   requirement, Ms. Scoville asked you a number of questions

21   about that, and turn to Exhibit A.1 of your report that's

22   marked as Exhibit 1.  The first item with a cost figure

23   attached to it at the top of the page indicates Modify

24   the e-commerce order path, and you made a range of costs

25   associated with modifying the e-commerce order path?

1       A     I did.   It was 5- to $10,000.

2       Q     And it indicates that that cost or another cost,

3    which is described as printing statement on invoice or

4    packing slip, would be a required cost.   Did you estimate

5    a cost for printing?

6       A     I did.   It was 5- to $10,000.

7       Q     Now, Ms. Scoville asked you about other possible

8    alternatives that she suggests might satisfy the

9    regulation.   The first of them is a packing insert,

10   separate from the invoice that would be placed in a box

11   with the product delivered to the customer.   Do you

12   recall those questions?

13      A     I do.

14      Q     First of all, is it your understanding that

15   either the words or the concept of a package insert are

16   anywhere within the regulation published by the

17   Department of Revenue?

18      A     I don't believe they are.

19      Q     Look at Exhibit 8.

20      A     Exhibit 8?

21      Q     Exhibit 8, which is a copy of the regulation.

22   If you turn to the page that's Bates stamped FCB 00016,

23   in the middle of the page, it's Item 2, Obligation to

24   give notice with each purchase, and then under Heading A,

25   it indicates that, "A non-collecting retailer must give

Page 225

1      A     Yes.

2      Q     So the notice is supposed to appear with the

3  price, according to the regulation?

4            MS. SCOVILLE:   Object to the form.

5  BY MR. SCHAEFER:

6      Q     In close proximity to the price?

7      A     That's my understanding from reading this.

8      Q     Okay.  I'm just talking about how that price on

9  a web order typically appears in the order path; on a

10  catalog order, it will appear on the invoice.

11      A     Or the customer service rep telling a

12  customer.

13      Q     Now, if we assume for the moment that a packing

14  insert would nevertheless satisfy the various

15  requirements of the Colorado regulation, is a packing

16  insert going to be an additional packing insert over and

17  above the invoice, presumably; that's what we were

18  talking about?

19      A     Yes.

20      Q     Is that going to be no cost to the retailer?

21      A     It is not no cost.

22      Q     It will be costs associated with putting in a

23  packing insert?

24      A     Yes.

25      Q     Have you had experience in working in

Page 226

1    fulfillment systems with packing inserts in the past?

2        A    All the time.

3        Q    What, on average, does a simple packing insert

4    cost to place in an individual package?

5        A    Under 10 cents.

6        Q    In this case, it needs to be provided with every

7    order?

8        A    From Colorado.

9        Q    So this would be something south of a dime, but

10   for every single order placed?

11       A    Yes.  And then with gifts and ship-to's, because

12   the package isn't going -- since the package is not going

13   to the purchaser, you'd have to have a separate notice

14   mailed to the purchaser.  In other words, we're not going

15   to put a notice in the box that this gift -- your

16   purchaser is going to have to pay the sales tax.  We're

17   not going to do that.  So we're going to have to take

18   that fact, whether it's a ship-to or a gift, and send

19   that to the purchaser.  Then the question I would think

20   would be, does it have to go first-class or can it go

21   bulk.

22       Q    So that would be an additional cost with the

23   ship-to's and gifts?

24       A    Yes.

25       Q    Ms. Scoville asked you questions as well about

Page 229

1       Q      Now, you also indicated in your report, as

2    represented here in Exhibit A.1 under the category

3    Necessary but not discretionary, that there will be costs

4    associated with call center training and procedures; is

5    that right?

6       A      Yes.

7       Q      And you've estimated those costs to be 2- to

8    $3,000?

9       A      Yes, not including the actual cost to train the

10   representatives, so that could be anywhere from 10 people

11   to 2,000.

12      Q      Whatever that measure, is it your opinion there

13   will be costs with regard to training call center

14   personnel?

15      A      Definitely will.

16      Q      Will there be costs associated with fielding

17   customer service calls regarding the Colorado

18   regulations?

19      A      Yes, there will.

20      Q      Do you have an opinion as to the amount of that

21   cost?

22      A      That's going to vary, again, on the number of

23   Colorado buyers, the number of, you know, people that

24   actually call the call center.   As I said in the report,

25   I thought it was about 50 percent of the Colorado

Page 230

1  purchasers will call.  So the size of the file, the

2  percent of people that call.

3      Q    Did you do an estimate of a per call basis as we

4  talked about earlier?

5      A    I did, and it's a dollar and a half to two

6  dollars a call.

7      Q    And is it your opinion that there will be a cost

8  associated with obtaining the advice of professionals

9  regarding how to comply with the transactional notice

10 requirement?

11     A    I believe there will.

12     Q    Have you estimated that cost?

13     A    I have.  It's here in the report.  Initially,

14 3- to $5,000, and then on an ongoing basis from Year 2

15 forward of $1,500 to $2,000.

16     Q    Is there any question in your mind that

17 companies will incur these sets of costs, these types of

18 costs in order to comply with the transactional notice

19 requirement?

20     A    No question whatsoever.

21     Q    With regard to the annual purchase summary, we

22 talked briefly about just the cost of the mailing.  If

23 you will look at Exhibit B of your report at page 4.

24 Page 4 of Exhibit B.

25     A    Okay.

Page  231

1        Q       You spent some time talking with Ms. Scoville

2    about the four bulleted items there toward the top of the

3    page.

4        A       Yes.

5        Q       I believe your testimony was essentially the sum

6    of these costs was something you used to calculate the

7    total per piece mailing cost?

8        A       Yes.

9        Q       If we do that just briefly, starting at the

10   bottom bullet, how much will first-class mail postage

11   cost per piece?

12       A       44 cents if the company doesn't add more inserts

13   than can go for that per piece cost.

14       Q       And if we take the next bullet up, the low end

15   of supplies, just for now the low end of supplies per

16   piece?

17       A       10 cents.

18       Q       So 44 cents, plus 10 cents.  The mailing service

19   costs, what's the low end of the range?

20       A       $1.25.

21       Q       So if we add that into the mix as well.  There

22   is in the same bullet an estimate of about $100 to $200

23   set-up cost?

24       A       Yes.

25       Q       And you've used, I think, an estimate of 1,000

Page  232

1   names processed as a basis for evaluating this; is that a

2   fair characterization?

3        A    Yes.

4        Q    Taking the low end of that of $100 per 1,000,

5   what's the per piece additional cost for those set-up

6   charges?

7        A    The low end would be $2.00, if I understand your

8   question.

9        Q    Well, is it $100 over 1,000 pieces?

10       A    Yes.  I'm sorry.  10 cents.

11       Q    10 cents?

12       A    Yes.

13       Q    So another 10 cents.  And then in your top

14   bullet, production run time, there's another set-up fee.

15   Taking the low end, $200 --

16       A    Yes.

17       Q    -- per 1,000 pieces?

18       A    Right.  So that would be another 20 cents.

19       Q    20 cents.  Add those up, 44 cents, 10 cents,

20   $1.25, 10 cents and 20 cents, if you trust my math, by my

21   calculation that's $2.09?

22       A    Okay.

23       Q    Now, you indicated, I think, production run time

24   costs you weren't able to quantify per se?

25       A    No.

Page 233

1      Q      But they would add some additional costs to that
2 per piece?
3      A      They may be the biggest cost on this page.  They
4 may be something -- not the biggest.  Excuse me.  They
5 will be a significant cost.  For example, when we do FTC
6 notices, Fair Trade Commission notices, on backorders, we
7 have done cost studies that we're using backorder cost
8 studies that it costs 50 cents to $1.00 to produce that
9 kind of notice.  So it's not an insignificant cost.
10      Q      Without quantifying the per piece cost, when you
11 add it to $2.09 per piece, does that form the basis for
12 your estimate of the per piece cost overall?
13      A      It does, $2 to $3.
14      Q      Now, Exhibit B, pages 1 to 2, at the bottom of
15 page 1 over to page 2, summarizes these 12 steps that you
16 indicated --
17      A      Right.  Yeah.
18      Q      -- a company will be required to execute in
19 order to generate a data file for purposes of creating
20 the annual purchase summary and the information report to
21 the Department.  Is that a fair characterization?
22      A      Yes.
23      Q      Can you talk for a moment, just generally, about
24 direct marketers' customer files?  I think there's a
25 perception that this data is simply sitting there and

Page 234

1  easily manipulated, and if you can tell us something

2  about what the file is like, I think it would help

3  explain your opinion.

4       A    Okay.   In the customer part of the system, there

5  are literally dozens of data elements, maybe in some

6  systems hundreds, because if they -- depending on how

7  many years of data they hold at once.   So companies are

8  very careful about what they do and who has access to

9  these files in terms of manipulating and using that

10 information.

11      Q    When you say "data elements", what do you

12 mean?

13      A    Customer name, address, the date of a purchase,

14 if they use a category, the item description, the retail

15 price, whether it was a personalized item, you know, when

16 it shipped, if it went on backorder, what the total costs

17 of the various elements as we talked about, the

18 merchandise, the services, the tax, any fees.

19      Q    Some of these data elements, in fact, require

20 multiple fields.   For example, address has multiple

21 fields; is that --

22      A    Right, four or five lines.   You think of it as

23 lines, but it may actually be 8 or 10 different fields,

24 for like a title, meaning Mr. and Mrs., or a suffix like

25 Sr. or Jr.   You know, if there's an apartment or a suite,

1  those might be in separate fields.

2      Q    And you've indicated in response to questions

3  just a little while ago that some companies have as many

4  as millions of one-year buyers?

5      A    That's true.

6      Q    Even small companies may have 80,000 to 100,000

7  one-year buyers?

8      A    Yes.

9      Q    For each of those buyers, there are these dozens

10 of data elements?

11     A    Right.

12     Q    So these are massive data files?

13     A    They are.

14     Q    In order to manipulate those data files, in

15 order to extract information to create an annual purchase

16 summary or extract information in order to create an

17 annual disclosure report, can you explain from your

18 experience what will be involved?

19     A    Well, the person doing that -- we're talking

20 about writing programs so we don't just have some extract

21 that we can pull that information out, so we have to, you

22 know, we have to design the total system of what we want

23 this system to do, as I've outlined here in these 12

24 steps, and we have to decide how are we going to -- if we

25 were to do this, how are we going to meet the three basic

1   parts to the regulation, and then design at a detailed

2   level, what does that look like.   For example, it may --

3   you know, it definitely will be how the customer

4   disclosure looks.   You have to literally outline it with

5   put this field there, put this field there, put this

6   field there.   You have to understand the database or the

7   file system and how big those fields are so that you're

8   designing something that when you go to print it, it

9   doesn't truncate or, even more importantly, that you

10  don't accidentally do something to that customer file by

11  updating it when you didn't intend to.   You know,

12  companies treat that as really highly proprietary data.

13  It's a major asset of the company.

14      Q    Is that process complicated at all if you have,

15  for example, multiple customer names for an individual

16  customer?

17      A    You can, and that's why, as I cited in this

18  report, complications, in terms of the school system

19  example that I used, is a very real business-to-business

20  problem where you want to make sure that you are

21  identifying the purchaser in the proper manner.   In terms

22  of householding, the reason that that's an issue is that

23  often marketers will determine that they don't want to

24  send multiple promotions, the identical promotion to more

25  than one person in a household.   So some companies will

Page 237

1    say send it to everybody that used a name to buy in a

2    household.  Others will say because of the cost of, say,

3    a catalog, just send one, or make it say to the residence

4    at this address.  So it varies by company.  That's why it

5    becomes more complex.  It's not just the straight file

6    that we print off of.

7        Q    If you look at Exhibit 8, the regulation, page

8    FCB 00018 -- it's the regulation.

9        A    Oh, regulation.  I'm sorry.  18?  Okay.

10        Q    Subheading 3 there says, Obligation to give

11    Colorado purchasers notice of Colorado purchases.  Do you

12    see that?

13        A    Yes.

14        Q    And Item A then describes what must be contained

15    within the notice to Colorado purchasers?

16        A    Yes.

17        Q    First, other than the words "important tax

18    document enclosed", does this purport to actually provide

19    the specific language that would be contained?

20        A    It does not.

21        Q    If you look at (ii), it indicates the notice

22    must summarize the dates of purchases, a description of

23    the type of items purchased, and the dollar amounts of

24    those purchases?

25        A    Yes.

Page  238

1        Q      So is it your understanding that the annual

2    purchase summary has to contain information about each

3    particular purchase string?

4        A      My understanding is that it has to summarize --

5    the regulation doesn't use the word "categories of

6    merchandise", but it says description of the type, that

7    it's somehow summarizing, and many small direct marketers

8    don't use categories so they may have to actually -- they

9    may best provide the customer with the individual

10   transactions, even though that wasn't the intent.  Let me

11   give you an example.  Even in big businesses, meaning

12   people doing, say, $200,000,000 a year, they might only

13   have, say, 25 different categories of product.  They

14   might have 50,000 different products in a year.  So many

15   times they use categories in ways that are meaningful to

16   them from a merchandising point of view, but meaningless

17   to the customer.  You know, you could have camping

18   equipment that has backpacks and accessories.  When a

19   customer gets this at the end of the year, he may say,

20   Well, I bought, you know, tent stakes.  I didn't buy what

21   camping equipment.  It may not register.  So it's not,

22   it's not a -- in my opinion, it's not a very good way to

23   communicate to customers if you don't use that in your

24   business.

25       Q      The annual report to the Department, by

Page 239

1   contrast, does not require the listing by date; is that

2   your understanding?

3       A    That's my understanding.

4       Q    Does that mean, in effect, it is a different

5   file than the file that will be used to create the annual

6   purchase summary?

7           MS. SCOVILLE:  Object to the form.

8           THE WITNESS:  Could you restate the question?

9   BY MR. SCHAEFER:

10      Q    The output of this process of extracting data

11  from the retailer's customer file, in the case of the

12  annual purchase summary, that output needs to include

13  this detail by date, by description?

14      A    Yes.

15      Q    The output for the annual purchase summary

16  doesn't need to include those same elements?

17      A    Right.  So we're going to have to manipulate it

18  in some way.  It's not just identical.

19      Q    There's a recipient of the annual disclosure

20  report file, correct?

21      A    Yes.

22      Q    And who's that, the recipient?

23      A    The annual disclosure --

24      Q    Report.

25      A    -- report is the Department of Revenue.