**From:** Curt Barry
**To:** Matthew P. Schaefer
**Subject:** follow up to complete doc
**Date:** Thursday, September 16, 2010 4:56:16 PM
**Attachments:** SystemRequirementsCosts 9-16-10.doc

1. I think I'm at a point where I need strong input from you. ==Made a fair number of changes shown in green==
2. I'm thinking we need a detail numbers sheet. It will improve the readability to read the opinion quickly for those that don't really want to see details.
3. Can we answer questions in my write up from 9-15-10?
4. Thinking more about multiple purchases
   a. Most consumer catalogs only have 2 purchases or less per year
   b. Most have $100 or less in avg order, so few are going to hit $500
   c. Affects B to B too? B to B may have higher avg order
5. With a little additional time should I refine cost to change the order management systems? We could probably do with two major vendors fairly quickly?
6. To figure number of call center calls etc. how about if we figure 50%?
7. Someone told me Amazon has sued Colorado over this. True?

*[handwritten: CWT, WatSol, PwS]*

Curt Barry
President
**F. Curtis Barry & Company**
cbarry@fcbco.com

(P) 804-740-8743
(F) 804-740-6179
www.fcbco.com
www.managemetrix.com

Confidentiality Notice: The information in this document is confidential. It is intended only for the use of the named recipient. Internet communications are not secure and therefore our Company does not accept legal responsibility for the contents of this message. If you are not the intended recipient, please notify us immediately and then delete this document.

*[Exhibit stamp: EXHIBIT 3, 10.19.10]*