| | |
|---|---|
| **From:** | Curt Barry |
| **To:** | Matthew P. Schaefer |
| **Subject:** | report |
| **Date:** | Thursday, September 23, 2010 2:01:57 PM |
| **Attachments:** | Report of F Curtis Barry 9-22-10.doc |
| **Importance:** | High |

Matt

Confirm receipt.

I have talked to 15 companies today. 50% had no awareness of this regulation which is very worrisome and disconcerting in trying to estimate costs. So the impressions and costs were all over the place. I took your advice and cut the costs down considerably to avoid issues.

I have computer issues and can't print. I am taking a break. Let me know what you think.

Curt Barry
President
**F. Curtis Barry & Company**
cbarry@fcbco.com

(P) 804-740-8743
(F) 804-740-6179
www.fcbco.com
www.managemetrix.com

Confidentiality Notice: The information in this document is confidential. It is intended only for the use of the named recipient. Internet communications are not secure and therefore our Company does not accept legal responsibility for the contents of this message. If you are not the intended recipient, please notify us immediately and then delete this document.



FCB 00314