Timesheet for Brann & Isaacson
For DMA Colorado sales tax

| All time is in hours | | | | | | | |
|---|---|---|---|---|---|---|---|
| Sun | Mon | Tues | Wed | Thurs | Fri | Sat | Total |
| 8/29/10 | 8/30/10 | 8/31/10 | 9/1/10 | 9/2/10 | 9/3/10 | 9/4/10 | |
| | | | set Thurs call | GI and MS call to review case; my avail; engaged on assignment; | received 3 docs; | | |
| | | | | 0.50 | | | 0.50 |
| Sun | Mon | Tues | Wed | Thurs | Fri | Sat | Total |
| 9/5/10 | 9/6/10 | 9/7/10 | 9/8/10 | 9/9/10 | 9/10/10 | 9/11/10 | |
| | read materials | read materials | read materials, start doc | working on doc; Rule 26 discl; | working on doc; rule 26 discl; set 9-20 deadline; | MS sent shell format; principles and methods need to be in report; | |
| | 1.00 | 1.00 | 2.00 | 1.50 | 1.25 | 2.00 | 8.75 |
| Sun | Mon | Tues | Wed | Thurs | Fri | Sat | Total |
| 9/12/10 | 9/13/10 | 9/14/10 | 9/15/10 | 9/16/10 | 9/17/10 | 9/18/10 | |
| | | working on SysReqCosts doc; | MS sent shell format; explain sources and principles and methods how arrived at decisions; drafting SysReqCosts findings ; review via tele MS; | CB Sent MS SysReqCosts - green update doc; | CB sends CV; | waiting on MS for doc comments | |
| | | 2.00 | 4.25 | 4.00 | 0.50 | | 10.75 |

EXHIBIT 7 10.19.10 MA
PENGAD 800-631-6989

FCB 00150

Timesheet for Brann & Isaacson
For DMA Colorado sales tax

| Sun 9/19/10 | Mon 9/20/10 | Tues 9/21/10 | Wed 9/22/10 | Thurs 9/23/10 | Fri 9/24/10 | Sat 9/25/10 | Total |
|---|---|---|---|---|---|---|---|
| Waiting on MS; | waiting on MS for comments; CB sent partial article list compiling from MCM archives and assignment letter agreemt; | divide into exhibits by statutory req and calc cost by req; three categories of costs; CB working on rewrite doc; Casual Male case design; finish compile articles; prep engagement letter; | CB formats into new format; sends report to MS and Bob B reads and gives his ideas for improvement; | MS sends comments about sharpening up opinions; MS comments about costs; CB reviews ideas on sources and opinions w/ MS for report; contacted/interviewed 15 companies to validate cost of changing; write report; sent back to MS; | cont proof doc; MS edits and returns doc 1st for corrections; CB edits and sends 2nd time; finish final draft for court deadliine of afternoon; MS sends back final after assistant reformats doc; sched-place deposition; | CB reviews, corrects final; sends corrections; addn. articles; place deposition; | |
| | 3.00 | 2.00 | 2.00 | 6.00 | 5.50 | 3.00 | 21.50 |

| Sun 9/26/10 | Mon 9/27/10 | Tues 9/28/10 | Wed 9/29/10 | Thurs 9/30/10 | Fri 10/1/10 | Sat 10/2/10 | Total |
|---|---|---|---|---|---|---|---|
| place deposition; | MS made edits; reviewed w/ GI; concern about per transaction cost underplayed; CB to review doc; | CB sent corrections; 2 addn. interviews; PCI compliance concerns; asked for letter agreemt; | asked for letter agreemt; | | CB read final; CB schedule; | CB schedule; | |
| | 1.00 | 0.50 | | | 0.75 | | 2.25 |

FCB 00151

Timesheet for Brann & Isaacson
For DMA Colorado sales tax

| | | | | | | | |
|---|---|---|---|---|---|---|---|

Timesheet for Brann & Isaacson
For DMA Colorado sales tax

| Sun | Mon | Tues | Wed | Thurs | Fri | Sat | Total |
|---|---|---|---|---|---|---|---|
| 10/3/10 | 10/4/10 | 10/5/10 | 10/6/10 | 10/7/10 | 10/8/10 | 10/9/10 | |
| | Review docs and notes for discovery; | Review docs and notes for discovery | | | | | |
| | 1.00 | 0.50 | | | | | 1.50 |
| | | | | | | | 45.25 |