**Curt Barry**

| | |
|---|---|
| From: | Christina Bailey |
| Sent: | Monday, October 04, 2010 1:48 PM |
| To: | Curt Barry |
| Subject: | FW: Your print quote is ready |
| | |
| Follow Up Flag: | Follow up |
| Flag Status: | Red |

Christina Bailey
Office Manager
F. Curtis Barry & Company
cbailey@fcbco.com

(P) 804-740-8743
(F) 804-740-6179
(C) 804-525-0616
www.fcbco.com
www.managemetrix.com
Confidentiality Notice: The information in this document is confidential. It is intended only for the use of the named recipient. Internet communications are not secure and therefore our Company does not accept legal responsibility for the contents of this message. If you are not the intended recipient, please notify us immediately and then delete this document.

From: Curt Barry
Sent: Thursday, September 16, 2010 12:30 PM
To: Christina Bailey
Subject: RE: Your print quote is ready

This isn't right it's supposed to be 1st class.  Please correct

Curt Barry
President
F. Curtis Barry & Company
cbarry@fcbco.com

(P) 804-740-8743
(F) 804-740-6179
www.fcbco.com
www.managemetrix.com

Confidentiality Notice: The information in this document is confidential. It is intended only for the use of the named recipient. Internet communications are not secure and therefore our Company does not accept legal responsibility for the contents of this message. If you are not the intended recipient, please notify us immediately and then delete this document.

-----Original Message-----
From: Christina Bailey
Sent: Wednesday, September 15, 2010 6:18 PM
To: Curt Barry
Subject: FW: Your print quote is ready

They sent me another quote, also when you click on the link and the click view order it gives you more of a breakdown.

Christina Bailey
Office Manager

1



FCB 00002

F. Curtis Barry & Company
cbailey@fcbco.com

(P) 804-740-8743
(F) 804-740-6179
(C) 804-525-0616
www.fcbco.com
www.managemetrix.com

Confidentiality Notice: The information in this document is confidential. It is intended only for the use of the named recipient. Internet communications are not secure and therefore our Company does not accept legal responsibility for the contents of this message. If you are not the intended recipient, please notify us immediately and then delete this document.

-----Original Message-----
From: Silver Team <silverteam@printingforless.com> Silver Team
[mailto:silverteam@printingforless.com]
Sent: Wednesday, September 15, 2010 4:27 PM
To: Christina Bailey
Subject: Your print quote is ready

Hi Christina,

Thank you for the opportunity to provide the following quote for your printing needs. We look forward to working with you!

View your quote details and place an order at MyPFL, your secure print project management site:
http://mypfl.com/ViewQuotes.aspx?K=4705333718&A=FCUR20573

MyPFL also lets you easily place orders from quotes using your saved account info, request new quotes, track the progress of your orders and much more.

Or give us a call at 1-800-930-7019 and we'll get your project going right away!

For your convenience, a summary of your quote is also included below.

Every order from PFL includes on-time delivery, award-winning customer service with live phone support, and the highest quality printed products - all backed by our rock-solid 100% satisfaction guarantee.

Quote # CQ356801001
------------------------
Project Name: Mailing Envelopes

4.125 X 9.5 Envelopes
4-Color/None
70# Uncoated Text

Normal-10 Day Production (after proof approval) Bulk Mail

---QUANTITY: 250 pieces
ORDER TOTAL: $318.50
Unit Price: $1.27


PLEASE NOTE: The prices and production speed quoted are based on the information you provided about your project, and are subject to change when we review your files. If there are any changes to the price or timeline, we'll contact you promptly.

Have any questions? Please don't hesitate to call or email us. We're available weekdays between 7am and 7pm, MST.

Silver Team
Technical Service Representatives
1-800-930-7019

FCB 00003

silverteam@printingforless.com
Patrick Sherrill
Lukas Fleener
Megan Costello

PrintingForLess.com
America's Print Shop

For a look at the Silver Team
http://www.printingforless.com/tsrteamsilver.html

FCB 00004



1-800-930-7019     myPFL Home | myOrders | myQuotes | Bookmark This Page | Logout              Tell a Friend

**Pricing & Ordering**

**Brochures**
8-1/2 x 11
8-1/2 x 14
11 x 17
11 x 25-1/2
Posters
Brochure Holders

**Cards**
Business Cards
Postcards
Bookmarks
Club Cards
Door Hangers
Folded Business Cards
Greeting Cards
Note Cards
Rack Cards
Rack Card Holders

**Newsletters**
8-1/2 x 11
11 x 17
11 x 25-1/2

**Stationery**
Letterhead/Envelopes
Letterhead Only
#10 Envelopes
Large Envelopes

**Catalogs/Booklets**
5-1/2 x 8-1/2
8-1/2 x 11
Calendars
Coil Bound Booklets

**Folders**
Presentation Folders
File Folders

**Custom & Other**
Carbonless Forms
CD Covers
Hang Tags
Large Posters
Note Pads
Statement Stuffers
Table Tents
Custom Printing

### All Quotes
### 3 Quotes

| Date | Quote | Project | Client | Product | Delivery | Quantity | Price | |
|---|---|---|---|---|---|---|---|---|
| 9/16/2010 | CQ356801003 | Mailing Envelopes | | 4.125 X 9.5 Envelopes<br>4-Color/None<br>70# Uncoated Text | Normal-10 Day<br>1st Class | 250 | $361.00 | View/Order |
| 9/15/2010 | CQ356801001 | Mailing Envelopes | | 4.125 X 9.5 Envelopes<br>4-Color/None<br>70# Uncoated Text | Normal-10 Day<br>Bulk Mail | 250 | $318.50 | View/Order |
| 9/15/2010 | CQ356796001 | Inserts | | 8.5 X 11 Brochures<br>4-Color/4-Color<br>70# Uncoated Text<br>Tri Fold<br>Collate/Insert/Seal - #10 Env, 3 pieces<br>Variable Data (please note, font and quality of this variable data will be different from printed piece), Black | Normal-6 Day<br>Custom - will be inserted into #10 and mailed - no shipping required | 750<br>(3 versions) | $958.93 | View/Order |

Request a New Quote

Home | Pricing Info | Help Center | FAQ | Site Map | Request Samples | About Us
Brochures | Cards | Newsletters | Stationery | Catalogs/Booklets | Folders | Custom & Other

Copyright © 1996-2010 PrintingForLess.com. All Rights Reserved.
Please note that PrintingForLess.com's business methods and systems functionality incorporated on this site are Patent Pending.
silverteam@printingforless.com
1-800-930-7019

**Have a Question?**
 Call Our Experts at 1-800-930-7019
7am-7pm MST M-F
- Or -
 Email Us at:
silverteam
We'll respond in the next business hour.



https://mypfl.com/ViewQuotes.aspx?K=4705333718&A=FCUR20573                                  10/4/2010

FCB 00005