FCB 00092

*Multichannel Operations & Fulfillment Consultants*

# F. Curtis Barry & Company

Printing Dept WC - 282-2739
ending

$455

total
1,400

Printersmark - 388-4455
Waiting on call from = Price per 500
Mark Henderson

b15 envelopes, Flyers $105.00  Addressing $90
$25 match mail, Postage $1,271.500 = $135.00

Printing for Less - 816-725-7120
Sunstin — emailing

750 — $958.93

1897 Billingsgate Circle, Suite 102 • Richmond, Virginia 23238-4239
804-740-8743 • FAX 804-740-6179 • Website: www.fcbco.com

My assistant
made some calls
for me to local
mailing services.
These are her notes.

Curt Barry
10-15-10

found in an unrelated
folder.

EXHIBIT
13
10.19.10 ML