

 **Knowledge**
**N E T W O R K S**

Project Statement
CO Tax Policy
Project #: _____

| Client:<br>☐ Send invoices to this address. | Tom Adler<br>**Resource Systems Group, Inc.**<br>205 West Wacker Drive, Suite 615<br>Chicago, IL 60606 | Phone: (802) 295-4999<br>Fax: _____<br>Email: tadler@rsginc.com |
|---|---|---|
| **Client Accounts Payable Contact:**<br>☐ Send invoices to this address. | Contact: | Phone: _____<br>Fax: _____<br>Email: |
| **Project Name:** | **CO Tax Policy** | |

**Description of Project:**

This is a sample-only project for Resource Systems Group, Inc. The end-client is a non-partisan industry group.

**Target Population**
- The survey sample will target the following population: adults, age 18+, who live in CO and have purchased products from an online or catalog retailer in the past six months
  - Incidence rate of 90% (pilot will determine incidence rate and will guide contract modification, if necessary)
    - A screener of one (1) minute or less will determine eligibility into the survey

**Interview Sample Sizes**
- A total of 1,000 completed interviews from the Main Study.
  - Sample will come from both the Knowledge Networks web-enabled panel and an opt-in panel. KN will maximize the number of completed interviews it can achieve on-panel.

**Questionnaire**
- Survey will take 10 minutes on average for participants to complete.
- The client will program the survey and conduct full quality control testing
- KN will screen respondents on our server then re-direct to client's system to take the survey. At the end of the survey, the respondents will be automatically redirected to KN server. For KN interviews, the survey will end. For off-panel interviews, KN will collect standard demographics.

**Data Collection**
- The client would like to run a pilot of n=250. This pilot will be comprised of both on- and off- panel cases.
- The Main Study data collection will commence only after receiving the approval from the Client.
- The survey field period will be a minimum of 10 calendar days.
- With the Client's approval, the survey field period will be 14 to 21 days to maximize the survey completion rate.
- Up to 2 email reminders will be sent to non-responders to encourage response

**Deliverables**
- Sample for the project
- General demographic profile data (listed in Attachment A: Standard Demographic Profile Variables) provided for all interviews (including both on and off panel)
- Statistical weights incorporating the probabilities of selection and population benchmarks from US Census Current Population Survey

**Project Schedule: TBD**
- Final survey program received from Client
- Pilot field period
- Main survey field period
- Deliverables sent electronically to Client

| **Period of Performance** | Project Start Date:6/1/2010<br>Project End Date:7/31/2010 |
|---|---|
| **Format of deliverables** | ELECTRONIC |
| **Survey Research Projects:**<br>(if applicable) | # of Qualified Completes: 1,000<br>Incidence Rate: 90% among CO residents  Interview Length: 10 minutes |
| **Fee** | $11,860.00 |

After signing this document, please fax to Knowledge Networks at 650-289-2001 [ATTN: Mike Dennis]  or email PDF image to
mdennis@knowledgenetworks.com                                                    May 27, 2010

| | Client agrees that the Fee may be increased if the incidence is lower than anticipated, if the questionnaire length is longer than indicated above, or if material changes to the project are requested by Client. Client shall be responsible for all taxes, charges or duties including, without limitation, sales, use, value added, royalty or withholding taxes, imposed by a governmental entity on deliverables or services provided under this Project Statement, excluding taxes based on Knowledge Networks' net income. If Knowledge Networks is obligated to collect taxes, then the appropriate amount will be added to Client's invoice. |
|---|---|
| **Payment Schedule or Special Invoicing Instructions:** | Unless otherwise noted above, fifty percent (50%) of the Fee is due and payable upon signing of this Project Statement. Final deliverables (i.e., data files, codebooks, reports, presentations, workshops, etc) will be supplied only after Knowledge Networks has received payment of the first invoice. |
| **Terms:**<br>**Master Contract #**<br>**(if any):** | 1. This Project Statement incorporates and is governed by the "Standard Terms and Conditions" set forth on Knowledge Networks' web site http://www.knowledgenetworks.com/company/standard-terms_conditions.html), unless otherwise agreed in writing by Knowledge Networks and Client.<br>2. The Client and its directors, officers, employees, consultants and agents are expressly prohibited from using any information about KN survey respondents for the purpose of identifying the respondents.<br>3. The Client will use the delivered survey data only for analysis and reporting at the aggregate level without disclosure risk for the personal identification of research subjects, and for calibrating sample weights for statistical purposes.<br>4. The Client agrees to have any third parties who will have access to identifying information about KN survey respondents sign a nondisclosure agreement prohibiting disclosure of personal identifying information.<br>5. The Client will cite Knowledge Networks as the survey research firm that collected the survey data for the study, and the Client will cite KnowledgePanel® as the source of the survey sample. Attachment B contains the authorized language to use to describe KN as a company and its panel methodology which should be used in any press release, announcement, papers, articles, presentations or other publications. Prior to using the language, notify your Knowledge Networks representative. |

**Agreed And Accepted:**

Knowledge Networks, Inc.                                    Resource Systems Group, Inc.


_____                                    _____
Signature                                                    Signature

J. Michael Dennis
SVP, Government & Academic Research

_____                                    _____
Print name and title                                         Print name and title

May 27, 2010
_____                                    _____
Date                                                         Date


Notices and Contracts to Knowledge Networks to be sent to:

        J. Michael Dennis, Ph.D.
        EVP, Government & Academic Research
        Knowledge Networks, Inc.
        1350 Willow Road, Ste. 102
        Menlo Park, CA 94025
        (650) 289-2160 office
        (650) 289-2001 fax
        mdennis@knowledgenetworks.com


After signing this document, please fax to Knowledge Networks at 650-289-2001 [ATTN: Mike Dennis] or email PDF image to
mdennis@knowledgenetworks.com                          May 27, 2010

RSG 00311

### Attachment A:  Demographic Profile and Other Supplemental Data Provided for Each Project

| Variable | Values | Available for Teens? |
|---|---|---|
| Age | Actual age in years | Yes |
| Age, 7 categories | 1 = 18-24; 2 = 25-34; 3 = 35-44; 4 = 45-54; 5 = 55-64; 6 = 65-74; 7 = 75+ | Yes |
| Age, 4 categories | 1 = 18-29; 2 = 30-44; 3 = 45-59; 4 = 60+ | Yes |
| Education (14 categories) | 1 = No formal education<br>2 = 1st, 2nd, 3rd, or 4th grade<br>3 = 5th or 6th grade<br>4 = 7th or 8th grade<br>5 = 9th grade<br>6 = 10th grade<br>7 = 11th grade<br>8 = 12th grade NO DIPLOMA<br>9 = HIGH SCHOOL GRADUATE - high school DIPLOMA or the equivalent GED)<br>10 = Some college, no degree<br>11 = Associate degree<br>12 = Bachelors degree<br>13 = Masters degree<br>14 = Professional or Doctorate degree | Yes |
| Education (4 categories) | 1 = Less than HS<br>2 = HS<br>3 = Some college<br>4 = Bachelors degree or higher | Yes |
| Race/Ethnicity | 1 = White, Non-Hispanic<br>2 = Black, Non-Hispanic<br>3 = Other, Non-Hispanic<br>4 = Hispanic<br>5 = 2+ races, Non-Hispanic | Yes |

After signing this document, please fax to Knowledge Networks at 650-289-2001 [ATTN: Mike Dennis]  or email PDF image to mdennis@knowledgenetworks.com                     May 27, 2010

RSG 00312

| Gender | 1 = Male | Yes |
|---|---|---|
| | 2 = Female | |
| Household Head | 0 = No | No |
| | 1 = Yes | |
| Household Size (from Recruitment) | Total number of members in household | Yes |
| Housing Type | 1 = A one-family house detached from any other house | Yes |
| | 2 = A one-family house attached to one or more houses | |
| | 3 = A building with 2 or more apartments | |
| | 4 = A mobile home | |
| | 5 = Boat, RV, van, etc. | |
| HH Income (profile and imputed) | 1 = Less than $5,000; 2 = $5,000 to $7,499 | Yes |
| | 3 = $7,500 to $9,999; 4 = $10,000 to $12,499 | |
| | 5 = $12,500 to $14,999; 6 = $15,000 to $19,999 | |
| | 7 = $20,000 to $24,999; 8 = $25,000 to $29,999 | |
| | 9 = $30,000 to $34,999; 10 = $35,000 to $39,999 | |
| | 11 = $40,000 to $49,999; 12 = $50,000 to $59,999 | |
| | 13 = $60,000 to $74,999; 14 = $75,000 to $84,999 | |
| | 15 = $85,000 to $99,999; 16 = $100,000 to $124,999 | |
| | 17 = $125,000 to $149,999; 18 = $150,000 to $174,999 | |
| | 19 = $175,000 or more | |
| Marital Status | 1 = Married | No |
| | 2 = Widowed | |
| | 3 = Divorced | |
| | 4 = Separated | |
| | 5 = Never married | |
| | 6 = Living with partner | |
| MSA Status | 0 = Non-Metro | Yes |
| | 1 = Metro (as defined US OMB Core-Based Statistical Area) | |
| Internet access | 0 = No | Yes |
| | 1 = Yes | |
| Ownership Status of Living Quarters | 1 = Owned or being bought by you or someone in your household | No |
| | 2 = Rented for cash | |
| | 3 = Occupied without payment of cash rent | |
| Region 4 (U.S. Census) | 1 = Northeast | Yes |
| | 2 = Midwest | |
| | 3 = South | |
| | 4 = West | |

After signing this document, please fax to Knowledge Networks at 650-289-2001 [ATTN: Mike Dennis]  or email PDF image to mdennis@knowledgenetworks.com                    May 27, 2010

RSG 00313

| | | |
|---|---|---|
| Region 9 (U.S. Census) | 1 = New England<br>2 = Mid-Atlantic<br>3 = East-North Central<br>4 = West-North Central<br>5 = South Atlantic<br>6 = East-South Central<br>7 = West-South Central<br>8 = Mountain<br>9 = Pacific | Yes |
| State | State of residence | Yes |
| Total no. of HH members age 1 or younger | Number of household members in age group | |
| Total no. of HH members age 2 to 5 | Number of household members in age group | |
| Total no. of HH members age 6 to 12 | Number of household members in age group | Yes |
| Total no. of HH members age 13 to 17 | Number of household members in age group | |
| Total no. of HH members age 18 or older | Number of household members in age group | |
| Current Employment Status | 1 = Working - as a paid employee<br>2 = Working - self-employed<br>3 = Not working - on temporary layoff from a job<br>4 = Not working - looking for work<br>5 = Not working - retired<br>6 = Not working - disabled<br>7 = Not working - other | Yes |

**Additional Data Provided for All Interviews**

| Variable | Description |
|---|---|
| Start Time | Date/Time respondent began taking survey |
| End Time | Date/Time respondent finished completing survey |
| Duration | The length of time in minutes for self-administration of the instrument for a respondent |

RSG 00314

Attachment B:  Authorized Language for Client Communications Involving Descriptions
of Knowledge Networks as a Company and KN Panel Methodology

**METHODOLOGY**

The survey was conducted using the web-enabled KnowledgePanel®, a probability-based panel designed
to be representative of the U.S. population. Initially, participants are chosen scientifically by a random
selection of telephone numbers and residential addresses. Persons in selected households are then invited
by telephone or by mail to participate in the web-enabled KnowledgePanel®. For those who agree to
participate, but do not already have Internet access, Knowledge Networks provides at no cost a laptop and
ISP connection. People who already have computers and Internet service are permitted to participate using
their own equipment. Panelists then receive unique log-in information for accessing surveys online, and
then are sent emails  throughout each month inviting them to participate in research. More technical
information is available at http://www.knowledgenetworks.com/ganp/reviewer-info.html.

**ABOUT KNOWLEDGE NETWORKS**

Knowledge Networks delivers quality and service to guide leaders in business, government, and academia
–
uniquely bringing scientifically valid research to the online space through its probability-based, online
KnowledgePanel®. The company delivers unique study design, science, analysis, and panel maintenance,
along with a commitment to close collaboration at every stage of the research process. Knowledge
Networks
leverages its expertise in brands, media, advertising, and public policy issues to provide insights that speak
directly to clients' most important concerns. For more information about Knowledge Networks, visit
www.knowledgenetworks.com.

After signing this document, please fax to Knowledge Networks at 650-289-2001 [ATTN: Mike Dennis]  or email PDF image to
mdennis@knowledgenetworks.com                    May 27, 2010

RSG 00315



## KnowledgePanel Calibration[SM]

## Using KnowledgePanel® to Improve the Sample Representativeness and Accuracy of Opt-in Panel Data

Prepared by J. Michael Dennis, EVP, Government & Academic Research, mdennis@knowledgenetworks.com; Jordon Peugh, VP, Health Care & Policy Research, Government & Academic Research, jpeugh@knowledgenetworks.com; Pat Graham, Chief Strategy Officer, pgraham@knowledgenetoworks.com

February 26, 2010

At Knowledge Networks, we recognize that your research needs at times require local geographies, particularly rare populations, and extremely large sample sizes. Because of these requirements, you may have considered a given project not suitable for KnowledgePanel®, despite recognition that KnowledgePanel provides the most accurate sample platform for conducting online surveys in the U.S., due to its foundation in probability sampling and subsequent national representativeness.

To address this, we have developed KnowledgePanel Calibration[SM]. When we cannot deliver the entire sample you need on KnowledgePanel, this approach will allow you to blend two sample sources and results in higher accuracy over the use of opt-in sample alone.

### Advantages of KnowledgePanel Calibration

For some studies involving either exceptionally large sample sizes or the targeting of very small subpopulations, a blended-web sample approach is an effective methodology. Compared to conducting the survey exclusively with non-probability opt-in panels, the advantages of using **KnowledgePanel Calibration** are:

1. ***Improved accuracy and sample representativeness.*** The calibration weights are based on the nationally representative KnowledgePanel, providing a statistical means for projecting the opt-in panel data to the entire national population (for the surveyed group).

2. ***Operational and analytic efficiencies.*** Knowledge Networks manages the coordination and data collection from both samples, producing a single analytic deliverable with a single calibration weight.

3. ***Cost effectiveness.*** In most studies, the cost of the approach is only modestly different than conducting the study exclusively with opt-in web panel samples, yet the accuracy pay-off is high.

RSG 00316

***Importantly, KN has proven the technique in past KN studies.*** We have employed the calibration approach in dozens of studies during the past year for Federal and State government agencies, university researchers, industry associations, and consumer research firms, as well as for our custom market research projects.

***We have seen the advantage KnowledgePanel Calibration brings in terms accuracy of results versus using only an opt-in sample for a study.***

As shown below, Knowledge Networks examined the responses to five early adopter questions on both KnowledgePanel and an opt-in panel. We then applied our KnowledgePanel Calibration technique to the sample using the 200 KnowledgePanel cases, which represented one sixth of the total sample size.

As you can see, the top-2 box agreement results found in opt-in only sample changed between 21% and 42% as a result of applying the KnowledgePanel calibration weights. (Please note that this is percent <u>change</u> between the opt-in results compared to the calibrated result, not absolute percentage point difference.)



**Agreement Rates for "Early Adopter" Measures (Top 2 box) by Sample Source and with Calibration**

Sample sizes: n=1,000 Opt-in Panel, 200 KN Panel (1,200 Total)

● Page 2

RSG 00317

If KnowledgePanel Calibration had not been used, agreement rates would have been overestimated by as much as 42%, a substantial difference that could have resulted in poor policy decision making.

In light of data like these, we believe that KnowledgePanel Calibration provides an advantage to your research findings in terms of accuracy of results versus using exclusively opt-in web panel sample for a study.

### How KnowledgePanel Calibration[SM] Works

In the KnowledgePanel Calibration approach, we conduct the same survey with KnowledgePanel respondents as with a companion sample of respondents from an opt-in web panel. The same screening criteria are used for both sample sources to identify the eligible sample for the interview (e.g., customers of an energy company in a certain metro area, sufferers of certain medical conditions, consumers of certain products, etc.). The KnowledgePanel interviews serve an important function by providing the statistical information needed to calibrate the interviews from the non-probability sample source. We are, simply put, substituting KnowledgePanel benchmarks for the CPS and applying conventional post-stratification weighting using the control totals from KnowledgePanel.

The calibration is useful in correcting for sampling error and self-selection bias in the non-probability web panels: for instance, exclusion of non-Internet households and over-representation of hyper Internet users and of early adopters of new products and services, to name just a few. While the calibration approach cannot correct for all the error present in the opt-in panel interviews, the calibration will improve accuracy of study findings and insights, giving researchers more confidence in the data investments they have made.

To learn more about *KnowledgePanel Calibration*, please contact your Knowledge Networks representative or
- Mike Dennis, EVP, Government & Academic Research
  mdennis@knowledgenetworks.com or (650) 289-2160
- Jordon Peugh, VP, Health Care and Policy Research
  jpeugh@knowledgenetworks.com or (646) 742-5334

Please visit http://www.knowledgenetworks.com/ganp/ for a list of Knowledge Networks representatives and more information about KnowledgePanel.

RSG 00318



**R|S|G** INC.
RESOURCE SYSTEMS GROUP, INC.

# Colorado Consumer Survey
## Final Results

9 August 2010

DEPOSITION
EXHIBIT
21
10/21/10
PENGAD 800-631-6989

RSG 00325

DEPOSITION
EXHIBIT
21
10/21/10
PENGAD 800-631-6989

# Key Findings



**R S G** Inc.

- **The Law Invades Consumers' Privacy**

  - A clear 2/3 majority of Colorado online and catalog shoppers find the requirements to be an invasion of their privacy.

  - Only 14% agree that they do not mind if the State of Colorado knows details about their online purchases.

- **The Law Is Damaging to Out-of-State Retailers**

  - If making a similar purchase again, a 63% would not buy from the same seller, and 67% say their purchases from these retailers will decrease as a consequence of the law.

RSG 00326

# Objective and Project Approach



R S G, Inc.

## Objective

- Understand how a new Colorado law, and requirements imposed by the Colorado Department of Revenue under the law, will impact Colorado consumers' decisions about purchasing from Internet and catalog retailers that do not collect Colorado sales tax.

## Project Approach

- 10-minute online survey with 1,019 current Colorado residents

- Respondents recruited via online panel with address-based sample (KnowledgePanel®), supplemented by external panel

- Survey was fielded between June 2 and June 21, 2010

- Questions focused on whether consumers believe the law is an invasion of their privacy and how it will impact their future purchases from out-of-state online and catalog retailers.



# Survey Sample

The respondents who compose the sample accurately represent Colorado consumers who are affected by this law.

- 1,019 completed surveys are more than enough for results to be conclusive.

- Sample is representative of the people who are affected by this law - adults in Colorado who are active in purchasing goods online or via catalog.

- Respondents had to pass a series of screening questions, and they qualified if they:
  - Currently reside in Colorado
  - Are age 18 or older
  - Made an online or catalog purchase in the 6 months prior to the survey
  - *Respondents who work in market research or in internet or catalog sales were disqualified.*

- Respondents were contacted to participate from an address-based sample (ABS) frame to ensure representativeness.
  - The key advantage of the ABS sample frame is that it allows sampling of almost all U.S. households.
  - An estimated 98% of households are "covered".
  - Regardless of household telephone status, they can be reached and contacted via the mail.
  - Knowledge Network's KnowledgePanel® was used and supplemented by an external provider.

- Sample results are weighted to population demographics to ensure that representativeness is maintained.

# The Law Invades Consumers' Privacy

A clear 2/3 majority of Colorado online and catalog shoppers find the requirements to be an invasion of their privacy. Only 14% agree that they do not mind if the State of Colorado knows details about their online purchases.

Reporting my name, billing address, shipping address, and the amount of my purchases to the State is an invasion of my privacy.

| | |
|---|---|
| Strongly agree | 44% |
| Agree | 25% |
| Neither agree nor disagree | 17% |
| Disagree | 7% |
| Strongly disagree | 7% |



I do not mind the State of Colorado knowing the kinds of products I buy, from whom I buy them, where I have them shipped, and how much I spend.

| | |
|---|---|
| Strongly agree | 3% |
| Agree | 11% |
| Neither agree nor disagree | 15% |
| Disagree | 26% |
| Strongly disagree | 44% |

RSG INC.

# The Law Is Damaging to Out-of-State Retailers

If making a similar purchase again, 63% would not buy from the same seller, and 67% say their purchases from these retailers will decrease as a consequence of the law.

*If you were to make a similar purchase in the future, but with this new disclosure requirement in place, what would you most likely do?*



*As a result of this law, how would your Internet and catalog purchases from those out-of-state retailers who must report your name, address and purchase amount to the Department of Revenue likely be affected over the coming year?*





RSG INC.

# Sample Profile

RSG 00331

7

# Sample Profile - Demographics



R:S:G INC.

| Gender | % |
|---|---|
| Female | 55% |
| Male | 45% |

| Race | % |
|---|---|
| White | 82% |
| Hispanic | 8% |
| Black | 2% |
| 2+ Races | 2% |
| Other | 6% |

| Age | % |
|---|---|
| 18-24 | 12% |
| 25-34 | 16% |
| 35-44 | 23% |
| 45-54 | 20% |
| 55 or older | 29% |

| Employment | % |
|---|---|
| Work full/part-time | 61% |
| Self-employed | 11% |
| Unemployed | 7% |
| Retired | 12% |
| Disabled | 2% |
| Other | 7% |

RSG 00332

8

# Sample Profile – Most Recent Purchase

![RSG Inc. logo]

| Most Recent Product Purchased¹ | % |
|---|---|
| Books, music or video | 44% |
| Clothing or accessories | 35% |
| Consumer electronics | 15% |
| Drugs or cosmetics | 13% |
| Computers and computer accessories | 13% |
| Software | 10% |
| Outdoor/garden | 8% |
| Furniture/homeware | 6% |
| Office supplies | 6% |
| Jewelry | 5% |
| Tools/hardware | 5% |
| Cooking/kitchenware | 5% |
| Food or drinks | 5% |
| Other | 14% |

| Age | % |
|---|---|
| Over the Internet | 94% |
| By phone | 5% |
| By mail | 1% |

¹Most recent purchase made from an Internet or catalog retailer that did not charge sales tax.

RSG 00333



R|S|G INC.

# Survey Screenshots

RSG 00334



**R·S·G** INC.
STRATEGY • RESEARCH • DATA, INC.

Thank you for agreeing to participate in this survey. The purpose of the survey is to understand some of the factors that may affect your purchase decisions. The survey is being conducted by Resource Systems Group, Inc., an independent survey research firm. Please be assured that your answers will be kept strictly confidential and will not be associated with your name in any way. Absolutely no sales or marketing activity will result from your participation.

Please click "Next Question" to begin.

[ Next Question → ]

0%          100%

11



**RSG** INC.

Please use the "Next Question" button in the lower left corner of the browser to go forward. If you back up to change an answer, please be sure to click "Next Question" to continue forward. It is important that you do NOT use your web browser's "forward" button because your new answers will not be recorded.

To review a previous question, use the browser's "back" button, which is the left-pointing arrow in the upper left corner of the browser.

Please click "Next Question" to continue.

| Next Question ⬇ |



0%

100%



**R·S·G** INC.

Are you or any of your immediate family members currently employed in any of the following areas?

Please select all that apply.

- ☐ Advertising or public relations
- ☐ Manufacturing
- ☐ Agriculture or farming
- ☐ Public service or not-for-profit
- ☐ Construction
- ☐ Government agency
- ☐ Consulting
- ☐ Real estate
- ☐ Law or law enforcement
- ☐ Internet or catalog sales
- ☐ Financial services or banking
- ☐ Retailing
- ☐ Education
- ☐ Wholesaling
- ☐ Market research
- ☐ Other
- ☐ Media
- ☐ None of the above

[ Next Question ➡ ]

*Respondents were disqualified if they worked in market research or in internet or catalog sales.*

0% [          ] 100%

RSG 00337



**R:S:G** INC.
RESOURCE SYSTEMS GROUP, INC.

**In what state do you currently live?**

- Select State - ▼

Next Question ⬇

0% ▢ 100%

*Respondents were disqualified if they did not live in Colorado at the time of the survey.*



RSG INC.

*Respondents were disqualified if they did not purchase any products from an internet or catalog retailer in the past 6 months.*

Have you purchased any products from an Internet or catalog retailer at any time within the past 6 months?

Please do not include purchases from individuals, such as individual sellers on eBay or Craig's List.

○ Yes

○ No

[ Next Question ➡ ]

0%                    100%



For the next set of questions, please think about the MOST RECENT purchase that you made from an Internet or catalog retailer that did **not** charge sales tax on the transaction. Again, please do not include purchases from individuals, such as individual sellers on eBay or Craig's List.

**Which of the following best describes the type of product you purchased?**

Please select all types that you bought as part of that most recent purchase.

- ☐ Books, music or video
- ☐ Clothing or accessories
- ☐ Drugs or cosmetics
- ☐ Consumer electronics
- ☐ Computers and computer accessories
- ☐ Jewelry
- ☐ Tools/hardware
- ☐ Furniture/homeware
- ☐ Cooking/kitchenware
- ☐ Outdoor/garden
- ☐ Food or drinks
- ☐ Software
- ☐ Office Supplies
- ☐ Other, please specify: _____
- ☐ None of the above

[ Next Question ➡ ]

0%                    100%



**How did you make this purchase?**

○ Over the Internet

○ By telephone

○ By mail

[ Next Question ➡ ]

0%

100%

RSG 00341



**R.S.G** Inc.

Assume that in the future, the seller of this item, along with other out-of-state retailers who do not collect Colorado sales tax, would be required to report your name, billing address, shipping address, the amount of your purchases, and the name of the retailer to the Colorado Department of Revenue.

**Please indicate whether you agree or disagree with each of the following statements.**

| | Strongly disagree | Disagree | Neither agree nor disagree | Agree | Strongly agree |
|---|---|---|---|---|---|
| Reporting my name, billing address, shipping address, and the amount of my purchases to the State is an invasion of my privacy. | ○ | ○ | ○ | ○ | ○ |
| I do not mind the State of Colorado knowing the kinds of products I buy, from whom I buy them, where I have them shipped, and how much I spend. | ○ | ○ | ○ | ○ | ○ |

Next Question

0% [          ] 100%



**If you were to make a similar purchase in the future, but with this new disclosure requirement in place, what would you most likely do?**

○ Purchase the item from the same seller just as I did

○ Purchase the same or similar item from a retailer in Colorado that is not required to report my name, billing address, shipping address, and the amount of my purchases to the Colorado Department of Revenue

○ Not purchase the item at all

○ Other, please specify: _____

[ Next Question ➡ ]

0%                                                    100%







A new Colorado law requires each Internet and catalog retailer that does not collect Colorado sales tax to file annually with the Colorado Department of Revenue a written statement identifying each Colorado consumer who made purchases from the retailer during the previous calendar year and showing the total amount paid by each purchaser.

Under this new law, the Colorado Department of Revenue requires each Internet and catalog retailer that does not collect Colorado sales tax to give the purchaser notice with each purchase that:

• The retailer does not collect Colorado sales tax.

• The purchase is not exempt from Colorado sales/use tax merely because it is made over the Internet or by other remote means.

• The retailer is required by law at the end of the year to report to the Colorado Department of Revenue the purchaser's name, billing address, shipping address, and total dollar amount of Colorado purchases made over the Internet or by other remote means on which no Colorado sales tax was collected.

• The State of Colorado requires that a Colorado purchaser must file a sales/use tax return at the end of the year reporting all taxable Colorado purchases that were not taxed and pay sales/use tax on those purchases.

• The retailer will send the purchaser an end-of-year summary of all Colorado purchases in order to assist in filing the sales/use tax return.

**As a result of this law, how would your Internet and catalog purchases from those out-of-state retailers who must report your name, address and purchase amount to the Department of Revenue likely be affected over the coming year?**

◯ Decrease as compared to the past year

◯ Remain the same as in the past year

◯ Increase as compared to the past year

[ Next Question ➡ ]

0%                                                    100%

RSG 00344



Thank you for taking the time to complete this survey. All of your responses have been saved, so you may now exit your browser.

RSG 00345

# Questions & Comments

Resource Systems Group, Inc.
55 Railroad Row
White River Junction, VT 05001

Nelson Whipple
802.295.4999
nwhipple@rsginc.com





RSG 00346

Thank you for agreeing to participate in this survey. The purpose of the survey is to understand some of the factors that may affect your purchase decisions. The survey is being conducted by Resource Systems Group, Inc., an independent survey research firm. Please be assured that your answers will be kept strictly confidential and will not be associated with your name in any way. Absolutely no sales or marketing activity will result from your participation.

Please click "Next Question" to begin.

| Next Question ☛ |

0%                                    100%

RSG 00347

Please use the "Next Question" button in the lower left corner of the browser to go forward. If you back up to change an answer, please be sure to click "Next Question" to continue forward. It is important that you do NOT use your web browser's "forward" button because your new answers will not be recorded.

To review a previous question, use the browser's "back" button, which is the left-pointing arrow in the upper left corner of the browser.

Please click "Next Question" to continue.

**Next Question** ➡

0%

100%

RSG 00348

**Are you or any of your immediate family members currently employed in any of the following areas?**

Please select all that apply.

☑ Advertising or public relations

☑ Agriculture or farming

☑ Construction

☑ Consulting

☑ Law or law enforcement

☑ Financial services or banking

☑ Education

☑ Market research

☑ Media

☑ Manufacturing

☑ Public service or not-for-profit

☑ Government agency

☑ Real estate

☑ Internet or catalog sales

☑ Retailing

☑ Wholesaling

☑ Other

☑ None of the above

**Next Question ➡**

0%                    100%

RSG 00349



**In what state do you currently live?**

- Select State - ▼

Next Question ➡

0%

100%



**Have you purchased any products from an Internet or catalog retailer at any time within the past 6 months?**

Please do not include purchases from individuals, such as individual sellers on eBay or Craig's List.

○ Yes

○ No

Next Question ➡

0% 100%

RSG 00351

For the next set of questions, please think about the MOST RECENT purchase that you made from an Internet or catalog retailer that did **not** charge sales tax on the transaction. Again, please do not include purchases from individuals, such as individual sellers on eBay or Craig's List.

**Which of the following best describes the type of product you purchased?**

Please select all types that you bought as part of that most recent purchase.

- ☐ Books, music or video
- ☐ Clothing or accessories
- ☐ Drugs or cosmetics
- ☐ Consumer electronics
- ☐ Computers and computer accessories
- ☐ Jewelry
- ☐ Tools/hardware
- ☐ Furniture/homeware
- ☐ Cooking/kitchenware
- ☐ Outdoor/garden
- ☐ Food or drinks
- ☐ Software
- ☐ Office Supplies
- ☐ Other, please specify: _____
- ☐ None of the above



Next Question ☞

0%  ▮  100%

RSG 00352



**How did you make this purchase?**

- ○ Over the Internet
- ○ By telephone
- ○ By mail

Next Question ▶

0%

100%

RSG 00353

Assume that in the future, the seller of this item, along with other out-of-state retailers who do not collect Colorado sales tax, would be required to report your name, billing address, shipping address, the amount of your purchases, and the name of the retailer to the Colorado Department of Revenue.

**Please indicate whether you agree or disagree with each of the following statements.**

| | Strongly disagree | Disagree | Neither agree nor disagree | Agree | Strongly agree |
|---|---|---|---|---|---|
| Reporting my name, billing address, shipping address, and the amount of my purchases to the State is an invasion of my privacy. | ○ | ○ | ○ | ○ | ○ |
| I do not mind the State of Colorado knowing the kinds of products I buy, from whom I buy them, where I have them shipped, and how much I spend. | ○ | ○ | ○ | ○ | ○ |

[ Next Question ► ]

0%                              100%

RSG 00354

**If you were to make a similar purchase in the future, but with this new disclosure requirement in place, what would you most likely do?**

⊙ Purchase the item from the same seller just as I did

⊙ Purchase the same or similar item from a retailer in Colorado that is not required to report my name, billing address, shipping address, and the amount of my purchases to the Colorado Department of Revenue

⊙ Not purchase the item at all

⊙ Other, please specify:

[ Next Question ➡ ]

0%                                    100%

RSG 00355

A new Colorado law requires each Internet and catalog retailer that does not collect Colorado sales tax to file annually with the Colorado Department of Revenue a written statement identifying each Colorado consumer who made purchases from the retailer during the previous calendar year and showing the total amount paid by each purchaser.

Under this new law, the Colorado Department of Revenue requires each Internet and catalog retailer that does not collect Colorado sales tax to give the purchaser notice with each purchase that:

- The retailer does not collect Colorado sales tax.

- The purchase is not exempt from Colorado sales/use tax merely because it is made over the Internet or by other remote means.

- The retailer is required by law at the end of the year to report to the Colorado Department of Revenue the purchaser's name, billing address, shipping address, and total dollar amount of Colorado purchases made over the Internet or by other remote means on which no Colorado sales tax was collected.

- The State of Colorado requires that a Colorado purchaser must file a sales/use tax return at the end of the year reporting all taxable Colorado purchases that were not taxed and pay sales/use tax on those purchases.

- The retailer will send the purchaser an end-of-year summary of all Colorado purchases in order to assist in filing the sales/use tax return.

**As a result of this law, how would your Internet and catalog purchases from those out-of-state retailers who must report your name, address and purchase amount to the Department of Revenue likely be affected over the coming year?**

- Decrease as compared to the past year
- Remain the same as in the past year
- Increase as compared to the past year

[ Next Question ➡ ]

0%                                                           100%

RSG 00356



Thank you for taking the time to complete this survey. All of your responses have been saved, so you may now exit your browser.

RSG 00357