DEPOSITION
EXHIBIT *CP*
22
10/21/10

| | |
|---|---|
| From: | Kevin L. Keller |
| To: | George S. Isaacson |
| Cc: | Matthew P. Schaefer |
| Subject: | Re: Direct Marketing Association - Colorado Litigation |
| Date: | Wednesday, May 26, 2010 9:11:59 AM |

--- "George S. Isaacson" wrote:

Please let me know whether you have any comments or concerns regarding the survey questions. RSG plans to conduct an initial pilot survey involving 250 participants.
As you know, it is our intention to file a motion for preliminary injunction in connection with the commencement of the lawsuit. I anticipate filing the survey report and an affidavit from you or your colleague along with the preliminary injunction motion. The affidavit would be based, in part, on the survey results.

George S. Isaacson | BRANN & ISAACSON
--- end of quote ---

Hey George & Matt,

Thanks for passing this along. I was out of the office yesterday and am catching up on things.

I'll look this over today/tomorrow and get back to you by Friday AM at latest. If that is not OK ... just let me know what timing would be better.

Hope all is well and things are not too hot there today ... it's smokin' in Hanover!

Best,

KLK

Kevin Lane Keller
E.B. Osborn Professor of Marketing
Tuck School of Business
100 Tuck Hall
Dartmouth College
Hanover, NH 03755-9011
(603) 646-0393 (o)
(603) 646-1308 (f)

KLK 00281