DEPOSITION EXHIBIT 23 10/21/10

**From:** Kevin L. Keller
**To:** George S. Isaacson
**Cc:** Matthew P. Schaefer
**Subject:** RE: Direct Marketing Association - Colorado Litigation
**Date:** Wednesday, June 30, 2010 8:41:19 PM

--- "George S. Isaacson" wrote:
Kevin: Attached is a copy of the Complaint we filed today in federal court in Denver, Colorado, on behalf of the Direct Marketing Association. Also attached is a three page summary of the complaint that was distributed to members of the DMA Steering Committee and the DMA press release. Also included are the results of the RSG survey, which are very favorable to our theory in the case.

We will be contacting you soon to discuss the affidavit that you or your colleague will be submitting in support of a motion for preliminary injunction. I hope that you are enjoying the summer, and I look forward to working with you again.
--- end of quote ---

Thanks for the update George ... look forward to talking with you and Matt again. All the best. KLK

Kevin Lane Keller
E.B. Osborn Professor of Marketing
Tuck School of Business
100 Tuck Hall
Dartmouth College
Hanover, NH 03755-9011
(603) 646-0393 (o)
(603) 646-1308 (f)

KLK 00283