**From:** Kevin L. Keller
**To:** George S. Isaacson
**Cc:** Matthew P. Schaefer
**Subject:** Re: Affidavit for Preliminary Injunction Motion
**Date:** Saturday, July 17, 2010 10:56:39 AM

DEPOSITION EXHIBIT 24 10/21/10

--- "George S. Isaacson" wrote:
Kevin,
We anticipate having a draft, for your review, of your affidavit in support of a preliminary injunction motion within the next 10 days. It will rely heavily on the favorable results obtained from the RSG survey. Will you generally be available/reachable during that time period?
Thanks.
--- end of quote ---

Thanks for update George ... plan sounds good ... I am largely around next 10 days ... no trips. Best. KLK

Kevin Lane Keller
E.B. Osborn Professor of Marketing
Tuck School of Business
100 Tuck Hall
Dartmouth College
Hanover, NH 03755-9011
(603) 646-0393 (o)
(603) 646-1308 (f)

KLK 00270