DEPOSITION EXHIBIT 25 CF
10/21/10

| | |
|---|---|
| From: | Kevin L. Keller |
| To: | Matthew P. Schaefer |
| Subject: | Re: Decalaration in Support of Motion for Preliminary Injunction |
| Date: | Friday, July 30, 2010 1:35:18 PM |

--- You wrote:
Kevin:

I attach for your review a draft of your declaration to be filed in support of the Direct Marketing Association's motion for preliminary injunction regarding the Colorado notice and reporting law, together with the current drafts of Tom Adler's declaration and RSG's report of the results of the survey of Colorado customers fielded in June, to which your declaration refers.

Please propose any revisions you feel are appropriate. We will plan to work together with you to further revise and refine your declaration in the next week or so. Let us know if you have any questions.

Thanks,

Matt
--- end of quote ---

Thanks Matt (and George) ... I'll review this weekend and let you know of any necessary revisions next week. I am around next week too if we need to talk. In the meantime ... have a a great weekend! Best. KLK

Kevin Lane Keller
E.B. Osborn Professor of Marketing
Tuck School of Business
100 Tuck Hall
Dartmouth College
Hanover, NH 03755-9011
(603) 646-0393 (o)
(603) 646-1308 (f)

KLK 00271