DEPOSITION EXHIBIT 29 10/21/10

| | |
|---|---|
| From: | Matthew P. Schaefer |
| To: | Kevin L. Keller |
| Cc: | George S. Isaacson |
| Bcc: | Jolene LaJoie |
| Subject: | RE: Decalaration in Support of Motion for Preliminary Injunction |
| Date: | Friday, August 06, 2010 3:39:00 PM |
| Attachments: | 20100806 Declaration of Kevin Keller (draft).docx |

Kevin:

Thank you for getting back to us. I attach a revised version of your declaration based upon George's further review. With regard to your questions, I think the declaration is short enough that a conclusion is not needed. I am proposing to emphasize Tom's role as draftsman, especially since there were a few final round changes after your review, so we are comfortable in this case describing your role as a reviewer. I would propose that we schedule a short call to review and finalize the document. Please let us know what time early next week would be good for you.

Thanks,

Matt


-----Original Message-----
From: Kevin L. Keller [mailto:Kevin.L.Keller@tuck.dartmouth.edu]
Sent: Tuesday, August 03, 2010 10:39 AM
To: Matthew P. Schaefer
Cc: George S. Isaacson
Subject: Re: Decalaration in Support of Motion for Preliminary Injunction

--- "Matthew P. Schaefer" wrote:
Kevin:

I attach for your review a draft of your declaration to be filed in support of the Direct Marketing Association's motion for preliminary injunction regarding the Colorado notice and reporting law, together with the current drafts of Tom Adler's declaration and RSG's report of the results of the survey of Colorado customers fielded in June, to which your declaration refers.

Please propose any revisions you feel are appropriate. We will plan to work together with you to further revise and refine your declaration in the next week or so. Let us know if you have any questions.

Thanks,

Matt
--- end of quote ---

Hi Matt/George,

I thought this basically looked fine. I usually end with conclusions section ...
but may not be necessary here.

Be sure Adler report aligns ... there is passage ...

9.   I drafted and revised the survey questionnaire myself, working with others at RSG and with Brann & Isaacson.

Shouldn't I be included here too?

KLK 00274

There was also a typo on 2007 for data collection in his report.

Happy to talk more!

Best,

KLK

Kevin Lane Keller
E.B. Osborn Professor of Marketing
Tuck School of Business
100 Tuck Hall
Dartmouth College
Hanover, NH 03755-9011
(603) 646-0393 (o)
(603) 646-1308 (f)

KLK 00275