DEPOSITION EXHIBIT 30
10/21/10

| | |
|---|---|
| From: | Kevin L. Keller |
| To: | Matthew P. Schaefer |
| Cc: | George S. Isaacson |
| Subject: | RE: Decalaration in Support of Motion for Preliminary Injunction |
| Date: | Monday, August 09, 2010 6:36:13 AM |

--- "Matthew P. Schaefer" wrote:
Kevin:

Thank you for getting back to us. I attach a revised version of your declaration based upon George's further review. With regard to your questions, I think the declaration is short enough that a conclusion is not needed. I am proposing to emphasize Tom's role as draftsman, especially since there were a few final round changes after your review, so we are comfortable in this case describing your role as a reviewer. I would propose that we schedule a short call to review and finalize the document. Please let us know what time early next week would be good for you.

Thanks,

Matt
--- end of quote ---

Hey Matt ... any time after 10:30 tomorrow morning should work. I could squeeze a call in today in a pinch ... but I am definitely busier. Hope your weekends went well!
Best. KLK

Kevin Lane Keller
E.B. Osborn Professor of Marketing
Tuck School of Business
100 Tuck Hall
Dartmouth College
Hanover, NH 03755-9011
(603) 646-0393 (o)
(603) 646-1308 (f)

KLK 00273