**DEPOSITION EXHIBIT 3** 10/21/10

| | |
|---|---|
| From: | Matthew P. Schaefer |
| To: | Kevin L. Keller |
| Cc: | George S. Isaacson |
| Bcc: | Jolene LaJoie |
| Subject: | Final Declaration |
| Date: | Tuesday, August 10, 2010 12:43:00 PM |
| Attachments: | 20100810 Declaration of Kevin Keller.docx |
| | RSG_DMA_Colorado_final_results_08-09-10pptx.pptx |
| | 20100810 Declaration of Thomas Adler.docx |

Kevin:

I attach the final version of your declaration, making the minor edits we discussed. I also attach final versions of the RSG Final Results document and Tom Adler's declaration, referenced in your report.

Please **confirm** via e-mail that you approve this final version of your declaration. Please **attach** to that e-mail your current C.V., which is Exhibit A to the Declaration.

You may then sign a printed copy of the declaration above your electronic and mail it to us at your convenience – it does not need to be notarized. (We will file the electronic copy, but need a signed copy on file.)

Please let me know if you have any questions.

Thanks,

Matt

KLK 00187