DEPOSITION EXHIBIT 33 10/21/10

| | |
|---|---|
| From: | Matthew P. Schaefer |
| To: | Kevin L. Keller |
| Cc: | George S. Isaacson |
| Bcc: | Jolene LaJoie |
| Subject: | RE: DMA/ Colorado litigation |
| Date: | Tuesday, September 14, 2010 2:05:00 PM |

Kevin:

I will plan to call you then.

Thanks,

Matt


-----Original Message-----
From: Kevin L. Keller [mailto:Kevin.L.Keller@tuck.dartmouth.edu]
Sent: Tuesday, September 14, 2010 1:20 PM
To: Matthew P. Schaefer
Cc: George S. Isaacson
Subject: RE: DMA/ Colorado litigation

--- "Matthew P. Schaefer" wrote:
Kevin:

My apologies for the slow reply -- the client scheduled a call with DMA members for 1 pm today to update them. Do you have any time tomorrow after 12:30?

Thanks,

Matt
--- end of quote ---

No worries Matt ... does 12:30 pm work on Wed? I will be in my office. Best. KLK

Kevin Lane Keller
E.B. Osborn Professor of Marketing
Tuck School of Business
100 Tuck Hall
Dartmouth College
Hanover, NH 03755-9011
(603) 646-0393 (o)
(603) 646-1308 (f)

KLK 00294