**DEPOSITION EXHIBIT** Cf
34
10/21/10

| | |
|---|---|
| From: | Matthew P. Schaefer |
| To: | Kevin L. Keller |
| Cc: | George S. Isaacson |
| Bcc: | Jolene LaJoie |
| Subject: | For our call |
| Date: | Wednesday, September 15, 2010 11:58:00 AM |

Kevin:

The local practice in the District of Colorado includes the following gloss on the content of an expert report, which we can discuss on the call. I do not expert it would necessitate much more, if anything, from you, but we should evaluate it:

*In addition to the requirements set forth in Rule 26(a)(2)(B)(i)-(vi), the expert's written report also must identify the principles and methods on which the expert relied in support of his/her opinions and describe how the expert applied those principles and methods reliably to the facts of the case relevant to the opinions set forth in the written report.*

Thanks,

Matt

KLK 00224