DEPOSITION EXHIBIT 35
10/21/10

**From:** Kevin L. Keller
**To:** Matthew P. Schaefer
**Subject:** Re: Draft report
**Date:** Sunday, September 19, 2010 8:42:35 PM

--- You wrote:
Kevin:

Here is a draft of your expert report, which largely serves to incorporate your prior declaration, which I also attach. I propose that we also attach the RSG Final Results document, so I am including that here, as well. Please review the report and offer any comments or changes you feel are appropriate. The only gap at the moment is fees incurred to date in Section VI (compensation is a required element under the federal rules).

As a reminder from our discussion on Wednesday - I am hoping we can finalize this document by Monday, but let me know if that poses any problem. (I believe this should be straightforward.)

I know from our discussion that we already have copies (from our e-mail exchanges) of the documents contained in your "file" on this matter. There are two categories on which I want to follow-up. (1) handwritten notes -do you keep any of our discussions? If so, please have them photocopied or scanned and forward them at your convenience - -we will not voluntarily produce them to opposing counsel, because they will reflect work product, but we should have copies; and (2) time records - do you make and retain them? If so, opposing counsel has indicated that he wants to see time records for our experts. We may, or may not, agree to produce such material, but again, we will need it, so please copy and send or e-mail any such records.

Thanks in advance,

Matt
--- end of quote ---

Hey Matt ... let's talk Monday to finalize ... report is in good shape ... but I want to be sure to satisfy all these other requests correctly. I will be in the office ... morning is better. Best. KLK

Kevin Lane Keller
E.B. Osborn Professor of Marketing
Tuck School of Business
100 Tuck Hall
Dartmouth College
Hanover, NH 03755-9011
(603) 646-0393 (o)
(603) 646-1308 (f)

KLK 00295