1        IN THE UNITED STATES DISTRICT COURT

2            FOR THE DISTRICT OF COLORADO

3

4    Civil Action No. 10-CV-01546-REB-CBS

5

6    The Direct Marketing Association,

7                Plaintiff,

8                v.

9    Roxy Huber, in her capacity as Executive

10   Director, Colorado Department of Revenue,

11               Defendant.

12

13        DEPOSITION OF **THOMAS J. ADLER, Ph.D.** taken at

14   Norwich, Vermont, on October 22, 2010.

15

16   APPEARANCES:

17        Matthew P. Schaefer, Esquire
          Brann & Isaacson
18        184 Main Street, Fourth Floor
          P.O. Box 3070
19        Lewiston, Maine, 04243-3070, on behalf of the
          Plaintiff, The Direct Marketing Association.
20
          Jack Wesoky, Esquire
21        Senior Assistant Attorney General
          1525 Sherman Street, 7th Floor
22        Denver, Colorado, 80203, on behalf of the Roxy
          Huber in her capacity as Executive Director,
23        Colorado Department of Revenue.

*NORTH COUNTRY COURT REPORTERS*
40 South Main Street
West Lebanon, New Hampshire  03784
(603)298-2987 tel   (603)218-6633 fax  (603)443-1157 cell
cjfoster71@aol.com

```
1        ourselves, yes.

2    Q   Okay.  After you undertook the project, there were

3        survey questions drafted, is that correct?

4    A   Yes.

5    Q   And who did the initial draft of the survey

6        questions?

7    A   Well, I did the draft of our survey questions.

8            EXHIBIT 42 MARKED FOR IDENTIFICATION

9    Q   I show you what's been marked as Exhibit 42, and

10       it's an e-mail to you from Mr. Schaefer dated the

11       11th of May of this year.  And just to make sure

12       that I'm correct with that identification.

13   A   It was May 11th, 2010.  Yes.

14   Q   And at the bottom it says RSG 696?

15   A   Yes.

16   Q   And that e-mail, Mr. Schaefer says to you and

17       Mr. Whipple, I attach two versions of survey

18       questions we offer for your consideration.

19   A   Yes.

20   Q   Was that the first time you got any survey

21       questions related to this case?

22   A   That was the first time we received anything from

23       Mr. Schaefer with questions suggested.
```

**NORTH COUNTRY COURT REPORTERS**
40 South Main Street
West Lebanon, New Hampshire  03784
(603)298-2987 tel   (603)218-6633 fax  (603)443-1157 cell
cjfoster71@aol.com

1   Q   And had you drafted any questions before receipt

2       of the survey questions from Mr. Schaefer?

3   A   I don't recall whether we had begun drafting.

4       Nelson and I, I believe, had talked over the phone

5       about it, but I'm not sure that we'd put anything

6       on paper yet.

7           MR. WESOKY:  Again, my apologies, Matt.  Some

8       of these didn't get copied as I have asked so I

9       only have one copy.

10          MR. SCHAEFER:  Okay.  I'll be looking on with

11      the witness.

12          EXHIBIT 43 MARKED FOR IDENTIFICATION

13  Q   Let me show you Exhibit 43 which shows

14      DMA/Colorado:  Possible Survey Questions, Version

15      1 for Discussion, document RSG 676.  Is that one

16      of the versions of the draft survey questions you

17      received from Mr. Schaefer along with the e-mail?

18  A   Yes.

19          EXHIBIT 44 MARKED FOR IDENTIFICATION

20  Q   I show you what's marked as Exhibit 44 called

21      DMA/Colorado:  Possible Survey Questions, Version

22      2 for Discussion.  Is that the second version of

23      the questions you received from Mr. Schaefer in

**NORTH COUNTRY COURT REPORTERS**
40 South Main Street
West Lebanon, New Hampshire  03784
(603)298-2987 tel   (603)218-6633 fax  (603)443-1157 cell
cjfoster71@aol.com

```
 1        connection with the e-mail we just discussed?

 2    A   Yes.

 3    Q   Now, my question is had you, you meaning RSG, not

 4        you personally, drafted any survey questions

 5        before receiving documents 43 and 44 related to

 6        the Colorado survey that you eventually did?

 7    A   I don't recall whether we had anything on paper at

 8        that time.  We had certainly discussed over the

 9        phone with Mr. Schaefer the form of the

10        questionnaire and the kinds of questions we might

11        ask.

12    Q   Did you provide him any specific questions during

13        those conversations?

14    A   I don't recall whether we provided specific

15        questions during those conversations.  We

16        certainly did at the later date.

17    Q   Would your notes reflect whether you provided

18        specific questions to Mr. Schaefer before receipt

19        of Exhibits 43 and 44?

20    A   Probably not.  If you're referring to the phone

21        notes, probably not.  That's usually the other

22        side of the conversation rather than my side.

23            EXHIBIT 45 MARKED FOR IDENTIFICATION
```

**NORTH COUNTRY COURT REPORTERS**
40 South Main Street
West Lebanon, New Hampshire  03784
(603)298-2987 tel   (603)218-6633 fax  (603)443-1157 cell
cjfoster71@aol.com

```
 1    Q    Takes surveys of various kinds; of consumers,
 2         users of products, whatever, right?
 3    A    Yes.
 4    Q    I take it then it's your habit to receive draft
 5         questions from your clients to use in your
 6         surveys, is that correct?
 7    A    It's not necessarily our habit.  In some cases, we
 8         draft with little more than a sentence or two from
 9         our client about what their objectives are.  In
10         some cases, we have clients who provide what I
11         would consider to be close to a complete draft of
12         a full questionnaire.
13              EXHIBIT 48 MARKED FOR IDENTIFICATION
14    Q    I show you what's marked as Exhibit 48 for
15         identification.  It's an e-mail chain.  The top
16         date is 17th of May, and it's RSG 749 at the
17         bottom.
18    A    Yes.
19    Q    And the middle e-mail there is yours to
20         Mr. Whipple saying that you were going to develop
21         a first questionnaire that you'll send out for
22         review, is that correct?
23    A    Yes.
```

**NORTH COUNTRY COURT REPORTERS**
40 South Main Street
West Lebanon, New Hampshire   03784
(603)298-2987 tel   (603)218-6633 fax  (603)443-1157 cell
cjfoster71@aol.com

1  Q   Did you develop a first questionnaire and send it
2      out for review later that morning?
3  A   I couldn't say that I sent it out later that
4      morning, but I definitely developed that first
5      draft.
6  Q   And that first draft is not Exhibits 43 or 44?
7  A   No.
8          EXHIBIT 49 MARKED FOR IDENTIFICATION
9  Q   I show you what's marked as Exhibit 49.  It's
10     called DMA/Colorado: DRAFT Questionnaire, Version
11     3 RSG for Discussion bearing numbers at the bottom
12     starting with page 612 and ending with 616.  Is
13     this document the draft you referred to in the
14     prior exhibit?
15 A   I believe so.  The only question, I don't recall
16     whether those comments were embedded at the time
17     that I initially transmitted this.  They may well
18     have been.  I'd have to read more in detail.
19 Q   Those comments are TGA.  I assume that is you?
20 A   That is.  Yes.
21 Q   For this Version 3, did you use any material from
22     Exhibits 43 and 44 which are the drafts 1 and 2?
23 A   I'd have to check, but I believe I did copy and

*NORTH COUNTRY COURT REPORTERS*
40 South Main Street
West Lebanon, New Hampshire  03784
(603)298-2987 tel   (603)218-6633 fax  (603)443-1157 cell
cjfoster71@aol.com

```
 1        paste the descriptions of the law and some other
 2        pieces.
 3   Q    You can look at 43 and 44 and maybe that will help
 4        you.
 5   A    So it appears that question 10, the elements of
 6        it, the description of the law I believe I copied
 7        out of Version, well, it's not exact, but it's
 8        copied out of the pieces, pieces of the text are
 9        copied out of these two versions.
10   Q    Okay.  Thank you.  Who is Karyn?
11   A    Karyn Dossinger is a senior associate in our
12        Chicago office.
13   Q    Where Mr. Whipple is?
14   A    That's correct.
15   Q    Did she work on this project at all?
16   A    I believe that she was involved in some way.
17        She's under the direction of Mr. Whipple, and I'm
18        not sure what the full extent of her role was.
19   Q    Would Mr. Whipple know what the extent of her role
20        was?
21   A    Yes.
22   Q    But whatever role she had, he never shared that
23        with you?
```

*NORTH COUNTRY COURT REPORTERS*
40 South Main Street
West Lebanon, New Hampshire  03784
(603)298-2987 tel   (603)218-6633 fax  (603)443-1157 cell
cjfoster71@aol.com

```
 1   A    Sorry.

 2            MR. WESOKY:  I'm glad.

 3            MR. SCHAEFER:  In fact, I intended to take it

 4        out as unrelated.

 5            EXHIBIT 51 MARKED FOR IDENTIFICATION

 6   Q    I show you Exhibit number 51.  It's an e-mail

 7        chain dated the 18th of May from you to

 8        Mr. Schaefer and Mr. Schaefer to you.  It's

 9        designated by numbers RSG 750 and 751.

10   A    This is 778, 779.

11            MR. SCHAEFER:  Could be the same document.

12   Q    Yes.  They're actually the same.

13            MR. SCHAEFER:  So at least for the one that's

14        been marked for the record is 778 and 779.

15   Q    And I have another copy with a different number so

16        that's why.  Referring to the middle e-mail in

17        that chain?

18   A    Yes.

19   Q    It says attached is a first draft of the

20        questionnaire that I built around the core

21        questions that you sent last week?

22   A    Yes.

23   Q    That refers to the questions in number Exhibits 43
```

**NORTH COUNTRY COURT REPORTERS**
40 South Main Street
West Lebanon, New Hampshire  03784
(603)298-2987 tel   (603)218-6633 fax  (603)443-1157 cell
cjfoster71@aol.com

```
 1        and 44?
 2   A    Yes.
 3   Q    And is that first draft the Version 3 that you
 4        had?
 5   A    I believe it would be Version 1.  Sorry.  It would
 6        be, there would be a Version 1.  This is Version
 7        3.  And I'm not sure what happened to Version 1,
 8        but --
 9   Q    I will represent to you that the Version 1 and
10        Version 2 that I have are Exhibits 43 and 44.
11   A    All right.  Okay.  So this is, so Version 3, I
12        guess, I didn't recall that I started numbering
13        from the version numbers that Matt had provided,
14        but this does appear to be something close to what
15        I would have drafted as the first draft.
16   Q    That would be the draft you referred to?
17   A    As Version 3.
18   Q    As Version 3 which is Exhibit 49.
19   A    49.
20   Q    So in Exhibit 51, you refer to Exhibit 49 as the
21        questionnaire that you drafted?
22   A    Yes.  I believe so.
23   Q    Also it refers to notes and annotations in the
```

**NORTH COUNTRY COURT REPORTERS**
40 South Main Street
West Lebanon, New Hampshire  03784
(603)298-2987 tel  (603)218-6633 fax  (603)443-1157 cell
cjfoster71@aol.com

```
 1        e-mail?
 2   A    Yes, it does.
 3   Q    So does that coincide now with Version 3?
 4   A    Version 3 does have the notes and annotations,
 5        yes.
 6   Q    So we're confident that this e-mail refers to
 7        what's been called Version 3 of the survey?
 8   A    I believe it does, but it's also possible that
 9        there is another version.  Certainly there were
10        internal versions before this one.
11              EXHIBIT 52 MARKED FOR IDENTIFICATION
12   Q    Exhibit 52.  Sir, I've handed you what's been
13        marked as Exhibit 52, and it's also an e-mail
14        chain.  The top one is from Nelson Whipple to you?
15   A    Yes.
16   Q    Dated the 18th of May and it's RSG 759-760?
17   A    Yes.
18   Q    And it talks about phone conversation or trying to
19        set up a phone conversation.
20   A    Yes.
21   Q    Did you have that conversation with Mr. Whipple?
22   A    I don't recall for certain.  I know I had a
23        conversation with him, but I'm not sure it was at
```

*NORTH COUNTRY COURT REPORTERS*
40 South Main Street
West Lebanon, New Hampshire  03784
(603)298-2987 tel   (603)218-6633 fax  (603)443-1157 cell
cjfoster71@aol.com

```
 1        the time that was described here.
 2   Q    If you remember the conversation, what was
 3        discussed between you and Mr. Whipple?
 4   A    I don't remember that conversation.
 5             EXHIBIT 53 MARKED FOR IDENTIFICATION
 6   Q    I show you what's marked as Exhibit 53.  It's an
 7        e-mail chain, you to Mr. Schaefer, then
 8        Mr. Schaefer to you, the last date being May 21st,
 9        2010.  It's RSG 846.
10   A    Yes.
11   Q    Looking at the earlier of the two e-mails, the May
12        20th from you to Mr. Schaefer, you talk about a
13        revised draft that responds to your, meaning
14        Mr. Schaefer and Mr. Isaacson's, comments and
15        addresses some of the remaining issues?
16   A    Yes.
17   Q    Do you remember what those comments and issues
18        were that, using the terms as in this e-mail Matt
19        and George raised?
20   A    Well, let me see.  I'm not sure that -- it
21        responds to your comments address some of the
22        remaining issues that we had.  So we certainly
23        responded to marginal comments that I had on
```

***NORTH COUNTRY COURT REPORTERS***
40 South Main Street
West Lebanon, New Hampshire  03784
(603)298-2987 tel    (603)218-6633 fax  (603)443-1157 cell
cjfoster71@aol.com

```
 1        Exhibit 49 that we were posing back to them, and I
 2        don't recall the details of that conversation well
 3        enough to recall what George and Matt had raised
 4        at that time.
 5   Q    Would you have made notes of that?
 6   A    Probably.
 7             EXHIBIT 54 MARKED FOR IDENTIFICATION
 8   Q    I hand you what's marked as Exhibit 54 called
 9        DMA/Colorado:  DRAFT Questionnaire, Version 4 RSG
10        for Discussion.
11   A    Yes.
12   Q    Is that Version 4 which I just handed you the
13        draft that is described in the previous Exhibit
14        53?
15   A    I believe it is, but since I don't have a file
16        date on this, I couldn't say for sure that this is
17        referring to 4 rather than 5, for example.
18   Q    And I think you said you don't remember the
19        comments Matt and George made?
20   A    No.
21   Q    Which led to this version?
22   A    No.  I don't recall the specific comments.
23   Q    You also say in the e-mail, Exhibit 53, that you,
```

*NORTH COUNTRY COURT REPORTERS*
40 South Main Street
West Lebanon, New Hampshire  03784
(603)298-2987 tel   (603)218-6633 fax  (603)443-1157 cell
cjfoster71@aol.com

1       meaning Matt and George, may have other issues

2       that we will need to address.

3   A   Yes.

4   Q   Do you remember if they had other issues?

5   A   I don't recall.

6   Q   Okay.  Look at the top of that e-mail.  The first

7       part.  And it's from Mr. Schaefer to you, correct?

8   A   Yes.

9   Q   It contains suggestions or comments regarding your

10      latest draft of the survey, correct?

11  A   Yes.

12        EXHIBIT 55 MARKED FOR IDENTIFICATION

13  Q   I show you what's marked Exhibit 55.  It's

14      DMA/Colorado:  DRAFT Questionnaire, Version 5 for

15      Discussion.

16  A   Yes.

17  Q   Does that refer or is that the version that's

18      referenced in the last or next to last sentence of

19      the top half of the e-mail of May 21st?

20  A   Again, I couldn't say for sure that this is the

21      version because it doesn't refer to a version

22      number.

23  Q   If you look in the marginal notes, for example, on

*NORTH COUNTRY COURT REPORTERS*
40 South Main Street
West Lebanon, New Hampshire  03784
(603)298-2987 tel   (603)218-6633 fax  (603)443-1157 cell
cjfoster71@aol.com

```
 1        page 00625, does that say MS?

 2   A    Yes.

 3   Q    Can we assume that's Matt Schaefer?

 4   A    I believe it is, yes.

 5   Q    So it's likely then that this Exhibit 55 is the

 6        document referred to in e-mail of May 21st which

 7        is Exhibit 53?

 8   A    Exhibit 53.  Yes.  And I also see just from my own

 9        recollection the attachment is Version 5.  So I

10        believe that's correct then, yes.

11   Q    Okay.

12             EXHIBIT 56 MARKED FOR IDENTIFICATION

13   Q    I show you what's marked as Exhibit 56, sir.  It

14        is another e-mail chain.  The top date is the 24th

15        of May, 2010.  It's designated with the numbers

16        RSG 733 and 734.

17   A    Yes.

18   Q    In the middle e-mail, it talks about a newly

19        revised draft that I, meaning you, put together

20        over the weekend.

21   A    Yes.

22             EXHIBIT 57 MARKED FOR IDENTIFICATION

23   Q    Does it refer to Exhibit 57 which I just handed
```

**NORTH COUNTRY COURT REPORTERS**
40 South Main Street
West Lebanon, New Hampshire  03784
(603)298-2987 tel   (603)218-6633 fax  (603)443-1157 cell
cjfoster71@aol.com

1      you, DMA/Colorado: DRAFT Questionnaire, Version 6?

2   A   It refers to a later draft than 5, and I'm not

3      sure whether, in this e-mail I don't refer to the

4      version number so I'm not certain that it's 6.

5      Likely is.

6   Q   And at the top of that e-mail which is 56?

7   A   Yes.

8   Q   Matt Schaefer writes to you that we, assuming,

9      meaning his firm, had a couple of additional

10      thoughts.  So I will send you an e-mail with the

11      next possible version.  Now, would that next

12      possible version be number 6 that I handed you or

13      is it a different version?

14   A   I couldn't say for certain.  It could have been a

15      marked-up version of 6.  I think that RSG was

16      creating the successive version numbers.

17          EXHIBIT 58 MARKED FOR IDENTIFICATION

18   Q   I hand you what's marked as Exhibit 58, and it's

19      DMA/Colorado: DRAFT Questionnaire, Version 8 for

20      Discussion.  I note that the number 7 is deleted

21      in the first marginal note.  I will represent to

22      you that I do not have a Version 7.  Do you know

23      if this Version 8 is what was referred to in the

**NORTH COUNTRY COURT REPORTERS**
40 South Main Street
West Lebanon, New Hampshire  03784
(603)298-2987 tel   (603)218-6633 fax  (603)443-1157 cell
cjfoster71@aol.com

1    After a brief discussion with Counsel off the

2    record, it was his belief that Version 7 of the

3    survey is embedded in the e-mail and not produced

4    because it wasn't saved as such as a separate

5    document, but he believes he can obtain a copy.

6    Is that a fair statement?

7         MR. SCHAEFER:  Yes, that is a fair statement.

8    It wouldn't have been saved in the drafts folder

9    maintained by RSG but should be something that can

10   be extracted from the e-mail, and I'm happy to do

11   that.

12   Q    So with that caveat that you just heard, sir?

13   A    Yes.

14   Q    Is Version 8, which you have, the version which

15   your firm would have edited or changed after

16   receipt of a version from Mr. Schaefer's office as

17   referred to in Exhibit 59?

18   A    Yes.  And because it appears that I have made

19   comments that appear after Mr. Schaefer's comments

20   referring to either changes that were made or not

21   made based on our review of this draft.

22   Q    Okay.  So Version 8 then appears to be Version 7

23   edited by you or your firm?

**NORTH COUNTRY COURT REPORTERS**
40 South Main Street
West Lebanon, New Hampshire  03784
(603)298-2987 tel  (603)218-6633 fax  (603)443-1157 cell
cjfoster71@aol.com

```
 1    A    Yes.

 2    Q    Okay.  Thank you.

 3              (Off-the-record discussion)

 4              EXHIBIT 60 MARKED FOR IDENTIFICATION

 5    Q    Exhibit 60, sir, is another e-mail chain.  The top

 6         is Mr. Whipple to you on May 24th, 2010, and the

 7         bottom is Mr. Schaefer on May 24th, 2010.  RSG 697

 8         and 698.  In it Mr. Whipple says the attached

 9         Version 8 includes my responses to comments and

10         corresponding changes.

11    A    No.  That's actually from me to Matthew.

12    Q    Yes.  I am sorry.  It's from Mr. Whipple's --

13    A    Right.

14    Q    -- e-mail, but it's a copy?

15    A    Yes.

16    Q    Thank you for pointing that out.  I appreciate it.

17         The attached Version 8 includes my responses --

18    A    Yes.

19    Q    -- to comments and corresponding changes.  So if

20         we look at Version 8, that confirms that Version 8

21         is what you edited from the Version 7 that you

22         received, correct?

23    A    Yes.  I believe so.  Yes.
```

*NORTH COUNTRY COURT REPORTERS*
40 South Main Street
West Lebanon, New Hampshire  03784
(603)298-2987 tel   (603)218-6633 fax  (603)443-1157 cell
cjfoster71@aol.com

1    Q    Thank you.

2    A    And somehow I removed the RSG piece, but it's

3         clearly an RSG draft at that point.

4              EXHIBIT 61 MARKED FOR IDENTIFICATION

5    Q    Sir, I've handed you what's marked as Exhibit 61.

6         It's another e-mail chain from you to Messrs.

7         Isaacson and Schaefer, and then a response to you

8         from Mr. Schaefer May 25th of 2010, RSG 762.  And

9         you e-mail saying attached is a final version of

10        the questionnaire reflecting our discussions over

11        the past week.  Do you know if what you're

12        referring to in that e-mail is survey Version 9 --

13             EXHIBIT 62 MARKED FOR IDENTIFICATION

14   Q    -- which I'm handing to you as Exhibit 62?  It's

15        DMA/Colorado: Questionnaire Version 9 for Final

16        Review.

17   A    It would appear that this is the next version

18        that's referred to in this e-mail, yes.

19   Q    And that final version reflects, as you say, our

20        discussions over the past week.  Did you make

21        notes of those discussions?

22   A    I may have.  I don't recall whether I had them in

23        my notebook or not.

*NORTH COUNTRY COURT REPORTERS*
40 South Main Street
West Lebanon, New Hampshire  03784
(603)298-2987 tel   (603)218-6633 fax  (603)443-1157 cell
cjfoster71@aol.com

```
1    Q    But if you had made notes, you would have produced
2         them?
3    A    Yes.
4    Q    And again in Exhibit 62, Mr. Schaefer responds to
5         you with some quick edits?
6    A    61?  Exhibit 61.
7    Q    So I'm sorry.  Thank you for pointing that out.
8         Exhibit 61.
9    A    Yes.  He does.
10   Q    And did you make changes or was Version 9 the
11        final?
12   A    The changes were just a matter of lettering of the
13        subitems and so I don't recall whether we made
14        another version of the questionnaire or just went
15        from there.  Those aren't pieces that would have
16        appeared in the final questionnaire anyway.
17   Q    I'm sorry.  I don't understand what you mean.
18        Those wouldn't have been pieces.
19   A    So it refers to the lettering of subbullets under
20        number 7.  The subbullet or, sorry, the response
21        choices began with letter D rather than letter A,
22        and that was just because of the way Microsoft
23        Word handled those items.
```

**NORTH COUNTRY COURT REPORTERS**
40 South Main Street
West Lebanon, New Hampshire  03784
(603)298-2987 tel   (603)218-6633 fax  (603)443-1157 cell
cjfoster71@aol.com

```
1    A    We had conversations with SSI about their
2         address-based sampling product, and it didn't
3         appear to us to be ready for use.  They had
4         advertised it, but it didn't appear that they were
5         ready to begin using it.  We had had conversations
6         with Knowledge Networks over a period of a couple
7         of years about their product and felt that it was
8         the best alternative for this kind of project.
9             EXHIBIT 65 MARKED FOR IDENTIFICATION
10   Q    I hand you what's been marked as Exhibit 65, and
11        it's an e-mail addressed to you from Mr. Schaefer
12        of May 27th and it's RSG 880, and it attaches a
13        redline of the questionnaire with a few final
14        proposed edits and comments for your consideration
15        flowing from our discussions with DMA and Kevin
16        Keller.  And I assume -- first of all, I
17        identified that correctly, did I not?
18   A    Yes.
19   Q    I assume, sir, that you didn't have conversations
20        with DMA or Kevin Keller referenced in this
21        e-mail?
22   A    I did not have those conversations directly.
23   Q    At the top it says survey questions Version 9 B,
```

*NORTH COUNTRY COURT REPORTERS*
40 South Main Street
West Lebanon, New Hampshire  03784
(603)298-2987 tel   (603)218-6633 fax  (603)443-1157 cell
cjfoster71@aol.com

1        and if you look back at the exhibits, there is a

2        version, I think, 9 A?

3    A    Exhibit 63.

4    Q    But I did not see a Version 9 B.

5        MR. SCHAEFER:   Could be consistent with our

6        earlier conversation, and I'm happy to extract 9 B

7        as well if it's embedded.

8        MR. WESOKY:   Thank you.

9        EXHIBIT 66 MARKED FOR IDENTIFICATION

10        EXHIBIT 67 MARKED FOR IDENTIFICATION

11    Q    Sir, I hand you what's been marked as Exhibit 66,

12        and I'm going to also hand you at the same time

13        Exhibit 67.

14        If we could just take a look at Exhibit 67

15        first, that is an e-mail chain between yourself

16        and Mr. Schaefer, and you appear to be sending him

17        the final script for the survey; is that correct?

18    A    Yes.

19    Q    And Mr. Schaefer responds, this appears to capture

20        all the changes we discussed.   You see that?

21    A    Yes.

22    Q    Do you remember what those changes were?

23    A    I don't remember the substance of them.   They were

*NORTH COUNTRY COURT REPORTERS*
40 South Main Street
West Lebanon, New Hampshire   03784
(603)298-2987 tel   (603)218-6633 fax   (603)443-1157 cell
cjfoster71@aol.com

```
 1          in response to the comments that were received
 2          from Mr. Keller and DMA, I believe.
 3     Q    But again, you didn't speak directly with
 4          Mr. Keller or with any member of DMA, correct?
 5     A    No.   That's correct.
 6     Q    Take a look at Exhibit 66.   Is that the Version 10
 7          that we're talking about?   Or is there another
 8          one?
 9     A    This is Version 10.   I don't know if there's
10          another one.
11               EXHIBIT 68 MARKED FOR IDENTIFICATION
12     Q    Show you what's marked as Exhibit 68.   It's
13          DMA/Colorado:   Questionnaire Version 10, Final
14          Script.
15     A    Okay.
16     Q    Would that be the document you're referring to in
17          the e-mail 67?
18     A    I don't know which of these two I was referring to
19          for sure.   I'd have to compare them word for word
20          and see where they're different, but -- I'm not
21          sure.   It could be either one of those two.   I
22          don't know which I was referring to in the e-mail.
23               EXHIBIT 69 MARKED FOR IDENTIFICATION
```

*NORTH COUNTRY COURT REPORTERS*
40 South Main Street
West Lebanon, New Hampshire  03784
(603)298-2987 tel   (603)218-6633 fax  (603)443-1157 cell
cjfoster71@aol.com

1    Q    I hand you what's been marked as Exhibit 69, sir.

2         You can take a minute to arrange them.  I'm trying

3         to go fast because of our limited time here.

4    A    Sure.  I appreciate that.

5    Q    This is an e-mail from -- the top one, June 2nd,

6         from Mr. Whipple to Mr. Schaefer, a copy to you,

7         and it's marked RSG 862 and 863.

8    A    Yes.

9    Q    In the bottom part of the e-mail it says the

10        survey has been programmed and tested and we have

11        coordinated with the sample provider.  What does

12        programmed and tested mean?

13   A    We took the script that is described in Exhibit

14        68, and we programmed it as an internet-based

15        survey.  So we did the, did the necessary

16        conversion of that so that it would appear as a

17        survey over the internet.

18   Q    What does tested mean?

19   A    We have a standard testing protocol that we go

20        through for all of our surveys to ensure that the

21        data that are, that the questions follow the flow

22        of what has been described, that the data that a

23        respondent puts into the survey are the data that

*NORTH COUNTRY COURT REPORTERS*
40 South Main Street
West Lebanon, New Hampshire  03784
(603)298-2987 tel   (603)218-6633 fax  (603)443-1157 cell
cjfoster71@aol.com

```
 1        we record at the end.  And we also do final test
 2        for readability and a number of other factors.
 3   Q    Is that done in-house?
 4   A    In-house.
 5   Q    The top part of the e-mail is from Mr. Whipple to
 6        Mr. Schaefer saying we might want to randomize the
 7        choices in question 7 and question 8?
 8   A    Yes.
 9   Q    Was that done or was that not done?
10   A    Yes, it was done.
11   Q    So that was a change after the program and test?
12   A    It was a change after the initial program and
13        test.  We, typically, whenever we make a change,
14        we go back and retest the piece of the survey
15        that's been changed.
16   Q    I understand you ran a pilot survey before the
17        final survey, is that correct?
18   A    Yes.
19   Q    What's the purpose of that?
20   A    Purpose of the pilot was to make sure that there
21        weren't any significant issues with respondents
22        interpreting the questionnaire and with the
23        responses that we received from the questionnaire.
```

**NORTH COUNTRY COURT REPORTERS**
40 South Main Street
West Lebanon, New Hampshire  03784
(603)298-2987 tel   (603)218-6633 fax  (603)443-1157 cell
cjfoster71@aol.com

1   Q   Did you find any?

2   A   No.

3   Q   With the pilot?

4   A   No.

5   Q   Knowledge Networks did the actual survey for you?

6   A   No.

7   Q   You used Knowledge Networks' panel?

8   A   That's correct.

9   Q   When was that complete?

10  A   I don't recall.  It was, I believe, in June, but I

11      don't recall the dates off the top of my head.

12          EXHIBIT 70 MARKED FOR IDENTIFICATION

13  Q   Exhibit 70 is an e-mail chain marked RSG 865 and

14      866.  The top date is June 21st of 2010?

15  A   Yes.

16  Q   I want to call your attention to the e-mail that's

17      on the bottom of page 1, top of page 2, from

18      Mr. Schaefer to you and Mr. Whipple.

19  A   Yes.

20  Q   Do you recall receiving that e-mail?

21  A   Yes.

22  Q   And with respect to that he advises that the

23      Department of Revenue in Colorado issued

*NORTH COUNTRY COURT REPORTERS*
40 South Main Street
West Lebanon, New Hampshire  03784
(603)298-2987 tel  (603)218-6633 fax  (603)443-1157 cell
cjfoster71@aol.com

```
 1          regulations different from the ones that you had

 2          had, correct?

 3     A    There was a change.  Not completely different but

 4          there was a change, yes.

 5     Q    And you talk about doing another survey, correct?

 6               MR. SCHAEFER:  Objection to the form.

 7     A    He suggested that we might want to discuss the

 8          potential for doing another, some changes and

 9          getting additional sample.

10     Q    And you did discuss that?

11     A    I don't recall -- there's an indication that we

12          might discuss that later in the day, and I don't

13          recall whether we had that, whether I had that

14          discussion with him.  This was an e-mail chain to

15          Nelson who was at that time managing the technical

16          work on the project.

17     Q    But no second survey was done, was it?

18     A    No second survey was done.  That's correct.

19     Q    And why not?

20     A    My understanding is that the changes in the law

21          were relatively minor with respect to the

22          questions that were asked in the survey.

23     Q    Where did you get that understanding from?
```

**NORTH COUNTRY COURT REPORTERS**
40 South Main Street
West Lebanon, New Hampshire   03784
(603)298-2987 tel   (603)218-6633 fax  (603)443-1157 cell
cjfoster71@aol.com

1    A    From the nature of the change in the law.

2    Q    Did you read it?

3    A    Yes, I did.

4    Q    You read the Regulation that came out about the
5         time of the e-mail you're referring to?

6    A    I don't recall when I read the Regulation, but
7         yes, we were advised as to what the change
8         involved.

9    Q    You were advised by someone or you read it?  I'm
10        trying to --

11   A    Well, at one point I read the Regulation, but I
12        think at the time we were advised as to what the
13        change was.

14   Q    When I say you, I mean RSG, in consultation with
15        Brann & Isaacson, considered another survey, did
16        you not?

17   A    Well, there was discussion about it.  Yes.

18   Q    And you, someone looked into the potential cost,
19        correct?

20   A    We did, yes.  We actually put together estimates
21        for it.

22   Q    And you also talked about using a different vendor
23        because of repeat offenders possibly appearing if

*NORTH COUNTRY COURT REPORTERS*
40 South Main Street
West Lebanon, New Hampshire  03784
(603)298-2987 tel   (603)218-6633 fax  (603)443-1157 cell
cjfoster71@aol.com

1        you used KN.  When I say repeat offenders, I mean

2        people that had taken the survey the first time?

3   A    That's correct.  We wouldn't have gone back to

4        that same knowledge panel.

5   Q    Did anybody ever say to you that the reason they

6        didn't want you to do the survey, DMA or Brann &

7        Isaacson, was because of the expense?

8   A    I don't recall that, no.  And again, I wasn't

9        involved directly in those conversations as I

10       recall.  It was --

11  Q    Mr. Whipple?

12  A    Mr. Whipple who was involved in those

13       conversations.

14  Q    So if I wanted to find out about why that second

15       survey wasn't done, I should talk to Mr. Whipple?

16          MR. SCHAEFER:  Objection to form.  Go ahead.

17  A    He and I discussed it at one point so I understood

18       that there was not going to be a second survey.

19  Q    But you don't know why there wasn't going to be a

20       second survey?

21  A    I don't know whether cost was discussed as the

22       reason for it.  I do know that the reason it was

23       communicated to me was not based on cost.

*NORTH COUNTRY COURT REPORTERS*
40 South Main Street
West Lebanon, New Hampshire  03784
(603)298-2987 tel   (603)218-6633 fax  (603)443-1157 cell
cjfoster71@aol.com

1  Q  Who communicated to you the reason why the survey

2      was not done?

3  A  Nelson, certainly Nelson and I had conversations

4      about it, and I believe at some point I had a

5      conversation with Mr. Schaefer.

6  Q  Is one of the reasons the second survey wasn't

7      done because of the sensitivity or the need to

8      have it done in time?

9  A  Again, that wasn't part of the discussion that I

10     had.  Nelson may have had that discussion with

11     Mr. Schaefer, but the, that wasn't the reason that

12     I understood it wasn't being done.

13  Q  And again --

14  A  At least my recollection.

15  Q  Those reasons were conveyed to you by Mr. Whipple

16     or Mr. Schaefer or both?

17  A  I believe both.  I certainly had conversations

18     with Mr. Whipple, and I have subsequently had

19     discussions with Mr. Schaefer so --

20  Q  What were those subsequent discussions with

21     Mr. Schaefer?

22  A  Well, we've had discussions over the time from

23     June to the current about the survey and the

*NORTH COUNTRY COURT REPORTERS*
40 South Main Street
West Lebanon, New Hampshire  03784
(603)298-2987 tel   (603)218-6633 fax  (603)443-1157 cell
cjfoster71@aol.com

1          interpretation of the survey results.

2     Q    I'm talking about the issue of not doing the

3          second.

4     A    Oh, it was only with respect to the substance and

5          not with respect to either timing or cost.

6     Q    Okay.  So from firsthand knowledge, as expressed

7          to you by Mr. Schaefer, you do not know the reason

8          the second survey was not done?

9          MR. SCHAEFER:  Objection to form.

10    A    I know that with respect to substance that we were

11         in agreement that there was not a need to refield

12         the survey.  I don't know whether cost and time

13         had entered the discussion at any point with

14         Mr. Whipple.

15    Q    There was a consensus that the second survey would

16         not be done then, correct?

17    A    Yes.

18    Q    The person with the most knowledge as to why that

19         second survey was not done would be whom, in your

20         opinion?

21    A    Mr. Schaefer.

22    Q    What about Mr. Whipple?  Do you know if he had

23         conversations with Mr. Schaefer about why the

*NORTH COUNTRY COURT REPORTERS*
40 South Main Street
West Lebanon, New Hampshire  03784
(603)298-2987 tel   (603)218-6633 fax  (603)443-1157 cell
cjfoster71@aol.com

1   A    I don't recall receiving it, but I recall in

2        general having some communication about completing

3        the report and affidavit, yes.

4                    (Off-the-record discussion)

5   Q    Why don't we take a short break while I'm doing

6        this.

7                    RECESS TAKEN

8             EXHIBIT 72 MARKED FOR IDENTIFICATION

9   Q    I hand you what's been marked as Exhibit 72.  It's

10       another e-mail chain, and it appears to respond to

11       number 71.  And I apologize, I don't have an extra

12       copy of that one.  But could you identify that?

13  A    Exhibit 72?

14  Q    Yes.

15  A    It's marked as RSG 717, and it appears to be

16       correspondence regarding timing for another

17       conference with Matt.

18  Q    And it also talks about signing an affidavit, does

19       it not?

20  A    It's the same as 71.  I believe.

21  Q    I might lean over --

22  A    Oh, yes.  Okay.  That's correct.

23  Q    Talks about your availability for signing an

*NORTH COUNTRY COURT REPORTERS*
40 South Main Street
West Lebanon, New Hampshire  03784
(603)298-2987 tel   (603)218-6633 fax  (603)443-1157 cell
cjfoster71@aol.com

```
 1           affidavit?
 2    A      Yes.
 3    Q      And I take it you didn't draft that affidavit; it
 4           was drafted by Mr. Schaefer?
 5    A      That's correct.
 6    Q      And he sent it to you?
 7    A      Yes, he did.
 8    Q      And would I be correct in saying that that
 9           affidavit is what ultimately became Exhibit 39,
10           the Declaration?
11    A      Yes.
12    Q      It went through a couple of drafts but it
13           ultimately became Exhibit 39, correct?
14    A      That's correct.  Yes.
15    Q      And it was initially drafted by Mr. Schaefer and
16           sent to you, correct?
17    A      Yes.
18              EXHIBIT 72 MARKED FOR IDENTIFICATION
19    Q      I hand you what's marked as Exhibit 72.  It's an
20           e-mail from Mr. Whipple to you, and he's talking
21           about sending something directly to Matt.  And
22           it's marked RSG 00699.
23    A      Yes.
```

**NORTH COUNTRY COURT REPORTERS**
40 South Main Street
West Lebanon, New Hampshire  03784
(603)298-2987 tel   (603)218-6633 fax  (603)443-1157 cell
cjfoster71@aol.com

1   Q    What is this?

2   A    This was the transmittal of the report describing

3        the results of the survey that we conducted.

4   Q    When you say the report, it was not the report

5        that was ultimately generated which was attached

6        to your Declaration, was it?

7   A    It was an earlier, there were portions of this

8        that presumably made it into that report, but that

9        was essentially the Dec describing the results of

10       the study.

11  Q    It wasn't in the report form that we see as an

12       exhibit to your Declaration; is that what you're

13       saying?

14  A    It was a Power Point Dec and I don't think, the

15       Dec was later expanded to include the full set of

16       materials as indicated in that exhibit.

17  Q    What's the date of that e-mail that you just --

18  A    July 22nd.

19  Q    Okay.  Thank you.

20            EXHIBIT 74 MARKED FOR IDENTIFICATION

21  Q    I hand you what's marked as Exhibit 74.  It's an

22       e-mail transmittal from Mr. Whipple to

23       Mr. Schaefer, copy to you, which essentially says

*NORTH COUNTRY COURT REPORTERS*
40 South Main Street
West Lebanon, New Hampshire   03784
(603)298-2987 tel   (603)218-6633 fax   (603)443-1157 cell
cjfoster71@aol.com

1     here is our report.   Is that correct?

2   A   Yes.

3   Q   And it's RSG 00869 for identification?

4   A   Yes.

5   Q   Is the report he refers to the one which I have

6     just handed to you --

7         EXHIBIT 75 MARKED FOR IDENTIFICATION

8   Q   -- marked Exhibit 75, Colorado Consumer Survey,

9     Final Results, July 23rd, 2010, RSG, Inc.,

10    designated on the first page was RSG 00575.

11  A   I believe that that's the one.   I wouldn't know

12    for certain, but it appears to be dated correctly

13    and appears to be the content that I had a chance

14    to look at, yes.

15  Q   Let me represent to you I received several copies

16    of Colorado Consumer Survey Final Results with

17    different dates, and this is the one.

18  A   Yes.

19  Q   The pages that follow are those that came with the

20    one marked July 23rd, 2010.

21  A   Okay.

22  Q   And you have no reason to think otherwise, do you?

23  A   No.

***NORTH COUNTRY COURT REPORTERS***
40 South Main Street
West Lebanon, New Hampshire  03784
(603)298-2987 tel  (603)218-6633 fax  (603)443-1157 cell
cjfoster71@aol.com

1   Q   Now, how did that report differ, if at all, from

2       the final report, the one you attached to your

3       Declaration dated August 9th?  And if you'd like a

4       copy of that August 9th one, I can certainly

5       provide it to you.

6                   (Off-the-record discussion)

7   Q   Exhibit 21.

8   A   Would you like me to try to enumerate all the

9       differences or just say that it is different in

10      some respects?

11  Q   Yes, just go through the --

12  A   Enumerate the differences?

13  Q   Yes, that would be helpful.

14  A   Okay.  Exhibit 21 includes an additional page 4

15      that describes the survey sample itself.

16  Q   On what page is that?

17  A   That's page 4, RSG 328 on Exhibit 21.  That's a

18      new page.

19          So then the Exhibit 75, page 9, marked RSG

20      583, 584, 585, 586, 587, 588 are not included in

21      Exhibit 21.  Instead, they are summarized on page

22      4 at 328.

23          MR. SCHAEFER:  Page 4 of Exhibit 21.

*NORTH COUNTRY COURT REPORTERS*
40 South Main Street
West Lebanon, New Hampshire  03784
(603)298-2987 tel  (603)218-6633 fax  (603)443-1157 cell
cjfoster71@aol.com

1   A   Right.  And on page 13 marked as RSG 337, Exhibit
2       21, there is an annotation indicating the
3       qualification essentially for participating in the
4       questionnaire.  And then similarly, on page 14,
5       RSG 338 of Exhibit 21, there's another annotation
6       indicating qualification.
7   Q   Let me interrupt here for a moment.  Why the
8       change from Exhibit 75 to Exhibit 21?
9   A   To make some of the procedures and assumptions
10      that were made as part of the survey more
11      explicit, and I believe there were, there was an
12      exchange, and I don't recall whether I was part of
13      it, but I know I discussed it with Nelson about
14      the additional edits that might be made to make it
15      clearer, and I believe that was a conversation
16      with Mr. Schaefer.
17  Q   Let me see if I understand.  The changes from
18      Exhibit 75 to Exhibit 21 were discussed among
19      Mr. Whipple, yourself and Mr. Schaefer, and as a
20      result of that discussion, the changes were made
21      from 75 to 21.
22  A   Yes.
23  Q   Okay.  And I assume I can just look and see what

*NORTH COUNTRY COURT REPORTERS*
40 South Main Street
West Lebanon, New Hampshire  03784
(603)298-2987 tel   (603)218-6633 fax  (603)443-1157 cell
cjfoster71@aol.com

1 those changes are?

2   MR. SCHAEFER:   Objection to form, but go

3 ahead.

4 A Yes.

5   EXHIBIT 76 MARKED FOR IDENTIFICATION

6 Q Let me hand you what is marked, sir, as Exhibit

7 76.   It's an e-mail chain identified RSG 00842,

8 and it's between Mr. Schaefer and Mr. Whipple

9 where Mr. Whipple submits the report to Matt

10 Schaefer, and Mr. Schaefer responds he wants to

11 make revisions to tailor and streamline the

12 document.   Correct?

13 A Yes.

14   MR. SCHAEFER:   For the record, it goes on

15 from there, but it speaks for itself.

16 Q When you do your survey work for other clients, do

17 they tailor and streamline the reports that you

18 send them?

19 A Yes, typically with our review and approval.

20 Q So you let the client change your report to tailor

21 and streamline it?

22 A We work with the clients to tailor and streamline

23 a report and typically accept comments and

***NORTH COUNTRY COURT REPORTERS***
40 South Main Street
West Lebanon, New Hampshire   03784
(603)298-2987 tel   (603)218-6633 fax  (603)443-1157 cell
cjfoster71@aol.com

1          suggestions from our clients to do it to meet

2          their purposes, yes.

3     Q    Do you ever reject comments?

4     A    Yes.

5     Q    Did you reject any in this case?

6     A    I don't recall.

7               EXHIBIT 77 MARKED FOR IDENTIFICATION

8     Q    Exhibit 77 is an e-mail.  The top one is from

9          Mr. Whipple, I believe.  Would you identify it

10         with the RSG number at the bottom, please?

11    A    RSG 722.

12    Q    And in that e-mail, Mr. Whipple's responding to

13         Mr. Schaefer's comment about tailoring and

14         streamlining the documents, correct?

15    A    Yes.

16    Q    And he's saying that the information is there; is

17         that what he's saying?

18    A    Yes.  The information is in the report, yes.  And

19         also indicating that it may not be clear.

20              EXHIBIT 78 MARKED FOR IDENTIFICATION

21    Q    I show you what's marked as Exhibit 78.  It's an

22         e-mail chain identified with RSG 704 and 705.  And

23         it also looks like it's a response to the e-mail

**NORTH COUNTRY COURT REPORTERS**
40 South Main Street
West Lebanon, New Hampshire  03784
(603)298-2987 tel  (603)218-6633 fax  (603)443-1157 cell
cjfoster71@aol.com

1    regarding tailoring and streamlining the report?

2    A    Yes.

3    Q    With regard to the e-mail that appears in the

4    middle of the first page?

5    A    Yes.

6    Q    Is that Mr. Schaefer instructing you as to what

7    needs to be put in the report?

8             MR. SCHAEFER:   Objection to form.

9    A    It's actually an instruction for what would be

10    included in the Declaration.

11    Q    Okay.   Then Mr. Whipple at the top of the e-mail

12    comments on Matt Schaefer's e-mail, correct?

13    A    Yes.

14             EXHIBIT 79 MARKED FOR IDENTIFICATION

15    Q    I hand you, sir, what's been marked as Exhibit 79.

16    It's an e-mail chain identified with RSG 769

17    through 717.   And the first e-mail in that chain

18    talks about a revised deck.   Is that another

19    revised report similar to the July 23rd that we

20    saw earlier?

21    A    Yes.   If you're referring to the reference to the

22    bottom of 770?

23    Q    Yes.   Appears to be the first e-mail in that

*NORTH COUNTRY COURT REPORTERS*
40 South Main Street
West Lebanon, New Hampshire   03784
(603)298-2987 tel   (603)218-6633 fax   (603)443-1157 cell
cjfoster71@aol.com

1      chain?

2  A   Yes.

3          EXHIBIT 80 MARKED FOR IDENTIFICATION

4  Q   And that was dated July the 28th so would that

5      have been the final results that are reflected in

6      Exhibit 80 called Colorado Consumer Survey Final

7      Results July 26, 2010 which I'm handing you marked

8      as Exhibit 80?

9  A   I'd say probably.  It's dated July 26th.  The

10     e-mails are dated July 28th.  But it may well be

11     the same Dec.

12 Q   And then Mr. Schaefer responds in the next e-mail

13     in the chain acknowledging receipt?

14 A   Yes.

15 Q   Saying it looks good, but Mr. Isaacson, he refers

16     to him as George, has not had a chance to review

17     it and make changes that he thinks should be made?

18 A   Or suggest changes.  Proposed changes which is the

19     way changes were discussed.

20 Q   Also in that e-mail chain, Mr. Schaefer talks

21     about in the next one in the chain to see if you

22     had any revisions to the draft of the Declaration.

23     Do you see that?  It's at the top of page 770?

*NORTH COUNTRY COURT REPORTERS*
40 South Main Street
West Lebanon, New Hampshire  03784
(603)298-2987 tel   (603)218-6633 fax  (603)443-1157 cell
cjfoster71@aol.com

1  A    Yes.

2  Q    Did you have any changes?

3  A    It appears that I did find some typos.

4           EXHIBIT 81 MARKED FOR IDENTIFICATION

5  Q    And there's also another Final Colorado Consumer

6       Survey Final Results dated July 29th which appears

7       in Exhibit 81 which I've just handed you.  That's

8       another revision to your report of survey results?

9  A    Yes.

10  Q    That's still not the final one.  The final one was

11       dated August 9th, correct?

12  A    Yes.

13  Q    And that was Exhibit 21, I believe.

14  A    Yes.

15  Q    So July 29th was not the final?

16  A    That's correct.

17  Q    August 9th, Exhibit 21, was -- what was the final?

18  A    Exhibit 21 is the final version.

19  Q    Right.  Okay.  And the other versions that we've

20       looked at, the 23rd, the 26th and the 29th were

21       all changed as they went along based on

22       suggestions of Brann & Isaacson?

23           MR. SCHAEFER:  Objection.

*NORTH COUNTRY COURT REPORTERS*
40 South Main Street
West Lebanon, New Hampshire  03784
(603)298-2987 tel  (603)218-6633 fax  (603)443-1157 cell
cjfoster71@aol.com

1   A   They were modifications made that were reviewed

2       with, both Nelson and I reviewed those changes and

3       made a number of, I would consider them to be

4       minor changes.

5   Q   But they were the suggestion of Brann & Isaacson,

6       yes or no?

7   A   Most of them, yes.  Some of them typos and so

8       forth that were my suggestions.

9               EXHIBIT 82 MARKED FOR IDENTIFICATION

10  Q   Sir, I'll hand you what's Exhibit 82, e-mail chain

11      designated with RSG 775 through 777.

12  A   Yes.

13  Q   Referring to the last two e-mails in the chain,

14      you are sending documents to Mr. Schaefer which

15      includes the revised copy of the Declaration,

16      correct?

17  A   You mean the top two?

18  Q   Yes.

19  A   So the ones on page --

20  Q   The most recent?

21  A   775.  Yes.

22  Q   The latest in that chain?

23  A   Yes.

*NORTH COUNTRY COURT REPORTERS*
40 South Main Street
West Lebanon, New Hampshire  03784
(603)298-2987 tel   (603)218-6633 fax  (603)443-1157 cell
cjfoster71@aol.com

1    Q    Do you remember the revisions that you made?

2    A    I don't remember them offhand, no.

3    Q    Do you remember if they were large revisions,

4         major revisions or just kind of tweaking words?

5              MR. SCHAEFER:  I'm going to object to form

6         just because he's not looking at a copy of it.

7    A    Yes.  I don't recall, but certainly they were, the

8         Declaration was based on the results that we had

9         presented to Brann & Isaacson and that we had

10        discussed with Mr. Schaefer and Mr. Schaefer, I

11        believe, for the most part accurately reflected

12        the opinions that we had discussed over the phone

13        in the Declaration.  So I don't recall any

14        significant changes in substance.

15   Q    Fair enough.  Okay.  Then the top e-mail in that

16        chain or the latest in that chain, looks like

17        Mr. Schaefer further revises the Declaration?

18   A    Yes.

19   Q    And it appears he's revising it, tell me if this

20        is your impression as well, that he's revising it

21        to comport to what Professor Keller said in his

22        Declaration?

23   A    Well, I think the intent was to revise it so that

*NORTH COUNTRY COURT REPORTERS*
40 South Main Street
West Lebanon, New Hampshire  03784
(603)298-2987 tel  (603)218-6633 fax  (603)443-1157 cell
cjfoster71@aol.com

1       it was consistent with the facts which was that
2       Professor Keller did review the survey.
3   Q   So it would be consistent, your Declaration would
4       be consistent with his?
5   A   So that my Declaration would be consistent with
6       the facts.
7           EXHIBIT 83 MARKED FOR IDENTIFICATION
8   Q   Let me hand you what's been marked as Exhibit 83,
9       and it's an e-mail from Mr. Schaefer to you dated
10      September 10th, bearing RSG 00936 and 937.
11  A   Yes.
12  Q   Do you recall receiving this?
13  A   I don't recall receiving this specific e-mail, but
14      I do recall the request, yes.
15  Q   Was that the first time you had been told about
16      the requirements that are set forth in this
17      e-mail?
18  A   It was the first time that they were listed out.
19      We may have had a prior phone conversation.  I
20      don't recall.
21  Q   Would you look at the second page of that?
22  A   Yes.
23  Q   And I think to capsulize it, Mr. Schaefer's

*NORTH COUNTRY COURT REPORTERS*
40 South Main Street
West Lebanon, New Hampshire  03784
(603)298-2987 tel   (603)218-6633 fax  (603)443-1157 cell
cjfoster71@aol.com

```
 1          Adler, RSG 939 through 941.

 2     A    Yes.

 3     Q    In that e-mail, Mr. Schaefer's attaching a draft

 4          of an Expert Report.  Correct?

 5     A    Yes.

 6     Q    You didn't draft the Expert Report; he did,

 7          correct?

 8     A    Yes.

 9     Q    And is the attachment, RSG 939 through 941, that

10          draft which is referenced?

11     A    Yes.

12     Q    If I didn't identify for the record, the last

13          exhibit was Exhibit 86.  I apologize.

14              EXHIBIT 87 MARKED FOR IDENTIFICATION

15     Q    Let me hand you what's marked as Exhibit 87.  It

16          is an e-mail chain designated with RSG 948, 949

17          and 950.  The most current of the e-mails is

18          Monday, September 20th, 2010 at 1:51 p.m.  This

19          appears to be a change in addition to the previous

20          exhibit, 86.  And in the e-mail, the date is the

21          bottom of the first page and continues at the top

22          of the second, second page 949, where you state

23          your Expert Report that Mr. Schaefer drafted looks
```

*NORTH COUNTRY COURT REPORTERS*
40 South Main Street
West Lebanon, New Hampshire  03784
(603)298-2987 tel   (603)218-6633 fax  (603)443-1157 cell
cjfoster71@aol.com

1      fine to you.   Correct?

2   A  Yes.

3   Q  And you give him your hourly rate?

4   A  Yes.

5   Q  This is a silly question.  344.44 an hour.  Why

6      not 340 an hour?

7   A  Because we actually are government-audited rates

8      and so we have to include the appropriate

9      multipliers that are set by standard audit

10     procedures and so forth.

11  Q  Just struck me as funny, that 44 cents in there.

12  A  Well, that's the rate.

13  Q  Then Mr. Schaefer responds that he thinks

14     additional documents should be added to your

15     Expert Report as documents that you referenced in

16     reaching the results in your report?

17  A  They're actually documents -- yes, he references

18     those documents, and those documents are actually

19     documents that I had reviewed prior to this

20     engagement.

21  Q  But it is he who suggests they should be

22     incorporated in your Expert Report, correct?

23  A  Yes.

*NORTH COUNTRY COURT REPORTERS*
40 South Main Street
West Lebanon, New Hampshire  03784
(603)298-2987 tel   (603)218-6633 fax  (603)443-1157 cell
cjfoster71@aol.com

```
 1        description of their sampling method including
 2        address-based sampling.
 3   Q    So the Mantiquila deposition was not something
 4        that you relied on or utilized for coming up with
 5        your opinions in this case?
 6   A    Not specifically.  And as I said, it was a
 7        document that I had reviewed prior to being
 8        engaged in this case.
 9             EXHIBIT 90 MARKED FOR IDENTIFICATION
10   Q    Just to complete the record, Exhibit 90 is your
11        final of your Expert Report in this case, is that
12        correct?
13   A    Yes, it is.
14   Q    And I want to make sure that, I'm not intending to
15        include any attachments to it, just the report
16        itself.
17   A    It's right now just the report, yes.  Just the
18        four pages of the report.
19   Q    First I want to establish that your opinion in
20        this case is related to the survey, not to any
21        consumer behavior like Professor Keller did but
22        just, your expertise is in the survey area, is
23        that correct?
```

*NORTH COUNTRY COURT REPORTERS*
40 South Main Street
West Lebanon, New Hampshire   03784
(603)298-2987 tel   (603)218-6633 fax  (603)443-1157 cell
cjfoster71@aol.com

1   A   I have expertise in the survey area, but it's not

2       limited to my expertise in constructing and

3       conducting a survey.

4   Q   But as I read your Declaration and Expert Report

5       in this case, I think your opinions are related to

6       the appropriateness of the survey and the

7       appropriate methodology was used and the

8       appropriate sample was used to get appropriate

9       results?

10  A   That's the majority of what's contained in there,

11      but it's not limited to that.

12  Q   What other opinions -- well, tell me what opinions

13      you're offering in this case.

14  A   It's the opinions that are contained in the

15      Declaration.

16  Q   Tell me what those opinions are.

17  A   You want me to go through all of the opinions in

18      the Declaration or --

19  Q   Not word for word, but tell me what your opinions

20      are in this case, what you're being put forth to

21      offer an opinion on and what that opinion is.

22      MR. SCHAEFER:  Objection to the form.

23  A   You'd like me to paraphrase the opinions expressed

*NORTH COUNTRY COURT REPORTERS*
40 South Main Street
West Lebanon, New Hampshire  03784
(603)298-2987 tel   (603)218-6633 fax  (603)443-1157 cell
cjfoster71@aol.com

1       in the Declaration?

2   Q   Sure.

3   A   So the opinions, obviously, as you suggested,

4       relate to the appropriateness of the method, the

5       opinions include the description of the consumers'

6       response to the law.

7   Q   And when you're saying that, you're just reporting

8       the results of the survey?

9   A   The specific pieces that are included here are the

10      results of the survey.   Yes.   There's a

11      description of the methodology and the

12      appropriateness of the methodology and description

13      of the reliability of the survey methods that are

14      used.

15  Q   So your opinions are related to the survey and

16      that it was conducted in an appropriate manner

17      with appropriate methodology, appropriate survey

18      principles were applied, which should lead to an

19      appropriate result?

20  A   Yes.

21  Q   I just want to make sure that you're not going to

22      offer opinions on any other area, just on the

23      methodologies of the survey and its result?

**NORTH COUNTRY COURT REPORTERS**
40 South Main Street
West Lebanon, New Hampshire  03784
(603)298-2987 tel  (603)218-6633 fax  (603)443-1157 cell
cjfoster71@aol.com

```
 1    A    I guess the opinions, I'm not sure what you mean

 2         by the Declaration includes those opinions that

 3         you just described.

 4    Q    Okay.

 5    A    And what I'm asked for other opinions by you or

 6         others is not something that I could speculate on.

 7    Q    Now, you state in your Declaration at page 3,

 8         paragraph 4, that RSG designed the survey, is that

 9         correct?

10    A    Yes.

11    Q    Now, I know from our prior discussion that at

12         least some of the design was provided by Brann &

13         Isaacson when they sent you some versions of the

14         questionnaire, isn't that correct?

15              MR. SCHAEFER:  Objection to the form.

16    A    No.  So first of all, if you'd like me to explain?

17    Q    Yes.

18    A    First of all, survey isn't the same, is not

19         synonymous with questionnaire.  Survey is the

20         process of designing, administering, sampling and

21         then reporting results that come from a

22         questionnaire.

23    Q    Is designing the questionnaire a part of designing
```

*NORTH COUNTRY COURT REPORTERS*
40 South Main Street
West Lebanon, New Hampshire  03784
(603)298-2987 tel   (603)218-6633 fax  (603)443-1157 cell
cjfoster71@aol.com

1         the survey?

2    A    It's part of it.  One part.  Yes.

3    Q    You also state that you took appropriate steps to

4         ensure its objectivity?

5    A    Yes.

6    Q    Would you tell me what those steps are?

7    A    Yes.  Most important from our perspective was to

8         frame the questions in the context, in a very

9         specific context in the context of a purchase that

10        was made by a consumer, number one.  Number two

11        was to ask questions in a way that allowed us to

12        confirm validity, and number 3 was, included

13        things like the randomizing order so that we

14        didn't bias by order responses to a question.

15            (Requested portion read back by reporter)

16   Q    What do you mean by confirming validity?

17   A    Well, we want to make sure that consumers

18        understand response choices.  So, for example,

19        with respect to the privacy question, we worded

20        the privacy question in both an affirmative and a

21        negative form, if you will, both with slightly

22        different wording to make sure that consumers

23        responded consistently independent of the wording.

*NORTH COUNTRY COURT REPORTERS*
40 South Main Street
West Lebanon, New Hampshire  03784
(603)298-2987 tel  (603)218-6633 fax  (603)443-1157 cell
cjfoster71@aol.com

1    Q    You oversaw its administration.  I assume that's
2         because Knowledge Networks did the panel, but you
3         oversaw the administration of the survey, is that
4         what you mean in the next phrase there, you
5         oversaw its administration?
6    A    Yes.
7    Q    How did you ensure that the data were accurately
8         gathered?
9    A    By checking the data as they came in to make sure
10        that they were consistent with the specifications
11        that we gave to Knowledge Networks.
12   Q    And then you say they were processed and analyzed,
13        that is the data, in accordance with accepted
14        statistical principles.  What are those
15        statistical principles?
16   A    The tabulations were -- first of all, there was a
17        weighting process applied to make sure that the
18        data that we collected appropriately represented
19        the population of the state of Colorado.
20   Q    What do you mean by weighting?
21   A    Weighting is a process of applying a factor to
22        each response to ensure that in aggregate the
23        responses are representative of the key

**NORTH COUNTRY COURT REPORTERS**
40 South Main Street
West Lebanon, New Hampshire  03784
(603)298-2987 tel   (603)218-6633 fax  (603)443-1157 cell
cjfoster71@aol.com

```
 1        characteristics of the Colorado population.
 2    Q   Who determines the weighting?  I'm sorry.  I
 3        didn't mean to jump on your answer.
 4    A   In this case, who determines the weighting, the
 5        weighting criterion, that is that it should be
 6        weighted to the average Colorado consumers, was
 7        specified by us.  The calculations of the weights
 8        were done by Knowledge Networks.
 9    Q   Tell me a little bit about your weighing.  What
10        did you give weight to and how much weight?
11    A   So we wanted to make sure that the key
12        demographics of the population of the state of
13        Colorado were represented in our survey and if
14        you'd like, I can give you just a simple example
15        to illustrate how it works.
16    Q   That would be great.
17    A   Let's say we know that on average there are 50
18        percent males, 50 percent females in Colorado
19        which is approximately correct.  And let's say
20        that in our data set we for some reason have,
21        let's say there are only three responses in our
22        data set to make it easy, two males and one
23        female.  In order for that sample to be
```

*NORTH COUNTRY COURT REPORTERS*
40 South Main Street
West Lebanon, New Hampshire  03784
(603)298-2987 tel   (603)218-6633 fax  (603)443-1157 cell
cjfoster71@aol.com

```
 1          representative of the population of Colorado, we

 2          have to apply weights to the individual records.

 3          We downweight the two male responses, let's say

 4          for right now, this isn't correctly right, but we

 5          weight each of those at .5 and the female gets a

 6          weight of 1.  When we now average those together,

 7          we get 50 percent males, 50 percent females so

 8          that's the process of weighting.

 9     Q    So if you're heavy on one gender as opposed to the

10          other?

11     A    Exactly.

12     Q    Or heavy on an age category, you reduce or

13          increase the other categories by weighting?

14     A    That's exactly right, yes.

15     Q    And that's something that's generally accepting

16          among the statistical world?

17     A    Yes.

18     Q    Where could I find some literature on that

19          subject?

20     A    Any elementary survey sampling textbook would have

21          that information.

22     Q    Can you give me one?  Any name?

23     A    Any names?  I'm not good at specific names, but I
```

*NORTH COUNTRY COURT REPORTERS*
40 South Main Street
West Lebanon, New Hampshire  03784
(603)298-2987 tel   (603)218-6633 fax  (603)443-1157 cell
cjfoster71@aol.com

1      could find them for you and provide them if you'd

2      like.

3  Q   Not at this time.  But did you review any of that

4      material in connection with this survey in doing

5      your weighting?

6  A   No.  I've taught graduate level Probability and

7      Statistics so it's kind of engaged in my mind.  So

8      I didn't have to review it for this case.

9  Q   And what do you mean by statistically valid

10     results as it appears in the last sentence of

11     paragraph 4?

12 A   That the results themselves have, the sample size

13     was large enough that the results themselves have

14     small error or confidence intervals compared to

15     the conclusions that were reached.

16 Q   I assume, Dr. Adler, that in connection with your

17     work in this case you did not review or look at

18     any Colorado statutes requiring that information

19     received by the state Department of Revenue be

20     kept confidential?

21 A   I didn't review any specific Colorado laws, no.

22 Q   If you would look at paragraph 7, please.  You

23     state, in light of the target population, subject

*NORTH COUNTRY COURT REPORTERS*
40 South Main Street
West Lebanon, New Hampshire  03784
(603)298-2987 tel   (603)218-6633 fax  (603)443-1157 cell
cjfoster71@aol.com

```
1          would have otherwise really wanted to look at.

2    Q     Okay.  Is there anything you would like to have

3          done in connection with the survey which you

4          didn't do?

5              MR. SCHAEFER:  Same objection.

6    A     Not that I can think of.

7    Q     So if you had to do this assignment all over

8          again, you would do it the same way?

9    A     Well, we couldn't do it the same way.  We've

10         already interviewed these people.  But if we were

11         starting from scratch again?

12   Q     Yes.

13   A     I would recommend doing it the way that we did it.

14   Q     The exact same way with no changes, no tweaks, no

15         modifications?

16   A     No.  Given the criteria that we had and the

17         objectives of the survey, I think it was an

18         appropriate method.

19   Q     Nothing you would have done differently, I take

20         it?

21   A     Nothing substantive.  You know, I think obviously

22         we went through ten drafts of the questionnaire.

23         I probably would have started closer to number 10
```

*NORTH COUNTRY COURT REPORTERS*
40 South Main Street
West Lebanon, New Hampshire  03784
(603)298-2987 tel   (603)218-6633 fax  (603)443-1157 cell
cjfoster71@aol.com

1      than number 1, but --

2   Q   And in paragraph 9, you state that you drafted and

3       revised the survey questionnaire?

4   A   Yes.

5   Q   Working with others at RSG.  That would be

6       Mr. Whipple?

7   A   Yes.

8   Q   Anybody else?

9   A   Ms. Dossinger was involved in some review.

10  Q   Of the questionnaire?

11  A   Of the questionnaire.  Yes.

12  Q   Do you know what her input was to the

13      questionnaire?

14  A   I don't know.  Nelson works closely with Ms.

15      Dossinger, and they had discussions, but I'm not

16      privy to those.

17  Q   We talked about the drafting and revising that

18      Brann & Isaacson did, didn't we?

19  A   Yes.

20  Q   And I think you said you never talked to Professor

21      Keller?

22  A   I never talked to him directly with respect to

23      this case, no.

*NORTH COUNTRY COURT REPORTERS*
40 South Main Street
West Lebanon, New Hampshire  03784
(603)298-2987 tel   (603)218-6633 fax  (603)443-1157 cell
cjfoster71@aol.com

1    Q    Anything that he may have said would have been

2         passed on to you through Brann & Isaacson?

3    A    Yes.

4    Q    Okay.   Let's turn if we could, please, to Exhibit

5         21.   The final final.   Here it is.   Let me give it

6         to you.   I shouldn't have taken that.   I'm going

7         to ask if you'd look, please, at, it's page 18.

8         Okay?

9    A    Yes.

10   Q    Is this one of the questions that you said you

11        framed in the, to give alternatives?

12   A    Yes.

13   Q    I think we talked about that a little bit.   To

14        check and see consistency?

15   A    Yes.

16   Q    In the second part of that question, I think these

17        are called focal questions, is that correct?

18   A    I don't call them that, but maybe others do.

19   Q    What do you call them as opposed to qualifying

20        questions?

21   A    I don't call these qualifying.   I'm not sure --

22   Q    Like qualifying question, are you over the age of

23        18?

*NORTH COUNTRY COURT REPORTERS*
40 South Main Street
West Lebanon, New Hampshire  03784
(603)298-2987 tel   (603)218-6633 fax  (603)443-1157 cell
cjfoster71@aol.com

1    A    Oh, but that's not page 18.

2    Q    No.  I said a qualifying question is like are you

3         over the age of 18.  Did you buy on the internet

4         in the last six months.  Those are qualifying

5         questions?

6    A    We call them screener questions.

7    Q    Okay.  And what do you call the meat and potatoes

8         questions?  Like question 8, like the question

9         appearing on page 18, what term of art do you use?

10   A    This is an opinion question.

11   Q    Okay.  Now, this opinion question, if you look at

12        the second part of that?

13   A    Yes.

14   Q    The second, it says I do not mind the state of

15        Colorado knowing the kinds of products I buy, from

16        whom I buy them, where I have them shipped and how

17        much I spend.  Did I read that correctly?

18   A    Yes.

19   Q    Now you know, do you not, that the Colorado law

20        doesn't require a reporting to the Department of

21        Revenue of the kinds of products that an

22        individual buys, correct?

23   A    I know that it's not the specific item that was

**NORTH COUNTRY COURT REPORTERS**
40 South Main Street
West Lebanon, New Hampshire  03784
(603)298-2987 tel   (603)218-6633 fax  (603)443-1157 cell
cjfoster71@aol.com

1       purchased.  It's the amount and so forth.  Yes.

2   Q   And then if you look at the first question, it

3       says reporting my name, billing address, shipping

4       address and amount of my purchases is an invasion

5       of my privacy?

6   A   Yes.

7   Q   So that correctly states what the requirements of

8       the reporting law are, doesn't it?

9   A   Yes.

10  Q   The second one doesn't correctly state the

11      requirements of the reporting law, does it?

12      Because it says kinds of products.  And there's no

13      reporting requirement for the kinds of products,

14      is there?

15  A   Not directly, but the reporting does include the

16      entity from which the product is purchased from

17      which a kind of product can be inferred.

18  Q   So if I buy from Lands End, are you familiar with

19      that company?

20  A   Yes, I am.

21  Q   Lands End, I could buy a briefcase?

22  A   Yes.

23  Q   Or I could buy a pair of socks?

*NORTH COUNTRY COURT REPORTERS*
40 South Main Street
West Lebanon, New Hampshire  03784
(603)298-2987 tel   (603)218-6633 fax  (603)443-1157 cell
cjfoster71@aol.com

1    A    That's correct.

2    Q    Are they similar kinds of products?

3    A    They're hard goods.   Yes.

4    Q    So a briefcase is like an article of clothing?

5    A    I didn't say it was an article of clothing.   I

6         said it was a hard good.

7    Q    A good as opposed to a service?

8    A    As opposed to a service, that's correct, or as

9         opposed to food or other kinds of consumables.

10   Q    Do you know if I could buy food from Lands End?

11   A    I don't know.

12   Q    So you don't think this question adds a piece,

13        quote, kinds of products, that is unnecessary?

14   A    No.   Because -- no.

15   Q    That's fine.

16   A    If you'd like me to explain?

17   Q    No.   I don't need you to explain.   Why did you add

18        that in there, kinds of products I buy, when it's

19        not in the first half of that question?

20   A    It's to rephrase the question in an affirmative

21        form so that we can check consistency between the

22        two questions.

23   Q    So you could not have said I do not mind the state

*NORTH COUNTRY COURT REPORTERS*
40 South Main Street
West Lebanon, New Hampshire  03784
(603)298-2987 tel  (603)218-6633 fax  (603)443-1157 cell
cjfoster71@aol.com

1    of Colorado knowing from whom I make purchases, my

2    name, billing address and shipping address?  You

3    couldn't have said that?

4  A    You could say that.  I don't understand.

5  Q    Would that be more in line with what the law is?

6  A    It's a phrasing that is more consistent with the

7    literal phrasing of the law.

8  Q    Do you think, sir, that the inclusion of the words

9    "kinds of products" in that question had any

10    residual effect on the survey respondents for the

11    following questions?

12        MR. SCHAEFER:  Objection to the form.

13  A    No.

14  Q    You don't think that it was possible that a survey

15    respondent would have that in mind that they have

16    to report the kinds of products when answering the

17    following questions?

18  A    No.  First of all, the heading is very clear as to

19    what's being collected and reported; and second of

20    all, as described on page 20, there's a more

21    literal reporting of what the law looks like.

22  Q    With respect to that question on page 18 that we

23    talked about, the question at the top of the page,

*NORTH COUNTRY COURT REPORTERS*
40 South Main Street
West Lebanon, New Hampshire  03784
(603)298-2987 tel  (603)218-6633 fax  (603)443-1157 cell
cjfoster71@aol.com

```
1         the assumptions, talk about reporting to the

2         Colorado Department of Revenue.

3    A    Yes.

4    Q    Do you think that the mention of the Colorado

5         Department of Revenue caused any of the

6         respondents to think in terms of an increase in a

7         product price because the Department of Revenue is

8         the tax man?

9              MR. SCHAEFER:  Objection to form.

10   A    No.

11   Q    Okay.  Fair enough.  And you don't think there are

12        people that responded knowing that the reporting

13        was to Colorado Department of Revenue because many

14        people are just tax averse?

15             MR. SCHAEFER:  Objection to the form.

16   A    No.  I don't think that would be the reason for

17        the responses that were given, no.

18   Q    Do you think that could have influenced any

19        responses?

20   A    It's conceivable.

21   Q    But you don't think it did?

22   A    I don't think it was a material effect, no.

23   Q    Are you familiar with the term reactivity bias?
```

**NORTH COUNTRY COURT REPORTERS**
40 South Main Street
West Lebanon, New Hampshire  03784
(603)298-2987 tel  (603)218-6633 fax  (603)443-1157 cell
cjfoster71@aol.com

```
 1    A    Reactivity bias, no.

 2    Q    Maybe I'm using the wrong term, but it's where a

 3         question puts a response in the head of the

 4         respondent.  For example, I go to buy a car or I'm

 5         surveyed about buying a car and they ask me how

 6         important is the location of outside turn -- is an

 7         outside turn signal indicator important to you.

 8         And I would never have thought of that.  And all

 9         of a sudden, I think, well, it's a little

10         important.  In other words, the question suggests

11         an answer.  Do you think any of that occurred in

12         your questionnaire?

13    A    No.

14    Q    Why not?

15    A    It's the kind of questions that we've used

16         previously in quantitative surveys.  We've also, I

17         personally have done many focus groups dealing

18         with issues of privacy, and I find that

19         individuals who have concerns about privacy bring

20         those up of their own.  It's not something that's

21         suggested to them from outside.  And there are

22         others who simply don't react to the issue of

23         privacy, for example.  So I've done a significant
```

*NORTH COUNTRY COURT REPORTERS*
40 South Main Street
West Lebanon, New Hampshire  03784
(603)298-2987 tel  (603)218-6633 fax  (603)443-1157 cell
cjfoster71@aol.com

1    amount of both qualitative and quantitative

2    research, and I don't find that to be the case.

3  Q    Did you consider the use of an open-ended question

4       with a "don't know" response?

5  A    We do have some other, we have some open-ended

6       questions.  For example, on page 19 there is an

7       open end there.

8  Q    But on 20, you don't have a "don't know" answer,

9       do you?

10  A   We do not have a "don't know" but it's the same as

11      remain the same so they don't know presumably

12      would remain the same.

13  Q   So you're equating don't know with remain the

14      same?

15  A   Yes.  Because it's --

16  Q   On page 20?

17  A   Yes.  Because it's, as a result of this law, if

18      they don't have an opinion about the result of

19      this law, presumably they remain the same.  It

20      wouldn't affect them.

21  Q   I'm certainly not a survey expert, but the surveys

22      that I've seen or heard have a margin of error?

23  A   Yes.

*NORTH COUNTRY COURT REPORTERS*
40 South Main Street
West Lebanon, New Hampshire  03784
(603)298-2987 tel  (603)218-6633 fax  (603)443-1157 cell
cjfoster71@aol.com

1    Q    The political, X is ahead of Y by 3 points.

2         Margin of error is one.

3    A    Yes.

4    Q    There's no margin of error here that I saw, is

5         that correct?

6    A    There's clearly a margin of error in this sample.

7    Q    I didn't see it reported.

8    A    That's because it's trivial.  It's trivially

9         calculated.  For a sample size of a thousand, it's

10        widely know it's plus or minus 3 percent at the

11        mid point.

12   Q    So three percent, you have a 67 percent figure in

13        here for one result, that 64, maybe 70?

14   A    Yes.  That's correct.

15   Q    Again, I'm not a survey expert.  Was that a

16        probability or nonprobability survey?

17   A    It's a probability sample.  Not a probability

18        survey.

19   Q    What's the difference between a probability sample

20        and nonprobability?

21   A    Recall that the survey is a process.  It's not the

22        questionnaire, it's not the sample.  It's a whole

23        process.  The sample was constructed as a

*NORTH COUNTRY COURT REPORTERS*
40 South Main Street
West Lebanon, New Hampshire  03784
(603)298-2987 tel   (603)218-6633 fax  (603)443-1157 cell
cjfoster71@aol.com

```
 1        question is to what extent will consumers be
 2        willing to purchase or acquire electronic tolling
 3        devices given a number of issues.  One being the
 4        cost and the, you know, all of the issues dealing
 5        with using toll facilities, for example, as well
 6        as the issues of potential issue of privacy around
 7        the fact that the electronic transponder is
 8        recording travel, essentially details of travel
 9        movements.
10   Q    Any surveys with regard to the, similar to this
11        one where it's product based, intention to buy a
12        product?
13   A    Well, in that case that is a product.  It's the
14        intention to buy that --
15   Q    Let's leave that one aside and see if there are
16        any others.
17   A    We've done a tremendous amount of product work.
18        We've done work on cell phone purchases for
19        Motorola.  A large number of surveys where we use
20        similar techniques to what we've done here,
21        behavioral intentions to understand purchase
22        patterns, potential purchase patterns of new
23        products.
```

*NORTH COUNTRY COURT REPORTERS*
40 South Main Street
West Lebanon, New Hampshire  03784
(603)298-2987 tel   (603)218-6633 fax  (603)443-1157 cell
cjfoster71@aol.com

1   Q   And you found before and after that the consumers

2       intend to buy a Motorola product and the same

3       number do?

4   A   Not the same number, but the behavioral intention

5       is a reasonable predictor of actual behavior.

6   Q   When you say reasonable, what do you mean by

7       reasonable?

8   A   Meaning if 67 percent said that they were going to

9       buy a phone, we wouldn't expect that only 10

10      percent would.

11  Q   You'd expect 30 percent would?

12  A   No.   I would expect something over 50 percent.

13  Q   I assume you've not found a phone where people

14      would buy, over 50 percent of the population would

15      buy a phone?

16  A   No.   Unfortunately not.   If that were the case, it

17      would be quite favorable to the product.

18  Q   Any other consumer surveys come to your mind where

19      the intentioned behavior was --

20  A   Oh, virtually every survey that we do is

21      intentioned behavior survey.

22  Q   Talking about consumer.

23  A   Yes.   Consumer.   And we do a tremendous amount of

*NORTH COUNTRY COURT REPORTERS*
40 South Main Street
West Lebanon, New Hampshire   03784
(603)298-2987 tel   (603)218-6633 fax   (603)443-1157 cell
cjfoster71@aol.com

1         work with consumer products companies.

2    Q    Like who?

3    A    You want me to list all of our clients?

4    Q    Give me a few.

5    A    Heinz, Samsung.  I'm trying to think of ones that

6         are specifically consumers.  Ford Motor Company,

7         American Airlines.

8    Q    And it's -- American Airlines, they don't exist

9         anymore.

10   A    Don't put that on the record.

11             MR. SCHAEFER:  One of the largest ones left.

12   Q    Oh, I'm sorry.  American Airlines.  I was thinking

13        of Eastern Airlines.

14   A    Oh, Eastern Airlines.

15   Q    No.  They're long gone.

16   A    Anyway, yes.  Large number of consumer product

17        companies of different types.

18   Q    And they're all intentioned behaviors?

19   A    Yes.  Absolutely.

20   Q    And you found across those surveys that

21        intentions --

22   A    Are good predictors of behavior.

23   Q    Of subsequent behavior?

**NORTH COUNTRY COURT REPORTERS**
40 South Main Street
West Lebanon, New Hampshire  03784
(603)298-2987 tel  (603)218-6633 fax  (603)443-1157 cell
cjfoster71@aol.com

1    A    Yes.

2    Q    And isn't that effect best seen when the product

3         or service you're measuring becomes more specific?

4    A    As I mentioned previously, it is very important

5         that people have a specific context in mind and

6         the more vague the context, the more difficult it

7         is to predict the behavior.  So, for example, for

8         radical new technologies where people really don't

9         understand the context in which those technologies

10        might be placed, it's much more difficult to

11        predict behavior.  But for products and services

12        and circumstances which can be described and

13        understood by a consumer, our experience has been

14        that behavioral intentions are good predictors of

15        actual behavior.

16   Q    Okay.  Let me turn my attention for a minute to

17        the pilot survey that you took.  Mark that as the

18        next exhibit in line there.

19             EXHIBIT 91 MARKED FOR IDENTIFICATION

20   Q    Just briefly, I hand you what's marked as Exhibit

21        91.  This is the Colorado Survey Pilot Phase

22        Results, October the 15th.

23             MR. SCHAEFER:  As a matter of clarification

*NORTH COUNTRY COURT REPORTERS*
40 South Main Street
West Lebanon, New Hampshire   03784
(603)298-2987 tel  (603)218-6633 fax  (603)443-1157 cell
cjfoster71@aol.com

```
 1              MR. WESOKY:  Right.

 2              MR. SCHAEFER:  Just for the record, I don't

 3       want to make, get confusing --

 4    Q   With that explanation, that the Pilot Survey was

 5       conducted at some point in June, did you provide

 6       these results to Brann & Isaacson?

 7    A   Yes.  Well, to be clear, I personally didn't.

 8    Q   RSG did?

 9    A   I understand they were provided, yes.

10    Q   The pilot survey is 250 people?

11    A   252 people.

12    Q   What I wanted to do was look at, again, your final

13       survey which is I think Exhibit 21?

14    A   That's correct.

15    Q   And I wanted to look at your Declaration.  I'm

16       going great here.  We have 45 minutes left.  We

17       should be done on time.  If you could get those

18       two in front of you?

19    A   Yes, I have them.

20    Q   And if you look at your Declaration?

21    A   Yes.

22    Q   Paragraph, I believe it's 2?

23    A   Okay.
```

*NORTH COUNTRY COURT REPORTERS*
40 South Main Street
West Lebanon, New Hampshire   03784
(603)298-2987 tel   (603)218-6633 fax  (603)443-1157 cell
cjfoster71@aol.com

1    Q    Talks about the objectives of the survey?

2    A    No.  That's not paragraph 2.

3    Q    Thank you.  It's paragraph 3.

4    A    All right.

5    Q    If you look at, it says the objectives of the

6         survey.  Do you see that?

7    A    Objectives, yes.

8    Q    And would you look at Exhibit 21 and see what the

9         objectives of the survey are?  They aren't the

10        same, are they?  Exhibit 21, the objectives, and

11        the --

12   A    The objective as stated on page 3 is the same as

13        objective 2 which is or equivalent to objective 2

14        which is stated on --

15   Q    Exhibit 21, paragraph 3, right?

16   A    Well, actually, I have Exhibit 39, paragraph 3.

17   Q    I'm sorry.  I was confusing the survey with the

18        Declaration.

19   A    Right.  Right.  Right.  39 is the Declaration.

20   Q    For clarity of the record, the objective number 2

21        in 39 is the same as objective stated in the

22        survey, Exhibit 21, is that correct?

23   A    Yes.

**NORTH COUNTRY COURT REPORTERS**
40 South Main Street
West Lebanon, New Hampshire  03784
(603)298-2987 tel  (603)218-6633 fax  (603)443-1157 cell
cjfoster71@aol.com

Q   Why not make the two the same objective?

A   Yes.

Q   You don't know?

A   I'm not sure.  I think they're both objectives as stated on page 3 and the report only included one of them.  Well, in the project approach on page 3 of Exhibit 21, there is a description of the fact that we are also dealing with the invasion of privacy issue.

Q   That's not in the objectives, the project approach?

A   No.  It's not stated.

Q   And that doesn't say the project approach, it says the objective in Exhibit 39?

A   Yes.  That's correct.

Q   Now, you and your team drafted Exhibit 21, correct?

A   Yes.

Q   And Mr. Schaefer drafted Exhibit 39, correct?

A   Yes.

Q   Give me a few minutes.  I want to wrap some things up.

               (Off-the-record discussion)

*NORTH COUNTRY COURT REPORTERS*
40 South Main Street
West Lebanon, New Hampshire  03784
(603)298-2987 tel   (603)218-6633 fax   (603)443-1157 cell
cjfoster71@aol.com

```
 1              there's a correlation between those two, and as a

 2              result if you use a probability based sample, that

 3              correlation is substantially reduced, and so the

 4              probability based sample is, can serve as the base

 5              for adjustment of the responses to those other --

 6      Q      To the opt-in group?

 7      A      Yes.  To the opt-in.

 8      Q      In this case for the Colorado survey that was done

 9              but not to the degree as shown in the graph?

10      A      That's correct in general, yes.

11      Q      Is there some document or documents which shows

12              the weighting?

13      A      Yes.  In fact one of the, at least one of the

14              files that we gave you has the actual weighting

15              included.

16      Q      I see it's starting to snow.  Just a few more

17              questions.

18                      (Off-the-record discussion)

19              EXHIBIT 92 MARKED FOR IDENTIFICATION

20      Q      Let's go through the pages at the top so we can

21              all have a correct copy.  First one is 4/9/10?

22      A      Yes.

23      Q      What's your second page?
```

*NORTH COUNTRY COURT REPORTERS*
40 South Main Street
West Lebanon, New Hampshire  03784
(603)298-2987 tel   (603)218-6633 fax  (603)443-1157 cell
cjfoster71@aol.com

1          MR. SCHAEFER:  They have Bates numbers, by

2     the way.

3   Q   Yours doesn't.  I copied them poorly.

4   A   5/2 is the next one.

5   Q   Okay.

6   A   Next one is 5/7.

7   Q   Okay.

8   A   And the next one is 5/19.

9   Q   Okay.

10  A   Next one is 7/19.  Next one is 7/26.  And then the

11      last one that I have in this package is 9/15.

12  Q   Okay.  That should be a complete package.  This is

13      Exhibit 92.  4/9 is the first one?

14  A   Yes.

15  Q   5/2 is the second one.  Correct?

16  A   Yes.

17  Q   Okay.  Then I'm sorry.  Again?

18  A   5/7.

19  Q   5/19?

20  A   5/19.  7/19.  7/26.  And 9/15.

21  Q   Okay.

22          MR. WESOKY:  Matt, please make sure you have

23      the full set.

*NORTH COUNTRY COURT REPORTERS*
40 South Main Street
West Lebanon, New Hampshire  03784
(603)298-2987 tel   (603)218-6633 fax  (603)443-1157 cell
cjfoster71@aol.com

```
 1                 MR. SCHAEFER:  I do.
 2      Q   Okay.  These are your notes?
 3      A   Yes.
 4      Q   Let's take a look at 4/9.
 5      A   Yes.
 6      Q   What is the, this note says and you can paraphrase
 7          for me, I just want to make sure --
 8      A   This, I believe, was an initial call from Matt
 9          describing the context of a study that he was
10          requesting us to provide a scope for and the fact
11          that it was a survey of Colorado residents and
12          basically the context of the law.
13      Q   Okay.  The next page?
14      A   Next page.
15      Q   And the note is 5/2?
16      A   Yes.
17      Q   And you're talking about the timing?
18      A   Yes.  And this was a discussion basically that we
19          told him that it was going to take four weeks
20          minimum for the project, that we would want a
21          minimum of a thousand sample and then a response
22          that he had to move quickly to get funding
23          arranged for this study.
```

*NORTH COUNTRY COURT REPORTERS*
40 South Main Street
West Lebanon, New Hampshire  03784
(603)298-2987 tel   (603)218-6633 fax  (603)443-1157 cell
cjfoster71@aol.com

1    Q    Was the thousand sample yours?

2    A    That was ours.

3    Q    And the 18 plus is yours?

4    A    It might have been a discussion that we had about

5         what the appropriate age group would be.

6    Q    The next note is May 5th and that was just talking

7         about a call on Friday?

8    A    Yes.  Call coming up on the 7th.

9    Q    The next day is the 7th of May?

10   A    Yes.

11   Q    What was that conversation about?

12   A    This was a more detailed discussion about the

13        context of the project and a description of their

14        theory of the case and the fact that, and then

15        some of the mechanics that Kevin Keller and others

16        would be, would also be involved in the project.

17   Q    So that second part there where it says theory,

18        that was the theory of the case as described to

19        you by Mr. Schaefer?

20   A    Yes.  And Mr. Isaacson.

21   Q    And the second, and below that kind of a

22        logistical discussion?

23   A    Yes.

**NORTH COUNTRY COURT REPORTERS**
40 South Main Street
West Lebanon, New Hampshire  03784
(603)298-2987 tel  (603)218-6633 fax  (603)443-1157 cell
cjfoster71@aol.com

1   Q   About Professor Keller commenting on the survey?

2   A   Yes.

3   Q   And that Mr. Schaefer will file the Keller

4       affidavit and the survey report?

5           MR. SCHAEFER:  Objection.  Mischaracterizes

6       the document.

7   A   Yes.

8   Q   Well, you were not going to file a Keller

9       affidavit, were you?

10  A   No.

11  Q   I didn't think so.  It says May 2 in effect.  What

12      does that mean?  May 1 in effect.

13  A   My recollection was that the law was in effect on

14      May 1.

15  Q   Okay.  Next is May 19th.  Can you tell me what

16      that note is?

17  A   So this looks like kind of a repeat of the

18      specific objectives, what we wanted to find out.

19  Q   So you wanted to find out whether turning over the

20      information will cause people to not purchase?

21  A   Right, versus not paying taxes.  We wanted to

22      avoid getting into the issue of people not liking

23      to pay taxes because we know nobody does.

**NORTH COUNTRY COURT REPORTERS**
40 South Main Street
West Lebanon, New Hampshire  03784
(603)298-2987 tel  (603)218-6633 fax  (603)443-1157 cell
cjfoster71@aol.com

1   Q   And it says don't care about summary collateral,
2       what does that mean?
3   A   I was looking at that.  I don't recall what that
4       means.  Oh, I know what that -- I think in
5       providing a, probably in providing the scope of
6       the project they didn't care about us putting in
7       company qualifications and all that stuff because
8       they only knew about our company.
9   Q   And then the last part is those that have to make
10      the report?
11  A   That was my understanding.
12  Q   That was conveyed to you by Mr. Schaefer, I take
13      it?
14  A   Yes.
15  Q   What does the thing on the right mean, private
16      purchase?
17  A   No.  That was my own note.  It's put purchase into
18      future context meaning we wanted to make sure it
19      was in the context of an actual purchase.
20  Q   Next is 7/19?
21  A   Yes.
22  Q   And these notes reflect a conversation?
23  A   Yes.

*NORTH COUNTRY COURT REPORTERS*
40 South Main Street
West Lebanon, New Hampshire  03784
(603)298-2987 tel   (603)218-6633 fax  (603)443-1157 cell
cjfoster71@aol.com

1    Q    That talks about the amended regulation,

2         Mr. Schaefer informed you of that?

3    A    Yes.

4    Q    And we talked about that earlier.

5    A    That's right.

6    Q    What about the remainder of this note?

7    A    Well, this is the mechanical pieces of having to

8         put together an affidavit or some sort of a report

9         and the fact that it had to be on file at that

10        time by July 30th.

11                    (Off-the-record discussion)

12   Q    Thank you for pointing that out.  As I say, these

13        were copied in a haphazard fashion.

14             The next one I have is 7/26.  Is that

15        correct?

16   A    Yes.

17   Q    That's a call with Mr. Schaefer and tell me what

18        the note reflects?

19   A    Well, it was that he wanted a results report that

20        contained the survey results, the content of the

21        survey; that we had a discussion of whether we

22        should include in that report a very detailed

23        discussion of the sampling methodology and the

*NORTH COUNTRY COURT REPORTERS*
40 South Main Street
West Lebanon, New Hampshire  03784
(603)298-2987 tel  (603)218-6633 fax  (603)443-1157 cell
cjfoster71@aol.com

1      Knowledge Networks panel, and I think agreed that

2      we didn't need to do it there.  That we'd use

3      documents that Knowledge Networks had provided us,

4      that we needed to specify who had been screened

5      out of the survey and make that specific.  And

6      these were just the edits that were described in

7      the, from the draft of the final version of the

8      report.

9   Q  Eliminate?

10  A  Fifth bullet.  It was a bullet that, and I'm not

11     sure which -- this was from the draft to the final

12     so there was apparently some item that was

13     eliminated.

14  Q  And that would track from the different --

15  A  Yes, it should track.

16  Q  -- from the different dates of the final report,

17     7/23, 26 and so forth?

18  A  Yes.

19  Q  And 9/15 is the last one that I have.

20  A  Right.

21  Q  And tell me the content of this note.

22  A  This was just the remaining items that we had to

23     do.  We wanted to provide an updated copy of my

*NORTH COUNTRY COURT REPORTERS*
40 South Main Street
West Lebanon, New Hampshire  03784
(603)298-2987 tel   (603)218-6633 fax  (603)443-1157 cell
cjfoster71@aol.com

1        resume.   In addition to material that we'd already

2        provided, provide billing info, time records,

3        notes, this was the, essentially, the discovery

4        process that we discussed.

5    Q   Now, I noticed in the documents that you billed,

6        I'll call it "by the piece" for this project.   You

7        didn't bill an hourly rate?

8    A   Yes.   That's correct.   It's our standard.

9    Q   You billed a project rate?

10   A   Yes.

11   Q   And that was $39,900?

12   A   Yes.   I believe so.

13   Q   And you didn't do an itemized bill.   You just did

14       one bill for the project, is that correct?

15   A   That's correct.

16   Q   And then your time is billed at the 344.44 an hour

17       after completion of the project?

18   A   Yes.

19   Q   Other than the two hours you met with

20       Mr. Schaefer, what did you do to prepare for this

21       deposition?

22   A   Well, prior to meeting with Mr. Schaefer, I

23       reviewed the substantive pieces of our report, the

*NORTH COUNTRY COURT REPORTERS*
40 South Main Street
West Lebanon, New Hampshire  03784
(603)298-2987 tel   (603)218-6633 fax  (603)443-1157 cell
cjfoster71@aol.com

1   Q    For travel that's been long scheduled.  Just
2        housekeeping matters for starters.  You submitted
3        an updated CV in connection with your Expert
4        Report?
5   A    Yes.
6   Q    I'm going to show you, let's mark it if we can.
7            EXHIBIT 93 MARKED FOR IDENTIFICATION
8   Q    I'm going to show you what been marked as Exhibit
9        93.  Does that appear to be the updated version of
10       your CV?
11  A    Yes.
12  Q    Now, your Expert Report is marked as Exhibit 90.
13  A    Yes.
14  Q    And I believe your Declaration is marked as
15       Exhibit 39.
16  A    Yes.
17  Q    And I believe the final Survey Results document is
18       marked as Exhibit 21?
19  A    Yes.
20  Q    And we've just marked Exhibit 93 as your current
21       CV.
22  A    Yes.
23  Q    Okay.  Feel free if you need to to consult Exhibit

*NORTH COUNTRY COURT REPORTERS*
40 South Main Street
West Lebanon, New Hampshire  03784
(603)298-2987 tel   (603)218-6633 fax   (603)443-1157 cell
cjfoster71@aol.com

1        90, but do those documents together comprise the

2        packet that is your Expert Report in this case?

3    A   Yes.

4    Q   And I'm not going to ask you to do it because we

5        don't have, time is short.  You were shown

6        different drafts of what ultimately became Exhibit

7        21?

8    A   Yes.

9    Q   We didn't look at them in great detail.  But am I

10       correct that one could by looking at what's been

11       marked as Exhibit 80, the July 26th version, and

12       Exhibit 81, the July 29 version, and Exhibit 21,

13       the August 9th version, one could determine

14       whether or not there were revisions made between

15       those versions?

16   A   Yes.

17   Q   You just were handed some notes that indicated

18       that your first discussion with Brann & Isaacson

19       in this matter was on or about the 9th of April?

20   A   Yes.

21   Q   And your Expert Report, well, your Declaration was

22       filed dated August 10th?

23   A   Yes.

*NORTH COUNTRY COURT REPORTERS*
40 South Main Street
West Lebanon, New Hampshire   03784
(603)298-2987 tel   (603)218-6633 fax  (603)443-1157 cell
cjfoster71@aol.com

1    Q    Do I have that date right?  Exhibit 39?

2    A    10th.

3    Q    You had a number of conversations over the

4         intervening months between April 9 and August 10

5         with Brann & Isaacson regarding this?

6    A    Yes.

7    Q    And you did all the work on the survey, both

8         develop the questionnaire, administer the survey,

9         create the report of the results during that same

10        time frame?

11   A    Yes.

12   Q    And you're comfortable that your Declaration as

13        submitted in this case which you signed under oath

14        accurately reflects your opinions in this matter?

15   A    Yes.

16   Q    And your Expert Report which is marked as, well,

17        first of all, your Declaration marked as 39, you

18        looked at certain drafts, you had every

19        opportunity to review those drafts?

20   A    Yes.

21   Q    And you were comfortable upon review that changes

22        were made as necessary?

23   A    Yes.

*NORTH COUNTRY COURT REPORTERS*
40 South Main Street
West Lebanon, New Hampshire  03784
(603)298-2987 tel   (603)218-6633 fax   (603)443-1157 cell
cjfoster71@aol.com

1    Q    Exhibit 90, your Expert Report, you're comfortable

2         that Exhibit 90 that you signed under oath

3         accurately reflects your opinions and the other

4         substance contained in the Expert Report?

5    A    Yes.

6    Q    And we looked at certain drafts and I believe you

7         had an opportunity to review those drafts?

8    A    Yes.

9    Q    To suggest changes?

10   A    Yes.

11   Q    And you did that to the extent you felt it was

12        necessary?

13   A    Yes.

14   Q    We looked at a number of questionnaires, draft

15        questionnaires today as well.  In your experience,

16        is it typical and consistent with your ordinary

17        practice in the field to work on a questionnaire

18        with the client interested in fielding a survey?

19   A    Absolutely.  Yes.

20   Q    Is it something that's commonplace?

21   A    Yes.  Virtually every survey that we do has some

22        degree of back and forth with clients.

23   Q    Thank you, Doctor.  I don't have anything further.

*NORTH COUNTRY COURT REPORTERS*
40 South Main Street
West Lebanon, New Hampshire  03784
(603)298-2987 tel   (603)218-6633 fax  (603)443-1157 cell
cjfoster71@aol.com