DEPOSITION EXHIBIT 44 10/22/10

## DMA/Colorado: Possible Survey Questions

*(Version 2 - For Discussion)*

- Do you anticipate that you will purchase goods or services from an Internet or catalog retailer at any time within the next 12 months?

A new Colorado law requires each Internet and catalog retailer that does not collect Colorado sales tax to file annually with the Colorado Department of Revenue a written statement identifying each Colorado purchaser that made purchases from the retailer during the previous calendar year and showing the total amount paid by each purchaser.

1. Do you consider it an invasion of your privacy for Internet or catalog retailers from whom you make purchases to give your name, address and total amount of purchases at the end of the year to the Colorado Department of Revenue? [Yes or No]
2. Are you less likely to make a purchase from an Internet or catalog retailer who notifies you that it will give your name, address and total amount of purchases at the end of the year to the Colorado Department of Revenue? [Yes or No]
3. Are you more likely to purchase a comparable product from a Colorado retailer that is **not** required to give your name, address and total amount of purchases at the end of the year to the Colorado Department of Revenue? [Yes or No]

RSG 00682