DEPOSITION EXHIBIT 47 Cf 10/22/10

**Carl Woock**

| | |
|---|---|
| **From:** | Matthew P. Schaefer [MSchaefer@brannlaw.com] |
| **Sent:** | Thursday, May 13, 2010 2:45 PM |
| **To:** | Thomas Adler; Nelson Whipple |
| **Cc:** | George S. Isaacson |
| **Subject:** | DRAFT engagement letter |
| **Attachments:** | 20100512 RSG Engagement Letter.doc; image001.png |

Tom:

We are comfortable going with the Knowledge Networks sample you describe and have cleared the additional expense with the DMA.

I attach for your review a draft engagement letter that I put together     Redacted – Reference to Unrelated Matter

For the budget, I drew on your prior estimate of the fees for the online approach, building in an additional $2,000 – $5000 for the sample. I left bracketed a couple of items (pilot size and fees) for you to adjust, if need be. I took the liberty of presenting the letter on RSG letterhead since that was the format of our earlier engagement letters.

Thanks,

Matt

**Matthew P. Schaefer | BRANN & ISAACSON**

207.786.3566 | mschaefer@brannlaw.com

---

**From:** Thomas Adler [mailto:tadler@rsginc.com]
**Sent:** Wednesday, May 12, 2010 8:46 AM
**To:** Matthew P. Schaefer
**Cc:** George S. Isaacson; Nelson Whipple
**Subject:** RE: Draft survey questions

Matt,

Thanks for putting this together. We can use this as the core of the questionnaire but may want to frame the questions a bit differently and also add questions that allow us to provide some context around the responses.

Earlier this week, I had conversations with Knowledge Networks, a company that provides probability-based samples from an online panel that they have constructed specially for government and other surveys where unbiased sampling is particularly important. We had meetings with them a couple of years ago to discuss use of their panel for some of our government research. In our conversation this week, I asked them to provide a bid for the Colorado sample that we need for your project. Their bid is about $2,000 to $5,000 more than the bid that we have from the other online "convenience sample" providers, depending on the length of the questionnaire. So the question is whether you and your clients would want to spend that extra amount to get a sample that we could represent as a truly representative and unbiased sample. This panel is constructed using a combination of telephone and address-based sampling and I would feel very comfortable representing it as one of the best available.

RSG 00702

Let me know if you'd like any more details and otherwise we'll look forward to receiving the engagement letter later this week.

Best,
Tom


**Thomas Adler, PhD | President**
**Resource Systems Group, Inc.**
55 Railroad Row | White River Junction, VT  05001
Office 802.295.4999 | Mobile 617.548.3574 | www.rsginc.com

---

**From:** Matthew P. Schaefer [mailto:MSchaefer@brannlaw.com]
**Sent:** Tuesday, May 11, 2010 3:11 PM
**To:** Thomas Adler; Nelson Whipple
**Cc:** George S. Isaacson
**Subject:** Draft survey questions

Tom and Nelson:

I attach two versions of draft survey questions we offer for your consideration in putting together the questionnaire to Colorado consumers regarding the new notice and reporting law affecting out-of-state retailers.   The first draft version is slightly longer, and contains a statement of the required content of the transactional notice retailers must provide to Colorado consumers.  The second draft version, offered for discussion purposes, omits reference to the content of the notice  in order to focus the inquiry directly on the requirement that the retailer provide the purchaser's information to the Department of Revenue.

As we discussed last week, we look to your expertise in survey design to incorporate or convert these questions into a questionnaire that will be consistent with sound survey methodology and satisfy the basic objectives reflected in these draft questions.   In light of our aggressive schedule, let us know what you would propose  as the next step in the process.   We will plan to send you a proposed engagement letter in the next day or two.

Thanks.

Matt

**Matthew P. Schaefer | BRANN & ISAACSON**

207.786.3566 | mschaefer@brannlaw.com

RSG 00703