DEPOSITION EXHIBIT 48
10/22/10

**Carl Woock**

**From:** Nelson Whipple
**Sent:** Monday, May 17, 2010 9:28 AM
**To:** Thomas Adler
**Subject:** RE: Draft survey questions
**Attachments:** image001.png

Thanks, Tom. I had forwarded all the information on the project to Karyn because she said she might be able to work on it. I will forward this, too.

I'll take a look at it now.

---

**From:** Thomas Adler
**Sent:** Monday, May 17, 2010 8:22 AM
**To:** Nelson Whipple
**Subject:** FW: Draft survey questions

FYI, I took some time over the weekend to develop a first draft questionnaire that I'll send out for review later this AM. It's pretty simple in general and so the programming should be pretty straightforward.

---

**From:** Matthew P. Schaefer [mailto:MSchaefer@brannlaw.com]
**Sent:** Tuesday, May 11, 2010 3:11 PM
**To:** Thomas Adler; Nelson Whipple
**Cc:** George S. Isaacson
**Subject:** Draft survey questions

Tom and Nelson:

I attach two versions of draft survey questions we offer for your consideration in putting together the questionnaire to Colorado consumers regarding the new notice and reporting law affecting out-of-state retailers. The first draft version is slightly longer, and contains a statement of the required content of the transactional notice retailers must provide to Colorado consumers. The second draft version, offered for discussion purposes, omits reference to the content of the notice in order to focus the inquiry directly on the requirement that the retailer provide the purchaser's information to the Department of Revenue.

As we discussed last week, we look to your expertise in survey design to incorporate or convert these questions into a questionnaire that will be consistent with sound survey methodology and satisfy the basic objectives reflected in these draft questions. In light of our aggressive schedule, let us know what you would propose as the next step in the process. We will plan to send you a proposed engagement letter in the next day or two.

Thanks.

Matt

**Matthew P. Schaefer | BRANN & ISAACSON**

207.786.3566 | mschaefer@brannlaw.com

1

RSG 00749