DEPOSITION EXHIBIT Cf
49
10/22/10
PENGAD 800-631-6989

## DMA/Colorado:  DRAFT Questionnaire

*(Version 3 RSG - For Discussion)*

Thank you for agreeing to participate in this survey. The purpose of the survey is to understand some of the factors that may affect your purchase decisions. The survey is being conducted by Resource Systems Group, Inc., an independent survey research firm. Please be assured that your answers will be kept strictly confidential and will not be associated with your name in any way. Absolutely no sales or marketing activity will result from your participation.

Please click "Next Question" to begin.

Please use the "Next Question" button in the lower left corner of the browser to go forward. If you back up to change an answer, please be sure to click "Next Question" to continue forward. It is important that you do NOT use your web browser's "forward" button because your new answers will not be recorded.

To review a previous question, use the browser's "back" button, which is the left-pointing arrow in the upper left corner of the browser.

Please click "Next Question" to continue.

*Programming note: a progress bar should be shown at the bottom of the screen during the survey.*

1. Are you or any of your immediate family members currently employed in any of the following areas?

   Please select all that apply.

   a. Advertising or public relations
   b. Agriculture or farming
   c. Construction
   d. Consulting
   e. Law or law enforcement
   f. Financial services or banking
   g. Market research → Terminate
   h. Media
   i. Manufacturing
   j. Public service or government agency
   k. Real estate
   l. Internet or catalog sales → Terminate
   m. Retailing
   n. Wholesaling
   o. Other
   p. None of the above

1. In what state do you currently live?

   (use pull-down list of states) → Terminate if not Colorado

2. How long have you lived in Colorado?

   a. Less than 6 months → Terminate
   b. 6 months to 1 year
   c. 1 to 5 years
   d. 6 to 10 years
   e. 11 years or more

   **Comment [tja1]:** This is probably not necessary but need to ensure that the purchase below occurs while they are a resident of CO.

3. Have you purchased any products from an Internet or catalog seller located outside the state of Colorado at any time within the past 6 months?

   a. YES
   b. NO → Terminate

   **Comment [tja2]:** I assume that services are not subject to this tax?? I assume individual-to-individual eBay, Amazon Marketplace and similar purchases are exempt. Should we exclude all eBay and other similar purchases to avoid ambiguities?

   For the next set of questions we would like you to think about the most recent purchase that you made from an Internet or catalog seller located outside the state of Colorado.

4. Which of the following best describes the type of product or service you purchased?

   a. Books, music or video
   b. Clothing or accessories
   c. Drugs or cosmetics
   d. Electronics
   e. Food or drinks
   f. Software
   g. Supplies
   h. Other _____ please describe
   None of the above

   **Comment [tja3]:** Does DMA have a standard product category list that we could use here?

5. When was this purchase made?

   a. Within the past month
   b. More than a month ago but less than six months ago

6. How was this purchase made?

   a. Over the Internet
   b. By telephone
   c. By mail

7. Approximately how much did this item cost, not including any shipping or other charges?

   Enter amount

8. Were you required to pay Colorado state sales tax on this purchase?

   **Comment [tja4]:** This one could be tricky—there are presumably many catalog sales by companies with a physical presence. Is there any easy way to screen for those?

RSG 00613

a. YES [Comment [tja5]: I assume that this would be a terminate condition.]
b. NO
c. DON'T KNOW

9. Assume now that you had been told at the time of the sale that:

- The seller of this item would report the sale of this item to you to the Colorado Department of Revenue, as is now required of Internet and catalog sellers who do not have stores in Colorado and

- The seller would notify you at the end of the year of your obligation to pay x% sales tax on this amount in your income tax filing, as is now required of Internet and catalog sellers who do not have stores in Colorado

Assuming that you knew this at the time of your purchase, what would you have done?

a. Purchase the item from this seller just as you did
b. Purchase the item in person from a store in Colorado
c. Purchase the item in person from a store in another state
d. Not purchase the item at all
e. Other (please describe) _____

[If answered b, c or d] Why would you have changed your purchase in this way? (check all that apply)

a. Because of the extra sales tax cost
b. Because of the inconvenience of having to report these purchases on income tax returns
c. Because the seller would report your name and the specific item sold to the Colorado Department of Revenue
d. Other (please describe) _____

10. A new Colorado law requires each Internet and catalog retailer that does not collect Colorado sales tax to file annually with the Colorado Department of Revenue a written statement identifying each Colorado purchaser who made purchases from the retailer during the previous calendar year and showing the total amount paid by each purchaser.

a. Under this new law, the Colorado Department of Revenue requires each Internet and catalog retailer that does not collect Colorado sales tax to give the purchaser notice with each purchase that:
   i. The retailer does not collect Colorado sales tax.
   ii. Your purchase is not exempt from Colorado sales or use tax merely because it is made over the Internet or by other remote means.
b. The State of Colorado requires that a Colorado purchaser must file a use tax return at the end of the year reporting all of the taxable Colorado purchases that were not taxed and pay sales/use tax on those purchases.

    c. The retailer will send you an end-of-year summary of all of your purchases in order to assist you in filing your use tax return
    d. The retailer is required by law to provide the Colorado Department of Revenue with an annual report of the total dollar amount of all of your Colorado purchases at the end of the year

> **Comment [tja6]:** We may want to move this to before Q. 8 and ask first about awareness.

Please indicate whether you agree or disagree with each of the following statements. (the following are all on 5-point Likert agree/disagree scale)

    a. It will not affect where and how I purchase products in the future
    b. It is a reasonable law that treats Internet and catalog businesses fairly
    c. It is an invasion of my privacy
    d. Other statements???

Thank you very much for your input so far! The survey is almost complete. The last few questions will be used only to categorize your answers. Once again, please be assured that your answers will be kept strictly confidential and will not be associated with your name in any way.

11. Which of the following categories represents your age?

    a. Under 21
    b. 21 – 34
    c. 35 – 44
    d. 45 – 54
    e. 55 – 64
    f. 65 – 74
    g. 75 or older

12. Do any children under the age of 18 are currently live in your home?

    a. Yes
    b. No

13. What is your gender?

    a. Female
    b. Male

14. In total, approximately how do you spent on ALL of your purchases from Internet and catalog sellers who do not have a presence in Colorado over a year? If you are unsure, please give your best estimate.

    a. Less than $100
    b. $100 - $249
    c. $250 - $499
    d. $500 - $999

      e. $1,000 - $2,499
      f. $2,500 - $4,999
      g. $5,000 or more

15. Which of the following categories includes your HOUSEHOLD'S total income for 2009 before taxes and including all sources of income?

      a. Less than $30,000
      b. $30,000 - $49,999
      c. $50,000 - $74,999
      d. $75,000 - $149,999
      e. $150,000 - $249,999
      f. $250,000 or more
      g. Prefer not to answer

Thank you very much for your valuable input! All of your answers have been saved and you have now completed the survey. You may close your browser or visit other websites.



RSG 00616