DEPOSITION EXHIBIT 52 10/22/10

**Carl Woock**

| | |
|---|---|
| From: | Nelson Whipple |
| Sent: | Tuesday, May 18, 2010 10:40 PM |
| To: | Thomas Adler |
| Subject: | RE: Draft survey questions |

Tom,

I am going to be driving back from Waterloo at 4 PM tomorrow, but I could probably call in if there was a dial-in number. We should be past the Verizon dead zone by then.

Best,

Nelson

---

**From:** Thomas Adler
**Sent:** Tuesday, May 18, 2010 5:25 PM
**To:** MSchaefer@brannlaw.com
**Cc:** GIsaacson@brannlaw.com; Nelson Whipple
**Subject:** RE: Draft survey questions

Yes, I'm available at 4 pm tomorrow. I'll look forward to your call.


-----Original Message-----
**From:** Matthew P. Schaefer [MSchaefer@brannlaw.com]
**Received:** 5/18/10 5:06 PM
**To:** Thomas Adler [tadler@rsginc.com]
**CC:** George S. Isaacson [GIsaacson@brannlaw.com]; Nelson Whipple [nwhipple@rsginc.com]
**Subject:** RE: Draft survey questions

Tom:

Thanks.  Are you free for a call tomorrow (Wednesday) at 4 pm?  Schedules are tight at this end this week, but we certainly want to advance the process.  We would probably send some comments tomorrow morning, and then tackle bigger picture issues on the call.

Thanks,

Matt

---

**From:** Thomas Adler [mailto:tadler@rsginc.com]
**Sent:** Tuesday, May 18, 2010 8:31 AM
**To:** Matthew P. Schaefer
**Cc:** George S. Isaacson; Nelson Whipple
**Subject:** RE: Draft survey questions

Hi Matt,

1

Attached is a first draft of the questionnaire that I built around the core questions that you sent last week. I have taken significant liberties with your draft, both extending it to create a fully-formed questionnaire and re-framing the core questions so that they are raised in a more neutral context. I have provided notes and annotation for issues that I see as requiring resolution or further discussion and for some issues that Nelson raised in his initial review of this draft.

Please review this when you get a chance. I'll be in the office all week and happy to receive comments either by email or over the phone.

Best,
Tom


**Thomas Adler, PhD | President**
**Resource Systems Group, Inc.**
55 Railroad Row | White River Junction, VT  05001
Office 802.295.4999 | Mobile 617.548.3574 | www.rsginc.com

---

**From:** Matthew P. Schaefer [mailto:MSchaefer@brannlaw.com]
**Sent:** Tuesday, May 11, 2010 3:11 PM
**To:** Thomas Adler; Nelson Whipple
**Cc:** George S. Isaacson
**Subject:** Draft survey questions

Tom and Nelson:

I attach two versions of draft survey questions we offer for your consideration in putting together the questionnaire to Colorado consumers regarding the new notice and reporting law affecting out-of-state retailers.  The first draft version is slightly longer, and contains a statement of the required content of the transactional notice retailers must provide to Colorado consumers.  The second draft version, offered for discussion purposes, omits reference to the content of the notice in order to focus the inquiry directly on the requirement that the retailer provide the purchaser's information to the Department of Revenue.

As we discussed last week, we look to your expertise in survey design to incorporate or convert these questions into a questionnaire that will be consistent with sound survey methodology and satisfy the basic objectives reflected in these draft questions.   In light of our aggressive schedule, let us know what you would propose  as the next step in the process.   We will plan to send you a proposed engagement letter in the next day or two.

Thanks.

Matt

**Matthew P. Schaefer | BRANN ISAACSON**

207.786.3566 | mschaefer@brannlaw.com

RSG 00760