**DEPOSITION EXHIBIT 53** CF
10/22/10

**Carl Woock**

From: Matthew P. Schaefer [MSchaefer@brannlaw.com]
Sent: Friday, May 21, 2010 2:24 PM
To: Thomas Adler; George S. Isaacson
Cc: Nelson Whipple
Subject: RE: Revised DMA survey draft
Attachments: 20100521 Draft Survey Questions v5 (B&I redline).docx

Tom:

Thanks very much for the re-draft. George and I went over it late yesterday and feel we are making great progress. We have suggested some further changes. To streamline, we have suggested just asking the respondent up front to make sure they are thinking of a purchase where no tax applied, rather than looping back, which saves a couple of questions; others we have removed because they do not seem central to the issue. We tried to bolster the product categories, although George does not believe DMA has a comprehensive list. With regard to other edits, I have made inserted several comments. Continuing an e-mail dialogue for now may work, or perhaps a call late Monday morning. We will be updating the DMA Steering Group on status late Monday afternoon.

Thanks,

Matt

---

From: Thomas Adler [mailto:tadler@rsginc.com]
Sent: Thursday, May 20, 2010 8:07 AM
To: Matthew P. Schaefer; George S. Isaacson
Cc: Nelson Whipple
Subject: Revised DMA survey draft

Matt and George,

Attached is a revised draft that responds to your comments and addresses some of the remaining issues that we had with the previous draft. We have put the item purchase in a future context and asked a more general question about future purchases. One remaining issue is how much of the law to recite in Q. 11 and you may have other issues that we will need to address.

Let me know if you would like to schedule another call to discuss this or whether we should deal with the remaining comments by email.

Best,
Tom

1

RSG 00846