PENGAD 800-631-6989
DEPOSITION EXHIBIT
54
10/22/10

**DMA/Colorado: DRAFT Questionnaire**

*(Version 4 RSG - For Discussion)*

Thank you for agreeing to participate in this survey. The purpose of the survey is to understand some of the factors that may affect your purchase decisions. The survey is being conducted by Resource Systems Group, Inc., an independent survey research firm. Please be assured that your answers will be kept strictly confidential and will not be associated with your name in any way. Absolutely no sales or marketing activity will result from your participation.

Please click "Next Question" to begin.

Please use the "Next Question" button in the lower left corner of the browser to go forward. If you back up to change an answer, please be sure to click "Next Question" to continue forward. It is important that you do NOT use your web browser's "forward" button because your new answers will not be recorded.

To review a previous question, use the browser's "back" button, which is the left-pointing arrow in the upper left corner of the browser.

Please click "Next Question" to continue.

*Programming note: a progress bar should be shown at the bottom of the screen during the survey.*

1. Are you or any of your immediate family members currently employed in any of the following areas?

Please select all that apply.

a. Advertising or public relations
b. Agriculture or farming
c. Construction
d. Consulting
e. Law or law enforcement
f. Financial services or banking
g. Market research → Terminate
h. Media
i. Manufacturing
j. Public service or government agency
k. Real estate
l. Internet or catalog sales → Terminate
m. Retailing
n. Wholesaling
o. Other
p. None of the above

1. In what state do you currently live?

   (use pull-down list of states) → Terminate if not Colorado

2. How long have you lived in Colorado?

   a. Less than 6 months
   b. 6 months to 1 year
   c. 1 to 5 years
   d. 6 to 10 years
   e. 11 years or more

3. Have you purchased any products from an Internet or catalog retailer at any time < [if lived in CO>6 mos.] within the past 6 months; [if lived in CO < 6 mos.] since you have lived in Colorado > ?

   Please do not include purchases from individuals, such as individual sellers on eBay or Craig's List.

   a. YES
   b. NO → Terminate

4. <[If came from Q9] For the next set of questions, please think about the MOST RECENT purchase that you made from an Internet or catalog retailer for which you did NOT pay Colorado state sales tax.; [If came from Q3] For the next set of questions, please think about the MOST RECENT purchase that you made from an Internet or catalog retailer.> Again, please do not include purchases from individuals, such as individual sellers on eBay or Craig's List.

   Which of the following best describes the type of product you purchased?

   Please select all types that you bought as part of that most recent purchase.

   a. Books, music or video
   b. Clothing or accessories
   c. Drugs or cosmetics
   d. Electronics
   e. Food or drinks
   f. Software
   g. Supplies
   h. Other _____ please describe
   i. None of the above

5. How did you make this purchase?

   a. Over the Internet
   b. By telephone
   c. By mail

Deleted: seller located outside the state of Colorado

Formatted: Normal, Indent: Left: 0.5", No bullets or numbering

Formatted: Font: (Default) Times New Roman, 12 pt

Formatted: Indent: Left: 1", No bullets or numbering

Deleted: we would like you to

Deleted: most recent

Formatted: Don't add space between paragraphs of the same style, Line spacing: Multiple 1.15 li, Numbered + Level: 1 + Numbering Style: 1, 2, 3, ... + Start at: 1 + Alignment: Left + Aligned at: 0.25" + Indent at: 0.5"

Deleted: ¶
<#>¶

Formatted: Font: (Default) Times New Roman, 12 pt

Deleted: seller

Formatted: Font: (Default) Times New Roman, 12 pt

Formatted: Font: (Default) Times New Roman, 12 pt

Formatted: Font: (Default) Times New Roman, 12 pt

Formatted: Font: (Default) Times New Roman, 12 pt

Deleted: that is located outside the state of Colorado (excluding purchases from individuals such as on eBay).

Formatted: Normal, Indent: Left: 0.5", No bullets or numbering

Formatted: Font: (Default) Times New Roman, 12 pt

Formatted: Numbered + Level: 1 + Numbering Style: a, b, c, ... + Start at: 1 + Alignment: Left + Aligned at: 0.75" + Indent at: 1"

Comment [tja1]: Does DMA have a standard product category list that we could use here?

Formatted: Indent: Left: 0.5", No bullets or numbering

6. When did you make this purchase?

   a. Within the past month
   b. More than a month ago but less than six months ago

7. To the best of your knowledge, is the <[if internet purchase] internet; [if phone or mail purchase] catalog> retailer that sold you <insert product types from Q4> located in Colorado?

   a. Yes

   b. No

   c. Don't know

8. Approximately how much did you spend on this purchase, not including any shipping or other charges?

   Enter amount

9. Did you pay Colorado state sales tax when you purchased this item?

   a. YES → Do you recall any catalog or Internet purchases you made for which you were NOT asked to pay Colorado state sales tax? [If YES, got to Q. 4; if NO → go to 10]
   b. NO
   c. DON'T KNOW

10. Assume that in the future, the seller of this item would be required to report the sale of this item along with your name to the Colorado Department of Revenue. If you were to make this type of purchase in the future under similar circumstances, but with this new requirement in place, what would you most likely do?

    a. Purchase the item from this seller just as you did
    b. Purchase this item by phone, mail, or internet from a Colorado retailer
    c. Purchase the item in person from a store in Colorado
    d. Purchase the item in person from a store in another state
    e. Not purchase the item at all
    f. Other (please describe)

**Formatted:** Indent: Left: 1", No bullets or numbering

**Formatted:** Font: (Default) Times New Roman, 12 pt

**Formatted:** Don't add space between paragraphs of the same style, Numbered + Level: 1 + Numbering Style: 1, 2, 3, ... + Start at: 1 + Alignment: Left + Aligned at: 0.25" + Indent at: 0.5"

**Formatted:** Font: (Default) Times New Roman, 12 pt

**Formatted:** Indent: Left: 0.5", Don't add space between paragraphs of the same style, No bullets or numbering

**Formatted:** Numbered + Level: 1 + Numbering Style: a, b, c, ... + Start at: 1 + Alignment: Left + Aligned at: 0.75" + Indent at: 1"

**Formatted:** Font: (Default) Times New Roman, 12 pt

**Formatted:** Normal

**Formatted**

**Deleted:** <#>When was this purchase made?¶
<#>Within the past month¶
<#>More than a month ago but less than six months ago¶
¶
<#>How was this purchase made?¶
<#>Over the Internet¶
<#>By telephone¶
<#>By mail¶

**Deleted:** this item cost

**Deleted:** on

**Comment [njw2]:** If no or don't know, should we ask them if they saw the message they were supposed to see? Can we use purchase timeframe to determine if they should have?

**Comment [njw3]:** I thought we talked about asking if they expected their purchases to increase/stay same/decrease in future? We may have discussed it and then rejected it.

11. A new Colorado law requires each Internet and catalog retailer that does not collect Colorado sales tax to file annually with the Colorado Department of Revenue a written statement identifying each Colorado purchaser who made purchases from the retailer during the previous calendar year and showing the total amount paid by each purchaser.

    a. Under this new law, the Colorado Department of Revenue requires each Internet and catalog retailer that does not collect Colorado sales tax to give the purchaser notice with each purchase that:
        i. The retailer does not collect Colorado sales tax.
        ii. Your purchase is not exempt from Colorado sales or use tax merely because it is made over the Internet or by other remote means.
        iii. The State of Colorado requires that a Colorado purchaser must file a use tax return at the end of the year reporting all of the taxable Colorado purchases that were not taxed and pay sales/use tax on those purchases.
        iv. The retailer will send you an end-of-year summary of all of your purchases in order to assist you in filing your use tax return.
        v. The retailer is required by law to provide the Colorado Department of Revenue with an annual report of the total dollar amount of all of your Colorado purchases at the end of the year.

Comment [njw4]: I don't trust that people will read all this. I know George said "how can they not react to that" and I failed to respond "Because they are consumers taking an online survey."

Please indicate whether you agree or disagree with each of the following statements. (the following are all on 5-point Likert agree/disagree scale)

- a. It will not affect where and how I purchase products in the future
- b. It is a reasonable law that treats Internet and catalog businesses fairly
- c. It is an invasion of my privacy
- d. The State of Colorado has no business knowing what I buy, who I buy it from, and how much I paid
- e. Other statements???

Comment [njw5]: I think this needs to get at more, less, same - esp less or same

Thank you very much for your input so far! The survey is almost complete. The last few questions will be used only to categorize your answers. Once again, please be assured that your answers will be kept strictly confidential and will not be associated with your name in any way.

12. Which of the following categories represents your age?

- a. Under 21
- b. 21 – 34
- c. 35 – 44
- d. 45 – 54
- e. 55 – 64
- f. 65 – 74
- g. 75 or older

13. Do any children under the age of 18 are currently live in your home?

      a. Yes
b. No

14. What is your gender?

a. Female
b. Male

15. In total, approximately how much did you spent on ALL of your purchases from Internet and catalog retailers who are not located in Colorado in the past 12 months? If you are unsure, please give your best estimate.

Deleted: do
Deleted: sellers
Deleted: do
Deleted: have a presence
Deleted: over
Deleted: a year

a. Less than $100
b. $100 - $249
c. $250 - $499
d. $500 - $999
e. $1,000 - $2,499
f. $2,500 - $4,999
g. $5,000 or more

16. Which of the following categories includes your HOUSEHOLD'S total income for 2009 before taxes and including all sources of income?

a. Less than $30,000
b. $30,000 - $49,999
c. $50,000 - $74,999
d. $75,000 - $149,999
e. $150,000 - $249,999
f. $250,000 or more

Thank you very much for your valuable input! All of your answers have been saved and you have now completed the survey. You may close your browser or visit other websites.