DEPOSITION EXHIBIT CF
56
10/22/10

**Carl Woock**

From: Matthew P. Schaefer [MSchaefer@brannlaw.com]
Sent: Monday, May 24, 2010 11:29 AM
To: Thomas Adler
Cc: Nelson Whipple
Subject: RE: Call Monday morning?

Tom:

Thanks very much. We had a couple of additional thoughts at our end, so I will send you an e-mail with a next possible version and then we can determine how to finalize. I think George feels comfortable that he can update the Steering Group this afternoon.

Thanks,

Matt

-----Original Message-----
From: Thomas Adler [mailto:tadler@rsginc.com]
Sent: Monday, May 24, 2010 8:16 AM
To: Matthew P. Schaefer
Cc: Nelson Whipple
Subject: RE: Call Monday morning?

Hi Matt,

Attached is a newly-revised draft that I put together over the weekend.
I think that it is close but there are some remaining comments that may warrant additional discussion. However, I don't feel strongly about any of those remaining issues and would be happy to take recommendations from you or George if you have stronger opinions.

I have a meeting from 10 to 11 this AM and could talk either before or after that meeting this AM. Nelson does not appear to be available This AM. Just let me know if you'd like to talk this morning.

Thanks,
Tom

-----Original Message-----
From: Matthew P. Schaefer [mailto:MSchaefer@brannlaw.com]
Sent: Sunday, May 23, 2010 5:50 PM
To: Thomas Adler
Subject: Call Monday morning?

Tom:

Would it make sense for us to try to arrange a call late Monday morning, schedules permitting? We might be in very good shape, but with our client call Monday afternoon touching base may be useful.

Let me know if you feel a call would be useful and you have availability.

Thanks very much.

Matt

1

RSG 00733

Sent from my iPhone

RSG 00734