**Carl Woock**

DEPOSITION EXHIBIT
CF
00
10/22/10

| | |
|---|---|
| From: | Nelson Whipple |
| Sent: | Monday, May 24, 2010 4:43 PM |
| To: | Thomas Adler |
| Subject: | FW: Call Monday morning? |
| Attachments: | 20100524 Draft Survey Questions v8.docx |

-----Original Message-----
From: Thomas Adler
Sent: Monday, May 24, 2010 3:34 PM
To: Matthew P. Schaefer
Cc: Nelson Whipple; George S. Isaacson
Subject: RE: Call Monday morning?

The attached (v.8) includes my responses to comments and corresponding changes to the draft. I'm not sure that there is much left to discuss but as I said previously, I am available tomorrow before 10AM for a call if you feel that a call would be useful.

-----Original Message-----
From: Matthew P. Schaefer [mailto:MSchaefer@brannlaw.com]
Sent: Monday, May 24, 2010 2:39 PM
To: Thomas Adler
Cc: Nelson Whipple; George S. Isaacson
Subject: RE: Call Monday morning?

Tom:

I attach the next proposed revision of the questionnaire. I have used notes to describe most of the edits, questions and proposed changes, although a few things are merely redlined. With regard to Questions 3 and 4, just as a matter of simplification, the question we have is whether, if the respondent is asked to contemplate a future purchase, the length of Colorado residency remains relevant? With regard to Question 6, our inclination is to drop it, but we can discuss. We have proposed to move question 9 up in the order, as you will see, because it would appear to connect more directly to the disclosure requirement, rather than to the notice a taxpayer receives of the disclosure requirement when purchasing.

I am optimistic that we will be able to move ahead on implementation soon. Let us know how you would propose we go from here -- a call to wrap up final details and concerns may make the most sense.

Thanks,

Matt

-----Original Message-----
From: Thomas Adler [mailto:tadler@rsginc.com]
Sent: Monday, May 24, 2010 8:16 AM
To: Matthew P. Schaefer
Cc: Nelson Whipple
Subject: RE: Call Monday morning?

Hi Matt,

1

RSG 00697

Attached is a newly-revised draft that I put together over the weekend.
I think that it is close but there are some remaining comments that may warrant additional discussion. However, I don't feel strongly about any of those remaining issues and would be happy to take recommendations from you or George if you have stronger opinions.

I have a meeting from 10 to 11 this AM and could talk either before or after that meeting this AM. Nelson does not appear to be available This AM. Just let me know if you'd like to talk this morning.

Thanks,
Tom

-----Original Message-----
From: Matthew P. Schaefer [mailto:MSchaefer@brannlaw.com]
Sent: Sunday, May 23, 2010 5:50 PM
To: Thomas Adler
Subject: Call Monday morning?

Tom:

Would it make sense for us to try to arrange a call late Monday morning, schedules permitting? We might be in very good shape, but with our client call Monday afternoon touching base may be useful.

Let me know if you feel a call would be useful and you have availability.

Thanks very much.

Matt

Sent from my iPhone

RSG 00698