DEPOSITION EXHIBIT
61
10/22/10
PENGAD 800-631-6989

## Carl Woock

| | |
|---|---|
| From: | Matthew P. Schaefer [MSchaefer@brannlaw.com] |
| Sent: | Tuesday, May 25, 2010 10:26 AM |
| To: | Thomas Adler; George S. Isaacson |
| Cc: | Nelson Whipple; Tyson Seely; Karyn Dossinger |
| Subject: | RE: Final review version of DMA questionnaire |

Tom:

Thanks very much. On a first quick review, I note that we over-looked a couple of minor edits in Question 7 – the lettering begins with "d" rather than "a", and what are currently parts e and f each have a lingering use of "your" which should be changed to "my" in our shift to the first person.

We will try to get DMA's sign-off as soon as possible, so that we can move forward with the "soft" launch / pilot. The client group is anxious to move forward.

Thanks,

Matt

---

**From:** Thomas Adler [mailto:tadler@rsginc.com]
**Sent:** Tuesday, May 25, 2010 9:57 AM
**To:** Matthew P. Schaefer; George S. Isaacson
**Cc:** Nelson Whipple; Tyson Seely; Karyn Dossinger
**Subject:** Final review version of DMA questionnaire

Hi Matt and George,

Attached is a final review version of the questionnaire reflecting our discussions over the past week. We will begin programming the survey and prepare for the pilot administration, understanding that the DMA review might result in a few minor wording or other changes over the next few days. If there are any changes, please copy to all of the RSG staff in this email to make sure that we are all informed and the changes get incorporated without delays.

Thanks,
Tom

RSG 00762