DEPOSITION EXHIBIT 4
65
10/27/10

**Carl Woock**

| | |
|---|---|
| **From:** | Matthew P. Schaefer [MSchaefer@brannlaw.com] |
| **Sent:** | Thursday, May 27, 2010 4:48 PM |
| **To:** | Thomas Adler |
| **Cc:** | Nelson Whipple; George S. Isaacson |
| **Subject:** | Survey quetionnaire -- final edits |
| **Attachments:** | 20100527 Survey Questions v9b (4).docx |

Tom:

I attach a redline of the questionnaire with a few final proposed edits and comments for consideration, flowing from our discussions with the DMA and Kevin Keller. I would like to discuss with you regarding the possible change in the language of Question 7, if you have some availability Friday (or even this evening, if that's better). I will be in the office until about 7 pm, and free again all day tomorrow except for 1-2 pm.

Thanks,

Matt

1

RSG 00880