

# DMA/Colorado: Questionnaire

*(Version 10 - For Final Review)*

Thank you for agreeing to participate in this survey. The purpose of the survey is to understand some of the factors that may affect your purchase decisions. The survey is being conducted by Resource Systems Group, Inc., an independent survey research firm. Please be assured that your answers will be kept strictly confidential and will not be associated with your name in any way. Absolutely no sales or marketing activity will result from your participation.

Please click "Next Question" to begin.

Please use the "Next Question" button in the lower left corner of the browser to go forward. If you back up to change an answer, please be sure to click "Next Question" to continue forward. It is important that you do NOT use your web browser's "forward" button because your new answers will not be recorded.

To review a previous question, use the browser's "back" button, which is the left-pointing arrow in the upper left corner of the browser.

Please click "Next Question" to continue.

*Programming note: a progress bar should be shown at the bottom of the screen during the survey.*

1. Are you or any of your immediate family members currently employed in any of the following areas?

Please select all that apply.

   a. Advertising or public relations
   b. Agriculture or farming
   c. Construction
   d. Consulting
   e. Law or law enforcement
   f. Financial services or banking
   g. Education
   h. Market research → Terminate
   i. Media
   j. Manufacturing
   k. Public service or Not-for-profit

RSG 00670

    l. Government agency

    m. Real estate

    n. Internet or catalog sales → Terminate

    o. Retailing

    p. Wholesaling

    q. Other

    r. None of the above

2. In what state do you currently live?

   (use pull-down list of states) → Terminate if not Colorado

3. Have you purchased any products from an Internet or catalog retailer at any time within the past 6 months?

   Please do not include purchases from individuals, such as individual sellers on eBay or Craig's List.

       a. YES

       b. NO → Terminate

4. For the next set of questions, please think about the MOST RECENT purchase that you made from an Internet or catalog retailer that did not charge sales tax on the transaction. Again, please do not include purchases from individuals, such as individual sellers on eBay or Craig's List.;

   Which of the following best describes the type of product you purchased?

   Please select all types that you bought as part of that most recent purchase.

       a. Books, music or video

       b. Clothing or accessories

       c. Drugs or cosmetics

       d. Consumer Electronics

       e. Computers and computer accessories

    f. Jewelry

    g. Tools/hardware

    h. Furniture/homeware

    i. Cooking/Kitchenware

    j. Outdoor/garden

    k. Food or drinks

    l. Software

    m. Office Supplies

    n. Other _____ please describe

    o. None of the above

5. How did you make this purchase?

    a. Over the Internet

    b. By telephone

    c. By mail

6. Assume that in the future, the seller of this item, along with other out-of-state retailers, would be required to report your name, billing address, shipping address, the amount of your purchases, and the name of the retailer to the Colorado Department of Revenue.

   Please indicate whether you agree or disagree with each of the following statements. (the following are all on 5-point Likert agree/disagree scale)

    a. Reporting my name, billing address, shipping address, and the amount of my purchases to the State is an invasion of my privacy

    b. I do not mind the State of Colorado knowing the kinds of products I buy, from whom I buy them, where I have them shipped, and how much I spend

7. If you were to make a similar purchase in the future, but with this new disclosure requirement in place, what would you most likely do?

    a. Purchase the item from the same seller just as I did

    b. Purchase the same or similar item by phone, mail, or internet from a retailer located in Colorado that is not required to report my name, billing address,

   shipping address, and the amount of my purchases to the Colorado Department of Revenue

   c. Purchase the same or similar item in person from a store located in Colorado that is not required to report my name, billing address, shipping address, and the amount of my purchases to the Colorado Department of Revenue

   d. Not purchase the item at all

   e. Other (please describe) _____

8. A new Colorado law requires each Internet and catalog retailer that does not collect Colorado sales tax to file annually with the Colorado Department of Revenue a written statement identifying each Colorado consumer who made purchases from the retailer during the previous calendar year and showing the total amount paid by each purchaser.

   Under this new law, the Colorado Department of Revenue requires each Internet and catalog retailer that does not collect Colorado sales tax to give the purchaser notice with each purchase that:

   i. The retailer does not collect Colorado sales tax.

   ii. The purchase is not exempt from Colorado sales or use tax merely because it is made over the Internet or by other remote means.

   iii. The retailer is required by law at the end of the year to report to the Colorado Department of Revenue the purchaser's name, billing address, shipping address, and total dollar amount of Colorado purchases made over the Internet or by other remote means on which no Colorado sales tax was collected.

   iv. The State of Colorado requires that a Colorado purchaser must file a sales/use tax return at the end of the year reporting all taxable Colorado purchases that were not taxed and pay sales/use tax on those purchases.

   v. The retailer will send the purchaser an end-of-year summary of all Colorado purchases in order to assist in filing the use tax return.

   As a result of this law, how would your Internet and catalog purchases from those out-of-state retailers who must report your name, address and purchase amount to the Department of Revenue likely be affected over the coming year?

   a. Increase as compared to the past year

   b. Remain the same as in the past year

   c. Decrease as compared to the past year

Thank you very much for your input so far! The survey is almost complete. The last few questions will be used only to categorize your answers. Once again, please be assured that your answers will be kept strictly confidential and will not be associated with your name in any way.

9. Which of the following categories represents your age?

    a. Under 21
    b. 21 – 34
    c. 35 – 44
    d. 45 – 54
    e. 55 – 64
    f. 65 – 74
    g. 75 or older

10. Do any children under the age of 18 are currently live in your home?

    a. Yes
    b. No

11. What is your gender?

    a. Female
    b. Male

12. Which of the following categories includes your HOUSEHOLD'S total income for 2009 before taxes and including all sources of income?

    a. Less than $30,000
    b. $30,000 - $49,999
    c. $50,000 - $74,999
    d. $75,000 - $99,999
    e. $100,000 - $124,999

RSG 00674

  f. $125,000 - $149,999

  g. $150,000 - $249,999

  h. $250,000 or more

Thank you very much for your valuable input! All of your answers have been saved and you have now completed the survey. You may close your browser or visit other websites.

RSG 00675