**Carl Woock**

DEPOSITION EXHIBIT 67
10/22/10

From: Matthew P. Schaefer [MSchaefer@brannlaw.com]
Sent: Friday, May 28, 2010 12:29 PM
To: Thomas Adler; George S. Isaacson
Cc: Nelson Whipple; Tyson Seely
Subject: RE: Final DMA survey script

Tom:

Thank you. This appears to capture all of the changes we discussed. Please go forward with the programming so that we can field the pilot results at the earliest practical date.

A nice holiday week-end to all.

Thanks,

Matt

---

**From:** Thomas Adler [mailto:tadler@rsginc.com]
**Sent:** Friday, May 28, 2010 12:24 PM
**To:** Matthew P. Schaefer; George S. Isaacson
**Cc:** Nelson Whipple; Tyson Seely
**Subject:** Final DMA survey script

Matt and George,

Attached is the final script reflecting the DMA and Keller comments that we will use for programming. Let us know if you see anything else that needs changes and otherwise we'll begin work on this. I'll be away for the next two weeks so you should communicate directly with Nelson and Tyson in my absence.

Thanks,
Tom

1

RSG 00761