DEPOSITION EXHIBIT 69 10/22/10

**Carl Woock**

**From:** Nelson Whipple
**Sent:** Wednesday, June 02, 2010 10:35 AM
**To:** Matthew P. Schaefer
**Cc:** Tyson Seely; Thomas Adler
**Subject:** RE: Update

Matt,

Here is a link to test the survey:

http://www.surveycafe.com/dma10095/passwordreview.asp

I was thinking we might want to randomize the choices in Q7 and Q8; let me know what you think about that.

If we can get this launched today, I think we might have enough completed to discuss this early Friday so that you can speak with DMA later on Friday. I am travelling on Friday, so it will be to our advantage to be able to have this far enough along to discuss it first thing Friday. We will provide you with the tracking page so that there will be no surprises when we talk.

Best,

Nelson

---

**From:** Matthew P. Schaefer [mailto:MSchaefer@brannlaw.com]
**Sent:** Wednesday, June 02, 2010 8:05 AM
**To:** Nelson Whipple
**Cc:** Tyson Seely; Thomas Adler
**Subject:** Re: Update

Nelson:

Thanks for the update. Does that means we may have the pilot results this week (assuming we are prompt in giving the OK)? The client wants a look at the pilot results, which means scheduling a call with them after we review the results with you first. Just trying to get a sense of timing so that we can begin speaking with the DMA about scheduling such a call.

Thanks.

Matt

On Jun 2, 2010, at 8:53 AM, "Nelson Whipple" <nwhipple@rsginc.com> wrote:

> Matt,
>
>
> The survey has been programmed and tested, and we have coordinated with the sample provider. I need to run through the survey this morning, and send you a link so that you can test it if you want to. As soon as you give your OK, we should be able to start the pilot.

1

RSG 00862

We will be able to track the progress online (including answers to Q7-9), so we should be able to decide quickly whether to continue with the full launch. The sample provider has estimated 10 days for the pilot and the full field work.

I will send the link to you when I have it.

Best

Nelson

RSG 00863