DEPOSITION EXHIBIT 72
10/22/10

**Carl Woock**

| | |
|---|---|
| From: | Matthew P. Schaefer [MSchaefer@brannlaw.com] |
| Sent: | Friday, July 16, 2010 12:47 AM |
| To: | Thomas Adler; Nelson Whipple |
| Cc: | George S. Isaacson |
| Subject: | RE: DMA/Colorado: Next Steps |

Tom:

Let's plan on 11 am Monday.

Thanks,

Matt

-----Original Message-----
From: Thomas Adler [mailto:tadler@rsginc.com]
Sent: Thursday, July 15, 2010 5:07 PM
To: Matthew P. Schaefer; Nelson Whipple
Cc: George S. Isaacson
Subject: RE: DMA/Colorado: Next Steps

Hi Matt,

Both Nelson and I would be available to talk on Monday any time after 10:30AM. Would that work for you? If not, I'm sure we can find another time next week.

I will be out August 5-13 but will be checking email and would be available to review and sign an affidavit during that period.

I'll look forward to talking next week.

Best,
Tom

From: Matthew P. Schaefer [MSchaefer@brannlaw.com]
Sent: Thursday, July 15, 2010 12:45 PM
To: Thomas Adler; Nelson Whipple
Cc: George S. Isaacson
Subject: DMA/Colorado: Next Steps

Tom and Nelson:

We expect at this point to proceed without surveying additional respondents based on a modified version of question 8 of the Colorado survey. While we have been in discussion with the Colorado Attorney General's Office regarding possible agreed upon alternatives to the DMA seeking a preliminary injunction from the court to suspend enforcement of the law, it now appears that we will be going ahead with such a motion. We would expect to file an affidavit from Tom regarding the survey and the results in support of the motion, so I wanted to inquire about your availability in the next 2-3 weeks to both finalize a short report on the survey and to review, comment on, and ultimately sign an affidavit.

I am available tomorrow or Monday for a call to discuss next steps in more detail. If you can let us know, as well, whether you have any vacation / travel coming up that would impact your availability, that would be helpful.

1

RSG 00717

Thanks,

Matt

RSG 00718