DEPOSITION EXHIBIT 74 10/22/10

**Carl Woock**

| | |
|---|---|
| From: | Nelson Whipple |
| Sent: | Friday, July 23, 2010 10:30 AM |
| To: | Matthew P. Schaefer |
| Cc: | Thomas Adler |
| **Subject:** | Report |
| **Attachments:** | RSG_DMA_Colorado_final_results.pptx |

Matt,

Here is our report. Let us know if you have any questions or need any revisions. I am out of the office today, but will be back on Monday.

Best,

Nelson

**Nelson Whipple** | Director
**Resource Systems Group, Inc.**
205 West Wacker Drive, Suite 615 | Chicago, IL  60606
Office 312.673.3320 ext. 201 | Mobile 847.644.0390 | www.rsginc.com

1

RSG 00869