**DEPOSITION EXHIBIT** CF
76
10/22/10

**Carl Woock**

From: Matthew P. Schaefer [MSchaefer@brannlaw.com]
Sent: Saturday, July 24, 2010 9:52 AM
To: Nelson Whipple
Cc: Thomas Adler
Subject: RE: Report

Nelson and Tom:

I will want to make revisions to tailor and streamline the document to current purposes (i.e., the motion for an injunction), as well as to provide additional information about the questionnaire (how respondents were screened during the process -- for example, only Colorado residents, excluding folks who had not made a purchase in the last six months, etc.).

I think it makes the most sense to discuss proposed edits by phone. I am free Monday late morning or after 2:30 pm. Let me know if we can schedule a call.

Thanks.

Matt

---

**From:** Nelson Whipple [nwhipple@rsginc.com]
**Sent:** Friday, July 23, 2010 10:29 AM
**To:** Matthew P. Schaefer
**Cc:** Thomas Adler
**Subject:** Report

Matt,

Here is our report. Let us know if you have any questions or need any revisions. I am out of the office today, but will be back on Monday.

Best,

Nelson

**Nelson Whipple** | Director
**Resource Systems Group, Inc.**
205 West Wacker Drive, Suite 615 | Chicago, IL 60606
Office 312.673.3320 ext. 201 | Mobile 847.644.0390 | www.rsginc.com

1

RSG 00842