DEPOSITION EXHIBIT
82
10/22/10

**Carl Woock**

From: Matthew P. Schaefer [MSchaefer@brannlaw.com]
Sent: Tuesday, August 10, 2010 12:01 PM
To: Thomas Adler
Cc: Nelson Whipple; George S. Isaacson
Subject: RE: DMA report
Attachments: 20100810 Declaration of Thomas Adler.docx

Tom:

Thanks. Looks good. As final touches to the Declaration, I inserted the words "as well as Professor Kevin Lane Keller" to the first sentence of paragraph 9 (because his declaration mentions that he reviewed the survey) and inserted your electronic signature on the last page. Since I made these edits, I changed the date to today, as well.

Please confirm by e-mail that you approve this final version. You can then sign a printed copy above your electronic signature and mail us a copy at your convenience -- the document does not need to be notarized. (We will be filing the electronic version, but need to have an actual signature on file.)

Let me know if you have any questions.

Thanks,

Matt

-----Original Message-----
From: Thomas Adler [mailto:tadler@rsginc.com]
Sent: Monday, August 09, 2010 9:44 AM
To: Matthew P. Schaefer
Cc: Nelson Whipple; George S. Isaacson
Subject: RE: DMA report

Attached are 1) the final results document with the changes requested, 2) a revised copy of the declaration and 3) a copy of my resume.

Let me know if you would like anything else.

Thanks,
Tom

-----Original Message-----
From: Matthew P. Schaefer [mailto:MSchaefer@brannlaw.com]
Sent: Monday, August 09, 2010 9:16 AM
To: Thomas Adler
Cc: Nelson Whipple; George S. Isaacson
Subject: Re: DMA report

Thanks, Tom. Feel free to strike my closing drafting note or address it, as appropriate.

With regard to the Final Results document reporting on the study, can we also clean up the one font typo I noted, anything else you may see, and choose a date for the cover (today is fine)? Can you attach you current C.V., as well?

Thanks.

1

RSG 00775

Matt

On Aug 9, 2010, at 9:06 AM, Thomas Adler <tadler@rsginc.com> wrote:

> Thanks Matt. This looks good to me. I found a couple more typos so I will correct those and send a revised copy shortly.
>
>
>
> -----Original Message-----
> From: Matthew P. Schaefer [MSchaefer@brannlaw.com]
> Received: 8/5/10 6:03 PM
> To: Thomas Adler [tadler@rsginc.com]; Nelson Whipple [nwhipple@rsginc.com]
> CC: George S. Isaacson [GIsaacson@brannlaw.com]
> Subject: FW: DMA report
>
> Tom:
>
> I wanted to check back-in with you to see if you have any revisions to the draft declaration. (We have caught the typo in the middle of para. 3 and changed 2007 to 2010.)
>
> Thanks,
>
> Matt
>
> From: Matthew P. Schaefer
> Sent: Wednesday, July 28, 2010 10:33 AM
> To: 'Thomas Adler'
> Cc: Nelson Whipple; George S. Isaacson
> Subject: RE: DMA report
>
> Tom:
>
> Thanks very much, the revised report looks good to me on an initial read, and I think addresses matters at the right level of detail. (Two minor points - we should change the date on the cover once final, and on page 2, the words "A clear" are in a different font than the remainder.) You are correct that I have chosen to address in your declaration the 7 points to which the Court may look in evaluating the survey and, in that regard, I attach a draft of the declaration for your review. Please propose any changes you feel are necessary, including any corrections that may be required to my understanding of the process.
>
> The one caveat I will add both with regard to your declaration and the revised report is that George has not yet had an opportunity to review these drafts, and thus may propose changes he feels are appropriate.
>
> Thanks,
>
> Matt
>
> From: Thomas Adler [mailto:tadler@rsginc.com]
> Sent: Wednesday, July 28, 2010 9:28 AM
> To: Matthew P. Schaefer
> Cc: Nelson Whipple
> Subject: FW: DMA report
>

2

RSG 00776

```
> Hi Matt,
>
> Attached is the revised deck that Nelson put together, for your review and use. The report
addresses the points that you suggested, though not all of them explicitly. I assume that the
declaration will address each of the 7 points individually and explicitly, with reference to
the report.
>
> Let us know if you would like any further changes to this report.
>
> Thanks,
> Tom
>
>
>
```

RSG 00777