DEPOSITION EXHIBIT 87 CF 10/22/10

**From:** Matthew P. Schaefer
**To:** Thomas Adler
**Cc:** George S. Isaacson
**Subject:** RE: Draft Report
**Date:** Monday, September 20, 2010 1:51:00 PM

Tom:

Thanks. I will make the adjustment and e-mail you the revised document.

We have a small extension of the deadline, so we can finalize this later – I have to head to the airport just now, so may be sending the revised document a bit later.

Thanks,

Matt

---

**From:** Thomas Adler [mailto:tadler@rsginc.com]
**Sent:** Monday, September 20, 2010 1:37 PM
**To:** Matthew P. Schaefer
**Cc:** George S. Isaacson
**Subject:** RE: Draft Report

Yes, I think it does make sense – as we discussed earlier, this information is helpful in justifying our survey approach.

---

**From:** Matthew P. Schaefer [mailto:MSchaefer@brannlaw.com]
**Sent:** Monday, September 20, 2010 11:00 AM
**To:** Thomas Adler
**Cc:** George S. Isaacson
**Subject:** RE: Draft Report

Tom:

Thanks. In looking at the documents over the week-end that you team pulled together, it occurred to me that it might make sense to include in the data and information referenced in a couple of documents you received from KnowledgeNetworks. That way, we would implicitly cover the material on survey panels and ABS that we considered for the report, but without having to modify the text. You could refer to that in challenged on the sample.

Does that make sense?

Thanks,

Matt

---

**From:** Thomas Adler [mailto:tadler@rsginc.com]
**Sent:** Monday, September 20, 2010 8:31 AM

RSG 00948

**To:** Matthew P. Schaefer
**Cc:** George S. Isaacson
**Subject:** RE: Draft Report

Hi Matt,

I reviewed the attached documents and they all look fine to me. In the Expert Report you should insert $340.44 as my hourly rate and otherwise these should be ready to send off. Should I email you copies with my signature?

Let me know if you need anything else.

Thanks,
Tom

---

**From:** Matthew P. Schaefer [mailto:MSchaefer@brannlaw.com]
**Sent:** Friday, September 17, 2010 6:29 PM
**To:** Thomas Adler
**Cc:** George S. Isaacson
**Subject:** Draft Report

Tom:

I attach a draft of your expert report, which largely serves as the means to incorporate your prior declaration, as we discussed. On review, I am satisfied that the Declaration said all that it need to say regarding your conclusions, the principles you applied, etc., but I of course welcome your views. Please suggest any changes or modifications to the report you feel are necessary. The only open item is your rate for further work on this matter listed in Section VI. So that you can go back, as needed in your review, to the prior declaration and exhibits thereto, I attach them here. I will also be including the updated copy of your resume with your report.

I think this will prove straightforward, and I would propose to send this out on Monday, as we discussed, but let me know if that poses a problem. (My apologies for getting this to you late in the day.)

Thanks,

Matt

---

**From:** Thomas Adler [mailto:tadler@rsginc.com]
**Sent:** Friday, September 17, 2010 2:08 PM
**To:** Matthew P. Schaefer
**Subject:** Adler resume for DMA

Hi Matt,

Attached is a copy of my current resume. I have separately sent you via dropsend a copy of the file containing all of the material you requested for discovery – documents, files, email, notes, time

RSG 00949

charges and invoices. Let me know if you need anything else.

Thanks,
Tom

RSG 00950