DEPOSITION EXHIBIT CF 92 10/22/10

4/9/10 Matt Schaeffer

- Consumer research CO residents
  law requires direct marketers to report purchases
- Survey of CO residents — impact of purchases of disclosing
- buying from out-of-state direct marketers (credit card)
  • notice that subject to tax
  • year end statement ⟵ consumer

2.5% 817 731 6307

Redacted - Reference to Unrelated Matter

RSG 00904

Redacted - Reference to Unrelated Matter

5/2 Matthew Schauffer
- timing 4 weeks minimum
- shopping age 1,000 18age
- will try to move quickly to get funding

Redacted - Reference to Unrelated Matter

5/5 Matt Schauffer
- 10 Am Friday Call

RSG 00905



5/7 Matt Schaeffer - DMA
    George Isaacson
- Direct Marketing Association - Wash DC
- State sales + use tax
  - physical presence (nexus)
- Colorado: not "imposing" tax obligation but notify consumers that they must pay tax, marketer will provide report to consumer + to state
- Theory: cannot impose restrictions,
  - invasion of privacy
  - suspend - preliminary injunction
    ⇒ immediate + irreparable harm
    - invasion of privacy
    - less likely to make purchases
    - lose customers permanently
- Kevin Keller will comment on survey
- plaintiff: DMA steering committee
- will file Keller affidavit + survey report
  - is it invasion of privacy
  - less likely to purchase
- Amazon posted notice
- may 1 in effect
- form of notice

Redacted - Reference to Unrelated Matter

RSG 00906

Redacted - Reference to Unrelated Matter

5/19 Matt Schouter #10095
- whether turning over info will cause people to not purchase
- (vs. not like paying taxes)
  { don't care about summary collateral }   { put purchase info are content }
  [ May 1 law effective ]

✓  <400k worldwide sales proposed in (in Colorado)

∅ (does not collect sales tax) Colorado

RSG 00907

7/19 DMA call — Matt Schaeffer

- June 18: amended reg.
  - transactional notice:
    1) retail doesn't collect tax
    2) sale is not free from tax
    3) CO requires buyer to self-report
- not required to inform per transaction
- annual notice includes all req'ns
  ↳ only $500 or more
  ↳ but report all info to tax dept.
- if send items into state (gift), [tax] liable for taxes
- filed complaint June 30 (preliminary injunction)
- in next couple weeks need to file affidavit
  "with each purchase" not requirement of law
- affidavit (6-8 pgs)
  · summary of approach, etc.
  · + CV
  file by July 30

Redacted - Reference to Unrelated Matter

RSG 00908

7/26 DMA call - w/ Matt Schaefer
- survey, content, results in results report
- no need for detailed sampling methodology
  just used KN Panel,
- who screened out
  slides 18-20
- nonconsumers
  purchased from
- eliminate 5th bullet
- use 1st #/ from slide 25 to set context
  on slide 3 + sequue to 4+5

Redacted- Unrelated Material

RSG 00909

Redacted- Unrelated Material

9/15- Matt Schaeffer
1) updates to CV          * Send updated resume
2) report                 - Sept. 23 deadline
3) discovery              * provide billing info
re-read declaration       * time records
(any methods)             * notes
- call/report to DMH (costs)
- document gathering to CO (costs)

Redacted- Unrelated Material

RSG 00910