Electronic Commerce and Sales and Use Tax Revenues in Colorado

William F. Fox
Director, Center for Business and Economic Research
William B. Stokely Distinguished Professor of Business
November 5, 2010

I am William F. Fox, William B. Stokely Distinguished Professor of Business and Director in the Center for Business and Economic Research at the University of Tennessee. I am offering this opinion in the matter of The Direct Marketing Association v. Roxy Huber. I am an expert in economics, taxation, and state and local government taxation. Much of my research and analysis over a career spanning more than 30 years has focused on sales and use taxes. In offering this opinion I am relying on my experience, education and knowledge in the areas of economics, taxation, and state and local government taxation. My vita is attached and a list of additional reports that I have authored or co-authored in recent years is also attached. I have not provided testimony in court cases during the past four years, but I gave a deposition and testified in 2007 in the Williamson Medical Center/ Spring Hill Hospital Certificate of Need Application: CN0604-028.

In forming my opinion I considered a number of papers and articles including the documents described below. The exhibits that may be used to summarize or support my opinion include the documents described below including:

- "State and Local Government Sales Tax Revenue Losses from Electronic Commerce," by Donald Bruce, William F. Fox, and LeAnn Luna, *State Tax Notes* 52(7):537-558, May 18, 2009.
- "State and Local Sales Tax Revenue Losses from E-Commerce:  Estimates as of July 2004," by Donald Bruce and William F. Fox, *State Tax Notes* 33(7):511-518, August 16, 2004.
- "State and Local Sales Tax Revenue Losses from E-Commerce:  Updated Estimates," by Donald Bruce and William F. Fox. *Prepared for the Institute for State Studies (ISS), Salt Lake City, Utah,* September 2001
- "E-Commerce in the Context of Declining State Sales Tax Bases," by Donald Bruce and William F. Fox, *National Tax Journal* 53(4), Part 3, 2000, pp. 1373-1388.
- Other articles, documents and websites footnoted and referenced in this document.

The estimates and methodology discussed below are drawn specifically from the 2009 report written by several colleagues and myself that was referenced above.

I have been retained by Melanie Snyder of the Colorado Office of the Attorney General to offer this opinion. I am receiving $350 per hour plus expenses for work associated with this report and for any testimony.  Stephanie Scoville from the Office of the Attorney General provided me with three documents including:

- The First Amended Complaint in The Direct Marketing Association, Plaintiff v. Roxy Huber, Defendant

1



- House Bill 10-1193
- Regulation 39-21-112.3.5

**Statement of Opinions and Methodology Offered**

## Introduction

Electronic commerce has grown rapidly for more than a decade. E-commerce, which totaled approximately $1.06 trillion in 2000, tripled to $3.16 trillion in 2008, representing a 14.6 percent compound annual growth rate.[1] The advent of electronic commerce and other forms of remote commerce has several major effects on state and local governments and their economies. First, state and local governments fail to collect some sales and use taxes that are due based on existing statutes because of lesser required vendor compliance and weak use tax compliance. Second, the U.S. and state economies are hurt when firms alter their business practices to avoid establishing a compliance responsibility, since businesses will not provide goods and services using the least economic resources. Third, main street businesses lose sales as consumers and businesses are encouraged to purchase remotely so that they can evade sales and use taxes. State and local governments collect sales taxes very effectively from Main Street vendors because they are required to collect sales tax and their compliance is much more effectively audited. States collect taxes due on e-commerce much less effectively because vendors are often not required to remit the tax and buyer compliance with the use tax is frequently very weak.

This report focuses on the first of these three effects, the revenue losses for state and local governments and specifically for Colorado because of the inability to collect taxes on sales made via e-commerce. The estimates are for sales and use taxes, but are almost exclusively use taxes that are due but cannot be effectively administered. Every state that imposes a sales tax also levies a corresponding use tax. The use tax is generally "imposed upon the storage, use or consumption of tangible personal property within the state."[2] The intent is primarily to collect use taxes from buyers in cases where the sales tax has not already been obtained, so credit is normally permitted for sales tax already paid. Most of the use tax that is due arises from sales by out-of-state firms that do not have nexus in Colorado or do not voluntarily collect for the state.

## Estimated Sales and Use Tax Losses for Colorado

We estimate that Colorado state and local governments will fail to collect $130.7 million in 2010, $153.7 million in 2011 and another $172.7 million in 2012 in state and local sales or use taxes that are due on e-commerce sales. These annual losses are approximately 3 percent of actual 2007 state and local sales taxes. Losses arise both from business sales to final consumers (B2C sales) and from business sales to other businesses (B2B sales). B2B sales account for approximately 93 percent of e-commerce sales. The state also loses revenues that are uncollected

---

[1] E-commerce sales are the sum of manufacturing shipments, wholesale merchants less manufacturers' sales branches and offices, retail trade sales and selected service revenues.
[2] John F. Due and John L. Mikesell, Sales Taxation: State and Local Structure and Administration," The Urban Institute Press: Washington, 1995, p. 47.

WF000002

on other forms of remote sales, such as from mail order firms -- these effects are not included in our estimates.

The loss estimates are not to suggest that no tax revenues are collected on e-commerce sales to Colorado buyers. We estimate that in Colorado $612.7 million will be due on e-commerce sales in 2011, of which the state and local governments can expect to collect approximately $459.0 million. Thus, we estimate that approximately 75 percent of due revenue is collected, leaving 25 percent non-compliance on e-commerce transactions. Most of the non-compliance results because firms without taxable presence or bricks and mortar stores are not required to collect sales taxes or to report the sales into Colorado (although Colorado now has reporting requirements). The 25 percent non-compliance with e-commerce sales compares with approximately 1.7 percent non-compliance for the sales tax. Almost all of the sales tax is collected by firms operating in Colorado, thereby creating a wide discrepancy between the sales and use taxes collected by some Colorado firms and some e-commerce firms.[3]

We believe that our estimates are conservative and the actual loss to Colorado is likely larger. As described below, our forecasts of the extent of national e-commerce are low, and data reported since our results were prepared indicate that e-commerce sales were much higher than we forecast. Also, we expect that estimates we used of the taxability of various categories of e-commerce will understate the actual propensity of these sales to be taxable, as discussed below.

**Methodology**

The report used six steps to estimate state and local sales tax revenue losses associated with e-commerce in Colorado (and other states). Estimating electronic commerce sales for the nation is the starting point for the analysis. We purposefully forecast e-commerce sales with the intent to be conservative so that our revenue loss estimates are on the low side of our actual expectations. Aggregate e-commerce sales were estimated by finding the relationship from 1998 through 2006 between e-commerce as measured by the U.S. Census Bureau[4] and economic activity (GDP) as measured by the U.S. Bureau of Economic Analysis.[5] Then, e-commerce was forecast from 2007 through 2012 using Global Insights' November 2008 baseline and optimistic forecasts.[6] The resulting forecast had e-commerce sales rising from the U.S. Census estimate of $2.385 trillion in 2006[7] to $3.92 trillion in 2012, an annual increase of just under 9 percent. The growth rate implicit in the forecast was much lower than the history of e-commerce sales, consistent with our aim to be conservative. Subsequent Census Bureau reports on e-commerce sales for 2007 and 2008 confirm our conservative approach. Our baseline estimates are 12.5

---

[3] See http://dor.wa.gov/Docs/Reports/Compliance_Study/compliance_study_2008.pdf The Washington study reports 1.7 percent non-compliance with the sales tax.

[4] http://www.census.gov/econ/estats/2008/2008tables.html We used the data from this website as it was available at the time the report was prepared. The data are regularly updated and may have subsequently changed.

[5] http://bea.gov/national/nipaweb/TableView.asp?SelectedTable=5&ViewSeries=NO&Java=no&Request3Place=N&3Place=N&FromView=YES&Freq=Year&FirstYear=2009&LastYear=2010&3Place=N&Update=Update&JavaBox=no We used the data from this website as it was available at the time the report was prepared. The data are regularly updated and may have subsequently changed.

[6] E-commerce activity was forecast for 2007 and 2008 even though these years had already taken place, because U.S. Census data on e-commerce activity for those years were not available when the report was written.

[7] The Census Bureau has since revised its 2006 e-commerce estimate to $2.431 trillion.

WF000003

percent and 15.9 percent lower than the current Census estimates of e-commerce for 2007 and 2008, respectively. Our e-commerce estimates were then allocated across 51 groupings of sales by industry based on the 2006 distribution of e-commerce reported by the Census Bureau.

     States can fail to collect sales and use taxes that are due on both B2B and B2C e-commerce based sales, which together comprise the $3.92 trillion e-commerce sales estimate for 2012. Therefore, it was imperative to build our analysis of sales and use tax losses on both types of sales. Four broad groups of sales, encompassing both B2B and B2C, are included in the Census data and in the information used in our analysis. These four include manufacturing shipments of e-commerce, merchant wholesale trade (we exclude manufacturers' sales branches and offices to avoid double counting), retail trade, and selected services revenues. Many B2B purchases, such as vehicles, office equipment and supplies, and furniture are frequently taxable.

     Second, state-level e-commerce sales are not available so it was necessary to distribute the national estimates across states. E-commerce sales were allocated across sales taxing states based on their share of total adjusted state and local sales tax revenues, using adjustment factors developed by John Mikesell.[8] This allocated about 1.7 percent of national e-commerce sales in each category to Colorado, a percentage that is slightly under Colorado's share of total national personal income.

     Third, we estimated taxability based on a survey of the research staffs of individual state Departments of Revenue. The expectation is that Departments of Revenue are in the best position to respond to the taxability of broad categories of transactions. The survey sought to determine the extent to which 51 categories of vendor sales are taxable under Colorado's (and other states') statutes. Colorado was one of 29 states that responded to the survey. The Colorado responses, weighted by the 2006 Census e-commerce sales by vendor, resulted in an estimate that 16.16 percent of Colorado e-commerce sales are taxable (though we actually apply the taxability by category of sales rather than using this average). We believe that the survey underestimates actual taxability for a series of reasons. First, buyers will tend to make relatively more taxable than nontaxable purchases over the Internet because they will be required to pay sales tax when they purchase taxable items in Colorado and may not be required to pay tax when purchased outside the state (because of noncompliance). Also, it is likely that the research staffs underestimated the taxability because they are generally reporting on the basis of actual tax collections, rather than on the basis of the actual tax due.

     Fourth, we estimated taxes that are due in Colorado by multiplying the state's e-commerce sales times the percent that is taxable in the state times the average state and local sales tax rate. The state sales tax rate was taken from Sales Tax Clearinghouse, and was 2.9 percent for Colorado.[9] The average local tax rate was calculated by dividing local sales tax revenue as available from the U.S. Census Bureau by the estimated state sales tax base.[10] The estimated local average rate was 3.714 percent. The state sales tax base was measured as state sales tax revenues divided by the state sales tax rate.

---

[8] John L. Mikesell, "State Sales Taxes in Fiscal 2007," *State Tax Notes*, May 26, 2008, pp. 647-652.
[9] See http://www.taxch.com/STRates.stm  We used the data from this website as it was available at the time the report was prepared. The data are regularly updated.
[10] http://www.census.gov/govs/estimate/index.html

4

WF000004

Fifth, we estimate sales tax compliance for B2B and B2C purchases. Both B2B and B2C compliance are estimated as functions of vendor compliance for the sales tax and use tax compliance by the buyer. Vendor compliance relies on a survey of large Internet vendors and the Maryland Long Tail Study.[11] Our survey found that large vendors will collect tax on 65.6 percent of sales to Colorado buyers. Vendor compliance by smaller Internet vendors is assumed to be very small. B2B use tax compliance relies on a study by the State of Washington Department of Revenue[12] and B2C relies on assumptions about consumer compliance with the use taxes. B2C compliance is widely believed to be very poor except in those cases where third party reporting is available, such as when an automobile must be registered in Colorado and much of the previously unpaid tax is collected.

Finally, tax losses are estimated as the difference between taxes due, as described in step 4, and taxes collected, as described in step 5.

Dated: November 5, 2010

*William*

---

[11] Joe Bailey, et al. "The Long Tail is Longer than you Think: The Surprisingly Large Extent of Online Sales by Small Volume Sellers," University of Maryland, May 12, 2008, draft.
[12] See http://dor.wa.gov/Docs/Reports/Compliance_Study/compliance_study_2008.pdf

WF000005

1

VITA

William F. Fox

**CURRENT POSITION:**

William B. Stokely Distinguished Professor of Business
Professor of Economics
Director
Center for Business and Economic Research
College of Business Administration
The University of Tennessee, Knoxville
Knoxville, Tennessee 37996-4170
865-974-6112
Billfox@utk.edu

**EDUCATION:**

B.A., Miami University, Oxford, Ohio
M.A., The Ohio State University
Ph.D., The Ohio State University

**PREVIOUS EXPERIENCE:**

Head, Department of Economics, University of Tennessee, August 1992-July 1997.

Visiting Professor of Economics, University of Hawaii, Spring 1992.

Public Finance Tax Specialist, Near East Bureau, Agency for International Development,
February 1982 to January 1983.

<u>International Experience</u>

Sudan, January 2003, September 2006, March 2007, March 2010. National revenues and fiscal
federalism.

Jordan, June 1994, March 2002, May 2003, November 2006, June, September 2009, Local
government fiscal conditions and national tax policy.

Sierra Leone, February-March 2009, Fiscal Federalism.

Bangladesh, January 2008, Fiscal Federalism.

Lebanon, July 2007. National tax revenues.

WF000006

2

Rwanda, 2005, Local Government

Sri Lanka, 2004-2005, Fiscal federalism.

Kyrgyzstan, 6 trips, 1998-2004, National taxation

Egypt, 20 trips, 1982-2005, National and local public finance.

Columbia, Municipal Finance for Bogota, 2001 and 2003.

Bosnia and Herzegovina, 20 trips 1995-2004, National taxation and fiscal federalism.

Slovakia, November 2000, Fiscal federalism.

Kosovo, October 2000, Fiscal federalism.

Philippines, 4 trips 1999, 1987 and 1986, National taxation and willingness to pay for water services.

Nepal, 1999, Fiscal federalism

Russia, 9 trips, 1994-1999, National and local government taxes.

Croatia, 1998, Fiscal federalism.

Hungary, 6 trips, 1987, 1995, and 1998, National and local taxation.

Yemen, May 1995, Local government finance

Palestine, 4 trips, 1994 and 1995, Municipal fiscal structure.

Romania, June 1994, Asset taxes.

Bulgaria, January, October 1994, Bank and insurance taxes.

South Africa, July 1992, Fiscal structure.

Kenya, September 1991, National tax structure.

Guatemala, July 1991, Property tax.

Tanzania, May 1990, National tax structure.

Brazil, 1987 and 1988, Development of a university research center.

Haiti, 1983, Evaluation of rural development bank programs.

3

**Selected Other Experience**

The Apollo Group, 2010.

The World Bank, 1989-2009.

Forum of Federations, 2010.

Institute for Professionals in Taxation, 1990-2010.

National Tax Association, President 1997, Vice President 1995-96, Board of Directors, 1990-1993, Program Chairman 1993, Chairman Nominating Committee, 2000.

Editor, National Tax Journal Special Issue, 2010.

Louisiana State Tax Commission, 2009-10.

Ryan & Co. 2007-10.

Palmetto Institute, 2007-08. Palmetto Business Forum, 2010.

Institute for Emerging Issues, North Carolina State University, 2006-08.

Louisiana Department of Revenue, 2006-10.

Hawaii Tax Review Commission, 1989, 2002, 2006.

Hawaii State Auditor, 2005

Minnesota Department of Revenue, 1994-97, 2004-05.

New Jersey Association of Realtors, 2005-06.

National Association of Realtors, 2004-05.

Kentucky Governor's Office for Economic Analysis, 2003-2005.

State of South Carolina Senate Finance Committee, 2003.

Ernst & Young, 2002-2005.

Advisor, Kentucky Legislative Tax Committee, 2001-2002.

State of Virginia Tax Study Commission, 2000.

Harvard Institute for International Development, 1996-1999.

WF000008

4

Asian Development Bank, 1998, 1999.

Nashville Davidson County Metropolitan Government, 1998, 1999.

Pennsylvania Department of Revenue, 1998.

Washington, D.C. Tax Revision Commission, 1997.

Missouri Department of Revenue, 1993-94.

Commission to Study the Ohio Economy and Tax Structure, 1994.

Organization for Economic Cooperation and Development, Paris 1993-94.

Massachusetts Special Commission on Business Tax Policy, 1993.

Ohio Department of Taxation, 1990.

Environmental Finance Advisory Board, U.S. Environmental Protection Agency, 1989-1993.

Visiting Scholar, Federal Reserve Bank of Kansas City, 1989, 1990.

Arizona Tax Study Commission, 1989.

National Council on Public Works Improvement, 1986.

Minnesota Tax Study Commission, 1984.

Tennessee Special Joint Legislative Task Force on State and Local Tax Structure, 1984.

Association of Tennessee Life Insurance Companies, 1983, 1991, 1995, 2000.

Tennessee Municipal League, 1981-1984.

U.S. Department of Agriculture, August 1979 to January 1981.

**AWARDS AND HONORS:**

Ray and Joan Myatt Outstanding Teaching, Research and Service Award, University of Tennessee College of Business, 2007.

Special Recognition Award, Institute for Professionals in Taxation, 2006.

Bank of America Leadership Award, University of Tennessee College of Business Administration, 2006.

German Distinguished Chair in American Studies, Fulbright Foundation, 2004-05

WF000009

Steven D. Gold Award, Granted annually by the National Tax Association, American Association of Policy Analysis and Management and the National Conference of State Legislatures, 2003

Reilly Fellow, Louisiana State University, Baton Rouge, April 2003.

William B. Stokely Distinguished Professor of Business, 2001-current

Alma and Hal Reagan Scholar Award, University of Tennessee, 1999-2001

Tony Spiva Scholar, 1994-2001

Omicron Delta Kappa

Stokely Scholar, University of Tennessee, 1986-1988

Research Recognition Award, University of Tennessee, 1986

Phi Kappa Phi Honorary Fraternity

University Fellowship, The Ohio State University

Arthur and Anna Evans Memorial Scholarship, Miami University

**FUNDED PROJECTS** (1986-2010) Total: $22,363,000)

**PUBLICATIONS**

"Base Mobility and State Personal Income Taxes." (with Donald Bruce and Zhou Yang), *National Tax Journal*, forthcoming.

"Can State and Local Governments Rely on Alternative Tax Sources?" *St. Louis Federal Reserve Regional Economic Development*, Vol. 6, No. 1, October 2010.

"Local Government Structures in North America," (with Enid Slack) in "The State of Local Government Finance," edited by Jorge Martinez-Vazquez and Paul Smoke, United Cities and Local Governments, forthcoming.

"State Budgets Remain Very Tight Even as the Recovery Begins," *The Book of the States*, Council of State Governments, 2010.

"Commentary on "An Analysis of Alternative Revenue Sources for Local Governments," in *Municipal Revenues and Land Policies*, edited by Gregory K. Ingram and Yu-Hong Hong, Lincoln Institute of Land Policies, 2010.

WF000010

6

"Measuring Behavioral Effects of Property Taxes," (with John Deskins) in *Challenging the Conventional Wisdom on the Property Tax*, edited by Jorge Martinez, Lincoln Institute of Land Policy, 2010.

"An Evaluation of Combined Reporting in the Tennessee Corporate Excise and Franchise Taxes," (with others), *State Tax Notes*, 2009.

"State and Local Sales Tax Revenue Losses from E-commerce," (with Donald Bruce and LeAnn Luna), *State Tax Notes*, May 18, 2009.

"Walter Hellerstein: Innovative Perspectives on the Sales Tax," *State Tax Notes*, January 12, 2009 and *Proceedings of the Annual Conference of the National Tax Association.*

"The SSTP and Technology: Implications for the Future of the Sales Tax," (with LeAnn Luna and Matthew Murray), *National Tax Journal,* December 2008.

"Tax Policy Changes Continued Even as the Economy Grew," *The Book of the States*, Council of State Governments, 2008.

"The Federal Role in State Taxation: A Normative Approach," (with John Swain), *National Tax Journal,* September 2007.

"On The Extent, Growth, and Consequences of State Business Tax Planning," (with Donald Bruce and John Deskins) in *Corporate Income Taxation in the 21ˢᵗ Century,* edited by Alan Auerbach, James Hines and Joel Slemrod, Cambridge University Press, 2007.

"The United States of America," in *The Practice of Fiscal Federalism, Comparative Perspectives* edited by Anwar Shah, Montreal & Kingston: McGill-Queen's University Press, 2007, pp 344-369.

"Fiscal Federalism in Bosnia-Herzegovina: Subsidiarity and Solidarity in a Three-Nation State" (with Christine Wallich) in Richard Bird and Robert Ebel, eds. *Fiscal Fragmentation in Decentralized Countries,* Edward Elgar, 2007. Also published in *Public Budgeting and Management* Fall 2003.

"State Business Tax Policy: More of the Same or Fundamental Reform?" (with LeAnn Luna and Matthew Murray), *State Tax Notes*, May 7, 2007

"State Strategies for Dealing with Tax Sheltering and Planning," (with Harley Duncan), *State and Local Tax Lawyer,* 2006.

"Tax Base Elasticities: A Multistate Analysis of Long Run and Short Run Dynamics," (with Don Bruce and Markland Tuttle), *Southern Economic Journal*, October 2006.

"How Broad Should State Sales Tax Bases Be? A Review of the Literature." (with LeAnn Luna), *State Tax Notes 15th Anniversary Issue*, September 2006.

"A Fresh Look at the Value Added Tax" (with Kelly Edmiston) in Roy Bahl, Jorge Martinez, and Mark Rider eds., *The Challenges of Tax Reform in a Global Economy*, 2006.

"Will Consolidation Improve Sub-National Governments," (with Tami Gurley), World Bank Policy Report, No. 3913, May 1, 2006.

"Do LLCs Explain Declining State Corporate Tax Revenues," (with LeAnn Luna) *Public Finance Review*, November 2005.

"A National Retail Sales Tax: Consequences for the States," *State Tax Notes*, July 25, 2005. Also in *Federal Tax Reform and the States*, Tax Notes Special Supplement, October 3, 2005.

"How Should A Subnational Corporate Income Tax On Multistate Businesses Be Structured?" (with LeAnn Luna and Matthew Murray) *National Tax Journal*, March 2005.

"State Tax Collections: Eroding Tax Bases" (with LeAnn Luna) in *The Book of the States*, The Council of State Governments, 2005.

"Revenue Implications of the Streamlined Sales Tax Project in Tennessee," (with Ransom Gustafson and Julie Marshall), *State Tax Notes*, March 28, 2005.

"An Exploration of Tax Patterns Around the World," (with Tami Gurley), *Tax Notes International*, February 28, 2005.

"The Ongoing Evolution of State Revenue Systems," *Marquette Law Review*, October 2004.

"State Bank Taxation." in *Encyclopedia of Taxation and Tax Policy*, edited by Joseph Cordes, Robert Ebel and Jane Gravelle, Urban Institute Press, 2005.

"Cross Border Shopping," (with Donald Bruce) in *Encyclopedia of Taxation and Tax Policy*, edited by Joseph Cordes, Robert Ebel and Jane Gravelle, Urban Institute Press, 2005.

"Sales Taxation in a Global Economy," (with Matthew Murray) in *Taxing the Hard-to-Tax*, edited by James Alm, Jorge Martinez-Vazquez, and Sally Wallace, Elsevier, 2004.

"State and Local Tax Revenue Losses from E-Commerce: Estimates as of July 2004," (with Don Bruce) *State Tax Notes*, August 2004.

"Do Economic Effects Justify the Use of Tax Incentives?" (with Matthew Murray) *Southern Economic Journal*, July 2004.

"Total State and Local Business Taxes: AAA 50 State Study of the Taxes Paid by Business," (with Robert Cline, Tom Neubig, and Andrew Phillips) *State Tax Notes*, March 1, 2004.

WF000012

8

"Has Internet Access Taxation Affected Internet Use? A Panel Data Analysis" (with Donald Bruce and John Deskins) *Public Finance Review* March 2004. Reprinted in *State Tax Notes*, May 17, 2004.

"Prospects and Challenges for State and Local Governments in a Digital World," (with Kelly Edmiston) in *State and Local Finances Under Pressure*, Edited by David L. Sjoquist, Edward Elgar, 2003.

"Total State and Local Business Taxes: Fiscal 2003 Update," (with Robert Cline, Tom Neubig, and Andrew Phillips) *State Tax Notes*, October 20, 2003.

"Three Characteristics of Tax Structures have Contributed to the Current State Fiscal Crises," *State Tax Notes*, August 6, 2003.

"U.S. States: Corporate Taxes Wane," *Federations*, February-March, 2003.

"A Closer Look at the Total State and Local Business Tax Burden" (with Robert Cline, Thomas Neubig, and Andrew Phillips), *State Tax Notes*, January 27, 2003. Also in *Tax Notes*, February 10, 2003.

"Destination Based Indirect Taxation: The Case of Bosnia and Herzegovina," *European Journal of Law and Economics*, vol. 16, 2003.

"History and Economic Impact of the Sales Tax," in *Sales Taxation*, Edited by Jerry Janata, Institute for Professionals in Taxation, 2004.

"To Tax or Not to Tax: The Case of Electronic Commerce," (with Donald Bruce and Matthew Murray), *Contemporary Economic Policy*, October 2002.

"State Corporate Tax Revenue Trends: Causes and Possible Solutions" (with LeAnn Luna), *National Tax Journal*, September 2002.

"Subnational Taxing Options: Which is Preferred, A Retail Sales Tax or a VAT?" (with LeAnn Luna), *Journal of State Taxation*, Winter 2003. Also published in *State Tax Notes*, March 10, 2003

"Stability and Equity in Education Finance Formulas" (with Matthew Murray and Patricia Price), *Journal of Education Finance*, Spring 2002.

"Issues in the Design and Implementation of Production and Consumption VATs for the American States," (with LeAnn Luna and Matt Murray) *State Tax Notes*, January 21, 2002. Also, *Proceedings of the 93rd Annual Conference of the National Tax Association*, 2002.

"Eroding Sales Tax Revenues and the Impact of e-Commerce," (with Donald Bruce) *Government Finance Review*, February 2002.

9

"Fiscal Federalism in Bosnia/Herzegovina: The Dayton Challenge," (with Christine Wallich), in *Intergovernmental Fiscal Relations in Fragmented Societies*, edited by Richard Bird and Thomas Stauffer, Helbing & Lichtenhahn, Bale, 2001.

"E-Commerce and Local Sales Taxes: Estimates of Direct and Indirect Revenue Losses," (with Don Bruce), *Municipal Finance Journal*, Fall 2001.

"State and Local Tax Revenue Losses from E-Commerce: Updated Estimates," (With Don Bruce), *State Tax Notes*, October 15, 2001.

"Taxing E-Commerce: Neutral Taxation is Best for Industry and the Economy?" (With LeAnn Luna) *Quarterly Journal of Electronic Commerce*, Vol. 1, Number 2, 2000.

"E-Commerce in the Context of Declining State Sales Tax Bases," (with Don Bruce), *National Tax Journal*, December 2000.

"Investing in Rural Infrastructure" (with Sanela Porca), in *Beyond Agriculture: New Policies for Rural America*, edited by Mark Drabenstott, Federal Reserve Bank of Kansas City, 2000. Also, published in *International Regional Science Review*, January 2001.

"Sub-National VAT or Retail Sales Tax: What is Tax Policy's Panacea?" (With LeAnn Luna), *Proceedings of the Ninety-First Annual Conference of the National Tax Association*, 2000.

"Sales Taxes in the District of Columbia: Current Conditions and Policy Options" in *Taxing Simply, Taxing Fairly*, edited by Philip Dearborn, Greater Washington Research Center, September 1998.

"Can the Sales Tax Survive a Future Like its Past?" in *The Future of State Tax Policy*, edited by David Brunori, Urban Institute Press, 1998.

"Fiscal Federalism in Bosnia and Herzegovina: The Dayton Challenge" (with Christine Wallich), in *Fiscal Federalism in Developing Countries*, edited by Richard Bird and Francois Vaillencourt, Cambridge University Press, 1998.

"Fiscal Incentives and Local Economic and Fiscal Performance" (with Matthew Murray), in *Local Government Tax and Land Use Policy in the United States*, edited by Helen Ladd, Edward Elgar Press, Northampton, MA, 1998.

"The Normative Political and Economic Underpinnings of the Current Devolution Movement: Discussion," *New England Economic Review*: Federal Reserve Bank of Boston, May/June 1998.

"Intergovernmental Aspects of Growth and Stabilization Policy" (with Matthew Murray), in *Intergovernmental Fiscal Relations: Perspectives and Prospects*, edited by Ron Fisher, Kluwer Press, 1997.

"The Sales Tax and Electronic Commerce: So What's New?" (with Matthew Murray), *National Tax Journal*, September 1997.

WF000014

10

"Policy Implications," *New England Economic Review*, March/April 1997.

"User Charge Financing of Urban Public Services in Africa," (with Kelly Edmiston), *African Urban Quarterly*, 1997.

"Importance of the Sales tax in the 21st Century," in *The Sales tax in the 21st Century*, edited by William Fox and Matthew Murray, Praeger Press, 1997.

*The Sales Tax in the Twenty-First Century*, Editor (with Matthew Murray), Praeger Press, 1997.

"Sales Tax: Current Condition and Policy Options," in *Taxation and Economic Development: A Blueprint for Tax Reform in Ohio*, edited by Roy Bahl, Ballett Press, 1996.

"Designing Infrastructure Policy to Create Jobs in Rural Areas," in *Creating Employment for Rural Areas*, OECD, 1995.

"Developing Economies Through Public Infrastructure," in *Rural Development Research: A Foundation for Policy*, edited by Tom Rowley et al., Greenwood Press, 1996.

"Are Tax Incentives Too Large?" (with David Mayes) *Proceedings of the Eighty-Seventh Annual Conference of the National Tax Association*, 1994.

*Strategic Options for Urban Infrastructure Management.* Urban Management Programme Policy Paper, The World Bank, 1994.

"The Influence of State Taxation and Regulation on Selected Bank Activities" (with Harold Black), *Public Finance Quarterly*, July 1994.

"Sustainability of Potable Water Services in the Philippines" (with Robert A. Bohm and Timothy J. Essenberg), *Water Resources Research*, July 1993.

"Economic Development: Do State and Local Government Policies Matter?" (with Matthew Murray) in *Economic Adaptation: Alternatives for Rural America*, edited by David L. Barkley, Westview Press, 1993.

"Neutral Taxation of Financial Institutions during the 1990's" (with Mike Kelsay) in *State Business Taxation in the 1990's*, edited by Tom Pogue, Praeger Publishers, 1992.

"The Effect of Federal Policies on Local Public Infrastructure Investment" (with Randall Eberts), *Public Finance Quarterly*, October 1992.

*Sales Taxation: Critical Issues in Policy and Administration*, Editor, Praeger, 1992.

"Sales Taxation of Services: Has its Time Come?" in *Sales Taxation: Critical Issues in Policy and Administration*, edited by William F. Fox, Praeger Publishers, 1992.

11

"Local Public Policies and Interregional Business Development" (with Matthew Murray), *Southern Economic Journal*, October 1990.

"State Economic Development Programs for the 1990's" (with Tim Smith), *Kansas City Federal Reserve Bank Review*, July/August 1990. Reprinted in *Regional Economic Development and Public Policy*, Federal Reserve Bank of Kansas City, 1991.

"Economic Impacts of the Nissan Plant's Location in Tennessee," in *The Politics of Industrial Recruitment* edited by Ernest Yanarella and William Green, Greenwood Press, 1990.

"Public Infrastructure Policy and Economic Development" (with Tim R. Smith), *Kansas City Federal Reserve Bank Review*, March/April 1990. Reprinted in *Regional Economic Development and Public Policy*, Federal Reserve Bank of Kansas City, 1991.

"Metropolitan Fiscal Structure and Migration" (with Henry Herzog and Alan Schlottmann), *Journal of Regional Science*, November 1989.

"State and Local Government Infrastructure Policy and Economic Development," in *Agriculture and Beyond: Rural Economic Development*, University of Wisconsin, Madison, Gene F. Summers et al. editors, 1988.

"Economic Aspects of Taxing Services" (with Matthew Murray), *National Tax Journal*, March 1988.

"Targeting and Receipt of Federal Assistance by Rural Governments, 1972 to 1983" (with J. Norman Reid), *Publius*, November 1987.

"Public Infrastructure and Economic Development," in *Rural Economic Development in the 1980's*, prepared by the United States Department of Agriculture for the U.S. Senate, July 1987.

"The Saturn Experience: The Tennessee Lessons" (with C. Warren Neel), *Forum for Applied Research*, Spring 1987.

"Comments on the Structure and Utilization of Intergovernmental Fiscal Transfers in Sudan," *Regional Development Dialogue*, Autumn 1986.

"Tax Structure and the Location of Economic Activity Along State Borders", *National Tax Journal*, December 1986.

"Using Homothetic Composed Error Frontiers to Measure Water Utility Efficiency" (with Richard Hofler), *Southern Economic Journal*, October 1986.

"Insurance Taxation in Minnesota," in *Final Report of the Minnesota Tax Study Commission*, Vol. 2, edited by Robert Ebel and Therese McGuire, Butterworth Press, 1986.

WF000016

12

"The Income Tax as One Component of a State Tax Structure," *The Vanderbilt Law Review*, May 1986.

"Revenue Shifts in the Census of Government," *Proceedings of the Seventy-Seventh Annual Conference of the National Tax Association*, 1985.

"Stability of the State Sales Tax Income Elasticity" (with Charles Campbell), *National Tax Journal*, June 1984.

"State and Local Government Fiscal Constraints:  Public and Private Sector Effects" (with Kenneth E. Quindry), *Public Finance Quarterly*, October 1984.

"Development of Fiscal Federalism:  Future Implications for State and Local Governments" (with Kenneth E. Quindry), *Journal of Education Finance*, Spring 1984.

"The Effects of State-Local Fiscal Constraints on Education Financing:  An Econometric Analysis" (with Kenneth E. Quindry), *Educational Evaluation and Policy Analysis*, Summer 1983.

"The Impact of Fiscal Limits on Economic Development and Intergovernmental Fiscal Relationships" (with Kenneth E. Quindry), *Proceedings of the Seventy-fourth Annual Conference of the National Tax Association*, 1982.

"An Evaluation of Metropolitan Area Tax Base Sharing: A Comment," *National Tax Journal*, June 1981.

"Fiscal Differentials and Industrial Location: Some Empirical Evidence," *Urban Studies*, February 1981.

"Reviewing Economies of Size in Education," *Journal of Education Finance*, Winter 1981.

"Facilities for Rural Public Service Delivery" (with Stephen P. Coelen), in *Toward an Understanding of Nonmetropolitan America*, edited by Amos Hawley and Sara Mills Maize, University of North Carolina Press, Chapel Hill, 1981.

"Size Economies for Government Services" *Rural Development Perspectives*, Volume 4, 1981.

"Targeting and Receipt of Federal Assistance by Rural Governments, 1972 to 1983" (with J. Norman Reid), *Publius*, November 1987.

"The Tennessee Economy in the 1980's" (with Stephen P. Coelen), *Quarterly Review*, Federal Home Loan Bank Board of Cincinnati, Third Quarter, 1980.

"Interregional Benefits from Federal Spending: A New Look at an Old Issue" (with J. Norman Reid), *Policy Studies Journal*, Autumn 1980.

"The Public Good Demand Function: A Comment," *Public Finance Quarterly*, April 1980.

WF000017

13

"Fiscal Capacity or Resource Capacity?" *Proceedings of the Seventieth Annual Conference of the National Tax Association*, 1978.

"Review of *Income Distribution Policy in Developing Countries: A Case Study of Korea*," by Irma Adelman and Sherman Robinson, *Agricultural Economics Research*, July 1978.

"Fiscal Impacts of Changes in Population for Nonmetropolitan Areas of the Northeast" (with Patrick J. Sullivan), *Journal of the Northeast Agricultural Economics Council*, April 1978.

"Local Taxes and Industrial Location," *Public Finance Quarterly*, January 1978.

## SELECTED MONOGRAPHS AND OTHER PUBLICATIONS

"Job Stimulus Should Have Lasting Effect," Invited Editorial, Tennessean, Nashville Tennessee Nov 26, 2008.

"Fiscal Decentralization in Post Conflict Countries," Best Practice Paper, Fiscal Reform and Economic Governance Project, Development Alternatives, Inc. December 2007. http://www.fiscalreform.net/images/Files/bestpractices/postconflictdecentralizationfox071221.pdf

"State Economic Competition," Invited Editorial, Tennessean, Nashville Tennessee, Feb. 27, 2007.

"Will Consolidation Improve Sub-National Governments (with Tami Gurley), Policy Research Working Paper 3913, The World Bank, Poverty Reduction and Economic Management, Public Sector Governance Group, May 2006.

"Understanding Tennesseans' Attitudes About Education," Report Prepared for the Office of the Tennessee Comptroller, February 2006.

"State and Local Government Finances: Today's Structures and tomorrow's Challenges," (with others) National Association of Realtors, March 2005.

"A Closer Look of the Total State and Local Business Tax Burden" (with Robert Cline, Thomas Neubig, and Andrew Phillips), Quantitative Economics and Statistics, Ernst & Young, January 2003.

"Should the Hawaii General Excise Tax Look like Other States' Sales Taxes?" Report prepared for the State of Hawaii Tax Review Commission, October 2, 2002.

"Decentralization in the United States: Where is the Country Headed?" *Texts Submitted for the International Symposium on Fiscal Imbalance, Final Report*, Commission on Fiscal Imbalance, Quebec Canada 2002.

Review of *State Tax Policy: A Political Perspective*, by David Brunori, Urban Institute Press. *Journal of Policy Analysis and Management*, 2002.

WF000018

14

Report to the Sub-Committee on Tax Policy Issues, Committee on Appropriations and Welfare, Kentucky General Assembly, February 27, 2002.

"Taxing the Insurance Industry in Tennessee," Report prepared for the Association of Tennessee Life Insurance Companies, February 2001.

Taxation of Electronic Commerce, *Intellectual Capital.com*, December 1998.

*Families First: Case Characteristics Study*, Center for Business and Economic Research, 2003, 2000, 2007, 1996, 1993.

"State Taxation of Banks," in *Encyclopedia of Taxation and Tax Policy*, edited by Joseph Cordes, Robert Ebel, and Jane Gravelle, The Urban Institute Press, 1999.

"Ohio's Sales Tax: Current Conditions and Policy Options," prepared for the Commission to Study the Ohio Economy and Tax Structure, July 1994.

"Alternatives for Modernizing the Massachusetts Bank Tax Structure" prepared for the Massachusetts Special Commission on Business Tax Policy, May 1993.

"The Contribution of Infrastructure Investments to Growth: A Review of the Literature," prepared for the Urban Development Division, The World Bank, October 1990.

"Alternatives for Modernizing the Massachusetts Bank Tax Structure," *State Tax Notes*, July 12, 1993, pp. 96-122. Also, Project Completion Report, Massachusetts Special Commission on Business Tax Policy.

"Excise Taxes," in *The Price of Paradise*, edited by Randall W. Roth, Mutual Publishing, Honolulu, 1992. Reprinted in *State Tax Notes*, July 19, 1993.

"Taxing Food and Medical Care," in *The Price of Paradise*, edited by Randall W. Roth, Mutual Publishing, Honolulu, 1992. Reprinted in *State Tax Notes*, July 19, 1993.

"Forecasting Sales Tax Revenues in 1992," Government Finance Office Association, April 1, 1992.

"Forecasting Sales Tax Revenues in 1991," Government Finance Officers Association, April 1991.

"A Focus on Places: Infrastructure Investment As A Rural Growth Policy," in Rural Policy: The Oregon Debate, 1991.

"Financing Economic Development in Tennessee," *Survey of Business*, Fall 1990.

"Economic Determinants of Firm Longevity," (with John Mayo, and Susan Bott) *Survey of Business*, Fall 1990.

WF000019

15

*State-Level Telecommunications Policy in the Post-Divestiture Era: An Economic Perspective,* Monograph, Center for Business and Economic Research, The University of Tennessee, Knoxville, January 1991. Reprinted in Survey of Business, Fall 1992.

*Tennessee's Revenue Structure: A 20-Year Forecast,* Monograph, Center for Business and Economic Research, The University of Tennessee, Knoxville, October 1989.

"Facing the Deficit Problem in Egypt," *Survey of Business,* Fall 1989.

*Economic Prospects for Tennessee's Future,* Edited Report, Tennessee State Planning Office, June 1989.

"The Effect of Tax Structures on the Ability to Import and Export," in *Taxation and Economic Development: A Conference in Hungary,* Socioeconomic Research Series, Center for Business and Economic Research, University of Tennessee, Knoxville, May 1988.

*A Short-Term Economic Development Strategy for Tennessee,* Monograph, Center for Business and Economic Research, The University of Tennessee, Knoxville, February 1988 (with others).

*Entries and Exits of Firms in the Tennessee Economy,* 1980-1985, Monograph, Center for Business and Economic Research, The University of Tennessee, Knoxville, October 1987 (with others).

"Entries and Exits of Firms in the Tennessee Economy" (with John W. Mayo), *Survey of Business,* Fall 1987.

"Expenditures for Public Works Infrastructure," report to the National Council on Public Works Improvement, October 1986.

"Revenue Sources for Public Works Infrastructure," report to the National Council on Public Works Improvement, October 1986.

"Comments," *Proceedings of the Workshop on Local Development and Local Resource Mobilization in Egypt,* October, 1985, Bloomington, Indiana.

"Business Location Determinants in Tennessee," Monograph, Center for Business and Economic Research, The University of Tennessee, Knoxville, October 1985 (with David A. Hake and Donald R. Ploch). Also in *Survey of Business,* Fall 1985.

"The Effect of Differential Tax Rates on Consumption Behavior and Government Revenues, Monograph, Center for Business and Economic Research, The University of Tennessee, June 1985 (with others). Also in *Survey of Business,* Fall 1985.

"Maximizing Economic Growth with Industrial Development Bonds," Monograph, Center for Business and Economic Research, The University of Tennessee, December 1984 (with David Kidwell and Charles Campbell). Also in *Survey of Business,* Fall 1985.

16

"Review of *Directory of Incentives for Business Investment and Development in the United States*," by the Urban Institute, *Rural Development Perspectives*, Fall 1984.

"Tax Reform in Tennessee: Needs and Options" (with Kenneth E. Quindry), *Survey of Business*, Fall 1984.

"Economic Forecasting in Tennessee" (with David A. Hake), *Survey of Business*, Winter 1984.

"Economic Outlook for Tennessee" (with Richard A. Hofler), *Survey of Business*, Winter 1984.

*An Economic Report to the Governor*, November 1981, 1983, 1984, 1985, 1986, 1987, 1988, 1989, 1990, 1991, 1992, 1993, 1994, 1995, 1996, Editor.

"Budget Structure for the Government of Egypt," Working Paper Number 167, Center for Business and Economic Research, The University of Tennessee, March 1983.

"The Decentralization of Local Government in Egypt: A Special Assessment for USAID," January 1983 (with others).

"Rural Services in an Era of Growth," *Outlook '83*. Proceedings of Agricultural Outlook Conference, USDA, December 1982.

"Metropolitan Area Economic Report," report to the Tennessee State Planning Office, August 1980, September 1981.

"The Role of Small Business in Rural Development" (with Patrick J. Sullivan), Research Report for the Small Business Administration, 1979.

"Economies of Size in Local Government: An Annotated Bibliography," Rural Development Research Report No. 9, U.S. Department of Agriculture, 1979.

"Economic and Fiscal Implications for State and Local Spending Constraints" (with Kenneth E. Quindry), *Revenue Administration*, 1981.

"Tennessee Economic Sector Activity in the 1980's" (with Glen E. Schuler), *Survey of Business*, Winter 1981.

"A Review of Size Economies in Local Government Services," Technical Bulletin No. 22, U.S. Department of Agriculture, 1980.

"Metropolitan Area Economic Forecast for the 1980's," *Survey of Business*, Fall 1980.

"Relationships Between Size of Schools and School Districts and the Cost of Education," Technical Bulletin No. 1621, U.S. Department of Agriculture, April 1980.

"Revenue Needs in Growing and Declining Areas" (with Patrick J. Sullivan), *Revenue Administration*, 1979.

WF000021

17

"Government Financing of Rural Health Care," in *Models of Rural Social and Health Services*, edited by Joylean Sampson and Gloria Jenkins, 1978.

"Economies of Size in Local Government: A Theoretical Framework" Working Paper No. 7811, Economic Development Division, U.S. Department of Agriculture, April 1978.

## SELECTED INVITED PRESENTATIONS AND PRESENTATIONS AT PROFESSIONAL MEETINGS:

"Vertical Competition, Horizontal Competition and Mobile Capital: An Empirical Investigation," West Virginia University, October, 2010.

"Subnational Taxation," World Bank, Vienna Austria, July 2010.

"Institutional Coordination between the States and the Federal Government," American Tax Policy Institute, April 2010, Washington DC.

"State Tax Reforms," Louisiana State Legislature, April 2010.

"Can State and Local Governments Rely on Alternative Tax Sources?" St. Louis Federal Reserve and Murray Weidenbaum Center Washington University, April 2010.

"Kentucky Taxes: Is there Need for Reform," Martin School, University of Kentucky, January 2010.

"State Government Finances After the Stimulus," Council of State Governments Annual Conference, Indian Wells California, November 2009.

"U.S. States and the Sales Tax," Joint Senate and House Finance Committee, North Carolina Legislature, November 2009.

"Consolidated Reporting in US State Corporate Tax Returns, Paul Hartman Conference, Vanderbilt University, Nashville TN, Sept. 2009.

"State Business Taxation," Multistate Tax Commission, January 2009, San Diego.

"How Can North Carolina Respond to the Fiscal Crisis," Institute for Emerging Issues, North Carolina State, Dec, 2008.

"Issues in State Business Taxation," Federation of Tax Administrator's, Portland ME, September 2008.

"Decentralization in Bangladesh: Change has Been Illusive," Georgia State U, Sept 2008.

"Issues in State Corporate Taxation," Midwestern Association of Tax Administrators, Madison WI, August 2008.

WF000022

18

"Corporate Taxation in a Global Economy: Can the States Do Better?" National Conference of State Legislatures, New Orleans July 2008.

"Local Government Taxation in Developing Countries," Duke University July 2008.

"Subprime Crisis, Economic Slowdown, and Challenges of US Subnational Fiscal Adjustment: Lessons for Developing Countries," The World Bank, May 2008.

"Measuring Behavioral Responses to the Property Tax," Presented to Georgia State University Conference on Property Taxation, April 2008.

"Policy Issues and State Business Taxation," Commissioner's Conference, Federation of Tax Administrators, Phoenix AZ, February 2008.

"Research using State/Local Panel Data," American Taxation Association, Memphis TN Feb 2008.

"External Factors Affecting State Tax Revenues," Advanced Income Tax Symposium, Institute for Professionals in Taxation, Irvine CA, January 2008.

"Sound Tax Policy for a Competitive South Carolina," Keynote Address, Moore School of Business, University of South Carolina, Columbia, December 2007.

"The SSTP and Technology: Implications for the Future of the Sales Tax," Conference on Technology, Privacy and the Future of Taxation Washington DC October 2007.

"Leading in a Changing Economic Environment," Southern Legislative Conference, Little Rock AR, October 2007.

"Issues with State Corporate Income Taxes," Federal Reserve Bank of Chicago, September 2007.

"Effects of Demographic Change on State Fiscal Conditions," Council of State Governments, San Juan Puerto Rico, June 2007.

"State Fiscal Conditions," National Association of State Budget Officers, Nashville, May 2007.

"Fiscal Management in Post Conflict Countries" Fiscal Policy Management Program, Georgia State University, April 2007

"What Can Other Countries Learn from US Subnational Business Taxes?" World Bank Research Series, Washington DC March 2007

"Emerging State Business Tax Policy: More of the Same or Fundamental Reform?" *State and Local Taxes After the Storm: Is Smooth Sailing Ahead?*, Urban Institute, Washington DC March 2007

WF000023

19

"Alternative State Business Tax Structures" American Bar Association/ Institute for Professionals in Taxation, New Orleans March 2007

"Five Keys Economists Offer other Professions," National Tax Association/University of Michigan, Washington DC September 2006.

"Vulnerability of State Tax Systems," National Conference of State Legislatures, Nashville TN, August 2006.

"Tax Policy in the Western States," Council of State Governments – West, Breckenridge CO, August 2006.

"Getting Down to Specifics: Inherent Problems in North Carolina's Tax System," Leadership Discussion on North Carolina Tax Modernization, Asheville NC, June 2006.

"Comments on China Property Taxation and Rate Determination," China Property Tax: International Experience and China's Reform, Beijing, May 2006.

"State Strategies for Dealing with Tax Sheltering and Planning," (with Harley Duncan) Georgetown University Law School State and Local Tax Conference, Washington, DC, May 2006.

"State Corporate Income Tax: Is it Outdated?" Louisiana Bar Association Mardi Gras Conference, New Orleans, February 2006.

"Fiscal Federalism and the States," World Forum on Federalism, Salvador Brazil, December 2005.

"Will Consolidation Improve Sub-National Governments" The World Bank, Washington DC, October 2005.

"International Experience with Territorial Reform and Decentralization," Presented at Conference on Making Rwanda's Decentralization Work for Service Delivery: Promoting Accountability, Kigali Rwanda, September 2005.

"A National Retail Sales Tax: Consequences for the States," National Governors Association Conference on Federal Tax Reform and the States, National Press Club, Washington DC May 2005.

"Education Reform in Bosnia," Sarajevo, Bosnia, May 2005.

"On the Extent, Growth and Efficiency Consequences of State Business Tax Planning," University of Michigan, Ann Arbor, MI, May 2005.

"Principles of Property Taxation and Local Government Finance," International Property Tax Forum, Beijing China March 2005.

20

"Do Economic Effects Justify the Use of Tax Incentives?" University of Heidelberg, Germany, January 2005.

"A New Role for the United States in a Globalizing World," University of Potsdam, Germany, December 2004.

"A New Role for the United States in a Globalizing World," University of Frankfurt, November 2004

"Intergovernmental Fiscal Relations in Bosnia", Conference on Intergovernmental Fiscal Relations in Albania, Bosnia and Macedonia, Sarajevo Bosnia, October 2004

"Designing Good Tax Policy in 2004," Southern Legislative Conference, Little Rock AR, August 2004.

"State Tax Policy in Good Economic Climates," National Conference of State Legislatures Annual Conference, Salt Lake City Utah, July 2004

"Overview of Federalism Reform in Russia," World Bank Conference on Fiscal Federalism, Washington DC May 2004.

"How Should a Tax on MultiState Businesses be Structured" National Tax Association Symposium on State Corporate Taxation, Washington DC May 2004.

"A Fresh Look at the Value Added Tax" Georgia State University Conference on The Challenges of Tax Reform in a Global Economy, Atlanta May 2004.

"The Ongoing Evolution of State Revenue Systems," Wisconsin Tax Policy Colloquium, Marquette University School of Law, Milwaukee WI, April 16, 2004

"State Tax Reform: What are States Doing," Governing Outlook Conference, Washington DC, February 2004.

"The Role for Local Option Sales Taxes," National League of Cities Annual Conference, Nashville TN, December 2003.

"Implications of State Tax Policies for the Property Tax," Institute for Professionals in Taxation, Fort Lauderdale FL September 2003 and International Association of Assessing Officers, Nashville TN September 2003.

"Designing Tax Systems for the Twenty-first Century" Joint Committee on Taxation, Columbia South Carolina, July 2003.

"A Closer Look at the Total State and Local Business Tax Burden," Georgetown University Law School State and Local Tax Conference, Washington DC May 2003.

"Sales Taxation in a Global Economy," Hard to Tax Conference, Georgia State University,

WF000025

21

Atlanta, May 2003.

Three Characteristics of Tax Structures have Contributed to the Current State Fiscal Crises, Urban Institute on State Fiscal Crises, Washington DC, March 2003.

Creating Tax Structures for the 21st Century, Palmetto Business Forum, Columbia SC November 2002.

Fiscal Equalization and Economic Development in the U.S., International Conference on Fiscal Equalization and Economic Development, Prince Edwards Island, Canada, October 2002.

State Tax Policy, Southern Governor's Association, Governor's Only Session, New Orleans, LA, August 2002.

Designing State/Local Tax Systems, Ohio Tax Study Commission, Columbus OH, August 2002.

Decentralization in the United States: Where is the Country Headed? Fiscal Federalism in the Mercosul: The challenges of regional integration, Porto Allegre, Brazil, June 2002.

Current State Tax Issues, Annual Conference, Federation of Tax Administrators, Nashville TN, June 2002.

Sales Taxes and the State Local Fiscal Structure, Multi-State Tax Commission Conference on Federalism in Crisis, San Diego, CA, January 2002.

Devolution in the United States: What is Happening? International Symposium on Fiscal Imbalances, Quebec City, Canada, September 2001.

Devolution in the United States: What is Happening? Privy Council Intergovernmental Staff, Ottawa Canada, September 2001.

Tax Reform, Senior Fiscal Analysts Seminar, National Conference of State Legislators, New Orleans, LA, September 2001.

The Sales Tax in 2010, Committee on State Taxation, Asheville NC, August 2001.

Tax and Non-Tax Economic Development Incentives, Forum of Federations Conference on "Alternatives to Tax Wars: Sustainable Economic Development in Brazil," Sao Paulo Brazil, June 2001.

US Economic Picture, Southern Treasurer's Conference, Nashville, TN May 2001.

A New Perspective on New Hampshire's Fiscal Crisis, Josiah Bartlett Center, Concord, NH, April 2001.

WF000026

22

Sales Taxation of Electronic Commerce, National Speakers Conference, Nashville TN, September 2000, Southern Legislative Conference, Biloxi MS, August 2000, National Association of State Budget Officers, August 2000, Perdidio Beach, AL, August 2000.

Investing in Rural Infrastructure, Kansas City Federal Reserve Bank, April 2000.

Local Finance in Central Asia, World Bank Institute, Almaty, Kazakastan, April 2000.

How Can Tennessee Have a Fiscal Problem if the Economy is so Good? Union University, April 2000.

Personal Interview in State Tax Notes, published January 17, 2000, 6 pp.

Sub-National VAT or Retail Sales Tax: What is Tax Policy's Panacea? (With LeAnn Luna) Presented to the National Tax Association Annual Meeting, October 1999.

Local Tax Sources in Developing Countries, Harvard Institute of International Development, July 1998 and 1999.

Should Electronic Commerce be Taxed? Debate Panelist, 2 Hour debate on the nationally broadcast Firing Line with William F. Buckley, December 1999.

Local Tax Sources, New Frontiers: Strategic Problems of the Next State of Economic Reforms in Russia, Institute for the Economy in Transition, Moscow Russia, July 1999.

Keynote Address, Tax Reform in Tennessee, Revenue Estimating Conference, Federation of Tax Administrators, Nashville, TN, September 1999.

Keynote Address, Economic Development and Sub-National Taxes, Conference on Appraisal for Ad Valorem Taxation, Wichita, KN, July 1999.

Sales Taxation and Electronic Commerce, U.S. Advisory Commission on Electronic Commerce, Williamsburg VA, June 1999.

Electronic Commerce, Institute for Professionals in Taxation, Toronto Canada, June 1999.

Interstate Competition: Theory, Evidence and Practice, Decentralization and the Making of Subnational Policy, Bangalore India, May 1999

Local Tax Sources, Mediterranean Development Forum, Marrakech Morocco, August 1998.

Intergovernmental Transfers in Hungary, A National Workshop for Policy Dialogue, World Bank, Budapest Hungary, June 1998.

Transactions Taxation of Electronic Commerce, National Tax Association/Institute for Professionals in Taxation, San Diego, CA, February 1998.

23

Municipal Finance and Intergovernmental Relations, Governance and Capacity Building in the Asia Region, Asian Development Bank, Manila Philippines, January 1998.

The Future of State Sales Taxes, Western States Association of Tax Administrators, Honolulu, HI, September, 1997.

Financing Local Governments in the Middle East, Mediterranean Development Forum, Marrakech Morocco, May 12-17, 1997.

Taxing Electronic Commerce, National Conference of State Legislatures, Philadelphia, PA, August 1997.

Fiscal Incentives and Local Economic Development, Vanderbilt University, November, 1996.

Interstate Issues in State Taxation, Multi-State Tax Commission, Portland, Maine, August 1996.

Intergovernmental Aspects of Growth and Stabilization Policy. Federal Reserve Bank of Chicago, July 1996.

Intergovernmental Finance in a Transition Economy: A Case Study of Hungary, University of Central Florida, October 1995.

Intergovernmental Aspects of Growth and Stabilization Policy, National Tax Association, San Diego, CA, October 1995.

Fiscal Incentives and Local Economic and Fiscal Performance, Committee on Taxation, Resources and Economic Development, Boston, MA, September 1995.

Designing an Effective State Tax Structure, Federation of Tax Administrators, Cleveland, June 1995.

Methodology for Measuring the Welfare Effected State Unemployment Insurance Systems, American Economics Association, Washington, D.C., January 1995.

Are Economic Development Incentives Too Large?  National Tax Association, Charleston, South Carolina, November 1994.

Sales Taxation, Atlanta, GA, Georgia State Tax Commission, August 1994.

Economic Issues in State Taxation of Financial Institutions, Taxation of Financial Services Conference, National Tax Association, Clearwater, FL, February 1994.

Sales and Property Taxes, Institute for Property Taxation, Nashville, TN, January 1994.

Sales Tax Exemption for Capital Investment, State of Minnesota Capital Equipment Advisory Council, Minneapolis, November 1993.

WF000028

24

National Tax Conference, National Conference of State Legislatures, Baltimore, MD, October 1993.

Strategic Options for Urban Infrastructure Management, Middle East Regional Conference of the Urban Management Programme, United Nations Habitat, Cairo Egypt, June 1993.

Using the Sales Tax to Finance Government in the Southeastern States, Federal Reserve Bank of Atlanta, Atlanta, GA, September 1993.

Is the Massachusetts Bank Tax Structure Ready for the 1990's? Massachusetts Bankers Association, Boston, MA, June 1993.

The Influence of State Taxation and Regulation on Bank Behavior, Federal Reserve Bank of Philadelphia, Philadelphia, April 1993.

Strategic Options for Urban Infrastructure Management, Asia Regional Conference of the Urban Management Programme, United Nations Habitat, Kuala Lumpur Malaysia, October 1992.

Senior Fiscal Analysts Seminars, National Conference of State Legislatures, Vail, Colorado, Sept. 1992.

Tax Strategy Briefing, University of South Dakota, September 1992.

Local Governments in Egypt: Is Decentralization Underway?  American Economics Association, New Orleans, January 1992.

Business Taxes: Goals and Incidence, National Conference of State Legislatures, Washington, D.C., October 1991.

Sales Tax on Services, Conference on Emerging Sales Tax Issues, National Tax Association, New Orleans, LA, January 1991.

State Bank Tax Structures in an Era of Change, Federation of Tax Administrators, Charleston SC, June 1990; Federation of Tax Administrators, San Francisco, CA, October 1990; National Tax Association, November 1990.

Estimating Tax Revenues, Cincinnati, OH, April 1990.

State and Local Government Development Strategies, Presidential Commission on Agriculture and Rural Development" Washington, D.C., February 1990.

Sales Taxes in the 1990's, Institute for Property Taxation, Sarasota, Florida, January and September 1990.

The Economic Impact of State Taxation and Legislation on Banking, Seminar on State Taxation and Regulation of Banks, Washington, D.C., December 1989.

25

Financial Feasibility versus Willingness to Pay for Water in Rural Areas, American Economics Association Meetings, New York, December 1988.

Tax Reform and Economic Development, Vanderbilt Institute for Public Policy Studies, March 1988.

Infrastructure and Economic Development, Aspen Institute, Wye Plantation, Maryland, November 1987.

Invited Presentation, Hungarian Ministry of Industry, May 1987, The Effect of Tax Structures on the Ability to Import and Export, Budapest.

Governor's Conference on Economic and Community Development, Nashville, Tennessee, December 1986, December 1987.

Invited Presentation, The World Bank, March 1986.

Invited Presentation, Vanderbilt University Law Symposium, February 1986.

Invited Presentation, Georgia State University Department of Economics, October 1985.

Revenue Changes in the Census of Governments, National Tax Association, Nashville, Tennessee, November 1984.

The Impact of Fiscal Limits on Economic Development and Intergovernmental Fiscal Relationships" (with Kenneth E. Quindry), National Tax Association, Chicago, Illinois, October 1981.

Economic and Fiscal Implications for State and Local Spending Constraints (with Kenneth E. Quindry), National Association of Tax Administrators, Los Angeles, California, June 1981.

The Effects of State-Local Fiscal Constraints on Education Financing: An Econometric Analysis (with Kenneth E. Quindry), American Education Finance Association, New Orleans, Louisiana, March 1981.

Strategies for Rural Development: The Role of Business and Industry, (with Patrick J. Sullivan), Southern Economics Association, Atlanta, Georgia, November 1979.

Assessing the Current Stock of Rural Community Facilities, invited paper for the National Conference on Nonmetropolitan Population Growth, St. Louis, Missouri, October 1979.

Facilities for Rural Public Service Delivery (with Stephen P. Coelen), invited paper for the USDA Rural Future Advisory Committee, Madison, Wisconsin, July 1979.

Revenue Needs in Growing and Declining Areas (with Patrick J. Sullivan), National Association of Tax Administrators, Madison, Wisconsin, June 1979.

WF000030

26

EDITORIAL ADVISORY BOARD:

National Tax Journal

ORGANIZATIONAL ADVISORY BOARD

Tax Policy Center State and Local Tax Advisory Board, Urban Institute/Brookings Institution

REFEREE:

Journal of Public Economic Theory
Journal of Public Economics
National Science Foundation
Public Finance Quarterly
Urban Studies
American Journal of Agriculture Economics
National Tax Journal
Journal of Regional Science
Southern Economic Journal
Review of Regional Studies
State and Local Government Review
Public Budgeting and Finance
Policy Studies Journal
Public Budgeting and Management
European Journal of Law and Economics
Regional Science and Urban Economics

*November 10*

Fox Participation in CBER Reports for Tennessee Government

*A Forecast of Tennessee Education Lottery Scholarship Expenditures.*  A joint publication of CBER-UT, the TN Higher Education Commission, and the TN Student Assistance Corporation. August 2010.

*The Impact of TennCare: A Survey of Recipients, 2010.*  August 2010

*Supply and Demand for Teachers in Tennessee,* by Donald J. Bruce, William F. Fox, Brian M. Douglas, Melissa O. Reynolds, and Zhou Yang.  A joint publication of CBER-UT, the Tennessee Department of Education, and the Tennessee Higher Education Commission.   December 2009

*An Evaluation of Combined Reporting in the Tennessee Corporate Franchise and Excise Taxes: Revised October 30, 2009,* by William F. Fox, LeAnn Luna, Rebekah McCarty, Ann Boyd Davis, and Zhou Yang.  This report was prepared by CBER-UT for the Tennessee Comptroller of the Treasury.  October 2009

*The Impact of TennCare: A Survey of Recipients, 2009.*  August 2009

*The Economic Impact of The University of Tennessee, Knoxville, on the State of Tennessee: Academic Year 2006-2007.*  June 2009

**School-to-Work: Do Tennessee's Higher Education Graduates Work in Tennessee?**
*Part 2.  Employment and Earnings Trends by Institution.*  Prepared under an agreement with the Tennessee Higher Education Commission (THEC) and with the cooperation of the Tennessee Department of Labor and Workforce Development.  October 2007.

*The Impact of TennCare: A Survey of Recipients, 2007.*  August 2007.

**School-to-Work: Do Tennessee's Higher Education Graduates Work in Tennessee?**
*Part 1.  State-level Labor Market and Earnings Trends.*  Prepared under an agreement with the Tennessee Higher Education Commission (THEC) and with the cooperation of the Tennessee Department of Labor and Workforce Development.   April 2007.

*Understanding Tennessean's Attitudes about Education.*  A Report to the Tennessee Office of the Comptroller of the Treasury.  February 2006

WF000032