**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 10–CV–01546–REB–CBS

The Direct Marketing Association,

       Plaintiff,

       v.

Roxy Huber, in her capacity as Executive
   Director, Colorado Department of Revenue,

       Defendant.

_____

**EXPERT REPORT OF PROFESSOR KEVIN LANE KELLER**
_____

      I am **Kevin Lane Keller**, the E.B. Osborn Professor of Marketing at the Tuck

School of Business at Dartmouth College.  I have been retained by the law firm of Brann

& Isaacson, counsel to the Direct Marketing Association ("DMA"), to present my

opinions regarding the effect that a new Colorado law (House Bill 10-1193, "An Act

Concerning The Collection Of Sales And Use Taxes On Sales Made By Out-Of-State

Retailers, And Making An Appropriation Therefor" ("the Act")), will have on the business

of affected Internet and catalog retailers, and on their relationships with Colorado

customers.  My opinions in that regard are based upon my experience and expertise in

the field of marketing, as well as on my review of the results of a survey of Colorado

consumers conducted in June 2010 by Resource Systems Group, Inc. ("RSG"),

concerning consumers' reactions to the requirements of the Act and of related regulations adopted by the Colorado Department of Revenue ("Department").

## I.     STATEMENT OF OPINIONS.

Based upon my review and consideration of information described in Section II, and applying to such information certain concepts, guidelines, and principles derived from academic marketing research with respect to consumer behavior, I have formed the conclusions and opinions set forth in paragraphs 1 and 5–13 of my sworn declaration dated August 10, 2010, which is attached to and expressly incorporated in this report.

## II.    DATA AND INFORMATION CONSIDERED IN FORMING OPINIONS.

The data or other information I considered in forming my opinions includes:

A.     A copy of the Act;

B.     A copy of Regulation 39-21-112.3.5, which I understand was adopted by the Colorado Department of Revenue; and

C.     The results of the survey of Colorado consumers conducted by RSG in June 2010, as set forth in *Final Results* dated August 9, 2010, a copy of which is attached to this report.

## III.   EXHIBITS.

The Exhibits that may be used to summarize or support my opinions include the documents described in Section II.

**IV.    QUALIFICATIONS AND PUBLICATIONS.**

Attached to my August 10, 2010 declaration is a copy of my current *curriculum vitae*, including a list of publications I have authored in the previous ten years.

**V.    RECENT TESTIMONY.**

I have testified as an expert during the past four years in the following litigation:

| | |
|---|---|
| Deposition<br>August 2010 | *Agrigenetics, Inc., d/b/a Mycogen Seeds v. Pioneer Hi-Bred International, Inc.,* United States District Court for the Southern District of Indiana (Indianapolis Division) |

**VI.    STATEMENT OF COMPENSATION.**

My compensation on this matter is at my standard billing rate for such work of $1,000 per hour.

Dated:  September 20, 2010                    s/ Kevin Lane Keller_____
                                                          Kevin Lane Keller

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 10–CV–01546–REB–CBS

The Direct Marketing Association,

      Plaintiff,

      v.

Roxy Huber, in her capacity as Executive
    Director, Colorado Department of Revenue,

      Defendant.

_____

## <u>DECLARATION OF PROFESSOR KEVIN LANE KELLER</u>
_____

      I, Kevin Lane Keller, pursuant to 28 U.S.C. § 1746, do depose and state as follows:

      1.  I am the E.B. Osborn Professor of Marketing at the Tuck School of Business at Dartmouth College.  I have been retained by the law firm of Brann & Isaacson, as counsel to the Direct Marketing Association ("DMA"), to present my opinions regarding the effect that a new Colorado law (House Bill 10-1193, "An Act Concerning The Collection Of Sales And Use Taxes On Sales Made By Out-Of-State Retailers, And Making An Appropriation Therefor" ("the Act")), will have on the business of affected Internet and catalog retailers, and on their relationships with Colorado customers.  My opinions in that regard are based upon my experience and expertise in the field of marketing, as well as on my review of the result of a survey of Colorado consumers

1

conducted in June 2010 by Resource Systems Group, Inc. ("RSG"), concerning

consumers' reactions to the requirements of the Act and of related regulations adopted

by the Colorado Department of Revenue ("Department").   I conclude, as described

more fully in this declaration, that out-of-state retailers affected by the law will likely

suffer lost sales and permanent injury to their relationships with customers as a result of

complying with the requirement that they disclose their customers' purchasing

information to the Department.

2.  Much of my work, both as an academic and as a consultant to businesses,

focuses on the relationship between retailers (or brands) and consumers, including the

importance to a retailer (or brand) of establishing and maintaining the trust of its

customers.  My work also frequently involves the use and/or analysis of consumer

surveys. During my MBA and PhD studies, I took graduate level courses in marketing

research that included survey design and interpretation.  Since receiving my PhD, I

have run countless academic research studies that involved the design, conduct and

analysis of surveys.  Many of my activities with consulting clients have also involved

survey work, including projects with Procter & Gamble, Ford, Samsung, and other

companies.   A copy of my current *curriculum vitae* is attached hereto as Exhibit A.

3.  It is my understanding that the new Colorado law requires out-of-state retailers

who do not collect Colorado sales tax to: (a) give Colorado purchasers notice with each

transaction that the retailer does not collect Colorado sales tax, but that the purchaser

has an obligation to self-report use tax to the Department, even on catalog and Internet

sales; (b) send each Colorado purchaser (at least those who purchase $500 in taxable

2

goods or services from the retailer) an annual notice informing them, among other things, of their total purchase amount for the past year and that the retailer is required to report their name and total amount of purchases to the Department; and (c) file an annual report with the Department listing for each Colorado purchaser (regardless of purchase amount) the purchaser's name, billing address, shipping address and total amount of purchases.

4.  I am aware that RSG conducted a survey of Colorado consumers in June 2010 to determine their reactions to the requirements of the new Colorado law.  Indeed, I reviewed a draft of the survey questionnaire when it was being prepared, and I have reviewed a document prepared by RSG entitled "Colorado Consumer Survey, *Final Results*," dated August 9, 2010 ("*Final Results*"), setting forth the results of the full survey.   A copy of the *Final Results* is attached to the Declaration of Thomas J. Adler, PhD, as Exhibit B.   I have also reviewed the declaration of Dr. Adler concerning the survey.

5.  The objectives of the RSG survey were: (1) to determine whether Colorado consumers consider the requirement that out-of-state retailers must report their purchasing information to the Department to be an invasion of their privacy or, instead, if Colorado consumers do not mind the disclosure of such information to the Department; and (2) to determine whether the reporting requirement will affect, in any way, Colorado consumers' future purchases from out-of-state retailers who are required to provide such information to the Department.  Based on my understanding of the requirements of the new law and the objectives of the survey, I believe that the survey

was well-designed and executed.  I am confident in relying upon the results of the survey in support of my opinions expressed in this declaration.

## Retailers Who Must Disclose Customer Purchasing Information to the Department Will Lose Sales as a Result

6.   Based upon my experience in the field of consumer marketing, and the results of the RSG Survey, it is my opinion that many consumers will view negatively the obligation of affected out-of-state retailers to disclose the customers' names, addresses and amount of purchases to a government agency.  Indeed, many consumers who become aware of the requirement, including past or current customers of the retailer, will be less likely to make a purchase from such a retailer than they would be if the retailer was not required to report their information to the government.  This will be just as true for consumers residing in Colorado as in any other state.

7.   As a result, retailers required to make such disclosures to the Department will lose a substantial portion of their Colorado sales.  The amount of such lost sales for any particular retailer will depend upon a number of factors, but for a law that applies broadly to all Internet and catalog retailers with Colorado gross sales in excess of $100,000 that do not collect Colorado sales tax, the aggregate volume of such lost sales, industry wide, will be very large.

8.   My conclusion that Internet and catalog retailers who are required to disclosure their customers' information to the Department will lose sales as a result is supported by the results of the RSG survey.   The results of the survey show that two-thirds of Colorado Internet and catalog shoppers (67%) who aware of the disclosure requirement will decrease their purchases from such retailers in the coming year.  Even more

4

tellingly, when asked to reflect upon a recent purchase from an out-of-state retailer that does not collect Colorado sales tax, sixty-three percent (63%) of Colorado consumers would most likely not make a similar purchase again from the affected the out-of-state retailer because of the disclosure requirement.  In stark contrast, Colorado retailers will be directly benefitted by the law: forty-three percent (43%) of Colorado catalog/online purchasers responded to the RSG survey that they will make future purchases instead from a Colorado retailer that is not required to disclose their purchase information to the Department.   Of course, out-of-state Internet and catalog sellers can never recoup the sales they will lose from customers who decided not to buy from them, or who choose to buy from another, Colorado retailer.

**The Harm to Retailers' Customer Relationships
and Businesses Will Be Permanent**

9.    There are other, potentially more serious, even permanent, consequences for affected out-of-state retailers that elect to comply with the new law and turn-over such customer information to the Department.  By disclosing customer purchasing information to the Department, even if required to do so by law, out-of-state retailers will definitely alienate customers in Colorado and elsewhere, including many of their best customers (whom the retailer will be required to inform directly of the requirement that the retailer must report such information to the Department).

10. Establishing a relationship of reliability and trust with customers is the key to the long-term success of most retailers or brands.  High levels of customer satisfaction with a retailer derive not just from the retailer's products, but from the entire customer experience.  For many of the most successful Internet and catalog retailers and brands,

customer satisfaction depends upon maintaining the security and privacy of a customer's personal information, and not willingly disclosing it to any third-party, including a state government agency.  This is a major reason why almost all direct marketers adopt clear privacy policies and disclose those policies to the public.

11.  The privacy and security of personal information in the hands of both businesses and government agencies remains a significant concern to many consumers, and the extent to which government should be permitted access to customer information maintained by businesses is much debated by policy makers.  As the results of the RSG survey indicate, many consumers view information maintained by companies with which they do business, including generalized information such as their identity as a customer of the company and the frequency or volume of their transactions, to be private, confidential information that they would prefer not be shared with the government.  Companies that consent to allow governmental access to such personal customer information, rather than resist government demands for it, are viewed negatively by consumers, as the revelation in 2006 that telecommunications providers Verizon, AT&T and Bell South may have disclosed customer phone records to the National Security Agency illustrates.

12.  Breaching trust with the customer and failing to live up to customer expectations regarding protection of sensitive transaction information will have a long-lasting detrimental effect on a retailer.  Once the relationship of trust with a customer is destroyed, many such customers will be permanently lost.  Retailers that comply with the requirements of the Colorado law by disclosing their customers' information to the

Department can expect to lose customers (and thus future sales) in Colorado and elsewhere, as a result.

13.   My conclusions in this regard are supported by the results of the RSG survey. The survey shows that an overwhelming majority — nearly 70% (including 44% who "strongly agree") — of Colorado online and catalog shoppers believe that the requirement of the new law that out-of-state retailers must report their customers' purchase information to the Department constitutes an invasion of privacy, while only 14% of such consumers report that they do not mind the disclosure.  Such strong consumer sentiment indicates that retailers who make such disclosures will damage their relationships with many Colorado customers with lasting negative effects on the retailers' sales and business.

I declare under penalty of perjury that the foregoing is a true and correct. Executed on this 10th day of August, 2010

/s/ Kevin Lane Keller
Kevin Lane Keller

EXHIBIT A

7/21/10

**KEVIN LANE KELLER**

Tuck School of Business
Dartmouth College
Hanover, NH 03755-9011
(603) 646-0393 (o)
(603) 646-1308 (f)
kevin.keller@dartmouth.edu

10 Morgan Rd.
Etna, NH 03750
(603) 643-9811 (h)
(603) 643-9815 (f)
(603) 359-4023 (c)

## EDUCATION

Ph.D.        Duke University
             Fuqua School of Business
             Major Field: Marketing (May 1986)

M.B.A.       Carnegie-Mellon University
             Graduate School of Industrial Administration
             Area of Concentration: Marketing (May 1980)

A.B.         Cornell University (with distinction in all subjects)
             College of Arts and Sciences
             Majors: Economics and Mathematics (June 1978)

## PROFESSIONAL EXPERIENCE

Dartmouth College, Tuck School of Business
        E.B. Osborn Professor of Marketing, July 1998 to present

Duke University, Fuqua School of Business
        Visiting Professor of Business Administration, May 1997 to June 1998
        Instructor, September 1984 to December 1984

University of North Carolina at Chapel Hill, Kenan-Flagler Business School
        Professor of Marketing, July 1995 to May 1997

Stanford University, Graduate School of Business
        Associate Professor of Marketing (with tenure), June 1993 to July 1995
        Associate Professor of Marketing, September 1990 to June 1993
        Assistant Professor of Marketing, July 1987 to September 1990

University of New South Wales, Australian Graduate School of Management
        Visiting Professor, September 1990 to June 1991

University of California, Berkeley, Schools of Business Administration
        Assistant Professor of Marketing, January 1986 to June 1987

Bank of America, San Francisco, CA
        Marketing Consultant, April 1981 to June 1982
        Assistant Marketing Consultant, July 1980 to April 1981

2

## PUBLICATIONS

Didow, Nicholas M., Kevin Lane Keller, Hiram C. Barksdale and George R. Franke (1985), "Improving Measure Quality by Alternating Least Squares Optimal Scaling," *Journal of Marketing Research*, 22 (February), 30-40.

Keller, Kevin Lane and Richard Staelin (1987), "Effects of Information Quantity and Quality on Decision Effectiveness," *Journal of Consumer Research*, 14 (September), 200-213

Keller, Kevin Lane (1987), "Memory Factors in Advertising: The Effect of Advertising Retrieval Cues on Brand Evaluations," *Journal of Consumer Research*, 14 (December), 316-333.

Keller, Kevin Lane and Richard Staelin (1989), "Assessing Biases in Measuring Decision Effectiveness and Information Overload," *Journal of Consumer Research*, 15 (March), 504-508.

Edell, Julie A. and Kevin Lane Keller (1989) "The Information Processing of Coordinated Media Campaigns," *Journal of Marketing Research*, 26 (May), 149-163.

Aaker, David A. and Kevin Lane Keller (1990), "Consumer Evaluations of Brand Extensions," *Journal of Marketing*, 54 (January), 27-41.

Keller, Kevin Lane (1991), "Cue Compatibility and Framing in Advertising," *Journal of Marketing Research*, 28 (February), 42-57.

Keller, Kevin Lane (1991), "Memory and Evaluations in Competitive Advertising Environments," *Journal of Consumer Research*, 17 (March), 463-76.

Keller, Kevin Lane and David A. Aaker (1992), "The Effects of Sequential Introduction of Brand Extensions," *Journal of Marketing Research*, 29 (February), 35-50.

Keller, Kevin Lane (1993), "Conceptualizing, Measuring, and Managing Customer-Based Brand Equity," *Journal of Marketing*, 57 (January), 1-22.

Keller, Kevin Lane (1993), "Memory Retrieval Factors and Advertising Effectiveness" in *Advertising Exposure, Memory, and Choice*, ed. Andrew A. Mitchell, Hillsdale, NJ: Lawrence Erlbaum Associates, 11-48.

David A. Aaker and Kevin Lane Keller (1993), "Interpreting Cross-Cultural Replications of Brand Extension Research," *International Journal of Marketing Research*, 10, 55-59.

Mark Forehand and Kevin Lane Keller (1996), "Initial Retrieval Difficulty and Subsequent Recall in an Advertising Setting," *Journal of Consumer Psychology*, 5(4), 299-323.

Keller, Kevin Lane (1996), "Integrated Marketing Communications and Brand Equity," in *Integrated Marketing Communications*, eds. Jeri Moore and Esther Thorson, Mahwah, NJ:  Lawrence Erlbaum Associates, 103-132.

Keller, Kevin Lane (1997), "Twenty-First Century Branding," *Journal of Brand Management*, 368-370.

Keller Kevin Lane (1998), "Brand Equity," in the *Handbook of Technology Management*, ed. Richard Dorf.  CRC Press Inc., 12:59-12:65.

Kevin Lane Keller, Susan Heckler, and Michael J. Houston (1998), "The Effects of Brand Name Suggestiveness on Advertising Recall," *Journal of Marketing*, 62 (January), 48-57.

3

Keller, Kevin Lane (1998), "Branding Perspectives on Social Marketing," in *Advances in Consumer Research*, Vol. 25, Joseph W. Alba and J. Wesley Hutchinson, eds.  Provo, UT:  Association for Consumer Research, 299-302.

Kevin Lane Keller and David A. Aaker (1998), "Corporate-Level Marketing:  The Impact of Credibility on a Company's Brand Extensions," *Corporate Reputation Review*, 1 (August), 356-378.

Keller, Kevin Lane (1998), "Measuring Customer-Based Brand Equity," in *Perspectives of Modern Brand Management*, ed. Dr Franz-Rudolf Esch, 989-1010.

Keller, Kevin Lane (1998), "Methods to Examine Brand Extensions," in *Perspectives of Modern Brand Management*, ed. Dr Franz-Rudolf Esch, 705-720.

Kevin Lane Keller (1998), "Understanding Brand Equity:  Answers to Ten Common Branding Questions," *Exchange*, (Winter), 15-19.

Kevin Lane Keller (1999), "Brand Mantras: Rationale, Criteria, and Examples," *Journal of Marketing Management*, 15 (1-3), 43-51.

Bong, Na Woon, Roger Marshall, and Kevin Lane Keller (1999), "Measuring Brand Power: Validating a Model for Optimizing Brand Equity," *Journal of Product and Brand Management*, 8 (3), 170-184.

Kevin Lane Keller (1999), "Effective Long-Run Brand Management:  Brand Reinforcement and Revitalization Strategies," *California Management Review*, 41 (3), 102-124.

Kevin Lane Keller (1999), "Designing and Implementing Branding Strategies," *Journal of Brand Management*, 6 (5), 315-331.

Julie A. Edell and Kevin Lane Keller, "Analyzing Media Interactions: The Effects of Coordinated TV-Print Advertising Campaigns," Marketing Science Institute Report No. 99-120.

Kevin Lane Keller (2000), "The Brand Report Card," *Harvard Business Review*, Jan/Feb, 147-157.

Kevin Lane Keller (2000), "Building and Managing Corporate Brand Equity," in *The Expressive Organization*, eds. Majken Schultz, Mary Jo Hatch, Oxford University Press.

Sheri Bridges, Kevin Lane Keller, and Sanjay Sood (2000), "Explanatory Links and the Perceived Fit of Brand Extensions:  The Role of Dominant Parent Brand Associations and Communication Strategies," *Journal of Advertising*, 29 (4), 1-11.

Kevin Lane Keller and Sanjay Sood (2001), "The Ten Commandments of Global Branding," *Asian Journal of Marketing*, 8 (2), 97-108.

Kevin Lane Keller (2001), "Mastering the Marketing Communications Mix:  Micro and Macro Perspectives on Integrated Marketing Communication Programs," *Journal of Marketing Management*, 17 (September), 819-848.

Kevin Lane Keller (2001), "Building Customer-Based Brand Equity:  A Blueprint for Creating Strong Brands," *Marketing Management*, July/August, 15-19.

4

Kevin Lane Keller (2001), "Brand Equity Guidelines and Pitfalls:  Lessons from the World's Strongest Brands," in *The Encylopedia of Brands and Branding in South Africa*, Affinity Advertising and Publishing.

Kalpesh Kaushik Desai and Kevin Lane Keller (2002), "The Effects of Brand Expansions and Ingredient Branding Strategies on Host Brand Extendibility," *Journal of Marketing*, 66 (January) 73-93.

Steven Hoeffler and Kevin Lane Keller (2002), "Building Brand Equity through Corporate Societal Marketing," *Journal of Public Policy and Marketing*, 21 (1), 78-89.

Tim Ambler, C.B. Bhattacharya, Julie Edell, Kevin Lane Keller, Katherine N. Lemon, and Vikas Mittal (2002), "Relating Brand and Customer Perspectives on Marketing Management," *Journal of Service Research*, August, 5 (1), 13-25.

Kevin Lane Keller, Brian Sternthal, and Alice Tybout (2002), "Three Questions You Need to Ask About Your Brand," *Harvard Business Review*, September, 80 (9), 80-89.

Kevin Lane Keller (2002), "Branding and Brand Equity," in *Handbook of Marketing*, eds., Bart Weitz and Robin Wensley, Sage Publications, London, 151-178.

Kevin Lane Keller (2002), *Branding and Brand Equity,* MSI Relevant Knowledge Series (Cambridge, MA: Marketing Science Institute).

Keller, Kevin Lane (2003), "Brand Synthesis:  The Multi-Dimensionality of Brand Knowledge," *Journal of Consumer Research*, 29 (4), 595-600.

Kevin Lane Keller and Don Lehmann (2003), "How Do Brands Create Value," *Marketing Management*, May/June, 26-31.

Steven Hoeffler and Kevin Lane Keller (2003), "The Marketing Advantages of Strong Brands," *Journal of Brand Management*, 10 (6), 421-445.

Kevin Lane Keller and Y.L.R. Moorthi (2003), "Branding in Developing Markets," *Business Horizons*, May-June, 49-60.

Margaret Campbell and Kevin Lane Keller (2003), "Brand Familiarity and Ad Repetition Effects," *Journal of Consumer Research*, September, 30 (2), 292-304.

Kevin Lane Keller (2003), "Understanding Brands, Branding, and Brand Equity," *Interactive Marketing*, 7-20.

Patrick Tickle, Kevin Lane Keller, and Keith Richey (2003), "Branding in High-Technology Markets," *Market Leader*, 22 (Autumn), 21-26.

Jeff Manning and Kevin Lane Keller (2003), "Making Advertising Work: How GOT MILK? Marketing Stopped a 20 Year Sales Decline," *Marketing Management*, January/February.

Kevin Lane Keller and Sanjay Sood (2003), "Brand Equity Dilution," *MIT Sloan Management Review*, 45 (1), Fall, 12-15.

Frederick E. Webster, Jr. and Kevin Lane Keller (2004), "A Roadmap for Branding in Industrial Markets," *Journal of Brand Management*, 11 (May), 388-402.

5

Kusum L. Ailawadi and Kevin Lane Keller (2004), "Understanding Retail Branding: Conceptual Insights and Research Priorities," *Journal of Retailing*, 80, 31-342.

Kevin Lane Keller (2005), "Branding Short-Cuts," *Marketing Management*, September/October, 14, 18-23.

Ed Lebar, Phil Buehler, Kevin Lane Keller, Monika Sawicka, Zeynep Aksehirli, and Keith Richey (2005), "Brand Equity Implications of Joint Branding Programs," *Journal of Advertising Research*, 45 (December).

Kevin Lane Keller and Philip Kotler (2006), "Holistic Marketing: A Broad, Integrated Perspective to Marketing Management," in *Does Marketing Need Reform?*, eds. Jagdish Sheth and Raj Sisodia, 300-305.

Kevin Lane Keller (2006), "Measuring Brand Equity," in *Handbook of Marketing Research - Do's and Don'ts*, eds. Rajiv Grover and Marco Vriens, 546-568.

Kevin Lane Keller (2006), "Strategic Brand Management Process," in *Perspectives of Modern Brand Management*, ed. Dr Franz-Rudolf Esch.

Kevin Lane Keller and Don Lehmann (2006), "Brands and Branding: Research Findings and Future Priorities," *Marketing Science*, 25 (November-December), 740-759.

Paul Bloom, Steve Hoeffler, Kevin Lane Keller, and Carlos Basurto (2006), "Enhancing Brand Equity By Supporting Social Causes," *MIT Sloan Management Review*, 47 (2), 49-55.

Kevin Lane Keller and Keith Richey (2006), "The Importance of Corporate Brand Personality Traits to a Successful 21st Century Business," *Journal of Brand Management*, 14 (September-November), 74-81.

Robert Leone, Vithala Rao, Kevin Lane Keller, Man Luo, Leigh McAlister, Rajendra Srivatstava (2006), "Linking Brand Equity to Customer Equity," *Journal of Service Research*, 9 (November), 125-138.

Kevin Lane Keller (2007), "Advertising and Brand Equity," in *Handbook of Advertising*, eds. Gerard J. Tellis and Tim Ambler, Sage Publications, 54-70.

Keller, Kevin Lane (2008), *Strategic Brand Management*, 3rd ed., Upper Saddle River, NJ: Prentice-Hall.

Kevin Lane Keller (2008), *Best Practice Cases in Branding*, 3rd ed., Upper Saddle River, NJ: Prentice-Hall.

Kevin Lane Keller (2008), "The Brand Behind the Brand," Commentary, *Harvard Business Review*, February 2008.

Kevin Lane Keller (2008), Foreward to *Public Health Branding: Applying Marketing for Social Change*, eds. W. Douglas Evans and Gerard Hastings, Oxford University Press.

Don Lehmann, Kevin Lane Keller, and John Farley (2008), "The Structure of Survey-Based Brand Metrics," in special issue, "Branding in the Global Marketplace," of *Journal of International Marketing*, 16 (4), 29-56.

Philip Kotler and Kevin Lane Keller (2009), *Marketing Management*, 13th edition, Upper Saddle River, NJ: Prentice-Hall.

6

Kevin Lane Keller (2009), "Building A Strong Business-to-Business Brand," to appear in *Business-to-Business Brand Management: Theory, Research, and Executive Case Study Exercises* in *Advances in Business Marketing & Purchasing* series, Volume 15, eds. Mark Glynn and Arch Woodside, 11-32.

Kevin Lane Keller (2009), "Building Strong Brands in a Modern Marketing Communications Environment," in special issue, "The Integration of Integrated Marketing Communications: IMC in a Changing Landscape," of *Journal of Marketing Communications*, special issue editors, Don E. Schultz and Charles Patti, 15 (April-July), 139-155.

Kevin Lane Keller (2009), "Managing the Growth Tradeoff: Challenges and Opportunities In Luxury Branding" in special issue, "Luxury Branding," of *Journal of Brand Management*, special issue editor Uche Okonkwo, 16 (March-May), 290-301.

Kevin Lane Keller (2009), "Challenges to Branding:  Five Secrets to Brand Success," *Market Leader*, Quarter 2, 45-47.

Kevin Lane Keller and Frederick E. Webster Jr. (2009), "Hitting the Branding Sweetspot: Achieving Marketing Balance by Reconciling Marketing Trade-offs," *Marketing Management*, July/August, Vol. 18, 12-17.

Susan Heckler, Kevin Lane Keller, Michael J. Houston, and Jill Avery (2009), "Building Brand Knowledge Structures:  Elaboration and Interference Effects in the Processing of Sequentially Advertised Brand Benefit Claims," *Journal of Marketing Communications*, forthcoming.

Kevin Lane Keller and Don Lehmann (2009), "Assessing Brand Potential," in special issue, "Brand Value and Valuation," of *Journal of Brand Management*, special issue editors, Randall Raggio and Robert P. Leone, Vol. 17, No.1, 6-7.

Keller, Kevin Lane (2009), "Leveraging Sponsorship Through Integrated Marketing", in Day, H. (ed.), *Sponsorship: From Theory to Practice and All the Latest Trends*, The Marketing & Management Collection, Henry Stewart Talks Ltd, London.

Kevin Lane Keller (2010), "Global Branding," in *Wiley International Encyclopedia of Marketing* edited by Jagdeth Sheth and Naresh Malhotra, in Volume 1 *International Marketing*, edited by Daniel Bello and David Griffith, John Wiley & Sons Limited, forthcoming.

Steve Hoeffler, Paul Bloom, and Kevin Lane Keller (2010), "Achieving Social Change through Corporate Societal Marketing:  Incorporating a Consumer Orientation into CSR Programs," *Journal of Public Policy & Management*, forthcoming.

Kevin Lane Keller (2010), "Modern Branding Challenges," Forward to *Brands and Brand Management: Contemporary Research Perspectives*, eds.  Barbara Loken, Rohini Ahluwalia, and Michael J. Houston, forthcoming.

Kevin Lane Keller (2010), "Brand Equity Management in a Multichannel, Multimedia Retail Environment," special issue, *Journal of Interactive Marketing*, co-editors Venkatesh Shankar and Manjit Yadav, forthcoming.

Kevin Lane Keller (2010), "Brand Development Process and Planning Brand Identity," for *Strategic Brand Management* in *Next Practices in Marketing*, ed. Raj Srivastava

Kevin Lane Keller (2010), "Brand Revitalization," for *Strategic Brand Management* in *Next Practices in Marketing*, ed. Raj Srivastava

7

Kevin Lane Keller (2010), Forward to Kelly Tian and Lily Dong, *Imagining China, Imagining Brands*

Kevin Lane Keller (2010), Forward to Christian Dussart, *Creative Self-Destruction: An Integrated Set of New Business Logics to Escape Commoditization Hell*

Kevin Lane Keller (2010), "The New Branding Imperatives: Insights for the New Marketing Realities," Marketing Science Institute, *Fast Forward* series.

Kevin Lane Keller and Philip Kotler (2011), "Branding in Business-to-Business Firms," in *Business to Business Marketing Handbook*, eds. Gary L. Lilien and Rajdeep Grewal, Edward Elgar Publishing, forthcoming.

Kevin Lane Keller (2011), "Branding Strategy," in *Marketing Strategy Handbook*, eds. Venky Shankar and Gregory Carpenter, Edward Elgar Publishing, forthcoming.

## WORKING PAPERS

Kevin Lane Keller and Sanjay Sood, "The Effects of Product Experience and Branding Strategies on Parent Brand Evaluations and Brand Equity Dilution," under review, *Journal of Marketing Research.*

Julie A. Edell and Kevin Lane Keller, "Analyzing Media Interactions: The Effects of Coordinated TV-Print Advertising Campaigns," invited revision, *Journal of Marketing Research.*

Kalpesh Kaushik Desai, Kevin Lane Keller, and Wayne Hoyer, "Abstract vs. Concrete Challenge Strategies in the Face of Competitive Entry of Extensions from Mega Brands," to be submitted to the *Journal of Advertising.*

Philip Kotler and Kevin Lane Keller, "It is Time to Bury the 4Ps and Replace Them With Holistic Marketing," under review, *Harvard Business Review.*

## MANUSCRIPTS IN PREPARATION

Kalpesh Kaushik Desai and Kevin Lane Keller, "Understanding Channel Fit:  The Reciprocal Effects of Product and Retailer Brand Images," targeted for *Journal of Marketing*

Scott Bedbury and Kevin Lane Keller, "King of the World:  Brand Supremacy Inside and Outside Your Company," targeted for *Harvard Business Review*

Kevin Lane Keller and Sanjay Sood, "A Conceptual Model of Brand Extension Effects: An Integrative Review," targeted for *Foundations and Trends in Marketing*

Kevin Lane Keller and Keith Richey, "Strengthening a Brand Through Sponsorship," for *Journal of Sponsorship.*

## WORK IN PROGRESS

The Stability of Brand Preferences (with Peter Golder and Tingting Fan)

8

The Multiple Roles of Fit between Partners in Brand Alliance Attitude Formation (with Bendik Samuelson)

Brand Extension Dynamics (with Donald Lehmann, Jeffrey Parker, and Martin Schleicher)

Brand Proficiency and Propensity (with Meg Campbell)

## RESEARCH INTERESTS

Marketing Management: Planning, Programs, and Processes

Strategies and Tactics to Build, Measure, and Manage Brand Equity

Design, Implementation, and Evaluation of Integrated Marketing Communication Programs

## TEACHING INTERESTS

MBA:          Marketing Management; Brand and Product Management; Advertising and Communication Management

PhD:          Behavioral Research in Marketing:  Theories and Methods

Executive:    Designing, Implementing, and Measuring Branding Programs and Integrated Marketing Communications Programs

## PRESENTATIONS

"Effects of Information Quantity and Quality on Decision Effectiveness," ORSA/TIMS Marketing Science Conference (February 1984).

"Memory Factors in Advertising: The Effects of Advertising Retrieval Cues on Brand Evaluations," Association for Consumer Research Conference (October 1985 and October 1986), American Marketing Association Educators' Conference (August 1986), and American Psychological Association Annual Meeting (August 1986), Marketing Science Institute Advertising Steering Group (October 1986).

"Memory Retrieval Factors and Advertising Effectiveness," Sandage Symposium III: Contending Psychological Approaches to Advertising, University of Illinois (June 1987), Advertising and Consumer Psychology Conference (May 1989), Marketing Research Society of Australia Conference (October 1990), University of Melbourne Faculty Research Seminar (October 1990), University of Western Australia Faculty Research Seminar (April 1991).

"Consumer Evaluations of Brand Extensions," Marketing Science Institute Brand Equity Conference (February 1988), ORSA/TIMS Marketing Science Conference (February 1988), Association for Consumer Research Conference (October 1988).

"Memory and Evaluation Effects in Competitive Advertising Environments," University of Florida Faculty Research Seminar (April 1988), Pennsylvania State University Faculty Research Seminar (June 1988), Stanford Marketing Camp (August 1988), Association for Consumer Research Conference (October 1989).

9

"Cue Compatibility and Framing in Advertising," Association for Consumer Research Conference (October 1988), Wharton Faculty Research Seminar (March 1989), University of Michigan Faculty Research Seminar (November 1989), University of Arizona Faculty Research Seminar (March 1990).

"The Effects of Sequential Introduction of Brand Extensions," Association for Consumer Research Conference (October 1989), University of Washington Faculty Research Seminar (December 1989), Duke University Faculty Research Seminar (July 1990).

"Conceptualizing, Measuring, and Managing Customer-Based Brand Equity," University of Auckland Faculty Research Seminar (April 1991), Cornell University Faculty Research Seminar (April 1992), New York University Faculty Research Seminar (April 1992), Columbia University Marketing Camp (June 1992), American Marketing Association 13th Annual Marketing Research Conference (September 1992), Marketing Science Institute Trustees Meeting (November 1992), Harvard University (February 1993).

"The Interaction of Brand Name and Brand Positioning Strategies on Advertising Effectiveness Over Time," Association for Consumer Research Conference (October 1991), University of California, Irvine Faculty Research Seminar (December 1993), Duke University Faculty Research Seminar (March 1994).

"Retrieval Difficulty and Subsequent Recall in an Advertising Setting," Association for Consumer Research Conference (October 1992).

"The Effects of Corporate Images and Branding Strategies on New Product Evaluations," Association for Consumer Research Conference (October 1992), Sheth Foundation Winter Marketing Camp, University of Pittsburgh (February 1995), Marketing Science Institute (January 1996).

"Dave Aaker: A Wizard, A True Star," Paul D. Converse Award Symposium (May 1996)

"Building and Measuring Brand Equity," Association for National Advertisers, Corporate Communications Conference (October 1995), Marketing Science Institute, (September 1996)

"Brand Knowledge and Advertising Effectiveness: Learning and Persuasion Perspectives," University of Texas Faculty Research Seminar (March 1996), University of Florida Faculty Research Seminar (March 1996), University of California at Berkeley Faculty Research Seminar (September 1996).

"Global Brand Equity," Doctoral Internationalization Consortium, University of Texas (June 1997)

"The Effects of Branding Strategies and Product Experience on Brand Equity," University of Rochester Faculty Research Seminar (June 1997), Duke University Faculty Research Seminar (August 1997), University of Massachusetts, University of Connecticut, and University of Rhode Island Marketing Colloquium (September 1997), London Business School Faculty Research Seminar (October 1997), UCLA Marketing Camp (March 1998), Emory University Faculty Research Seminar (April 1998), MSI Brand Architecture Conference (March 2005), University of Buffalo (March 2005), TCU (April 2008)

"Branding the B-School," New England Colleges of Business Administrators Conference (September 1997)

10

"Branding Perspectives on Social Marketing," Association for Consumer Research Conference (October 1997)

"New Perspectives on Integrated Marketing Communications," Marketing Science Institute Conference on Fundamental Issues and Directions in Marketing (June 1998) and Brandworks University Conference (July 1998).

"Analyzing Media Interactions: The Effects of Coordinated TV-Print Advertising Campaigns," University of New South Wales Faculty Research Seminar (November 1998), Northwestern University Faculty Research Seminar (March 1999), Ohio State University Faculty Research Seminar (April 1999).

"Brand Equity Research: Progress and Priorities," University of New South Wales Faculty Research Seminar (November 1998).

"The Effects of Brand Expansions and Ingredient Branding Strategies on Parent Brand Extendibility," Duke University Faculty Research Seminar (September 1999), Univeristy of Toronto Faculty Research Seminar (April 2000), INSEAD Faculty Research Seminar (September 2000), University of Minnesota Faculty Research Seminar (March 2001), Boston University Faculty Research Seminar (April 2001).

"Understanding Global Branding," Georgetown University Marketing Retreat (April 2001)

"Building Strong Brands:  Lessons from the World's Top Marketers," Rice University (December 1999), Japanese Marketing Association (March 2001), Vega School of Brand Communications (South Africa) (May 2001), Gordon Institute of Business Science (South Africa) (December 2002), N.C. State University College of Textiles (September 2005), Taiwan (September 2006).

"Building Brand Equity through Societal Marketing," MSI Conference on Marketing, Corporate, Social Initiatives, and the Bottom Line (March 2001)

"The Future of Branding," Advertising Research Foundation (April 2002)

"Building Customer-Based Brand Equity," MSI Conference on Brand Loyalty (April 2002)

"Building and Managing Corporate Brand Equity," Conference on Corporate Reputation (May 2002)

"Branding and Brand Health," MSI/Wharton/McKinsey CMO Summit (September 2002)

"The Extendibility and Vulnerability of Abstract Brand Images," Harvard Business School (April 2003), University of Colorado at Boulder (February 2004), Northwestern Marketing Camp (September 2004), Babson College Research Colloquium (April 2005)

"Consumer Responses to Social and Commercial Sponsorships," MSI Integrating Social Responsibility and Marketing Strategy Conference, Boston University (September 2003)

"Orchestrating Marketing Communications to Build Brand Equity," Marketing Science Institute Conference on Brand Orchestration, Orlando, FL (December 2003)

"Making Marketing Better" University of California at Berkeley (November 2004)

"Understanding Brand Alliances," Brand Alliance Research Conference, Oklahoma State University (April 2005)

11

"Marketing Excellence: The New Marketing Imperatives," Norway (May 2005), Brazil (June 2005), Singapore (July 2005), Tokyo (July 2005), Hong Kong (November 2005), Sweden (October 2006)

"Building Strong Brands:  Three Models for Developing and Implementing Brand Plans," University of Massachusetts (February 2006), University of Kansas (April 2006), University of Minnesota (May 2006), Brigham Young University (March 2008), University of Arizona (November 2008)

"Developing and Exploiting Brand Equity," Brand Conclave 2006, Kolkata, India (July 2006)

"The Future of Business Education," Duke University (December 2006)

"Branding Excellence: The New Branding Imperatives," Nordic Branding Academy, Stockholm, Sweden (October 2006), George Washington University (March 2007), University of Wisconsin (March 2007), World Management Congress, Brazil (June 2007), Global Marketing Network, London (October 2007), Brand Fair 4, Belgrade, Serbia (February 2008), Jamaica (April 2008), Croatia (September 2008), Iceland (April 2010)

"Building Strong Brands Through Sponsorship," IEG 24th Annual Sponsorship Conference (March 2007)

"Branding India," Brand India Consortium, University of Connecticut (May 2007)

"Understanding Brand Extensions," Tuck Overseers (May 2007)

"Achieving Brand Resonance," MSI Creating and Cultivating Customer Connections Conference, University of Minnesota (June 2007)

"Frontiers in Branding Research," Norwegian School of Management, Brand Institute, Oslo, Norway (August 2007)

"Building Strong Brands In an Experience Economy," Nordic Experience Economy Conference, Kristiansand, Norway (August 2007)

"The Seven Deadly Sins of Brand Management," 2008 Dyess Lectureship in Marketing, Texas Christian University (April 2008)

"Hitting the Branding Sweetspot: How to Best Balance Marketing Trade-offs," Chicago AMA Brand Smart Conference (June 2008), Porto, Portugal (March 2009), Marketing Science Institute conference on New Art and Science of Branding (September 2009)

"Marketing Excellence: How to Become a Better Marketer," Carnegie-Mellon University (September 2008)

"Creating a Global Brand," World Knowledge Forum, Seoul, Korea (October 2008)

"Not-for-Profit and Cause Branding," George Washington University (April 2009)

"Brand Building in Good Times and in Bad," Tepper School of Business New York City Alumni Chapter (May 2009)

"Branding Today and Tomorrow," Universidade de São Paulo, São Paulo, Brazil (September 2009)

12

"The Power of the Retail Brand," Brazilian Association of Supermarkets (ABRAS ) annual conference, São Paulo, Brazil (September 2009)

"Brand Resonance as a Strategic Marketing Tool," American Marketing Association "Meeting of the Minds" webinar series (February 2010), Consumer-Brand Relationship Colloquium, Rollins College (April 2010)

"The New Branding Imperatives," Michigan State University (April 2010), University of Alaska Fairbanks (April 2010),

"Blending Branding Theory & Practice: Insights & Lessons From Applying the Brand Resonance Model," Customer Insights Conference, Yale University (May 2010)


## AWARDS AND HONORS

Dissertation Awards: American Marketing Association (Honorable Mention, August 1986), American Psychological Association Division 23 (First Place, August 1986), Association for Consumer Research (Honorable Mention, October 1986), Marketing Science Institute (First Place, August 1984)

American Marketing Association Doctoral Consortium: Fellow 1984; Faculty 1988-1991, 1996, 1998, 2002-2005, 2007-2010

Finalist, Best Paper in *Journal of Consumer Research* Award for 1986-1988

Runner-up, Marketing Science Institute Research Competition on Brand Equity (November 1989)

James and Doris McNamara Faculty Fellow for 1989-90

Outstanding Reviewer Award for *Journal of Marketing Research* for 1991-92

Fletcher Jones Faculty Scholar for 1992-93

1994 Harold H. Maynard award for *Journal of Marketing* article in 1993 making the most significant contribution to marketing theory and thought

Paul J. Rizzo Faculty Fellow for 1995-97

Finalist, 1997 William F. O'Dell Award for *Journal of Marketing Research*

2003 Sheth Foundation/Journal of Marketing Award recognizing articles published in the *Journal of Marketing* that have made lasting contributions to the discipline of marketing

2005 ZIBS Distinguished Theory Award (from Zyman Institute of Brand Science (ZIBS) at Emory University's Goizueta Business School)

Two articles, "Consumer Evaluations of Brand Extensions" and "Conceptualizing, Measuring, and Managing Customer-Based Brand Equity" named by INFORMS Society for Marketing Science in March 2007 to its list of Top 20 marketing science papers written in the past 25 years that have most affected the practice of marketing science

13

2009 Twenty-Five Year Consortium Fellow Research Excellence Award from American Marketing Association Foundation, 2009

2010 Outstanding Author Contribution Award for "Building a Strong Business-to-Business Brand" published in *Advances in Business Marketing and Purchasing* as part of the Literati Network Awards for Excellence 2010.

## PROFESSIONAL ACTIVITIES

| | |
|---|---|
| Editorial Boards | *Journal of Consumer Research* (1994-2002), *Journal of Marketing Research* (1992-2002), *Journal of Marketing* (1993-2002, 2008-), *Journal of Brand Management* (1995-), *Asian Journal of Marketing* (1999-), *Market Leader* (2003-), *Journal of Sponsorship* (2007-) |
| Ad Hoc Reviewer: | *Marketing Science, Journal of Consumer Psychology, Sloan Management Review, California Management Review, Corporate Reputation Review, Harvard Business Review.* |
| Ad Hoc Reviewer: | Association for Consumer Research Conference (1987-), American Marketing Association Educators' Conference (1988-), American Marketing Association Doctoral Dissertation Competition (1992-), Marketing Science Institute Doctoral Dissertation Competition (1991-) |
| Academic Trusteee: | Marketing Science Institute (2000-2006) |
| Judge: | JCR Ferber Awards (1999) |
| Co-Chair: | 1994 Annual Conference of the Society for Consumer Psychology |
| Member: | American Marketing Association Knowledge Coalition (2005-2007) |
| Member: | American Marketing Association, Association for Consumer Research, The Institute for Management Science |

## INDUSTRY ACTIVITIES

Multiple engagements with the following firms:

| | | |
|---|---|---|
| Accenture | Goodyear | Nordstrom |
| Allstate | Google | Ocean Spray |
| American Express | Hasbro | Procter & Gamble |
| Blue Cross Blue Shield | Kodak | Red Hat |
| Campbell Soup | Intel | Samsung |
| Coca-Cola | Levi Strauss | Shell Oil |
| Disney | Mayo Clinic | Starbucks |
| Eli Lilly | Miller Brewing | Tokyu |
| ExxonMobil | McNeil Labs | Unilever |
| Ford | MTV | Young & Rubicam |
| General Mills | Nivea | |

Press interviews (sample):

New York Times
USA TODAY
Los Angeles Times
Boston Globe
Chicago Tribune
Wall Street Journal
Newsweek
Time

Fortune
Forbes
Business Week
Business 2.0
Advertising Age
Brandweek
NPR

## UNIVERSITY SERVICE

Member:  Dean's Advisory Group (1987-1989)

Member:  Dean's Search Committee (1989-1990)

Member:  MBA Core Review Task Force (1989-1990)

Doctoral Program Liaison for Marketing Area (1989-1990)

Member:  Information Resources Policy Board (1992-4)

Area Coordinator for Marketing (1993-1994, 2009-)

Area Chair of Marketing (1996)

Member:  MBA Expansion Committee (1996-1997)

Member:  Curriculum Committee (1998-99)

Member:  Faculty Advisory Committee – Strategy Review (1999-2000)

Member:  Admission Committee (1999-2000)

Member:  Academic Performance Committee (APC) (1999-2004)

Member:  Dean's Marketing Advisory Group (DMAG) (2000-2003)

Member:  Strategy Review Committee (2005-2006)

Member: Ad Hoc Task Force on Globalization, Project 2012 (2006-2008)

Member: Executive Education Committee (2006-2009)

Member: Dean's Executive Committee (2008-)

Doctoral Thesis Principal Adviser:

Jennifer Aaker (thesis articles, "Dimensions of Brand Personality," *Journal of Marketing Research*, 34 (August), 1997, 347-357 & "The Malleable Self:  The Role of Self-Expression in Persuasion," *Journal of Marketing Research*, 36 (February), 1999, 45-57)

15

Sheri Bridges (thesis article, "Explanatory Links and the Perceived Fit of Brand Extensions: The Role of Dominant Parent Brand Associations and Communication Strategies," *Journal of Advertising*, 29 (4), 2000, 1-11)

Christie Brown (thesis article, "Do the Right Thing:  Diverging Effects of Accountability in a Managerial Decision Context," *Marketing Science*, 18 (3), 1999, 230-246)

Meg Campbell (thesis article, "When Attention-Getting Tactics Elicit Consumer Inferences of Manipulative Intent:  The Importance of Balancing Benefits and Investments," *Journal of Consumer Psychology*, 4 (3), 1995, 225-254)

Yih Hwai Lee (thesis article, "Responses to Information Incongruency in Advertising:  The Role of Expectancy, Relevancy, and Humor," *Journal of Consumer Research*, 26 (2), 1999, 156-169)

Doctoral Thesis Committee Member:

Amna Kirmani
Chan Su Park
Rika Spencer