**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Date:   January 13, 2011

Deputy Clerk:        Bernique Abiakam
Court Reporter:      Suzanne Claar

**Civil Action No.: 10-cv-01546-REB-CBS**

<u>Parties</u>:                                                    <u>Counsel</u>:

DIRECT MARKETING ASSOCIATION,                George S. Isaacson
                                             Matthew P. Schaefer
        Plaintiff,

v.

ROXY HUBER,                                  Melanie J. Snyder
                                             Stephanie L. Scoville
        Defendant.

## COURTROOM MINUTES

**Hearing: Preliminary Injunction**

**10:13 a.m.     Court in session**

Court calls case.  Appearances of counsel.

Opening statements by the court.

Argument heard on Plaintiff's Motion For Preliminary Injunction.

10:16 a.m.     Argument by Mr. Isaacson.  Questions by the Court.

10:43 a.m.     Argument by Ms. Snyder.

11:06 a.m.     Rebuttal argument by Mr. Isaacson.

11:15 a.m.     Comments by the Court.

**ORDERED:**   Plaintiff's Motion For A Preliminary Injunction And Incorporated Memorandum Of Law (Filed 8/13/10; Doc. No. 15) is taken UNDER ADVISEMENT.

**11:16 a.m.     Court in recess.**
Hearing concluded**.**
Total time in court:     1 hour, 3 minutes.