

1

```
 1              IN THE UNITED STATES DISTRICT COURT

 2                  FOR THE DISTRICT OF COLORADO

 3

 4    Civil Action No. 10-CV-01546-REB-CBS

 5

 6    The Direct Marketing Association,

 7                   Plaintiff,

 8              v.

 9    Roxy Huber, in her capacity as Executive

10    Director, Colorado Department of Revenue,

11                   Defendant.

12

13         DEPOSITION OF KEVIN LANE KELLER taken at Norwich,

14    Vermont, on October 21, 2010.

15

16    APPEARANCES:

17         Matthew P. Schaefer, Esquire
           Brann & Isaacson
18         184 Main Street, Fourth Floor
           P.O. Box 3070
19         Lewiston, Maine, 04243-3070, on behalf of the
           Plaintiff, The Direct Marketing Association.
20
           Jack Wesoky, Esquire
21         Senior Assistant Attorney General
           1525 Sherman Street, 7th Floor
22         Denver, Colorado, 80203, on behalf of the Roxy
           Huber in her capacity as Executive Director,
23         Colorado Department of Revenue.
```

*NORTH COUNTRY COURT REPORTERS*
40 South Main Street
West Lebanon, New Hampshire   03784
(603)298-2987 tel    (603)218-6633 fax   (603)443-1157 cell
cjfoster71@aol.com

| | | |
|---|---|---|
| 1 | A | I believe it might have been someone from Chicago, |
| 2 | | from their Chicago office. |
| 3 | Q | Does the name Nelson Whipple ring a bell? |
| 4 | A | It's an unusual name.  So I mean I would, I'm not |
| 5 | | sure, I'm not sure if that's the person.  I'm not |
| 6 | | sure.  Sorry. |
| 7 | | (Off-the-record discussion) |
| 8 | | EXHIBIT 23 MARKED FOR IDENTIFICATION |
| 9 | Q | I give you what's been marked as Exhibit 23 and it |
| 10 | | looks like it's a copy of an e-mail chain dated |
| 11 | | the 30th of June of this year, and it's attaching |
| 12 | | a copy of the Complaint that was filed by Messrs. |
| 13 | | Isaacson and Schaefer in Federal Court in Denver. |
| 14 | | So would that be the date, the 30th of June, that |
| 15 | | you received a copy of the Complaint that you've |
| 16 | | already testified about that you received? |
| 17 | A | That would be consistent with that, yes. |
| 18 | Q | Okay.  It says there's a three-page summary of the |
| 19 | | Complaint that was distributed to the DMA Steering |
| 20 | | Committee and the DMA Press Release.  Did you keep |
| 21 | | those? |
| 22 | A | I believe so.  I believe they would be in my file. |
| 23 | Q | Those were not -- |

**NORTH COUNTRY COURT REPORTERS**
40 South Main Street
West Lebanon, New Hampshire   03784
(603)298-2987 tel   (603)218-6633 fax   (603)443-1157 cell
cjfoster71@aol.com

```
 1            MR. SCHAEFER:  For the record, we produced
 2      the press release.  I know that's --
 3            MR. WESOKY:  I think I've seen that.
 4            MR. SCHAEFER:  The summary of complaint,
 5      unlike material that might have been otherwise
 6      work product which we have not withheld, we
 7      withheld nothing on work product grounds, that is
 8      an attorney/client communication.  So for the time
 9      being because frankly I don't think it's a summary
10      of a complaint that he received, so for the moment
11      it's withheld on the grounds that it's an
12      attorney/client communication.
13            MR. WESOKY:  We'll cross that bridge when we
14      get to it.
15   Q  But if you retained it, it would be in your files,
16      I assume?
17   A  That's correct.
18   Q  Did you read it or just read the Complaint?
19   A  I believe I read everything that was probably sent
20      to me.
21   Q  Do you remember what it said?
22   A  I don't remember specifically what it said.
23   Q  This is to test your memory.  How much time if you
```

**NORTH COUNTRY COURT REPORTERS**
40 South Main Street
West Lebanon, New Hampshire  03784
(603)298-2987 tel    (603)218-6633 fax   (603)443-1157 cell
cjfoster71@aol.com

```
 1          can recall did you spend reading the Complaint
 2          that was sent to you?
 3     A    How many times did I --
 4     Q    How much time did you spend reading it?
 5     A    I think the copy of the complaint, I have to think
 6          about it, but my guess is that's on the order of
 7          30, 40 minutes maybe.
 8     Q    Did you read it once, twice, three times?
 9              (Off-the-record discussion)
10     A    I believe it would be, it certainly would have
11          been multiple times since that first time.
12          Correct.
13     Q    So the 30 to 40 minutes would be the first time or
14          all the times that you read the Complaint?
15     A    The 30 or 40 minutes would probably be the initial
16          time.  I think subsequent times would not take
17          nearly as long to go through.
18     Q    And from your earlier testimony, I take it you
19          made no notes on your copy of the Complaint or no
20          separate notes about the Complaint?
21     A    I'm almost certain that's the case but I'm not,
22          you know, I'm almost certain that's the case.
23              EXHIBIT 24 MARKED FOR IDENTIFICATION
```

**NORTH COUNTRY COURT REPORTERS**
40 South Main Street
West Lebanon, New Hampshire   03784
(603)298-2987 tel    (603)218-6633 fax   (603)443-1157 cell
cjfoster71@aol.com