IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-CV-01546-REB-CBS

The Direct Marketing Association,

    Plaintiff,

    v.

Roxy Huber, in her capacity as Executive
   Director, Colorado Department of Revenue,

    Defendant.

---

**BOND FOR PRELIMINARY INJUNCTION**
---

    Plaintiff, the Direct Marketing Association ("the DMA"), commenced an action against Defendant, Roxy Huber, in her capacity as Executive Director, Colorado Department of Revenue ("Department"), and applied for preliminary injunction against Defendant, enjoining and restraining her from commission of certain acts, as more particularly described in Plaintiff's Motion for Preliminary Injunction [#15], filed August 13, 2010.

    By Order [#79] dated January 26, 2011, the Court granted Plaintiff's Motion for Preliminary Injunction.  In connection with issuance of the preliminary injunction, the Court ordered the DMA to post with the Clerk of the Court a bond in the amount of Five Thousand Dollars ($5,000.00)

Now, the DMA, in consideration of the premises, and of the issuance of the preliminary injunction, is held and firmly bound to Defendant from the proceeds of a check in the amount of Five Thousand Dollars ($5,000.00), tendered to the United States District Court on the 27th day of January, 2011; and Plaintiff does undertake in the sum of Five Thousand Dollars ($5,000.00) as the Court has deemed proper, and promises that Plaintiff will pay to the Defendant restrained or enjoined, such damages, not exceeding the sum of Five Thousand Dollars ($5,000.00), as she may incur or suffer if found to have been wrongfully enjoined or restrained.

Dated: January 28, 2011

s/ Matthew P. Schaefer
George S. Isaacson
Matthew P. Schaefer
BRANN & ISAACSON
184 Main Street, P. O. Box 3070
Lewiston, ME 04243−3070
Tel.: (207) 786−3566
Fax:  (207) 783-9325
E-mail: gisaacson@brannlaw.com
            mschaefer@brannlaw.com
*Attorneys for The Direct Marketing Association*

## CERTIFICATE OF SERVICE

I hereby certify that on January 28, 2011, I electronically filed the foregoing, Bond for Preliminary Injunction, using the CM/ECF system, which will send notification of such filing to counsel of record:

> Jack Wesoky
> Senior Assistant Attorney General
> State of Colorado
> 1525 Sherman Street, 7th Floor
> Denver, CO 80203
> Jack.Wesoky@state.co.us
>
> Stephanie Lindquist Scoville
> Senior Assistant Attorney General
> State of Colorado
> 1525 Sherman Street, 7th Floor
> Denver, CO 80203
> stephanie.scoville@state.co.us
>
> Melanie J. Snyder
> Assistant Attorney General
> State of Colorado
> 1525 Sherman Street, 7th Floor
> Denver, CO 80203
> melanie.snyder@state.co.us
>
> Attorneys for Defendant

                                                                          s/ Matthew P. Schaefer
                                                                          Matthew P. Schaefer