```
Court Name: U.S. District Court, Colorado
Division: 1
Receipt Number: COX034787
Cashier ID: sq
Transaction Date: 01/28/2011
Payer Name: THE DIRECT MARKETING ASSOCIA
TI
----------------------------------------
TREASURY REGISTRY
 For: THE DIRECT MARKETING ASSOCIATI
 Case/Party: D-COX-1-10-CV-001546-001
 Amount:         $5,000.00
----------------------------------------
PAPER CHECK CONVERSION
 Check/Money Order Num: 84112
 Amt Tendered: $5,000.00
----------------------------------------
Total Due:      $5,000.00
Total Tendered: $5,000.00
Change Amt:     $0.00

10-CV-1546-REB-CBS

PER JUDGE BLACKBURN 1/26/11 ORDER


A fee of $45.00 will be assessed on
any returned check.
```