## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO
## Magistrate Judge Craig B. Shaffer

| | |
|---|---|
| **Civil Action No.:** 10-cv-01546-REB-CBS | **FTR** - Reporter Deck - Courtroom A402 |
| **Date:** February 14, 2011 | **Courtroom Deputy:** Linda Kahoe |

THE DIRECT MARKETING ASSOCIATION,      George Steven Isaacson
                                                  Matthew Peter Schaefer

       Plaintiff,

       v.

ROXY HUBER,                                  Jack M. Wesoky,
                                                      Melanie J. Snyder
                                                      Stephanie Lindquist Scoville

       Defendant.

## COURTROOM MINUTES/MINUTE ORDER

**HEARING: TELEPHONIC STATUS CONFERENCE**
**Court in session: 8:59 a.m.**
Court calls case. Appearances of counsel.

Discussion regarding setting a scheduling conference.

Discussion regarding an Interlocutory Appeal.

The court suggests that counsel file a Joint Status Report and Proposed Order for Judge Blackburn.

HEARING CONCLUDED.

**Court in recess: 9:09 a.m.**
Total time in court: 00:10

To order transcripts of hearings with Magistrate Judge Shaffer, please contact Avery Woods Reporting at (303) 825-6119 or toll free at 1-800-962-3345.