IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-CV-01546-REB-CBS

The Direct Marketing Association,

    Plaintiff,

    v.

Roxy Huber, in her capacity as Executive Director, Colorado Department of Revenue,

    Defendant.

## ORDER

THIS MATTER, coming before the Court on the parties' **Joint Status Report and Proposed Order [# 85]**, and it appearing to the Court that good cause exists for entry of an order approving the parties' joint proposal for further proceedings on Counts I and II of the Plaintiff's First Amended Complaint, asserting claims under the Commerce Clause of the United States Constitution, Art. I, § 8;

**THEREFORE, IT IS HEREBY ORDERED** as follows:

1. The parties shall conduct no further discovery and make no additional evidentiary submissions on Counts I and II (Commerce Clause). The Court shall defer all further proceedings on all other Counts in the complaint pending final resolution of Counts I and II.

- 2 -

2. The parties shall submit cross-motions for summary judgment on Counts I and II based on the existing record and according to the following schedule:

    a. Motions Due:         45 days after the date of this Order;
    b. Responses Due:       21 days after the relevant Motion is filed;
    c. Replies Due:         14 days after the relevant Response is filed.

3. The Court shall certify any order granting summary judgment on Count I and/or Count II for interlocutory appeal pursuant to 28 U.S.C. § 1292(b).

4. If the court awards summary judgment on Count I and/or Count II, all further proceedings shall be stayed pending final action by the Tenth Circuit in response to a notice of appeal filed by one or both parties.

5. If the Court awards neither party summary judgment, the Magistrate shall promptly enter a Scheduling Order for resolution of all remaining issues in the case following the denial of such motions.

_____
District Court Judge.