## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-01546-REB-CBS

The Direct Marketing Association,

Plaintiff,

v.

Roxy Huber, in her capacity as Executive Director, Colorado Department of Revenue,

Defendant.

## NOTICE OF APPEAL

Notice is hereby given that Roxy Huber, in her capacity as Executive Director, Colorado Department of Revenue, Defendant in the above named case, hereby appeals to the United States Court of Appeals for the Tenth Circuit from the Order Granting Motion for Preliminary Injunction entered in this action on the 26th day of January, 2011.

Respectfully submitted this 25th day of February, 2011.

        JOHN W. SUTHERS
        Attorney General

        *s/ Jack M. Wesoky*
        JACK M. WESOKY, 6001*
        Senior Assistant Attorney General
        MELANIE J. SNYDER, 35835*
        Assistant Attorney General
        Business & Licensing Section
        1525 Sherman Street, 7th Floor
        Denver, Colorado  80203
        Telephone:  (303) 866-5512 (Wesoky)
        Telephone:  (303) 866-5273 (Snyder)
        FAX:  (303) 866-5395
        E-Mail:  jack.wesoky@state.co.us
        E-Mail:  melanie.snyder@state.co.us

STEPHANIE LINDQUIST SCOVILLE*
Senior Assistant Attorney General
Civil Litigation and Employment Law Section
Attorneys for State Defendants
1525 Sherman Street, 7th Floor
Denver, Colorado  80203
Telephone:  303.866.5241
FAX:  303.866.5443
E-Mail:  stephanie.scoville@state.co.us


*Counsel of Record

## **CERTIFICATE OF SERVICE**

I hereby certify that on February 25, 2011I electronically filed the foregoing **NOTICE OF APPEAL** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following e-addresses:

gisaacson@brannlaw.com
mschafer@brannlaw.com

*Attorneys for Plaintiff*

*s/ Jack M. Wesoky*

3