DUPLICATE

Court Name: U.S. District Court, Colorado
Division: 1
Receipt Number: COX035650
Cashier ID: ch
Transaction Date: 03/01/2011
Payer Name: STATE OF COLORADO

NOTICE OF APPEAL/DOCKETING FEE
 For: STATE OF COLORADO
 Amount:        $455.00

PAPER CHECK CONVERSION
 Check/Money Order Num: 49355434
 Amt Tendered:  $455.00

Total Due:       $455.00
Total Tendered:  $455.00
Change Amt:      $0.00

10-CV-1546

A fee of $45.00 will be assessed on
any returned check.

11-1082