## TRANSCRIPT ORDER FORM - DIRECTIONS ON THE REVERSE SIDE

### PART I - To be completed by appellant within fourteen days of filing the notice of appeal

Short Title: Direct Marketing Association v. Huber          District: Colorado
District Court Number: 10-cv-01546-REB-CBS          Circuit Court Number: 11-1082
Name of Attorney: Jack M. Wesoky
   Name of Law Firm: Colorado Attorney General's office
   Address of Firm: 1525 Sherman Street, 7th Floor, Denver, CO 80203
   Telephone of Firm: (303) 866-4500          Attorneys for: Defendant-Appellant, Huber
Name of Court Reporter: Suzanne Claar          Telephone of Reporter: (303) 335-2107

### PART II - COMPLETE SECTION A OR SECTION B
### SECTION A - I HAVE NOT ORDERED A TRANSCRIPT BECAUSE
   [] A transcript is not necessary for this appeal, or
   [] The necessary transcript is already on file in District Court
   [] The necessary transcript was ordered previously in appeal
       number _____

### SECTION B - I HEREBY ORDER THE FOLLOWING TRANSCRIPT:
(Specify the date and proceeding in the space below)

Voir dire: _____ ; Opening Statements: _____ ;
Trial proceedings: _____ ; Instruction Cnf: _____ ;
Jury Instructions: _____ ; Closing Arguments: _____ ;
Post Trial Motions: _____ ; Other Proceedings: Oral Argument, January 13, 2011 .

(Attach additional pages if necessary)

■ **Appellant will pay the cost of the transcript.**
**My signature on this form is my agreement to pay for the transcript ordered on this form.**

[] **This case is proceeding under the Criminal Justice Act.**
**NOTE:** Leave to proceed *in forma pauperis* does not entitle appellant to a free transcript. An order of the district court allowing payment for the transcript at government expense must be obtained. *See* 28 U.S.C. §753(f).

### CERTIFICATE OF COMPLIANCE
I certify that I have read the instructions on the reverse of this form and that copies of this transcript order form have been served on the **court reporter (if transcript ordered), the Clerk of U.S. District Court, all counsel of record or pro se parties, and the Clerk of the U.S. Court of Appeals for the Tenth Circuit.** I further certify that satisfactory arrangements for payment for any transcript ordered have been made with the court reporter(s).

Signature of Attorney/Pro Se: _____[signature]_____          Date: March 11, 2011

### PART III - TO BE COMPLETED BY THE COURT REPORTER

   Upon completion, please file one copy with the Clerk of the U.S. Court of Appeals and one copy with the Clerk of the U.S. District Court.

Date arrangements for payment completed: _____
Estimated completion date: _____
Estimated number of pages: _____
I certify that I have read the instructions on the reverse side and that adequate arrangements for payment have been made.

Signature of Court Reporter: _____          Date: _____

A-8 Revised 12/09   Transcript Order Form

## CERTIFICATE OF SERVICE

I hereby certify that on March 11, 2011, that I electronically filed the foregoing TRANSCRIPT ORDER FORM with the Clerk of U.S. District Court and the Clerk of the Court of the 10th Circuit Court of Appeals using the CM/ECF system which will send notification of such filing as indicated below:

gisaacson@branlaw.com

mschaefer@branlaw.com

                                                    s/Jack M. Wesoky