**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No. 10-cv-01546-REB-CBS

THE DIRECT MARKETING ASSOCIATION,

    Plaintiff,

v.

ROXY HUBER, in her capacity as Executive Director, Colorado Department of Revenue,

    Defendant.

---

**MINUTE ORDER**[1]

---

    The matter is before the court on the **Defendant's Motion To Dismiss Plaintiff's First Amended Complaint** [#14] filed July 30, 2010.  The motion is **DENIED** without prejudice.  The court has approved the parties' stipulated schedule for summary judgment briefing on the plaintiffs' Commerce Clause claims and a stay of proceedings on all other claims.  Given that stipulation, further proceedings on the motion to dismiss are stayed.  The defendant may renew its **Motion To Dismiss Plaintiff's First Amended Complaint** [#14] after the Commerce Clause claims are resolved fully as specified in the court's **Order Approving Proposed Briefing Schedule on Counts I and II and Staying Proceedings on Counts III Through VIII** [#91] entered March 18, 2011.

    Dated:  March 21, 2011

---

[1]This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.