# UNITED STATES COURT OF APPEALS
# FOR THE TENTH CIRCUIT
# OFFICE OF THE CLERK

Byron White United States Courthouse
1823 Stout Street
Denver, Colorado 80257
(303) 844-3157

| | | |
|---|---|---|
| Elisabeth A. Shumaker<br>Clerk of Court | March 28, 2011 | Douglas E. Cressler<br>Chief Deputy Clerk |

Mr. Gregory Langham
United States District Court for the District of Colorado
Office of the Clerk
Alfred A. Arraj U.S. Courthouse
901 19th Street
Denver, CO 80294-3589

Mr. George S. Isaacson
Brann & Isaacson
184 Main Street
P.O. Box 3070
Lewiston, ME 04243-3070

Mr. Matthew Peter Schaefer
Brann & Isaacson
184 Main Street
P.O. Box 3070
Fourth Floor
Lewiston, ME 04243-3070

Ms. Stephanie Lindquist Scoville
Office of the Attorney General for the State of Colorado
1525 Sherman Street, 7th Floor
Denver, CO 80203

Ms. Melanie J. Snyder
Office of the Attorney General for the State of Colorado
1525 Sherman Street, 7th Floor
Denver, CO 80203

Mr. Jack M. Wesoky
Office of the Attorney General for the State of Colorado
1525 Sherman Street, 7th Floor
Denver, CO 80203

**RE:    11-1082, Direct Marketing Association v. Huber**

Dist/Ag docket: 1:10-CV-01546-REB-CBS

Dear Counsel/Appellant:

Attached please find an order issued today by the court dismissing this case.

In addition, please be advised that the mandate for this case has issued today. The clerk of the originating court or agency shall file accordingly.

Please contact this office if you have questions.

    Sincerely,

    Elisabeth A. Shumaker
    Clerk of the Court

EAS/jm

2