**FILED**
United States Court of Appeals
Tenth Circuit

March 28, 2011

UNITED STATES COURT OF APPEALS

FOR THE TENTH CIRCUIT

Elisabeth A. Shumaker
Clerk of Court

---

THE DIRECT MARKETING ASSOCIATION,

    Plaintiff - Appellee,

v.

ROXY HUBER, in her capacity as Executive Director, Colorado Department of Revenue,

    Defendant - Appellant.

No.11-1082
(D.C. No.1:10-CV-01546-REB-CBS)

---

**ORDER**

---

    The stipulation filed by the parties to dismiss the captioned appeal is granted.

Each party shall bear its own costs.

    A copy of this order shall stand as and for the mandate of this court.


    Entered for the Court,

*Elisabeth A. Shumaker*

    ELISABETH A. SHUMAKER, Clerk