IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-01546-REB-CBS

THE DIRECT MARKETING ASSOCIATION,

    Plaintiff,

v.

ROXY HUBER, in her capacity as Executive Director,
COLORADO DEPARTMENT OF REVENUE,

    Defendant.

## ORDER GRANTING EXTENSION OF PAGE LIMITATIONS

This matter coming before the Court pursuant to the Parties' Joint Motion to Exceed Page Limitation for Cross Motions for Summary Judgment and Responses to Cross Motions [#   ], the Court having considered the Motion and being fully advised finds and orders as follows:

Good cause exits for an extension of the Court's page limitations for the parties' cross motions for summary judgment and parties responses to the cross motions for summary judgment.

THEREFORE IT IS ORDERED as follows:

1.    The parties' joint motion is granted;

2.    The page limitation for the parties' cross motions for summary judgment and their responses thereto are hereby extended and said motions and responses may be up to 30 pages.

Dated May,   2011, at Denver, Colorado.

2

**BY THE COURT:**

_____
Robert E. Blackburn
United States District Judge