1         IN THE UNITED STATES DISTRICT COURT
            FOR THE DISTRICT OF COLORADO
2

---------------------------------------------------------------
3

THE DIRECT MARKETING ASSOCIATION,
4

            Plaintiff,
5

v.             Civil Action No.: 10-CV-01546-REB-CBS
6

ROXY HUBER, in her capacity as
7   Executive Director, Colorado
    Department of Revenue,
8

            Defendant.
9

---------------------------------------------------------------
10
11
12
13
           DEPOSITION OF F. CURTIS BARRY
14
15
16
17
              October 19, 2010
18
              Sandston, Virginia
19
20
21
22
23           HALASZ REPORTING & VIDEO
              P. O. Box 1644
24         Richmond, VA 23218-1644
              (804) 741-5215
25       Reported by: Mary L. Rosser, RPR

Page 93

```
 1      Q     Okay.  So it could be an icon or a URL?
 2      A     Right, or just a hot link, if you know -- you
 3   know, like the words "Colorado sales tax".
 4      Q     Highlighted and underlined --
 5      A     Right.  Yeah.
 6      Q     -- you click on that, and then it takes you
 7   somewhere else?
 8      A     Yes.
 9      Q     And you assume that the linking notice would
10   send customers to a retailer's FAQs; is that right?
11      A     It's one way to do it.
12      Q     Okay.  What would another way to do it be?
13      A     Just to have a -- when you do that hot link, to
14   be able to go out to a place either in the web system or
15   in the order management system where you have company
16   policies so that, you know, we could put out there in a
17   user-friendly way what the statute said and what the
18   customers' options were, and that they would be required
19   to pay the sales tax if, as you know better than I, all
20   the possibilities.  So just, you know, we have places in
21   the systems that allow us to do that for both call center
22   and e-commerce.
23      Q     So it would be possible then for the linking
24   notice to take a customer not to the frequently asked
25   questions page, but to like the terms and conditions
```

Exh.6

Page 94

1   section of the offer?

2       A   Yeah.  We don't call it that, but it would be
3   just like, you know, our company policies.  It could be
4   on returns or product damage.  And on the surface of it,
5   it probably wouldn't be visible to the customer without
6   clicking that maybe.

7       Q   And in terms of the cost that it would take
8   companies to create this path, is the cost any different
9   if it takes -- if the linking notice takes the customer
10  to frequently asked questions, as opposed to the
11  company's policy page?

12      A   No.

13      Q   Okay.  What about a pop-up window, would a
14  pop-up window work as an alternative?

15      A   Yes.

16      Q   And would programming the order path for a
17  pop-up window be more or less expensive than a linking
18  notice?

19      A   It might be, it might be somewhat more, but a
20  small amount of money.  A question would be, you know, do
21  you want the customer to click on that, that they accept
22  that or not, which is kind of a negative, you know,
23  customer service issue.

24      Q   And when you said that it might be somewhat more
25  but a small amount of money, tell me what you mean by

Page 95

1  that.  I'm not sure I understand that.
2      A    Well, I mean, it's going to vary by company.  It
3  might be a couple thousand dollars more, it might be
4  less.
5      Q    To program a prop-up window --
6      A    Yeah.
7      Q    -- as opposed to a linking notice?
8      A    It's not a huge amount, but it would be more
9  than just hitting an FAQ.
10     Q    You mentioned in the last paragraph under
11 1(a) -- we're back on Exhibit 1, your report here -- that
12 you have used the assumption that companies adopt a
13 linking notice, rather than some form of "work around".
14 What would a "work around" be?
15     A    "Work around", generally the way the term is
16 used, is something that may be less desirable, but gets
17 it done without major programming.
18     Q    And what would be some examples of "work
19 arounds" in this particular context?
20     A    I don't have any.
21     Q    Let's go back to Exhibit No. 5, if you would,
22 which is one of the earlier drafts of your report.  Okay.
23 If you would look at page 7, please.  The second full
24 paragraph says, "Retailers we have talked to are looking
25 at a variety of solutions and workarounds including

Page 97

1    did come up, and I told them I didn't think that would
2    work.
3    BY MS. SCOVILLE:
4        Q    Okay.  The second sentence of this paragraph
5    says, "Another is that e-commerce customers to force the
6    Colorado customer, when they enter their delivery
7    address, to have to click a button before proceeding with
8    the sale that they understand their sales tax
9    obligations."  Is this something that's actually being
10   done by a company?
11       A    No.  I don't remember -- no, but it goes back to
12   what I just said a couple of minutes ago.  It has some
13   negative customer service ramifications.  People just
14   kind of threw this up.
15       Q    Okay.  So it was an idea --
16       A    Right.
17       Q    -- that was thrown out by one of the people that
18   you talked to?
19       A    Right.
20       Q    All right.  The next paragraph says, "There are
21   a variety of workarounds that we have heard discussed
22   which probably do not meet the regulation.  One is using
23   e-commerce trigger e-mails to inform the Colorado
24   customer after the order is accepted by the system."  Is
25   that something that companies are actually doing?

Page 157

```
 1      Q    So I'm wondering how you took those two numbers
 2   to get to 5- to 10- in the middle.
 3      A    Because I thought it was on the low end of the
 4   range, and I think it's reasonable.
 5      Q    Okay.  Let's go to Exhibit B, which is the
 6   annual purchase summary.
 7      A    In the final?
 8      Q    Yes, please, in Exhibit 1.  Under Subparagraph
 9   1, the last full paragraph, it talks about there are two
10   potential sources for the detail order information, the
11   operational order processing system and the direct
12   marketing system.  Can you explain to me the difference
13   between the two systems?
14      A    Are we right here?
15      Q    Yeah, exactly.
16      A    Well, we talked this morning -- I think it was
17   this morning -- that, you know, the system, the part of
18   the system that we use for the call center to take the
19   order, service the customer, that's what we call the
20   operational part of it.  The direct marketing is the
21   marketing part of it, in other words, if they were using
22   the same data, but formatted and analyzed differently
23   for, say, the RFM.  So it's the marketing versus the
24   operations.
25      Q    And do most retailers have both, the operational
```

Page 158

1  order processing system and the direct marketing
2  system?
3     A   It's in the same system.  It's just how you view
4  the data.  There are different reports and things.
5     Q   Okay.  I guess what I'm trying to understand is,
6  all retailers would hold this data, and would most
7  retailers be able to view it through both lenses, through
8  the operational lens and through the marketing lens?
9     A   Catalog companies can.  Again, e-commerce may
10 not be as sophisticated at the marketing side of it.
11    Q   Okay.  So e-commerce retailers would be more
12 likely to view their data through the operating lens?
13    A   Right.
14    Q   Okay.  I see.  But the data already exists,
15 right?
16    A   Yes.
17    Q   One of the costs that you list in your report,
18 and this goes on to page 2, in terms of the steps that
19 are necessary on the annual report, are, No. 6, for the
20 accounting department to check the file to determine if
21 any corrections are necessary.  What work would the
22 accounting department need to do?
23    A   Well, what I'm envisioning is, we're not just
24 going to run this and then pump out the data.  It was
25 something that is very customer sensitive and now reports

Page 169

```
 1   literature --
 2      A    No.
 3      Q    -- for that number?
 4      A    No.
 5      Q    You conclude that 20 percent of Colorado
 6   purchasers will buy $500 or more per year from a
 7   particular retailer.  How do you know that?
 8           MR. SCHAEFER:  Objection.  That's not what it
 9   says.  It says less than 20 percent.
10   BY MS. SCOVILLE:
11      Q    Okay.  Let me start over.  You conclude that
12   less than 20 percent of Colorado purchasers will buy $500
13   or more a year from a particular retailer.  How do you
14   know that?
15      A    Just taking the $100 average order as being a
16   higher than average order in direct businesses and the
17   fact that they're going to buy two times or less on the
18   average, they won't reach the $500.  I know looking at
19   customers' results over the year, if you have somebody
20   that buys $500, you've got a really premium buyer.
21      Q    And did you do any particular studies to
22   determine that 20 percent is the right percentage?
23           MR. SCHAEFER:  Same objection, but go ahead.
24      A    Less than 20 percent.  I think that's a very
25   conservative number.  I think it could easily be 10 to 15
```

Exh.6

Page 170

1   because it will be a premium buyer.
2   BY MS. SCOVILLE:
3       Q   So it could be as low as 10 percent of
4   customers?
5       A   Yes.
6       Q   Okay.  Did you do any studies yourself to
7   determine what percentage of folks would buy $500 or
8   more?
9       A   No.  I just, as I said, know that from working
10  with clients' results and experience.
11      Q   And did you refer to any published literature?
12      A   No.
13      Q   Did you discuss that with the 17 companies with
14  whom you spoke?
15      A   No.
16      Q   Is published literature available in your field
17  that would talk about the percentage of buyers who spend
18  more than a certain amount?
19      A   There are just general surveys, which are hard
20  to apply because they often take in small start-up
21  catalogs and very large catalogs and they average things
22  together and they end up not sure how to apply the data.
23  So could be, but --
24      Q   And did you try and estimate different
25  percentages based on small start-up catalogs versus

Page 226

1 fulfillment systems with packing inserts in the past?

2     A    All the time.

3     Q    What, on average, does a simple packing insert

4 cost to place in an individual package?

5     A    Under 10 cents.

6     Q    In this case, it needs to be provided with every

7 order?

8     A    From Colorado.

9     Q    So this would be something south of a dime, but

10 for every single order placed?

11     A    Yes. And then with gifts and ship-to's, because

12 the package isn't going -- since the package is not going

13 to the purchaser, you'd have to have a separate notice

14 mailed to the purchaser. In other words, we're not going

15 to put a notice in the box that this gift -- your

16 purchaser is going to have to pay the sales tax. We're

17 not going to do that. So we're going to have to take

18 that fact, whether it's a ship-to or a gift, and send

19 that to the purchaser. Then the question I would think

20 would be, does it have to go first-class or can it go

21 bulk.

22     Q    So that would be an additional cost with the

23 ship-to's and gifts?

24     A    Yes.

25     Q    Ms. Scoville asked you questions as well about