1        IN THE UNITED STATES DISTRICT COURT

2            FOR THE DISTRICT OF COLORADO

3

4    Civil Action No. 10-CV-01546-REB-CBS

5

6    The Direct Marketing Association,

7                    Plaintiff,

8                    v.

9    Roxy Huber, in her capacity as Executive

10   Director, Colorado Department of Revenue,

11                   Defendant.

12

13       DEPOSITION OF THOMAS J. ADLER, Ph.D. taken at

14   Norwich, Vermont, on October 22, 2010.

15

16   APPEARANCES:

17       Matthew P. Schaefer, Esquire
         Brann & Isaacson

18       184 Main Street, Fourth Floor
         P.O. Box 3070

19       Lewiston, Maine, 04243-3070, on behalf of the
         Plaintiff, The Direct Marketing Association.

20
         Jack Wesoky, Esquire

21       Senior Assistant Attorney General
         1525 Sherman Street, 7th Floor

22       Denver, Colorado, 80203, on behalf of the Roxy
         Huber in her capacity as Executive Director,

23       Colorado Department of Revenue.

Ex.10

Page 137

1    Q    About Professor Keller commenting on the survey?

2    A    Yes.

3    Q    And that Mr. Schaefer will file the Keller

4         affidavit and the survey report?

5              MR. SCHAEFER:   Objection.   Mischaracterizes

6         the document.

7    A    Yes.

8    Q    Well, you were not going to file a Keller

9         affidavit, were you?

10   A    No.

11   Q    I didn't think so.  It says May 2 in effect.  What

12        does that mean?   May 1 in effect.

13   A    My recollection was that the law was in effect on

14        May 1.

15   Q    Okay.  Next is May 19th.  Can you tell me what

16        that note is?

17   A    So this looks like kind of a repeat of the

18        specific objectives, what we wanted to find out.

19   Q    So you wanted to find out whether turning over the

20        information will cause people to not purchase?

21   A    Right, versus not paying taxes.  We wanted to

22        avoid getting into the issue of people not liking

23        to pay taxes because we know nobody does.