**Second Regular Session**
**Sixty-seventh General Assembly**
**STATE OF COLORADO**

**REENGROSSED**

*This Version Includes All Amendments*
*Adopted in the House of Introduction*

LLS NO. 10-0739.01 Esther van Mourik                    **HOUSE BILL 10-1193**

**HOUSE SPONSORSHIP**

**Pommer,**

**SENATE SPONSORSHIP**

**Heath,**

| **House Committees** | **Senate Committees** |
|---|---|
| Finance | |
| Appropriations | |

**A BILL FOR AN ACT**

101   Concerning the collection of sales and use taxes on sales

102      made by out-of-state retailers, and making an

103      appropriation therefor.

**Bill Summary**

*(Note: This summary applies to this bill as introduced and does not reflect any amendments that may be subsequently adopted. If this bill passes third reading in the house of introduction, a bill summary that applies to the reengrossed version of this bill will be available at http://www.leg.state.co.us/billsummaries.)*

**Section 1** of the bill relates to current law requiring a retailer to collect sales tax from a person residing in this state only if the retailer has sufficient connections with this state. Commencing March 1, 2010, section 1 articulates a presumption that any out-of-state retailer that has

Shading denotes HOUSE amendment. Double underlining denotes SENATE amendment.
*Capital letters indicate new material to be added to existing statute.*
*Dashes through the words indicate deletions from existing statute.*

HOUSE
3rd Reading Unamended
February 1, 2010

HOUSE
Amended 2nd Reading
January 29, 2010

Ex. 1

a referral relationship with an affiliate has an obligation to collect sales tax. The bill specifies that the presumption may be rebutted by the out-of-state retailer if the retailer can show that the affiliate with whom the retailer has such a relationship did not engage in active solicitation. The bill defines an affiliate as a person residing in this state that solicits business by means of a public forum in this state.

       **Section 2** specifies that, for purposes of any efforts to collect use tax, the executive director of the department of revenue may issue a subpoena to any out-of-state retailer if the out-of-state retailer refuses to voluntarily furnish specific information when requested and may take the out-of-state retailer's testimony under oath. If the out-of-state retailer fails or refuses to respond to the subpoena and give testimony, the executive director may apply to any judge of the district court of the state of Colorado for an attachment against the out-of-state retailer for contempt.

---

1    *Be it enacted by the General Assembly of the State of Colorado:*

2    **SECTION 1.**  39-26-102 (3) (b) and (8), Colorado Revised

3    Statutes, are amended to read:

4    **39-26-102. Definitions.**  As used in this article, unless the context

5    otherwise requires:

6    (3)  "Doing business in this state" means the selling, leasing, or

7    delivering in this state, or any activity in this state in connection with the

8    selling, leasing, or delivering in this state, of tangible personal property

9    by a retail sale as defined in this section, for use, storage, distribution, or

10    consumption within this state. This term includes, but shall not be limited

11    to, the following acts or methods of transacting business:

12    (b) (I)  The soliciting, either by direct representatives, indirect

13    representatives, manufacturers' agents, or by distribution of catalogues or

14    other advertising, or by use of any communication media, or by use of the

15    newspaper, radio, or television advertising media, or by any other means

16    whatsoever, of business from persons residing in this state and by reason

17    thereof receiving orders from, or selling or leasing tangible personal

1193
Ex. 1

1    property to, such persons residing in this state for use, consumption,

2    distribution, and storage for use or consumption in this state.

3            (II) (A) COMMENCING MARCH 1, 2010, IF A RETAILER ENTERS INTO

4    AN AGREEMENT WITH AN AFFILIATE UNDER WHICH THE AFFILIATE, FOR A

5    COMMISSION OR OTHER CONSIDERATION, DIRECTLY OR INDIRECTLY REFERS

6    POTENTIAL CUSTOMERS, WHETHER BY A LINK ON AN INTERNET WEB SITE

7    OR OTHERWISE, TO THE RETAILER, THEN THE AFFILIATE SHALL BE

8    PRESUMED TO HAVE SOLICITED BUSINESS ON BEHALF OF SUCH RETAILER

9    AND SUCH RETAILER IS DEEMED TO BE DOING BUSINESS IN THIS STATE.

10   THIS PRESUMPTION SHALL NOT APPLY UNLESS THE CUMULATIVE GROSS

11   RECEIPTS FROM SALES BY THE RETAILER TO CUSTOMERS IN THE STATE WHO

12   ARE REFERRED TO THE RETAILER BY ALL AFFILIATES WITH THIS TYPE OF AN

13   AGREEMENT WITH THE RETAILER ARE IN EXCESS OF TEN THOUSAND

14   DOLLARS DURING THE PRECEDING CALENDAR YEAR. THIS PRESUMPTION

15   MAY BE REBUTTED BY PROOF THAT THE AFFILIATE WITH WHOM THE

16   RETAILER HAS AN AGREEMENT DID NOT ENGAGE IN ANY SOLICITATION IN

17   THIS STATE ON BEHALF OF THE RETAILER THAT WOULD SATISFY THE NEXUS

18   REQUIREMENT OF THE UNITED STATES CONSTITUTION DURING THE

19   CALENDAR YEAR IN QUESTION. NOTHING IN THIS SUBPARAGRAPH (II)

20   SHALL BE CONSTRUED TO NARROW THE SCOPE OF ANY TERM FOR PURPOSES

21   OF THIS ARTICLE.

22           (B)   FOR PURPOSES OF THIS SUBPARAGRAPH (II), "AFFILIATE"

23   MEANS A PERSON RESIDING IN THIS STATE THAT PUBLICLY, NOT INCLUDING

24   ELECTRONICALLY, SOLICIT BUSINESS BY MEANS OF THEIR PHYSICAL

25   PRESENCE IN THIS STATE.

26           (8) "Retailer" or "vendor" means a person doing a retail business

27   IN THIS STATE, known to the trade and public as such, and selling to the

1    user or consumer, and not for resale.

2    **SECTION 2.** 39-21-112, Colorado Revised Statutes, is amended

3    BY THE ADDITION OF A NEW SUBSECTION to read:

4    **39-21-112.    Duties and powers of executive director.**

5    (3.5) (a)   IF ANY OUT-OF-STATE RETAILER REFUSES VOLUNTARILY TO

6    FURNISH ANY OF THE INFORMATION SPECIFIED IN SUBSECTION (1) OF THIS

7    SECTION WHEN REQUESTED BY THE EXECUTIVE DIRECTOR OF THE

8    DEPARTMENT OF REVENUE OR HIS OR HER EMPLOYEE, AGENT, OR

9    REPRESENTATIVE, THE EXECUTIVE DIRECTOR, BY SUBPOENA ISSUED UNDER

10    THE EXECUTIVE DIRECTOR'S HAND, MAY REQUIRE THE ATTENDANCE OF

11    THE OUT-OF-STATE RETAILER AND THE PRODUCTION BY HIM OR HER OF

12    ANY OF THE FOREGOING INFORMATION IN THE OUT-OF-STATE RETAILER'S

13    POSSESSION AND MAY ADMINISTER AN OATH TO HIM OR HER AND TAKE HIS

14    OR HER TESTIMONY. IF THE OUT-OF-STATE RETAILER FAILS OR REFUSES TO

15    RESPOND TO SAID SUBPOENA AND GIVE TESTIMONY, THE EXECUTIVE

16    DIRECTOR MAY APPLY TO ANY JUDGE OF THE DISTRICT COURT OF THE

17    STATE OF COLORADO TO ENFORCE SUCH SUBPOENA BY ANY APPROPRIATE

18    ORDER, INCLUDING, IF APPROPRIATE, AN ATTACHMENT AGAINST THE

19    OUT-OF-STATE RETAILER AS FOR CONTEMPT, AND UPON HEARING, SAID

20    JUDGE HAS, FOR THE PURPOSE OF ENFORCING OBEDIENCE TO THE

21    REQUIREMENTS OF SAID SUBPOENA, POWER TO MAKE SUCH ORDER AS, IN

22    HIS OR HER DISCRETION, HE OR SHE DEEMS CONSISTENT WITH THE LAW FOR

23    PUNISHMENT OF CONTEMPTS.

24    (b)   FOR PURPOSES OF THIS SUBSECTION (3.5), "RETAILER" SHALL

25    HAVE THE SAME MEANING AS SET FORTH IN SECTION 39-26-102 (8).

26    **SECTION 3.**  Part 1 of article 21 of title 39, Colorado Revised

27    Statutes, is amended BY THE ADDITION OF A NEW SECTION to

1     read:

2         **39-21-122. Revenue impact of 2010 tax legislation - tracking**

3     **by department.** THE DEPARTMENT OF REVENUE SHALL ACCOUNT FOR ALL

4     REVENUE ATTRIBUTABLE TO THE ENACTMENT OF HOUSE BILL 10-1193,

5     ENACTED IN 2010, AND SHALL, TO THE EXTENT SUCH INFORMATION IS

6     AVAILABLE, MAKE QUARTERLY REPORTS TO THE GENERAL ASSEMBLY

7     REGARDING THE QUARTERLY AND CUMULATIVE NET REVENUE GAIN TO THE

8     STATE RESULTING FROM THE ENACTMENT OF SAID BILL.

9         **SECTION 4.** Part 1 of article 75 of title 24, Colorado Revised

10     Statutes, is amended BY THE ADDITION OF A NEW SECTION to

11     read:

12         **24-75-113. 2010 bills to increase state revenue - prohibition on**

13     **hiring of new state employees.** NO MONEYS DERIVED FROM THE

14     INCREASE IN STATE REVENUES RESULTING FROM THE PASSAGE OF HOUSE

15     BILL 10-1193, ENACTED IN 2010, SHALL BE APPROPRIATED FOR THE

16     PURPOSE OF FUNDING ADDITIONAL FULL TIME EQUIVALENT STATE

17     EMPLOYEES.

18         **SECTION 5. Appropriation.** In addition to any other

19     appropriation, there is hereby appropriated, out of any moneys in the

20     general fund not otherwise appropriated, to the department of revenue, for

21     allocation to the taxation business group, taxation and compliance

22     division, for the fiscal year beginning July 1, 2009, the sum of ninety-four

23     thousand three hundred twenty-two dollars ($94,322) and 0.9 FTE, or so

24     much thereof as may be necessary, for the implementation of this act.

25         **SECTION 6. Safety clause.** The general assembly hereby finds,

26     determines, and declares that this act is necessary for the immediate

27     preservation of the public peace, health, and safety.

1193
Ex. 1