IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-01546-REB-CBS

The Direct Marketing Association,

Plaintiff,

v.

Roxy Huber, in her capacity as Executive Director, Colorado Department of Revenue,

Defendant.

## DECLARATION OF STANLEY WILLIAMS

I, Stanley Williams, pursuant to 28 U.S.C. § 1746 do depose and state as follows:

1. I was previously employed by the Colorado Department of Revenue for 41 years and was formerly head of the Income Tax Accounting Section. In that position I designed the income tax forms for the Department until I retired in 1997.

2. Between approximately 1966 and 1974, the Department included a consumer's use tax return with the income tax return forms.

3. The Department determined to discontinue this practice because the amount of use tax collected did not justify the expense of printing and including the use tax return with the income tax return forms.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on this 17th day of November, 2010.

*Stanley Williams*

Stanley Williams

Ex. 2