IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-01546-REB-CBS

THE DIRECT MARKETING ASSOCIATION,

    Plaintiff,

v.

BARBARA BROHL, in her capacity as Executive Director,
COLORADO DEPARTMENT OF REVENUE,

    Defendant.

## NOTICE OF APPEAL

Notice is hereby given that Defendant, Barbara Brohl, in her capacity as the Executive Director of the Colorado Department of Revenue,[1] hereby appeals to the United States Court of Appeals for the Tenth Circuit from the Order Concerning Cross Motions for Summary Judgment ("Order") entered in this action on March 30, 2012 [Dkt. #105]. Because the Order issued a permanent injunction, the United States Court of Appeals for the Tenth Circuit has jurisdiction pursuant to 28 U.S.C. § 1292(a)(1).

Respectfully submitted this 27th day of April, 2012.

---

[1] Defendant amends the caption of this case pursuant to Federal Rule of Civil Procedure 25(d), which provides that a public officer's successor is automatically substituted as a party. Barbara Brohl was appointed as the Executive Director of the Colorado Department of Revenue in June 2011 and confirmed on April 2, 2012, replacing the former Executive Director, Roxy Huber.

JOHN W. SUTHERS
Attorney General

*s/ Melanie J. Snyder*
MELANIE J. SNYDER, 35835*
First Assistant Attorney General
STEPHANIE LINDQUIST SCOVILLE, 31182*
JACK M. WESOKY, 6001*
Senior Assistant Attorneys General
1525 Sherman Street, 7th Floor
Denver, Colorado 80203
Telephone: (303) 866-5273 (Snyder)
Telephone: (303) 866-5241 (Scoville)
Telephone: (303) 866-5512 (Wesoky)
Fax: (303) 866-5395
E-mail: melanie.snyder@state.co.us
E-Mail: stephanie.scoville@state.co.us
E-Mail: jack.wesoky@state.co.us
*Counsel of Record

Attorneys for Defendant

3

## **CERTIFICATE OF SERVICE**

IT IS HEREBY CERTIFIED that on the 27th day of April, 2012, a copy of the foregoing NOTICE OF APPEAL was, in addition to being electronically filed with the Clerk of the Court using the CM/ECF system, sent to the following e-mail addresses via the CM/ECF system:

gissacson@brannlaw.com
mschafer@brannlaw.com

*Counsel for Plaintiff*

              *s/ Jennifer Duran*