APPEAL,NDISPO

# U.S. District Court
## District of Colorado (Denver)
### CIVIL DOCKET FOR CASE #: 1:10−cv−01546−REB−CBS

| | |
|---|---|
| Direct Marketing Association, The v. Huber | Date Filed: 06/30/2010 |
| Assigned to: Judge Robert E. Blackburn | Jury Demand: None |
| Referred to: Magistrate Judge Craig B. Shaffer | Nature of Suit: 950 Constitutional − State Statute |
| Case in other court:  USCA, 11−01082 | Jurisdiction: Federal Question |
| Cause: 42:1983 Civil Rights Act | |

**Plaintiff**

**Direct Marketing Association, The**     represented by **George Steven Isaacson**
Brann &Isaacson
P.O. Box 3070
184 Main Street
Lewiston, ME 04243−3070
207−786−3566
Fax: 207−783−9325
Email: gisaacson@brannlaw.com
*ATTORNEY TO BE NOTICED*

**Matthew Peter Schaefer**
Brann &Isaacson
P.O. Box 3070
184 Main Street
Lewiston, ME 04243−3070
207−786−3566
Fax: 207−783−9325
Email: mschaefer@brannlaw.com
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Roxy Huber**     represented by **Jack M. Wesoky**
*in her capacity as Executive Director, Colorado Department of Revenue*
Colorado Attorney General's Office−Business &Licensing
1525 Sherman Street
5th Floor
Denver, CO 80203
303−866−5512
Email: jack.wesoky@state.co.us
*ATTORNEY TO BE NOTICED*

**Karen Michelle McGovern**
Colorado Attorney General's Office
1525 Sherman Street
Denver, CO 80203
303−866−5455
Fax: 303−866−5395
Email: karen.mcgovern@state.co.us
*TERMINATED: 09/27/2010*

**Melanie J. Snyder**
Colorado Attorney General's Office
1525 Sherman Street
Denver, CO 80203
303−866−5273
Email: melanie.snyder@state.co.us
*ATTORNEY TO BE NOTICED*

**Robert H. Dodd , Jr.**
Colorado Attorney General's
Office−Business &Licensing
1525 Sherman Street
5th Floor
Denver, CO 80203
303−866−4589
Fax: 866−5691
Email: robert.dodd@state.co.us
*TERMINATED: 08/30/2010*

**Stephanie Lindquist Scoville**
Colorado Attorney General's
Office−Department of Law
1525 Sherman Street
7th Floor
Denver, CO 80203
303−866−5241
Fax: 303−866−5443
Email: stephanie.scoville@state.co.us
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 06/30/2010 | 1 | COMPLAINT against Roxy Huber ( Filing fee $ 350, Receipt Number 29213) Summons Issued, filed by Direct Marketing Association, The. (Attachments: # 1 Civil Cover Sheet, # 2 Receipt)(jak, ) (Entered: 06/30/2010) |
| 07/01/2010 | 2 | ORDER REFERRING CASE to Magistrate Judge Craig B. Shaffer, for non−dispositive matters, by Judge Robert E. Blackburn on 7/1/10. (rebsec, ) (Entered: 07/01/2010) |
| 07/07/2010 | 3 | ORDER setting a Scheduling Conference on 9/23/2010 at 10:00 a.m., in Courtroom A 402, by Magistrate Judge Craig B. Shaffer on 7/7/10. (cbssec) (Entered: 07/07/2010) |
| 07/09/2010 | 4 | NOTICE of Entry of Appearance by Robert H. Dodd, Jr on behalf of Roxy Huber (Dodd, Robert) (Entered: 07/09/2010) |
| 07/20/2010 | 5 | SUMMONS Returned Executed by Direct Marketing Association, The. Roxy Huber served on 7/2/2010, answer due 7/23/2010. (Schaefer, Matthew) (Entered: 07/20/2010) |
| 07/20/2010 | 6 | CORPORATE DISCLOSURE STATEMENT by Plaintiff Direct Marketing Association, The.. (Schaefer, Matthew) (Entered: 07/20/2010) |
| 07/20/2010 | 7 | Unopposed MOTION for Extension of Time to File Answer or Otherwise Respond re 1 Complaint *and Leave to Extend Page Limitation* by Defendant Roxy Huber. (Attachments: # 1 Proposed Order (PDF Only))(Scoville, Stephanie) (Entered: 07/20/2010) |
| 07/20/2010 | 8 | MEMORANDUM regarding 7 Unopposed MOTION for Extension of Time to File Answer or Otherwise Respond re 1 Complaint *and Leave to Extend Page Limitation* filed by Roxy Huber.Motions referred to Magistrate Judge Craig B. Shaffer by Judge Robert E. Blackburn on 7/20/10. TEXT ONLY ENTRY − NO DOCUMENT ATTACHED(rebsec, ) (Entered: 07/20/2010) |
| 07/21/2010 | 9 | MINUTE ORDER granting 7 Motion for Extension of Time to Answer or Otherwise Respond. Defendant has up to and including 7/30/10 to file a responsive pleading, of no more than forty pages, to Plaintiff's 1 Complaint, by Magistrate Judge Craig B. Shaffer on 7/21/10.TEXT ONLY ENTRY − NO DOCUMENT ATTACHED (cbssec) (Entered: 07/21/2010) |
| 07/23/2010 | 10 | FIRST AMENDED COMPLAINT against Roxy Huber, filed by Direct Marketing Association, The.(Isaacson, George) Modified on 7/26/2010 to note that the document is the First Amended Complaint (sah, ). (Entered: 07/23/2010) |

| | | |
|---|---|---|
| 07/26/2010 | 11 | Docket Annotation re: 10 Amended Complaint. Entry modified on 7/26/2010 to note that the document is the First Amended Complaint. TEXT ONLY ENTRY − NO DOCUMENT ATTACHED (sah, ) (Entered: 07/26/2010) |
| 07/30/2010 | 12 | Unopposed MOTION for Leave to File Excess Pages *in connection with motion for preliminary injunction* by Plaintiff Direct Marketing Association, The. (Attachments: # 1 Proposed Order (PDF Only))(Schaefer, Matthew) (Entered: 07/30/2010) |
| 07/30/2010 | 13 | MINUTE ORDER granting in part 12 Motion for Leave to File Excess Pages by Judge Robert E. Blackburn on 7/30/10. Plaintiff shall file their motion for preliminary injunction that shall not exceed THIRTY (30) pages. Defendant shall file a response to the motion for preliminary injunction that shall not exceed THIRTY (30)pages.TEXT ONLY ENTRY − NO DOCUMENT ATTACHED (rebsec, ) (Entered: 07/30/2010) |
| 07/30/2010 | 14 | MOTION to Dismiss 10 Plaintiff's First Amended Complaint by Defendant Roxy Huber. (Attachments: # 1 Exhibit A, # 2 Exhibit B)(McGovern, Karen) Modified on 8/2/2010 to create linkage (sah2, ). (Entered: 07/30/2010) |
| 08/13/2010 | 15 | MOTION for Preliminary Injunction *with Incorporated Memorandum of Law* by Plaintiff Direct Marketing Association, The. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2)(Isaacson, George) (Entered: 08/13/2010) |
| 08/13/2010 | 16 | DECLARATION of *Jerry Cerasale* regarding MOTION for Preliminary Injunction *with Incorporated Memorandum of Law* 15 by Plaintiff Direct Marketing Association, The. (Isaacson, George) (Entered: 08/13/2010) |
| 08/13/2010 | 17 | DECLARATION of *Jeana M. Petillo* regarding MOTION for Preliminary Injunction *with Incorporated Memorandum of Law* 15 by Plaintiff Direct Marketing Association, The. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Exhibit F, # 7 Exhibit G)(Isaacson, George) (Entered: 08/13/2010) |
| 08/13/2010 | 18 | DECLARATION of *Kevin Lane Keller* regarding MOTION for Preliminary Injunction *with Incorporated Memorandum of Law* 15 by Plaintiff Direct Marketing Association, The. (Attachments: # 1 Exhibit A)(Isaacson, George) (Entered: 08/13/2010) |
| 08/13/2010 | 19 | DECLARATION of *Thomas J. Adler, PhD* regarding MOTION for Preliminary Injunction *with Incorporated Memorandum of Law* 15 by Plaintiff Direct Marketing Association, The. (Attachments: # 1 Exhibit A, # 2 Exhibit B)(Isaacson, George) (Entered: 08/13/2010) |
| 08/13/2010 | 20 | Unopposed MOTION for Extension of Time to File Response/Reply as to 14 MOTION to Dismiss *Plaintiff's First Amended Complaint , and for enlargement of page limitation for opposition* by Plaintiff Direct Marketing Association, The. (Attachments: # 1 Proposed Order (PDF Only) for unopposed motion)(Schaefer, Matthew) (Entered: 08/13/2010) |
| 08/19/2010 | 21 | MINUTE ORDER. Plaintiffs Unopposed Motion For Extension of Time and For Leave To Exceed Page Limitation in Opposition To Defendants Motion To Dismiss Plaintiffs First Amended Complaint 14 , 20 is GRANTED in part. Plaintiff shall have until 08/27/2010 to file its response. The brief shall not exceed 36 pages. By Judge Robert E. Blackburn on 08/19/2010.(sah, ) (Entered: 08/19/2010) |
| 08/25/2010 | 22 | NOTICE of Entry of Appearance by Jack M. Wesoky on behalf of Roxy Huber (Wesoky, Jack) (Entered: 08/25/2010) |
| 08/27/2010 | 23 | BRIEF in Opposition to 14 MOTION to Dismiss *Plaintiff's First Amended Complaint* filed by Plaintiff Direct Marketing Association, The. (Isaacson, George) (Entered: 08/27/2010) |
| 08/30/2010 | 24 | Unopposed MOTION to Withdraw as Attorney *for Defendant* by Defendant Roxy Huber. (Attachments: # 1 Proposed Order (PDF Only))(Dodd, Robert) (Entered: 08/30/2010) |

| | | |
|---|---|---|
| 08/30/2010 | 25 | MEMORANDUM regarding 24 Unopposed MOTION to Withdraw as Attorney *for Defendant* filed by Roxy Huber.Motions referred to Magistrate Judge Craig B. Shaffer by Judge Robert E. Blackburn on 8/30/10. TEXT ONLY ENTRY − NO DOCUMENT ATTACHED(rebsec, ) (Entered: 08/30/2010) |
| 08/30/2010 | 26 | MINUTE ORDER granting 24 Motion to Withdraw as Attorney. Attorney Robert H. Dodd, Jr terminated, by Magistrate Judge Craig B. Shaffer on 8/30/10.TEXT ONLY ENTRY − NO DOCUMENT ATTACHED (cbssec) (Entered: 08/30/2010) |
| 09/01/2010 | 27 | (WITHDRAWN)Unopposed MOTION for Order to ON DEFENDANTS UNOPPOSED MOTION 1) FOR LIMITED EXPEDITED DISCOVERY, 2) TO CONSOLIDATE PRELIMINARY INJUNCTION PROCEEDINGS WITH A TRIAL ON THE MERITS ON PLAINTIFFS COMMERCE CLAUSE CLAIMS, 3) TO STAY PROCEEDINGS ON PLAINTIFFS REMAINING CLAIMS, AND 4) IN THE ALTERNATIVE, FOR AN EXTENSION OF TIME IN WHICH DEFENDANT MAY RESPOND TO PLAINTIFFS MOTION FOR PRELIMINARY INJUNCTION AND REPLY IN SUPPORT OF HER MOTION TO DISMISS by Defendant Roxy Huber. (Attachments: # 1 Proposed Order (PDF Only))(Scoville, Stephanie) Modified on 10/5/2010 pursuant to the Minute Entry dated 10/01/2010 (sah2, ). (Entered: 09/01/2010) |
| 09/16/2010 | 28 | Unopposed MOTION for Extension of Time to File Response/Reply *in Support of her Motion to Dismiss* by Defendant Roxy Huber. (Attachments: # 1 Proposed Order (PDF Only))(Scoville, Stephanie) (Entered: 09/16/2010) |
| 09/16/2010 | 29 | Proposed Scheduling Order *(submitted jointly by the parties)* by Plaintiff Direct Marketing Association, The. (Attachments: # 1 Exhibit A, # 2 Exhibit B)(Schaefer, Matthew) (Entered: 09/16/2010) |
| 09/16/2010 | 30 | NOTICE re 14 MOTION to Dismiss *Plaintiff's First Amended Complaint (Partial Withdrawl of Motion to Dismiss)* by Defendant Roxy Huber (Scoville, Stephanie) (Entered: 09/16/2010) |
| 09/17/2010 | 31 | MINUTE ORDER. Defendants Unopposed Motion For Extension of Time in Which To Reply in Support of Her Motion To Dismiss 28 filed 09/16/2010, is GRANTED on the terms stated in this order. By Judge Robert E. Blackburn on 09/17/2010.(sah, ) (Entered: 09/17/2010) |
| 09/20/2010 | 32 | MINUTE ORDER *sua sponte* resetting the 9/23/10 Scheduling Conference to 9/24/2010 at 2:30 p.m. in Courtroom A402, pursuant to a conflict on the court's calendar. All of the deadlines set forth in the Court's 3 Order filed on 7/7/10 remain unchanged, by Magistrate Judge Craig B. Shaffer on 9/20/10. TEXT ONLY ENTRY − NO DOCUMENT ATTACHED(cbssec) (Entered: 09/20/2010) |
| 09/21/2010 | 33 | NOTICE of Entry of Appearance *of Melanie J. Snyder* by Melanie J. Snyder on behalf of Roxy Huber (Snyder, Melanie) (Entered: 09/21/2010) |
| 09/24/2010 | 34 | COURTROOM MINUTES − Minute Entry for proceedings held before Magistrate Judge Craig B. Shaffer: A Scheduling Conference was held on 9/24/2010. ORDERED: A Further Scheduling Conference is set for 10/1/2010 at 08:00 AM before Magistrate Judge Craig B. Shaffer. Out of town counsel may appear via phone by calling 303.844.2117 at the scheduled time. (Court Reporter FTR − Linda Kahoe) (cbscd) (Entered: 09/24/2010) |
| 09/27/2010 | 35 | Joint MOTION to Withdraw as Attorney by Defendant Roxy Huber. (Attachments: # 1 Proposed Order (PDF Only))(McGovern, Karen) (Entered: 09/27/2010) |
| 09/27/2010 | 36 | MEMORANDUM regarding 35 Joint MOTION to Withdraw as Attorney filed by Roxy Huber.Motions referred to Magistrate Judge Craig B. Shaffer by Judge Robert E. Blackburn on 9/27/10. TEXT ONLY ENTRY − NO DOCUMENT ATTACHED(rebsec, ) (Entered: 09/27/2010) |
| 09/27/2010 | 37 | MINUTE ORDER granting 35 Motion to Withdraw as Attorney. Attorney Karen Michelle McGovern is terminated as counsel of record, by Magistrate Judge Craig B. Shaffer on 9/27/10.TEXT ONLY ENTRY − NO DOCUMENT ATTACHED (cbssec) (Entered: 09/27/2010) |

| | | |
|---|---|---|
| 10/01/2010 | 38 | Proposed Scheduling Order *(Plaintiff's Proposal)* by Plaintiff Direct Marketing Association, The. (Schaefer, Matthew) (Entered: 10/01/2010) |
| 10/01/2010 | 39 | Minute Entry for Scheduling Conference held before Magistrate Judge Craig B. Shaffer on 10/1/2010; Court enters a schedule for resolution of the Plaintiff's pending Motion for Preliminary Injunction and Incorporated Memorandum of Law 15 . Counsel for defendants makes an oral motion to withdraw the Unopposed Motion for Order. The oral motion to withdraw 27 Defendants' Unopposed Motion for Order is GRANTED and the motion is WITHDRAWN. See attached document for deadlines. (Court Reporter FTR − Monique Wiles) (klmcd ) (Entered: 10/04/2010) |
| 10/01/2010 | 40 | SCHEDULING ORDER, by Magistrate Judge Craig B. Shaffer on 10/1/2010. (klmcd ) (Entered: 10/04/2010) |
| 10/01/2010 | 41 | Minute Entry for Telephonic Status Conference proceedings held before Magistrate Judge Craig B. Shaffer on 10/1/2010; Defendants' Motion 22 to Stay Discovery is GRANTED. Discovery is stayed pending a ruling on the Defendants' Motion to Dismiss 5 . (Court Reporter FTR − Monique Wiles) (klmc, ) (Entered: 10/04/2010) |
| 10/04/2010 | 42 | Docket Annotation re: 41 Status Conference, Minute Entry was docketed in the wrong case. TEXT ONLY ENTRY − NO DOCUMENT ATTACHED (sah, ) (Entered: 10/04/2010) |
| 10/12/2010 | 43 | MINUTE ORDER setting a Telephonic Discovery Hearing on 10/14/2010 at 2:00 p.m., pursuant to an unopposed request made by counsel for Defendant. *Counsel shall coordinate to create a conference call among themselves before contacting the court (303.844.2117) at the scheduled time,* by Magistrate Judge Craig B. Shaffer on 10/12/10. TEXT ONLY ENTRY − NO DOCUMENT ATTACHED(cbssec) (Entered: 10/12/2010) |
| 10/14/2010 | 44 | COURTROOM MINUTES − Minute Entry for proceedings held before Magistrate Judge Craig B. Shaffer: A Telephonic Discovery Hearing was held on 10/14/2010. ORDERED: The court will apply the current Rule 26 that is in effect, WITHOUT PREJUDICE to the Plaintiff's right to withhold materials that they believe, consistent with the case law, Rule 501, and Rule 26, can be properly withheld. Consistent with Rule 26(b)(5), the Plaintiff is REQUIRED to provide a privilege log of any materials that are withheld. The court will allow the parties to decide whether or not the privilege is properly asserted. By Magistrate Judge Craig B. Shaffer. (Court Reporter FTR − Linda Kahoe) (cbscd) (Entered: 10/14/2010) |
| 10/28/2010 | 45 | Unopposed MOTION for Extension of Time to *Produce Final Expert Report* by Defendant Roxy Huber. (Attachments: # 1 Proposed Order (PDF Only))(Scoville, Stephanie) (Entered: 10/28/2010) |
| 10/29/2010 | 46 | MEMORANDUM regarding 45 Unopposed MOTION for Extension of Time to *Produce Final Expert Report* filed by Roxy Huber.Motions referred to Magistrate Judge Craig B. Shaffer by Judge Robert E. Blackburn on 10/29/10. TEXT ONLY ENTRY − NO DOCUMENT ATTACHED(rebsec, ) (Entered: 10/29/2010) |
| 10/29/2010 | 47 | MINUTE ORDER granting 45 Motion for Extension of Time. Defendant has up to and including November 15, 2010 in which to produce a final expert report for its expert on the issue of compliance costs, by Magistrate Judge Craig B. Shaffer on 10/29/10.TEXT ONLY ENTRY − NO DOCUMENT ATTACHED (cbssec) (Entered: 10/29/2010) |
| 10/29/2010 | 48 | AMENDED MINUTE ORDER granting 45 Motion for Extension of Time. Defendant has up to and including November 10, 2010 in which to produce a final expert report for its expert on the issue of compliance costs, by Magistrate Judge Craig B. Shaffer on 10/29/10. TEXT ONLY ENTRY − NO DOCUMENT ATTACHED(cbssec) (Entered: 10/29/2010) |
| 11/08/2010 | 49 | ORDER. This matter is before me on the Plaintiffs Motion for a Preliminary Injunction and Incorporated Memorandum of Law 15 filed 08/13/2010. The defendants response to this motion is due to be filed on 11/19/2010, and the plaintiffs reply is due to be filed on 11/29/2010. On or before 12/03/2010, the parties SHALL FILE a joint status report specifying the amount of time each party estimates she or it will need to present evidence and argument at any hearing on the |

| | | |
|---|---|---|
| | | plaintiffs motion for preliminary injunction; by Judge Robert E. Blackburn on 11/08/2010. (sah, ) (Entered: 11/08/2010) |
| 11/19/2010 | 50 | RESPONSE to 15 MOTION for Preliminary Injunction *with Incorporated Memorandum of Law* filed by Defendant Roxy Huber. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5, # 6 Exhibit 6, # 7 Exhibit 7, Part 1, # 8 Exhibit 7, Part 2, # 9 Exhibit 7, Part 3, # 10 Exhibit 7, Part 4, # 11 Exhibit 7, Part 5, # 12 Exhibit 7, Part 6, # 13 Exhibit 7, Part 7, # 14 Exhibit 8, # 15 Exhibit 9, # 16 Exhibit 10, # 17 Exhibit 11, # 18 Exhibit 12, # 19 Exhibit 13, # 20 Exhibit 14, # 21 Exhibit 15, # 22 Exhibit 16, # 23 Exhibit 17)(Scoville, Stephanie) (Entered: 11/19/2010) |
| 11/23/2010 | 51 | Unopposed MOTION for Leave to File Excess Pages *for Reply to Opposition to Motion for Preliminary Injunction* by Plaintiff Direct Marketing Association, The. (Attachments: # 1 Proposed Order (PDF Only))(Schaefer, Matthew) (Entered: 11/23/2010) |
| 11/23/2010 | 52 | MOTION for Leave to File Excess Pages *for her Reply Brief in Support of Motion to Dismiss* by Defendant Roxy Huber. (Attachments: # 1 Proposed Order (PDF Only))(Scoville, Stephanie) (Entered: 11/23/2010) |
| 11/23/2010 | 53 | RESPONSE to 52 MOTION for Leave to File Excess Pages *for her Reply Brief in Support of Motion to Dismiss* filed by Plaintiff Direct Marketing Association, The. (Schaefer, Matthew) (Entered: 11/23/2010) |
| 11/24/2010 | 54 | MINUTE ORDER granting 51 Motion for Leave to File Excess Pages. Plaintiff is granted leave to file a reply brief to defendant's response in opposition to plaintiff's motion for preliminary injunction that shall not exceed fifteen 15 pages. By Judge Robert E. Blackburn on 11/24/10.TEXT ONLY ENTRY − NO DOCUMENT ATTACHED (rebsec, ) (Entered: 11/24/2010) |
| 11/24/2010 | 55 | MINUTE ORDER granting 52 Motion for Leave to File Excess Pages. Defendant is permitted to file a reply brief in support of her motion to dismiss not to exceed twenty 20 pages. By Judge Robert E. Blackburn on 11/24/10.TEXT ONLY ENTRY − NO DOCUMENT ATTACHED (rebsec, ) (Entered: 11/24/2010) |
| 11/29/2010 | 56 | REPLY to Response to 15 MOTION for Preliminary Injunction *with Incorporated Memorandum of Law* filed by Plaintiff Direct Marketing Association, The. (Attachments: # 1 Affidavit Reply Exh A (Barry Decl.), # 2 Deposition Excerpts Reply Exh B (Barry Deposition), # 3 Deposition Excerpts Reply Exh C (Gable Deposition), # 4 Deposition Excerpts Reply Exh D (Keller Deposition), # 5 Affidavit Reply Exh E (Adler Decl.), # 6 Deposition Excerpts Reply Exh F (Adler Deposition), # 7 Affidavit Reply Exh G (Woock Decl.), # 8 Deposition Excerpts Reply Exh H (Fox Deposition))(Isaacson, George) (Entered: 11/29/2010) |
| 11/30/2010 | 57 | REPLY to Response to 14 MOTION to Dismiss *Plaintiff's First Amended Complaint* filed by Defendant Roxy Huber. (Attachments: # 1 Exhibit Exhibit 1)(Snyder, Melanie) (Entered: 11/30/2010) |
| 12/03/2010 | 58 | Joint STATUS REPORT *Regarding Hearing on Motion for Preliminary Injunction* by Plaintiff Direct Marketing Association, The. (Isaacson, George) (Entered: 12/03/2010) |
| 12/06/2010 | 59 | ORDER. The Joint Status Report Regarding Hearing on Motion For Preliminary Injunction 58 filed 12/03/2010, is APPROVED. The stipulations stated in the joint status report concerning the composition of the record relevant to plaintiffs motion 15 are APPROVED. The parties request for oral argument is GRANTED. The court SHALL HEAR oral argument relevant to the issues raised by and inherent to the plaintiffs motion 15 on 01/13/2011, commencing at 10:00 a.m. (MST). By Judge Robert E. Blackburn on 12/06/2010. (sah, ) (Entered: 12/06/2010) |
| 12/16/2010 | 60 | Joint MOTION for Extension of Time to *File Joint Designations of Additional Deposition Testimony by One Day* by Defendant Roxy Huber. (Wesoky, Jack) (Entered: 12/16/2010) |
| 12/16/2010 | 61 | MINUTE ORDER granting 60 Motion for Extension of Time. Parties shall have until 12/17/10 to file their Joint Designation of Additional Deposition Testimony. By Judge Robert E. Blackburn on 12/16/10.TEXT ONLY ENTRY − NO |

| | | |
|---|---|---|
| | | DOCUMENT ATTACHED (rebsec, ) (Entered: 12/16/2010) |
| 12/16/2010 | 62 | MOTION for Leave to File Excess Pages *for Motion to Exclude Plaintiff's Expert Witnesses* by Defendant Roxy Huber. (Attachments: # 1 Proposed Order (PDF Only))(Snyder, Melanie) (Entered: 12/16/2010) |
| 12/16/2010 | 63 | MOTION to Exclude *the Testimony of Plaintiff's Expert Witnesses F. Curtis Barry, Thomas Adler, and Kevin Lane Keller* by Defendant Roxy Huber. (Attachments: # 1 Exhibit A− Barry Dep., # 2 Exhibit B− Barry Report, # 3 Exhibit C− Barry Dep. Exhs., # 4 Exhibit D− Adler Report and Decl., # 5 Exhibit E−1of5− Adler Dep. Exhs, # 6 Exhibit E−2of5− Adler Dep. Exhs, # 7 Exhibit E−3of5− Adler Dep. Exhs, # 8 Exhibit E−4of5− Adler Dep. Exhs, # 9 Exhibit E−5of5− Adler Dep. Exhs, # 10 Exhibit F− Adler Dep., # 11 Exhibit G− Lichtenstein Decl. and Report, # 12 Exhibit H− Keller Dep., # 13 Exhibit I− Keller Report and Decl., # 14 Exhibit J−1of3− Keller Dep. Exhs., # 15 Exhibit J−2of3− Keller Dep. Exhs., # 16 Exhibit J−3of3− Keller Dep. Exhs.)(Snyder, Melanie) (Entered: 12/16/2010) |
| 12/17/2010 | 64 | MINUTE ORDER. Defendants Unopposed Motion For Leave To Exceed Page Limitation For Her Motion To Exclude The Testimony of Plaintiffs Expert Witness 62 is GRANTED. Defendants Motion To Exclude The Testimony of Plaintiffs Expert Witnesses F. Curtis Barry, Thomas Adler, and Kevin Lane Keller 63 is accepted for filing. By Judge Robert E. Blackburn on 12/17/2010.(sah, ) (Entered: 12/17/2010) |
| 12/17/2010 | 65 | DESIGNATION OF DEPOSITION TESTIMONY *Joint Designation of Additional Deposition Testimony Regarding Plaintiff's Motion for Preliminary Injunction* by Plaintiff Direct Marketing Association, The. (Schaefer, Matthew) (Entered: 12/17/2010) |
| 12/17/2010 | 66 | DESIGNATION OF DEPOSITION TESTIMONY *Excerpts from the Transcript of the Deposition of F. Curtis Barry and accompanying deposition exhibits* by Plaintiff Direct Marketing Association, The. (Attachments: # 1 Exhibit Dep. Ex. 1, # 2 Exhibit Dep. Ex. 3, # 3 Exhibit Dep. Ex. 4, # 4 Exhibit Dep. Ex. 5, # 5 Exhibit Dep. Ex. 7, # 6 Exhibit Dep. Ex. 8, # 7 Exhibit Dep. Ex. 9, # 8 Exhibit Dep. Ex. 10, # 9 Exhibit Dep. Ex. 11, # 10 Exhibit Dep. Ex. 12, # 11 Exhibit Dep. Ex. 13, # 12 Exhibit Dep. Ex. 15)(Schaefer, Matthew) (Entered: 12/17/2010) |
| 12/17/2010 | 67 | DESIGNATION OF DEPOSITION TESTIMONY *Excerpts from the Transcript of the Deposition of Kevin Lane Keller and accompanying deposition exhibits* by Plaintiff Direct Marketing Association, The. (Attachments: # 1 Exhibit Dep. Ex. 16, # 2 Exhibit Dep. Ex. 17, # 3 Exhibit Dep. Ex. 18, # 4 Exhibit Dep. Ex. 19, # 5 Exhibit Dep. Ex. 20, # 6 Exhibit Dep. Ex. 21, # 7 Exhibit Dep. Ex. 22, # 8 Exhibit Dep. Ex. 23, # 9 Exhibit Dep. Ex. 24, # 10 Exhibit Dep. Ex. 25, # 11 Exhibit Dep. Ex. 26, # 12 Exhibit Dep. Ex. 29, # 13 Exhibit Dep. Ex. 30, # 14 Exhibit Dep. Ex. 31, # 15 Exhibit Dep. Ex. 32, # 16 Exhibit Dep. Ex. 33, # 17 Exhibit Dep. Ex. 34, # 18 Exhibit Dep. Ex. 35, # 19 Exhibit Dep. Ex. 36, # 20 Exhibit Dep. Ex. 37, # 21 Exhibit Dep. Ex. 38)(Schaefer, Matthew) (Entered: 12/17/2010) |
| 12/17/2010 | 68 | DESIGNATION OF DEPOSITION TESTIMONY *Excerpts From the Transcript of the Deposition of Thomas J. Adler and accompanying deposition exhibits* by Plaintiff Direct Marketing Association, The. (Attachments: # 1 Exhibit Dep. Ex. 21, # 2 Exhibit Dep. Ex. 39, # 3 Exhibit Dep. Ex. 42, # 4 Exhibit Dep. Ex. 44, # 5 Exhibit Dep. Ex. 47, # 6 Exhibit Dep. Ex. 48, # 7 Exhibit Dep. Ex. 49, # 8 Exhibit Dep. Ex. 52, # 9 Exhibit Dep. Ex. 53, # 10 Exhibit Dep. Ex. 54, # 11 Exhibit Dep. Ex. 55, # 12 Exhibit Dep. Ex. 56, # 13 Exhibit Dep. Ex. 57, # 14 Exhibit Dep. Ex. 58, # 15 Exhibit Dep. Ex. 60, # 16 Exhibit Dep. Ex. 61, # 17 Exhibit Dep. Ex. 62, # 18 Exhibit Dep. Ex. 63, # 19 Exhibit Dep. Ex. 65, # 20 Exhibit Dep. Ex. 66, # 21 Exhibit Dep. Ex. 67, # 22 Exhibit Dep. Ex. 68, # 23 Exhibit Dep. Ex. 69, # 24 Exhibit Dep. Ex. 70, # 25 Exhibit Dep. Ex. 72, # 26 Exhibit Dep. Ex. 74, # 27 Exhibit Dep. Ex. 76, # 28 Exhibit Dep. Ex. 79, # 29 Exhibit Dep. Ex. 80, # 30 Exhibit Dep. Ex. 82, # 31 Exhibit Dep. Ex. 86, # 32 Exhibit Dep. Ex. 87, # 33 Exhibit Dep. Ex. 88, # 34 Exhibit Dep. Ex. 90, # 35 Exhibit Dep. Ex. 92, # 36 Exhibit Dep. Ex. 93)(Schaefer, Matthew) (Entered: 12/17/2010) |
| 12/17/2010 | 69 | DESIGNATION OF DEPOSITION TESTIMONY *Excerpts from the Transcript of the Deposition of William F. Fox and accompanying deposition exhibits* by Plaintiff Direct Marketing Association, The. (Attachments: # 1 Exhibit Dep. Ex. |

| | | |
|---|---|---|
| | | 95, # 2 Exhibit Dep. Ex. 96, # 3 Exhibit Dep. Ex. 98, # 4 Exhibit Dep. Ex. 99, # 5 Exhibit Dep. Ex. 100, # 6 Exhibit Dep. Ex. 101)(Schaefer, Matthew) (Entered: 12/17/2010) |
| 12/17/2010 | 70 | DESIGNATION OF DEPOSITION TESTIMONY *Excerpts from the Transcript of the Deposition of Dieter G. Gable* by Plaintiff Direct Marketing Association, The. (Schaefer, Matthew) (Entered: 12/17/2010) |
| 12/20/2010 | 71 | Amended MOTION to Exclude Testimony of Plaintiff's Expert Witnesses F. Curtis Barry, Thomas Adler, and Kevin Lane Keller by Defendant Roxy Huber. (Attachments: # 1 Exhibit A, Barry Dep., # 2 Exhibit B, Barry Report, # 3 Exhibit C, Barry Dep. Exhs., # 4 Exhibit D, Adler Report and Decl., # 5 Exhibit E1of5, Adler Dep. Exhs., # 6 Exhibit E2of5, Adler Dep. Exhs., # 7 Exhibit E3of5, Adler Dep. Exhs., # 8 Exhibit E4of5, Adler Dep. Exhs., # 9 Exhibit E5of5, Adler Dep. Exhs., # 10 Exhibit F, Adler Dep., # 11 Exhibit G, Lichtenstein Decl. and Report, # 12 Exhibit H, Keller Dep., # 13 Exhibit I, Keller Report and Decl., # 14 Exhibit J1of3, Keller Dep. Exhs., # 15 Exhibit J2of3, Keller Dep. Exhs., # 16 Exhibit J3of3, Keller Dep. Exhs.)(Snyder, Melanie) (Entered: 12/20/2010) |
| 12/22/2010 | 72 | MOTION to Strike 71 Amended MOTION to Exclude Testimony of Plaintiff's Expert Witnesses F. Curtis Barry, Thomas Adler, and Kevin Lane Keller (as Untimely, Non−Conforming, and Additional, Surreply Briefing on Planitff's Motion for Preliminary Injunction) by Plaintiff Direct Marketing Association, The. (Schaefer, Matthew) (Entered: 12/22/2010) |
| 01/05/2011 | 73 | RESPONSE to 72 Plaintiffs Motion to Strike Defendants Additional, Surreply Briefing on Plaintiffs Motion for Preliminary Injunction, Filed by the Defendant As an Untimely and Non−Conforming Motion to Exclude the Testimony of Plaintiffs Expert Witnesses filed by Defendant Roxy Huber. (Wesoky, Jack) Modified on 1/6/2011 to create linkage (sah, ). (Entered: 01/05/2011) |
| 01/06/2011 | 74 | REPLY to Response to 72 Plantiff's Motion to Strike filed by Plaintiff Direct Marketing Association, The. (Schaefer, Matthew) Modified on 1/6/2011 to create linkage (sah, ). (Entered: 01/06/2011) |
| 01/10/2011 | 75 | RESPONSE to 71 Amended MOTION to Exclude *Testimony of Plaintiff's Expert Witnesses F. Curtis Barry, Thomas Adler, and Kevin Lane Keller* filed by Plaintiff Direct Marketing Association, The. (Attachments: # 1 Deposition Excerpts Ex A)(Schaefer, Matthew) (Entered: 01/10/2011) |
| 01/13/2011 | 76 | Minute Entry for Preliminary Injunction proceedings held before Judge Robert E. Blackburn on 1/13/2011. Taking under advisement 15 Motion for Preliminary Injunction. (Court Reporter: Suzanne Claar)(babia) (Entered: 01/13/2011) |
| 01/24/2011 | 77 | REPLY to Response to 71 Amended MOTION to Exclude *Testimony of Plaintiff's Expert Witnesses F. Curtis Barry, Thomas Adler, and Kevin Lane Keller* filed by Defendant Roxy Huber. (Attachments: # 1 Exhibit Exh K, Gable Rep and Ex, # 2 Exhibit Exh L, Keller Dep Cites, # 3 Exhibit Exh M, Keller Dep Cites)(Snyder, Melanie) (Entered: 01/24/2011) |
| 01/26/2011 | 78 | ORDER. Defendants Amended Motion To Exclude the Testimony of Plaintiffs Expert Witnesses F. Curtis Barry, Thomas Adler, and Kevin Lane Keller 71 filed 12/20/2010, is DENIED as moot. The Plaintiffs Motion to Strike Defendants Additional, Surreply Briefing on Plaintiffs Motion for Preliminary Injunction, Filed by the Defendant as an Untimely and Non−conforming Motion to Exclude the Testimony of Plaintiffs Expert Witnesses 71 72 filed 12/22/2010, is DENIED. By Judge Robert E. Blackburn on 1/26/2011.(sah, ) (Entered: 01/26/2011) |
| 01/26/2011 | 79 | ORDER. Plaintiffs Motion for a Preliminary Injunction and Incorporated Memorandum of Law 15 filed 8/13/2010, is GRANTED. See order for details. By Judge Robert E. Blackburn on 1/26/2011.(sah, ) (Entered: 01/26/2011) |
| 01/26/2011 | 80 | MINUTE ORDER setting a Telephonic Status Conference on 2/10/2011 at 10:00 a.m., in light of the 79 Order Granting Motion for Preliminary Injunction. *Counsel shall coordinate to create a conference call among themselves before contacting the court (303.844.2117) at the scheduled time,* by Magistrate Judge Craig B. Shaffer on 1/26/11. TEXT ONLY ENTRY − NO DOCUMENT |

| | | |
|---|---|---|
| | | ATTACHED(cbssec) (Entered: 01/26/2011) |
| 01/28/2011 | 81 | BOND *for Preliminary Injunction* posted by Plaintiff Direct Marketing Association, The. (Schaefer, Matthew) (Entered: 01/28/2011) |
| 01/28/2011 | 82 | RECEIPT (COX034787) for 5,000.00 by Plaintiff Direct Marketing Association, The re: 79 Order on Motion for Preliminary Injunction. (sah, ) (Entered: 01/28/2011) |
| 02/01/2011 | 83 | MINUTE ORDER resetting a hearing pursuant to an unopposed request made by counsel for Defendant. ORDERED that a Telephonic Status Conference will be held on 2/14/2011 at 9:00 a.m. *Counsel shall coordinate to create a conference call among themselves before contacting the court (303.844.2117) at the scheduled time,* by Magistrate Judge Craig B. Shaffer on 2/1/11. TEXT ONLY ENTRY − NO DOCUMENT ATTACHED(cbssec) (Entered: 02/01/2011) |
| 02/14/2011 | 84 | COURTROOM MINUTES/MINUTE ORDER for proceedings held before Magistrate Judge Craig B. Shaffer: A Telephonic Status Conference was held on 2/14/2011. (FTR: Linda Kahoe) (cbscd) (Entered: 02/14/2011) |
| 02/16/2011 | 85 | Joint STATUS REPORT *and Proposed Order* by Plaintiff Direct Marketing Association, The. (Attachments: # 1 Proposed Order (PDF Only))(Schaefer, Matthew) (Entered: 02/16/2011) |
| 02/25/2011 | 86 | NOTICE OF APPEAL as to 79 Order on Motion for Preliminary Injunction by Defendant Roxy Huber (Wesoky, Jack) (Entered: 02/25/2011) |
| 02/28/2011 | 87 | LETTER Transmitting Notice of Appeal to all counsel advising of the transmittal of the 86 Notice of Appeal filed by Roxy Huber to the U.S. Court of Appeals. (Retained counsel; Fee not paid) (Attachments: # 1 Docket Sheet, # 2 Preliminary Record including Notice of Appeal)(bjrsl, ) (Entered: 02/28/2011) |
| 02/28/2011 | 88 | USCA Case Number 11−1082 for 86 Notice of Appeal filed by Roxy Huber. Filing fee due in district court.(bjrsl, ) (Entered: 02/28/2011) |
| 03/01/2011 | 89 | USCA Appeal Fees (USCA Case No. 11−1082); received Payment of $455, receipt number 35650 re 86 Notice of Appeal filed by Roxy Huber (bjrsl, ) (Entered: 03/01/2011) |
| 03/11/2011 | 90 | TRANSCRIPT ORDER FORM re 86 Notice of Appeal by Defendant Roxy Huber (Wesoky, Jack) (Entered: 03/11/2011) |
| 03/18/2011 | 91 | ORDER APPROVING PROPOSED BRIEFING SCHEDULE ON COUNTS I AND II AND STAY PROCEEDINGS ON COUNTS II THROUGH VIII. By Judge Robert E. Blackburn on 3/18/2011. (sah, ) (Entered: 03/18/2011) |
| 03/21/2011 | 92 | MINUTE ORDER. The Defendants Motion To Dismiss Plaintiffs First Amended Complaint 14 is DENIED. By Judge Robert E. Blackburn on 3/21/2011.(sah, ) (Entered: 03/21/2011) |
| 03/22/2011 | 93 | REPORTER TRANSCRIPT ORDER FORM filed by Suzanne Claar; Transcripts ordered 01/13/11 re: 86 Notice of Appeal by Roxy Huber. Transcript due by 5/22/2011. (bjrsl, ) (Entered: 03/23/2011) |
| 03/28/2011 | 94 | MANDATE of USCA as to 86 Notice of Appeal filed by Roxy Huber: The stipulation filed by the parties to dismiss the appeal is granted. Each party shall bear their own costs. (USCA Case No. 11−1082) (Attachments: # 1 USCA Order)(bjrsl, ) (Entered: 03/28/2011) |
| 04/28/2011 | 95 | ANSWER to 10 Amended Complaint *Counts I and II (Commerce Clause)* by Roxy Huber.(Wesoky, Jack) (Entered: 04/28/2011) |
| 05/03/2011 | 96 | Joint MOTION for Leave to File Excess Pages *For Cross Motions For Summary Judgment and Responses To Cross Motions* by Defendant Roxy Huber. (Attachments: # 1 Proposed Order (PDF Only))(Scoville, Stephanie) (Entered: 05/03/2011) |
| 05/04/2011 | 97 | MINUTE ORDER granting 96 Motion for Leave to File Excess Pages. The page limitation for the parties' cross motions for summary judgment and their responses |

| | | |
|---|---|---|
| | | thereto are extended and said motions and responses may be up to 30 pages. By Judge Robert E. Blackburn on 5/4/11.TEXT ONLY ENTRY − NO DOCUMENT ATTACHED (rebsec, ) (Entered: 05/04/2011) |
| 05/06/2011 | 98 | MOTION for Summary Judgment *on Counts I and II* by Plaintiff Direct Marketing Association, The. (Isaacson, George) (Entered: 05/06/2011) |
| 05/06/2011 | 99 | MOTION for Partial Summary Judgment *Counts I and II (Commerce Clause)* by Defendant Roxy Huber. (Attachments: # 1 Exhibit 1− Fox Decl. &Rep., # 2 Exhibit 2−1 IRS Tax Gap, # 3 Exhibit 2−2 IRS Tax Gap, # 4 Exhibit 2−3 IRS Tax Gap, # 5 Exhibit 2−4 IRS Tax Gap, # 6 Exhibit 2−5 IRS Tax Gap, # 7 Exhibit 2−6 IRS Tax Gap, # 8 Exhibit 2−7 IRS Tax Gap, # 9 Exhibit 2−8 IRS Tax Gap, # 10 Exhibit 3− Saliman Decl., # 11 Exhibit 4− Corjuo Decl., # 12 Exhibit 5− Gable Decl. &Rep., # 13 Exhibit 6− Barry Dep., # 14 Exhibit 7− Stevens Decl., # 15 Exhibit 8− Thompson Decl., # 16 Exhibit 9− Lichtenstein Decl. &Rep., # 17 Exhibit 10− Adler Dep.)(Snyder, Melanie) (Entered: 05/06/2011) |
| 05/27/2011 | 100 | BRIEF in Opposition to 99 MOTION for Partial Summary Judgment *Counts I and II (Commerce Clause)* filed by Plaintiff Direct Marketing Association, The. (Isaacson, George) Modified on 5/31/2011 to remove duplicate generated text (mnf, ). (Entered: 05/27/2011) |
| 05/27/2011 | 101 | RESPONSE to 98 MOTION for Summary Judgment *on Counts I and II* filed by Defendant Roxy Huber. (Attachments: # 1 Exhibit Ex. 1 − HB10−1193 Reengrossed, # 2 Exhibit Ex. 2 − Williams Decl., # 3 Exhibit Ex. 3 − August 2010 Fiscal Note)(Snyder, Melanie) (Entered: 05/27/2011) |
| 06/10/2011 | 102 | REPLY to Response to 98 MOTION for Summary Judgment *on Counts I and II* filed by Plaintiff Direct Marketing Association, The. (Isaacson, George) (Entered: 06/10/2011) |
| 06/10/2011 | 103 | REPLY to Response to 99 MOTION for Partial Summary Judgment Counts I and II (Commerce Clause filed by Defendant Roxy Huber. (Attachments: # 1 Exhibit Hubbell v. Carney Bros. Const.)(Snyder, Melanie) Modified on 6/13/2011 to remove repetitive text (sah, ). (Entered: 06/10/2011) |
| 09/21/2011 | 104 | MINUTE ORDER denying as moot 63 Motion to Exclude by Judge Robert E. Blackburn on 9/21/11. Motion to exclude [#63] was replaced and supplanted by the defendant's amended motion to exclude testimony [#71]. TEXT ONLY ENTRY − NO DOCUMENT ATTACHED(rebcd) (Entered: 09/21/2011) |
| 03/30/2012 | 105 | ORDER Concerning Cross Motions for Summary Judgment. Granting 98 Plaintiff's Motion for Summary Judgment as to Counts I and II Alleging Violations of the Commerce Clause. Denying 99 Defendant's Motion for Partial Summary Judgment − Counts I and II (Commerce Clause). Roxy Huber is permanently enjoined and restrained as set forth in the order. Court will address in separate order parties' request to certify this order as a final judgment under Fed.R.Civ. P. 54(b), by Judge Robert E. Blackburn on 3/30/12.(gmssl, ) (Entered: 03/30/2012) |
| 04/27/2012 | 106 | NOTICE OF APPEAL as to 105 Order on Motion for Summary Judgment, Order on Motion for Partial Summary Judgment, by Defendant Roxy Huber (Filing fee $ 455, Receipt Number 1082−2814185) (Attachments: # 1 Defendants' Status Report)(Snyder, Melanie) Counsel informed court that they will be refiling the status report as a separate document rather than the attachment to the Notice of Appeal. Modified on 4/27/2012 to add text concerning the status report being refiled (lswsl, ). (Entered: 04/27/2012) |
| 04/27/2012 | 107 | STATUS REPORT by Defendant Roxy Huber. (Snyder, Melanie) (Entered: 04/27/2012) |