IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-01546-REB-CBS

The Direct Marketing Association,

    Plaintiff,

    v.

Barbara Brohl, in her capacity as Executive Director,
  Colorado Department of Revenue,

    Defendant.

---

**JOINT STIPULATION TO ADDRESS PLAINTIFF'S REQUEST FOR ATTORNEYS' FEES AFTER CONCLUSION OF PENDING APPEAL**

---

Plaintiff, the Direct Marketing Association, and Defendant, Barbara Brohl, Executive Director of the Colorado Department of Revenue, agree and stipulate as follows:

1. Plaintiff has in its First Amended Complaint ("Complaint"), including specifically in connection with its claims for violation of the Commerce Clause set forth in Counts I and II of the Complaint, requested an award of attorneys' fees pursuant to 42 U.S.C. § 1988. *See* Complaint, ¶¶ 65, 77 and Prayer of Relief, part C.

2. On April 27, 2012, Defendant filed a Notice of Appeal seeking interlocutory review of the Order of the Court entered March 30, 2012, granting a permanent injunction against Defendant.

3. The parties agree that whatever mandate issues from the Court of Appeals as a result of Defendant's interlocutory appeal must, of necessity, include a remand to this Court for further proceedings.

4. In the interests of efficiency and judicial economy, and to reduce the costs of litigation, the parties jointly stipulate to defer proceedings regarding Plaintiff's request for attorneys' fees, and agree that a request for fees, if any, awardable pursuant to 42 U.S.C. § 1988 shall be submitted to the Court after the conclusion of the pending appeal.

Dated:  May 10, 2012

              Respectfully submitted,

| | |
|---|---|
| s/ Matthew P. Schaefer | s/ Stephanie Lindquist Scoville |
| George S. Isaacson | Stephanie Lindquist Scoville |
| Matthew P. Schaefer |  Senior Assistant Attorney General |
| BRANN & ISAACSON | Melanie J. Snyder |
| 184 Main Street, P. O. Box 3070 |  First Assistant Attorney General |
| Lewiston, ME 04243−3070 | Jack Wesoky |
| Tel.:  (207) 786−3566 |  Senior Assistant Attorney General |
| Fax:   (207) 783-9325 | STATE OF COLORADO |
| E-mail: gisaacson@brannlaw.com | 1525 Sherman Street, 7th Floor |
|    mschaefer@brannlaw.com | Denver, CO 80203 |
| *Attorneys for Plaintiff* | Tel.:  (303) 866-5241 |
| | Fax:   (303) 866-5395 |
| | E-mail:  melanie.snyder@state.co.us |
| |     stephanie.scoville@state.co.us |
| |     Jack.Wesoky@state.co.us |
| | *Attorneys for Defendant* |

**CERTIFICATE OF SERVICE**

I hereby certify that on May 10, 2012, I electronically filed the foregoing Joint Stipulation, using the CM/ECF system, which will send notification of such filing to counsel of record:

>Melanie J. Snyder
>First Assistant Attorney General
>State of Colorado
>1525 Sherman Street, 7th Floor
>Denver, CO 80203
>melanie.snyder@state.co.us
>
>Jack Wesoky
>Senior Assistant Attorney General
>State of Colorado
>1525 Sherman Street, 7th Floor
>Denver, CO 80203
>jack.wesoky@state.co.us
>
>Stephanie Lindquist Scoville
>Senior Assistant Attorney General
>State of Colorado
>1525 Sherman Street, 7th Floor
>Denver, CO 80203
>stephanie.scoville@state.co.us

                                                              s/ Mathew P. Schaefer
                                                              Mathew P. Schaefer