**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No. 10-cv-01546-REB-CBS

THE DIRECT MARKETING ASSOCIATION,

    Plaintiff,

v.

ROXY HUBER, in her capacity as Executive Director, Colorado Department of Revenue,

    Defendant.

**ORDER**

**Blackburn, J.**

The matter is before me on the **Joint Stipulation To Address Plaintiffs' Request For Attorneys' Fees After Conclusion of Pending Appeal** [#110][1] filed May 10, 2012.  After reviewing the stipulation and the file, I conclude that the stipulation should be approved and that request for attorneys' fees should be submitted to the court after the conclusion of the pending appeal.

    **THEREFORE, IT IS ORDERED** as follows:

    1.  That **Joint Stipulation To Address Plaintiffs' Request For Attorneys' Fees After Conclusion of Pending Appeal** [#110] filed May 10, 2012, is **APPROVED**; and

    2.  That the request for attorney fees shall be submitted to the court after the conclusion of the pending appeal.

    Dated May 14, 2012, at Denver, Colorado.

                                     **BY THE COURT:**

*/s/ Bob Blackburn*
Robert E. Blackburn
United States District Judge

---

[1] "[#110]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's electronic case filing and management system (CM/ECF). I use this convention throughout this order.