**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No. 10-cv-01546-REB-CBS

THE DIRECT MARKETING ASSOCIATION,

      Plaintiff,

v.

BARBARA BROHL, in her capacity as Executive Director, Colorado Department of Revenue,

      Defendant.

---

## ORDER OF ADMINISTRATIVE CLOSURE

---

**Blackburn, J.**

      The matter is before the court *sua sponte*.  On March 30, 2012, I entered an order [#105] granting the plaintiff's motion for summary judgment concerning two of the plaintiff's claims for relief, asserting violations of the Commerce Clause of the Constitution of the United States.  Concurrently, I entered an order permanently enjoining and restraining the enforcement of the state statute and regulations at issue in this case.  The defendant filed a notice of appeal, and the appeal remains pending.

      Given these circumstances, I conclude that this action should be closed administratively, pending resolution of the defendant's appeal.

      **THEREFORE, IT IS ORDERED** as follows:

      1.  That under D.C.COLO.LCivR 41.2, this action is **CLOSED ADMINISTRATIVELY**; and

      2.  That under D.C.COLO.LCivR 41.2, the clerk is **DIRECTED** to close this civil action administratively, subject to reopening for good cause.

      Dated April 4, 2013, at Denver, Colorado.

                      **BY THE COURT:**

                      Robert E. Blackburn
                      United States District Judge