**FILED**
**United States Court of Appeals**
**Tenth Circuit**

**August 20, 2013**

**Elisabeth A. Shumaker**
**Clerk of Court**

**UNITED STATES COURT OF APPEALS**

**FOR THE TENTH CIRCUIT**

_____

| | |
|---|---|
| DIRECT MARKETING ASSOCIATION,<br><br>    Plaintiff - Appellee,<br><br>v.<br><br>BARBARA BROHL, in her capacity as Executive Director, Colorado Department of Revenue,<br><br>    Defendant - Appellant,<br><br>MULTISTATE TAX COMMISSION,<br><br>    Amicus Curiae. | No. 12-1175<br>(D.C. No. 1:10-CV-01546-REB-CBS) |

_____

## JUDGMENT
_____

Before **BRISCOE**, Chief Judge, **GORSUCH**, and **MATHESON**, Circuit Judges.

_____

This case originated in the District of Colorado and was argued by counsel.

The case is remanded to the United States District Court for the District of Colorado for further proceedings in accordance with the opinion of this court.

                                            Entered for the Court

                                            *[signature]*

                                          ELISABETH A. SHUMAKER, Clerk