**UNITED STATES COURT OF APPEALS**
**FOR THE TENTH CIRCUIT**
**OFFICE OF THE CLERK**

Byron White United States Courthouse
1823 Stout Street
Denver, Colorado 80257
(303) 844-3157

| | | |
|---|---|---|
| Elisabeth A. Shumaker<br>Clerk of Court | October 09, 2013 | Douglas E. Cressler<br>Chief Deputy Clerk |

Mr. Jeffrey P. Colwell
United States District Court for the District of Colorado
Office of the Clerk
Alfred A. Arraj U.S. Courthouse
901 19th Street
Denver, CO 80294-3589

**RE:**     **12-1175, Direct Marketing Association v. Brohl**
           Dist/Ag docket: 1:10-CV-01546-REB-CBS

Dear Clerk:

Please be advised that the mandate for this case has issued today. Please file accordingly in the records of your court.

Please contact this office if you have questions.

                                           Sincerely,

                                           Elisabeth A. Shumaker
                                           Clerk of the Court

cc:       Daniel D. Domenico
            George S. Isaacson
            Sheldon Laskin
            Matthew Peter Schaefer
            Stephanie Lindquist Scoville
            Shirley Klenda Sicilian
            Melanie Snyder
            Grant Sullivan
            Jack M. Wesoky

EAS/kf