# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# Judge Robert E. Blackburn

Civil Case No. 10-cv-01546-REB-CBS

THE DIRECT MARKETING ASSOCIATION,

    Plaintiff,

v.

ROXY HUBER, in her capacity as Executive Director, Colorado Department of Revenue,

    Defendant.

## ORDER DISMISSING COMMERCE CLAUSE CLAIMS
## AND DISSOLVING INJUNCTION

**Blackburn, J.**

This matter is before me on the mandate [#116][1] of the United States Court of Appeals for the Tenth Circuit, filed October 9, 2013. In its underlying opinion [#115], the Tenth Circuit directs that this court dismiss the Commerce Clause claims of the plaintiff for lack of jurisdiction and dissolve the permanent injunction entered against the defendant.

Following the issuance of the mandate, the defendant filed a motion [#117] seeking dismissal of the other claims of the plaintiff. According to the defendant, the legal basis on which the Tenth Circuit concluded that both the Tenth Circuit and this court lack jurisdiction over the Commerce Clause claims of the plaintiff applies equally to the other claims of the plaintiff. I will resolve this motion after the plaintiff has had an

---

[1] "[#116]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's electronic case filing and management system (CM/ECF). I use this convention throughout this order.

opportunity to respond.

**THEREFORE, IT IS ORDERED** as follows:

1. That the Commerce Clause claims of the plaintiff, as stated in Counts I and II of the **First Amended Complaint** [#10] filed July 23, 2010, are **DISMISSED** for lack of jurisdiction; and

2. That the permanent injunction against enforcement of the provisions of §39-21-112(3.5), C.R.S. (2010) (the Act) and the regulations promulgated thereunder, 1 Colo. Code Regs. § 201-1:39-21-112.3.5 (2010) (the Regulations), as ordered in the **Order Concerning Cross Motions for Summary Judgment** [#105] filed March 30, 2012, pages 21 and 22, paragraphs four and five, is **DISSOLVED**.

Dated December 10, 2013, at Denver, Colorado.

**BY THE COURT:**

*[signature: Bob Blackburn]*

Robert E. Blackburn
United States District Judge