IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-CV-01546-REB-CBS


The Direct Marketing Association,

        Plaintiff,

        v.

Barbara Brohl, in her capacity as Executive
    Director, Colorado Department of Revenue,

        Defendant.

---

**ASSENTED TO STIPULATION OF DISMISSAL WITHOUT PREJUDICE
OF NON-COMMERCE CLAUSE CLAIMS**

---

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), plaintiff, the Direct Marketing Association ("DMA"), with the assent of defendant, Barbara Brohl, Executive Director of the Colorado Department of Revenue, stipulates to the dismissal of Counts III–VIII (the "non-Commerce Clause claims") of plaintiff's First Amended Complaint [Doc. No. 10] without prejudice to the DMA to refile such claims if the United States Supreme Court reverses the judgment of the Tenth Circuit Court of Appeals issued on August 20, 2013. Each party shall bear its own cost and attorneys' fees.

On August 20, 2013, the Tenth Circuit Court of Appeals entered its opinion and judgment that the Tax Injunction Act, 28 U.S.C. § 1341 ("TIA") deprived this Court of jurisdiction over the DMA's claims for violation of the Commerce Clause. On October 1,

2013, the Tenth Circuit denied the DMA's petition for rehearing en banc, and on October 9, 2013, the Tenth Circuit issued its mandate, ordering that the DMA's Commerce Clause claims be dismissed and the permanent injunction entered by this Court be dissolved.

On December 2, 2013, the Defendant filed its Motion to Administratively Reopen Case, Dissolve Injunction, and Dismiss All Claims Without Prejudice to Federal Rule of Civil Procedure 12(h)(3) [Doc. No. 117].

On December 10, 2013, the Court dismissed the DMA's Commerce Clause claims (Counts I and II of the First Amended Complaint) and dissolved the permanent injunction [Doc. No. 118].  With regard to the DMA's remaining, non-Commerce Clause claims, the Court indicated that it would rule on the Defendant's motion to dismiss after the DMA had an opportunity to respond to the motion.

The DMA plans to file a petition with the United States Supreme Court for the issuance of a writ of certiorari to the Tenth Circuit regarding its judgment that TIA deprives this Court of jurisdiction over the DMA's Commerce Clause claims.   The Supreme Court has issued an extension of the time for the DMA to file a petition for a writ of certiorari to February 28, 2014.

With the consent of the Defendant, the DMA now stipulates pursuant to Rule 41(a)(1)(A)(ii) to the dismissal of its non-Commerce Clause claims pending before this Court, without prejudice to the DMA to refile such non-Commerce Clause claims if the United States Supreme Court reverses the Tenth Circuit's August 20 judgment that TIA

2

deprived this Court of jurisdiction over the DMA's Commerce Clause claims.  Each party

shall bear its own cost and attorneys' fees.


Respectfully submitted,


Dated:  December 23, 2013                    s/ George S. Isaacson
                                             George S. Isaacson
                                             Matthew P. Schaefer
                                             BRANN & ISAACSON
                                             184 Main Street, P. O. Box 3070
                                             Lewiston, ME 04243−3070
                                             Tel.:  (207) 786−3566
                                             Fax:   (207) 783-9325
                                             E-mail: gisaacson@brannlaw.com
                                                     mschaefer@brannlaw.com
                                             *Attorneys for Plaintiff*




                                             s/ Melanie J. Snyder
                                             Melanie J. Snyder
                                                Deputy Attorney General
                                             Jack Wesoky
                                             Stephanie Lindquist Scoville
                                                Senior Assistant Attorneys General
                                             STATE OF COLORADO
                                             1300 Broadway, 8th Floor
                                             Denver, CO 80203
                                             Tel.:  (303) 866-5241
                                             Fax:   (303) 866-5395
                                             E-mail:  melanie.snyder@state.co.us
                                                      stephanie.scoville@state.co.us
                                                      Jack.Wesoky@state.co.us
                                             *Attorneys for Defendant*

## CERTIFICATE OF SERVICE

I hereby certify that on December 23, 2013, I electronically filed the foregoing

Stipulation of Dismissal of Non-Commerce Clause Claims, using the CM/ECF system,

which will send notification of such filing to counsel of record:

> Melanie J. Snyder
> Deputy Attorney General
> State of Colorado
> 1300 Broadway, 8th Floor
> Denver, CO 80203
> melanie.snyder@state.co.us
>
> Jack Wesoky
> Senior Assistant Attorney General
> State of Colorado
> 1300 Broadway, 8th Floor
> Denver, CO 80203
> jack.wesoky@state.co.us
>
> Stephanie Lindquist Scoville
> Senior Assistant Attorney General
> State of Colorado
> 1300 Broadway, 8th Floor
> Denver, CO 80203
> stephanie.scoville@state.co.us

> s/ Matthew P. Schaefer
> Matthew P. Schaefer