**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 10-CV-01546-REB-CBS

The Direct Marketing Association,

        Plaintiff,

        v.

Barbara Brohl, in her capacity as Executive
    Director, Colorado Department of Revenue,

        Defendant.

---

**PLAINTIFF'S RESPONSE TO DEFENDANT'S MOTION TO**
**ADMINISTRATIVELY REOPEN CASE, DISSOLVE INJUNCTION,**
**AND DISMISS ALL CLAIMS WITHOUT PREJUDICE PURSUANT**
**TO FEDERAL RULE OF CIVIL PROCEDURE 12(h)(3)**

---

The plaintiff, the Direct Marketing Association ("DMA"), submits this response to defendant's Motion To Administratively Reopen Case, Dissolve Injunction, And Dismiss All Claims Without Prejudice Pursuant To Federal Rule Of Civil Procedure 12(h)(3) [Doc. No. 117], and respectfully directs the Court to the plaintiff's Assented To Stipulation Of Dismissal Without Prejudice Of Non-Commerce Clause Claims [Doc. No. 119] filed with this Court on December 23, 2013.

Dated:  December 23, 2013

s/ Matthew P. Schaefer
George S. Isaacson
Matthew P. Schaefer
BRANN & ISAACSON
184 Main Street, P. O. Box 3070
Lewiston, ME 04243−3070
Tel.: (207) 786−3566
Fax:  (207) 783-9325
E-mail: gisaacson@brannlaw.com
          mschaefer@brannlaw.com
*Attorneys for The Direct Marketing Association*

## CERTIFICATE OF SERVICE

I hereby certify that on December 23, 2013, I electronically filed the foregoing, Plaintiff's Response to Defendant's Motion To Administratively Reopen Case, Dissolve Injunction, And Dismiss All Claims Without Prejudice Pursuant To Federal Rule Of Civil Procedure 12(h)(3), using the CM/ECF system, which will send notification of such filing to counsel of record:

Melanie J. Snyder
  Deputy Attorney General
  melanie.snyder@state.co.us
Jack Wesoky
  Senior Assistant Attorney General
  Jack.Wesoky@state.co.us
Stephanie Lindquist Scoville
  Senior Assistant Attorney General
  stephanie.scoville@state.co.us

State of Colorado
1300 Broadway, 8th Floor
Denver, CO 80203

Attorneys for Defendant

s/ Matthew P. Schaefer
Matthew P. Schaefer

3