**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No. 10-cv-01546-REB-CBS

THE DIRECT MARKETING ASSOCIATION,

    Plaintiff,

v.

BARBARA BROHL, in her capacity as Executive Director, Colorado Department of Revenue,

    Defendant.

**ORDER**

**Blackburn, J.**

The matter is before the court on the **Assented To Stipulation of Dismissal Without Prejudice of Non-Commerce Clause Claims** [#119][1] filed December 23, 2013. After reviewing the stipulation and the record, the court concludes that the stipulation should be approved and that counts III-VIII (the "non-Commerce Clause claims") of plaintiff's First Amended Complaint should be dismissed without prejudice to the plaintiff to refile such claims if the United States Supreme Court reverses the judgment of the Tenth Circuit Court of Appeals issued on August 20, 2013.

**THEREFORE, IT IS ORDERED** as follows:

1. That the **Assented To Stipulation of Dismissal Without Prejudice of Non-Commerce Clause Claims** [#119] filed December 23, 2013, is **APPROVED**; and

2. That counts III-VIII (the "non-Commerce Clause claims") of plaintiff's First

---

[1] "[#119]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's electronic case filing and management system (CM/ECF). I use this convention throughout this order.

Amended Complaint are **DISMISSED WITHOUT PREJUDICE** to the plaintiff to refile such claims if the United States Supreme Court reverses the judgment of the Tenth Circuit Court of Appeals issued August 20, 2013, with each party to bear its own costs and attorney fees.

Dated December 31, 2013, at Denver, Colorado.

**BY THE COURT:**

*Bob Blackburn*
Robert E. Blackburn
United States District Judge