# Supreme Court of the United States
# Office of the Clerk
# Washington, DC  20543-0001

**Scott S. Harris**
Clerk of the Court
(202) 479-3011

February 27, 2014

Clerk
United States Court of Appeals for the Tenth
Circuit
Byron White Courthouse
1823 Stout Street
Denver, CO  80257

> Re:   Direct Marketing Association
>        v. Barbara Brohl, Executive Director, Colorado Department of
>        Revenue
>        No. 13-1032
>        (Your No. 12-1175)

Dear Clerk:

The petition for a writ of certiorari in the above entitled case was filed on February 25, 2014 and placed on the docket February 27, 2014 as No. 13-1032.

Sincerely,

**Scott S. Harris**, Clerk

by

Melissa Blalock
Case Analyst