**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No. 10-cv-01546-REB-CBS

THE DIRECT MARKETING ASSOCIATION,

    Plaintiff,

v.

BARBARA BROHL, in her capacity as Executive Director, Colorado Department of Revenue,

    Defendant.

**MINUTE ORDER**

    In light of the orders [#118 & #121] of the court, the **Motion To Administratively Reopen Case, Dissolve Injunction, and Dismiss All Claims Without Prejudice Pursuant to Federal Rule of Civil Procedure 12(h)(3)** [#117] filed December 2, 2013, is denied as moot.

    Dated:  May 12, 2014