**FILED**
**United States Court of Appeals**
**Tenth Circuit**

**UNITED STATES COURT OF APPEALS**

**FOR THE TENTH CIRCUIT**

**April 7, 2015**

_____

Elisabeth A. Shumaker

DIRECT MARKETING ASSOCIATION,

   Plaintiff - Appellee,

v.

BARBARA BROHL, in her capacity as Executive Director, Colorado Department of Revenue,

   Defendant - Appellant,

and

MULTISTATE TAX COMMISSION,

   Amicus Curiae.

No. 12-1175
(D.C. No. 1:10-CV-01546-REB-CBS)
(D. Colo.)

_____

**ORDER**
_____

Before **BRISCOE**, Chief Judge, **GORSUCH**, and **MATHESON**, Circuit Judges.
_____

   The Supreme Court of the United States entered a judgment on April 6, 2015 reversing the judgment of this court and remanding the cause for further proceedings.

   Upon further consideration, the mandate issued to the United States District Court for the District of Colorado on October 9, 2013 is recalled and the judgment of this court filed August 20, 2013 is vacated.

                          Entered for the Court

                          *Elisabeth A. Shumaker*

                          ELISABETH A. SHUMAKER, Clerk