# UNITED STATES COURT OF APPEALS
## FOR THE TENTH CIRCUIT
## OFFICE OF THE CLERK
Byron White United States Courthouse
1823 Stout Street
Denver, Colorado 80257
(303) 844-3157

| | | |
|---|---|---|
| Elisabeth A. Shumaker | | Chris Wolpert |
| Clerk of Court | February 22, 2016 | Chief Deputy Clerk |

Ms. Claudia Brett Goldin
Ms. Stephanie Lindquist Scoville
Ms. Melanie Snyder
Mr. Grant Sullivan
Mr. Frederick Richard Yarger
Office of the Attorney General for the State of Colorado
Ralph L. Carr Colorado Judicial Center
1300 Broadway, 10th Floor
Denver, CO 80203

RE:      **12-1175, Direct Marketing Association v. Brohl**
              Dist/Ag docket: 1:10-CV-01546-REB-CBS

Dear Counsel:

Enclosed is a copy of the opinion of the court issued today in this matter. The court has entered judgment on the docket pursuant to Fed. R. App. P. Rule 36.

Pursuant to Fed. R. App. P. Rule 40, any petition for rehearing must be filed within 14 days after entry of judgment. Please note, however, that if the appeal is a civil case in which the United States or its officer or agency is a party, any petition for rehearing must be filed within 45 days after entry of judgment. Parties should consult both the Federal Rules and local rules of this court with regard to applicable standards and requirements. In particular, petitions for rehearing may not exceed 15 pages in length, and no answer is permitted unless the court enters an order requiring a response. If requesting rehearing en banc, the requesting party must file 12 paper copies with the clerk, in addition to satisfying all Electronic Case Filing requirements. *See* Fed. R. App. P. Rules 35 and 40, and 10th Cir. R. 35 and 40 for further information governing petitions for rehearing.

Please contact this office if you have questions.

Sincerely,

Elisabeth A. Shumaker
Clerk of the Court


cc:      Eric F. Citron
         Thomas Goldstein
         Helen Hecht
         George S. Isaacson
         Joseph P. Kennedy
         Sheldon Laskin
         Alan B. Morrison
         Ronald A. Parsons Jr.
         Matthew Peter Schaefer
         Deborah White


EAS/jm