**FILED**
**United States Court of Appeals**
**Tenth Circuit**

## UNITED STATES COURT OF APPEALS

## FOR THE TENTH CIRCUIT

**February 22, 2016**

_____

**Elisabeth A. Shumaker**
**Clerk of Court**

| | |
|---|---|
| DIRECT MARKETING ASSOCIATION,<br><br>    Plaintiff - Appellee,<br><br>v.<br><br>BARBARA BROHL, in her capacity as Executive Director, Colorado Department of Revenue,<br><br>    Defendant - Appellant,<br><br>and<br><br>MULTISTATE TAX COMMISSION, INTERESTED LAW PROFESSORS; THE RETAIL INDUSTRY LEADERS ASSOCIATION; RETAIL LITIGATION CENTER, INC.; COLORADO RETAIL COUNCIL; NATIONAL GOVERNORS ASSOCIATION; NATIONAL CONFERENCE OF STATE LEGISLATRUES; COUNCIL OF STATE GOVERNMENTS; NATIONAL ASSOCIATION OF COUNTIES; NATIONAL LEAGUE OF CITIES; UNITED STATES CONFERENCE OF MAYORS; INTERNATIONAL CITY/COUNTY MANAGEMENT ASSOCIATION; INTERNATIONAL LAWYERS ASSOCIATION; GOVERNMENT FINANCE OFFICERS ASSOCIATION; TAX FOUNDATION,<br><br>    Amicus Curiae. | No. 12-1175<br>(D.C. No. 1:10-CV-01546-REB-CBS)<br>(D. Colo.) |

———————————————

## JUDGMENT
———————————————

Before **BRISCOE**, **GORSUCH**, and **MATHESON**, Circuit Judges.

———————————————

This case originated in the District of Colorado and was argued by counsel.

The judgment of that court is reversed. The case is remanded to the United States District Court for the District of Colorado for further proceedings in accordance with the opinion of this court.

    Entered for the Court

    *Elisabeth A. Shumaker*

    ELISABETH A. SHUMAKER, Clerk