**UNITED STATES COURT OF APPEALS**
**FOR THE TENTH CIRCUIT**
**OFFICE OF THE CLERK**

Byron White United States Courthouse
1823 Stout Street
Denver, Colorado 80257
(303) 844-3157

| Elisabeth A. Shumaker | | Chris Wolpert |
|---|---|---|
| Clerk of Court | April 11, 2016 | Chief Deputy Clerk |

Mr. Jeffrey P. Colwell
United States District Court for the District of Colorado
Office of the Clerk
Alfred A. Arraj U.S. Courthouse
901 19th Street
Denver, CO 80294-3589

**RE:** 12-1175, Direct Marketing Association v. Brohl
Dist/Ag docket: 1:10-CV-01546-REB-CBS

Dear Clerk:

Please be advised that the mandate for this case has issued today. Please file accordingly in the records of your court.

Please contact this office if you have questions.

Sincerely,

Elisabeth A. Shumaker
Clerk of the Court

cc:   Eric F. Citron
      Claudia Brett Goldin
      Thomas Goldstein
      Helen Hecht
      George S. Isaacson
      Joseph P. Kennedy
      Sheldon Laskin
      Alan B. Morrison
      Ronald A. Parsons Jr.

      Matthew Peter Schaefer
      Stephanie Lindquist Scoville
      Melanie Snyder
      Grant Sullivan
      Deborah White
      Frederick Richard Yarger


EAS/lg