# Supreme Court of the United States
# Office of the Clerk
# Washington, DC  20543-0001

**Scott S. Harris**
Clerk of the Court
(202) 479-3011

September 1, 2016

Clerk
United States Court of Appeals for the Tenth Circuit
Byron White Courthouse
1823 Stout Street
Denver, CO  80257

Re: Direct Marketing Association
v. Barbara Brohl, Executive Director, Colorado Department of Revenue
No. 16-267
(Your No. 12-1175)

Dear Clerk:

The petition for a writ of certiorari in the above entitled case was filed on August 29, 2016 and placed on the docket September 1, 2016 as No. 16-267.

Sincerely,

**Scott S. Harris**, Clerk

by

Melissa Blalock
Case Analyst