# Supreme Court of the United States
# Office of the Clerk
# Washington, DC 20543-0001

October 6, 2016

**Scott S. Harris**
Clerk of the Court
(202) 479-3011

Clerk
United States Court of Appeals for the Tenth Circuit
Byron White Courthouse
1823 Stout Street
Denver, CO  80257

Re:  Barbara Brohl, Executive Director, Colorado Department of Revenue
     v. Direct Marketing Association
     No. 16-458
     (Your No. 12-1175)

Dear Clerk:

The petition for a writ of certiorari in the above entitled case was filed on October 3, 2016 and placed on the docket October 6, 2016 as No. 16-458.

Sincerely,

**Scott S. Harris**, Clerk

by

Jeffrey Atkins
Deputy Clerk