IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-01546-REB-CBS

THE DIRECT MARKETING ASSOCIATION,

    Plaintiff,

v.

BARBARA BROHL, in her capacity as Executive Director, Colorado Department of Revenue,

    Defendant.

---

# FINAL JUDGMENT

---

In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 58(a), the following Final Judgment is hereby entered.

Pursuant to the ORDER CONCERNING REMAND ORDER & CROSS MOTIONS FOR SUMMARY JUDGMENT, ECF No. 130, of Judge Robert E. Blackburn, entered on November 1, 2016, it is

ORDERED that the Order Concerning Cross Motions for Summary Judgment [ECF No. 105] is vacated.  It is

FURTHER ORDERED that the Plaintiff's Motion for Summary Judgment as to Counts I and II Alleging Violations of the Commerce Clause [ECF No. 98] is denied. It is

FURTHER ORDERED that the Defendant's Motion for Partial Summary Judgment - Counts I and II (Commerce Clause) [ECF No. 99] is granted.  It is

FURTHER ORDERED that judgment is entered in favor of the defendant and against the plaintiff on the claims for relief asserted by the plaintiff in Counts I and II of the First Amended Complaint [ECF No. 10].  It is

FURTHER ORDERED that the defendant is awarded her costs to be taxed in the time and manner prescribed by Fed. R. Civ. P. 54(d)(1) and D.C.COLO.LCivR 54.1.  It is

FURTHER ORDERED that this case is closed.

Dated at Denver, Colorado this 1st day of November, 2016

FOR THE COURT:
JEFFREY P. COLWELL, CLERK

By:  s/   J. Dynes

J. Dynes
Deputy Clerk