## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-01546-REB-CBS

THE DIRECT MARKETING ASSOCIATION,

    Plaintiff,

v.

BARBARA BROHL, in her capacity as Executive Director,
COLORADO DEPARTMENT OF REVENUE,

    Defendant.

## UNOPPOSED MOTION TO WITHDRAW AND SUBSTITUTE COUNSEL

First Assistant Attorney General, Claudia Brett Goldin of the Colorado Attorney General's Office files this motion for substitution of counsel and in support of this motion states as follows:

1. <u>Certificate of Conferral pursuant to D.C.COLO.LCivR 7.1(a)</u>: The undersigned certifies that she conferred in good faith with opposing counsel via email regarding this motion. Opposing counsel stated they do not object to this motion.

2. Ms. Goldin enters her appearance in this matter on behalf of Defendant, Barbara Brohl, in her capacity as Executive Director of the Colorado Department of Revenue, in substitution for former Senior Assistant Attorney General Jack Wesoky.

3. Mr. Wesoky is withdrawing as counsel of record in this matter because he has retired from his position at the Attorney General's Office.

4. Please provide copies of all communications and pleadings in this case to all counsel of record for Defendant at the address below.

Respectfully submitted this 9th day of November, 2016.

        CYNTHIA H. COFFMAN
        Attorney General

        *s/ Claudia Brett Goldin*
        MELANIE J. SNYDER, 35835*
        Chief of Staff
        CLAUDIA BRETT GOLDIN, 23116
        First Assistant Attorney General
        STEPHANIE LINDQUIST SCOVILLE, 31182*
        Senior Assistant Attorney General
        1300 Broadway, 8th Floor
        Denver, CO 80203
        Telephone: (720) 508-6335 (Snyder)
        Telephone: (720) 508-6342 (Goldin)
        Telephone: (720) 508-6573 (Scoville)
        Fax: (720) 508-6038
        E-mail: melanie.snyder@coag.gov
        E-mail: claudia.goldin@coag.gov
        E-Mail: stephanie.scoville@coag.gov
        *Counsel of Record

        Attorneys for Defendant

## CERTIFICATE OF SERVICE

IT IS HEREBY CERTIFIED that on the 9th day of November, 2016, a copy of the foregoing **UNOPPOSED MOTION TO WITHDRAW AND SUBSTITUTE COUNSEL** was, in addition to being electronically filed with the Clerk of the Court using the CM/ECF system, sent to the following e-mail addresses via the CM/ECF system:

gissacson@brannlaw.com
mschafer@brannlaw.com

*Counsel for Plaintiff*

                                        *s/ Jennifer Duran*