IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-01546-REB-CBS

THE DIRECT MARKETING ASSOCIATION,

      Plaintiff,

v.

BARBARA BROHL, in her capacity as Executive Director,
COLORADO DEPARTMENT OF REVENUE,

      Defendant.

**JOINT MOTION TO LEAVE ACTION OPEN AND STAY PROCEEDINGS RELATING TO COSTS UNTIL ALL APPEALS ARE CONCLUDED**

      Plaintiff, the Direct Marketing Association, and Defendant, Barbara Brohl, in her capacity as the Executive Director of the Colorado Department of Revenue, file this Joint Motion requesting that the Court leave this action open pending resolution of the parties' petitions to the United States Supreme Court and that the Court stay all proceedings relating to costs until the appeals in this action are concluded.

      <u>Certificate of Conferral pursuant to D.C.COLO.LCivR 7.1(a)</u>: Undersigned counsel conferred via e-mail regarding the relief requested herein. The parties agree that the proposed course of action is the most efficient means to handle proceedings relating to costs as well as any additional issues that may result from a remand.

      1.     As the Court outlined in its November 1, 2016 Order on the parties' cross motions for summary judgment [#130], this case has a very long procedural history. That history continues to unfold. Following the Tenth Circuit's Order on the merits of

Plaintiff's Commerce Clause claims, Plaintiff filed a petition for a writ of certiorari with the United States Supreme Court on August 29, 2016 [No. 16-267]. Defendant filed her own conditional cross-petition for a writ of certiorari with the United States Supreme Court on October 3, 2016 [No. 16-458].

2. In its November 1, 2016 Orders, this Court entered judgment pursuant to the remand from the Tenth Circuit Court of Appeals, awarded Defendant her costs, and closed the case [#130, #131]. Defendant is directed to file a bill of costs within 14 days [#130, #131].

3. Should the United States Supreme Court grant a petition for a writ of certiorari in this case, it is possible that the case will be remanded to this Court for additional proceedings. Moreover, it is possible that Defendant's current status as the prevailing party may change and Defendant would no longer be entitled to her costs. Additionally, the amount of costs to be award to the prevailing party may yet be in flux.

4. As a result, the parties jointly request that this Court leave the action open for further proceedings and that the Court stay all proceedings for costs until the United States Supreme Court either denies the petitions for a writ of certiorari or hears the case and resolves it on the merits.

5. The parties will not be prejudiced by the relief requested, and the proposed course of action should result in greater efficiencies for both the Court and the parties.

WHEREFORE, the parties jointly request that the Court leave this case open for possible further proceedings following appeal and that the Court stay all costs

proceedings until after the United States Supreme Court has taken action to resolve the appeals.

Respectfully submitted this 9th day of November, 2016.

|  |  |
|---|---|
|  | CYNTHIA H. COFFMAN<br>Attorney General |
| s/ George S. Isaacson<br>George S. Isaacson<br>Matthew P. Schaefer<br>BRANN & ISAACSON<br>184 Main Street, P. O. Box 3070<br>Lewiston, ME 04243−3070<br>Tel.: (207) 786−3566<br>Fax:  (207) 783-9325<br>E-mail: gisaacson@brannlaw.com<br>mschaefer@brannlaw.com<br>Attorneys for Plaintiff | *s/ Claudia Brett Goldin*<br>MELANIE J. SNYDER, 35835*<br>Deputy Attorney General<br>CLAUDIA BRETT GOLDIN, 23116*<br>First Assistant Attorney General<br>STEPHANIE LINDQUIST SCOVILLE, 31182*<br>Senior Assistant Attorney General<br>1300 Broadway, 8th Floor<br>Denver, CO 80203<br>Telephone: (720) 508-6335 (Snyder)<br>Telephone: (720 508-6342 (Goldin)<br>Telephone: (303) 508-6573 (Scoville)<br>Fax: (720) 508-6038<br>E-mail: melanie.snyder@coag.gov<br>E-mail: Claudia.goldin@coag.gov<br>E-Mail: stephanie.scoville@coag.gov<br>*Counsel of Record<br><br>Attorneys for Defendant |

4

## CERTIFICATE OF SERVICE

      IT IS HEREBY CERTIFIED that on the 9th day of November, 2016, a copy of the foregoing **JOINT MOTION TO LEAVE ACTION OPEN AND STAY PROCEEDINGS RELATING TO COSTS UNTIL ALL APPEALS ARE CONCLUDED** was, in addition to being electronically filed with the Clerk of the Court using the CM/ECF system, sent to the following e-mail addresses via the CM/ECF system:

gissacson@brannlaw.com
mschafer@brannlaw.com

*Counsel for Plaintiff*

                                                   *s/ Jennifer Duran*