IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-01546-REB-CBS

THE DIRECT MARKETING ASSOCIATION,

    Plaintiff,

v.

BARBARA BROHL, in her capacity as Executive Director,
COLORADO DEPARTMENT OF REVENUE,

    Defendant.

**DEFENDANT'S BILL OF COSTS**
**EXHIBIT A: DEFENDANT'S CASE EXPENSE DETAILS**

Fees of the Clerk:
    April 27, 2012                        $455.00
    Feb. 23, 2011                          $455.00
    TOTAL:                               $910.00

Fees for witnesses pursuant to 28 U.S.C. § 1821:
    Kevin Keller deposition (Oct. 21, 2010)    $40.00
    Thomas Adler deposition (Oct. 22, 2010)    $40.00
    Curtis Barry deposition (Oct. 19, 2010)    $40.00
    TOTAL:                               $120.00

Fees for exemplification and copies of papers necessarily obtained for use in the case:
    Transcription of legislative history    $1,533.00
    TOTAL                                $1,533.00

Costs incident to taking of depositions:
    Fox deposition transcript           $349.95
    (Virginia Tuesdel, court reporter)
    Gable deposition transcript          $963.20

2

(Coash & Coash, court reporter)
Barry deposition transcript                         $1532.10
(George Halasz, court reporter)
Keller and Adler transcripts                        <u>$2048.55</u>
(Cynthia Foster, court reporter)
TOTAL:                                              $4893.80