| | |
|---|---|
| From: | paygovadmin@mail.doc.twai.gov |
| To: | Jennifer Duran |
| Subject: | Pay.gov Payment Confirmation: COD CM ECF |
| Date: | Friday, April 27, 2012 2:29:50 PM |

Your payment has been submitted to Pay.gov and the details are below. If you have any questions regarding this payment, please contact Pay.gov Customer Service by phone at (800) 624-1373 or by email at pay.gov.clev@clev.frb.org.

Application Name: COD CM ECF
Pay.gov Tracking ID: 256GL18T
Agency Tracking ID: 1082-2814185
Transaction Type: Sale
Transaction Date: Apr 27, 2012 4:29:42 PM

Account Holder Name: Jacqueline Jackson
Transaction Amount: $455.00
Billing Address: 1525 Sherman Street
City: Denver
State/Province: CO
Zip/Postal Code: 80203
Country: USA
Card Type: Visa
Card Number: ************7956

THIS IS AN AUTOMATED MESSAGE. PLEASE DO NOT REPLY.

E-filed Notice of Appeal
Filing fee for U.S. Dist Ct - Dist of Colo.

Direct Marketing Association v Huber
RV EN FBWFH

Alpha No. RV EN FBWFH
"I hereby certify that the goods or services shown on the invoice or other supporting documents properly corrected and adjusted, have according to our records, been received, carefully inspected, weighed, counted or measured, and were found in good condition and complying with the specifications given, or that the services were satisfactory."
6-8-12   Jacqueline Jackson
(Date)   (Name)

EXHIBIT B

# BRANN & ISAACSON
### ATTORNEYS AND COUNSELORS AT LAW

IRVING ISAACSON
GEORGE S. ISAACSON
MARTIN I. EISENSTEIN
MARTHA E. GREENE
DAVID W. BERTONI
PETER D. LOWE
BENJAMIN W. LUND
DANIEL C. STOCKFORD
PETER J. BRANN
KEVIN R. HALEY

DANIEL A. NUZZI
MATTHEW P. SCHAEFER
DAVID SWETNAM-BURLAND
STACY O. STITHAM
LYNN B. GELINAS
DAVID T. SLATERY
BARBARA J. SLOTE
KRISTEN POTTER FARNHAM
KENLEIGH A. NICOLETTA
ANNE M. TORREGROSSA

184 MAIN STREET
P.O. BOX 3070
LEWISTON, MAINE 04243-3070
(207) 786-3566
TELECOPIER (207) 783-9325
WEB PAGE: http://www.brannlaw.com

*Portland Conference Office*
148 MIDDLE STREET
SUITE 502
PORTLAND, MAINE

LOUIS J. BRANN 1948
PETER A. ISAACSON 1980

January 3, 2011

**Via E-Mail and Regular Mail**

Jack Wesoky
Senior Assistant Attorney General
Office of the Attorney General
1525 Sherman Street, 7th Floor
Denver, CO 80203

Re: *Direct Marketing Association v. Huber;* Case No. 10-cv-01546-REB-CBS

Dear Jack:

Enclosed please find an invoice from the Plaintiff's expert, Kevin Lane Keller, in the amount of $6,000. This bill represents Professor Keller's preparation for and participation in the deposition on October 21, 2010, at the behest of the Defendant. I also enclose a completed W-9 form from Professor Keller.

Please arrange to have the invoice processed for payment directly to Professor Keller as soon as possible.

Very truly yours,

BRANN & ISAACSON

*Matthew Schaefer*

Matthew P. Schaefer

MPS/jlm
Enclosures

cc: George S. Isaacson, Esq.
    Kevin Lane Keller

# CONSULTING EXPENSES

Kevin Lane Keller
Tuck School of Business
Dartmouth College
100 Tuck Hall
Hanover, NH 03755

PH: 603-646-0393
SS: [redacted]

Payment by State of Colorado for fees for DMA expert witness services in terms of deposition preparation and time at the deposition.

Consulting
    6 hours @ $1000/hr      $6,000.00

TOTAL      $6,000.00

Please make check payable to Kevin Lane Keller and remit to the above address.

---

iha No. RVAD FBWI
reby certify that the goods or services shown on the invoices or supporting documents, properly corrected and adjusted, have ding to our records, been received, carefully inspected, weighed, ed or measured, and were found in good condition and compl- with the specifications given, or that the services were satis-
3/24/11 (Date) _____ (Name)

iha No. RVAD FBWI
reby certify that the goods or services shown on the invoices or supporting documents, properly corrected and adjusted, have ding to our records, been received, carefully inspected, weighed, ed or measured, and were found in good condition and compl- with the specifications given, or that the services were satis-
3/24/11

ok to pay only $3,600.00 per Phil Horwitz, DOR

# BRANN & ISAACSON
## ATTORNEYS AND COUNSELORS AT LAW

IRVING ISAACSON
GEORGE S. ISAACSON
MARTIN I. EISENSTEIN
MARTHA E. GREENE
DAVID W. BERTONI
PETER D. LOWE
BENJAMIN W. LUND
DANIEL C. STOCKFORD
PETER J. BRANN
KEVIN R. HALEY

DANIEL A. NUZZI
MATTHEW P. SCHAEFER
DAVID SWETNAM-BURLAND
STACY O. STITHAM
LYNN B. GELINAS
DAVID T. SLATERY
BARBARA J. SLOTE
KRISTEN POTTER FARNHAM
KENLEIGH A. NICOLETTA
ANNE M. TORREGROSSA

184 MAIN STREET
P.O. BOX 3070
LEWISTON, MAINE 04243-3070
(207) 786-3566
TELECOPIER (207) 783-9325
WEB PAGE: http://www.brannlaw.com

*Portland Conference Office*
148 MIDDLE STREET
SUITE 502
PORTLAND, MAINE

LOUIS J. BRANN 1948
PETER A. ISAACSON 1980

January 3, 2011

**Via E-Mail and Regular Mail**

Jack Wesoky
Senior Assistant Attorney General
Office of the Attorney General
1525 Sherman Street, 7th Floor
Denver, CO 80203

Re: *Direct Marketing Association v. Huber;* Case No. 10-cv-01546-REB-CBS

Dear Jack:

Enclosed please find two invoices from the Plaintiff's expert, RSG, Inc., in the amounts of $3,168.22 and $1,370.04. These bills represent Thomas Adler's preparation for and participation in the deposition on October 22, 2010, at the behest of the Defendant. I also enclose a completed W-9 form from RSG, Inc.

Please arrange to have the invoices processed for payment directly to RSG, Inc. as soon as possible.

Very truly yours,

BRANN & ISAACSON

Matthew P. Schaefer

MPS/jlm
Enclosures

cc:   George S. Isaacson, Esq.
      Thomas Adler

NOV 22 2010



## Invoice

Brann & Isaacson, LLP  
Matt Schaefer  
184 Main Street  
PO Box 3070  
Lewiston, ME 04243

Invoice No:   27207  
October 31, 2010

Project        10095            Direct Marketing Assoc Colorado

Professional Services from October 1, 2010 to October 31, 2010

Task           003      Litigation Support  
Consultation

|  | Hours | Amount |
|---|---|---|
| Adler, Thomas | 9.25 | 3,168.22 |
| Totals | 9.25 | 3,168.22 |
| Total Labor |  | 3,168.22 |

Total This Phase    $3,168.22

Total this Task     $3,168.22

Total this Invoice  $3,168.22

pha No. RVAD FBVV I  
reby certify that the goods or services shown on the invoices or supporting documents, properly corrected and adjusted, have ding to our records, been received, carefully inspected, weighed, ed or measured, and were found in good condition and compl- with the specifications given, or that the services were satis-

pha No. RVAD FBVV I  
reby certify that the goods or services shown on the invoices or supporting documents, properly corrected and adjusted, have ding to our records, been received, carefully inspected, weighed, ed or measured, and were found in good condition and compl- with the specifications given, or that the services were satis-

55 Railroad Row, White River Junction, Vermont 05001  
TEL 802.295.4999 * FAX 802.295.1006 * www.rsginc.com



## RSG INC.
### RESOURCE SYSTEMS GROUP, INC.

## Invoice

Brann & Isaacson, LLP  
Matt Schaefer  
184 Main Street  
PO Box 3070  
Lewiston, ME 04243

Invoice No:   27208  
October 31, 2010

Project       10095            Direct Marketing Assoc Colorado

Professional Services from October 1, 2010 to October 31, 2010

Task      004        Additional Discovery  
Consultation

|  | Hours | Amount |  |
|---|---|---|---|
| Adler, Thomas | 4.00 | 1,370.04 |  |
| Totals | 4.00 | 1,370.04 |  |
| Total Labor |  |  | 1,370.04 |

| | | |
|---|---|---|
| Total This Phase | | $1,370.04 |
| Total this Task | | $1,370.04 |
| Total this Invoice | | $1,370.04 |

RVAD FBVVI

oha No. [signed/stamped] certify that the goods or services shown on the invoices or supporting documents, properly corrected and adjusted, have ing to our records, been received, carefully inspected, weighed, d or measured, and were found in good condition and compl- with the specifications given, or that the services were satis-

3/24/2011

RVAD FBVVI

oha No. [signed/stamped] certify that the goods or services shown on the invoices or supporting documents, properly corrected and adjusted, have ing to our records, been received, carefully inspected, weighed, d or measured, and were found in good condition and compl- th the specifications given, or that the services were satis-

55 Railroad Row, White River Junction, Vermont 05001  
TEL 802.295.4999 * FAX 802.295.1006 * www.rsginc.com

February 24, 2011

# INTEROFFICE MEMORANDUM

**TO:**    Accounting

**FROM:**  Jennifer L. Duran
         Legal Assistant II
         x. 4185
         Business & Licensing – Revenue Unit

**RE:**    Check Request for Filing Fee


The Revenue Unit needs to request a check for the filing fee for docketing an appeal in federal court. The amount of the fee is **$455.00 payable to Clerk of the United States District Court**. Alpha is RV AD FBVVI. We would need the check within two to three business days.

Thank you.

_____
Request by Melanie Snyder
Assistant Attorney General
Business and Licensing Section
Revenue Unit

**Ginger Truesdel, RPR**
7047 Duncan's Glen Drive
Knoxville, TN 37919
(865) 450-9772 Phone   (865) 450-9809 Fax
Tax ID: ▮▮▮▮▮▮▮▮

November 21, 2010

Ms. Melanie Snyder, Esq.
State of Colorado
1525 Sherman Street
Seventh Floor
Denver, CO 80203

| | |
|---|---|
| | **Invoice Number**<br>**7594** |

**Re:** Direct Marketing Assoc v Colorado Dept of Revenue

Description of Services

| | |
|---|---|
| Deposition copy<br>Compressed Transcript/E-transcript<br>Exhibit copy | William F. Fox, 11/16/10 |

**Invoice total:** $349.95

Alpha No. RVAD FBVVI

"I hereby certify that the goods or services shown on the invoices or other supporting documents, properly corrected and adjusted, have according to our records, been received, carefully inspected, weighed, counted or measured, and were found in good condition and complying with the specifications given, or that the services were satisfactory."

11/2010
(Date)                              (Name)

PLEASE INCLUDE INVOICE NUMBER ON CHECK
Invoice Amount Will Be Considered Past Due 30 Days From Invoice Date and May Be Subject to a Late Payment Fee. This Fee Will Be Applied Monthly and Will Not Exceed 1.5%.

www.truesdelrusk.com

# INVOICE

**Coash & Coash**
PHOENIX DEPOSITION REPORTERS

602.258.1440
f.602.258.2062
www.coashandcoash.com

1802 N. 7th Street
Phoenix, AZ 85006

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 85556 | 11/22/2010 | 1015950 |

| Job Date | Case No. |
|---|---|
| 11/17/2010 | 10-CV-01546-REB-CBS |

**Case Name**

The Direct Marketing Association vs. Huber

**Payment Terms**

Due upon receipt

Stephanie Linquist Scoville
Office of the Attorney General
1525 Sherman Street
7th Floor
Phoenix AZ  80203

| | | |
|---|---|---|
| 1 CERTIFIED COPY OF TRANSCRIPT OF: | | |
|    Dieter George Gable | 163.00 Pages | 497.15 |
|       2 Day Expedite | | 373.27 |
|       Exhibit | 47.00 Pages | 14.10 |
|       Condensed/word index | | 25.00 |
|       Min-U-Script | | 25.00 |
|       Shipping & Handling (Next Day) | | 28.68 |

**TOTAL DUE >>>     $963.20**

Alpha No. _____
"I hereby certify that the goods or services shown on the invoices or other supporting documents, properly corrected and adjusted ... to our records, been, received, carefully inspected ... or measured, and were found in good condition ... with the specifications given, or that the ... are satisfactory."

(Date) _____ (Name) _____

Alpha No. RV AD FBVV1
"I hereby certify that the goods or services shown on the invoices or other supporting documents, properly corrected and adjusted, have according to our records, been, received, carefully inspected weighed ... measured, and were found ... the specifications given, or that the services were satisfactory."

(Date) 11/24/2010 (Name) _____

Phone: 303-866-5570   Fax:

Tax ID: [redacted]

```
 1

 2    HALASZ REPORTING                    Make check payable to:
      Court Reporters                      HALASZ REPORTING
 3    P. O. Box 1644                      FED. ID:
      Richmond, VA  23218-1644
 4    (804) 708-0025                      INVOICE NO.:  10MLR379

 5                         October 24, 2010

 6    -----------------------------------------------------------

 7    For Professional Services Rendered:

 8    Stephanie L. Scoville, Esquire
      Colorado Attorney General's Office
 9    1525 Sherman Street, 7th Floor
      Denver, Colorado  80203
10

11         RE:  The Direct Marketing Association
                v. Roxy Huber, et al.
12
           DATE:  October 19, 2010
13

14
           Deposition of F. Curtis Barry:          $ 1,196.10
15         original and one copy of transcript

16         Copies of exhibits:                          36.00

17         Attendance:                                 300.00
                                                    ----------
18                                                   $1,532.10

19

20

21         PLEASE INCLUDE A COPY OF THIS BILL WITH PAYMENT

22                  PAYMENT DUE WITHIN 10 DAYS
            INTEREST TO ACCRUE AT 12% PER ANNUM THEREAFTER
23
      LAWYER:  S. L. SCOVILLE, ESQ.
24    REPORTER:  Mary L. Rosser

25                            THANK YOU
```

Alpha No. RVAD FBVVI
"I hereby certify that the goods or services shown on the invoices or other supporting documents, properly corrected and adjusted, have according to our records, been, received, carefully inspected, weighed, counted or measured, and were found in good condition and complying with the specifications given, or that the services were satisfactory."
(Date) 11/1/2010

Alpha No. RVAD FBVVI
"I hereby certify that the goods or services shown on the invoices or other supporting documents, properly corrected and adjusted, have according to our records, been, received, carefully inspected, weighed, counted or measured, and were found in good condition and complying with the specifications given, or that the services were satisfactory."
(Date)

HALASZ REPORTING & VIDEO

```
FUNCTION:                DOCID: PV LAA 11MJ0000221      08/19/10   02:13:29 PM
STATUS: PEND3            BATID:                 ORG:
H-                         PAYMENT VOUCHER INPUT FORM

      PV DATE: 08 19 10      ACCOUNTING PRD: 02 11    BUDGET FY: 11
      ACTION:  E                    PV TYPE: 1        SCH PAY DATE:

      OFF LIAB ACCT:           FA IND:     DOCUMENT TOTAL:     1,533.00
                                           CALC DOC TOTAL:     1,533.00
        VENDOR CODE: 840844074      CHECK CATEGORY: L    SINGLE CHECK FLAG:
        VENDOR NAME: FEDERAL REPORTING SERVICE INC
                DBA:
            ADDRESS: 17454 EAST ASBURY PLACE
               CITY: AURORA              ST: CO   ZIP: 80013
     ACCOUNT NUMBER:
       SELLER: FUND:            AGENCY:                   ORG:
            SUB-ORG:          APPR CODE:               PROGRAM:
           FUNCTION:             OBJECT:               SUB-OBJ:
            REV SRC:            SUB-REV:               BS ACCT:
                GBL:           RPTG CAT:                JOB NO:
      OFF REC ACCT:
H--*S403-READY FOR APPROVAL 3
```

```
FUNCTION:                DOCID: PV LAA 11MJ0000221      08/19/10   02:14:11 PM
STATUS: PEND3            BATID:                 ORG:              001-001 OF 001
    LN     REFERENCE           COM   VENDOR     INV            SUB APPR
    NO CD AGY   NUMBER       LN LN   INVOICE    LN  FND AGY ORG ORG CODE PGM
    -- -- ---  -------------  -- --- -----------  --- --- --- ------- ---- ----
    FUNC OBJ/SUB REV SRC SUB-REV BS ACCT GBL   RPTG   JOB/PROJ   DISC / RET TYP
    ---- ------- ------- ------- ------- ----  ----  ---------- ---------------
              DESCRIPTION           QUANTITY    I/D  AMOUNT      I/D P/F FEE CD
    ---------------------------- -------------- --- -------------- --- --- -----
    RET %     RET AMOUNT    EFT IND  APPL TYPE
    ------  --------------- -------  --------
01- 01                                 3672          100 LAA 0300     221
       1930 05
    RV AD FBVVI                        0.000              1,533.00
                               N
02-                                                    LAA
```

Verified & Approved
AUG 19 2010
By: [signature]

INPUT
AUG 1 9 2010
By: [signature]

Please detach top portion and return with your payment.

| Hrg. Date  | Service    | Description                                    | Pages | Rate | Amount   |
|------------|------------|------------------------------------------------|-------|------|----------|
| 07/12/2010 | CAG 14 day | House Appropriations     BILL 10-1193          | 14    | 3.00 | 42.00    |
| 08/17/2010 | CAG 14 day | House considers Senate Amendment               | 30    | 3.00 | 90.00    |
| 08/17/2010 | CAG 14 day | House Finance Committee Part I & II            | 117   | 3.00 | 351.00   |
| 08/17/2010 | CAG 14 day | House Second Reading Part I & II               | 58    | 3.00 | 174.00   |
| 08/17/2010 | CAG 14 day | House Third Reading                            | 26    | 3.00 | 78.00    |
| 08/17/2010 | CAG 14 day | Senate Appropriations Committee                | 26    | 3.00 | 78.00    |
| 08/17/2010 | CAG 14 day | Senate Finance Committee                       | 155   | 3.00 | 465.00   |
| 08/17/2010 | CAG 14 day | Senate third Reading                           | 39    | 3.00 | 117.00   |
| 08/17/2010 | CAG 14 day | Senate Second Reading                          | 46    | 3.00 | 138.00   |
| 08/17/2010 |            | emailed to jennifer.duran@state.co             |       |      |          |
| 08/17/2010 |            | delivered hard copies and audio CD to CAG 8/17 & 8/18 |   |   |        |
| 08/17/2010 |            | RV AD FBVVI                                    |       |      |          |

Alpha No. RV AD FBVVI

"I hereby certify that the goods or services shown on the invoices or other supporting documents, properly corrected and adjusted, have according to our records, been received, carefully inspected, weighed, counted or measured, and were found in good condition and complying with the specifications given, or that the services were satisfactory."

8/18/2010  Jennifer Duran
(Date)       (Name)
X7185

**TOTAL  $1,533.00**

Thank you.

frs10@hotmail.com         Phone: 303-751-2777         Fax: 303-750-2922

# BRANN & ISAACSON
### ATTORNEYS AND COUNSELORS AT LAW

IRVING ISAACSON
GEORGE S. ISAACSON
MARTIN I. EISENSTEIN
MARTHA E. GREENE
DAVID W. BERTONI
PETER D. LOWE
BENJAMIN W. LUND
DANIEL C. STOCKFORD
PETER J. BRANN
KEVIN R. HALEY
DANIEL A. NUZZI

MATTHEW P. SCHAEFER
DAVID SWETNAM-BURLAND
LYNN B. GELINAS
DAVID T. SLATERY
BARBARA J. SLOTE
STACY O. STITHAM
KRISTEN POTTER FARNHAM
KENLEIGH A. NICOLETTA
ANNE M. TORREGROSSA
JORDAN E. MORRIS

184 MAIN STREET
P.O. BOX 3070
LEWISTON, MAINE 04243-3070
(207) 786-3566
TELECOPIER (207) 783-9325
WEB PAGE: http://www.brannlaw.com

*Portland Conference Office*
148 MIDDLE STREET
SUITE 502
PORTLAND, MAINE

LOUIS J. BRANN 1948
PETER A. ISAACSON 1980

October 29, 2010

**Via E-mail and Regular Mail**

Stephanie L. Scoville
Senior Assistant Attorney General
Office of the Attorney General
1525 Sherman Street, 7th Floor
Denver, CO 80203

Re: *Direct Marketing Association v. Huber;* Case No. 10-cv-01546-REB-CBS

Dear Stephanie:

Enclosed please find an invoice from the Plaintiff's expert, F. Curtis Barry, in the amount of $2,775.00. This bill represents Mr. Barry's preparation for and participation in the deposition on October 19, 2010, at the behest of the Defendant. I also enclose a completed W-9 form from F. Curtis Barry & Company.

Please arrange to have the invoice processed for payment directly to F. Curtis Barry & Company as soon as possible.

Very truly yours,

BRANN & ISAACSON

Matthew P. Schaefer

MPS/jlm
Enclosure

cc: George S. Isaacson, Esq.
F. Curtis Barry

# F. Curtis Barry & Company

2104 Willowick Lane  
Richmond, VA 23238-4239  
Tel: (804) 740-8743  Fax: (804) 740-6179  
cbailey@fcbco.com  
www.fcbco.com

Page 1 of 1

| Invoice Date | Invoice Num |
|---|---|
| Oct 20, 2010 | 6741 |
| Billing From | Billing To |
| Oct 11, 2010 | Oct 20, 2010 |

Mr. Matthew Schaeffer  
Brann & Isaacson, LLP  
184 Main Street  
Lewiston, ME  04243

Project ID:  BRANNISSAC:COTAX  
P.O./Contract:  DMA vs. Colorado

# INVOICE

This invoice is for Professional Services for the DMA vs. Colorado Project and covers the time period of October 11 through October 20, 2010.

During this time the following items were performed: Preparation for deposition and giving of deposition for the DMA vs. Colorado.

Thank you for your business.                                Terms: Net 15

| CATEGORY / INDIVIDUAL | WEEK ENDING | TOTAL HOURS | RATE/HOUR | AMOUNT |
|---|---|---|---|---|
| **President** | | | | |
| Curt Barry | | | | |
| | 10/16/2010 | 2.00 | $231.25 | $462.50 |
| | 10/23/2010 | 10.00 | $231.25 | $2,312.50 |
| | | Total Services: | | $2,775.00 |
| | | Amount Due This Invoice: | | $2,775.00 |

*We appreciate the processing of this invoice so we receive payment within two weeks, as per our agreement.*