**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No. 10-cv-01546-REB-CBS

THE DIRECT MARKETING ASSOCIATION,

    Plaintiff,

v.

BARBARA BROHL, in her capacity as Executive Director, Colorado Department of Revenue,

    Defendant.

## ORDER GRANTING MOTION TO STAY PROCEEDINGS RELATING TO COSTS

**Blackburn, J.**

This matter is before the court on the **Joint Motion To Leave Action Open and Stay Proceedings Relating To Costs Until All Appeals are Concluded** [#133][1] filed November 9, 2016. I grant the motion in part and deny it in part.

After a remand from the United States Court of Appeals for the Tenth Circuit, I recently entered an order [#130] resolving cross motions for summary judgment in a manner consistent with the remand of the Tenth Circuit. Based on that order, judgment [#131] entered resolving all pending claims in this case. After the remand from the Tenth Circuit, both parties filed petitions for certiorari with the Supreme Court of the United States. Those petitions remain pending.

In the present motion, the parties ask that proceedings concerning an award of costs be stayed pending resolution of the petitions for certiorari and, possibly, further proceedings before the Supreme Court. Additionally, the parties ask that the court keep this case open, anticipating the possibility that the Supreme Court may remand this case for further proceedings. Given the inherent uncertainty presented by the pending petitions for

---

[1] "[#133]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's case management and electronic case filing system (CM/ECF). I use this convention throughout this order.

certiorari, I conclude it is proper to stay further proceedings concerning an award of costs until proceedings in the Supreme Court are resolved fully. However, given the ruling of the Tenth Circuit, I conclude that the recent entry of judgment [#131] in this case was proper and it is proper, at least for now, to treat this case as closed for purposes of the docket in this United States District Court. Should this case again be remanded to the Tenth Circuit by the Supreme Court and, in turn, remanded to this court by the Tenth Circuit, this case then properly will be re-opened for further proceedings.

**THEREFORE, IT IS ORDERED** as follows:

1. That the **Joint Motion To Leave Action Open and Stay Proceedings Relating To Costs Until All Appeals are Concluded** [#133] is granted in part;

2. That further proceedings concerning an award of costs in this case are stayed;

3. That if the petitions for certiorari now pending before the Supreme Court are denied, then within twenty (20) days of such denial, the parties shall file written notice with this court and shall contact the clerk of the court to schedule a hearing concerning an award of costs;

4. That if this case is remanded to this court by the Tenth Circuit, then the court will arrange and schedule resolution of any issues concerning costs after further proceedings directed by the Tenth Circuit are complete; and

5. That otherwise, the **Joint Motion To Leave Action Open and Stay Proceedings Relating To Costs Until All Appeals are Concluded** [#133] is denied.

Dated November 16, 2016, at Denver, Colorado.

**BY THE COURT:**

Bob Blackburn
Robert E. Blackburn
United States District Judge

2