IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-01546-REB-CBS

THE DIRECT MARKETING ASSOCIATION,

    Plaintiff,

v.

BARBARA J. BROHL, in her capacity as Executive Director,
COLORADO DEPARTMENT OF REVENUE,

    Defendant.

---

**JOINT STIPULATION REGARDING CASE STATUS, PAYMENT OF DEFENDANT'S COSTS, AND RELEASE OF PLAINTIFF'S BOND**

---

In accordance with this Court's Order of November 16, 2016 [#137], Plaintiff, the Direct Marketing Association, and Defendant, Barbara J. Brohl in her official capacity as the Executive Director of the Colorado Department of Revenue, jointly submit the following stipulation:

On December 12, 2016, the United States Supreme Court denied Plaintiff's petition for a writ of certiorari and Defendant's conditional cross-petition. As a result, the parties agree that with the resolution of the two issues identified below, this action may be concluded.

First, Plaintiff stipulates to the $7,456.80 in costs sought in Defendant's Bill of Costs [#136]. Plaintiff agrees to pay these costs forthwith. Accordingly, the parties will notify the Clerk of this stipulation such that a hearing on the bill of costs need not be scheduled.

Second, Defendant stipulates to the release of the $5,000 bond obtained by Plaintiff and tendered to the Court following entry of this Court's injunction [#81, 82].

WHEREFORE, the parties request that the Court enter an order consistent with this stipulation.

Dated this 29th day of December, 2016.

*s/ George S. Isaacson*
*s/ Matthew P. Schaefer*

George S. Isaacson
Matthew P. Schaefer
BRANN & ISAACSON
184 Main Street, P. O. Box 3070
Lewiston, ME 04243−3070
Tel.: (207) 786−3566
Fax: (207) 783-9325
E-mail: gisaacson@brannlaw.com mschaefer@brannlaw.com
Attorneys for Plaintiff

CYNTHIA H. COFFMAN
Attorney General

*s/ Stephanie Lindquist Scoville*

MELANIE J. SNYDER, 35835*
Deputy Attorney General
CLAUDIA BRETT GOLDIN, 23116*
First Assistant Attorney General
STEPHANIE LINDQUIST SCOVILLE, 31182*
Senior Assistant Attorney General
1300 Broadway, 8th Floor
Denver, CO 80203
Telephone: (720) 508-6335 (Snyder)
Telephone: (720 508-6342 (Goldin)
Telephone: (303) 508-6573 (Scoville)
Fax: (720) 508-6038
E-mail: melanie.snyder@coag.gov
E-mail: claudia.goldin@coag.gov
E-Mail: stephanie.scoville@coag.gov
*Counsel of Record

Attorneys for Defendant

## **CERTIFICATE OF SERVICE**

IT IS HEREBY CERTIFIED that on the 29th day of December, 2016, a copy of the foregoing **JOINT STIPULATION REGARDING CASE STATUS, PAYMENT OF DEFENDANT'S COSTS, AND RELEASE OF PLIANTIFF'S BOND and PROPOSED ORDER** was, in addition to being electronically filed with the Clerk of the Court using the CM/ECF system, sent to the following e-mail addresses via the CM/ECF system:

gissacson@brannlaw.com
mschafer@brannlaw.com

*Counsel for Plaintiff*

*s/ Jennifer Duran*