## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-01546-REB-CBS

THE DIRECT MARKETING ASSOCIATION,

    Plaintiff,

v.

BARBARA J. BROHL, in her capacity as Executive Director,
COLORADO DEPARTMENT OF REVENUE,

    Defendant.

---

**ORDER ON PAYMENT OF DEFENDANT'S COSTS AND RELEASE OF PLAINTIFF'S BOND**

---

Accepting the parties' stipulation, the Court hereby directs Plaintiff to pay Defendant her costs in the amount of $7,456.80.

The Court further directs the Clerk of the Court to release to Plaintiff the $5,000 bond previously tendered by Plaintiff.

Dated this ___ day of _____, 201__.

_____

Robert E. Blackburn

United States District Judge