**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Action No. 10-cv-01546-REB-CBS

THE DIRECT MARKETING ASSOCIATION,

    Plaintiff,

v.

BARBARA J. BROHL, in her capacity as Executive Director,
COLORADO DEPARTMENT OF REVENUE,

    Defendant.

**ORDER RE: PAYMENT OF DEFENDANT'S COSTS AND
RELEASE OF PLAINTIFF'S BOND**

**Blackburn, J.**

The matter is before me on the **Joint Stipulation Regarding Case Status, Payment of Defendant's Costs, and Release of Plaintiff's Bond** [#139],[1] filed December 29, 2016. After careful review of the stipulation and the file, I conclude that the stipulation should be approved.

**THEREFORE, IT IS ORDERED** as follows:

1. That the **Joint Stipulation Regarding Case Status, Payment of Defendant's Costs, and Release of Plaintiff's Bond** is approved;

2. That plaintiff shall pay defendant her costs in the amount of $7,456.80; and

3. That the clerk of the court shall release to plaintiff the $5,000.00 bond

---

[1] "[#139]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's case management and electronic case filing system (CM/ECF). I use this convention throughout this order.

previously tendered by plaintiff.

      Dated December 30, 2016, at Denver, Colorado.

                                            **BY THE COURT:**

                                            */s/ Robert E. Blackburn*
                                            Robert E. Blackburn
                                            United States District Judge