IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn

Civil Case No. 10-cv-01546-REB-CBS

THE DIRECT MARKETING ASSOCIATION,

      Plaintiff,

v.

BARBARA BROHL, in her capacity as Executive Director, Colorado Department of Revenue,

      Defendant.

## AMENDED[1] ORDER RE: PAYMENT OF DEFENDANT'S COSTS AND RELEASE OF PLAINTIFF'S BOND

**Blackburn, J.**

The matter is before me on the **Joint Stipulation Regarding Case Status, Payment of Defendant's Costs, and Release of Plaintiff's Bond** [#139][2], filed December 29, 2016. After careful review of the stipulation and the file, I conclude that the stipulation should be approved.

**THEREFORE, IT IS ORDERED** as follows:

1. That this order shall supplant and supersede the **Order re: Payment of Defendant's Costs and Release of Plaintiff's Bond** [#140];

2. That the **Joint Stipulation Regarding Case Status, Payment of Defendant's Costs, and Release of Plaintiff's Bond** is approved;

3. That plaintiff shall pay defendant her costs in the amount of $7,456.80;

---

[1] This amended order is issued to add a provision addressing the release to the plaintiff of interest earned on the $5,000.00 bond previously tendered to the court by the plaintiff. That issue is addressed in paragraph five (5), below. Otherwise, this order is identical to the **Order re: Payment of Defendant's Costs and Release of Plaintiff's Bond** [#140].

[2] "[#139]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's case management and electronic case filing system (CM/ECF). I use this convention throughout this order.

4. That the clerk of the court shall release to plaintiff the $5,000.00 bond previously tendered by the plaintiff; and

5. That the clerk of the court shall release to plaintiff any accrued interest on the $5,000.00 bond previously tendered to the court by plaintiff.

Dated January 19, 2017, at Denver, Colorado.

**BY THE COURT:**

*Bob Blackburn*
Robert E. Blackburn
United States District Judge